AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Utah

| | |
|---|---|
| United States of America<br>v.<br>**AARON MICHAEL SHAMO**<br>*Defendant* | )<br>)<br>)  Case No. 2:16mj597-DBP<br>)<br>)<br>) |

## Amended
## ARREST WARRANT

**ORIGINAL**

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  AARON MICHAEL SHAMO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint **AMENDED**
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) - Possession of Fentanyl with Intent to Distribute

Date: November 22, 2016

*Issuing officer's signature*

City and state:  Salt Lake City, Utah

DUSTIN B. PEAD, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/22/2016, and the person was arrested on *(date)* 11/22/2016
at *(city and state)* Cottonwood Heights, Utah.

Date: 11/22/2016

*Arresting officer's signature*

TFO DENNIS POWER
*Printed name and title*