JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2016 DEC -7  P 2: 01

DISTRICT OF UTAH

_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AARON MICHAEL SHAMO,<br><br>　　　　　Defendant. | **INDICTMENT**<br><br>VIOL.  21 U.S.C. § 841(a)(1)<br><br>Possession of Fentanyl with Intent to Distribute<br><br>Case: 2:16-cr-00631<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 12/7/2016<br>Description: USA v. |

The Grand Jury Charges:

COUNT 1

[21 U.S.C. § 841(a)(1)]

**[Possession of Fentanyl with Intent to Distribute]**

On or about November 22, 2016, in the Central Division of the District of Utah,

AARON MICHAEL SHAMO,

the named defendant herein, did knowingly and intentionally possess with intent to

distribute fentanyl, a Schedule II controlled substance, within the meaning of 21 U.S.C. §

812; all in violation of 21 U.S.C. §841(a)(1), and punishable pursuant to 21 U.S.C. §841(b)(1)(C).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offense in Count 1 of this indictment, which is punishable by imprisonment for more than one year, the above named defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853 any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said felony offense and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of a violation of 21 U.S.C. § 841(a)(1), and any property traceable thereto, including but not limited to the following:

**CURRENCY**

$1,227,773.00 in United States Currency

$19,520.00 in United States Currency

**AUTOMOBILES**

A 2011 Ford F-350 pickup, VIN#1FT8W3BT7BEC88017

A 2008 BMW 135i, VIN#WBAUC73508VF25535

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

/s/

VERNON STEJSKAL
Assistant United States Attorney