# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

Shamo

**WARRANT FOR ARREST**

CASE NUMBER: 2:16-cr-00631-DAK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **AARON MICHAEL SHAMO**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Possession of Fentanyl with Intent to Distribute**

in violation of  21:841(a)(1)    United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

December 7, 2016 at Salt Lake City, Utah
Date and Location

By: Deborah L. Aston
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

SUSPECT ARRESTED BY USMS
AND ARRAIGNED ON 12/7/16 IN THE DISTRICT OF Utah

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Stamp: U.S. DISTRICT COURT, 2016 DEC -9 A 10:08, DISTRICT OF UTAH, BY DEPUTY CLERK

Stamp: RECEIVED UNITED STATES MARSHAL, 16 DEC 8 A 8:47, DISTRICT OF UTAH

ORIGINAL