Adam G. Bridge
Office of the Federal Public Defender, District of Utah
46 W. Broadway, Ste. 110
Salt Lake City, UT 84101
Phone: (801) 524-4010 | Fax: (801) 524-4060
Email: adam_bridge@fd.org

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| United States of America, Plaintiff, vs. Aaron Michael Shamo, Defendant. | **Defendant's Motion to Revoke Detention Order**<br><br>Case No. 2:16-cr-631-DAK |
|---|---|

      Mr. Shamo, pursuant to 18 U.S.C. § 3145(b) and DUCrimR 57-16, moves to revoke the detention order entered by Magistrate Judge Paul M. Warner.[1]

      Mr. Shamo is charged with possession of fentanyl with intent to distribute.[2] Judge Warner held a detention hearing on November 28, 2016. After hearing proffers and arguments from both sides, Judge Warner detained Mr. Shamo, finding he poses an unmanageable risk of non-appearance and danger to the community.[3] Mr. Shamo respectfully disagrees and invokes his right to *de novo* review by the

---

[1] ECF No. 10.
[2] ECF No. 11.
[3] ECF No. 10.

1

assigned district judge.[4]

                                       Respectfully Submitted:
                                       AARON MICHAEL SHAMO

                            By:    */s/ Adam G. Bridge*
                                       Adam G. Bridge
                                       Assistant Federal Public Defender

Dated: December 9, 2016

---

[4] 18 U.S.C. § 3145(b), DUCrimR 57-16.