JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
348 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 524-3081
Facsimile: (801) 524-4366

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>AARON MICHAEL SHAMO,<br><br>　　　　　Defendant. | Case No. 2:16cr631 DAK<br><br>**APPEARANCE OF COUNSEL**<br><br>Judge Dale A. Kimball |

　　　　MICHAEL GADD, Special Assistant United States Attorney, hereby enters his

appearance of counsel for the Plaintiff, United States of America.

　　　　DATED this 15th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　JOHN W. HUBER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　 */s/ Michael Gadd*
　　　　　　　　　　　　　　　　　　　　MICHAEL GADD
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

**CERTIFICATE OF MAILING**

This is to certify that on this 15th day of December, 2016, I electronically filed the foregoing **APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel on record.

Adam Bridge
Utah Federal Defender Office
46 West Broadway Ste 110
Salt Lake City, UT 84101
*Counsel for Aaron Michael Shamo*

                                                */s/ Jody Johnson*
                                                Legal Secretary