JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
ADAM S. ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ⬥ Fax (801) 325-3310

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AARON MICHAEL SHAMO,<br><br>　　　　　Defendant. | NOTICE OF APPEARANCE OF COUNSEL<br><br>Case No. 2:16CR00631 DAK<br><br>Judge Dale A. Kimball |

　　　Notice is hereby given of the entry of appearance of Adam S. Elggren, Assistant United States Attorney, as **co-counsel** for the United States of America in the above-entitled action for the purposes of all forfeiture related matters. Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

　　　　　Vernon Stejskal (Lead Counsel)
　　　　　Assistant United States Attorney
　　　　　111 South Main Street, Suite 1800
　　　　　Salt Lake City, Utah 84111


　　　　　Michael Gadd (Lead Counsel)
　　　　　Special Assistant United States Attorney
　　　　　348 East South Temple
　　　　　Salt Lake City, Utah 84111

Adam S. Elggren (Co-Counsel)
Assistant United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

Dated this 4th day of January, 2017.

JOHN W. HUBER
United States Attorney


 /s/ Adam S. Elggren
ADAM S. ELGGREN
Assistant U.S. Attorney