JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
ADAM S. ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ☐ Fax (801) 325-3310

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. AARON MICHAEL SHAMO, Defendant. | FIRST BILL OF PARTICULARS Case No. 2:16CR00631 DAK Judge Dale A. Kimball |

The United States of America, through counsel, hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 21 U.S.C. § 853. The United States hereby gives notice that in accordance with its Notice of Intent to Seek Forfeiture, the United States provides the following updated list of assets it seeks to forfeit:

- $1,227,773.00 in U.S. Currency
- $19,520.00 in U.S. Currency
- 2011 Ford F-350 pickup, VIN: 1FT8W3BT7BEC88017
- 2008 BMW 135i, VIN: WBAUC73508VF25535
- (4) 100-ounce Silver Bars

- Industrial Large Pill Press and Associated Pill Dyes

Dated this 26th day of April, 2017.

                                        JOHN W. HUBER
                                        United States Attorney


                                        /s/ Adam S. Elggren
                                        ADAM S. ELGGREN
                                        Assistant U.S. Attorney