Gregory G. Skordas (#3865)
SKORDAS, CASTON & HYDE, LLC
560 South 300 East, Suite 225
Salt Lake City, UT 84111
Telephone:  (801) 531-7444
Facsimile:  (801) 531-8885
Attorney for Defendant
gskordas@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiffs, <br><br> v. <br><br> AARON MICHAEL SHAMO, <br><br> Defendant. | **APPEARANCE OF COUNSEL** <br><br><br> Case No. 2:16-CR-00631-DAK <br><br> Judge Dale A. Kimball |

The Defendant, Aaron Michael Shamo by and through his attorney of record, Gregory G. Skordas, does herewith enter an Appearance of Counsel, and requests that any further correspondence be properly directed to counsel for the defendant at the address as stated above.

DATED this 11th day of May, 2017.

                                           SKORDAS, CASTON & HYDE, LLC


                                           /s/ Gregory G. Skordas
                                           Gregory G. Skordas

## CERTIFICATE OF SERVICE

I hereby certify that on the 11 May 2017, I electronically filed a true and correct copy of the foregoing APPEARANCE OF COUNSEL, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

S. Michael Gadd – mgadd@utah.gov
Verson G. Stejskal – Cindy.Dobyns@usdoj.gov
Adam S. Elggren –  adam.elggren@usdoj.gov

/s/ Vicki Tolman, Secretary
Skordas, Caston & Hyde, LLC
