Gregory G. Skordas (#3865)
SKORDAS, CASTON & HYDE, LLC
560 South 300 East, Suite 225
Salt Lake City, UT 84111
Telephone:  (801) 531-7444
Facsimile:  (801) 531-8885
Attorney for Defendant
gskordas@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON MICHAEL SHAMO,<br><br>Defendant. | **ORDER TO CONTINUE JURY TRIAL**<br><br><br>Case No. 2:16-CR-00631 DAK<br><br>Judge  Dale A. Kimball |

Based on the Motion filed by Defendant, Aaron Michael Shamo, in the above-entitled matter, and for good cause appearing, the Court makes the following findings:

1. Mr. Shamo first appeared in court on November 23, 2016 for a detention hearing and was assigned counsel, Adam Bridge.

2. Mr. Shamo appeared in court for arraignment on December 7, 2016.  At that time the jury trial was scheduled within the required time period and set for February 13, 2017.

3. On January 5, 2017, the defense counsel, Adam Bridge, filed a motion to continue the jury trial, which was joined by the government.

4. On January 6, 2017, an Order granting the continuance was entered and the jury trial was then reset for May 22, 2017.

5. The time period from February 13, 2017 thru May 22, 2017 was excluded from speedy trial act calculations under the Order entered January 5, 2017.

6. Mr. Shamo current counsel entered an appearance on May 11, 2017.

7. The jury trial is currently scheduled to commence on May 22, 2017 without this requested continuance.

8. This is the second request to continue the trial date.

9. The requested continuance and additional time sought is also excludable under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (H)(7)(b)(ii), based on the grounds that this case involves multiple counts of possession of narcotics with attempt to distribute against Mr. Shamo, each of which require detailed investigation and review of a significant amount of discovery. The government recently informed Mr. Shamo's counsel that they are seeking a superseding indictment, which likely will include co-conspirators and additional discovery.

10. The requested continuance and additional time sought is also excludable under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (H)(7)(b)(iv), based on the grounds that additional time is necessary for effective preparation, taking into account the exercise of due diligence.

11. An additional 90 days should be sufficient to accomplish the tasks set forth above and the requested time for continuance should be excluded from the Speedy Trial Calculation.

12. Counsel for the Government, Vernon Stejskal has been contacted about this continuance and does not object.

13. Mr. Shamo is currently in custody and agrees with counsel's reasons for the requested continuance as set forth above.

14. The impact of this request will continue the trial date scheduled and allow counsel

the necessary time to complete the tasks set forth above.

Based on the foregoing, and good cause appearing, it is hereby:

<u>ORDERED</u>

The Jury Trial currently scheduled to begin on May 22, 2017, is hereby continued to the 28th day of August, 2017, at 8:30 a.m. Pursuant to 18 U.S.C. §3161(h)(1)(a), the Court finds the ends of justice served by such continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, the time between the date of this order and the new trial date as set forth above is to be excluded from speedy trial computation for good cause.

DATED this 17th day of May, 2017.

BY THE COURT

David A. Kimball
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 17 May 2017, I electronically filed a true and correct copy of the foregoing **MOTION TO CONTINUE JURY TRIAL**, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

S. Michael Gadd
mgadd@utah.gov

Vernon G. Stejskal
CindyDobyns@usdoj.gov

Adam S. Elggren
Adam.elggren@usdoj.gov

/s/ Vicki Tolman, Secretary
Skordas, Caston & Hyde, LLC
