Adam G. Bridge
Office of the Federal Public Defender, District of Utah
46 W. Broadway, Ste. 110
Salt Lake City, UT 84101
Phone: (801) 524-4010 │ Fax: (801) 524-4060
Email: adam_bridge@fd.org

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Aaron Michael Shamo,<br><br>        Defendant. | **Motion for Leave to Withdraw**<br><br><br>Case No. 2:16-cr-631 DAK |

On May 11, 2017, Gregory G. Skordas entered his appearance on Mr. Shamo's behalf.[1] Mr. Shamo no longer needs the services of the Federal Public Defender's Office; therefore, the undersigned requests leave to withdraw.

                              Respectfully Submitted:

                              */s/ Adam G. Bridge*
                              Adam G. Bridge
                              Assistant Federal Public Defender

Dated: May 22, 2017.

---

[1] Notice of Attorney Appearance, ECF No. 27.