UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>vs.<br><br>Aaron Michael Shamo,<br><br>                Defendant. | **Order Granting Motion for Leave to Withdraw**<br><br><br>Case No. 2:16-cr-631 DAK |

Before the Court is appointed counsel's motion for leave to withdraw.[1]

On May 11, 2017, Gregory G. Skordas entered his appearance on Mr. Shamo's behalf.[2] Mr. Shamo no longer needs a court-appointed attorney; therefore, counsel's motion for leave to withdraw is **granted** and the Federal Public Defender's Office is hereby relieved of all further responsibility in this matter.

BY THE COURT:

_____
Dale A. Kimball
Senior United States District Judge

Dated: May 23, 2017.

---

[1] Motion for Leave to Withdraw, ECF No. 30.
[2] Notice of Attorney Appearance, ECF No. 27.