# United States District Court

DISTRICT OF UTAH – CENTRAL DIVISION

FILED
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**Shamo et al**

2017 JUN 30  A 10: 14

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

**WARRANT FOR ARREST**

**CASE NUMBER: 2:16-cr-00631-DAK-1**

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest          **AARON MICHAEL SHAMO**
                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [X] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

Continuing Criminal Enterprise; Aiding and Abetting the Importation of a Controlled Substance; Possession of Fentanyl with Intent to Distribute; Manufacture of Alprazolam; Knowing and Intentional Adulteration of Drugs While Held for Sale; Use of the U.S. Mail in Furtherance of a Drug Trafficking Offense; Conspiracy to Commit Money Laundering; Money Laundering Concealment; Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity

in violation of 21 U.S.C. 848(b)(1) and (2)(A); 21 U.S.C. 952(a), 960, and 18 U.S.C. 2; 21 U.S.C. 841(a)(1); 21 U.S.C. 331(k) and 333(b)(7); 21 U.S.C. 843(b) and 18 U.S.C. 843(b); 18 U.S.C. 1956(a)(1)(A)(i) and (a)(1)(B)(i) and 18 U.S.C. 1956(h); 18 U.S.C. 1956(a)(1)(B)(i); 21 U.S.C. 841(a)(1) and 18 U.S.C. 1957(a) United States Code.

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| Signature of Issuing Officer<br>By: Elizabeth Toscano<br>Deputy Clerk | May 31, 2017 at Salt Lake City, Utah<br>Date and Location |

Bail fixed _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>Jun 1, 2017 | NAME AND TITLE OF ARRESTING OFFICER<br>S. Senrick, DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>Jun 29, 2017 | | |