IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:16CR00631 DAK |
|---|---|
| Plaintiff, | |
| vs. | ORDER AUTHORIZING INTERLOCUTORY SALE |
| AARON MICHAEL SHAMO, *et al*, | |
| Defendants. | District Judge Dale A. Kimball<br>Magistrate Judge Paul M. Warner |

Before the Court is the motion of the United States of America for the interlocutory sale of the following assets:

- 2011 Ford F-350 pickup, VIN: 1FT8W3BT7BEC88017

- 2008 BMW 135i, VIN: WBAUC73508VF25535

- 513.1490393 Bitcoin (BTC) as follows:

    o 0.00609383
    o 235.6473188
    o 18.19296081
    o 90.71193331
    o 69.74549222
    o 17.13612808
    o 82.01091354
    o 0.573095

- 512.9274588 Bitcoin Cash (BCH) as follows:

    o 0.00609383
    o 235.6473188
    o 18.19296081

- - 90.71193331
  - 69.74549222
  - 17.13612808
  - 82.01091354
  - 0.573095

Pursuant to Rule 32.2(b)(7) of the Federal Rules of Criminal Procedure and Rule G(7)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the Court finds good cause for the interlocutory sale of the above-listed assets.

The Court HEREBY ORDERS:

1. The United States may conduct an interlocutory sale of the following assets:

- 2011 Ford F-350 pickup, VIN: 1FT8W3BT7BEC88017;
- 2008 BMW 135i, VIN: WBAUC73508VF25535;

2. The above-listed vehicles will be sold at an auction by the sales contractor hired by the United States' Marshals to conduct sales of forfeited property.

3. The United States may, in its sole discretion, reject any offer to purchase the assets where it determines that the offer is being made by, or on behalf of, any of the Defendant's, a relative or friend of the Defendant's, or any other person involved in the criminal activity that gives rise to the forfeiture of the assets.

4. The proceeds of the sale are to be disbursed as follows:

- First, all costs of sale, including but not limited to closing costs and any sales fees or commissions associated with the sale of the assets;
- Second, all costs not previously paid that were incurred by the United States, its agencies or contractors in connection with the storage, maintenance, repair, marketing, and sale of the assets;

- Third, payment of any liens on the assets;

- Fourth, all remaining proceeds from the sale will be subject to forfeiture proceedings as a substitute res for the assets identified above, and forfeiture proceedings with respect to these assets will continue with the substitute res as if they were the assets that have been sold.

It is FURTHER ORDERED that:

5. The United States may conduct an interlocutory sale of the following assets:

6. 513.1490393 Bitcoin (BTC)[1] as follows:

   a. 0.00609383
   b. 235.6473188
   c. 18.19296081
   d. 90.71193331
   e. 69.74549222
   f. 17.13612808
   g. 82.01091354
   h. 0.573095

7. 512.9274588 Bitcoin Cash (BCH) as follows:

   a. 0.00609383
   b. 235.6473188
   c. 18.19296081
   d. 90.71193331
   e. 69.74549222
   f. 17.13612808
   g. 82.01091354
   h. 0.573095

8. The United States shall sell/convert the cryptocurrencies listed above by using one or more commercial cryptocurrency exchanges, which the United States may select at its discretion.

---

[1] These cryptocurrency amounts do not reflect small transaction fees that were assessed against the cryptocurrency in the ordinary course of business at the time of seizure.

9. The Court and parties recognize, and the parties have accepted, that there are inherent risks associated with conducting transactions in cryptocurrencies.

10. To guard against loss due to fraud or error, the United States will transfer the cryptocurrency to the exchanges in increments of less than or equal to 50 coins.

11. The parties shall hold harmless any agent who, or agency which, engages in transactions in a good-faith effort to fulfill the purpose of this Order.

12. Fees assessed for the conversion of cryptocurrencies into US Dollars shall be assessed from the value of the seized cryptocurrencies listed above.

13. Sale proceeds, minus fees, of the BTC and BCH will be deposited into the Treasury Forfeiture Fund Suspense account.

It is so ORDERED.

BY THE COURT

_____
DALE A. KIMBALL
United States District Judge