IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO, et al.,<br><br>Defendants. | Case No. 2:16CR00631 DAK<br><br><br>AMENDED ORDER AUTHORIZING INTERLOCUTORY SALE<br><br><br>Judge Dale A. Kimball |

Based upon the joint motion of the United States of America and the defendants for an amended order authorizing interlocutory sale, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. The Joint Motion to Amend Interlocutory Sale Order is granted.

2. The property described as follows:

- 2011 Ford F-350 pickup, VIN: 1FT8W3BT7BEC88017

- 2008 BMW 135i, VIN: WBAUC73508VF25535

- 513.1490393 Bitcoin (BTC) as follows:
    - 0.00565783
    - 235.13843692
    - 18.14978041
    - 90.58361016
    - 69.74430009
    - 17.13566213
    - 81.96907066
    - 0.57283188

- 512.9274588 Bitcoin Cash (BCH) as follows:

- 0.00590183
- 235.33039773
- 18.15384281
- 90.59007237
- 69.74441222
- 17.13582208
- 81.98343474
- 0.5729222

❖ 513.1462015 Bitcoin Gold (BTG)

will be sold pursuant to the terms set forth in the Joint Motion to Amend Interlocutory Sale Order.

3. The cumulative net proceeds of the sale of the property will be substituted for the above-described property and held in the Treasury Forfeiture Suspense account or other appropriate suspense account pending further order of the court.

It is so ORDERED.

BY THE COURT

_____
DALE A. KIMBALL
United States District Judge