JOHN W. HUBER, United States Attorney (#7226)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. AARON MICHAEL SHAMO, DREW WILSON CRANDALL, ALEXANDRYA TONGE, KATHERINE BUSTIN, MARIO NOBLE, and SEAN GYGI, Defendants. | Case No. 2:16 CR 631 DAK  SUPPLEMENTAL NOTIFICATION OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY  Judge Kimball |
|---|---|

The United States of America, by and through the undersigned, hereby files its supplemental notification of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendants.

The United States gives notice that the following is being or has been provided to counsel for the defendants:

//

//

//

| Description | Bates Number |
|---|---|
| Discovery produced:<br>　　　　　　　NOC 04<br><br><br><br><br><br><br><br><br><br><br>**Contains some Native files (019)**<br>**Contains some Native files (020)** | 001-001-001-00167 – 001-001-001-00171<br>001-011-001-00001 – 001-011-001-00002<br>001-012-001-00001 – 001-012-001-00061<br>001-015-001-00001 – 001-015-006-00001<br>001-016-001-00001 – 001-016-004-00013<br>001-017-001-00001<br>001-018-001-00001 – 001-018-001-00003<br>001-018-002-00001 (audio file)<br>001-018-003-00001 – 001-018-003-00002<br><br>002-001-001-00448 – 002-001-001-00459<br>002-009-001-00039 – 002-009-001-00079<br>002-016-001-00810 – 002-016-001-00816<br>002-019-001-00001 – 002-019-014-00001<br>002-020-001-00001 – 002-020-012-00001<br>002-021-001-00001 – 002-021-015-00126<br>002-022-001-00001<br>002-023-001-00001 – 002-023-003-00001<br>002-024-001-00001 – 002-024-002-00001<br>002-025-001-00001 (audio file)<br>002-025-002-00001 – 002-025-007-00003<br>002-028-001-00001 (native)<br>002-029-001-00001<br>002-030-001-00001<br>002-031-001-00101 – 002-031-001-00002<br>002-032-001-00001 – 002-032-001-00003<br>002-033-001-00001 – 002-033-001-00005<br>002-034-001-00001 – 002-034-001-00002<br>002-035-001-00101 – 002-035-001-00002<br>002-036-001-00001 – 002-036-001-00002<br>002-037-001-00001 (video file)<br>002-038-001-00001 (audio file)<br>002-038-002-00001 - 002-038-002-00006<br>002-039-001-00001 – 002-039-001-00002<br><br>003-013-001-00001<br><br>004-005-004-00001 – 004-005-007-00002<br>004-007-008-00031 – 004-007-008-00042<br>004-007-010-00005 – 004-007-010-00008<br>004-007-011-00003 – 004-007-011-00005<br>004-007-012-00193 – 004-007-012-00198<br>004-007-026-00009 – 004-007-026-00011<br>004-007-028-00011 – 004-007-028-00020<br>004-007-031-00001 – 004-007-031-00011 |

| | | |
|---|---|---|
| **Additional discs:** | (N-91) | 001-013-001-00001 |
| | (N-92) | 001-014-001-00001 |

The United States continues to make available forensic data from seized electronic devices. The latest devices are listed as follows. Parties who seek to obtain their own copy of the forensic data have been asked to provide an 8TB hard drive and a 3TB hard drive to the United States Attorney's Office.

| BATES NUMBERS | DESCRIPTION |
|---|---|
| 002  026  001  00001 | Shamo iPhone 6s |
| 002  027  001  00001 | Shamo iPhone 7 – Axiom, Cellebright |

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c). By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

      a.      Documents and tangible objects the defendant intends to introduce as evidence at trial;

      b.      Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

      c.      A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

      The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

      DATED this 31st day of January, 2018.

      JOHN W. HUBER
      United States Attorney

      */s/ Michael Gadd*
      MICHAEL GADD
      Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing SUPPLEMENTAL NOTIFICATION OF COMPLIANCE was made available to all parties named below, this 31st day of January, 2018.

| | |
|---|---|
| Gregory G. Skordas<br>Attorney for Def. Shamo (1)<br>560 South 300 East Suite 225<br>Salt Lake City, Utah 84111<br>gskordas@schhlaw.com | James C. Bradshaw<br>Mark Moffat<br>Attorneys for Def. Crandall (2)<br>422 North 300 West<br>Salt Lake City, Utah 84103<br>jim@brownbradshaw.com<br>mark@brownbradshaw.com |
| Ed Brass<br>Attorney for Def. Tonge (3)<br>175 East 400 South, #400<br>Salt Lake City, Utah 84111<br>ed@edbrasslaw.com | Earl Xaiz<br>Attorney for Def. Bustin (4)<br>175 East 400 South, #400<br>Salt Lake City, Utah 84111<br>earlxaiz@gmail.com |
| Kyler E. Ovard<br>Attorney for Def. Noble (5)<br>1041 W SoHo<br>Midvale, Utah 84047<br>kovard@sb-legal.net | Brett L. Tolman<br>Eric Benson<br>Attorneys for Def. Gygi (6)<br>36 S State Street, Suite 1400 PO Box 45385<br>Salt Lake City, Utah 84145-0385<br>btolman@rqn.com<br>ebenson@rqn.com |

*/s/ Yvette Laughter*
Litigation Support Specialist