IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA MARIE TONGE,<br>KATHERINE LAUREN ANNE BUSTIN,<br>MARIO ANTHONY NOBLE, and<br>SEAN MICHAEL GYGI,<br>　　　Defendants. | Case No. 2:16-CR-631 DAK<br><br>ORDER TRANSFERRING A RELATED CASE<br><br>Judge Dale A. Kimball |

The Court, having considered the United States' Motion to Transfer a Related Case, and good cause appearing, hereby orders that case 2:18-CR-231 RJS be transferred to the Court for future proceedings.

Signed this 2nd day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DALE A. KIMBALL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge