IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br><br>Defendant. | Case No. 2:16-cr-00631-DAK<br><br>ORDER<br><br>Judge Dale A. Kimball |

The Court, having considered the United States' Rule 12(b)(1) and 104(a)

Motion to Determine Admissibility of Exhibits, and good cause appearing,

hereby orders:

1. A pre-admission hearing is to take place on _____ _____, 20___, at

    _____a.m/p.m.

2. At the pre-admission hearing, all non-rebuttal exhibits or reports prepared

    by expert witnesses that any party intends to offer at trial will be brought

    before the Court, with appropriate foundation, for the Court to make an

    admissibility decision.

3. Any party intending to offer exhibits at the pre-admission hearing will

    send an exhibit list and a copy of that party's exhibits, if not already

discovered, to the other party at least three days before the pre-admission hearing.

Signed this _____ day of _____, 2018.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge