IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br><br>Defendant. | Case No. 2:16-cr-00631-DAK<br><br>ORDER<br><br>Judge Dale A. Kimball |

The Court, having considered the United States' Rule 12(b)(1) and 104(a) Motion to Determine Admissibility of Exhibits, and good cause appearing, hereby orders:

1. A pre-admission hearing is to take place on January 9, 10, and 11, 2018, beginning at 9:00 a.m. each day.  The court will issue its standard Trial Order for Criminal cases four months prior to the trial date.  Judge Kimball's standard Criminal Trial Order is available on Judge Kimball's practices and policies section of the court's website.  This hearing will be used for all pending motions in limine and *Daubert* motions.

2. At the pre-admission hearing, all disputed non-rebuttal exhibits or reports prepared by expert witnesses that any party intends to offer at trial will

be brought before the Court, with appropriate foundation, for the Court to make an admissibility decision. This Order does not relieve the parties of filing appropriate motions in limine and Daubert motions and complying with the court's deadlines for such motions which will be set in the court's Trial Order.

3. Any party intending to offer exhibits at the pre-admission hearing will send an exhibit list and a copy of that party's exhibits, if not already discovered, to the other party at least three days before the pre-admission hearing.

Signed this 10th day of August, 2018.

                                          BY THE COURT:

                                          DALE A. KIMBALL
                                          United States District Judge