Gregory G. Skordas (#3865)
Kaytlin V. Beckett (#16257)
**SKORDAS, CASTON & HYDE, LLC**
560 South 300 East Suite 225
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
Attorneys for Defendant
gskordas@schhlaw.com
kbeckett@schhlaw.com

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | REQUEST FOR NOTICE FOR INTENT TO USE 404(b) EVIDENCE |
| Plaintiff, | |
| v. | |
| AARON MICHAEL SHAMO, et. al., | Case No. 2:16-CR-00631 DAK |
| Defendant. | Judge Dale A. Kimball |

The Defendant, Aaron Michael Shamo, through his counsel Gregory G. Skordas and Kaytlin V. Beckett, hereby requests that the Government provide notice of its intent to introduce evidence against this defendant that it claims to be admissible pursuant to Rule 404(b) of the Federal Rules of Evidence. The Defendant further requests that the government provide notice of the nature of that evidence and the purpose for its introduction into evidence.

DATED this 16th day of October, 2018.

SKORDAS, CASTON & HYDE, LLC

*/s/ Gregory G. Skordas*
Gregory G. Skordas
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2018, I filed a true and correct copy of the foregoing REQUEST FOR NOTICE FOR INTENT TO USE 404(b) EVIDENCE, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

S. Michael Gadd
mgadd@agutah.gov

Vernon G. Stejskal
Vernon.stejskal@usdoj.gov

Adam S. Elggren
Adam.elggren@usdoj.gov

*/s/ Sabrina Nielsen-Legal Secretary*
Skordas, Caston & Hyde, LLC