DARYL P. SAM (8276)
Daryl P. Sam, PLLC
5955 South Redwood Road, Suite 102
Salt Lake City, Utah, 84123
Telephone: (801) 506-6767
Fax: (801) 386-5476
Email: daryl.sam@gmail.com

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**AARON MICHAEL SHAMO,**<br><br>Defendant. | **APPEARANCE OF CO-COUNSEL**<br><br><br>Case No. 2:16-CR-00631-DAK |

Daryl P. Sam hereby enters his appearance as co-counsel for the defendant, AARON MICHAEL SHAMO.

DATED this 29th day of October, 2018.

                                                                                            */s/ Daryl P. Sam*
                                                                                            Daryl P. Sam
                                                                                            Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system which sent notification of such filing to all counsel on record.

                                                           /s/ Daryl P. Sam