AO 442

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
2018 NOV -1  ᐯ 12: 03
DISTRICT OF UTAH
BY: _____
       DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**Shamo et al**

**WARRANT FOR ARREST**

CASE NUMBER: 2:16-cr-00631-001-DAK

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest __**AARON MICHAEL SHAMO**__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [X] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Continuing Criminal Enterprise; Aiding and Abetting the Importation of a Controlled Substance; Possession of Fentanyl with Intent to Distribute; Aiding and Abetting the Distribution of a Controlled Substance that Resulted in Death; Manufacture of Alprazolam; Knowing and Intentional Adulteration of Drugs While Held for Sale; Aiding and Abetting the Use of the U.S. Mail in Furtherance of a Drug Trafficking Offense; Conspiracy to Commit Money Laundering; Money Laundering Promotion and Concealment; Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity**

in violation of  21:848(b)(1),(2)(A);21:952(a),960;21:841(a)(1);21:331(k),333(b)(7);21:843(b);18:1956(h);18:1956(a)(1)(A)(i),(B)(i);18:1957 United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | October 18, 2018 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |

By: Elizabeth Toscano
    Deputy Clerk

Bail fixed _____ by _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-18-18 | Bobby Arnes DUSM | *(signature) Bobby A.* |
| DATE OF ARREST | | |
| 10-30-18 | | |