

**To:** Cari Waters/CA10/10/USCOURTS
**Cc:**
**Bcc:**
**Subject:** Re: Fw: Case Budget (16-cr-631; Skordas/Beckett)

Thank you Cari

Rebecca H. Skordas
CJA Panel Supervising Attorney
United States District Court
District of Utah
801-524-6158

| Cari Waters | Hi Rebecca, Judge Warner is fine with Daryl taki... | 11/07/2018 03:26:16 PM |

From:    Cari Waters/CA10/10/USCOURTS
To:      Rebecca Skordas/UTD/10/USCOURTS@USCOURTS
Cc:      Nora Oki <noki@schhlaw.com>
Date:    11/07/2018 03:26 PM
Subject: Fw: Case Budget (16-cr-631; Skordas/Beckett)

Hi Rebecca,

Judge Warner is fine with Daryl taking the place of Kaytlin for purposes of the budget.  As a panel member, Daryl can receive the CJA rate.  If you'd like, make a copy of this email chain to attach to the representation as a record.  Cari

Cari Dangerfield Waters
Case Budgeting Attorney
U.S. Court of Appeals for the Tenth Circuit
Office: 303.335.2826
*(Available Monday through Thursday, 7:30 a.m. to 4:30 p.m.)*

----- Forwarded by Cari Waters/CA10/10/USCOURTS on 11/07/2018 03:23 PM -----

From:    Paul Warner/UTD/10/USCOURTS
To:      Cari Waters/CA10/10/USCOURTS@USCOURTS
Date:    11/07/2018 03:20 PM
Subject: Re: Fw: Case Budget (16-cr-631; Skordas/Beckett)

Hi Cari-

I know Daryl Sam well.  I approve of this change.  Go ahead.  Thanks for your help.

Paul Warner