Gregory G. Skordas (#3865)
SKORDAS, CASTON & HYDE, LLC
560 South 300 East, Suite 225
Salt Lake City, UT 84111
Telephone:  (801) 531-7444
Facsimile:  (801) 665-0128
Attorney for Defendant Shamo
gskordas@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA TONGE,<br>KATHERINE BUSIN,<br>MARIO NOBLE, and<br>SEAN GYGI,<br><br>　　Defendants. | **CERTIFICATE OF SERVICE OF DEFENDANT'S<br>NOTICE OF PROPOSED WITNESS LIST**<br><br>Case No. 2:16-CR-00631-DAK<br><br>Judge Kimball |

　　I hereby certify that on this 26th day of November, 2018, Plaintiff was served \with

**DEFENDANT'S NOTICE OF PROPOSED WITNESS LIST, via** email to:

　　S. Michael Gadd
　　mgadd@agutah.gov

　　Vernon G. Stejskal
　　Vernon.stejskal@usdoj.gov

　　Adam S. Elggren
　　Adam.elggren@usdoj.gov

　　Kent Burggraaf
　　kburggraaf@agutah.gov

　　DATED this 26th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　*/s/ Sabrina Nielsen-Legal Secretary*
　　　　　　　　　　　　　　　　　　　　　SKORDAS, CASTON & HYDE, LLC