Gregory G. Skordas (#3865)
SKORDAS, CASTON & HYDE, LLC
560 South 300 East, Suite 225
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
Attorney for Defendant Shamo
gskordas@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA TONGE,<br>KATHERINE BUSIN,<br>MARIO NOBLE, and<br>SEAN GYGI,<br><br>     Defendants. | **CERTIFICATE OF SERVICE OF DEFENDANT'S NOTICE OF PROPOSED EXHIBIT LIST**<br><br>Case No. 2:16-CR-00631-DAK<br><br>Judge Kimball |

I hereby certify that on this 26th day of November, 2018, Plaintiff was served \with

**DEFENDANT'S NOTICE OF PROPOSED EXHIBIT LIST, via** email to:

S. Michael Gadd
mgadd@agutah.gov

Vernon G. Stejskal
Vernon.stejskal@usdoj.gov

Adam S. Elggren
Adam.elggren@usdoj.gov

Kent Burggraaf
kburggraaf@agutah.gov

DATED this 26th day of November, 2018.

               */s/ Sabrina Nielsen-Legal Secretary*
               SKORDAS, CASTON & HYDE, LLC