Bill L. Posey
1580 Tollhouse Road
Clovis, California   93611

## SUMMARY OF OCCUPATIONAL SKILLS

Co-Owner & Co-Director of an independent toxicology testing facility. Toxicology Department Supervisor in a medium-sized hospital and reference laboratory specializing in toxicology. Particular skills in state of the art detection of toxic substances and monitoring therapeutic drugs in biological specimens. Ongoing efforts in research and development on local, state wide, and national levels.

## PRESENT PLACE OF EMPLOYMENT

Central Valley Toxicology, Co-Director. A full reference laboratory engaged in forensic, industrial, and agricultural analysis of toxic compounds in biological fluids.

## SUMMARY OF BACKGROUND

B.S. in microbiology with a minor in physiological chemistry; California Clinical Laboratory Technologist license; approved Forensic Alcohol

Analyst Supervisor. Experience in the specialty of toxicology in hospital and reference laboratory environment. Twelve (12) years experience in clinical medical laboratory setting with teaching and supervisory duties. More than thirty (30) years experience in the field of toxicology.

## HIGHLIGHTS OF EXPERIENCE IN TOXICOLOGY

<u>Military Laboratory Specialist</u>. Assigned to the Coast Guard Drug Rehabilitation Center for the West Coast in Alameda California as a medic specializing in laboratory medicine. Clinical experience requiring constant patient care for individuals dependent on various drugs.

<u>Medical Laboratory Technologist</u>. As a medical laboratory technologist for the Veterans Administration Medical Center in Fresno California, assigned to collection and evaluation of biological samples from Patients in the psychiatric ward for the monitoring of therapeutic and abused drugs.

<u>Toxicology Testing</u>. For the past 34 years I have been testing for toxic substances in biological samples for clinical laboratories, law enforcement

agencies, Bureau of Medical Quality Assurance-Department of Consumer Affairs, probation screening, employment screening and coroners work for various counties.

Expert Witness. Accepted as an expert witness in Federal, Superior, Civil, Military, Municipal Courts, and arbitration boards. I average 50 testimony's a year for the past 35 years. Qualifying as an expert in more than 20 counties throughout California and other States.

Test Development and Implementation. Have served as Research and Development technologist, assisting in the revision of toxicology manuals and expanding testing capabilities, in toxicology. Have decreased the volume of tests sent out to other reference laboratories, increased laboratory reliability by developing and maintaining confirmation procedures and backup methodologies, evaluated new equipment, and implemented new procedures which improve quality control.

Continuing Education. Have served actively as member of the California Association of Toxicologists. Activities include hands-on workshops in state of the art applications, presentations of procedures developed at our laboratory, and co-hosting of meetings and workshops. Member of the National Society of Forensic Toxicologists and the Academy of Forensic Sciences.

Continuing Research. Served two (2) years as Chair of the Drugs and Driving Committee for the California Association of Toxicologists.

Developed several methods for LCMS, LCMS-MS, GCMS, GCMS-TOF, GCMS-Ion Trap and HPLC analysis of new drugs. Currently providing analysis of "Baboon" serum for a new drug's FDA approval in connection with the University of Boston.

## EDUCATION

| | |
|---|---|
| 1972-1972 | Balboa Naval Hospital Corpsman School, San Diego, California. Major: Medic |
| 1974-1976 | Fresno City College, Fresno, California. Major: Chemistry/Biology |
| 1976-1978 | California State University, Fresno, California. Major: Microbiology(Medical Technology)/Chemistry |
| 1978- | Numerous seminars, lectures, and short courses in addition to directed studies related to toxicology. 12 units (CE) annually in |

Toxicology (Forensic & Medical).

## PROFESSIONAL CREDENTIALS

Graduate with Honor's from the United States Naval Corpsman Academy, only Coast Guardsman to ever receive honors in both academic and excellence in patient care. 1972.

Honored as Serviceman of the Year for 1973.

B.S. in microbiology, minor in chemistry, California State University, Fresno, 1978.

California Clinical Laboratory Technologist License, 1978.

Forensic Alcohol Analyst, 1978.

Forensic Alcohol Supervisor, 1983.

AAFS Award for 1984. Co-recipient of the American Academy of Forensic Sciences "General--Section AAFS Award" for contributions to the field of Toxicology.

1985 Attended the AMA/AACC symposium on "Alcohol and the Impaired Driver" presented in Washington, D.C.

1986 Attended "International Symposium on Driving Under the Influence of Alcohol and/or Drugs." Attendance by invitation only from the U.S.Department of Justice, Federal Bureau of Investigation (FBI), presented at the Forensic Sciences Research and Training Center, FBI Academy, Quantico, Virginia.

1998 Attended "The Effects of Alcohol and Drugs on Human Performance and Behavior" AAFS/CAT at UCLA Los Angeles CA.

2010 Attended "ACMT Seminars in Forensic Toxicology: Ethanol & Marijuana" December 13-14, 2010 Westin St. Francis Hotel, San Francisco, CA American College of Medical Toxicology

## PROFESSIONAL SOCIETIES

California Association for Medical Laboratory Technology, Member 1976.

California Association of Toxicologists, Member 1981. Committee member of the "Drugs and Driving Committee".

National Society of Forensic Toxicologists, Member 1981

American Academy of Forensic Sciences, Member 1986.

Certification as Diplomate of the American Board of Forensic Examiners (DABFE) November 1997.

## PROFESSIONAL PUBLICATION AND PRESENTATIONS

Sept-Oct Issue JAT, 1983: Simultaneous Determination of Codeine and Morphine in Urine and Blood by HPLC. B.L. Posey and S.N. Kimble.

Mar-Apr Issue JAT, 1984: HPLC Study of Codeine, Norcodeine, and Morphine as Indicators of Codeine Ingestion. B.L. Posey and S.N. Kimble.

Sept-Oct Issue JAT, 1984: Quantitative Determination of 11-nor-delta-9-etrahydrocannabinol-9-Carboxylic Acid in Urine by HPLC. B.L. Posey and S.N. Kimble.

May 2000 Journal of Human Lactation: Methadone levels in Human Milk. John McCarthy and B. L. Posey.

Bulletin of the Inernational Association of Forensic Toxicologist No. 33 Vol 2 2003 Case Study: Industrial Accident: In Morte Electrolytic Synthesis of Methamphetamine by Alan D Barbour and Bill L. Posey

Presentation: California Association of Toxicologists Alcohol Workshop, August quarterly meeting, 1983. Presentation: Guest speaker for the Selma Police Department seminar on PCP (Phencyclidine), How to Recognize Symptoms and Correlate Levels to Influence. Selma, California, Women's Auxiliary Hall, 1984.

Presentation: Guest speaker, California Association of Toxicologists, "Phencyclidine Levels Associated with Skin Absorption", August quarterly meeting, 1982.

Presentation: Guest speaker, California Association of Toxicologists, Workshop on "Developing New Procedures", November quarterly meeting, 1987.

Presentation: Guest speaker, Tulare County District Attorney's Office "Recognition of a Prosecutable DUI" July 1991.

Presentation: Guest speaker, San Luis Obispo District Attorney's Office "Recognition of a Prosecutable DUI" May 1994.

Presentation: Guest speaker, Kern & Tulare County's Public Defenders Office "Understanding Toxicology in the 90's" October 1997.

Presentation: Guest speaker California Association of Toxicology Workshop: Depression & Psychosis (Antidepressants: Schemes and Testing Approaches.) 9 June 2006

**Updated: Jan 2016**