

# CENTRAL VALLEY TOXICOLOGY, INC.

**Case Name:** Klyuev, Ruslan

**TOXICOLOGY NUMBER:** CVT-16-6800

**Specimen Description:** 6.5 ml femoral blood (gray top vial) labeled "Klyuev, Ruslan; 16-1020; 06/15/16; Dr Rogers"

**Delivered by** Tricor     **Date** 17-Jun-16     **Received by** Bill Posey     **Date** 17-Jun-16

**Request:** Routine Drug Screen

**Agency Case #** 16-01020

**Requesting Agency**
San Mateo County Coroner
Attn: Records
50 Tower Road
San Mateo  CA 94402

**Report To**
San Mateo County Coroner
Attn: Dr. Rogers
50 Tower Road
San Mateo  CA 94402

Specimen: Femoral Blood Sample           **RESULTS**

Routine Drug Screen: Ethyl Alcohol, Cocaine metabolite, Fentanyl and Levamisole detected. No Opiates, PCP, Amphetamines, Barbiturates, Benzodiazepines, Methadone, Tricyclic Antidepressants or Carisoprodol detected. No Acetone detected.

Blood Ethyl Alcohol = 0.19 grams%

| | |
|---|---|
| Cocaine | = Negative |
| Benzoylecgonine | = 0.23 mg/L |
| Ecgonine Methyl Ester | = Present |
| Cocaethylene | = Present |
| Levamisole | = Present |
| Fentanyl | = 0.009 mg/L |

Received
JUL 5 2016
Office of the Coroner
San Mateo County

| Blood Cocaine | Ranges | Blood Benzoylecgonine | Ranges |
|---|---|---|---|
| Effective Level: | (0.05 -0.3 mg/L) | Effective Level: | Non Active |
| Potentially Toxic: | (0.25 - 5.0 mg/L) | Potentially Toxic: | (1 - 10 mg/L) |

Blood Fentanyl     Ranges
Effective Level: (0.0003 - 0.010 mg/L)
Potentially Toxic: ( > 0.010 mg/L)

*Alan D Barbour*     *B L Posey*

Alan D Barbour & B. L. Posey     June 23, 2016

**B.L. POSEY**
**S.N. KIMBLE**
*Directors*

1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9940
Fax (559) 323-7502

004-007-030-00034