

**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04928

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 178 | Fentanyl | Residue | ---- | ---- |

**Remarks:**

### Exhibit Details:

**Date Accepted by Laboratory:** 12/05/2016       **Gross Weight:** 2545 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 178 | 1 | Other | Residue | Residue |

**Remarks:**
Original items separated and returned to FDA for examination.

Other = one ziplock plastic bag containing nine metal tableting dies.

### Exhibit Analysis:

**Sampling:**

Fentanyl confirmed in 1 unit tested of 1 unit received.

| Exhibit | Summary of Test(s) |
|---|---|
| 178 | Gas Chromatography/Mass Spectrometry |

**Analyzed By:** /S/ Danielle C. Farrell, Forensic Chemist       **Date:** 01/11/2017
**Approved By:** /S/ William R. Dietz, Supervisory Chemist       **Date:** 01/11/2017

001-007-017-00001



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

**Chemical Analysis Report**

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04929

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 179 | Alprazolam | Residue | ---- | ---- |

**Remarks:**

## Exhibit Details:

**Date Accepted by Laboratory:** 12/05/2016     **Gross Weight:** 2313 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 179 | 1 | Other | Residue | Residue |

**Remarks:**
Original items separated and returned to FDA for examination.

Other = one ziplock plastic bag containing eight metal tableting dies.

## Exhibit Analysis:

**Sampling:**

Alprazolam confirmed in 1 unit tested of 1 unit received.

| Exhibit | Summary of Test(s) |
|---|---|
| 179 | Gas Chromatography/Mass Spectrometry |

**Analyzed By:** /S/  Danielle C. Farrell, Forensic Chemist          **Date:** 01/11/2017
**Approved By:** /S/  William R. Dietz, Supervisory Chemist          **Date:** 01/11/2017

001-007-018-00001



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04930

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 180 | Alprazolam | 11.746 g ± 0.001 g | ---- | ---- |

**Remarks:**

Exhibit 180: The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:**  12/05/2016        **Gross Weight:**  203.7 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 180 | 1 | Other | Powder | 11.594 g |

**Remarks:**

Exhibit 180: Other = screw top glass jar

### Exhibit Analysis:

**Sampling:**

Exhibit 180: A composite was formed from 1 unit for testing.  Alprazolam confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 180 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

**Analyzed By:** /S/  Danielle C. Farrell, Forensic Chemist        **Date:** 05/25/2017
**Approved By:** /S/  William R. Dietz, Supervisory Chemist        **Date:** 05/25/2017

001-007-019-00001



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04931

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|------------------------|------------|------------------|----------------------|
| 181 | Fentanyl | 6.162 g ± 0.001 g | ---- | ---- |

**Remarks:**

Exhibit 181: The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:**  12/05/2016      **Gross Weight:** 228.6 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 181 | 1 | Other | Powder | 6.009 g |

**Remarks:**
Exhibit 181: Other = screw top glass jar

### Exhibit Analysis:

**Sampling:**

Exhibit 181: A composite was formed from 1 unit for testing.  Fentanyl confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---------|-------------------|
| 181 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

**Analyzed By:** /S/  Danielle C. Farrell, Forensic Chemist          **Date:** 05/25/2017
**Approved By:** /S/  William R. Dietz, Supervisory Chemist          **Date:** 05/25/2017

001-007-020-00001