JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-631DAK |
|---|---|
| Plaintiff, | NOTICE RELATING TO EXPERT TESTIMONY PURSUANT TO Fed.R.Crim.Pro. 16(a)(1)(G) AND Fed.R.Evid. 702 |
| vs. | |
| AARON MICHAEL SHAMO, | |
| Defendant. | Judge Dale A. Kimball |

The United States of America, by and through Special Assistant United States Attorney

Michael Gadd, and pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and

Rule 702 of the Federal Rules of Evidence, hereby provides to the defendant the following notice

relating expert testimony the United States may offer in the trial of this case. The United States

hereby offers this notice regarding the potential expert testimony of Dr. Thomas Wayne Rogers,

of the San Mateo (California) County Coroner's Office. The summary of the testimony of this

witness and the basis for his testimony is listed below.

1

**A.** **Rule 16(a)(1)(G) Summary**: Dr. Rogers may offer expert testimony on the following subjects:

*Manner and Means of the death of R.K.*. Dr. Rogers will offer detailed expert testimony about the manner and means of the death of R.K, occurring on June 13, 2016. Dr. Rogers will testify that he performed an autopsy on the body of R.K. on June 15, 2016, at the San Mateo Medical Center. He will testify that fentanyl was found in the blood of R.K. He will testify that upon examination of the body, there were no signs of trauma or pre-existing conditions that would have led to the death of an otherwise healthy 21 year old male. A copy of Dr. Rogers Report is attached as Attachment A. He will testify in further detail as to the contents of that report.

**B.** **Expert Qualifications**: Rule 702 of the Federal Rules of Evidence provides that:

> A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if:
>
> (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;
> (b) the testimony is based on sufficient facts or data;
> (c) the testimony is the product of reliable principles and methods; and
> (d) the expert has reliably applied the principles and methods to the facts of the case.[1]

A copy of Dr. Rogers' curriculum vitae will be provided shortly. Doctor Rogers is qualified to testify with regard to the above-described matters. Dr. Rogers will testify in detail with regard to

---

1 FRE 702.

his education, training, and experience as an autopsy surgeon.

RESPECTFULLY SUBMITTED this 26th day of November, 2018.

JOHN W. HUBER
United States Attorney

 /s/Michael Gadd
MICHAEL GADD
Special Assistant United States Attorney