# SAN MATEO COUNTY CORONER'S OFFICE

## PATHOLOGY REPORT

CASE No. 16-01020

NAME: KLYUEV, Ruslan        SEX: Male        AGE: 21 years

Death Time & Date: 0944 hours, 6-13-2016

Exam Time & Date: 1310 hours, 6-15-2016

Autopsy Surgeon: Thomas Wayne Rogers, performed at San Mateo Medical Center, 222 West 39th Avenue, San Mateo, CA 94403

## CAUSE OF DEATH

I. Disease or Condition directly leading to death:

   A. Multiple drug intoxication

   due to

   B.

   due to

   C.

   due to

   D.

II. Other significant conditions contributing but not related to the immediate cause of death:

   -

**ORIGINAL DO NOT REMOVE FROM FILE**

**Official Document Do Not Duplicate Coroner's Office, San Mateo County**

[Continued]

San Mateo County Coroner's Office
KLYUEV, Ruslan
Pathology Report, Case No. 16-01020

## ANATOMICAL DIAGNOSES

I.  Blood ethyl alcohol = 0.19 grams %
    Blood benzoylecgonine = 0.23 mg/L
    Blood ecgonine methyl ester = present
    Blood cocaethylene = present
    Blood levamisole = present
    Blood fentanyl = 0.009 mg/L

TWR:as
cc:Coroner

[signature] 7-8-16

2

004-007-030-00026

# SAN MATEO COUNTY CORONER'S OFFICE

## AUTOPSY REPORT

**NAME: KLYUEV, Ruslan**                                    CASE No. 16-01020

**PROLOGUE:** The autopsy begins in the morgue at the San Mateo Medical Center at 1310 hours, June 15, 2016. Assisting at the examination are Laura Bailey and Maggi Horn, Forensic Autopsy Technicians.

## EXTERNAL EXAMINATION

The body is presented in a sealed body bag.

The body is that of a white male appearing the stated age of 21 years. There is a Coroner's identification tag present on the right big toe. The body is 68 inches long and weighs 190 pounds.

The body is presented in a supine position with the head rotated towards the right shoulder. The right arm lies alongside the body, flexed at the elbow with the hand over the right collar bone area. The left arm lies alongside the body with the hand over the left collar bone area. The knees are bent towards the left side of the body.

Paper bags cover the distal aspect of both arms.

The following items of clothing are present on the body:

1) A blue Levis type pants whose waist is hiked very slightly down towards the pubic area. The external genitalia are not visible. The pants are fully buttoned and are zippered on the front.

2) Blue underpants, properly worn, fully covering the external genitalia.

3) A green shirt with black and blue stripes. It is short-sleeved with buttons on the front. The buttons are undone with the exception of the most inferior button.

San Mateo County Coroner's Office
KLYUEV, Ruslan
Autopsy Report, Case No. 16-01020

The upper part of the chest is exposed. The buttons and button holes appear to be intact.

Rigor mortis is passing. Lividity is present over the front part of the body.

The only evidence of medical therapy are cardiac monitoring pads on both arms and on the torso.

There is no blood present on the body.

BLUNT INJURIES to the body:

HEAD AND NECK:

None present.

RIGHT ARM:

None present.

LEFT ARM:

None present.

RIGHT LEG:

None present.

LEFT LEG:

None present.

TORSO:

None present.

2

San Mateo County Coroner's Office
KLYUEV, Ruslan
Autopsy Report, Case No. 16-01020

1  The hair is black and about 4 inches long. Pupils are round. Irides are brown.
2  Sclerae are non-remarkable. No petechial hemorrhages are noted. Ears, nose and lips are
3  normal. Some gastric content is coming out of the mouth and the nose and extends over
4  both sides of the face. The neck is normal. There are some petechial hemorrhages,
5  probably early Tardieu hemorrhages present over the upper part of the chest and both
6  pectoralis areas. The chest is flat. The breasts are those of an adult male. The abdomen is
7  flat. The external genitalia are normal.
8
9  Present on the right lateral malleolus along its anterior border are three punctate
10 crusted defects. Legs and feet are without further abnormalities.
11
12 Paper bags are removed. The fingernails are examined. They are intact and
13 without observable tissue beneath them. No binding indentation sites are present about
14 the arms or hands. No smoke, powder or stippling is identified on either arm or hand. No
15 needle puncture marks are present. No hyperpigmented scars are present over accessible
16 veins.
17
18 The back is non-remarkable.
19
20
21
22                      **INTERNAL EXAMINATION**
23
24
25 The body is opened through the usual Y-SHAPED INCISION. No abnormalities
26 are noted.
27
28 BODY CAVITIES: The pleural cavities, pericardial cavity and peritoneal cavity
29 are lined by smooth, glistening surfaces and contain no fluid. Ribs and diaphragms are
30 intact.
31
32 HEART: In situ, the heart is normal, with the apex at the left midclavicular line.
33 The heart weighs 380 grams. The epicardial surface is smooth and glistening. Ventricular
34 myocardium is brown. Chambers are normal. Valves are normal. No left ventricular
35 hypertrophy is present. No asymmetric hypertrophy is present. No myxoid degeneration
36 of the mitral valve is present. No vegetations are present on valve leaflets. Coronary
37 ostia are patent. The coronary system has its usual anatomic distribution and is non-
38 remarkable. No thrombi are present.

3

San Mateo County Coroner's Office
KLYUEV, Ruslan
Autopsy Report, Case No. 16-01020

1  VESSELS: The aorta and tributaries are non-remarkable. The pulmonary artery
2  and venous system contain no thromboemboli.
3
4  TRACHEA AND BRONCHI: Lined by pale yellow mucosal surfaces.
5
6  LUNGS: The left lung weighs 800 grams and the right lung weighs 950 grams.
7  Pleural surfaces are smooth. Lung parenchyma is prominently congested and edematous.
8  There are no areas of consolidation. No pulmonary infarcts are present. No bronchial
9  asthma is identified. Airways of both lungs are non-remarkable. No tumors are present.
10 The arterial system of both lungs is opened and no thromboemboli or other abnormalities
11 are identified.
12
13 ORAL CAVITY: The teeth are natural. None are acutely missing or loose. No
14 abnormalities of the oral cavity are noted.
15
16 ESOPHAGUS: Lined by a white, wrinkled mucosal surface.
17
18 STOMACH: The stomach contains 300 cc of yellow-green fluid. The mucosal
19 surface is tan. No tumors or ulcers are noted.
20
21 INTESTINES: Covered by smooth serosal surfaces. No abnormalities are noted.
22
23 LIVER: The liver weighs 2100 grams. The serosal surface is smooth. The anterior
24 margin is sharp. The parenchyma is brown and prominently congested. No tumors are
25 present. No fatty metamorphosis or cirrhosis is present.
26
27 GALLBLADDER: The gallbladder is of normal size. Its surface is smooth. Its
28 wall is of normal thickness. It is lined by a green velvety mucosal surface. It contains 10
29 cc of bile and no stones.
30
31 PANCREAS: The pancreas is of normal size. Its parenchyma is yellow-brown
32 and lobulated. No tumors are present. No saponification is noted.
33
34 SPLEEN: The spleen weighs 300 grams. Its capsule is gray and wrinkled. Its
35 parenchyma is red-purple and soft.
36

004-007-030-00030

San Mateo County Coroner's Office
KLYUEV, Ruslan
Autopsy Report, Case No. 16-01020

ADRENAL GLANDS: The adrenal glands are normal in size and have their usual triangular shape. Sectioning of them reveals non-remarkable cortex and medullary parts. No hemorrhages are present.

KIDNEYS: The left and right kidneys each weigh 180 grams. Surfaces are smooth. Parenchyma is brown and prominently congested. There is a distinct corticomedullary separation. Papillae are normal. The calyces and pelves of both kidneys are non-remarkable. No obvious abnormalities are noted of the ureters. No stones are present.

BLADDER: The bladder contains 100 cc of urine. It is lined by a tan mucosal surface. No trabeculations or tumors are present. No diverticula are noted.

PROSTATE: The prostate is of normal size. Its parenchyma is yellow-white and rubbery. No tumors are noted.

TESTICLES: The testicles are non-remarkable.

MUSCULOSKELETAL SYSTEM: No abnormalities noted.

NECK: The hyoid bone and laryngeal structures are intact. Soft tissue about the larynx is normal. The larynx is free of obstructing material. The cervical vertebral column is non-remarkable. The thyroid gland is of normal size. Sectioning of it reveals a non-remarkable red-brown parenchyma.

CENTRAL NERVOUS SYSTEM: Soft tissue about the cranial vault is normal. The brain weighs 1400 grams. The gyri and sulci of the cerebral hemispheres are normal. Sectioning of the brain reveals no abnormalities. No contusions are noted. The ventricular system of the brain is non-remarkable. No subdural or subarachnoid hemorrhages are present. The vessels at the base of the brain are non-remarkable. Stripping the dura from the inner table of the skull reveals no abnormalities.

004-007-030-00031

San Mateo County Coroner's Office
KLYUEV, Ruslan
Autopsy Report, Case No. 16-01020

1     SPECIMENS:
2
3     1) Heart blood
4     2) Leg blood
5     3) Liver
6     4) Urine
7     5) Tissue
8     6) Vitreous
9
10     **END OF REPORT**
11
12
13
14     _[signature]_ 7-8-16
15     Thomas Wayne Rogers, M.D.
16     Forensic Pathologist
17
18     TWR:as
19     D: 6/15/16
20     T: 6/15/16

004-007-030-00032