JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. AARON MICHAEL SHAMO, Defendant. | Case No. 2:16-cr-631DAK<br><br>NOTICE RELATING TO EXPERT TESTIMONY PURSUANT TO Fed.R.Crim.Pro. 16(a)(1)(G) AND Fed.R.Evid. 702<br><br>Judge Dale A. Kimball |

The United States of America, by and through Special Assistant United States Attorney Michael Gadd, and pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Rule 702 of the Federal Rules of Evidence, hereby provides to the defendant the following notice relating expert testimony the United States may offer in the trial of this case. The United States hereby offers this notice regarding the potential expert testimony of Special Agent David A. Slagle of Homeland Security Investigations. The summary of the testimony of this witness and the basis for his testimony is listed below.

A.      **Rule 16(a)(1)(G) Summary**: Special Agent Slagle may offer expert testimony on the following subjects:

*Computer Forensics*.   Special Agent Slagle will offer detailed expert testimony about retrieving and analyzing information from the defendant's electronic devices, to include computers, telephones, and other means of electronic storage of information. He will testify in detail as to how each device was accessed, and then to the contents of each device.   Among other things, he will testify as to communications discovered on the electronic devices between co-conspirators, financial transactions, transactions involving Pharma-Master, cryptocurrency wallets found on the devices, and device user attribution. A copy of Special Agent Slagle's numerous reports, including those generated by the software used (i.e., Cellebrite, Axiom, etc.), have been provided to the defendant in discovery. He will testify in further detail as to the contents of those reports.

B.      **Expert Qualifications**: Rule 702 of the Federal Rules of Evidence provides that:

> A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if:
>
> (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;
> (b) the testimony is based on sufficient facts or data;
> (c) the testimony is the product of reliable principles and methods; and
> (d) the expert has reliably applied the principles and methods to the facts of the case.[1]

A copy of Special Agent Slagle's curriculum vitae (CV) is attached as Attachment A. This document establishes his qualification to testify with regard to the above-described matters.

---

1  FRE 702.

Special Agent Slagle will testify in detail with regard to his education, training, and experience as a Computer Forensic Agent.

RESPECTFULLY SUBMITTED this 26th day of November, 2018.

JOHN W. HUBER
United States Attorney

 */s/Michael Gadd*
MICHAEL GADD
Special Assistant United States Attorney