# Curriculum Vitae of David A. Slagle

1793 W. Business Park Drive, Orem, Utah 84058 | 801-518-9122 | david.slagle@dhs.gov

## TRAINING

H-11 Forensics
**EnCase Software DF210** — 2017
Salt Lake City, UT

U.S. Treasury Computer Forensic Training
**Advanced Computer Evidence Recovery Training (ACERT)** — 2017
Fairfax, VA

H-11 Forensics
**Advanced JTAG Forensics and Mobile Phone Repair** — 2016
Salt Lake City, UT

NUIX
**NUIX Foundations and NUIX Windows Investigations** — 2015
Herndon, VA

Homeland Security Investigations
**HSI Mobile and Cellular Device Extraction and Analysis Training** — 2015
Glynco, GA

U.S. Treasury Computer Forensic Training
**Basic Computer Evidence Recovery Training (BCERT)** — 2012
Gylnco, GA

## TEACHING EXPERIENCE

International Counter Proliferation Program, New Dehli, India
**WMD Cybercrimes Investigations** — 2017
Taught the Indian National Investigative Agency (NIA) about the cyber aspect in WMD investigations.

Homeland Security Investigations, Boston, MA
**Human Trafficking and Hostage Response** — 2010
Taught the Boston Police, Boston State Police and Assistant United States Attorneys the HSI response to hostage taking and human trafficking.

## RELATED EXPERIENCE

Homeland Security Investigations (HSI), Provo UT
**Special Agent / Computer Forensic Agent** — July 2014 – Present
- Conducts search warrants, administer administrative subpoenas.
- Support federal, state and local law enforcement agencies with computer/mobile device forensic support.
- Member of Utah County Major Crimes task force and Utah Valley Special Victims task force. Primary computer forensic analyst for both task forces.

Homeland Security Investigations (HSI), Tucson, AZ
**Special Agent / Computer Forensic Agent / Child Exploitation Group** — May 2012 – July 2014
- Conducted search warrants involving the on-site examination and/or seizure of computers.
- Performed full forensic analysis on computers that have been identified to contain contraband. Local liaison to the HSI Human Rights Violators and War Crimes Unit.

Homeland Security Investigations (HSI), Tucson, AZ
**Special Agent / Human Smuggling and Drug Smuggling Group** — 2009

- Conducted a hostage investigation involving death threats. Evidence gathered led to a federal search warrant resulting in the rescue of two victims. Went to trial in federal court as the case agent; both defendants were found guilty and sentenced to 15 years and eight months.

- Conducted a complex illegal drug smuggling investigation leading to the arrest and prosecution of the smuggling ring operator and his four co-conspirators.

## COMPUTER SOFTWARE EXPERIENCE

EnCase Forensic, AccessData FTK, Passware Forensic, Registry Viewer, FTK Imager, Magnet IEF and AXIOM, WinHex, , Forensic Explorer, Cellebrite UFED-4PC, Oxygen Forensic Suite, OS Triage, BlackBag Blacklight, NUIX, FTS iXAM, Griffeye, VMware Workstation

## CONFERENCES

**Paraben PFIC Conference**                                                                                             **2014**
The PFIC-Paraben Forensic Innovation Conference for computer forensic examiners.

**WMD Cybercrimes Investigations**                                                                                      **2013**
Gathering for computer and mobile device forensics, e-discovery and litigation support professionals

**DHS Computer Forensic Conference**                                                                                    **2012**
Various forensic software vendor conference and laboratory training.