

**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

Case Number: ML-16-0095
LIMS Number: 2017-SFL7-00556

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 210.01 | Alprazolam | 0.20646 g ± 0.2 g | ---- | ---- |
| 210.02 | No Analysis Performed | ---- | ---- | ---- |

**Remarks:**

Exhibit 210.01 and 210.02: Amended report to reflect no analysis per case agent concurrence. Refer to original laboratory report dated 08/07/2018.

Exhibit 210.01 and 210.02: The net weight is the combination of the direct weight of all units and an extrapolated value based on the individual weights of 9 units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 210.01: Total dosage unit count = 1 tablet net.
Exhibit 210.02: Total dosage unit count = 1529 tablets net.

Exhibit 210.02: No Analysis as per SA Ely.

### Exhibit Details:

**Date Accepted by Laboratory:** 02/08/2017    **Gross Weight:** 371.3 g    **Date Received by Examiner:** 11/09/2018

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 210.01 | 1 | Ziplock Plastic Bag | Tablet | 0.0976 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Exhibit 210.01: A composite was formed from 1 unit for testing of 1 unit received.  Alprazolam confirmed in the composite.

Exhibit 210.02: No Analysis as per SA Ely.

| Exhibit | Summary of Test(s) |
|---|---|
| 210.01 | Gas Chromatography, Gas Chromatography/Mass Spectrometry |

**Analyzed By:** /S/  Son X. Hoang, Forensic Chemist    **Date:** 11/16/2018
**Approved By:** /S/  Shawn M. Carter, Supervisory Chemist    **Date:** 11/16/2018

DEA Form 113 August 2013    Page 1 of 1