

**SON XUAN HOANG Ph.D.**
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Forensic Chemist
Western Laboratory
Pleasanton, California

## AREA OF EXPERTISE

Forensic Discipline

Drug Chemistry, Controlled Substance Analysis

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION**
*Forensic Chemist, DEA Western Laboratory (Pleasanton, CA) 2016 - Present*

- Analyze exhibits for the presence of control substances.
- Issue reports on analytical results and testify to finding in court.
- To perform routine maintenance and perform checks on laboratory equipment.

*Training*

- Basic Forensic Chemist Class 9, Drug Enforcement Administration Training Academy (Quantico, VA), 2016
- Basic Clandestine Laboratory class 68, Drug Enforcement Administration Training Academy (Quantico, VA), 2018
- Ultra-High Performance Liquid Chromatography, Performance and Maintenance, Waters Corp. (Pleasanton, CA), 2017

**US DEPARTMENT OF AGRICULTURE**
*Senior Chemist, USDA (Alameda CA) 2011-2016*

- Responsible for testing meats, poultries, fish, and eggs for pesticides and small molecules contamination.
- Performed routine maintenance and performed checks on laboratory equipment.
- Trained Senior Chemists onsite on method development and maintenance of analytical instruments.
- Performed and Validated analytical methods.

**UNIVERSITY OF THE PACIFIC - AMERICAN CHEMICAL SOCIETY**
*Teaching Assistant (Stockton, CA) 2004-2011*

- Guided and trained scientists in method development, instrumental analysis, data collection and interpretation, and lab safety.
- Trained graduate and undergraduate students in analytical methods development and instruments maintenance.
- Teaching, Experimentation, And Mentoring in Science - Coordinated, planned, and taught sciences to 6-12 grades.

*Training*
- Mass Spectrometry: Principal and Practice.

**HILMAR CHEESE AND INGREDIENTS**
*R&D Chemist (Hilmar, CA) 2009*
- Trained and provided technical supports for the purification and analysis of oligosaccharides and proteins.
- Set up analytical instruments and trained Senior Chemists on application and maintenance.
- Analyzed and mapped protein hydrolysis.

*Training*

## EDUCATION AND CERTIFICATIONS

San Francisco State University, San Francisco CA
- Master of Business Administration, 2017

University of the Pacific, Stockton CA
- Ph.D., Pharmaceutical and Chemical Sciences 2011
  Emphasis in Bioanalytical/Physical Chemistry.

University of California, Davis
- Bachelors of Science, Biochemistry 2003
- Minor - Statistics 2003

*Certification(s)*

## PROFESSIONAL AFFILIATIONS

- Alpha Chi Sigma - Professional Chemistry Fraternity
- American Chemical Society

## PRESENTATIONS AND LECTURES

- Oral Presenter - Analysis of Pesticide in Meats and Poultry at USDA Western Laboratory
  - Agriculture Research Service (Washington, DC), 2012
- Poster Presenter - Analysis of Pesticide in Meats and Poultry at USDA Western Laboratory
  - Pesticide Conference (St. Pete, FL) 2013

## PUBLICATIONS

- Macrocyclic Chemistry: Part I - Characterization of a mixed-valence di-iron complex and synthesis of a new poly-iron complex.  Part II - Synthesis, characterization of new diphosphoester macrocyclic polyethers.  University of the Pacific 2011. Dissertation.