**Arthur F. Simone, M.D., Ph.D.**

**Curriculum Vitae**
(Updated: 11/15/18)

**Office Address**

Food and Drug Administration
Building 51; Room 5186
10903 New Hampshire Ave
White Oak, MD 20903

**Level of National Security Clearance**

Secret (expires October 9, 2024)

**Education**

| 1978 | B.S. | New Jersey Institute of Technology, Engineering Science |
|---|---|---|
| 1981 | M.S. | Pennsylvania State University, Bioengineering |
| 1984 | Ph.D. | Pennsylvania State University, Bioengineering |
| 1988 | M.D. | University of Medicine and Dentistry of New Jersey, Robert Wood Johnson Medical School, Medicine |
| 2008 | Certificate | Georgetown University, Public Health |

**Postgraduate Training and Fellowship Appointments**

1985-1986    Research Fellow, University of Medicine and Dentistry of New Jersey, Robert Wood Johnson Medical School, New Brunswick, NJ

1988-1989    Transitional Internship, Presbyterian-Hospital of the University of Pennsylvania, Philadelphia, PA

1989-1992    Anesthesia Residency, Pennsylvania State University, Milton S. Hershey Medical Center, Hershey, PA

**Professional Positions and Academic Appointments**

1978-1984    Research Assistant,
Bioengineering Program
Pennsylvania State University,

1992-1996    Assistant Professor,
Department of Anesthesia,
Hospital of the University of Pennsylvania

1992-1996    Member, Graduate Group Committee,
Department of Bioengineering,
University of Pennsylvania

**<u>Professional Positions and Academic Appointments (continued)</u>**

| | |
|---|---|
| 1996 | Staff Anesthesiologist,<br>Locum Tenens at Allegheny University Hospitals,<br>(Elkins Park Hospital and Warminster Hospital)<br>Arranged through Jackson and Coker Health Services, Inc. |
| 1997-1999 | Clinical Assistant Professor,<br>Department of Anesthesiology,<br>Allegheny University Hospitals, MCP-Hahnemann University |
| 1999-2002 | Clinical Assistant Professor of Anesthesiology,<br>Department of Anesthesiology, School of Medicine,<br>MCP-Hahnemann University |
| 1999-2001 | Chairman, Department of Anesthesiology, Elkins Park Hospital |
| 2000-2001 | Interim Chairman, Department of Anesthesiology, Warminster Hospital |
| 2001-2002 | Chairman, Department of Anesthesiology, North Penn Hospital |
| 2002-2005 | Medical Officer,<br>Division of Anesthetic, Critical Care and Addiction Drug Products,<br>Center for Drug Evaluation and Research (CDER),<br>Food and Drug Administration (FDA) |
| 2005 | Acting Lead Medical Officer, Anesthetic Products,<br>Division of Anesthesia, Analgesia and Rheumatology Products,<br>Center for Drug Evaluation and Research, Food and Drug Administration |
| 2005-2015 | Medical Officer,<br>Division of Anesthesia, Analgesia and Addiction Products,<br>Center for Drug Evaluation and Research, Food and Drug Administration |
| 2015-2016 | Acting Senior Medical Advisor,<br>Office of Unapproved Drugs and Labeling Compliance<br>Center for Drug Evaluation and Research, Food and Drug Administration |
| 2016-present | Senior Medical Advisor,<br>Office of Unapproved Drugs and Labeling Compliance<br>Center for Drug Evaluation and Research, Food and Drug Administration |

**<u>Specialty Certification</u>**

1989-present  Diplomate, National Board of Medical Examiners
1994-present  Diplomate, American Board of Anesthesiologists

## Licensure

1989-present  Commonwealth of Pennsylvania State Board of Medicine
1996-present  New Jersey State Board of Medicine

## Awards, Honors, and Membership in Honorary Societies

| | |
|---|---|
| 1975 | Tau Beta Pi (National Engineering Honor Society) |
| 1978 | Order of the Engineer |
| 1978 | Cum Laude with distinction in the Humanities, NJ Institute of Technology |
| 2006 | Commissioner's Special Citation (FDA) |
| 2007 | Excellence in Communication (CDER) |
| 2009 | Scientific Achievement Award – Outstanding Intercenter Scientific Collaboration (CDER/ORA) |
| 2012 | Regulatory Science Excellence Award – Cyanide Antidote Team (CDER) |
| 2012 | Office of the Chief Scientist – Biomarker/Repro-Tox Review Group |
| 2013 | Team Excellence Award – Sedation Workshop Team (CDER) |
| 2015 | Excellence in Communication Award – Epidural Steroid Injections Safety Review Team |
| 2017 | Office of Criminal Investigations Award – In appreciation and recognition of dedication and commitment to FDA's and OCI's joint mission of protecting the public health |

## Administrative Activities

1. Member, Ethics Advisory Committee,
   Philadelphia Veterans Administration Medical Center, July, 1993 - June, 1996

2. Medical Director, Advanced Cardiac Life Support Training, Philadelphia Veterans Affair Medical Center, April, 1994 - June, 1996

3. Member, C.P.R Committee,
   Philadelphia Veterans Affairs Medical Center, September, 1994 - June, 1996

4. Member, Continuing Education Committee,
   Pennsylvania Society of Anesthesiologists, July, 1998 - June, 2000

5. Member, Medical Executive Committee,
   Elkins Park Hospital, April, 1999 - January, 2002

6. Member, Operating Room Committee,
   Elkins Park Hospital, April, 1999 - January, 2002

7. Member, Invasive Procedures Review Committee,
   Elkins Park Hospital, September, 1999 - March, 2002

8. Member, Medical Executive Committee,
   Warminster Hospital, June, 2000 - June, 2001

9.  Member, Operating Room Committee,
    Warminster Hospital, June, 2000 -June, 2001

10. Member, Operating Room Committee,
    North Penn Hospital, June, 2001 - January, 2002

11. Member, Food and Drug Administration Working Groups
    a.  Patient Controlled Analgesia (PCA) Safety
    b.  Auto Injector Guidance
    c.  Use of Color Coding for Differentiating Pharmaceuticals
    d.  Animal Rule Guidance Development
    e.  Combination Drug-Device Products
    f.  Infusion of Local Anesthetics
    g.  Data Standards Division Leads

12. Expert Reviewer
    a.  Program Advisory Group, SAFEKIDS (Safety of Key Inhaled and Intravenous Drugs
        in Pediatrics) Initiative, Office of the Commissioner, FDA, 2008 and 2009

13. Expert Witness
    a.  Nitrous Oxide (2010) - the safety of nitrous oxide inhaled from balloons or via gas
        masks connected to cylinders containing the gas product
    b.  Inhaled Nitrites (2010) – the risks associated with the use of nitrite products being
        sold as inhalants including: amyl, cyclohexyl, alkyl, and isobutyl nitrites.

14. Expert Panelist
    a.  Progress and Problems in Anesthetic-Induced Developmental Neurotoxicity: From
        Research to Regulation American Society of Anesthesiologists Annual Meeting,
        October 20, 2009
    b.  Closed Loop Drug Delivery Devices: Technology and Challenges CDRH and CDER
        Scientific Rounds, February 3, 2010
    c.  Pediatric Advisory Committee, June 21, 2010
    d.  American Society of Anesthesiologists and FDA Tele-Town on Drug Shortages,
        December 5, 2012

## FDA Presentations

### Expert Testimony

1.  U.S. v. William Scully (No. 14-CR-208-ADS; New York, Eastern District)
    October 15 and 19, 2015

2.  U.S.A. v. Salim Lokhandwalla (No. 1:15-CR-252-MHC; Georgia, Northern District)
    March 9, 2016

3.  U.S.A. v. D. Anda Norbergs (No. 8:15-CR-183-JSM-AEP; Florida, Middle District)
    November 8 and 9, 2016

4. U.S. v. Govinda Andiappen (No. 14-CR-402-ADS; New York, Eastern District)
   December 12, 2016

5. U.S.A. v. Ismail Khan (No. 1:14-CR-197-SCJ; Georgia, Northern District)
   February 10, 2017

6. U.S.A. v. Adams and Broombaugh (No. 14-CR-40005-DDC; Kansas)
   February 23, 2017

7. U.S.A. v. George Patino (No. 4:16-CR-00055-HEA; Missouri, Eastern District)
   June 6, 2017

8. U.S.A. v. Eric Potratz (No. 5:15-CR-00236-LHK; California, Northern District)
   August 15, 2017

9. U.S.A. v. Gas Pipe, Inc., et al. (No. 3:14-CR-00298-M; Texas, Northern District)
   October 3, 2018

## *External Presentations*

1. Anesthetics and Life Support Drugs Advisory Committee Meeting: "Inapsine: Basis for Approval;" November 18, 2002

2. Anesthetics and Life Support Drugs Advisory Committee Meeting: "Propofol Product Development Issues;" November 19, 2003

3. Anesthetics and Life Support Drugs Advisory Committee Meeting: "Overview and Regulatory Issues Regarding Anesthetic Agents for Pediatric Patients;" March 29, 2007

4. Anesthetics and Life Support Drugs Advisory Committee Meeting: "Clinical Assessment of the Safety of Sugammadex;" March 11, 2008

5. Safe Use/Safety First Initiative: "Propofol: Safe Use;" July 29, 2009

6. American Society of Anesthesiologists Annual Meeting: "Wait or Regulate;" October 20, 2009

7. Pediatric Advisory Committee: "Brief Overview of Inhaled Anesthetics in the Pediatric Population;" June 21, 2010

8. Anesthetics and Life Support Drugs Advisory Committee Meeting: "Clinical Investigations of the Potential Effects of Anesthetics on Pediatric Neurological Development;" March 10, 2011

*Internal Presentations*

1. Anesthetics and Life Support Drugs Advisory Committee Meeting (closed session): "Diprivan Phase 4 Commitment: Sedation in the PICU – An Update;" November 10, 2005

2. Anesthetics and Life Support Drugs Advisory Committee Meeting (closed session): "A Tale of Two Antidotes – Treating Cyanide Toxicity;" November 10, 2005

3. Regulatory Briefing: "Clinical Implications of the Neurotoxicity Findings Associated with Anesthetic Agents;" January 6, 2006

4. CDER Scientific Rounds: "Application of the Animal Rule in the Development and Approval of Cyanokit®;" May 23, 2007

5. CDER Scientific Rounds: "Anesthetic Apoptosis and Babies' Brains;" November 28, 2007

6. CDER Scientific Rounds: "Sugammadex: Hype and Hypersensitivity;" May 20, 2009

7. Center Director Briefing: "Update on Clinical Research on the Effects of Anesthetic Agents on Neurocognitive Development in Pediatric Patients;" August 24, 2010

8. Center Director Briefing: "Corticosteroids and Catastrophic Neurologic Events with Epidural Injection;" March 7, 2011

9. Office of Criminal Investigation All-Hands Meeting: "Expert Witness;" November 16, 2017

## **Bibliography**

*Articles*

1. Simone AF: Longitudinal mixing in a cast of the human larynx. I.E.E.E. Transactions on Biomedical Engineering BME28 7: 493-495, 1981.

2. Simone AF and Ultman JS: Longitudinal mixing by the human larynx. Respirat Physio149: 187-201, 1982.

3. Simone AF and Ultman JS: Longitudinal mixing of oxygen with air during steady flow through the larynx. Bull Europ Physiopath Resp 18: 389-393, 1982.

4. Neubauer JA, Simone AF, and Edelman NH: Role of brain lactic acidosis in hypoxic depression of respiration. JAP 65(3): 1324-1331, 1988.

5. Simone AF, Ultman JS, and Jebria AB: Bronchial distribution of gas mixing in a model of the upper and central airways. JAP 65(4): 1693-1702, 1988.

6. Chang NS, Simone AF, and Schultheis LW: From the FDA: What's in a label? A guide for the anesthesia practitioner. Anesthesiology 103(1): 179-185, 2005.

7.  Schultheis LW, Mathis LL, Roca RA, Simone AF, Hertz SH, and Rappaport BA: Pediatric drug development in anesthesiology: an FDA perspective. Anesth Analg 103(1): 49-51, 2006.

8.  Mellon RD, Simone AF, Rappaport BA: Use of Anesthetic Agents in Neonates and Young Children. Anesthesia and Analgesia 104(3): 509-520, 2007.

9.  Rappaport B, Mellon RD, Simone A, Woodcock J: Defining Safe Use of Anesthesia in Children. N Eng J Med 364(15): 1387-90, April 14, 2011.

*Abstracts*

1.  Ultman JS, Tarbell JM, Dreshsler DM, and Simone AF: Gas mixing in pulmonary airways during normal breathing. Proc of the Assoc for the Adv of Med Instr 16: 103, 1981.

2.  Simone AF, Neubauer JA, Melton JE, and Edelman NH: Role for lactic acidosis in hypoxic depression of respiratory output. Fed Proc 45: 518, 1986.

*Editorials*

1.  Ilivicky H, Caroff SN, and Simone AF: Etomidate during ECT for elderly seizure- resistant patients. Am J Psychiatry 152(6): 957-958, 1995.

2.  Chang N, Simone A, Schultheis L, and Rappaport B: Reviewing Case Reports and the Droperidol Warning: FDA Response. Anesthesia and Analgesia 97(5): 1542, 2003.

3.  Schultheis L, Mathis L, Roca R, Simone A, Hertz S, Rappaport B: Pediatric Drug Development in Anesthesiology: An FDA Perspective. Anesthesia and Analgesia 103(1): 49-51, 2006.

**New Drug Applications (NDAs)**
(Includes all NDAs for which clinical review and/or guidance were provided to the FDA and/or the Applicant)

| Number | Applicant | Product Name |
|---|---|---|
| 006488 | Fresenius Kabi | Xylocaine w/ & w/o Epinephrine (Lidocaine w/ and w/o Epinephrine) |
| 008816 | Oak Pharmaceuticals | Xylocaine (Lidocaine) Jelly |
| 008834 | Abbott Laboratories | Tronothane Hydrochloride Cream & Jelly |
| 008845 | Hospira | Quelicin (Succinylcholine Chloride) |
| 009435 | Fresenius Kabi | Nesacaine (Chloroprocaine) |
| 009470 | Fresenius Kabi | Xylocaine (Lidocaine) Viscous |
| 010417 | Fresenius Kabi | Xylocaine (Lidocaine) 4% Preservative Free |
| 010496 | AstraZeneca | Xylocaine (Lidocaine) 5% W/ Glucose 7.5% |
| 011338 | Wyeth Ayerst Laboratories | Fluothane (Halothane) |
| 011559 | Par Sterile Products | Brevital Sodium (Methohexital) |
| 012250 | Hospira | Carbocaine (Mepivacaine) |
| 014127 | AstraZeneca | Xylocaine (Lidocaine) |
| 014879 | Eurohealth International | Dopram (Doxapram) |
| 016297 | Fresenius Kabi | Xylocaine 1.5% W/ Dextrose 7.5% (Lidocaine & Dextrose) |
| 016619 | Akorn | Sublimaze Preservative Free (Fentanyl) |
| 016636 | Adapt Pharma Operations | Narcan (Naloxone Hcl) Inj. |
| 016812 | Par Sterile Products | Ketalar (Ketamine) |
| 016964 | Hospira | Marcaine (bupivacaine) |
| 017015 | Organon | Pavulon (Pancuronium) |
| 017087 | Baxter Healthcare | Ethrane (Enflurane) |
| 017398 | Sandoz Canada | Regonol (Pyridostigmine) |
| 017558 | Eurohealth International | Robinul (Glycopyrrolate) |
| 017624 | Baxter Healthcare | Forane (Isoflurane) |
| 018053 | Hospira | Bupivacaine HCl |
| 018227 | Hospira | Amidate (Etomidate) |
| 018692 | Hospira | Marcaine (Bupivacaine) |
| 018776 | Organon | Norcuron (Vecuronium) |
| 019353 | Akorn | Alfenta (Alfentanyl) |
| 019627 | Fresenius Kabi | Diprivan (Propofol) |
| 019638 | Organon | Arduan (Pipecuronium) |
| 019677 | Mylan Institutional | Enlon Plus (Edrophonium & Atropine) |
| 019946 | Abbvie | Nuromax (Doxacurium) |
| 019978 | Hospira | Bupivacaine HCl |
| 020073 | Hoffmann-La Roche | Romazicon (Flumazenil) |
| 020098 | Abbvie | Mivacron (Mivacurium) |
| 020118 | Baxter Healthcare | Suprane (Desflurane) |
| 020195 | Cephalon | Fentanyl Oralet (Fentanyl) |
| 020200 | Abbvie | Nalbuphine HCl |
| 020214 | R-Tech Ueno | Zemuron (Rocuronium) |
| 020478 | Abbvie | Ultane (Sevoflurane) |

| Number | Applicant | Product Name |
|---|---|---|
| 020551 | Abbvie | Nimbex (Cisatracurium) |
| 020575 | Noven Pharmaceuticals | Lidocaine HCl |
| 020630 | Mylan Institutional | Ultiva (Remifentanil) |
| 020696 | Paladin Labs | Antizol (Fomepizole) |
| 020971 | Deproco | Septocaine (Articaine with Epinephrine) |
| 021038 | Hospira | Precedex (Dexmedetomidine) |
| 021380 | Dentsply Pharmaceutical | Xylocaine (Lidocaine) |
| 021381 | Dentsply Pharmaceutical | Xylocaine Dental with Epinephrine (Lidocaine & Epinephrine) |
| 021382 | Dentsply Pharmaceutical | Citanest Plain (Prilocaine) |
| 021383 | Dentsply Pharmaceutical | Citanest Forte (Prilocaine & Epinephrine) |
| 021451 | Dentsply Pharmaceutical | Oraqix (Lidocaine & Prilocaine) |
| 021504 | Vyteris | LidoSite Topical System (Lidocaine & Epinephrine) |
| 021623 | Galen | Synera (Lidocaine & Tetracaine) Topical Patch |
| 022010 | Deproco | Septocaine (Articaine & Epinephrine) |
| 022041 | Serb SAS | Cyanokit (Hydroxocobalamin) |
| 022046 | Hospira | Bupivacaine HCl w/ and w/o epinephrine |
| 022159 | Septodont Holding SAS | OraVerse (Phentolamine) |
| 022182 | *redacted - not approved* | *redacted - not approved* |
| 022225 | Merck | Bridion (Sugammadex) |
| 022466 | Pierrel SPA | Orabloc (Articaine & Epinephrine) |
| 201444 | Hope Pharmaceuticals | Nithiodote (Sodium Nitrate; Sodium Thiosulfate) |
| 204078 | Eclat Pharmaceuticals | Bloxiverz (Neostigmine) |
| 205579 | Eagle Pharmaceuticals | Ryanodex (Dantrolene Suspension) |