

**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04916

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 166 | Fentanyl Hydrochloride | 102.9 g ± 0.2 g | 87% ± 4% | 89.5 g ± 3.7 g |

**Remarks:**

Exhibit 166: Purity determined from testing the composite; the purity and amount pure substance uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Exhibit 166: The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 12/05/2016 **Gross Weight:** 207.6 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 166 | 1 | Ziplock Plastic Bag | Powder | 77.3 g |

**Remarks:**
Exhibit 166: 25.0 grams removed for Special Program.

## Exhibit Analysis:

**Sampling:**

Exhibit 166: A composite was formed from 1 unit for testing. Fentanyl confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 166 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 166 | DEA107L/GasChromatography |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 04/27/2017
**Approved By:** /S/ William R. Dietz, Supervisory Chemist **Date:** 04/28/2017



U.S. Department of Justice
Drug Enforcement Administration

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04004

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1 | Fentanyl Hydrochloride | 98.7 g ± 0.2 g | ---- | ---- |

**Remarks:**

The reported net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 10/03/2016 **Gross Weight:** 207.4 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1 | 1 | Plastic Bag | Powder | 92.9 g |

**Remarks:**
5.0 grams removed for Special Program.

## Exhibit Analysis:

**Sampling:**

Fentanyl hydrochloride confirmed in 1 unit tested of 1 unit received. A composite was formed from 1 unit for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 1 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 11/16/2016
**Approved By:** /S/ William R. Dietz, Supervisory Chemist **Date:** 11/16/2016



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04539

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 2 | Alprazolam | 122.1 g ± 0.2 g | ---- | ---- |

**Remarks:**

Exhibit 2: The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 11/16/2016 **Gross Weight:** 248.1 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 2 | 1 | Ziplock Plastic Bag | Powder | 121.5 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Exhibit 2: A composite was formed from 1 unit for testing. Alprazolam confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 2 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 04/10/2017

**Approved By:** /S/ William R. Dietz, Supervisory Chemist **Date:** 04/17/2017




**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04568

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 3 | Fentanyl (calc. as Hydrochloride) | 74.3 g ± 0.2 g | 80% ± 4% | 59.4 g ± 2.6 g |

**Remarks:**

Exhibit 3: Purity determined from testing the composite; the purity and amount pure substance uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Exhibit 3: The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 11/17/2016 **Gross Weight:** 202.2 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 3 | 1 | Ziplock Plastic Bag | Powder | 70.8 g |

**Remarks:**
Exhibit 3: 3.0 grams removed for Special Program.

## Exhibit Analysis:

**Sampling:**

Exhibit 3: A composite was formed from 1 unit for testing. Fentanyl confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 3 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 3 | DEA107L/GasChromatography |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 04/10/2017
**Approved By:** /S/ William R. Dietz, Supervisory Chemist **Date:** 04/17/2017




**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04629

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 12 | Fentanyl Hydrochloride | 99.4 g ± 0.2 g | 88% ± 4% | 87.4 g ± 3.6 g |

**Remarks:**

Exhibit 12: Purity determined from testing the composite; the purity and amount pure substance uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Exhibit 12: The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 11/22/2016 **Gross Weight:** 203.5 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 12 | 1 | Ziplock Plastic Bag | Powder | 96.0 g |

**Remarks:**
Exhibit 12: 3.0 grams removed for Special Program.

## Exhibit Analysis:

**Sampling:**

Exhibit 12: A composite was formed from 1 unit for testing. Fentanyl confirmed in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 12 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 12 | DEA107L/GasChromatography |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 04/10/2017
**Approved By:** /S/ William R. Dietz, Supervisory Chemist **Date:** 04/18/2017



U.S. Department of Justice
Drug Enforcement Administration

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04764

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 14 | Fentanyl | 2138 g ± 1 g | ---- | ---- |

**Remarks:**

The reported net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 14: Total unit count = 19783 tablets (net); 19732 tablets (reserve).

## Exhibit Details:

**Date Accepted by Laboratory:** 12/05/2016 **Gross Weight:** 2229 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 14 | 19783 | Ziplock Plastic Bag | Tablet | 2132 g |

**Remarks:**
1331.6 grams held for destruction pending written notification.

0.5 grams removed for Special Program.

2.6 grams removed for Special Program.

## Exhibit Analysis:

**Sampling:**

Fentanyl confirmed in 32 units tested of 19783 units received representing a 95% level of confidence that at least 90% of the population contains the substance. A composite was formed from 32 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 14 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 01/31/2017
**Approved By:** /S/ William M. Moriwaki, Supervisory Chemist **Date:** 01/31/2017




**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04784

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 34 | Fentanyl | 225.2 g ± 0.2 g | ---- | ---- |

**Remarks:**

The reported net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 34: Total unit count = 2109 tablets (net); 2061 tablets (reserve).

## Exhibit Details:

**Date Accepted by Laboratory:** 12/05/2016 **Gross Weight:** 281.2 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 34 | 2109 | Ziplock Plastic Bag | Tablet | 220.1 g |

**Remarks:**
0.5 grams removed for Special Program.

2.6 grams removed for Special Program.

## Exhibit Analysis:

**Sampling:**

Fentanyl confirmed in 29 units tested of 2109 units received representing a 95% level of confidence that at least 90% of the population contains the substances. A composite was formed from 29 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 34 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 01/30/2017
**Approved By:** /S/ Roger A. Ely, Supervisory Chemist **Date:** 01/31/2017




**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04814

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 64 | Fentanyl | 54.607 g ± 0.001 g | ---- | ---- |

**Remarks:**

The reported net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 64: Total unit count = 514 tablets (net); 466 tablets (reserve).

## Exhibit Details:

**Date Accepted by Laboratory:** 12/05/2016 **Gross Weight:** 103.1 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 64 | 514 | Ziplock Plastic Bag | Tablet | 49.542 g |

**Remarks:**

0.5 grams removed for Special Program.

2.6 grams removed for Special Program.

## Exhibit Analysis:

**Sampling:**

Fentanyl confirmed in 28 units tested of 514 units received representing a 95% level of confidence that at least 90% of the population contains the substances. A composite was formed from 28 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 64 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 01/30/2017

**Approved By:** /S/ Roger A. Ely, Supervisory Chemist **Date:** 01/31/2017



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04873

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 123 | Fentanyl | 22.786 g ± 0.001 g | ---- | ---- |

**Remarks:**

The reported net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 123: Total unit count = 214 tablets (net); 168 tablets (reserve).

## Exhibit Details:

**Date Accepted by Laboratory:** 12/05/2016 **Gross Weight:** 64.2 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 123 | 214 | Ziplock Plastic Bag | Tablet | 17.887 g |

**Remarks:**
0.5 grams removed for Special Program.

2.5 grams removed for Special Program.

## Exhibit Analysis:

**Sampling:**

Fentanyl confirmed in 27 units tested of 214 units received representing a 95% level of confidence that at least 90% of the population contains the substances. A composite was formed from 27 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 123 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 01/30/2017
**Approved By:** /S/ Roger A. Ely, Supervisory Chemist **Date:** 01/31/2017




**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04925

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 175 | Fentanyl (calc. as Hydrochloride) | 87.1 g ± 0.2 g | 72% ± 3% | 62.7 g ± 3.0 g |

**Remarks:**

Exhibit 175: Purity determined from testing the composite; the purity and amount pure substance uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Exhibit 175: The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 12/05/2016 **Gross Weight:** 215.9 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 175 | 1 | Ziplock Plastic Bag | Powder | 81.4 g |

**Remarks:**
Exhibit 175: 5.0 grams removed for Special Program.

## Exhibit Analysis:

**Sampling:**

Exhibit 175: A composite was formed from 1 unit for testing. Fentanyl confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 175 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 175 | DEA107L/GasChromatography |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 05/03/2017
**Approved By:** /S/ William R. Dietz, Supervisory Chemist **Date:** 05/03/2017




**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04933

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 183 | Alprazolam | 150.9 g ± 0.2 g | ---- | ---- |

**Remarks:**

Exhibit 183: The net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

## Exhibit Details:

**Date Accepted by Laboratory:** 12/05/2016 **Gross Weight:** 253.6 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 183 | 1 | Ziplock Plastic Bag | Powder | 150.6 g |

**Remarks:**

## Exhibit Analysis:

**Sampling:**

Exhibit 183: A composite was formed from 1 unit for testing. Alprazolam confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 183 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 05/03/2017
**Approved By:** /S/ William R. Dietz, Supervisory Chemist **Date:** 05/04/2017




**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

**Case Number:** ML-16-0095
**LIMS Number:** 2016-SFL7-04943

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 193 | Fentanyl | 239.2 g ± 0.2 g | ---- | ---- |

**Remarks:**

The reported net weight was determined by direct weighing of all unit(s); the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 193: Total unit count = 2277 tablets (net); 2229 tablets (reserve).

## Exhibit Details:

**Date Accepted by Laboratory:** 12/05/2016 **Gross Weight:** 282.3 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 193 | 2277 | Ziplock Plastic Bag | Tablet | 234.2 g |

**Remarks:**
0.5 grams removed for Special Program.

2.5 grams removed for Special Program.

## Exhibit Analysis:

**Sampling:**

Fentanyl confirmed in 29 units tested of 2277 units received representing a 95% level of confidence that at least 90% of the population contains the substance. A composite was formed from 29 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 193 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |

**Analyzed By:** /S/ Emily A. Oblath, Forensic Chemist **Date:** 01/30/2017
**Approved By:** /S/ Roger A. Ely, Supervisory Chemist **Date:** 01/31/2017