348 E. South Temple
Salt Lake City, Utah
84111

Phone 801-524-4156
Fax 801-524-5364
E-mail Jeffery.r.bryan@usdoj.gov

# Special Agent Jeffery R. Bryan

| | |
|---|---|
| **Professional experience** | 1991 - 2018: Special Agent Drug Enforcement Administration (DEA) |

- 1991 - 1998 Assigned to Salt Lake City, Denver Division
- 1998 – 2002 Assigned to Sao Paulo Brazil, South America
- 2002 – 2018 Assigned to Salt Lake City, Denver Division

January 2018: Began working as a contract Financial Investigator at the Salt Lake City District Office, DEA.

**Training received**

1991: 3 month Special Agent Training at the DEA Academy, Quantico, Virginia.

1992: 2 Week Clandestine Laboratory Investigation Training, Quantico, Virginia.

1992: 1 Week Money Laundering Investigation Training, Los Angeles, California.

1993: 1 Week Clandestine Laboratory Site Safety Officer Training, Quantico, Virginia.

1994: 1 Week Clandestine Laboratory Investigators Association Training, Alberta Canada.

1994: 3 Day Conspiracy Investigation Training, Denver Colorado.

1995: 1 Week Clandestine Laboratory Investigators Association Training, Las Vegas, Nevada.

1996: 3 Week DEA Firearms Instructors Certification, West Point Academy, New York, NY.

1996: 2 Week Marijuana Eradication Training, Camp Gruber, Oklahoma

1997: 1 Week Advanced Agent Training, Quantico, Virginia.

2004: 1 Week Advanced Agent Training, Quantico, Virginia.

2005: 1 Week Basic Asset Forfeiture Training

2005: 1 Week DOJ Financial Investigations Seminar

2005: 1 Week Money Laundering Training

2010:  1 Week Pharmaceutical Drug Training

2012:  1 Week Tactical Tracking School (Outdoor Human Tracking)

2012:  1 Week Tactical Marijuana Eradication School

**Additional professional activities**

Traveled to approximately 15 countries in Southeast Asia and South America, working with Host Nation Counterparts on drug trafficking and money laundering investigations.

1998-2002; Assigned to Sao Paulo, Brazil for approximately 4 years, investigating high level drug trafficking and king pin organizations throughout Brazil and other South American Countries.

Early 2003; 4 month assignment in Quantico, VA, training new DEA Agents at the DEA Academy.

2010-2018; Assigned to the Tactical Diversion Squad primarily investigating pharmaceutical drug crimes.

January 2018; Financial Investigator

**Languages**

Fluent Portuguese