

**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

## Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

Case Number: ML-16-0095
LIMS Number: 2016-SFL7-04845

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 95.01 | Fentanyl | 454.0 g ± 0.2 g | ---- | ---- |
| 95.01 | 4-anilino-N-phenethyl-4-piperidine (ANPP) | | ---- | ---- |
| 95.02 | Fentanyl | 1512.2 g ± 0.5 g | ---- | ---- |

**Remarks:**
The reported net weight was determined by direct weighing of all units; the net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 95.01: Total unit count = 4,452 tablets (net); 4,405 tablets (reserve)

Exhibit 95.02: Total unit count = 12,239 tablets (net); 12,194 tablets (reserve)

### Exhibit Details:

Date Accepted by Laboratory: 12/05/2016    Gross Weight: 2057 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 95.01 | 4452 | Ziplock Plastic Bag | Tablet | 449.3 g |
| 95.02 | 12239 | Ziplock Plastic Bag | Tablet | 1506.7 g |

**Remarks:**
Exhibit 95.01: 0.51 grams removed for Special Program.

Exhibit 95.01: 2.5 grams removed for Special Program.

Exhibit 95.02: 0.62 grams removed for Special Program.

Exhibit 95.02: 3.1 grams removed for Special Program.

Exhibit 95.02: 701.4 grams separated in excess of the threshold.

### Exhibit Analysis:

**Sampling:**

Exhibit 95.01: Fentanyl and 4-anilino-N-phenethyl-4-piperidine (ANPP) confirmed in 29 units tested of 4,452 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance. A composite was formed from 29 units for further testing.

Exhibit 95.02: Fentanyl confirmed in 30 units tested of 12,2398 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance. A composite was formed from 30 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 95.01 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |
| 95.02 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |

**Analyzed By:** /S/ Keith T. Chan, Senior Forensic Chemist    **Date:** 02/13/2017
**Approved By:** /S/ William R. Dietz, Supervisory Chemist    **Date:** 02/14/2017

001-007-001-00001

.



**U.S. Department of Justice**
**Drug Enforcement Administration**

Western Laboratory
Pleasanton, CA

# Chemical Analysis Report

Salt Lake City District Office
348 East South Temple Street
Salt Lake City, UT 84111

Case Number: ML-16-0095
LIMS Number: 2016-SFL7-04889

## Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 139.01 | Fentanyl | 7274 g ± 1 g | ---- | ---- |
| 139.02 | Fentanyl | 441.0 g ± 0.2 g | ---- | ---- |

**Remarks:**
The net weights were determined by direct weighings of all units. The net weight uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Exhibit 139.01: Total dosage unit count = 70,672 tablets (net); 70,597 tablets (reserve)

Exhibit 139.02: Total dosage unit count = 3545 tablets (net); 3477 tablets (reserve)

## Exhibit Details:

Date Accepted by Laboratory: 12/05/2016      Gross Weight: 8042 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 139.01 | 70672 | Ziplock Plastic Bag | Tablet | 7266 g |
| 139.02 | 3545 | Ziplock Plastic Bag | Tablet | 432.6 g |

**Remarks:**
Exhibit 139.01: 5.0 grams removed for Special Program.

Exhibit 139.02: 6.1 grams removed for Special Program.

Exhibit 139.01: 6465 grams held for destruction pending written notification.

## Exhibit Analysis:

**Sampling:**

Exhibit 139.01: Fentanyl confirmed in 29 units tested of 70,672 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s). A composite was formed from 15 units for further testing.

Exhibit 139.02: Fentanyl confirmed in 29 units tested of 3545 units received indicating, to at least a 95% level of confidence, that at least 90% of the units in the population contain the substance(s). A composite was formed from 15 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 139.01 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |
| 139.02 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Marquis Color Test |

Analyzed By: /S/ Keith T. Chan, Senior Forensic Chemist        Date: 12/22/2017
Approved By: /S/ William M. Moriwaki, Supervisory Chemist      Date: 12/22/2017