# Travis M. Falconer

| | |
|---|---|
| **EDUCATION** | **University of North Carolina**  Chapel Hill, NC 27599<br>Ph.D., Analytical/Physical Chemistry, August, 2008<br>"*Ion Capture in Helium Droplets: Formation of Cold Ion-Neutral Clusters*"<br><br>**University of North Dakota**  Grand Forks, ND 58202<br>B.S., Chemistry, *magna cum laude*, May, 2002 |

**SCIENTIFIC EXPERIENCE**

**U.S. Food and Drug Administration**, Cincinnati, OH                            August, 2010 – Present
Chemist GS-1320/13-6
- Research and development of improved methods for detection and identification of harmful substances utilizing current LC and MS technologies
- Identification and quantitation of active pharmaceutical ingredients and/or adulterants in food, drugs, dietary supplements, and other samples by LC/MS analysis
- Provide expert testimony regarding chemical analyses of foods, drugs, and dietary supplements
- Instructor for FDA ORAU training courses LB403, "Advanced Mass Spectrometry," and LB511, "FDA/FERN-C Training for LC/MS"
- Development and administration of paperless data reporting and storage system
- Automated Laboratory Management (ALM) Coordinator
- Maintain and troubleshoot LC/MS systems

**University of North Carolina**, Chapel Hill, NC                            June, 2008 – June, 2010
Postdoctoral Researcher with Professor J. Michael Ramsey
- Developed micron-scale cylindrical ion trap (CIT) mass spectrometers that are 20 times smaller than commercial instruments
- Designed and fabricated CIT arrays for reduced capacitance and improved sensitivity
- Demonstrated ion detection with Faraday cup in conjunction with micron-scale CIT mass spectrometer arrays
- Designed circuits and programmed software for data acquisition and instrument control
- Performed computer modeling of miniature CIT mass spectrometer performance

**University of North Carolina**, Chapel Hill, NC                            Aug., 2002 – June, 2008
Graduate Research Assistant with Professors Roger E. Miller and Gary L. Glish
- Developed a temperature-programmed desorption apparatus for studying the deposition of materials by superfluid helium nanodroplets
- Performed electron ionization/Penning ionization mass spectrometry and infrared spectroscopy of Na-HCN complexes in helium nanodroplets
- Made first observation of ion-neutral complexes solvated in helium droplets, specifically $Na^+$ with $H_2O$, HCN, and $N_2$
- Used helium droplets to produce largest sodiated water clusters observed in the gas phase to date
- Performed ab initio calculations to demonstrate that ion-neutral cluster formation will overcome the helium "snowball" surrounding the cation
- Designed experiment that determined the size of helium droplets required to capture high energy alkali cations to be greater than 50,000 He atoms

**Los Alamos National Laboratory (LANL)**, Los Alamos, NM                            Summer, 2002
Research Scientist under Dr. Brian K. Bluhm
- Used inductively-coupled plasma mass spectrometry to perform elemental analysis
- Development of technique for analyzing byproducts of nuclear processes

| | | |
|---|---|---|
| **SCIENTIFIC EXPERIENCE (cont.)** | **University of North Dakota**, Grand Forks, ND | Aug., 2000 - May, 2002 |

Undergraduate Research Assistant with Professor Anthony J. Borgerding
- Optimized operation of quadrupole mass spectrometer
- Implemented Membrane Introduction Mass Spectrometry (MIMS) following the work done at LANL in 1999 and 2000
- Added cryo-trapping technology to MIMS to improve limit of detection by a factor of five

**Los Alamos National Laboratory**, Los Alamos, NM                     Summers of 1999 and 2000
Undergraduate Research Assistant with Dr. Charles W. Wilkerson, Jr.
- Studied MIMS for near real-time detection of volatile organic compounds in water and air
- Collected, analyzed, and organized data for publication
- Presented results of research to LANL division leaders

**MEMBERSHIPS**
- American Chemical Society, 2001-present
- American Society for Mass Spectrometry, 2006-present
- Triangle Area Mass Spectrometry Group, 2006-2010

**COMMITTEES**
- Chemical Methods Validation Subcommittee of the FDA Chemical Research Coordination Group, 2018-present
- American Society for Mass Spectrometry Education Committee, 2016-2018
- University of Tampa Forensic Science Advisory Board, 2015
- Forensic Chemistry Center Research Steering Committee, 2014-2016

**AWARDS**
- Commissioner's Special Citation – Mozambique Pombe Chemical/Microbiological Analytical Team (2016)
- Finalist: Donald C. Mackel Award for Excellence in Epidemiology and Laboratory Science – "Undetermined Risk Factors for Severe Illness and Death Among Funeral Attendees – Mozambique, 2015," 65th Annual Epidemic Intelligence Service (EIS) Conference, CDC (2016)
- Honor Award – Undeclared Anabolic Steroids in Vitamin B Supplements (2014)
- Individual Award – Scientific and professional contributions to achieve agency goals (2013)
- Group Recognition Award – Oxy Elite Supplement/Acute Liver Failure Group (2013)
- Group Recognition Award – Scientific Data Management Systems Team (2013)
- Recognition Award – Operation Shady Supplement Sample Analysis (2012)
- Recognition Award – First OCI Counterfeit Tobacco Case at FCC (2012)
- Group Recognition Award – Counterfeit Alli Weight Loss Medication Team (2011)
- Outstanding Intercenter Scientific Collaboration – Deepwater Horizon Oil Spill Emergency Chemical Response Team (2011)
- Group Recognition Award – Deepwater Horizon Oil Spill Response Team (2011)

**PUBLICATIONS**
- **Falconer, T.M.**; Flurer, R.A.; Jones, M.B.; Lorenz, L.M.; Voelker, S.E. "Identification of the Anabolic Steroid 6β-Chlorotestosterone in a Dietary Supplement." *Drug Testing and Analysis*, **2018**; doi: 10.1002/dta.2510.
- Lanzarotta, A.; Lorenz, L.; Voelker, S.; **Falconer, T.M.**; Batson, J. "Forensic Drug Identification, Confirmation, and Quantification Using Fully Integrated Gas Chromatography with Fourier Transform Infrared and Mass Spectrometric Detection (GC-FT-IR-MS)." *Applied Spectroscopy*, **2018**, 72, 750-756; doi: 10.1177/0003702817746964.
- Samo Gudo, E. et al. "Description of a Mass Poisoning in a Rural District in Mozambique: The First Documented Bongkrekic Acid Poisoning in Africa." *Clinical Infectious Diseases*, **2018**, *66*, 1400-1406; doi: 10.1093/cid/cix1005.

| | |
|---|---|
| **PUBLICATIONS (cont.)** | - **Falconer, T.M.**; Kern, S.E.; Brzezinski, J.L.; Turner, J.A.; Boyd, B.L.; Litzau, J.J. "Identification of the Potent Toxin Bongkrekic Acid in a Traditional African Beverage Linked to a Fatal Outbreak." *Forensic Science International*, **2017**, *270*, e5-e11; doi: 10.1016/j.forsciint.2016.10.015.
- Kubachka, K.M.; Hanley, T.; Mantha, M.; Wilson, R.A.; **Falconer, T.M.**; Kassa, Z.; Oliveira, A.; Landero, J.; Caruso, J. "Evaluation of selenium in dietary supplements using elemental speciation." *Food Chemistry*, **2017**, *218*, 313-320; doi: 10.1016/j.foodchem.2016.08.086.
- Lanzarotta, A.; **Falconer, T.**; McCauley, H.; Lorenz, L.; Albright, D.; Crowe, J.; Batson, J. "Simultaneous Orthogonal Drug Detection using Fully Integrated Gas Chromatography with Fourier Transform Detection and Mass Spectrometric Detection." *Applied Spectroscopy*, **2017**, *71*, 1050-1059; doi: 10.1177/0003702816668534.
- Nnaji, C.C.; Mach, P.M.; Acheampong, J.S.; **Falconer, T.M.**; Verbeck G.F. "Analysis of trace amounts of adulterants found in powders/supplements utilizing Raman spectroscopy coupled to direct analyte-probed nanoextraction-nanospray ionization-mass spectrometry." *Analytical Methods*, **2016**, *8*, 4798-4807; doi: 10.1039/C6AY00828C.
- **Falconer, T.M.**; Lewis, W.K.; Bemish, R.J.; Miller, R.E.; Glish, G.L. "Formation of cold ion-neutral clusters using superfluid helium nanodroplets." *Review of Scientific Instruments,* **2010**, *81*, 054101/1-054101/6; doi: 10.1063/1.3386584.
- Choi, M.Y.; Douberly, G.E.; **Falconer, T.M.**; Lewis, W.K.; Lindsay, C.M.; Merritt, J.M.; Stiles, P.L.; Miller, R.E. "Infrared spectroscopy of helium nanodroplets: novel methods for physics and chemistry." *International Reviews in Physical Chemistry,* **2006**, *25*, 15-75; doi: 10.1080/01442350600625092.
- Allen, T.M.; **Falconer, T.M.**; Cisper, C.E.; Borgerding, A.J.; Wilkerson, C.W. "Real-Time Analysis of Methanol in Air and Water by Membrane Introduction Mass Spectrometry." *Analytical Chemistry,* **2001**, *73*, 4830-4835; doi: 10.1021/ac010315c. |
| **INVITED TALKS** | - **Falconer, T.M.** "*Mass Spectrometry for Food and Drug Forensics*," CFSAN/ORS MS Discussion Group; Sept. 20, 2017.
- **Falconer, T.M.** "*Forensic Analysis of a Mass Poisoning in Mozambique Associated with a Homebrewed Beverage*," 2017 FDA Science Forum; May 31, 2017.
- **Falconer, T.M.** "*Tainted Goods: Tales of Adulterated Dietary Supplements*," Cincinnati Section of the American Chemical Society; Feb. 23, 2017.
- **Falconer, T.M.** "*Non-Targeted Screening of Foods for Chemical Contaminants*," 2017 Meeting of the Pacific Southwest Section of AOAC, International; Feb. 15, 2017.
- **Falconer, T.M.** "*Non-Targeted Mass Spectrometric Analysis of Dietary Supplements*," 47th Central Regional Meeting of the American Chemical Society, May 18-21, 2016.
- **Falconer, T.M.** "*Protecting Consumers One Analysis at a Time: Identifying Harmful Adulterants in Dietary Supplements*," Pittcon Conference & Expo, Mar. 6-10, 2016.
- **Falconer, T.M.** "*U.S. FDA FERN cCAP Update*," Laboratory Response Network-Chemistry Level One Meeting, Apr. 14-16, 2015.
- **Falconer, T.M.** "*Forensic Chemistry at the U.S. Food & Drug Administration*," Chemistry and Forensic Science Departmental Seminar, Jan. 26, 2015.
- **Falconer, T.M.** "*U.S. FDA FERN cCAP Update*," Laboratory Response Network-Chemistry Level One Meeting, Apr. 15-17, 2014.
- **Falconer, T.M.**; Gamble, B.G. "*Mass Spectrometry in Food Forensics*," 28th Asilomar Conference on Mass Spectrometry, Oct. 5-9, 2012.
- **Falconer, T.M.** "*Rapid Fluoroacetate Detection by High-Resolution Accurate-Mass LC/MS*," 2012 FERN-cCAP Technical Meeting, Sept. 11-13, 2012.
- Wolfe, D.W., **Falconer, T.M.**, Ramsey, J.M. "*Microscale Ion Trap Mass Spectrometry*," meeting of the Triangle Area Mass Spectrometry discussion group, Feb. 17, 2010.
- **Falconer, T.M.**; Wolfe, D.W.; Ramsey, J.M. "*Ion Trap Mass Spectrometry on the Microscale*," Department of Chemistry, Analytical Division Seminar, Nov. 23, 2009. |

| | |
|---|---|
| **INVITED TALKS (cont.)** | • **Falconer, T.M.**; Lewis, W.K.; Johnson, A.M.; Bemish, R.J.; Glish, G.L.; Miller, R.E.  "*Applying Superfluid Helium Nanodroplets to the Study of Ions: New Possibilities*," meeting of the Triangle Area Mass Spectrometry discussion group, June 28, 2006. |
| **ORAL PRESENTATIONS** | • Lanzarotta, A.; Kern, S.; **Falconer, T.**; Gaston, K.; Skelton, D.; Lorenz, L.; Voelker, S. "Combating the Opioid Crisis Using Complementary Handheld and Field-Portable Analytical Instruments," 1st ORCE Research Meeting, June 27-28, 2018.
• Kern, S.; **Falconer, T.M.**; Li, F.; Toomey, V.M.; Litzau, J.J.  "*Fighting the Opioid Crisis Using Mobile Mass Spectrometry and DART-HRMS*," 66th ASMS Conference on Mass Spectrometry and Allied Topics, June 3-7, 2018.
• Kern, S.E.; **Falconer, T.M.**; Brzezinski, J.L.; Boyd, B.L.; Turner, J.A.; Litzau, J.L.  "*Forensic Analysis of a Mass Poisoning in Mozambique Associated with a Homebrewed Beverage Using LC-HRAM-MS and DART-MS*," 64th ASMS Conference on Mass Spectrometry and Allied Topics, June 5-9, 2016.
• Litzau, J.J.; **Falconer, T.M.**; Jones, M.B.; Voelker, S.E. "*Identification of Undeclared Designer Anabolic Steroids in a Vitamin-B Dietary Supplement: Mass Spectral Clues for Forensic Investigation,*" 4th Annual FDA Foods and Veterinary Medicine Science and Research Conference, July 28-29, 2014.
• **Falconer, T.M.**; Ridgeway, M.E.; Bemish, R.J.; Glish, G.L.; Miller, R.E.  "*Ultracold Ions in Superfluid Helium Nanodroplets*," 121st NC-ACS Sectional Conference, Apr. 21, 2007.
• **Falconer, T.M.**; Lewis III, W.K.; Johnson, A.M.; Bemish, R.J.; Glish, G.L.; Miller, R.E.  "*Applying Superfluid Helium Nanodroplets to the Study of Ions: New Possibilities,*" 120th NC-ACS Sectional Conference, Apr. 22, 2006.
• Douberly, G.E.; **Falconer, T.M.**; Miller, R.E.  "*Infrared Laser Spectroscopy of the HCN-Sodium Complex Embedded in a Helium Nanodroplet*," 60th Ohio State University International Symposium on Molecular Spectroscopy, June 20-24, 2005.
• **Falconer, T.M.**; Douberly, G.E.; Miller, R.E.  "*Formation of van der Waals Complexes with Alkali Metal Atoms in Helium Nanodroplets*," 60th Ohio State University International Symposium on Molecular Spectroscopy, June 20-24, 2005.
• Anthony Borgerding, Melissa Meyer, Mark Roberge, **Travis Falconer**.  "*Rapid Analysis and Monitoring Using HSGC and ITMS*," 28th FACSS National Meeting, Oct. 7-12, 2001. |
| **POSTER PRESENTATIONS** | • **Falconer, T.M.**; Kern, S.E.; Voelker, S.E.  "*Rapid, In Situ Detection of Synthetic Opioids*," 66th ASMS Conference on Mass Spectrometry and Allied Topics, June 3-7, 2018.
• **Falconer, T.M.**; Taylor, A.M.  "*HCD vs rCID for Qualitatively Significant Product Ions*," 29th Annual Lake Louise Tandem Mass Spectrometry Workshop, Dec. 1-3, 2016.
• **Falconer, T.M.**; Taylor, A.M.  "*DART-MS Imaging of Adulterated Bread to Suggest Route of Contamination,*" SciX 2016, Sept. 18-23, 2016.
• Brzezinski, J.L.; **Falconer, T.M.**; Kern, S.E.; Turner, J.A.  "*Microbial Characterization of Pombe Samples Implicated in 75 Deaths in Mozambique, 2015*," ASM Microbe 2016, June 16-20, 2016.
• Voelker, S.E.; Lorenz, L.M.; Jones, M.B.; **Falconer, T.M.**; Flurer, R.A. "*Identification of 6-chlorotestosterone and Other Designer Anabolic Steroids in Dietary Supplements with Semi-Quantitative Content Determination using Surrogate Compounds*," Pittcon Conference & Expo, Mar. 6-10, 2016.
• **Falconer, T.M.**; Voelker, S.E.; Lorenz, L.M.; Jones, M.B.; Litzau, J.J. "*Non-Targeted MS Strategy for Designer Steroid Detection,*" 27th ASMS Sanibel Conference on Mass Spectrometry, Jan. 22-25, 2015.
• Litzau, J.J.; **Falconer, T.M.**; Jones, M.B.; Voelker, S.E. "*Identification of Undeclared Designer Anabolic Steroids in a Vitamin-B Dietary Supplement: Mass Spectral Clues for Forensic Investigation,*" 4th Annual FDA Foods and Veterinary Medicine Science and Research Conference, July 28-29, 2014. |

| | |
|---|---|
| **POSTER PRESENTATIONS (cont.)** | - Voelker, S.E.; **Falconer, T.M.**; Litzau, J.J.; Lorenz, L.M.; Jones, M.B. "*Isolation, Identification, and Determination of Designer Anabolic Steroids Commonly Found in Dietary Supplements*," 4th Annual FDA Foods and Veterinary Medicine Science and Research Conference, July 28-29, 2014.
- **Falconer, T.M.**; Yanes Santos, E. "*Evaluation of Dissociation Techniques for Non-Targeted Analyte Identification,*" 62nd ASMS Conference on Mass Spectrometry and Allied Topics, June 15-19, 2014.
- Litzau, J.J.; **Falconer, T.M.**; Jones, M.B.; Voelker, S.E. "*Identification of Undeclared Designer Anabolic Steroids in a Vitamin-B Dietary Supplement: Mass Spectral Clues for Forensic Investigation,*" 62nd ASMS Conference on Mass Spectrometry and Allied Topics, June 15-19, 2014.
- Voelker, S.E.; **Falconer, T.M.**; Litzau, J.J.; Lorenz, L.M.; Jones, M.B. "*Isolation, Identification, and Determination of Designer Anabolic Steroids Commonly Found in Dietary Supplements*," The Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy, March 2-6, 2014.
- Wolfe, D.W.; **Falconer, T.M.**; Sperline, R.P.; Denton, M.B.; Ramsey, J.M. "*High-Pressure CIT Mass Spectrometry with a Solid-State CTIA Detector*," 61st ASMS Conference on Mass Spectrometry and Allied Topics, June 9-13, 2013.
- **Falconer, T.M.**; Roetting II, J.P. "*Simple and Sensitive Analysis for Fluoroacetate in Food Using High Mass Accuracy LC/MS,*" 2nd Annual FDA Foods Program Science and Research Conference, Aug. 1-2, 2012.
- **Falconer, T. M.**; Roetting II, J.P. "*Simple and Sensitive Analysis for Fluoroacetate in Food Using High Mass Accuracy LC/MS,*" 60th ASMS Conference on Mass Spectrometry and Allied Topics, May 20-24, 2012.
- Wolfe, D.W.; **Falconer, T.M.**; Matteo, J.M.; Ramsey, J.M. "*In Situ Optimization of Microscale Cylindrical Ion Trap Geometry*," 58th ASMS Conference on Mass Spectrometry and Allied Topics, May 23-28, 2010.
- **Falconer, T.M.**; Wolfe, D.W.; McKinney, C.J.; Denton, M.B.; Ramsey, J.M. "*High Pressure Ion Detection for Miniaturized Mass Spectrometers*," 58th ASMS Conference on Mass Spectrometry and Allied Topics, May 23-28, 2010.
- **Falconer, T.M.**; Ridgeway, M.E.; Bemish, R.J.; Glish, G.L.; Miller, R.E. "*Using Superfluid Helium Nanodroplets to Form Ultracold Ions*," 55th ASMS Conference on Mass Spectrometry and Allied Topics, June 3-7, 2007.
- Ridgeway, M.E.; **Falconer, T.M.**; Bemish, R.J.; Glish, G.L.; Miller, R.E. "*Ion Source for Doping of Superfluid Helium Nanodroplets with a High Flux of Low Kinetic Energy Alkali Cations*," 55th ASMS Conference on Mass Spectrometry and Allied Topics, June 3-7, 2007.
- **Falconer, T.M.**; Lewis, W.K.; Johnson, A.M.; Bemish, R.J.; Glish, G.L.; Miller, R.E. "*Applying Superfluid Helium Nanodroplets to the Study of Ions: New Possibilities*," 54th ASMS Conference on Mass Spectrometry and Allied Topics, May 28-June 1, 2006. |