JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br><br>Defendant. | Case No. 2:16-cr-631DAK<br><br>NOTICE RELATING TO EXPERT TESTIMONY PURSUANT TO Fed.R.Crim.Pro. 16(a)(1)(G) AND Fed.R.Evid. 702<br><br><br>Judge Dale A. Kimball |

COMES NOW, Special Assistant United States Attorney Michael Gadd, and pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and Rule 702 of the Federal Rules of Evidence, hereby gives notice of the United States' intention to call Forensic Chemist Adam C. Lanzarotta, Ph.D. of the FDA Forensic Chemistry Center as an Expert Witness in the above-captioned manner.   Mr. Lanzarotta will offer expert testimony regarding the forensic examination (photo documentation, instrumental analysis, etc.) and method development of compromised FDA-regulated products (the

tablets bearing markings of oxycodone medications seized from Mr. Shamo and his co-conspirators) using vibrational spectroscopic instrumentation, and how the examination of these substances was performed at the FDA's Chemistry Center.

  Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure requires that the summary of expert testimony provided by the government "describe the witnesses' opinions, the bases and reasons for those opinions, and the witnesses' qualifications." The United States intends that the lab reports, which are attached as Attachment A, shall serve as a description of the witness' opinions as required by the rule. The United States intends that the curriculum vitae (CV), which is attached as Attachment B, shall serve as a description of the witness' qualifications.

  RESPECTFULLY SUBMITTED this 26th day of November, 2018.

            JOHN W. HUBER
            United States Attorney

            /s/Michael Gadd
            MICHAEL GADD
            Special Assistant United States Attorney