JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. AARON MICHAEL SHAMO, Defendant. | Case No. 2:16-cr-631DAK CERTIFICATE OF SERVICE OF THE UNITED STATES' EXHIBIT LIST Judge Dale A. Kimball |

COMES NOW, Special Assistant United States Attorney Michael Gadd, and certifies that on November 26, 2018, I caused the Exhibit List for the United States to be provided to the following: (1) Daryl P. Sam:   daryl.sam@gmail.com; and (2) Gregory G. Skordas: gskordas@schhlaw.com.

RESPECTFULLY SUBMITTED this 26th day of November, 2018.

JOHN W. HUBER
United States Attorney

 /s/Michael Gadd
MICHAEL GADD
Special Assistant United States Attorney