JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA MARIE TONGE,<br>KATHERINE LAUREN ANNE BUSTIN,<br>MARIO ANTHONY NOBLE, and<br>SEAN MICHAEL GYGI,<br><br>    Defendants. | Case No. 2:16-cr-00631-DAK<br><br>MOTION FOR THE RELEASE OF FILED STATEMENTS IN ADVANCE OF PLEA AND SEALED PLEA SUPPLEMENTS<br><br>Judge Dale A. Kimball |

      The United States, by and through Michael Gadd, Special Assistant United States Attorney, hereby moves the Court to order that copies of the plea agreements and plea supplements filed in this case be produced by the clerk's office to the United States.

      Those documents are numbered: 108, 109, 116, 117, 118, 119, 120, 121, 134, and 135.

      The United States requests two certified copies of each document in order to comply with the Court's Trial Order (Doc. 130).

//

    No defendants have signaled an objection to this request.

Dated this 6th day of December, 2018.

                                                JOHN W. HUBER
                                                United States Attorney


                                                */S/ Michael Gadd*
                                                MICHAEL GADD
                                                Special Assistant United States Attorney