IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA MARIE TONGE,<br>KATHERINE LAUREN ANNE BUSTIN,<br>MARIO ANTHONY NOBLE, and<br>SEAN MICHAEL GYGI,<br><br>    Defendants. | Case No. 2:16-cr-00631-DAK<br><br>ORDER GRANTING THE RELEASE OF FILED STATEMENTS IN ADVANCE OF PLEA AND SEALED PLEA SUPPLEMENTS<br><br>Judge Dale A. Kimball |

The Court, good cause appearing, grants the United States' motion to have certified statements in advance of plea and sealed plea supplements released to it from the above-captioned case.

The clerk's office is ORDERED to produce two certified copies of each of the following plea documents from this case to the United States: 108, 109, 116, 117, 118, 119, 120, 121, 134, and 135.

DATED this 7th day of December, 2018.

                                        _____
                                        DALE A. KIMBALL
                                        United States District Judge