JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-3080
Email: kent.burggraaf@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>AARON MICHAEL SHAMO,<br><br>        Defendant. | Case No.  2:16-cr-00631 DAK<br><br>**UNITED STATE'S RESPONSE TO DEFENDANT'S MOTION TO ALLOW DEFENDANT TO WEAR ATTIRE OTHER THAN THOSE PROVIDED AS AN INMATE DURING TRIAL AND PRE-ADMISSION HEARING**<br><br>Judge Dale A. Kimball |

The United States of America, by and through Kent A. Burggraaf, Special Assistant United States Attorney, and hereby stipulates to the Defendant's request to allow him to appear at the pre-admission hearing and jury trial in a suit provided to him by his family prior to the proceedings.

RESPECTFULLY submitted on this 20th day of December, 2018.

                                          JOHN W. HUBER
                                          United States Attorney

                                           /s/ Kent A. Burggraaf
                                          KENT A. BURGGRAAF
                                          Special Assistant United States Attorney