JOHN W. HUBER, United States Attorney (#7226)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br><br>Defendant. | Case No. 2:16 CR 631 DAK<br><br>SUPPLEMENTAL NOTIFICATION OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY<br><br>Judge Kimball |

      The United States of America, by and through the undersigned, hereby files a supplemental notification in regards to its discovery obligations. The United States made forensic data from seized electronic devices available to all defense counsel prior to December 2017. Doc 89, at 4. Counsel for Mr. Shamo have recently provided external hard drives to the United States and the United States has made copies of the forensic data from the case for the defense. Three hard drives containing forensic data were provided to the defense on December 19, 2018; two more hard drives containing forensic data are available today for pick-up. Included on the hard drives is forensic data from two more recently seized devices. The United States has continuously made all its forensic data available. Because the hard drives from Mr. Shamo's

defense counsel were not large enough to contain all the forensic data, the United States has loaned three hard drives containing data to the defense. The two newer devices are a cell phone from M.P. and an iMac computer from L.P.

    RESPECTFULLY SUBMITTED this 20th day of December, 2018.

                                  JOHN W. HUBER
                                  United States Attorney

                                  */s/ Michael Gadd*
                                  MICHAEL GADD
                                  Special Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing SUPPLEMENTAL NOTIFICATION OF COMPLIANCE was made available to all parties named below, this 20th day of December, 2018.

Gregory G. Skordas
*Attorney for Def. Shamo (1)*
560 South 300 East Suite 225
Salt Lake City, Utah 84111
gskordas@schhlaw.com

Daryl Sam
*Attorney for Def. Shamo (1)*
5955 S. Redwood Rd., Suite 102
Salt Lake City, Utah 84123
Daryl.sam@gmail.com

*/s/ Yvette Laughter*
Litigation Support Specialist