JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ⬥ Fax (801) 325-3310

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. AARON MICHAEL SHAMO, et. al., Defendants. | SUBSTITUTION OF COUNSEL Case No. 2:16CR00631 DAK Judge Dale A. Kimball |
|---|---|

Cy H. Castle, Assistant United States Attorney, hereby enters a substitution of counsel for forfeiture related matters in place of Adam S. Elggren who has previously entered an appearance.

Dated: April 23, 2019.

                                      JOHN W. HUBER
                                      United States Attorney

                                      /s/ Cy H. Castle
                                      CY H. CASTLE
                                      Assistant U.S. Attorney

Page **1** of **1**

(*Shamo*)