Gregory G. Skordas (#3865)
Kaytlin V. Beckett (#16257)
SKORDAS & CASTON, LLC
560 South 300 East, Suite 225
Salt Lake City, UT 84111
Telephone:  (801) 531-7444
Facsimile: (801) 665-0128
gskordas@schhlaw.com
kbeckett@schhlaw.com

Daryl P. Sam (#8276)
Daryl P. Sam, PLLC
5955 South Redwood Road, Suite 102
Salt Lake City, Utah, 84123
Telephone: (801) 506-6767
Fax: (801) 386-5476
daryl.sam@gmail.com

Attorneys for Defendant Shamo

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA TONGE,<br>KATHERINE BUSIN,<br>MARIO NOBLE, and<br>SEAN GYGI,<br><br>Defendants. | **ORDER APPROVING REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS REGARDING AUTHENTICATION ISSUES AND COMPUTER FORENSIC MATTERS**<br><br>Case No. 2:16-CR-00631-DAK<br><br>Judge Dale Kimball |

Based upon the motion of Defendant Aaron Michael Shamo, and for good cause showing, the time for Defendant to file any motions regarding authentication issues for records obtained from the "dark web" and motions regarding issues currently being

examined by a computer forensic specialist, is hereby extended by four-weeks.

DATED this 23rd day of April, 2019.

BY THE COURT:

_____
Dale Kimball
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April, 2019, I filed a true and correct copy of the foregoing **ORDER APPROVING REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS REGARDING AUTHENTICATION ISSUES AND COMPUTER FORENSIC MATTERS** with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

S. Michael Gadd
mgadd@agutah.gov

Vernon G. Stejskal
Vernon.stejskal@usdoj.gov

Adam S. Elggren
Adam.elggren@usdoj.gov

Kent Burggraaf
kburggraaf@agutah.gov

*/s/ Sabrina Nielsen-Legal Secretary*
SKORDAS & CASTON, LLC