IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA MARIE TONGE,<br>KATHERINE LAUREN ANNE BUSTIN,<br>MARIO ANTHONY NOBLE, and<br>SEAN MICHAEL GYGI,<br><br>    Defendants. | Case No. 2:16-cr-00631-DAK<br><br>ORDER EXTENDING THE MOTION DEADLINE FOR MOTIONS RELATED TO DARK WEB OR COMPUTER FORENSIC EVIDENCE<br><br>Judge Dale A. Kimball |

The Court, good cause appearing, grants Mr. Shamo's motion to extend the deadline to file motions that relate to evidence obtained from the dark web or from computer forensic analysis.

The defendant is ORDERED to file its motion(s) by May 21, 2019.

DATED this ___ day of April, 2019.

_____
DALE A. KIMBALL
United States District Judge