Gregory G. Skordas (#3865)
Kaytlin V. Beckett (#16257)
SKORDAS & CASTON, LLC
560 South 300 East, Suite 225
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
gskordas@schhlaw.com
kbeckett@schhlaw.com

Daryl P. Sam (#8276)
Daryl P. Sam, PLLC
5955 South Redwood Road, Suite 102
Salt Lake City, Utah, 84123
Telephone: (801) 506-6767
Fax: (801) 386-5476
daryl.sam@gmail.com

Attorneys for Defendant Shamo

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA TONGE,<br>KATHERINE BUSIN,<br>MARIO NOBLE, and<br>SEAN GYGI,<br><br>　　　　Defendants. | **ORDER APPROVING IN PART REQUEST FOR EXTENSION OF TIME TO FILE MOTIONS REGARDING AUTHENTICATION ISSUES AND COMPUTER FORENSIC MATTERS**<br><br>Case No. 2:16-CR-00631-DAK<br><br>Judge Dale Kimball |

Based upon Defendant Aaron Michael Shamo's motion, and for good cause

shown, the court extends the time for Defendant to file any motions regarding

authentication issues for records obtained from the "dark web" and motions regarding

issues currently being examined by a computer forensic specialist, until **May 13, 2019**. The government shall respond to such motions by **May 21, 2019**, and Defendant shall file any reply memoranda by **May 23, 2019**.

DATED this 24th day of April, 2019.

BY THE COURT:

Dale A. Kimball
U.S. District Court Judge