JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: michael.gadd@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AARON MICHAEL SHAMO, <br><br> Defendant. | Case No. 2:16-cr-00631-DAK <br><br> MOTION FOR IN-TRIAL NOTICE OF WITNESSES BEING CALLED IN EACH PARTY'S CASE-IN-CHIEF AND REQUEST FOR ADDITIONAL TRIAL WEEKS <br><br> Judge Dale A. Kimball |

The United States, by and through Michael Gadd, Special Assistant United States Attorney, moves this Court to order that the parties provide notice to each other of the witnesses the parties intend to call in their respective cases-in-chief by 4pm on the business day preceding the witness's direct examination.

The United States was surprised to learn of the defendant's intention to call as many as sixty-four witnesses in his case-in-chief. In order to adequately prepare to cross-examine those witnesses, the United States has submitted this motion in limine.

The United States also requests that the Court block out an additional three weeks for the trial in order to give the defendant enough time to examine his witnesses.

Respectfully submitted this 26th day of April, 2019.

JOHN W. HUBER<br>
United States Attorney<br>
<br>
<i>/s/ Michael Gadd</i><br>
MICHAEL GADD<br>
Special Assistant United States Attorney