Gregory G. Skordas (#3865)
Kaytlin V. Beckett (#16257)
**SKORDAS, CASTON & HYDE, LLC**
560 South 300 East Suite 225
Salt Lake City, UT 84111
Telephone:  (801) 531-7444
Facsimile:  (801) 665-0128
Attorneys for Defendant
gskordas@schhlaw.com
kbeckett@schhlaw.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON MICHAEL SHAMO, et. al.,<br><br>Defendant. | **NOTICE OF EXPERT<br>KELLY SHAFTO**<br><br>Case No. 2:16-CR-00631 DAK<br><br>Judge Dale A. Kimball |

The Defendant, Aaron Michael Shamo, through his counsel Gregory G. Skordas and Kaytlin V. Beckett, hereby gives notice of his intent to offer expert testimony through Kelly Shafto, Private Investigator from Panther Investigation.

The nature of that testimony is as follows: Kelly Shafto has reviewed the data and information provided by the Government and is investigating the general background of the case. Kelly Shafto is expected to provide testimony as to police procedure and general investigation techniques and practices. Ms. Shafto will testify as to the background of this investigation, as well as about the witnesses, defendants, and general background of the case.

Kelly Shafto has not, as of the date of this notice, provided a final written report. As soon as one is available it will be made available to the Government. Kelly Shafto is available through

Defense Counsel to cooperatively consult with the Government.

DATED this 26th day of November, 2018.

SKORDAS, CASTON & HYDE, LLC

*/s/ Gregory G. Skordas*
Gregory G. Skordas
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2018, I filed a true and correct copy of

the foregoing NOTICE OF EXPERT KELLY SHAFTO, with the Clerk of the Court using

CM/ECF system, which sent notification of such filing to the following:

S. Michael Gadd
mgadd@agutah.gov

Vernon G. Stejskal
Vernon.stejskal@usdoj.gov

Adam S. Elggren
Adam.elggren@usdoj.gov


*/s/ Sabrina Nielsen-Legal Secretary*
Skordas, Caston & Hyde, LLC