Gregory G. Skordas (#3865)
Kaytlin V. Beckett (#16257)
SKORDAS & CASTON, LLC
560 South 300 East Suite 225
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
Attorneys for Defendant
gskordas@schhlaw.com
kbeckett@schhlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AARON MICHAEL SHAMO, et. al., <br><br> Defendant. | **NOTICE OF EXPERT ERIC WHEELER** <br><br> Case No. 2:16-CR-00631 DAK <br><br> Judge Dale A. Kimball |

The Defendant, Aaron Michael Shamo, through his counsel Gregory G. Skordas, hereby gives notice of his intent to offer expert testimony through Eric Wheeler.

The nature of that testimony is as follows: Mr. Wheeler has reviewed all data and information provided by the Government concerning electronic data, electronically stored information, computer records, and the defendant's alleged use of the "dark web" for drugs sales related to several of the counts in the Second Superseding Indictment. Specifically, Mr. Wheeler has reviewed the cell phones, computers, and electronic devices of co-defendants and co-conspirators.

Mr. Wheeler has also been retained to provide testimony as to the nature of online records, the content of those records, and the foundation of those records. Mr. Wheeler may

provide testimony as to any alleged activity of the Defendant which occurred on the "Dark Web."

Mr. Wheeler has not, as of the date of those notice, provided a final written report. As soon as one is available it will be made available to the Government. A copy of Mr. Wheeler's CV is attached. Mr. Wheeler is available through Defense Counsel to cooperatively consult with the Government.

DATED this 26th day of April 2019.

SKORDAS & CASTON, LLC

*/s/ Gregory G. Skordas*
Gregory G. Skordas
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April 2019, I filed a true and correct copy of the foregoing **NOTICE OF EXPERT ERIC WHEELER**, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

S. Michael Gadd
mgadd@agutah.gov

Vernon G. Stejskal
Vernon.stejskal@usdoj.gov

Adam S. Elggren
Adam.elggren@usdoj.gov

*/s/ Sabrina Nielsen-Legal Secretary*
SKORDAS & CASTON, LLC

Curriculum Vitae of Eric Wheeler
5664 S. Green Street Suite 303
Salt Lake City, Utah
(801)303-7858

My Technological background includes demonstrative graphic creation, legal document management software support, trial presentations and forensic computer analysis. I am fluent in multiple CPU operating systems and have provided IT support for both Apple OS and Windows systems. I taught various advanced graphic classes at USU including; "Photoshop for Photographers", "Typography". While working in the advertising industry I held seniority project management roles while working on global clientele including but not limited to; BMW, Chevrolet, FOX, Kellogg's, Crate and Barrel, Intel and Microsoft. After having transitioned into the legal services I have presented evidence in over 50 trials and have national client base. I am certified in computer forensics through AccessData. I have advanced knowledge of and certifications for both Verdict Systems and inData. I now manage the legal technology company, Trial Tech LLC.

In my legal experience I have worked extensively for both defense and plaintiff counsel in both civil and criminal matters.

EDUCATION:

    UTAH STATE UNIVERSITY, Logan Utah 1998-2001
    BFA GRAPHIC DESIGN/COMMERCIAL ART with emphasis in PHOTOGRAPHY

    WEBER STATE UNIVERSITY, Ogden Utah 1995; 1997-1998
    Art/Art History Major

PROFESSIONAL EXPERIENCE:

    TRIAL TECH LLC, Salt Lake City Utah – 2006-2018
    Senior Trial Consultant

    Trial Tech provides IT services for the legal community including; Graphics (3D and 2D), Videography and Video Editing, Trial Consulting, Evidence Presentations and Computer Forensics.

    SYSTEMS WEST LITIGATION SERVICES, Sandy Utah – 2002-2006
    IT Manager

    Systems West Litigation Resources provides Document Management, Demonstrative Graphics, Trial Evidence Presentations and Trial Consulting

    VIEWPOINT DIGITAL, Salt Lake City Utah – 2001-2002
    Senior Designer

    ViewPoint Digital provided "Rich Media" or 3D content for the entertainment industry and online retailers.

    SUN DESIGN GROUP, Logan Utah – 1998-2001

    SDG is a local advertising firm in the Cache Valley region the specialized in Print Media, Corporate ID and Web Design

**TRIAL EXPERIENCE:**
I have presented evidence in over 100 trials including but not limited to:

Safeway v Consonus

Proctor and Gamble v Amway

SCO v Novell

Lutron v Control 4

US v US Magnesium

Bueno Conato V Bajio

Frazier v ASC

Gleason v Tran

US v Geddes

US v Koerber

Gonzales v Novosel

Adel v Westgate

US v Johnson

Mason v BYU

Arnold v Curtis

US v Flood

Benjamin v Datamark

Lefavi v Utah Water Company

Hillcrest v UDOT

Bracken v Wasatch Electric

Macey v Dole

Thompson v Becker

Walker v Orem

US v Merrill