## STATEMENTS IN EVIDENCE REGARDING A. SHAMO

**Luke Paz**
**Proffer Interview on July 2, 2018 part 2**
Bates ID- 004-001-024-00007

Page 7: "Ashment: To the point where you now are talking about – so how did that progressed? Paz: Um, I guess, uh, that Drew kid was leaving out of the country. He was going to New Zealand. So, he asked – or I guess [UI] asked me if I wanted to get more involved, press for him. Um – and – I mean – I was like, uh – I mean, I'll come see what you guys do, I mean, I don't really – I can't say either way. So, I went over there. And Drew showed me how to use this machine that – that they had."

Page 12: [after explaining how Drew was showing him to use the machine] "cause Shamo, I guess, didn't know much about it. I mean, he still knew a lot 'cause eventually he would help me. Ashment: so, is it fair to say Drew lead the conversations on the technical aspects of pill pressing. Paz [exhales]. Yeah.

Page 13: Paz: Yea. But Drew was in a rush to leave. So, he showed me mainly, like, most of what I needed to do. And then he left. And then he did – I guess, he had like, and – he made notes on how to do everything. So, that Shamo could refer back to it and tell me – 'cause he was leaving. Had to go catch his flight or something. And then – they – him and Shamo remained in contact. And he would still answer questions and tell him how to do everything. And – what – with the machine- in regards to the machine.

Page 37: Ashment: "Makes sense. Okay. So, let's start about the fent – Fentanyl now at this point. So, how did that start? Paz: That, um, I know that him and Drew had talked about it. that – that they wanted to do it. Um, so, I don't know if they did get into to.

Page 52: Paz: Drew also made a little calculator program where you would enter in the amount of test pills, like the – the number of test pills, the weight of those test pills, and – and then you would enter the dosage of the active ingredient of what you wanted each pill to contain. . . . Both for Xanax and the [UI]

Page 53: ". . .  I mean, Shamo and Drew were in communication when he was in New Zealand" Ashment: uh-huh Paz: and I'm sure that they were talking. I know they were. Drew – he was helping with a lot of the formulations and stuff.

Page 54: Yengich: I understand that. But answer that question. Did you Luke Paz come up with the formula for the Oxy . . .  Did you, yes or no? Paz: I – I mean, I figured it out

Page 55:  Yengich: . . .  Drew had made calculations relative to the pressing of pills he left, right? Paz: Yes. Yenchich: Okay. And actually came up with the formulaic manner in which to make certain kind of pills. Am I Right about that? Paz: Yes. Yengich: Okay, what kind of pills did he give a formula for? Paz: Yh, [exhales]. I – I think it was for all of them. Yengich: Well, okay, But all of them means nothing to me. Paz: well, I guess, the ones that they were selling. But I mean…"

**Drew Crandall**
**June 6, 2017 interview**
Page 35: [after explaining how Shamo started making pills] "like, Drew has a stake in this. So, he came to me. Um, and he said, 'Hey, if you will package these things, put the stamps on, write the addresses out, um, I would give you a one third stake, instead of one sixth..'' So, the agreement at that time was any money after business expenses are paid, reups are done, and all of that, he gets two thirds of the money and I get one third."

Page 38: "our stuff kind of started to improve"

Page 80: [after explaining how the police interviewed their roommate for 10 grams of cocaine Aaron had sent to their house] "I told him, 'this is why I didn't want to traffic cocaine. I''m – you know, I take full responsibility for all these other drugs, you know. But this.  is why I did not wanna traffic this."

Page 109: . . .  Kaite and Alex expressed interest in making more money Um, they had only received seven or eight packages, not many Um, they wanted to make some more money. And – and I told Aaron, like, hey, you know… I'm leaving in September, why don't you make them the shippers?

Page 121: Crandall: you know. So I taught them how to package everything. And I was there four, five nights in a row for the first week. You know, kind of walking through the process. Teaching them what goes in what package. you know, this is stuff that I – Aaron and I had picked up over, you know, a year of trafficking ourselves.

Page 143: . . .  "I felt like I was the workhorse the one doing all the work. I was cashing out the money. I was pressing the pills. Katie and Alex were sending things out. All he was doing was the customer service side. Taking care of that. you know and – I knew that he wouldn't be able to run the press himself and figure it out. He would struggle for months. And so, you know, I  - I had that deadline

Page 145: ". . .I felt very trapped. Um, 'cause I had an angry girlfriend and a – a business partner that wasn't helping me at all. And, you know, I didn't think he could do it himself."

Page 195: "Just to be safe. Um, because Aaron was never great at math. And when I realized that he was pressing his own, I worried a little bit about his dosages that he was adding in. I worried about the level and the consistency that he could do. 'Cause Aaron – he wasn't great at math. Or it – you know when I was trying to teach him how to press he would get confused all the time. Um… one thing I did before I left in October, he, um – you know, he was having me set up the machine.

talks about the program he wrote "it took me twenty-five minutes to write the program. But it was something that I knew that, you, he wasn't gonna be able to do the math himself.

Page 212: I was freaking the hell out, you know, 'Cause I knew I was still responsible. Still part of it. Still involved in this.

Page 244: US: Why didn't you go to the police? Crandall: Because of my involvement. I knew that I was responsible for this as well. I played just as big a role as he did in the start of this.

**Follow up interview 6/13/17**
Bates ID-004-001-022-00001

Page 6: [when asked about who recruited Jordan Vance] Um, I kind of suggested it to him. Jordan had bought, um, a few products from us in the Fall of 2014. U,, He'd buy Adderall, a little Valium umm.. US: where did he buy those from? Crandall: Huh? US: where did he buy those form? Crandall: um.. US: he bought them from you? Crandall: From , me. Yeah.

Page 10: Crandall: Um, I told him I was gonna send him a package. I bought it. Um, used my debit card and shipped it to his house.

Page 14: Um, I approached a few other people, um during late 2014, early 2015. Umm. … Some turned me down. (speaking about recruiting)

Page 19: . . . "Aaron was asking me when I came back to do customer service in 2016, um, you know, do you know anyone else that can be a drop?" (he then gave him two names)

Page 47: Crandall: Um, so, in the fall of 2015 I was helping Aaron pressing. Um, I was trying to get him to learn it himself. 'Casuse I knew he'd have to do it. So, I would sometimes set up the machine. . . . (Talks about Shamo recruiting luke) Um. So, Luke cam over. Um, I gave him a rundown on how to use the machine. What the ejection height meant. What the fill depth is. How to – the pressure. How to lower the pressure. When it gets jammed, how to unjam it. Um, I showed him how to use the machine basically.

Page 48: . . . "I actually took picture of the machine. I made a little diagram. Put a number next to each little gear and wrote a little synopsis. Like, this is your fill height. You know, turn it to the left to go up. down. I just kind of annotated the image and sent it back to Aaron. And this was, like, a day or two after I left to New Zealand."

Page 64- 67: (Crandall had access to Shamo's PharmaMaster account and could do anything. He got it shut down the day Shamo got arrested)

Page 75-76: US: was Aaron very Smart? CRANDALL: No, but he can research.

**Katherine Bustin**
**Interview on May 31, 2017**

Page 14: Q. Did you get an impression as to who was the mastermind or brains behind the operation at the beginning between the two?
A. That's hard. I would say for like mixing things and knowing the ins and outs of how to safely shipment something, that was all Drew. He knew everything there was to know about it, all the ingredients that were in everything, how to press it, how to all of that. But Aaron was the mastermind at the bitcoins online and he knew how to go through the dark web and all of that. So it was kind of a mix, but when it comes to the hefty bulk lifting of actually making these pills, that was Drew in the beginning and Aaron had to figure that out after he left.

**Interview on November 22, 2016**

Page 3-4: Crandall showed them how to package and prepare all of the orders for shipment.

Page 6: Bustin Stated she and Tonge originally received $500.00 biweekly, an amount decided upon by Shamo and Crandall

**Gillian Webb**
**Interview on January 10, 2017**

"He's a sweetheart but he's not that smart"

"Webb knew the business would not succeed as Shamo was lazy. Webb stated Shamo and 'some guy named John' would remote into people's computers to fix issues. Webb did not know John's last name but said, 'I know he was a computer nerd too.' Webb stated John did most of the work as Shamo was 'so lazy.'"

"Webb explained that compared to Penrose and Samuelian Shamo seemed like the 'little brother that was lost and didn't know what he was doing."

**Alexandrya Tonge**
**Interview on May 31, 2017**

TONGE stated SHAMO specifically mentioned that Jonathan Luke PAZ helped him manufacture the fentanyl counterfeit Oxycodone and Roxicodone pills. She said Shamo spoke to her about Paz's involvement before they began selling those pills on AlphaBay. She said Shamo was frustrated because Paz knew how to precisely manufacture the pills so they wouldn't appear counterfeit, but he wouldn't tell Shamo the formula because he wanted to stay in the DTO. According to Shamo, Paz was worried if he (Shamo) knew the formula he would manufacture the pills himself and push him out. Shamo and Paz worked for a few months to perfect the formula because someone in the local club scene wanted to buy the pills from them.

**Sean Gygi**
**Interview May 19, 2017**

Page 60: "I never thought Shamo was smart enough to make his own pills."

Page 98: When Gygi was asked "If you had to pick between Drew and Aaron, who would be smart enough to – smart to start something like this?" Gygi: "Drew. He's definitely got the computer skills to do that. Um. And then, I'm – I'm guessing Shamo would just have kind of carried on with what he was taught."

**Mario Noble**
**DHS Interview December 7, 2016**

Page 6: Noble explained that when Grant met Crandall he was already involved in the shipping of narcotics. He heard that they had a connect in India for MDMA or Acid.

**Sasha Grant**
**Interview June 16 & 17, 2017**

Page 3: "Grant stated she believes that Crandall did not mention Shamo's involvement until later after Grant questioned if he was doing it on his own. Crandall told Grant he and Shamo were doing it together and described their arrangement as 'partners'"

Page 6: Grant knew it would take Crandall time to remove himself from the drug trafficking organization, and did not know what they would mean for Crandall's involvement and what he would be doing during that time. Grant recalled Crandall explaining that slowly he would push things off onto other people and Shamo would hire other people to assist Shamo or take over what Crandall was no longer doing.

Page 9: My understanding from Drew was that Aaron was the one that was handling online orders and that sort of thing, and Drew was doing the packaging and shipping and that sort of thing. Grant went on to explain Bustin and Tonge 'coming into the mix' was to take Crandall's packaging job from him. Grant could recall seeing packaging materials at the Murphy's Lane residence and described it as being downstairs in the living room, in Crandall's room, and in Crandall's backpack."

Page 9: Crandall told Grant that Shamo was 'buying me out' and therefore would cash out the money Crandall invested."

Page 10: Grant's understanding was the business was a partnership as Crandall and Shamo went 'in on it together.'

Page 10: Grant explained, 'up until this point, I know that, or had been told that him [Shamo] and Drew were partners in this."

Page 10: Grant explained there were people accepting packages, and the only one she was aware of was Sean Gygi. Grant explained Gygi was a "closer friend of Drew."

Page 10: "When asked how she learned people were accepting packages Grant responded, "Drew told me." Grant explained she vaguely remembered Crandall picking up a package at someone's house."

Page 11: "Grant stated she was not 100% sure who had the idea to begin the organization and who put that idea in motion. Grant explained that when Crandall first told her about the business Crandall told her they had read about it online but did not know whose idea it actually was."

Page 11: Grant recalled asking Crandall how to get a pill press. Crandall told Grant, 'you just order it online.' Grant was not certain who ordered the pill press but thought it was Shamo.

Page 13: When Grant was asked if she was at a 'recruitment meeting' with Trevor Edwards she explained she and Crandall got wings at a restaurant with Edwards one time. Grant felt like the meeting was about rent money as Edwards had lost his job. Grant believes she asked Crandall how he know Edwards and things Edwards was a drop for Crandall and Shamo. Grant was 'pretty sure' Shamo was present for the meeting but was not certain

Page 16: "The third area Grant wanted to clarify was who started the organization. Grant explained when Crandall and Shamo started the business she did not know either of them, and therefore did not know if it was a mutual 'coming about' or if one asked the other to go in on it with them. Grant stated Crandall told her Shamo had invested more money than Crandall, as Shamo had more money to invest.

Page 18: "Grant recalled Crandall telling her he showed Shamo how to use the pill press

Page 19: "Grant stated 'he [Shamo] kinda has like a lazy attitude, I think. If he can delegate it to someone else and not do it himself then he will definitely do that and he'll pay for the convenience of not having to work."

Page 23: Grant explained from her understanding of Crandall and Shamo, Crandall may not have had joint access to the Bitcoin account because he didn't want to be the front runner and understood the consequences of breaking the law more than Shamo.

**Stephanie Shamo Arbelaez**
**Interview September 24, 2018**

Page 3: "Arbelaez felt that Shamo was not a criminal mastermind. He was computer savvy but couldn't run a business because he was unable to follow through"

Page 4: "She [Arbelaez] felt that Drew Crandall was the smart one in Shamo's friend group. She said SHAMO often made comments about his intelligence. She felt that Crandall was the "mastermind" and possibly PAZ

Page 4: She mentioned that Shamo liked to please people, even if the things he did were bad or wrong. she didn't think Shamo would have known how to start a business. She said Shamo told her he was learning a lot form other people. She felt he was gullible. She thought Paz was working with law enforcement. She though Paz and Crandall were leaders in the organization. she though that possibly the whole friend group might have been involved with the drug trafficking organization. She felt that Shamo was 'taking the fall' for the organization because he was loyal. She said Shamo didn't even know about drug interactions, and she had to tell him the possible negative side effects.

Page 5: Arbelaez felt that Crandall was smart enough to get out of the country and have others run the organization.