Gregory G. Skordas (#3865)
Kaytlin V. Beckett (#16257)
SKORDAS & CASTON, LLC
560 South 300 East Suite 225
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
Attorneys for Defendant
gskordas@schhlaw.com
kbeckett@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. AARON MICHAEL SHAMO, et. al., Defendant. | **AMENDED NOTICE OF EXPERT KELLY SHAFTO** Case No. 2:16-CR-00631 DAK Judge Dale A. Kimball |

The Defendant, Aaron Michael Shamo, through his counsel Gregory G. Skordas and Kaytlin V. Beckett, hereby gives notice of his intent to offer expert testimony through Kelly Shafto, Private Investigator from Panther Investigation.

The nature of that testimony is as follows: Kelly Shafto has reviewed the data and information provided by the Government and is investigating the general background of the case. Kelly Shafto is expected to provide testimony as to police procedure and general investigation techniques and practices. Ms. Shafto will testify as to the background of this investigation, as well as about the witnesses, defendants, and general background of the case.

Kelly Shafto has not, as of the date of this notice, provided a final written report. As soon as one is available it will be made available to the Government. Kelly Shafto is available through

Defense Counsel to cooperatively consult with the Government. Ms. Shafto's CV is attached.

DATED this 10th day of May, 2018.

                                                        SKORDAS & CASTON, LLC

                                                        */s/ Gregory G. Skordas*
                                                        Gregory G. Skordas
                                                        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May, 2018, I filed a true and correct copy of the foregoing **AMENDED NOTICE OF EXPERT KELLY SHAFTO**, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

S. Michael Gadd
mgadd@agutah.gov

Vernon G. Stejskal
Vernon.stejskal@usdoj.gov

Adam S. Elggren
Adam.elggren@usdoj.gov

*/s/ Sabrina Nielsen-Legal Secretary*
SKORDAS & CASTON, LLC

3

# KELLY SHAFTO
801-867-5527 • Kelly@Panthersi.com

## SUMMARY OF QUALIFICATIONS
Detective Unified Police Department of Greater Salt Lake, Criminal Investigator

- Conducted numerous financial crimes including large organizations, cybercrimes, fraud, forgery, burglary, theft, elder abuse, automobile theft, large embezzlement, Ponzi scams, communication fraud, narcotics investigations.
- Proficient at using subject interviews, informants, local government records, and on-line databases to develop prosecutable cases for violation of state and federal criminal statutes.
- Worked closely with the Salt Lake County District Attorney's Office and United States Attorney's Office to provide thoroughly documented investigations that resulted in numerous convictions.
- A Cellebrite operator and extraction specialist

## WORK EXPERIENCE

**Unified Police Department of Greater Salt Lake**
**Police Officer**                                              2000-2018

**Salt Lake County Sheriff's Office**                           1998 - 2000
**Correction Officer M-Cert**

**Superior Care Pharmacy**                                      1993-1998
**Pharmacy Technion**

## EDUCATION
**Salt Lake Community College 1997-2000**
**Columbia College 2003-2005**

## CERTIFICATION
**Rocky Mountain High Intensity Drug Trafficking Area (40) hour certification**
**Third Degree Communications (40) hour certification Interview and Interrogation**
**Rocky Mountain High Intensity Drug Trafficking Area (40) hour certification Clandestine Lab Safety Course.**
**National Computer Forensics Institute (40) hour.**
**Rocky Mountain High Intensity Drug Trafficking Area (40) hour Supervision of Narcotics and Vice Operations**
**California Narcotic Officer Association (24) hour**
**Utah Narcotic Officer Association (72) hours**
**Financial Industry Regulatory Authority (16) hour**
**Department of Commerce (6) hour**
**Panopticon Group (18) hours**
**CelleBrite Certification**

## COMMENDATIONS
**2 Division Commander awards**
**Multiple accommodations for investigation and customer service**
**The Salt Lake County Sheriff's Office Unit Citation**
**The Salt Lake County Sheriff's Office Sheriff's Star**
**The Unified Police Department of Greater Salt Lake Chief's awards**
**Utah Narcotics Officer Association Officer of the year**
**Utah Narcotics Officer Association Unit of the year**
**The Salt Lake County Sheriff's Office Officer of the year**

- **The Unified Police Department of Greater Salt Lake Officer of the year.**