JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 349-7187
Email: kburggraaf@agutah.gov / kent.burggraaf@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> AARON MICHAEL SHAMO, <br><br> Defendant. | Case No. 2:16-cr-00631 DAK <br><br> **UNITED STATES' REQUEST TO SUBMIT FOR DECISION** <br><br> Judge Dale A. Kimball |

The United States of America, by and through Kent A. Burggraaf, Special Assistant United States Attorney, hereby requests that the following motions be submitted for decision.

1. Defendant's Motion for James Hearing and Notification of Oral Testimony (Doc. 169), filed and electronically served on December 7, 2018. A response was filed and electronically served on defense counsel by the United States on December 21, 2018. This response was filed under seal, due to its contents containing grand jury material. No reply was filed and the time has passed for filing a reply. This motion is now ready for a decision.

2. Defendant's Motion in Limine for Order Excluding Evidence (Doc. 171), filed and electronically served on December 7, 2018. A response was filed and electronically served by the

United States on December 21, 2018 (Doc. 176). No reply was filed and the time has passed for filing a reply. A hearing was not requested by either party. This motion is now ready for a decision.

3. Defendant's Motion to Allow Defendant to Wear Attire Other than Those Provided as an Inmate During Trial and Pre-Admission Hearing and Memorandum in Support (Doc. 172), filed and electronically served on December 7, 2018. A response was filed and electronically served by the United States on December 20, 2018, stipulating to the Defendant's request to allow him to appear at the pre-admission hearing and jury trial in a suit provided to him by his family prior to the proceedings (Doc. 174). No reply was filed and the time has passed for filing a reply. A hearing was not requested by either party. The motion is now ready for a decision.

RESPECTFULLY submitted on this 15th day of May, 2019.

JOHN W. HUBER
United States Attorney

*/s/ Kent A. Burggraaf*
KENT A. BURGGRAAF
Special Assistant United States Attorney