AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF UTAH

USA
v.
Aaron Michael Shamo

**EXHIBIT AND WITNESS LIST**

Case Number:  2:16-cr-631-001-DAK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dale A. Kimball | M. Gadd, V. Stejskal, K. Burggraaf | G. Skordas, K. Beckett, D. Sam |

| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| May 29, 2019 | Ed Young | Elizabeth Toscano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5/29/2019 | | | WITNESS:  Megan Moore |
| X | | 5/29/2019 | | | WITNESS: David Anthony Slagle |
| X | | 5/29/2019 | | | WITNESS: Daniel Ashment |
| X | | 5/29/2019 | | | WITNESS: Adam Koeneman |
| X | | 5/29/2019 | | | WITNESS: Dennis Power |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.