AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF UTAH

| USA<br>v.<br>Aaron Michael Shamo | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 2:16-cr-631-001-DAK |
|---|---|

| PRESIDING JUDGE<br>Dale A. Kimball | PLAINTIFF'S ATTORNEY<br>M. Gadd, V. Stejskal, K. Burggraaf | DEFENDANT'S ATTORNEY<br>G. Skordas, K. Beckett, D. Sam |
|---|---|---|
| HEARING DATE<br>May 30, 2019 | COURT REPORTER<br>Kelly Hicken | COURTROOM DEPUTY<br>Elizabeth Toscano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5/30/2019 | | | WITNESS: Guy Gino |
| X | | 5/30/2019 | | | WITNESS: Sandra Sabins |
| X | | 5/30/2019 | | | WITNESS: Robin Biundo |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages