# ATTACHMENT A

| Discovery Received 4/1/19 | | Discovery Received 5/28/19 | |
| --- | --- | --- | --- |
| Folder Name | Size | Folder Name | Size |
| Shamo\SHAMO CASE\Drew CRANDALL\CRANDALL INSTAGRAM | 331MB | CRANDALL INSTAGRAM | 331MB |
| For Review/Crandall/ CRANDALL MAC MEMORY | 3.99GB | CRANDALL MAC MEMORY | 3.99GB |
| For Review/Crandall/ CRANDALL MACBOOK NEW | 163GB | CRANDALL MACBOOK NEW | 163GB |
| For Review\Crandall\CRANDALL Phone | 79.4GB | CRANDALL PHONE | 79.4GB |
| | | Image | 2.83TB |
| For Review\Paz\L1_001_MAC LAPTOP, SN-C1MJFPASDTY3 | 465GB | 17MC00065/L1_001_MAC LAPTOP, SN-C1MJFPASDTY3 | 465GB |
| Shamo\SHAMO CASE\PAZ\17MC00065\L1_002a_WD EXT DRIVE, SN-WXA1C20F9091 | 244GB | 17MC00065/L1_002a_WD EXT DRIVE, SN-WXA1C20F9091 | 244GB |
| | | 17MC00065/L1_003a_SEAGATE EXT DRIVE, SN-N4KBZRP | 1.61TB |
| Shamo\SHAMO CASE\PAZ\17MC00065\L1_007a_TRANSCEND SDHC 32 GB | 21.3GB | 17MC00065/L1_007a_TRANSCEND SDHC 32 GB | 21.3GB |
| Shamo\SHAMO CASE\PAZ\17MC00065\L1_008a_SANDISK EXTREME 256 GB | 16.9GB | 17MC00065/L1_008a_SANDISK EXTREME 256 GB | 16.9GB |
| Shamo\SHAMO CASE\PAZ\17MC00065\L1_008b_SANDISK EXTREME 256 GB | 12.9GB | 17MC00065/L1_008b_SANDISK EXTREME 256 GB | 12.9GB |
| Shamo\SHAMO CASE\PAZ\17MC00065\L1_009a_USB NECKLACE DRIVE | 283GB | 17MC00065/L1_009a_USB NECKLACE DRIVE | 283MB |
| Shamo\SHAMO CASE\PAZ\17MC00065\L1_010a_USB MEDIGAIN DRIVE | 39.6MB | 17MC00065/L1_010a_USB MEDIGAIN DRIVE | 39.6MB |
| Shamo\SHAMO CASE\PAZ\17MC00065\L1_013a_SANDISK SDHC CARD | 773MB | 17MC00065/L1_013a_SANDISK SDHC CARD | 773MB |
| Shamo\SHAMO CASE\PAZ\17MC00065\L1_016a_SANDISK SD CARD 2GB | 1.52GB | 17MC00065/L1_016a_SANDISK SD CARD 2GB | 1.52GB |
| For Review\Paz\L1_017a_WD EXT DRIVE, SN-WXE808DC1147 | 92.3GB | 17MC00065/L1_017a_WD EXT DRIVE, SN-WXE808DC1147 | 92.3GB |
| Shamo\SHAMO CASE\PAZ\17MC00065\L1_018a_COMPACT DISC | 630MB | 17MC00065/L1_018a_COMPACT DISC | 630MB |
| Shamo\SHAMO CASE\PAZ\17MC00065\L1_018b_COMPACT DISC 2 | 112MB | 17MC00065/L1_018b_COMPACT DISC 2 | 112MB |

| | | | |
|---|---|---|---|
| \For Review\Paz\L2_001a_ASUS LAPTOP, SN-G8N0CY007852314 | 2.58GB | 17MC00066/L2_001a_ASUS LAPTOP, SN-G8N0CY007852314 | 2.58GB |
| \For Review\Paz\L2_002a_MACBOOK PRO, SN-C02L220BFFT3 (ENCRYPTED) | 181GB | 17MC00066/L2_002a_MACBOOK PRO, SN-C02L220BFFT3 | 181GB |
| Shamo\SHAMO CASE\PAZ\17MC00066\L2_008a_SANDISK ULTRA 64 GB Micro SD Card | 74.6GB | 17MC00066/L2_008a_SANDISK ULTRA 64 GB Micro SD Card | 74.6GB |
| Shamo\SHAMO CASE\PAZ\17MC00067\HTC Nexus One | 44.1GB | 17MC00067/HTC Nexus One | 44.1GB |
| Shamo\SHAMO CASE\PAZ\17MC00067\iPAD Mini | 15GB | 17MC00067/iPAD Mini | 15GB |
| For Review\Paz\L3_001a_MAC BOOK PRO, SN-W800759Y66E | 134GB | 17MC00067/L3_001a_MAC BOOK PRO, SN-W800759Y66E | 134GB |
| Shamo\SHAMO CASE\PAZ\17MC00067\L3_004a_SEAGATE, SN-51DZGE06 | 27.2GB | 17MC00067/L3_004a_SEAGATE, SN-51DZGE06 | 27.2GB |
| Shamo\SHAMO CASE\PAZ\17MC00067\L3_010_COMPACT DISCS (5) | 7.48GB | 17MC00067/L3_010_COMPACT DISCS (5) | 7.48GB |
| Shamo\SHAMO CASE\PAZ\17MC00067\L3_011a_USB FLASH DRIVE RED | 156MB | 17MC00067/L3_011a_USB FLASH DRIVE RED | 156MB |
| Shamo\SHAMO CASE\PAZ\17MC00067\L3_012a_PNY 32 MB CF CARD | 29.5MB | 17MC00067/L3_012a_PNY 32 MB CF CARD | 29.5MB |
| Shamo\SHAMO CASE\PAZ\17MC00067\L3_013a_PLAYSTATION 3 HARD DRIVE | 51.3GB | 17MC00067/L3_013a_PLAYSTATION 3 HARD DRIVE | 51.3GB |
| Shamo\SHAMO CASE\PAZ\17MC00067\NOKIA 2760 | - | 17MC00067/NOKIA 2760 | - |
| For Review\Paz\SAMSUNG GT-N5110 | 11.8GB | 17MC00067/SAMSUNG GT-N5110 | 11.8GB |
| For Review\Paz\SAMSUNG SCH-i515 | 52GB | 17MC00067/SAMSUNG SCH-i515 | 52GB |
| For Review\Paz\SAMSUNG SM-N900V | 91.3GB | 17MC00067/SAMSUNG SM-N900V | 91.3GB |
| For Review\Paz\Luke Paz iMAC | 9.8GB | | |
| **TOTAL FOR (PAZ AND CRANDALL)** | **1.77TB** | **TOTAL FOR (PAZZ AND CRANDALL)** | **6.2TB** |
| | | | |
| **OTHER DISCOVERY RECEIVED** | **4.44TB** | | |
| | | | |

# ATTACHMENT B



**Kaytlin Beckett <kbeckett@schhlaw.com>**

# Hard Drive

**Kent Burggraaf** <kburggraaf@agutah.gov>  Wed, May 22, 2019 at 2:13 PM
To: Eric Wheeler <eric@trial-tech.com>, Kaytlin Beckett <kbeckett@schhlaw.com>
Cc: Daryl Sam <daryl.sam@gmail.com>, "Yvette Laughter, USAUT" <Yvette.Laughter@usdoj.gov>, Michael Gadd <mgadd@agutah.gov>, "gskordas@schhlaw.com" <gskordas@schhlaw.com>, Dan Ashment <Daniel.E.Ashment@ice.dhs.gov>

Yvette has located the drive provided to the defense this past December; it was returned as Kaitlyn mentioned. Yvette is copying the folders titled "Drew CRANDALL" and "Paz", with all the original contents provided on the borrowed hard drive in December. The size of the two folders combined is around **1.98 terabytes**. She'll notify Eric as soon as the copying is complete.

[Kaitlyn, you might consider comparing that file size (1.98 TB) to the combined file size of those two same folders you copied in December, and let us know if there is a major difference in file size (i.e., if we are wasting time giving you the same files you already have and should be looking elsewhere for the E01 file(s) requested by Eric, if any). When copies are made, typical copy/paste or drag/drop methods of copying will likely not copy over larger file(s), such as E01 files. We suspect that was the method used when the files were copied from the borrowed hard drive in December to another storage media by defense in December, which resulted in you not having the files that Eric has requested. When this additional copy is provided, please use some form of verification or software to ensure you're not missing or changing a file(s) when copying from one hard drive to another. This will hopefully help us avoid any additional issues.]

Agent Ashment has clarified that there was not one large E01 file for Paz's computer, but several smaller files (though still large in size). The encrypted files provided were not encrypted by us (not by our agents or forensic examiners). While we could not access them, we provided them in the interest of full transparency of what was found. In other words, they were encrypted by the owner of the files prior to the devices being seized or turned over. We did not encrypt the files and therefore cannot decrypt them without the password/key.

Regards,


Kent A. Burggraaf

*Assistant Utah Attorney General*

*Special Assistant U.S. Attorney*

Utah Attorney General's Office

348 E. South Temple

Salt Lake City, Utah 84111

(801) 349-7187

kburggraaf@agutah.gov

This email transmission from the Office of the Utah State Attorney General, contains information which may be confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email is strictly prohibited and that the email should be deleted

immediately. If you have received this email in error, please notify us at kburggraaf@agutah.gov. The unauthorized disclosure, use or publication of confidential or privileged information inadvertently transmitted to you may result in criminal and/or civil liability.

[Quoted text hidden]