AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF UTAH

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| v. | |
| Aaron Michael Shamo | Case Number: 2:16-cr-631-001-DAK |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dale A. Kimball | M. Gadd, V. Stejskal, K. Burggraaf | G. Skordas, K. Beckett, D. Sam |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| May 31, 2019 | Laura Robinson | Elizabeth Toscano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | X | 5/31/2019 |  |  | WITNESS: Eric Wheeler |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages