IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AARON MICHAEL SHAMO, <br><br> Defendants. | Case No. 2:16-CR-631 DAK <br><br> ORDER TRANSFERRING A RELATED CASE <br><br> Judge Dale A. Kimball |

The Court, having considered the United States' Motion to Transfer a Related Case, and good cause appearing, hereby orders that case 2:19-CR-263 JNP be transferred to the Court for future proceedings.

Signed this _____ day of _____, 2019.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge