IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br><br>Defendants. | Case No. 2:16-CR-631 DAK<br><br>ORDER TRANSFERRING A RELATED CASE<br><br>Judge Dale A. Kimball |

The Court, having considered the United States' Motion to Transfer a Related Case, and good cause appearing, hereby orders that case 2:19-CR-263 JNP be transferred to Jude Dale A. Kimball for future proceedings.

Signed this 12th day of July, 2019.

BY THE COURT:

_Dale A. Kimball_
DALE A. KIMBALL
United States District Judge