JOHN W. HUBER, United States Attorney (#7226)
MICHAEL GADD, Special Assistant United States Attorney (#13704)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Email: michael.gadd@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AARON MICHAEL SHAMO, <br><br><br> Defendant. | Case No. 2:16-cr-631 DAK <br><br> UNITED STATES' PROPOSED SPECIAL VERDICT FORM <br><br><br> Judge Dale A. Kimball |

The United States of America, by and through Michael Gadd, Special Assistant United States Attorney, hereby requests the Court present the jury with the following proposed Special Verdict Form. To date, the defense has not signaled its objection to this form.

                                                                                                     Respectfully Submitted,

                                                                                                     JOHN W. HUBER
                                                                                                     United States Attorney


                                                                                                      /s/ *Michael Gadd*
                                                                                                     MICHAEL GADD
                                                                                                     Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>AARON MICHAEL SHAMO,<br><br>    Defendant. | SPECIAL VERDICT FORM<br><br>Case No. 2:16-cr-631 DAK<br><br>District Judge Dale A. Kimball |

We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

**Count 1—Engaging in a Continuing Criminal Enterprise**

1. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☐ GUILTY as to Count 1 of the Indictment.

If you found the defendant not guilty of Count 1, do not answer questions 1a, 1b, and 1c. If you found the defendant guilty of Count 1, please answer questions 1a, 1b, and 1c.

1a. Having found the defendant guilty of Count 1, do you also unanimously find that the United States proved beyond a reasonable doubt that the amount of controlled substance attributable to the defendant was at least 12,000 grams of a mixture or substance containing a detectable amount of Fentanyl?

Proven ☐        Not Proven ☐

1b. Having found the defendant guilty of Count 1, do you also unanimously find that the United States proved beyond a reasonable doubt that the defendant was a principal administrator, organizer, or leader of the enterprise?

Proven ☐        Not Proven ☐

1c. Please indicate by checking the box for each alleged underlying violation below whether you unanimously find the United States proved the defendant committed the violation beyond a reasonable doubt.

**The List of Underlying Violations**

 Conspiracy to Distribute Fentanyl Resulting in Death of R.K., all in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2;

  Proven ☐  Not Proven ☐

 Conspiracy to Distribute Alprazolam, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2;

  Proven ☐  Not Proven ☐

 The violation alleged in Count 2, Aiding and Abetting the Importation of a Controlled Substance;

  Proven ☐  Not Proven ☐

 The violation alleged in Count 3, Aiding and Abetting the Importation of a Controlled Substance;

  Proven ☐  Not Proven ☐

 The violation alleged in Count 4, Aiding and Abetting the Importation of a Controlled Substance;

  Proven ☐  Not Proven ☐

 The violation alleged in Count 5, Possession of Fentanyl with Intent to Distribute;

  Proven ☐  Not Proven ☐

 The violation alleged in Count 6, Aiding and Abetting the Distribution of Fentanyl Resulting in Death;

  Proven ☐  Not Proven ☐

 The violation alleged in Count 7, Manufacture of Alprazolam;

  Proven ☐  Not Proven ☐

The violation alleged in Count 10, Use of the U.S. Mail in Furtherance of a Drug Trafficking Offense;

Proven ☐     Not Proven ☐

Aiding and Abetting the Attempted Distribution of a Controlled Substance, namely Fentanyl, on or about the following dates to the following addressees, each in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2:

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 11/18/2016 | R.L. | MA | 20,000 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | J.H. | OH | 2,000 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | B.W. | AL | 2,000 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | Y.C. | OH | 1,100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | N.L. | NJ | 1,000 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | D.A. | NJ | 1,000 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | F.C. | AK | 1,000 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | P.T.A.C. | MD | 1,000 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | L.S. | MN | 1,000 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | V.R. | WA | 1,000 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | S.W. | NC | 1,000 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | G.M. | NV | 500 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | L.F. | PA | 500 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | S.R. | WA | 200 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | R.B. | OH | 150 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | D.P. | MA | 150 | Fentanyl | A 215 |

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 11/18/2016 | CBS.I., M.W. | KS | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | M.J. | KY | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | P.F. | IL | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | J.P. | PA | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | M.S. | NC | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | F.O. | LA | 100 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | M.L. | NC | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | T.M. | CT | 60 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | J.T. | OR | 50 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | A.M. | MT | 40 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | D.L.G. | MT | 40 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | M.M. | NY | 30 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | J.M.L. | MD | 27 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | J.M. | IL | 22 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | A.B. | CO | 20 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | A.G. | KY | 20 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | M.P. | MN | 16 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | J.T. | OR | 14 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | A.T. | VA | 12 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | T.E. | SC | 12 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | N.A. | CA | 12 | Fentanyl | A 215 |

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 11/18/2016 | C. | PA | 11 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | K.M.T.T.S.T.R. | OK | 11 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | K.M.H. | SC | 11 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | L.P. | NY | 11 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | B.S. | OH | 11 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | R.P. | PA | 11 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | A.B. | MO | 11 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | J.G. | NY | 11 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | M.J. | CA | 11 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | J.S. | PA | 11 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | S.F. | PA | 11 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | G.T. | TX | 11 | Fentanyl | M/30 |
| ☐ | ☐ | 11/18/2016 | J.R. | CT | 11 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | M.D. | NJ | 10 | Fentanyl | A 215 |
| ☐ | ☐ | 11/18/2016 | B.B. | CO | 10 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | A.W. | WA | 5,000 | Fentanyl | M/30 |
| ☐ | ☐ | 11/20/2016 | Y.C. | OH | 1,100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | J.R. | MN | 1,000 | Fentanyl | M/30 |
| ☐ | ☐ | 11/20/2016 | A.P. | KY | 1,000 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | D.R. | DE | 500 | Fentanyl | M/30 |
| ☐ | ☐ | 11/20/2016 | L.R.T.A.S. | NJ | 500 | Fentanyl | A 215 |

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 11/20/2016 | A.M. | MN | 500 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | M.C. | SC | 200 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | T.J. | FL | 200 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | M.S. | NC | 200 | Fentanyl | M/30 |
| ☐ | ☐ | 11/20/2016 | G.D. | VA | 150 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | A.H. | PA | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | J.R. | NC | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | C.D. | MA | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | A.H. | VA | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | N.M. | ME | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | N.Y. | MI | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | M.J. | KY | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/20/2016 | D.L. | FL | 100 | Fentanyl | M/30 |
| ☐ | ☐ | 11/20/2016 | J.B. | TX | 100 | Fentanyl | M/30 |
| ☐ | ☐ | 11/20/2016 | A.W. | TX | 13 | Fentanyl | M/30 |

**The List of Underlying Violations, cont.**

Aiding and Abetting the Attempted Distribution of a Controlled Substance, namely Alprazolam, on or about the following dates to the following addressees, each in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2:

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 11/18/2016 | W.R. | WA | 10,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | H.W. | NJ | 10,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | A.W. | NY | 5,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | A.M. | CA | 5,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | C.R. | WV | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | R.L. | FL | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | J.L. | CA | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | B.J. | LA | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | L. | NY | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | A.K. | WI | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | J.B. | TX | 1,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | A.F. | GA | 200 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | S.W. | NC | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | P.H. | PA | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | J.T. | OR | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | A.S. | TX | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | R.K. | NC | 100 | Alprazolam | GG 249 |

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 11/18/2016 | D.C. | IL | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | R.T. | TN | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | F.W. | NC | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | D.C. | IL | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | R.T. | TN | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | F.W. | NC | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | X.C. | OH | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/18/2016 | D.H. | FL | 50 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | N.K. | MA | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | G.R. | TX | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | J.O. | SC | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | C.L. | OR | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | Mrs. L. | MI | 1,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | A.S. | NC | 1,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | J.H. | TN | 1,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | Y.C. | OH | 500 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | J.S. | MI | 200 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | N.H. | SC | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | C.S. | TN | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | J.H. | LA | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | D.C. | IL | 100 | Alprazolam | GG 249 |

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 11/20/2016 | S.S. | GA | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | A.L. | CA | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | D.L. | SC | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | P.O. | GA | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | Z.W. | NY | 100 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/20/2016 | C.G. | MS | 100 | Alprazolam | GG 249 |

**The List of Underlying Violations, cont.**

Aiding and Abetting the Use of the U.S. Mail in Furtherance of a Drug Trafficking Offense on the following dates by delivering packages to the post office addressed to the following addressees, containing the following controlled substances, each in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2:

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | 11/22/2016 | M.E. | SD | 5,000 | Fentanyl | M/30 |
| ☐ | ☐ | 11/22/2016 | E.J. | NC | 5,000 | Fentanyl | M/30 |
| ☐ | ☐ | 11/22/2016 | K.V. | NJ | 2,000 | Fentanyl | A 215 |
| ☐ | ☐ | 11/22/2016 | Mr. McG. | WA | 1,000 | Fentanyl | Mixed |
| ☐ | ☐ | 11/22/2016 | E.S. | NC | 500 | Fentanyl | M/30 |
| ☐ | ☐ | 11/22/2016 | R.W. | SC | 500 | Fentanyl | A 215 |
| ☐ | ☐ | 11/22/2016 | G.V. | VA | 100 | Fentanyl | M/30 |
| ☐ | ☐ | 11/22/2016 | E.B. | CT | 100 | Fentanyl | A 215 |
| ☐ | ☐ | 11/22/2016 | M.T. | IL | 100 | Fentanyl | M/30 |
| ☐ | ☐ | 11/22/2016 | B.F. | ND | 100 | Fentanyl | M/30 |
| ☐ | ☐ | 11/22/2016 | C.S. | CO | 50 | Fentanyl | M/30 |
| ☐ | ☐ | 11/22/2016 | S.H. | OH | 50 | Fentanyl | M/30 |
| ☐ | ☐ | 11/22/2016 | B.M. | AL | 50,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/22/2016 | J.S. | CA | 50,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/22/2016 | T.G. | NC | 20,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/22/2016 | M.D. | CA | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/22/2016 | M.T. | VA | 2,000 | Alprazolam | GG 249 |
| ☐ | ☐ | 11/22/2016 | T.D. | IL | 100 | Alprazolam | GG 249 |

**The List of Underlying Violations, cont.**

☐ Aiding and Abetting the Attempted Distribution of a Controlled Substance, namely Fentanyl, on or about November 20, 2016, to J.G., aka "trustworthymoney," through A.L., all in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2;

☐ Aiding and Abetting the Distribution of Fentanyl on or about April 6, 2016, to E.B., all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2;

☐ Aiding and Abetting the Distribution of Fentanyl on or about March 3, 2016, to C.V., all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2; and

☐ Aiding and Abetting the Distribution of Fentanyl on or about August 3, 2016, to G.K., all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**Count 2—Aiding and Abetting the Importation of Fentanyl**

2. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☐ GUILTY as to Count 2 of the Indictment.

If you found the defendant not guilty of Count 2, do not answer question 2a. If you found the defendant guilty of Count 2, please answer question 2a:

2a. Having found the defendant guilty of Count 2, do you also unanimously find that the United States proved beyond a reasonable doubt that the amount of controlled substance attributable to the defendant was at least 40 grams of a mixture or substance containing a detectable amount of Fentanyl?

Proven ☐         Not Proven ☐


**Count 3—Aiding and Abetting the Importation of Alprazolam**

3. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☐ GUILTY as to Count 3 of the Indictment.


**Count 4—Aiding and Abetting the Importation of Fentanyl**

4. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☐ GUILTY as to Count 4 of the Indictment.

If you found the defendant not guilty of Count 4, do not answer question 4a. If you found the defendant guilty of Count 4, please answer question 4a:

4a. Having found the defendant guilty of Count 4, do you also unanimously find that the United States proved beyond a reasonable doubt that the amount of controlled substance attributable to the defendant was at least 40 grams of a mixture or substance containing a detectable amount of Fentanyl?

Proven ☐         Not Proven ☐

**Count 5—Possession of Fentanyl with Intent to Distribute**

5. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY     ☐ GUILTY as to Count 5 of the Indictment.

If you found the defendant not guilty of Count 5, do not answer question 5a. If you found the defendant guilty of Count 5, please answer question 5a:

5a. Having found the defendant guilty of Count 5, do you also unanimously find that the United States proved beyond a reasonable doubt that the amount of controlled substance attributable to the defendant was at least 400 grams of a mixture or substance containing a detectable amount of Fentanyl?

Proven ☐          Not Proven ☐


**Count 6—Distribution of Fentanyl that Resulted in Death**

6. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY     ☐ GUILTY as to Count 6 of the Indictment.


**Count 7—Manufacture of Alprazolam**

7. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY     ☐ GUILTY as to Count 7 of the Indictment.


**Count 8—Adulteration of Drugs**

8. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY     ☐ GUILTY as to Count 8 of the Indictment.

**Count 9—Adulteration of Drugs**

9. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☐ GUILTY as to Count 9 of the Indictment.

**Count 10—Use of the U.S. Mail in furtherance of a Drug Trafficking Offense**

10. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☐ GUILTY as to Count 10 of the Indictment.

**Count 11—Conspiracy to Commit Money Laundering**

11. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☐ GUILTY as to Count 11 of the Indictment.

**Count 12—Money Laundering Promotion or Concealment**

12. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☐ GUILTY as to Count 12 of the Indictment.

**Count 13—Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity**

13. We, the jury duly impaneled in the above-entitled case, find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☐ GUILTY as to Count 13 of the Indictment.

DATED this ____ day of September, 2019.

_____
FOREPERSON