Gregory G. Skordas (#3865)
Kaytlin V. Beckett (#16257)
Gabriela Mena (#17087)
SKORDAS & CASTON, LLC
560 South 300 East, Suite 225
Salt Lake City, UT 84111
Telephone:  (801) 531-7444
Facsimile:  (801) 665-0128
Attorney for Defendant
gskordas@schhlaw.com
kbeckett@schhlaw.com
gmena@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>AARON MICHAEL SHAMO,<br><br>Defendant. | **APPEARANCE OF COUNSEL**<br><br><br>Case No. 2:16-cr-631 DAK<br><br>Judge Dale A. Kimball |

The Defendant, Aaron Michael Shamo, by and through his attorney of record, Kaytlin V. Beckett, does herewith enter an Appearance of Counsel, and requests that any further correspondence be properly directed to counsel for the defendant at the address as stated above.

DATED this 6th day of August 2019.

                                            SKORDAS & CASTON, LLC


                                            */s/ Kaytlin V. Beckett*
                                            Kaytlin V. Beckett

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically filed a true and correct copy of the foregoing APPEARANCE OF COUNSEL, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

John W. Huber

Michael Gadd
Michael.gadd@usdoj.gov

Kent A. Burggraaf

Vernon G. Stejskal

                                               */s/ Sabrina Snow-Legal Secretary*
                                               SKORDAS & CASTON, LLC