IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
AUG 09 2019
BY D. MARK JONES, CLERK
DEPUTY CLERK

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00631-DAK |
|---|---|
| Plaintiff, | ORDER ADMITTING THE UNITED STATES' EXHIBITS |
| vs. | |
| AARON MICHAEL SHAMO, | Judge Dale A. Kimball |
| Defendant. | |

The Court, having heard testimony and considered objections such as hearsay, relevance, and rule 403 objections, admits into evidence the contested exhibits presented by the United States at the evidentiary hearing held May 29-31, 2019. The contested exhibits were listed in the minute entry in Document Number 219.[1]

On May 17, 2019, the Court admitted all the uncontested exhibits proposed by the United States. (Doc. 219) Those uncontested exhibits were admitted with the understanding that they cannot be challenged at trial for insufficient foundation. However, the defense may still object at trial to those previously uncontested exhibits based upon other objections such as hearsay, rule 404b, or rule 403 objections.

DATED this 9th day of August, 2019.

DALE A. KIMBALL
United States District Judge

---

[1] The United States withdrew two pictures from Exhibit 18.01 that depicted the deceased victim's face.