1                IN THE UNITED STATES DISTRICT COURT

2                          DISTRICT OF UTAH

3                          CENTRAL DIVISION

4

5    UNITED STATES OF AMERICA,    )

6              Plaintiff,         )

7       vs.                       )  Case No.  2:16-CR-631-DAK

8    AARON MICHAEL SHAMO,         )

9              Defendant.         )

10   _____)

11

12            BEFORE THE HONORABLE DALE A. KIMBALL

13   ---------------------------------------

14                      August 12, 2019

15                        Jury Trial

16                    Opening Statements

17

18

19

20

21

22

23

24   REPORTED BY: Patti Walker, CSR, RPR, CP    801-364-5440

25   351 South West Temple, #8.431, Salt Lake City, Utah  84101

1                              A P P E A R A N C E S

2

3

4    For Plaintiff:                 Michael Gadd
                                    Vernon G. Stejskal
5                                   Kent A. Burggraaf
                                    U.S. ATTORNEY'S OFFICE
6                                   111 South Main Street, #1100
                                    Salt Lake City, Utah  84111

7

8
     For Defendant:                 Gregory G. Skordas
9                                   Kaytlin V. Beckett
                                    SKORDAS & CASTON LLC
10                                  560 South 300 East, #225
                                    Salt Lake City, Utah  84111

11

12                                  Daryl P. Sam
                                    DARYL P SAM PLLC
13                                  5955 S. Redwood Road, #102
                                    Salt Lake City, Utah  84123

14

15

16

17

18

19

20

21

22

23

24

25

1      SALT LAKE CITY, UTAH; MONDAY, AUGUST 12, 2019; 8:30 A.M.

2                   (Proceedings not transcribed)

3           THE COURT:  The government may proceed with its

4      opening statement.

5           MR. GADD:  Thank you, Your Honor.

6           Death, drugs, and money, that's why we're here.

7      That man right there, Mr. Aaron Michael Shamo, founded and

8      led an organization dedicated to the distribution of drugs.

9      Mr. Shamo and his employees, they made their own drugs.

10     They pressed together drugs, specifically drugs that were

11     almost identical to Oxycodone.  Oxycodone is a painkiller.

12     But Mr. Shamo's fake Oxycodone contained Fentanyl.  Fentanyl

13     is a powerful synthetic opioid.  Mr. Shamo sold his Fentanyl

14     pills online.  In 2016, he sold hundreds of thousands of

15     Fentanyl pills.  He made millions of dollars.  And

16     Mr. Shamo's Fentanyl killed a man.  That's why we're here.

17          In the short time I have with you this morning, I

18     want to first review the time line of this case.  And then

19     once we've done that, I want to talk to you about the

20     evidence that you're going to hear over the next four weeks

21     as it relates to these other topics you see on the screen.

22     If at any point you don't see something on the screen, if

23     you'll just raise your hand.  That's true now or for any

24     time at trial.

25          In the beginning, Mr. Shamo started selling drugs

1    with a roommate, a friend of his, Drew Crandall.  That's who

2    you see pictured there.  Mr. Crandall was a junior partner,

3    a one-third partner, meaning Mr. Crandall got one-third of

4    the profits, Mr. Shamo got two.  And they divided up their

5    roles.  Mr. Shamo was in charge of listing the drugs for

6    sale online.  He was in charge of customer service.  He was

7    in charge of order processing.  He made the decision on what

8    drugs they were going to sell and acquiring those drugs so

9    that they could sell them.  And, lastly, Mr. Shamo accepted

10   payment for the drugs.

11          The payment for drugs bought online comes in the

12   form of cryptocurrency, and you're going to hear about one

13   particularly in this case.  That's Bitcoin.

14          His partner, his friend, Drew Crandall, was in

15   charge of packaging the drugs and then shipping those drugs,

16   once they had a customer who made a purchase.  And then

17   towards the end of his hands-on involvement, Mr. Crandall

18   worked with Mr. Shamo to develop a process and a recipe for

19   pressing pills.  Specifically they made counterfeit Xanax

20   that looked almost identical to the ones you see pictured

21   there.

22          But in 2015, Mr. Crandall got spooked.  Two things

23   happened.  The first is his girlfriend lost her job because

24   of her association with Mr. Shamo and Mr. Crandall.  And

25   then, second, Mr. Shamo ordered some drugs delivered to

1    their address in the name of a roommate.  Those drugs got

2    caught in the mail.  The roommate was questioned by law

3    enforcement.  And that was enough for Mr. Crandall and he

4    said I'm out.  So he made plans with his girlfriend to leave

5    the United States.

6          Mr. Shamo agreed to buy him out.  They negotiated

7    a price.  Settled on 30,000.  And then over the next months,

8    Mr. Shamo worked to find replacements for his one-time

9    partner.  Together, they hired and trained these two women,

10   Alex Tonge and Katie Bustin, to take over packaging the

11   drugs and then shipping the drugs.

12         Later, in November of 2015, shortly before

13   Mr. Crandall was going to fly overseas, Mr. Shamo hired his

14   very close friend, Luke Paz, to take over pressing the

15   pills.

16         In that same month, November 2015, Mr. Shamo went

17   to a new website where you can buy drugs online.  The

18   website is called AlphaBay.  Mr. Shamo created an account on

19   AlphaBay so that he could be a seller.  He named his

20   account, his storefront Pharma-Master.  Much of the evidence

21   you're going to hear over the next four weeks will come from

22   Mr. Shamo's drug sales as Pharma-Master.

23         Working together, Mr. Shamo, and his new employee,

24   Mr. Paz, developed a process and a recipe to create those

25   fake Oxycodone pills I mentioned, the ones that contained

1    Fentanyl.  They're fakes.  Looked almost identical to the

2    real thing, like you see pictured here.  Mr. Shamo sold

3    those Fentanyl pills on AlphaBay.

4              AlphaBay kept records.  So agents and analysts

5    went back, captured as much of the records as they could,

6    and then they put it in a table here for you.  What you're

7    looking at, if you look on the left column, that's the date.

8    So this first page you're looking at here, this is his sales

9    in January 2016.  The next column over, you can see a first

10   and last initial for the user name of the purchaser.  Then

11   you can see what price they paid.  Each row, of course, is

12   its own sale.  Then there's a column for dose.  That was as

13   it was supplied online by Mr. Shamo.  The quantity of pills

14   that they purchased.  Lastly, under the column that says

15   sold as, this was the name Mr. Shamo gave the drugs that he

16   was selling.  So as you look down that far right column, you

17   can see in January of 2016, most of Mr. Shamo's drug sales

18   were his counterfeit Xanax.

19             By the end, in November of 2016, if you look in

20   that same right column, most of his drug sales were his

21   Fentanyl pills, and he had three different names under which

22   he would sell his Fentanyl pills.  So if you're in the far

23   right column and you look down at the bottom, second one up,

24   you can see there it says Fentanyl, Roxy-Oxycodone.  So

25   sometimes right in the listing he would tell his would-be

1   customers that his product contained Fentanyl.  And then

2   that next word, Roxy, that's a street name for a particular

3   type of Oxycodone.

4           Other times he would list his drugs, but he

5   wouldn't include Fentanyl in the title.  So if you look one

6   row up, you can see it says Roxy-Oxycodone.

7           Then the third way he would list his Fentanyl

8   pills, if you go up six, seven rows, you see M Box 30.

9   That's another street name for a type of Oxycodone pill, and

10  it gets its name for how the pill is stamped when it's

11  pressed together by the pharmaceutical company.  He sold

12  this Fentanyl in those three ways.

13          As he and Mr. Paz worked on their process and

14  their recipe and perfected their fakes, his sales

15  skyrocketed.  By the end, you can notice in the quantity

16  column, he's no longer selling one, ten, 100 pills

17  exclusively.  He has large orders.  You can see in the

18  middle of the page there, there's a single order for 10,000

19  pills.  The row right above that, that's the same purchaser.

20  That purchaser on one day purchased 12,000 of the M Box 30s,

21  Mr. Shamo's Fentanyl pills.

22          Mr. Shamo, of course, couldn't do this alone.  He

23  had the help that I've mentioned before.  He had these folks

24  working for him.  But in the spring of 2016, he hired

25  additional help.  He hired this man, a close friend, someone

1    he could trust, Mario Noble, a former coworker of his, and

2    he hired Mr. Noble to do online customer support, and then

3    to also help with order processing when Mr. Shamo was away.

4          Mr. Shamo solicited his old friend, Drew Crandall,

5    who was living overseas, and brought him on board in the

6    summer of 2016 to also help with customer support as their

7    sales continued to take off.

8          In the summer, two women, Ms. Tonge and

9    Ms. Bustin, they started to get burned out.  They would have

10   to not only package the pills but put the postage label on,

11   address the packages, and then they were taking it to blue

12   collection boxes, the post office boxes that they put around

13   the community.  So Mr. Shamo hired this man, another trusted

14   associate of his, Sean Gygi, to take over that last part of

15   Ms. Tonge's and Ms. Bustin's role.

16         So most nights of the week, Mr. Gygi would show up

17   at a doorstep in Daybreak, and he would pick up packages and

18   envelopes, and then take those himself to the blue

19   collection boxes and drop them off.

20         You're going to hear from the people that you see

21   pictured there, starting with Mr. Paz, and then the bottom

22   row.  Mr. Shamo's organization was bigger even than this.

23         We've talked about most of the people in the

24   middle row here.  Let's take just a minute and talk about

25   the two people on the left.  So you see Gabby Noriega on the

1    far left.  Mr. Shamo hired her to be the functional

2    equivalent of his executive assistant.  She would run

3    errands, pick up groceries, grab Cafe Rio.  But she was also

4    asked to do things like buy postage, $6,000 worth of postage

5    at a time, so that you could make sure that Ms. Tonge and

6    Ms. Bustin always had enough postage to keep the process

7    running.

8          Next to her, Mr. Kenny, Chris Kenny.  Mr. Shamo,

9    most of his customers were online, but he did have a local

10   customer, Mr. Kenny, and it was through Mr. Kenny that he

11   got feedback early on about his fake pills.  So Mr. Kenny

12   would, for example, tell him how the pills worked in

13   relation to a legitimate Oxycodone pill.

14         Then on the bottom row, far left, Miles Penrose.

15   Early on, Mr. Shamo and Mr. Crandall, they were cash poor,

16   and their friend Miles Penrose, who at the time owned part

17   of a used truck dealership, he invested $10,000 in their

18   drug distribution activities.  Over a period of months, they

19   paid him back $30,000.  Mr. Penrose will also come up in

20   this trial because he helped them launder some of their drug

21   money, including selling Mr. Shamo his truck.

22         Then bottom row, far right, with the dyed red hair

23   is Alex Tebbs.  She had a role very similar to Ms. Noriega,

24   but for a shorter period of time.  She would buy stamps for

25   Mr. Shamo at his request, and then get reimbursed.  Then she

1   also helped him in a failed attempt to try to buy a T-shirt

2   business.  He was looking for a legitimate business through

3   which he could launder his drug money.

4          The rest of the people you see on the bottom row,

5   they were all package receivers.  I mentioned he had the one

6   package that came to his roommate that got caught.  There

7   was risk for Mr. Shamo any time he tried to import drugs

8   from overseas, and specifically Fentanyl from China.  So

9   Mr. Shamo hired everyone else on the bottom row to receive

10  packages on his behalf.  And for two or $300 per package,

11  with no questions asked, they would turn it over to

12  Mr. Shamo so that he could import the ingredients he needed

13  to press his pills.

14         By the fall of 2016, Mr. Shamo, who was helped at

15  times by Mr. Paz, spent a fair amount of his effort

16  converting his drug money, his Bitcoin, into cash, into

17  dollars.  Most of those transactions were relatively small,

18  but they found some Bitcoin buyers out of California who

19  were willing to do larger transactions.  The largest single

20  transaction they engaged in, one transaction was for

21  $400,000.

22         By November of 2016, Mr. Shamo's days would have

23  been largely consumed with pressing pills with Luke Paz,

24  converting Bitcoin to cash with Paz and others, order

25  processing, and customer service.  Even though he had hired

1    Mr. Noble and Mr. Crandall, he still had a hand in it.

2    Whenever they would run into a problem, they would flag the

3    issue for him and he made final decisions.  He had to make

4    sure that Ms. Tonge and Ms. Bustin stayed fully supplied

5    both on postage and on drugs so that they could keep the

6    process running.

7         I mentioned there was some risk in importing

8    Fentanyl from China, and that's eventually how Mr. Shamo was

9    caught.  It was this package right here that led to his

10   arrest.  Looking in now, you can see that that package is

11   addressed to Ryan Jensen in Midvale.  Ryan Jensen is one of

12   those package receivers.  You can see there it comes from

13   China.  This package came through the international mail

14   facility in Long Beach.  So that's where it hit sovereign

15   soil here.

16        The Customs and Border Protection watches packages

17   as they come in, and some of the officers from Customs and

18   Border Protection checked this package.  They opened it up.

19   They found a Mylar bag.  Inside that Mylar bag, a plastic

20   bag, and inside of that, white powder.  That powder was

21   tested by a scientist at the DEA laboratory and they

22   confirmed that it was Fentanyl.

23        The agents built up a case and an investigation

24   against Jensen, the man whose name was on the package.  And

25   by November 1st of 2016, they had enough in their

1   investigation that they were able to apply for and then

2   receive a search warrant.  They executed the search warrant

3   at his house.  They interviewed Mr. Jensen, and he

4   confessed.  He told them that he was accepting packages on

5   Mr. Shamo's behalf.  Mr. Shamo was a friend of his.

6   Mr. Shamo would pay him two, $300 for every package he

7   received.  And Mr. Jensen told the investigators about other

8   people that he suspected were doing the same thing.

9          One of those people was Sean Gygi.  About a week

10  later, at this point, agents, postal inspectors, all working

11  together, they were watching the mail closely for any

12  packages from China coming to Mr. Shamo's associates, and

13  they caught this one that you see there, addressed to

14  Mr. Gygi.  With a search warrant, they opened it up.  They

15  looked inside.  They saw this inner packaging, kind of the

16  cartoon character packaging, and then inside of that powder.

17  That was tested.  It's Alprazolam.  That's the

18  pharmaceutical ingredient in the counterfeit Xanax pills.

19         At the same time period, they caught one

20  additional package going to Mr. Gygi.  Inside of it, the

21  same packaging, the cartoon character.  This one had a

22  slightly different powder in it.  Tested, and it was

23  Fentanyl.

24         With that, agents had enough to apply for and

25  receive a search warrant for Mr. Gygi's residence.  They

1   executed the warrant, and then they interviewed him.  He was

2   hesitant at first.  There was a moment in the interview

3   where the agents told him that he had been accepting

4   packages that contained Fentanyl, and the agents watched as

5   his countenance changed.

6          When the interview was over, they let him go.  He

7   went home that night and thought long and hard.  And the

8   next morning he called up the agents and said we need to

9   talk.  He told them that not only was he accepting packages

10  from Mr. Shamo but, earlier that year, he had been hired to

11  do more.  He had been hired as a runner.  He told the agents

12  about this porch in Daybreak where he would go most nights

13  of the week and pick up boxes, and then take those boxes and

14  put them into the mail.

15         He agreed to do two things.  First, he agreed to

16  have a conversation with Mr. Shamo and record the

17  conversation and talk about -- Mr. Shamo paid him during the

18  conversation, he got paid every two weeks $2,000 -- and then

19  to talk about their future plans.  You're going to hear that

20  recording during the trial.  And then, second, he agreed to

21  take the agents with him that night to pick up packages off

22  that doorstep in Daybreak, the doorstep of Ms. Tonge and

23  Ms. Bustin.

24         So they went out that night.  He had missed the

25  night before.  And so when he got the packages and then

1    turned them over to the agents, there were 79 packages and

2    envelopes, total.  Here they are spread out, which you can

3    see there is the largest boxes in the back, and the medium

4    size boxes in the middle, and then priority mail envelopes

5    in the front.

6            Here's looking inside one of the boxes.  When the

7    agents opened the boxes, they found Mylar bags and then an

8    invoice.  You can see that at the bottom of your screen.

9    It's for Jamaica green coffee.  It's meant to be coffee

10   beans.  Inside of the Mylar bags, plastic bags.  And then

11   the plastic bags contained pills that were confirmed

12   Fentanyl.  This one box is just shy of 20,000 pills.  You

13   can see that in the second red box there.

14           Here's looking at a couple more seized that night.

15   More pills.  You can see the addresses that these are being

16   shipped to.  This going to New York, New York.

17           Mr. Gygi took the agents out two nights later for

18   another pickup, this time just over 40 packages and parcels.

19   Here's one of the large boxes they got that night.  This was

20   tested.  It has Fentanyl.  You can see that in the red box.

21   This other drug you see in the red box with the parentheses

22   ANPP at the end, this is a Fentanyl precursor.  So this

23   Fentanyl is created in a chemistry lab in China and then

24   shipped over here.  The precursor wasn't fully synthesized,

25   and the DEA tests are sensitive enough that they were able

1    to pick it up in addition to the Fentanyl that Mr. Shamo was

2    putting inside of his pills.

3              Here's more from that second night with Mr. Gygi's

4    help.  Not all the packages were large.  Here's a priority

5    mail envelope.

6              By November 22nd, the agents had enough that they

7    applied for and received a search warrant to search

8    Ms. Tonge's and Ms. Bustin's residence in Daybreak.  When

9    they got inside, this is what they found.  Pills all over

10   the floor.  Packaging material.  You can see the name there,

11   Uline.  Uline is a company that sells packaging material,

12   including Mylar bags.  Postage, padded envelopes, priority

13   mailboxes you can see in the pile there.  A digital scale.

14   A large stock of drugs.  There's a plastic tote there full

15   of drugs.  On top of that, more bags of the Fentanyl pills.

16   Pills on the bed.  Here's their vacuum.  The pills would

17   spill on the floor.  They'd just vacuum them up.

18             The drugs were taken from the residence, taken to

19   the DEA where they were photographed, tagged, bagged, and

20   then sent to the lab.  Those drugs, what you're seeing in

21   the picture, that's what's here in front of us.  These

22   totes, specifically the sealed totes -- you can see, for

23   example, this one is taped around it.  The sealed ones

24   contain his Fentanyl pills, the unsealed ones, everything

25   else.

1          This is the largest single exhibit, the largest

2   one place where pills were gathered during this

3   investigation.  It's this one right here.  That one exhibit,

4   that one has more than 74,000 pills in it.

5          At the same time the agents were executing that

6   warrant, another group of agents executed a warrant on

7   Mr. Shamo's residence.  He lived on Titian Way in Cottonwood

8   Heights.  Because of the strong suspicion that he was

9   pressing Fentanyl, powdered Fentanyl inside of his home, the

10  warrant had to be executed by agents wearing HAZMAT gear.

11  Many agencies and local police departments were involved.

12  For example, you get the DEA and their HAZMAT team.  They

13  were also supported by Homeland Security Investigations,

14  Postal Inspection Service, Food and Drug Administration, the

15  IRS as a criminal investigative team.  They were helping

16  with the financial side of the investigation.  The fire

17  department was on hand to help decontaminate, and then for

18  rescues, if needed.  The National Guard has a HAZMAT team

19  that came out to help, and it took all the help.  Here they

20  are getting ready.

21          When they got inside, they found an old, single

22  punch pill press, in a wood cabinet, not being used.  They

23  found a brand new industrial size pill press in a crate in

24  the garage, which hadn't been used.  They found boxes, and

25  inside the boxes that same cartoon character packaging, and

1  then bags of powders.  They found boxes and boxes of this

2  formula 5,000.  This is the ingredients going into the

3  pills.  You can see there most of it, that top line, is

4  microcrystalline cellulose.  But it also has some other

5  ingredients.  There were kilograms of it in these boxes in a

6  closet.

7          Let me orient you on this picture.  So you're

8  looking down at HAZMAT boots, and then this is a crate using

9  the stainless steel pry bar behind the lid of the crate.

10  They popped open the lid.  The crate looks like it has

11  bricks inside, but that box is on its end.  They pulled one

12  out, took the lid off and set it down so you could see what

13  was inside the box.  The cylinders in that box, those are

14  punches that go into the press.  So the punches come

15  together.  And then there's a metal plate called a die in

16  the middle that's holding the powder.  The punches come

17  together with force and it presses together the pill.

18          The tip of the punch is embossed so that when it

19  presses together, it leaves an imprint on the pill.  Those

20  are here, and you'll get to see them.

21          Here's more, the punches on this shelf.  These

22  punches would wear out over time, which is why he was buying

23  more and more of them.

24          In the basement they found a room that was

25  lockable and it had a pill press running.  If you look at

1    the wall, you can see the powder on the wall.  Then closer

2    up, you can see powder spilling out onto the shelf of the

3    pill press.

4         Now looking around the room, you can see mason

5    jars and lids on that back table.  Mr. Shamo and whomever

6    was helping him press, either Mr. Crandall before and then

7    Mr. Paz who he hired after, they would shake up the

8    ingredients in those mason jars.  That's how they'd mix

9    their ingredients before putting them into the press.

10        You can see dies, colors, bags of pills on the

11   shelves.  Zooming in here, you can see the white bottle with

12   the red that says relaX.  It's a lubricant for machine

13   parts.  The presses' moving parts had to be lubricated.

14   Every time they replaced one of the punches, they would have

15   to lubricate that before it went back in.  More ingredients.

16        They took some precautions.  When Mr. Shamo was --

17   when the agents made entry into his home as part of the

18   search warrant, he was downstairs.  They called him up, and

19   then passed him out so he could be decontaminated and then

20   taken into custody.  He had gloves and his mask on him when

21   he came up.

22        Here's the other side of the room.  That's the

23   Fentanyl press.  Looking closer, the powder, the

24   ingredients, the binding agents, the colors, the Fentanyl,

25   once it's all mixed up, it would go into this hopper on top,

1    and then go down through the funnel into kind of like the

2    bowl in the middle.  Then powder is moved around that bowl

3    and the punches work.  It's a rotary press, so there's lots

4    of punches and it's running around like this.  Every time a

5    pill is punched and pressed together, it goes down the chute

6    you can see coming down the bottom of the photo, and then

7    into a net at the very bottom of the photo.

8            Much of what was in this room was contaminated.

9    It was destroyed.  It's hazardous.  But the agents took

10   samples.  And then they also pulled out the punches so that

11   the punch and the punched tip could be tested by the lab.

12   The punches that came out of this press, the lab, they did a

13   residue test on and it was confirmed Fentanyl.

14           The agents didn't stop their search there.  They

15   continued to look in places they normally look during

16   searches, including in his dresser.  In his top drawer, they

17   didn't find clothes.  In his bottom drawer, he had cash.

18   Here's one of those stacks, for example.  Cash in drawers

19   like this one.  He had a safe full of cash.  $1.2 million in

20   cash pulled out of his home.

21           They also seized electronic devices, and much of

22   the evidence you're going to hear over the next four weeks

23   comes from Mr. Shamo's electronics, specifically an iMac

24   computer, that one, and then two of his cell phones.  He had

25   an iPhone 6S and then an iPhone 7.

1           The agents worked late into the night processing

2    Mr. Shamo's house.  I mentioned that they took samples of

3    the powders before things were destroyed.  That's what you

4    see going on here.  Anytime there was evidence that could be

5    removed from the home, it would have to be picked up by

6    someone in their full gear, including their self-contained

7    breathing apparatus, brought outside for decontamination.

8    And then everything coming out of the house came to this

9    table that you see here where agents and supervisors checked

10   it in and then put them in the larger evidence bags.

11          Here's money, for example, coming out the house.

12          Agents worked late at this search warrant, but

13   they also worked late based on investigation they learned

14   from Ms. Tonge and Ms. Bustin.  So at Ms. Tonge's and

15   Ms. Bustin's search warrant, as a part of that they

16   interviewed both Ms. Tonge and Ms. Bustin, and they too

17   confessed.  They told the agents that they were packaging

18   and shipping these pills for Mr. Shamo; that Mr. Shamo was

19   their boss; that he had been paying them to do it.  And they

20   told the agents that they suspected an old coworker of

21   theirs might also be involved, Mario Noble.

22          So a couple agents went to where Mr. Noble worked,

23   and they asked at the front desk for Mr. Noble so they could

24   ask him some questions.  The front desk told Mr. Noble that

25   there were some special agents there to see him.  So as he

1    walked up, he erased Telegram, a communication app that he

2    had used with Mr. Shamo.  He erased it off his phone.

3              Once he sat down with the agents, he also

4    confessed.  And later that night, he took two of the

5    agents -- sat down with them, and took them online,

6    specifically onto AlphaBay.  And because Mr. Noble had been

7    doing customer service, he had shared access to some of the

8    Pharma-Master pages, and he was able to take them on, show

9    them what he had been working on, and allow them to take

10   screen shots that night so they wouldn't lose some of the

11   evidence.

12             Ms. Tonge and Ms. Bustin, in their interviews,

13   also told the agents one thing that gave them alarm.  They

14   said that the prior night, because Mr. Gygi was gone, they

15   took packages to blue collection boxes.  So a postal

16   inspector raced out.  Ms. Tonge and Ms. Bustin, they had

17   described the packages.  They would never put their return

18   address on it.  They would always pick one randomly off a

19   map, and then they would make up a name for the return

20   address line.  This time the name were all the same.  So

21   they told the agents what name to look for.  They told them

22   there would be 20 packages, and the postal inspector was

23   able to gather up all 20 before they got dispersed through

24   the mail stream.

25             Here's a couple of those last 20.  A box here,

1   Fentanyl pills.  These like all the others, Fentanyl.

2          Shortly after Mr. Shamo's arrest, his friend, Drew

3   Crandall, living overseas, notified AlphaBay, said

4   Pharma-Master has been compromised, it needs to be shut

5   down.

6          In January of 2017, the agents, working with now

7   the cooperating co-conspirators and building their own

8   investigation, had enough information to apply for and

9   receive three search warrants to search places where Mr. Paz

10  was known to sometimes reside.  That process of searching

11  his residences began discussions between Mr. Paz and his

12  attorney and these agents.  During that process, Mr. Paz

13  turned over his drug money, in total, just under $800,000.

14  He was getting paid a percentage for every pill that he

15  pressed.

16         In March of 2017, Mr. Shamo's parents turned over

17  money he had left with his family, in total, just shy of an

18  additional $430,000.

19         Let's take a minute now and let's talk about

20  Darknet markets.  You're going to hear specifically from a

21  special agent who, because of his training and experience,

22  is able to offer opinions that you can consider, and he's

23  going to talk about Darknet markets in some detail.  I want

24  to give you just the briefest overview of the evidence

25  you're going to hear.

1           Darknet markets, that name, those were the

2    websites where Mr. Shamo was selling his drugs.  The

3    Darknet, it's a corner of the Internet.  You need a special

4    browser, an Internet browser to get on there.  And then you

5    also need a user name and password to enter the markets.

6    This one that you see pictured here, this is the first sort

7    of commonly known Darknet markets, Silk Road.  And Darknet

8    markets have some characteristics in common.

9           So, for example, you can see the categories on the

10   left of the items that are for sale.  In the middle, that's

11   going to be the featured product descriptions, so you can

12   click on one of those and then make a purchase.  And then

13   lastly, user information on top.

14          When drugs were purchased on the Darknet, they

15   were purchased with cryptocurrency.  The cryptocurrency

16   you're going to hear about in this case is Bitcoin.

17          This is AlphaBay, the market where Mr. Shamo was

18   selling drugs in 2016.  You can see there the URL, the

19   address.  It says AlphaBay.  Then there's some nonsense

20   letters followed by dot onion.  When you think about the

21   websites that you're going to on the Surface Web, you go to

22   places that are dot com, or dot org, or maybe dot gov.  If

23   you want to go to a Darknet market, you're flicking for dot

24   onion websites and you need a specific browser to get there.

25          Then on the left, these are the items for sale.

1    This screen shot is showing counterfeit items.  The next one

2    here, these are drug items for sale.

3            AlphaBay made money on every transaction on its

4    site.  It took a cut.  AlphaBay had the incentive to try to

5    increase the amount of transactions.  But on the Darknet,

6    anonymity is key, and buyers feel hesitancy to buy online,

7    to send their Bitcoins to a vendor who's anonymous for fear

8    they won't get their product back.  So AlphaBay took some

9    steps to try to alleviate some of the concern a potential

10   buyer might have, and most of it had to do with feedback.

11   In addition to feedback, AlphaBay worked as an escrow

12   service.  But for now, let's talk just about the feedback.

13           So a potential buyer could go on to AlphaBay and

14   look at a seller.  They could see that -- for example, this

15   seller, on the number one there, had 94 percent positive

16   feedback over the last 12 months.

17           Then if you're looking at the second arrow, number

18   two, not only could you see the percent positive over the

19   last 12 months, but they would break it down by one month,

20   six months, 12 months so you could look for trends.

21           Customers would rate sellers based on their -- now

22   if you're looking at number three -- their stealth, and what

23   they mean by stealth is how expertly a seller packages and

24   ships drugs to avoid law enforcement detection.  Customers

25   would also rate sellers based on the quality and the value.

1          And then lastly, number four, customers were
2     allowed to leave comments, feedback.  So you can see the top
3     row of feedback here at the bottom, that customer wrote
4     perfect.  But it's not 2016.  It's 2013.
5          Then if you look underneath that, that tells you
6     what product they're referring to.  It's Microsoft Office.
7     You can see the price there in dollars.  So they pay in
8     Bitcoin, but AlphaBay would display it in dollars.  Six and
9     a half dollars for Microsoft Office, and the date and time
10    of the purchase.
11         Even if a customer didn't want to type in
12    comments, AlphaBay would still generate a row for every
13    transaction.  So if you look at the bottom two rows, those
14    customers left no comment, but AlphaBay generates a row.  So
15    A potential buyer can see a seller's individual sales, how
16    much they're selling, what people are paying, the date on
17    which they're making sales.  That same date, it was there
18    for Pharma-Master, and that's how the agents created this
19    chart that shows his sales for 2016 that you saw earlier.
20         This specifically is one of the 366 pages of
21    feedback that the agents were able to capture for
22    Mr. Shamo's drug sales.  So let's look at just a few of the
23    comments his customers left.
24         I heart you.  I really do.  Absolute perfection
25    again.  Very discreet shipping.  No worry there.  Product

1    looks great.  Some think they feel stronger than a regular

2    30.  That's good, though.  Just be careful if you don't have

3    a tolerance.  Thanks.  Be back soon.  Take care.  Enjoy

4    life.  That customer, you can see below, they bought 100 of

5    his Fentanyl pills, specifically the ones that he labeled

6    M Box 30s.

7           Here's another.  There is no one better to do

8    business with.  I have done thousands, and this fact is

9    indisputable.  Thank you, Pharma-Master.  This person bought

10   another hundred of his Fentanyl pills.  Fantastic service.

11   I'll be back.  This person bought ten pills.

12          Agents and analysts took this feedback and the

13   sales data, they added it all up, and from the feedback we

14   were able to capture, Mr. Shamo sold $2.8 million worth of

15   drugs in 2016, more than 800,000 pills and more than 5500

16   transactions.

17          Let's focus now just for a moment on his Fentanyl

18   pills.  Just the Fentanyl sales.  Almost 3500 transactions,

19   more than 450,000 Fentanyl pills, and he made $2.4 million.

20          I mentioned he had the three ways of listing his

21   Fentanyl pills.  So this breaks down by how he would

22   describe them.  When he labeled it an M Box or an M Box 30,

23   he had 871 orders, but those were larger orders.  So you

24   look at the total quantity, 210,000 pills, and just from his

25   M Boxes, he made a million dollars.

1          When he labeled it as a Roxy -- and you can see

2     what a Roxy looks like.  It's that A215.  That's the other

3     name you'll hear it described as.  When he labeled it as

4     just a Roxy, more orders, 2200, but smaller orders.  So the

5     total quantity, 242,000 pills, and he made 1.4 million just

6     off of Roxys.

7          Lastly, when he would put in his listing right in

8     the title that his pills contained Fentanyl, 376 orders,

9     just over 5,000 pills, just under $50,000.

10          Let's talk about the evidence you're going to hear

11     with respect to Mr. Shamo's oversight.  Mr. Shamo maintained

12     oversight even as he hired employees, including on ordering

13     ingredients and parts.  So here he's corresponding with his

14     executive assistant, Ms. Gabby Noriega.  He said, hey, did

15     you order the stearic acid from the link I sent you?  I

16     needed it specifically from Pyro Chem Labs because they

17     don't triple press stearic acid.  He gives her the link.

18     This is the link I sent.  Did you order it from this, Pyro

19     Chem Labs?  Then she clarifies, on to the next page, yeah,

20     I'll get you the address in a sec, but this is urgent for

21     the stearic acid.  I'm on a very large time crunch.  Gabby.

22     And then she indicates that she's made the purchase.

23          A little later in time he tells her, we need

24     cornstarch, lactose -- he needs another bucket of lactose,

25     and more stearic acid ASAP.  Get ordering.  Also half bag

1    Ziploc bags.  The snack size ones.  Then she's catching up.

2    Okay.  Some stearic acid should be coming like any day now.

3    I ordered some not that long ago, I thought.  How much more

4    cornstarch do you want?  Then he clarifies.  Focus on

5    lactose first.  Order like 30 to 50 pounds.  Then more

6    stearic acid.  We should be okay on cornstarch for a little

7    bit.

8           He asks her a little later did you order the

9    filler from tabletpress.com?  It's a Canadian company where

10   he's buying that microcrystalline cellulose.  And then he

11   says, to TJ Edwards.  TJ Edwards is one of his package

12   receivers, this man right here.  Then he says, also when's

13   your payday?  And then to those two questions, Ms. Noriega

14   responds not yet just because you said you would check to

15   make sure that was right and I didn't hear back from you.

16   And then when's payday?  It was Sunday.  Okay.  You've got

17   to remind me of these things, LOL.  This month's been crazy.

18          Mr. Shamo was also in charge in ordering parts,

19   specifically the dies and the punches.  So he got an e-mail

20   from a Chinese manufacturer.  They indicated they got his

21   e-mail at the Aliexpress store, and asked if he was

22   interested in good A215 or good Xanax replica dies.  And

23   when they say dies, they mean not just the dies but the

24   punches.  He responds, sounds good.  I would like both made.

25   And then asks do you accept Bitcoin as payment?  I'd like

1   you to get started immediately.  And then he clarifies the

2   type of press that he's using.  They tell him that they

3   cannot accept Bitcoin.  They only accept Western Union and

4   wire transfers.  Then they confirm, do you want to order the

5   A215 and the Xanax replica dies?  Then they talk about the

6   specifications for his press.  They work it out.  He

7   indicates that the MoneyGram will be coming in his name, but

8   the dies, the punches, they need to be sent to Julian

9   Mausia, this man right here, another one of his package

10  receivers.

11       There was evidence found in Mr. Shamo's devices

12  about payments he made to China.  This is $2100.  That's for

13  Fentanyl.  This is a money gram, $1400, going to China.

14  Then $1100 also going to China.  Mr. Shamo maintained

15  oversight on quality control, how much Fentanyl.  And how

16  did Mr. Shamo figure out how much Fentanyl to put inside his

17  pills?  Research.  This was found on his computer.

18  Something he found online.  You can see there it's a

19  comparison.  It compares, among other things, Oxycodone and

20  Fentanyl.

21       I mentioned that he was getting feedback from this

22  local dealer.  Mr. Shamo had a note in one of his phones.

23  The date on it is February of 2016, so right when he's in

24  the process of creating and perfecting fake Fentanyl pills,

25  and at the bottom of that note, this is what he wrote -- or

1    copied.  Okay.  So these are the best so far.  They smoke

2    perfect and they snort and slide.  Slide means how it is

3    traced along aluminum foil as they smoke it, heat it up from

4    the bottom.  The color being speckled won't fly so that

5    needs to be fixed, but you already knew that.  My boy smoked

6    two in a row and barely got high.  So a bit stronger is

7    going to be a must, bro.  But all in all these are f'g close

8    to being money in the bank, man.  You did it, bro.

9            Mr. Shamo's oversight over quality control

10   continued.  This is February of 2016.  Even by the end,

11   November of 2016, they are still having issues with quality

12   control.  Here's customer service, Mario Noble.  He says to

13   Mr. Shamo, his boss, you hearing complaints on the recent

14   batch?  Mr. Shamo:  No.  Batch of what?  I haven't read

15   messages all week.  Noble:  Got a couple of complaints about

16   the M Box 30s it looks like.  So Mr. Shamo says sticky them.

17   That means flag it for me so it won't go down in the chute.

18   I'll look at it tomorrow -- or I'll look at them tomorrow.

19           Then a little later in November, the other

20   customer service agent at this point, Drew Crandall, tells

21   Mr. Shamo, getting complaints about the last batch of

22   M Boxes from before vacation.  Are making people sick.  Only

23   halfway through messages and I already have four people

24   saying stuff about it.  Then he asked his boss, should I

25   just tell them to suck it up or should we reship 50 percent?

1   Mr. Shamo in response, partway through that first line,

2   yeah, let's do a 50 percent reship for those guys.  Just

3   give a pill count for reships that go out so I can keep

4   track.

5        Then he changes subjects.  He says, also Sean is

6   my runner for mail.  So he's just revealed a member of his

7   organization to another member.  I haven't heard a response

8   from him since yesterday.  And the Sean he's referring to is

9   Mr. Gygi.  If you still talk to him -- because Mr. Gygi and

10  Mr. Crandall knew each other from before -- can you reach

11  out and see if he's okay.  You look at the date on that

12  message, November 18th.  The day prior was the date Mr. Gygi

13  met the agents.  But the night of the 17th is when Mr. Gygi

14  was thinking long and hard about what he should do.  The

15  morning of the 18th is when he agreed to cooperate.  And the

16  night of the 18th was the first night he took the agents

17  along to collect the pills.

18       Mr. Shamo kept oversight over customer service and

19  order processing, even though he had people helping him.  He

20  had to train them.  So, for example, Mario Noble asked, yo.

21  Roxy just means replica Oxycodone, right?  Mr. Shamo:  Mine

22  does, yeah.  I only sell replica.  Yeah.  But Roxys are an

23  official drug, right?  The R just means it's a replica?  No.

24  Roxy is a real drug made from real Oxycodone.  Mine are made

25  with a substitute.  His substitute was Fentanyl.  Mr. Noble:

1    Oh, okay.

2          I mentioned that agents seized his electronic

3    devices, including the iMac.  From the iMac, agents were

4    able to find 1984 pages of orders.  So whomever was doing

5    order processing, usually Mr. Shamo, sometimes Mr. Noble,

6    they would take the orders that came in online and then they

7    would create this document.  It's a text file.  You see the

8    dotted dashed lines there?  Each block there is an

9    individual sale.  So they would copy in the top four rows

10   from AlphaBay.  And then a buyer, when they made a purchase,

11   they would have to submit that name and address to which

12   they wanted their pills sent.

13         The order processor, Mr. Shamo usually, but

14   Mr. Noble when he was helping, would copy that information

15   from the buyer, put it in the text file, and this document,

16   the daily order sheet, was encrypted and sent to Ms. Tonge

17   and Ms. Bustin, and they would work right off this document

18   to package the pills.  So they knew what a buyer wanted, how

19   much they wanted, what address they wanted it sent to, and

20   then those pills would go out in the mail.  From these 1984

21   pages that were taken from Mr. Shamo's computer, the agents

22   were able to plot by ZIP code everywhere he sent drugs in

23   2016.  Every dot on that map is a ZIP code to which

24   Mr. Shamo and his employees sent drugs.

25         Let's talk about money.  I mentioned that

1    Mr. Shamo spent a fair amount of effort converting his

2    Bitcoin, his drug money, into cash that he could spend and

3    use.  Here's one of many examples you're going to see

4    through the trial.  So at the top, that's Mr. Shamo in the

5    blue.  He says, hey, it's airshamo4 from localbitcoins.

6    Airshamo4 is his user name.  Localbitcoins is a website that

7    brings together people who want to buy and people who want

8    to sell Bitcoin.  Mr. Shamo says, I'm finally feeling above

9    water.  Can you meet around 5:30?  His potential buyer says,

10   yeah, I can do that.  Give me an address.  Mr. Shamo,

11   Starbucks, Cottonwood Heights.  Buyer says that sounds fine.

12   I'll be there.  They both get caught in traffic.

13        Now moving to the next page, the buyer arrives and

14   then Mr. Shamo arrives.  He says, sorry, traffic got me too.

15   Buyer says, all good.  I'm on to the couch.  Mr. Shamo:

16   Thanks.  I'm getting off the freeway now.  See you in a

17   second.  That next message, the one that starts 1HBE2Q,

18   that's the buyer sending Mr. Shamo the wallet address he

19   wants Mr. Shamo to send Bitcoins to.

20        And all apparently goes well because eight days

21   later, the buyer reaches out to him again and says, hey, do

22   you have any more coins to sell.  He's looking to buy around

23   5,000.  Mr. Shamo says, I'm getting my car fixed.  If not

24   tonight, tomorrow.  Then the buyer says, okay.  Just let me

25   know when you find out.  How much do you have available you

1   could sell?  Mr. Shamo writes, 15k.  I'll have more next

2   week.

3           All of Mr. Shamo's efforts to cash out Bitcoin

4   resulted in $1.2 million in his house.  It's all drug money.

5   There's Mr. Shamo's 1.2 million as it's going into the bank

6   at Loomis.  The $430,000 turned over by his parents, all

7   drug money.  Mr. Paz's cash, $800,000, all money.

8           Mr. Shamo purchased this truck from his friend, an

9   early investor, Miles Penrose.  Paid for it with drug money.

10  He bought silver bars.  You can see right there.  He used

11  Bitcoin to pay for it.  He didn't even have to exchange it

12  into cash in order to buy his silver bars.

13          Mr. Shamo was still holding cryptocurrency,

14  specifically Bitcoin, at the time of his arrest.  To date --

15  and it's not finished, but to date the agents have

16  identified and seized from Mr. Shamo's accounts 535 Bitcoin.

17  On the date of his arrest, a Bitcoin was worth almost $750.

18          Mr. Shamo had to pay wages to his employees.

19  Sometimes for Mr. Crandall, he would pay him in Bitcoins

20  since Mr. Crandall was overseas.  But he got late on one of

21  his payments and so Shamo went himself to deposit money into

22  Mr. Crandall's account.  That's what you see on the picture

23  there.  He put $2700 in Mr. Crandall's account as payment

24  for his work doing customer service.

25          Then Mr. Shamo used this drug money to support his

1    lifestyle.  He, with friends, bought a boat and a truck to

2    pull it.  Here he is in his boat on the lake with Paz.  He

3    bought an 88-inch TV, a $2,000 bedroom set.  Took trips.

4    This is a beach in California.  He also went to spring break

5    in Mexico.  Multiple trips to Las Vegas.  On a cruise with

6    Luke Paz and their girlfriends.  Fine wine.  Port calls.

7    All of it was paid for with drug money.

8            You're going to hear from several of the people on

9    the screen.  It's anticipated that you're going to hear from

10   Mario Noble.  He's going to tell you that Mr. Shamo hired

11   him, that Mr. Shamo trained him, that Mr. Shamo paid him,

12   that Mr. Shamo was his boss.

13           You're going to hear from Luke Paz.  He's going to

14   tell you Mr. Shamo hired him.  Mr. Shamo and Mr. Crandall

15   trained him, that the two of them worked together, that they

16   had an agreement that he would get a percentage of the price

17   for each pill that he pressed, and that Mr. Shamo paid him,

18   and Mr. Shamo was his boss.

19           You're going to hear from Drew Crandall.  He's

20   going to tell you in the beginning he was a junior partner

21   with Mr. Shamo, but Mr. Shamo bought him out.  And when he

22   came back, he was an employee doing customer service online

23   overseas.  Mr. Shamo paid him.  Mr. Shamo was the final

24   decision maker.

25           You're going to hear Ms. Tonge and Ms. Bustin.

1   They're going to tell you that they were initially recruited

2   by Mr. Shamo and Mr. Crandall.  And once Mr. Crandall left,

3   Mr. Shamo was the boss.  Mr. Shamo paid them.  Mr. Shamo

4   either brought them postage or sent them Bitcoins so they

5   could purchase postage.  Mr. Shamo kept them supplied with

6   drugs.  And Mr. Shamo and his employees would give them the

7   daily order sheets so they would know to whom to send the

8   drugs.

9       You're going to hear from Mr. Gygi.  He was a

10  package receiver before.  After his friend, Mr. Crandall, is

11  gone, Mr. Shamo approaches him about taking a larger role.

12  He recruits him to be the runner, the courier.  Mr. Shamo

13  paid him.  Mr. Shamo had plans with Mr. Gygi to expand his

14  role in the organization.

15      It's also anticipated you'll hear from Mr. Jensen.

16  Mr. Jensen's package was the first package caught, the

17  package that led to Mr. Shamo's arrest.  He's going to tell

18  you that Mr. Shamo paid him.  He considered Mr. Shamo a

19  friend.  And he received those packages on Mr. Shamo's

20  behalf.

21      You'll also hear from this woman, Jessica Gleave.

22  She's going to talk about the packages that she and her

23  boyfriend, next to her, Julian Mausia, received at

24  Mr. Shamo's request, on his behalf, and that he paid them

25  two, $300 per package for every package they received.

1           You saw our witness list Friday.  The only thing I

2    wanted to mention about it is we have some witnesses who,

3    because of their education, their training, or experience,

4    they have the ability to offer an opinion that you can

5    consider.  For example, this special agent will be the one

6    that talks about the Darknet, and cryptocurrency, and the

7    types of encryption they used.  These other witnesses

8    underlined in yellow, they're similar.

9           You're going to hear from computer forensic

10   witnesses, scientists and chemists from two different

11   laboratories.  They're going to talk about what was in the

12   pills and how good the fakes were.

13          You're going to hear from a doctor, a Ph.D, with

14   the Food and Drug Administration who was part of the team

15   that reviewed Fentanyl for use in hospital settings, and

16   he'll talk about some of the dangers of Fentanyl.

17          Then lastly, the three on the right.  Dr. Thomas

18   Rogers performed an autopsy.  Bill Posey, below him, helped

19   Dr. Rogers with toxicology analysis.  Then lastly,

20   Dr. Stacey Hail, who is a forensic pathologist, and I'll

21   talk about her in just a moment.

22          Let's finish now talking about Mr. Shamo's

23   customers.  Mr. Shamo sold his drugs to other drug dealers.

24   This is a sale for 5,000 of his Fentanyl pills.  That

25   purchaser is a drug dealer.  Another 5,000, 10,000, 20,000

1   of the counterfeits.

2           Let's talk about one drug dealer in particular

3   that you're going to hear more about in this case.  His user

4   name was Trustworthy Money.  Here's 10,000 pills to

5   Trustworthy Money.  Another 10,000 sold by Mr. Shamo to

6   Trustworthy Money.  Another 10,000.  Here's Trustworthy

7   Money and the daily order sheets that we've talked about

8   that, when Mr. Noble was helping, Mr. Noble would create.

9   Trustworthy Money sends a message, it says, fifth row down,

10  I messaged you about getting 2k extra pills if I buy this.

11  So 12,000 total.  You said to let you know so you could let

12  the shipping team know.  Please let them know.  Thank you.

13  I really appreciate it.  As soon as it's marked ship, I'll

14  partially release 35k.  By that he means the money is in

15  escrow at AlphaBay and he'll release it to Mr. Shamo as soon

16  as Mr. Shamo marks that it shipped.

17          Mr. Trustworthy Money gives Pharma-Master the name

18  and address he wants his pills shipped to.  He also uses a

19  package receiver.  So that's not him.  That's a real person,

20  Alivia Luckcuck, and then her address.  Trustworthy Money is

21  this guy.  His real him is Jared Gillespie.  He's fanned out

22  $100 bills in front of him.  He has a money counter.  You'll

23  notice on the table over here, Mr. Shamo has two money

24  counters.

25          Mr. Shamo sold to drug dealers.  He also sold to

1    drug users, and there's one I want to talk about now.

2            These two orders go to the same user.  So when

3    you're looking at this, you can see the sales information

4    from AlphaBay.  Second row, all the way to the right, it

5    says to and then T-W-A-D.  That's the user, Twad.  You can

6    see the name and address that that user wanted the pills

7    sent to.  And then for that top order, that's ten pills.

8    The listing is for one pill.  The quantity is ten.  So

9    that's ten pills.  It's going to 3 Midvale Drive in Daly

10   City, California.  Daly City is a suburb of San Francisco.

11           The second order, on the bottom now, is in June,

12   specifically June 6th, 2016.  Same user, same shipping

13   address, also for ten pills.  The package that contained

14   those ten pills was tracked.  So postal inspectors were able

15   to tell that it shipped out of Utah on June 9th, 2016, and

16   arrived at 3 Midvale Drive in Daly City on June 11th.

17           That address, 3 Midvale Drive, had these three

18   people at it.  The guy in the middle, that's Gregory Lee,

19   whose name was on the shipping request.  To his left, with

20   the funny sunglasses, that's Ruslan Kluyev, but his friends

21   called him Russ.  And then the woman here, Ms. Tori Grace,

22   is Greg Lee's girlfriend.  Mr. Lee, Russ, they're roommates.

23   Ms. Grace sometimes would spend the night there with them.

24           I mentioned that the package arrived June 11th,

25   2016.  The very next night, June 12th, Greg and Tori arrived

1    home after eating dinner with Greg's family, and they found

2    Russ -- he was there to meet them.  It was clear he had been

3    drinking.  They went into his bedroom to hang out with him

4    for a little while.  They watched Russ, their friend, crush

5    up two blue pills that they knew were Fentanyl.  He crushed

6    them up with that battery.  They watched Russ, their friend,

7    snort those pills using the rolled up sticky note you see

8    there.  They watched as their friend Russ started exhibiting

9    the effects almost immediately.  Russ laid down on his bed

10   and asked Tori and Greg to check on him that night.

11           Fentanyl is an opioid.  Opioids are central

12   nervous system depressants.  Taken too much and you shut

13   down.

14           Greg and Tori were nervous.  They checked on him

15   several times that night before they went to bed.  The last

16   time going in to check on him, Tori watched as her

17   boyfriend, Greg, rolled their friend into the recovery

18   position.  It's a way to arrange a body so that if someone

19   unconscious were to vomit, they won't asphyxiate.

20           Tori thought that Russ's breathing was slowing,

21   but Greg dismissed it.  The following morning, Tori got up

22   and went to work.  It was while she was at work that she

23   found out that Russ was dead.

24           Police were called.  An investigation began.

25   Here's his bed.  You can see his glasses.  There's Russ.

1    You can see the desk behind him where the battery and the

2    sticky note were.  Then just inside of that door, there's a

3    garbage can.  On the top of that garbage can, there's a

4    priority mail envelope, and that envelope came from Utah.

5              An autopsy was ordered.  A toxicology analysis was

6    part of that autopsy.  They looked at what was in his blood

7    at the time of Russ's death.  They found that he had alcohol

8    on board.  He was negative for cocaine, but he did have

9    cocaine metabolite and a cocaine cutting agent.  But then at

10   the bottom there, you see that he had Fentanyl in his

11   system.

12             Dr. Stacey Hail, she's a medical doctor.  She

13   still works in an ER.  She teaches, and then she studies how

14   drugs and classes of drugs affect the human body in an

15   overdose.  She reviewed Russ's case.  She's going to take

16   the stand in this trial and she's going to tell you that

17   having reviewed it, and based on her training and

18   experience, and her education, it's her opinion that

19   Fentanyl was the but for cause of Russ's death.  Meaning but

20   for the fact that he ingested the Fentanyl that night, he

21   wouldn't have died.

22             Death, drugs, and money, that's why we're here.

23             At the conclusion of this case, after you've heard

24   all of this evidence and much more, one of my partners on

25   the case, Mr. Vernon Stejskal here, is going to stand up in

1    front of you and ask you to return a verdict of guilty to

2    every count.  That will be the only verdict that's

3    consistent with the evidence.

4              Thank you.

5              THE COURT:  Thank you, Mr. Gadd.

6              Want to take a break before your opening?

7              MR. SKORDAS:  It's up to you, Your Honor.  I'm

8    ready to go.  I won't be quite as long, but a break might be

9    in order.

10             THE COURT:  We'll be in recess until five or ten

11   after ten.

12             (Jury excused)

13             (Recess)

14             THE COURT:  Ready to proceed?

15             MR. SKORDAS:  Yes, Your Honor.

16             THE COURT:  Get the jury.

17             (Jury present)

18             THE COURT:  Mr. Skordas, you may proceed with your

19   opening statement.

20             MR. SKORDAS:  Thank you, Your Honor.

21             Counsel, members of the jury, before I start, I

22   want to introduce someone that you missed on Friday, and

23   that's our colleague Daryl Sam, who did get his daughter

24   successfully married off, and he'll be here for the balance

25   of the trial.

1          I'm going to start by saying something that I

2    don't recall saying in opening statements before and it

3    might come as a surprise to some of you, but one of the

4    parting remarks that counsel made in his opening is that in

5    a couple of weeks, one of his associates is going to get up

6    and ask you to find Aaron Shamo guilty on these counts.

7    We're going to agree with some of that.  We think that the

8    evidence will support that he's guilty of some of these

9    counts.  That might come as a surprise.

10         We think the evidence will support the notion that

11   he's guilty of many of these counts, that he was involved in

12   this drug ring, that he participated in the drug ring, and

13   that he should be held responsible for that.  And he has

14   maintained that from the beginning and will maintain that in

15   the next three weeks before you.

16         There are a couple of things -- Elizabeth, if you

17   could help me.  You're ahead of me -- that we don't agree

18   with in terms of the government, and when you listen to the

19   evidence, listen closely to some of these concepts because

20   Aaron Shamo did not cause the death or create the death of

21   another individual.  Aaron Shamo is not, as the evidence

22   will show, the kingpin of a large drug organization.  And

23   the government will no doubt prance this diagram in front of

24   you repeatedly during this trial, and we invite that.  In

25   fact, we would ask that you look at it in a little bit

1    different way.

2          Count 1 of the information that you'll hear is the

3    one that is sort of a kingpin count, if you will.  It

4    requires that the government show that he was a leader, that

5    he was a mastermind, that he was the kingpin, if you will,

6    of this organization.  And that's what they intend to prove

7    is, based on their understanding of what's going on, that

8    he's at the top and all these other folks down here at the

9    bottom, they work for Aaron Shamo.

10          Counsel has indicated that he's going to call some

11   witnesses, most importantly, and maybe in the beginning

12   here, Drew Crandall.  When you hear from Drew Crandall, here

13   are some things you're going to learn, that he worked for

14   eBay customer service in IT; that he has a background in

15   computers and IT support; that he studied mechanical

16   engineering in college; that at the time after that he was

17   in debt to the tune of $45,000; and that while he was in

18   college, he began selling his own prescription medication to

19   individuals, his own Adderall; that he got involved in the

20   manufacturing and shipping of pills to make money to pay for

21   his significant college debt.

22          He helped establish the online marketplace and

23   shipping procedures for this group.  He's knowledgeable in

24   Bitcoin.  He took the proceeds from drug sales and traveled

25   around the world with his fiancee.  He trained Luke Paz to

1    act as his replacement, and that he was still receiving,

2    accessing, and using proceeds from this as late as

3    April 2017.  He was arrested in May 2017 when he returned to

4    get married in Hawaii.  What's the significance of that?

5              The significance of that, members of the jury, as

6    you'll hear, is that in April of 2017, Aaron Shamo had been

7    in jail for five months.  He's there today.  He'll sleep

8    there tonight.  And he's been there every day since

9    November 22nd of 2016, every day.

10             When Drew Crandall is receiving access and using

11   proceeds in April 2017, the evidence will show he certainly

12   wasn't doing it with the direction, or help, or assistance

13   of Aaron Shamo because he was in the Weber County Jail.

14   When Drew Crandall was arrested in May of 2017 to get

15   married in Hawaii, Aaron Shamo was in the Weber County Jail,

16   not directing anything or anyone.

17             Drew Crandall, you will learn, members of the

18   jury, through his own testimony and those of the agents,

19   lied when he was interviewed by the agents about his

20   involvement, lied about his assets to the investigators when

21   he was questioned about what he had done here.

22             You'll learn a concept that you've probably all

23   understood since high school, which is plea bargaining.

24   You'll learn that Mr. Crandall plea bargained this case.  He

25   pled guilty to three counts.  Aaron Shamo, as you know,

1    members of the jury, is charged with 13.  He pled to

2    conspiracy to distribute Fentanyl, Alprazolam, and

3    conspiracy to commit money laundering.  He was never charged

4    with the continuing criminal enterprise count, the kingpin

5    count, if you will.  And he agreed to plead guilty in order

6    to avoid any risk of being convicted of a death resulting

7    count.

8            Counsel told you that you'll be hearing from Luke

9    Paz, and that's true, and here's what you'll learn from Luke

10   Paz.  He became friends with Aaron Shamo through a group

11   called Mario Kart 64, and you'll learn what that means, and

12   basically replaced Drew Crandall while he was traipsing

13   around the world with his girlfriend.  He ordered and

14   received a pill press.  He developed the formula for making

15   the Fentanyl based drugs and kept it in his possession.  He

16   kept a ledger of his manufacturing of Fentanyl based drugs,

17   and paid himself with Bitcoin and currency exchanges -- the

18   organized Bitcoin currency exchanges.  He was arrested in

19   April of 2018, after Aaron Shamo had been in custody for

20   over 18 months.  Luke Paz will come in probably through that

21   back door.  He hasn't spent a day in jail.  And when he was

22   arrested, he had $800,000 in cash and 32 and change in

23   Bitcoin.

24           You'll learn that Luke Paz, when he was questioned

25   by investigators for the government, lied about his

involvement, lied about his assets.  And he was allowed to

plead guilty to two counts of knowing and intentional

adulteration of drugs while held for sale, Fentanyl, and

conspiracy to commit laundering.  He was never charged with

a serious death resulting count.  He was never charged with

a serious kingpin count, the continuing criminal enterprise.

Counsel told you that you'll hear from Sean Gygi.

That's true.  But here's what you'll hear about and from

Sean Gygi, that he worked at eBay with Drew Crandall and

Aaron.  He delivered pills to Ms. Bustin and Ms. Tonge --

who we'll talk about in just a minute -- for packaging.  He

received pills from those same two women and delivered them

to different addresses.  He received at least $4,000 a

month, had packages and drug manufacturing materials

delivered to his home on multiple occasions, and made $300

for every package delivered to his home.

What did he do?  He lied to the investigators when

he was questioned.  He lied about his assets.  He lied about

his involvement in this enterprise.  And he was allowed to

plead guilty.  He was allowed to plea bargain to conspiracy

to distribute Fentanyl, Alprazolam, aiding and abetting in

the importation of a controlled substance, and the use of

mail in furtherance of a drug offense.  He too, like

everyone else, except Aaron Shamo, was never charged with a

continuing criminal enterprise count, and he agreed to plead

 1   guilty to avoid the death resulting count.

 2          Counsel told you about Mario Noble, who you will

 3   also hear from.  Mario Noble has got a little more

 4   involvement in some things.  He's trying to run his own

 5   business.  He became involved in this organization through

 6   Drew Crandall's friend, Sasha.  He opened his own

 7   marketplace on the Internet to sell candy laced with drugs.

 8   He tried online marketplace of his own, was making at least

 9   $3,000 a month in salary, had access to the entire

10   Pharma-Master page on AlphaBay, and dealt with every aspect

11   of customer service.  He had the ability to manage money

12   coming and going from the Pharma-Master account and dictated

13   his own hours and schedule.

14          What did he get?  Conspiracy to distribute

15   Fentanyl and Alprazolam.  Never charged as a leader,

16   organizer.  Agreed to plead guilty to avoid the death

17   resulting count.

18          Ms. Bustin and Ms. Tonge, you've heard quite a bit

19   about them.  You'll see them all on this chart here.  I

20   won't go through every one.  They also worked at eBay with

21   Drew and Aaron.  They packaged and prepared drugs for

22   shipping.  They made their own schedule.  They requested

23   more jobs and money on multiple occasions.  They made at

24   least $2,000 a month and upwards of $3500 a month for

25   packaging.  And when they were arrested, members of the

 1   jury, they had 75,000 Fentanyl pills in their home.

 2          They were questioned by investigators in this

 3   case.  They lied about their involvement.  They lied about

 4   their assets.  They pled guilty to conspiracy to distribute

 5   Fentanyl, Alprazolam, possession of Fentanyl with the intent

 6   to distribute, the use of the U.S. Mail in furtherance of a

 7   drug trafficking offense, and conspiracy to commit money

 8   laundering.  Again, they were never charged with a

 9   continuing criminal enterprise, leadership role, and they

10   agreed to plead guilty to avoid the death resulting count.

11          Jessica Gleave, offered full immunity from any

12   future prosecution.  Nothing.  Pled guilty to nothing.

13          Ryan Jensen, who you'll hear from today, offered

14   full immunity from any future prosecution.

15          Although in a criminal case in America the

16   defendant doesn't need to testify, you'll hear from Aaron.

17   You'll hear from his family members.  And you'll hear from

18   his -- by family members, I mean his mother and sister.  And

19   here's what you'll learn about Aaron, that he's learning

20   disabled, he had severe ADHD, and a processing disorder;

21   that he was roommates after college with Drew Crandall; and

22   that in college, like Drew Crandall, he began selling his

23   own prescription medication along with Drew.

24          He was arrested November 22nd, 2016, awaiting

25   trial, and has been sitting in jail since that day.  Longer

1    than all the other people in this chart combined.

2            When he gets arrested, there are no Fentanyl pills

3    found in his home.  Never in possession of the formula for

4    possessing Fentanyl.  Importantly, members of the jury, he

5    was never interviewed by the investigators in this case.

6    And as you'll see, some of the co-defendants and some of the

7    people that will be testifying -- as you'll hear I should

8    say, will tell you that Aaron just wasn't capable of

9    organizing or running an organization like this without

10   substantial assistance.

11           The government, early on in this case, November of

12   2016, created this chart.  It's about a three-year-old

13   chart.  And their argument this morning is that Aaron

14   founded and led this organization.  Their argument this

15   morning and their statements are that he was the leader of

16   this.  And counsel said Aaron did this, and Aaron directed

17   that, and Aaron did this, and Aaron was in charge of that.

18   But when you listen to the evidence, you'll find that that's

19   not the case.  When you hear the witnesses testify, you will

20   see that that was not the case.

21           It's an unfortunate role that we play as defense

22   attorneys in a criminal case because we have to wait until

23   the government puts his case on.  That's just the way it

24   works in America.  It's worked for hundreds of years.  But I

25   would ask you, members of the jury, to withhold judgment on

 1   this case until you've heard the entirety of the evidence.
 2   I would ask you to not form an opinion today or tomorrow,
 3   certainly not based on the statements of counsel this
 4   morning, but to wait until you hear all the evidence.
 5           Wait until you see the big picture -- which has
 6   now disappeared -- because what you'll see is that Luke Paz
 7   pressed 480,000 Fentanyl pills.  He has not spent any time
 8   in jail.  He cut a plea deal.
 9           Drew Crandall, still benefiting from drug sales,
10   as I indicated, as late as April 2017, he cut a plea deal.
11           Mario Noble started his own drug marketplace,
12   which failed.  He's not in jail.  He cut a deal.
13           Ms. Tonge, found with nearly 75,000 Fentanyl
14   pills, she's not in jail.  She cut a deal, as did her
15   associate, Ms. Bustin -- by the way, I have their names
16   backwards here -- who also cut a deal.  Never went to jail.
17           Mr. Gygi derives substantial income from
18   importation and shipment of illegal narcotics.  Not in jail.
19   Middleman between multiple parties.  Not in jail.  Cut a
20   plea deal.
21           The only person on trial, members of the jury, is
22   Aaron Shamo.  The only person who is left standing, if you
23   will, is Aaron Shamo.  The reason for that, as you'll see,
24   is that the government decided early on that he was somehow
25   the kingpin of this organization and his head needed to

1   roll.

2           We've told you earlier -- I've told you earlier

3   that he will admit to his conduct here, and we will agree

4   with Mr. Stejskal in our closing that he should be convicted

5   of some of these counts, but not all of them.  He didn't

6   have a plea deal, and he was never interviewed by

7   investigators.

8           This is a trial that is scheduled to go about

9   three or four weeks.  I believe it could be a little bit

10  less than that.  I don't think this trial is going to take

11  that long.  I say that because Aaron's owning what he did.

12  And we can flash all the styrofoam or plastic containers in

13  front of you all and bounce them around, but we know what

14  they are.  We'll agree to what they are, and we'll agree to

15  how they came into possession of certain individuals.  We'll

16  agree how the government got these.  But the evidence will

17  not establish, members of the jury, that Aaron Shamo caused

18  the death of another or that he was the organizer, leader,

19  mastermind of this organization.  Just the opposite.

20          So please keep an open mind.  Keep from forming a

21  final opinion until you hear all the evidence, and that

22  might be a couple of weeks from now.  Remember the

23  instructions that the Judge has given, instructions about

24  the presumption of innocence, because in America, in 2019,

25  an accused is presumed innocent until the government

1   establishes proof beyond a reasonable doubt to each and

2   every element of the offense.

3           Keep in mind, as the Judge instructed you this

4   morning and will instruct you again, that the government

5   carries the burden of proof.  The defense doesn't have to

6   put on any evidence at all, even though we will.  Keep in

7   mind, members of the jury, as the Judge has instructed you

8   and will continue to instruct you, that unless and until you

9   find beyond a reasonable doubt each and every element of

10  those offenses, you have a legal and moral obligation to

11  find Aaron Shamo not guilty.  And at the end of the day, at

12  the end of the month, at the end of the trial, that's what

13  the evidence will show.

14          Thank you.

15          (Whereupon, proceedings not transcribed.)

16          THE COURT:  Did you say you had something you

17  needed to take up?

18          MR. GADD:  Two things.

19          THE COURT:  Do we need to wait for the clerk to

20  get back in?

21          MR. GADD:  Probably.

22          THE COURT:  All right.

23          There she is.

24          Go ahead.

25          MR. GADD:  I think the Court probably caught this

1    as opening statements were going on.  The Court ruled on a

2    motion in limine back in May where we had asked the Court to

3    preclude the defense from charging comparisons between

4    co-defendants.  Much of the defense's opening statement was

5    drawing those comparisons that the Court ruled --

6              THE COURT:  I'm looking at your chart, the chart

7    in your exhibit.  Do you know what I'm talking about?

8              MR. GADD:  Of the people?

9              THE COURT:  No.  No.  I'm looking at the chart

10   about permitted and not permitted.

11             MR. GADD:  Yes, sir.  Yes, sir.  The filed one.

12             THE COURT:  Charges permitted.  Charges and

13   potential sentences for testifying co-conspirators?

14             MR. GADD:  Yes, sir.

15             THE COURT:  That's permitted.  What are you saying

16   he shouldn't have done?

17             MR. GADD:  The comparison is pointing out that

18   they're not charged with other crimes, specifically CCE or

19   the death resulting offense, Count 1 and Count 6.

20             THE COURT:  Mr. Skordas.

21             MR. SKORDAS:  We're happy to ask each one of them

22   that individually if that's what it's going to take.

23             THE COURT:  I'm not sure I understand what you're

24   complaining about.

25             MR. GADD:  Yes, sir.  I'll try to be more clear.

1            The Court ruled that they could not draw
2    comparisons between Mr. Shamo, who's charged in Count 1 and
3    Count 6, and the other defendants who are not.  But since
4    those comparisons have been drawn, I'm asking for a curative
5    instruction.  I think we can model it similar to the
6    instruction that we've proposed in the final jury
7    instructions or we tell the jurors now so that they're not
8    laboring under a false impression for the next four weeks,
9    that it's not their role to decide or judge the charges and
10   that they should not draw those comparisons.
11            THE COURT:  Mr. Skordas.
12            MR. SKORDAS:  Your Honor, our understanding was
13   that it was really sentencing comparisons that we were
14   staying away from, but the government can argue whatever it
15   wants.  We were just going through what we believe the facts
16   will be when these individuals each testify.  We're entitled
17   to do that.  I'd be happy to bring all their attorneys in,
18   if that's what you want, but there was a very clear intent
19   by everybody to avoid those two counts.
20            MR. GADD:  The problem there is none of them faced
21   the CCE count.  That's why drawing the comparison is
22   impermissible.
23            THE COURT:  Well, but you can point that out,
24   can't you, on the testimony?
25            MR. GADD:  Yes, certainly.  My request is that we

1   have a short instruction now so that the jury doesn't think

2   for the next four weeks, or when we get to the individual

3   cooperators' testimony, that part of what they are supposed

4   to consider is the grand jury's decision on whom to charge

5   with what or to draw comparisons between co-defendants and

6   what charges the grand jury indicted them on.

7           THE COURT:  In your own chart -- do you know what

8   I'm talking about?  In your own brief --

9           MR. GADD:  Yes, sir.

10          THE COURT:  -- you say permitted, and I agreed

11  with this, charges and potential sentences for testifying

12  co-conspirators for purposes of impeachment.

13          MR. GADD:  Yes, sir.

14          THE COURT:  Isn't that what he did?  Isn't that

15  permitted?

16          MR. GADD:  Yes, that is permitted.  It's the

17  inverse that's not permitted.

18          THE COURT:  Which is what?

19          MR. GADD:  Pointing out what they were not charged

20  with and then drawing comparisons.

21          THE COURT:  I don't know that I ruled on that.

22          MR. GADD:  I would be happy to take a minute this

23  afternoon when court is adjourned and try to put what I'm

24  trying to say in writing and hopefully make it more clear.

25          THE COURT:  All right.  So far I don't think he

1    has violated this chart.  If I'm wrong, then I'm sure you'll

2    point it out.

3            MR. GADD:  The second issue I'd like to address is

4    his contention that the defendant was never interviewed.  So

5    I've instructed our agents not to bring up that when they

6    tried to interview the defendant, he invoked his right to

7    remain silent.  But by making it a point of contention that

8    was never interviewed, unlike the other co-defendants, we

9    think the jurors need to hear the full story, that he was

10   given the opportunity and refused.

11           THE COURT:  They do, don't they, if they tried to

12   interview him and he invoked his right?

13           You said he was never interviewed?

14           MR. SKORDAS:  Correct.

15           THE COURT:  They say they tried to interview him

16   and couldn't.

17           MR. SKORDAS:  Early on.  And we tried for three

18   years to interview with them and they wouldn't.  So if they

19   want to open that up, let's open the whole thing up.  We

20   have been begging them for an interview for three years,

21   Your Honor.  I'll testify to that.

22           THE COURT:  Mr. Gadd.

23           MR. GADD:  We'll have a hard time with an attorney

24   as a witness.

25           THE COURT:  Yes.  Yeah.  We're not going to do

```
 1   that.

 2           MR. GADD:  I see it as an open door, but because

 3   it's a sensitive issue dealing with Fifth Amendment rights,

 4   I wanted to bring it up first with the Court to make sure

 5   that we were okay to briefly ask our agents if they asked to

 6   interview him and if he refused.  And we'll try to phrase it

 7   such that we don't implicate his constitutional rights.

 8   We'll just indicate that he chose not to.

 9           THE COURT:  If you do that, Mr. Skordas is going

10   to want to bring up through -- I guess Mr. Shamo, if he

11   testifies, and it sounds like he's going to --

12           MR. GADD:  If Mr. Shamo has personal knowledge,

13   I'm sure he could testify to that.

14           THE COURT:  -- that at some point he wanted an

15   interview.

16           You can do what you said you wanted to do and then

17   you can do what I suggested you could do.

18           MR. GADD:  Those were the two things.  Thank you,

19   Your Honor.

20           THE COURT:  You haven't convinced me on the first

21   thing.  You do understand that, right?

22           MR. GADD:  Yes, sir.  I'll look at it again.

23           THE COURT:  All right.

24           Now we're probably looking at five to 12.

25           We'll be in recess.
```

 1              (Recess)

 2              THE COURT:  Where are we on the fight we ended

 3    with?

 4              MR. GADD:  No further resolution.

 5              THE COURT:  Were you complaining about what he

 6    said during his opening statement or something he's asked a

 7    witness?

 8              MR. GADD:  Just the opening statement.

 9              THE COURT:  But you didn't object at the time

10    either.

11              MR. GADD:  No, sir, chose not to object out of a

12    professional courtesy.

13              THE COURT:  But you're not objecting to anything

14    he's asked a witness yet?

15              MR. GADD:  I have not made an objection, no.

16              THE COURT:  Precisely, again, what do you think he

17    should not have said in his opening statement?

18              MR. GADD:  Drawing a comparison between the

19    charges Mr. Shamo faces and those faced by his

20    co-defendants.  Charging decisions at their core are made by

21    the grand jury.  Mr. Shamo was charged with Count 1, CCE.

22    His other co-defendants weren't.  It's not for this jury to

23    try to rejudge what the grand jury did or didn't do.

24              So I fully agree that they can talk about what

25    someone pleaded guilty to and then minimum and maximum

1  sentences as impeachment.  It was that next step, drawing

2  the comparison between who got charged in Count 1 and who

3  didn't that I saw as impermissible.

4           THE COURT:  Mr. Skordas.

5           MR. SKORDAS:  Your Honor, the grand jury, as this

6  Court knows, issues indictments based on evidence presented

7  to it by the United States Attorney's Office.  Had they

8  sought an indictment for the CCE count, they would have

9  received that.  But they didn't.

10          THE COURT:  But isn't it true that we usually

11 don't get into the charging decisions in a trial?

12          MR. SKORDAS:  Yes.

13          THE COURT:  What would your curative be?

14          MR. GADD:  We have a couple Pattern Instructions,

15 the Tenth Circuit Pattern Instructions that I think hit

16 right on this point.  And I apologize for not pulling those

17 numbers.  They're two of the instructions that we proposed

18 as final instructions.  So my thought is maybe this

19 afternoon I could try to draft up something that's neutral

20 but explains to the jury their role and specifically

21 indicates that making those comparisons is not within their

22 role, and then just explaining it to them perhaps tomorrow

23 morning.

24          THE COURT:  Well, take a shot at it.  And run it

25 by -- I mean send it to him, send it to me.  We'll talk

1    about it tomorrow.

2              MR. GADD:  Will do.  Thank you, sir.

3              THE COURT:  Let's get the jury and proceed.

4              (Whereupon, proceedings not transcribed.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3

4            I hereby certify that the foregoing matter is

5   transcribed from the stenographic notes taken by me and is a

6   true and accurate transcription of the same.

7

8

9

10

11

12

13

14

15

16   PATTI WALKER, CSR-RPR-CP      DATED: 8-19-19
     Official Court Reporter
17   351 South West Temple, #8.431
     Salt Lake City, Utah  84101
18   801-364-5440

19

20

21

22

23

24

25