**SHAMO PROPOSED EXHIBIT LIST**

1. Forensic Data and Documentation retrieved from the following:
    a. Computer of Aaron Shamo
    b. Computer of Drew Crandall
    c. Computer of Jonathan Luke Paz
    d. Computer of Mario Noble
    e. Cellular Phone of Aaron Shamo
    f. Cellular Phone of Drew Crandall
    g. Cellular Phone of Jonathan Luke Paz
2. Bitcoin records of the following:
    a. Aaron Shamo
    b. Drew Crandall
    c. Jonathan Luke Paz
3. Bank records of the following:
    a. Aaron Shamo
    b. Drew Crandall
    c. Jonathan Luke Paz
4. Images from Pharmamaster, AlphaBay as pertains to sales and customer feedback
5. Investigative Interviews of the following:
    a. Drew Crandall
    b. Jonathan Luke Paz
    c. Mario Noble
    d. Alexandrya Tonge
    e. Sadie Gurley
    f. Sasha Grant
6. Statement in Advance of Plea, of the following:
    a. Drew Crandall
    b. Mario Noble
    c. Sean Gygi
    d. Alexandrya Tonge
    e. Katherine Bustin
    f. Jonathan Luke Paz
7. Images of Search of Homes
8. Affidavits of Probable Cause for each search warrant
9. All documents and discovery related to the Oregon investigation
10. All documents relating to Gregory Lee
    a. Death of Russlan Klyuev
11. All documents relating to the death of Russlan Klyuev
12. All documents related to messages on Alpha Bay from "Trustworthymoney"
    a. All messages from Alivia Luckcuck
13. All documents related to messages from large customers of the drug trafficking operation
    a. Documents and messages from and to Christopher Kenney
14. Any documents or information relating to Christopher Kenney
15. Any expert reports from computer forensics.