UNITED STATES' PROPOSED LIMITING INSTRUCTION

You are instructed that no evidence was presented that connected the defendant with G.K.'s death. The only reason you heard evidence about G.K.'s death was to show why G.K. was not interviewed by law enforcement or called as a witness to testify at trial. You should draw no inferences from the testimony that G.K. is dead.