FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG 3 0 2019

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>AARON MICHAEL SHAMO,<br><br>    Defendant. | SPECIAL VERDICT FORM<br><br><br>Case No. 2:16-cr-631 DAK<br><br>District Judge Dale A. Kimball |

We, the jury duly impaneled in the above-entitled case, having reviewed and applied the Jury Instructions provided by the Court, find the following unanimously and beyond a reasonable doubt as to the defendant AARON MICHAEL SHAMO:

**Count 1—Engaging in a Continuing Criminal Enterprise**

1. As to Count 1, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY     ☒ GUILTY

If you found the defendant not guilty of Count 1, do not answer questions 1a, 1b, and 1c. If you found the defendant guilty of Count 1, please answer questions 1a, 1b, and 1c.

1a. Having found the defendant guilty of Count 1, do you also unanimously find that the United States proved beyond a reasonable doubt that the amount of controlled substance attributable to the defendant was at least 12,000 grams of a mixture or substance containing a detectable amount of Fentanyl?

Proven ☒     Not Proven ☐

1b. Having found the defendant guilty of Count 1, do you also unanimously find that the United States proved beyond a reasonable doubt that the defendant was a principal administrator, organizer, or leader of the enterprise?

Proven ☒     Not Proven ☐

1c. Please indicate by checking the box for each alleged underlying violation below whether you unanimously find the United States proved the defendant committed the violation beyond a reasonable doubt.

**The List of Underlying Violations**

Conspiracy to Distribute Fentanyl Resulting in Death of R.K., all in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2;

Proven ☐     Not Proven ☐

Conspiracy to Distribute Alprazolam, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2;

Proven ☒     Not Proven ☐

The violation alleged in Count 2, Aiding and Abetting the Importation of a Controlled Substance;

Proven ☒     Not Proven ☐

The violation alleged in Count 3, Aiding and Abetting the Importation of a Controlled Substance;

Proven ☒     Not Proven ☐

The violation alleged in Count 4, Aiding and Abetting the Importation of a Controlled Substance;

Proven ☒     Not Proven ☐

The violation alleged in Count 5, Possession of Fentanyl with Intent to Distribute;

Proven ☒     Not Proven ☐

The violation alleged in Count 6, Aiding and Abetting the Distribution of Fentanyl Resulting in Death;

Proven ☐     Not Proven ☐

The violation alleged in Count 7, Manufacture of Alprazolam;

Proven ☒     Not Proven ☐

2

The violation alleged in Count 10, Use of the U.S. Mail in Furtherance of a Drug Trafficking Offense;

Proven ☒   Not Proven ☐

Aiding and Abetting the Attempted Distribution of a Controlled Substance, namely Fentanyl, on or about the following dates to the following addressees, each in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2:

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | 11/18/2016 | R.L. | MA | 20,000 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | J.H. | OH | 2,000 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | B.W. | AL | 2,000 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | Y.C. | OH | 1,100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | N.L. | NJ | 1,000 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | D.A. | NJ | 1,000 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | F.C. | AK | 1,000 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | P.T.A.C. | MD | 1,000 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | L.S. | MN | 1,000 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | V.R. | WA | 1,000 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | S.W. | NC | 1,000 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | G.M. | NV | 500 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | L.F. | PA | 500 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | S.R. | WA | 200 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | R.B. | OH | 150 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | D.P. | MA | 150 | Fentanyl | A 215 |

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | 11/18/2016 | CBS.I., M.W. | KS | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | M.J. | KY | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | P.F. | IL | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | J.P. | PA | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | M.S. | NC | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | F.O. | LA | 100 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | M.L. | NC | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | T.M. | CT | 60 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | J.T. | OR | 50 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | A.M. | MT | 40 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | D.L.G. | MT | 40 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | M.M. | NY | 30 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | J.M.L. *(not on pillows)* | MD | 27 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | J.M. | IL | 22 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | A.B. | CO | 20 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | A.G. | KY | 20 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | M.P. | MN | 16 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | J.T. | OR | 14 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | A.T. | VA | 12 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | T.E. | SC | 12 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | N.A. | CA | 12 | Fentanyl | A 215 |

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | 11/18/2016 | C. | PA | 11 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | K.M.T.T.S.T.R. | OK | 11 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | K.M.H. | SC | 11 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | L.P. | NY | 11 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | B.S. | OH | 11 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | R.P. | PA | 11 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | A.B. | MO | 11 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | J.G. | NY | 11 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | M.J. | CA | 11 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | J.S. | PA | 11 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | S.F. | PA | 11 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | G.T. | TX | 11 | Fentanyl | M/30 |
| ☒ | ☐ | 11/18/2016 | J.R. | CT | 11 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | M.D. | NJ | 10 | Fentanyl | A 215 |
| ☒ | ☐ | 11/18/2016 | B.B. | CO | 10 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | A.W. | WA | 5,000 | Fentanyl | M/30 |
| ☒ | ☐ | 11/20/2016 | Y.C. | OH | 1,100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | J.R. | MN | 1,000 | Fentanyl | M/30 |
| ☒ | ☐ | 11/20/2016 | A.P. | KY | 1,000 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | D.R. | DE | 500 | Fentanyl | M/30 |
| ☒ | ☐ | 11/20/2016 | L.R.T.A.S. | NJ | 500 | Fentanyl | A 215 |

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | 11/20/2016 | A.M. | MN | 500 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | M.C. | SC | 200 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | T.J. | FL | 200 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | M.S. | NC | 200 | Fentanyl | M/30 |
| ☒ | ☐ | 11/20/2016 | G.D. | VA | 150 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | A.H. | PA | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | J.R. | NC | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | C.D. | MA | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | A.H. | VA | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | N.M. | ME | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | N.Y. | MI | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | M.J. | KY | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/20/2016 | D.L. | FL | 100 | Fentanyl | M/30 |
| ☒ | ☐ | 11/20/2016 | J.B. | TX | 100 | Fentanyl | M/30 |
| ☒ | ☐ | 11/20/2016 | A.W. | TX | 13 | Fentanyl | M/30 |

**1c. The List of Underlying Violations, cont.**

Aiding and Abetting the Attempted Distribution of a Controlled Substance, namely Alprazolam, on or about the following dates to the following addressees, each in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2:

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | 11/18/2016 | W.R. | WA | 10,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | H.W. | NJ | 10,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | A.W. | NY | 5,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | A.M. | CA | 5,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | C.R. | WV | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | R.L. | FL | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | J.L. | CA | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | B.J. | LA | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | L. | NY | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | A.K. | WI | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | J.B. | TX | 1,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | A.F. | GA | 200 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | S.W. | NC | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | P.H. | PA | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | J.T. | OR | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | A.S. | TX | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | R.K. | NC | 100 | Alprazolam | GG 249 |

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | 11/18/2016 | D.C. | IL | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | R.T. | TN | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | F.W. | NC | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | X.C. | OH | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/18/2016 | D.H. | FL | 50 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | N.K. | MA | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | G.R. | TX | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | J.O. | SC | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | C.L. | OR | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | Mrs. L. | MI | 1,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | A.S. | NC | 1,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | J.H. | TN | 1,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | Y.C. | OH | 500 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | J.S. | MI | 200 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | N.H. | SC | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | C.S. | TN | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | J.H. | LA | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | D.C. | IL | 100 | Alprazolam | GG 249 |

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | 11/20/2016 | S.S. | GA | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | A.L. | CA | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | D.L. | SC | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | P.O. | GA | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | Z.W. | NY | 100 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/20/2016 | C.G. | MS | 100 | Alprazolam | GG 249 |

## 1c. The List of Underlying Violations, cont.

Aiding and Abetting the Use of the U.S. Mail in Furtherance of a Drug Trafficking Offense on the following dates by delivering packages to the post office addressed to the following addressees, containing the following controlled substances, each in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2:

| Proven | Not | Date | Addressee Initials | State | Number of Pills | Controlled Substance | Markings |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | 11/22/2016 | M.E. | SD | 5,000 | Fentanyl | M/30 |
| ☒ | ☐ | 11/22/2016 | E.J. | NC | 5,000 | Fentanyl | M/30 |
| ☒ | ☐ | 11/22/2016 | K.V. | NJ | 2,000 | Fentanyl | A 215 |
| ☒ | ☐ | 11/22/2016 | Mr. McG. | WA | 1,000 | Fentanyl | Mixed |
| ☒ | ☐ | 11/22/2016 | E.S. | NC | 500 | Fentanyl | M/30 |
| ☒ | ☐ | 11/22/2016 | R.W. | SC | 500 | Fentanyl | A 215 |
| ☒ | ☐ | 11/22/2016 | G.V. | VA | 100 | Fentanyl | M/30 |
| ☒ | ☐ | 11/22/2016 | E.B. | CT | 100 | Fentanyl | A 215 |
| ☒ | ☐ | 11/22/2016 | M.T. | IL | 100 | Fentanyl | M/30 |
| ☒ | ☐ | 11/22/2016 | B.F. | ND | 100 | Fentanyl | M/30 |
| ☒ | ☐ | 11/22/2016 | C.S. | CO | 50 | Fentanyl | M/30 |
| ☒ | ☐ | 11/22/2016 | S.H. | OH | 50 | Fentanyl | M/30 |
| ☒ | ☐ | 11/22/2016 | B.M. | AL | 50,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/22/2016 | J.S. | CA | 50,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/22/2016 | T.G. | NC | 20,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/22/2016 | M.D. | CA | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/22/2016 | M.T. | VA | 2,000 | Alprazolam | GG 249 |
| ☒ | ☐ | 11/22/2016 | T.D. | IL | 100 | Alprazolam | GG 249 |

**1c. The List of Underlying Violations, cont.**

Aiding and Abetting the Attempted Distribution of a Controlled Substance, namely Fentanyl, on or about November 20, 2016, to J.G., aka "trustworthymoney," through A.L., all in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2;

    Proven ☒          Not Proven ☐

Aiding and Abetting the Distribution of Fentanyl on or about April 6, 2016, to E.B., all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2;

    Proven ☒          Not Proven ☐

Aiding and Abetting the Distribution of Fentanyl on or about March 3, 2016, to C.V., all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2;

    Proven ☒          Not Proven ☐

Aiding and Abetting the Distribution of Fentanyl on or about August 3, 2016, to G.K., all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

    Proven ☒          Not Proven ☐

**Count 2—Aiding and Abetting the Importation of Fentanyl**

2. As to Count 2, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY  ☒ GUILTY

If you found the defendant not guilty of Count 2, do not answer question 2a. If you found the defendant guilty of Count 2, please answer question 2a:

2a. Having found the defendant guilty of Count 2, do you also unanimously find that the United States proved beyond a reasonable doubt that the amount of controlled substance attributable to the defendant was at least 40 grams of a mixture or substance containing a detectable amount of Fentanyl?

Proven ☒       Not Proven ☐

**Count 3—Aiding and Abetting the Importation of Alprazolam**

3. As to Count 3, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY  ☒ GUILTY

**Count 4—Aiding and Abetting the Importation of Fentanyl**

4. As to Count 4, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY  ☒ GUILTY

If you found the defendant not guilty of Count 4, do not answer question 4a. If you found the defendant guilty of Count 4, please answer question 4a:

4a. Having found the defendant guilty of Count 4, do you also unanimously find that the United States proved beyond a reasonable doubt that the amount of controlled substance attributable to the defendant was at least 40 grams of a mixture or substance containing a detectable amount of Fentanyl?

Proven ☒       Not Proven ☐

**Count 5—Possession of Fentanyl with Intent to Distribute**

5. As to Count 5, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☒ GUILTY

If you found the defendant not guilty of Count 5, do not answer question 5a. If you found the defendant guilty of Count 5, please answer question 5a:

5a. Having found the defendant guilty of Count 5, do you also unanimously find that the United States proved beyond a reasonable doubt that the amount of controlled substance attributable to the defendant was at least 400 grams of a mixture or substance containing a detectable amount of Fentanyl?

Proven ☒           Not Proven ☐

**Count 6—Distribution of Fentanyl that Resulted in Death**

6. As to Count 6, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☐ GUILTY

**Count 7—Manufacture of Alprazolam**

7. As to Count 7, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☒ GUILTY

**Count 8—Adulteration of Drugs**

8. As to Count 8, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☒ GUILTY

**Count 9—Adulteration of Drugs**

9. As to Count 9, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY    ☒ GUILTY

**Count 10—Use of the U.S. Mail in furtherance of a Drug Trafficking Offense**

10. As to Count 10, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY     ☒ GUILTY

**Count 11—Conspiracy to Commit Money Laundering**

11. As to Count 11, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY     ☒ GUILTY

**Count 12—Money Laundering Promotion or Concealment**

12. As to Count 12, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY     ☒ GUILTY

**Count 13—Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity**

13. As to Count 13, we find the defendant AARON MICHAEL SHAMO:

☐ NOT GUILTY     ☒ GUILTY

DATED this 20 day of August, 2019.

_____
JURY FOREPERSON

14