# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA | **UNITED STATES' EXHIBIT LIST** |
|---|---|
| V. | |
| AARON MICHAEL SHAMO | Case Number:  2:16-cr-631 DAK |

| PRESIDING JUDGE<br>Hon. Dale A. Kimball | PLAINTIFF'S ATTORNEY<br>Michael Gadd, Vernon G. Stejskal, and Kent A. Burggraaf | DEFENDANT'S ATTORNEY<br>Gregory G. Skordas, Daryl P. Sam, and Kaytlin V. Beckett |
|---|---|---|
| TRIAL DATE (S)<br>August 9 – August 30, 2019 | COURT REPORTER | COURTROOM DEPUTY<br>Elizabeth Toscano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Imported drug packages** |
| 1.00 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 1, package caught by CBP addressed to Jensen |
| 1.01 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 1 test and retest result |
| 1.02 | | 5/17/19 | X | 8/9/19 | N-1 package |
| 1.03 | | 5/17/19 | X | 8/9/19 | pictures of N-1 |
| | | | | | |
| 2.00 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 2, package addressed to Gygi |
| 2.01 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 2 test result |
| 2.02 | | 5/17/19 | X | 8/9/19 | N-2 package |
| 2.03 | | 5/17/19 | X | 8/9/19 | pictures of  N-2 |
| | | | | | |
| 3.00 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 3, package addressed to Mausia |
| 3.01 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 3 test result |
| 3.02 | | 5/17/19 | X | 8/9/19 | N-3 package |
| | | | | | |
| 4.00 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 166, package addressed to Mausia |
| 4.01 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 166 test result |
| 4.02 | | 5/17/19 | X | 8/9/19 | N-50 package |
| 4.03 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 183, package addressed to Gleave |
| 4.04 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 183 test result |
| 4.05 | | 5/17/19 | X | 8/9/19 | N-67 package |
| | | | | | |
| 5.00 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 12, package addressed to Gygi |
| 5.01 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 12 test result |
| 5.02 | | 5/17/19 | X | 8/9/19 | N-7 package |
| 5.03 | | 5/17/19 | X | 8/9/19 | Pictures of N-7 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6.00 | | 5/17/19 | X | 8/9/19 | Chart of outbound drug packages from 11/18, 11/20, and 11/22/2016 |
| | | | | | |
| | | | | | **Packages seized on 11/18/2016** |
| 7.00 | | 5/17/19 | X | 8/9/19 | N-8 packages |
| 7.01 | | 5/17/19 | X | 8/9/19 | Picture 11/18/16 packages with Gygi |
| 7.02 | | 5/17/19 | X | 8/9/19 | picture of first seized outbound packages with Gygi |
| 7.03 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 14 |
| 7.04 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 14 test result |
| 7.05 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 15 |
| 7.06 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 15 test and retest result |
| 7.07 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 16 |
| 7.08 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 17 |
| 7.09 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 18 |
| 7.10 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 19 |
| 7.11 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 20 |
| 7.12 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 21 |
| 7.13 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 22 |
| 7.14 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 23 |
| 7.15 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 24 |
| 7.16 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 25 |
| 7.17 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 26 |
| 7.18 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 27 |
| 7.19 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 28 |
| 7.20 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 29 |
| 7.21 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 30 |
| 7.22 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 31 |
| 7.23 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 32 |
| 7.24 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 33 |
| 7.25 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 34 |
| 7.26 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 34 test result |
| 7.27 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 35 |
| 7.28 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 36 |
| 7.29 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 37 |
| 7.30 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 38 |
| 7.31 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 40 |
| 7.32 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 41 |
| 7.33 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 43 |
| 7.34 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 44 |
| 7.35 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 45 |
| 7.36 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 47 |
| 7.37 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 48 |
| 7.38 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 49 |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7.39 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 50 |
| 7.40 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 51 |
| 7.41 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 52 |
| 7.42 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 53 |
| 7.43 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 54 |
| 7.44 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 54 test and retest result |
| 7.45 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 55 |
| 7.46 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 56 |
| 7.47 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 57 |
| 7.48 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 58 |
| 7.49 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 59 |
| 7.50 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 60 |
| 7.51 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 61 |
| 7.52 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 62 |
| 7.53 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 63 |
| 7.54 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 64 |
| 7.55 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 64 test result |
| 7.56 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 65 |
| 7.57 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 66 |
| 7.58 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 67 |
| 7.59 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 68 |
| 7.60 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 69 |
| 7.61 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 71 |
| 7.62 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 72 |
| 7.63 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 73 |
| 7.64 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 74 |
| 7.65 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 75 |
| 7.66 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 76 |
| 7.67 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 77 |
| 7.68 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 78 |
| 7.69 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 79 |
| 7.70 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 80 |
| 7.71 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 81 |
| 7.72 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 82 |
| 7.73 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 83 |
| 7.74 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 84 |
| 7.75 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 85 |
| 7.76 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 86 |
| 7.77 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 87 |
| 7.78 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 88 |
| 7.79 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 90 |
| 7.80 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 92 |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7.81 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 93 |
| 7.82 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 94 |
| 7.83 | | 5/17/19 | X | 8/9/19 | pictures of DEA drug exhibits 14-94 |
| 7.84 | | 5/17/19 | X | 8/9/19 | N-11 invoices |
| | | | | | |
| | | | | | **Outbound drug packages seized on 11/20/2016** |
| 8.00 | | 5/17/19 | X | 8/9/19 | N-9 packages |
| 8.01 | | 5/17/19 | X | 8/9/19 | N-10 invoices |
| 8.02 | | 5/17/19 | X | 8/9/19 | pictures of DEA drug exhibits 95-138 |
| 8.03 | | 5/17/19 | X | 8/9/19 | picture of seized outbound drug packages on 11/20/2016 |
| 8.04 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 95 |
| 8.05 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 95 test result |
| 8.06 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 96 |
| 8.07 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 97 test and retest result |
| 8.08 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 97 |
| 8.09 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 98 |
| 8.10 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 99 |
| 8.11 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 100 |
| 8.12 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 101 |
| 8.13 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 102 |
| 8.14 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 103 |
| 8.15 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 104 |
| 8.16 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 105 |
| 8.17 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 106 |
| 8.18 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 107 |
| 8.19 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 108 |
| 8.20 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 109 |
| 8.21 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 110 |
| 8.22 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 111 |
| 8.23 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 113 |
| 8.24 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 114 |
| 8.25 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 115 |
| 8.26 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 116 |
| 8.27 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 117 |
| 8.28 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 118 |
| 8.29 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 121 |
| 8.30 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 122 |
| 8.31 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 123 |
| 8.32 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 123 test result |
| 8.33 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 124 |
| 8.34 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 125 |
| 8.35 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 126 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 8.36 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 127 |
| 8.37 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 128 |
| 8.38 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 129 |
| 8.39 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 130 |
| 8.40 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 131 |
| 8.41 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 132 |
| 8.42 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 133 |
| 8.43 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 134 |
| 8.44 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 135 |
| 8.45 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 136 |
| 8.46 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 137 |
| 8.47 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 138 |
| | | | | | |
| | | | | | **Out-bound drug packages intercepted at the post office on 11/22/16** |
| 9.00 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 184 |
| 9.01 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 185 |
| 9.02 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 185 test and retest result |
| 9.03 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 186 |
| 9.04 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 187 |
| 9.05 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 188 |
| 9.06 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 189 |
| 9.07 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 190 |
| 9.08 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 191 |
| 9.09 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 192 |
| 9.10 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 193 |
| 9.11 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 193 test result |
| 9.12 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 194 |
| 9.13 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 195 |
| 9.14 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 198 |
| 9.15 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 199 |
| 9.16 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 200 |
| 9.17 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 201 |
| 9.18 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 202 |
| 9.19 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 203 |
| 9.20 | | 5/17/19 | X | 8/9/19 | pictures of DEA drug exhibits 184-203 |
| 9.21 | | 5/17/19 | X | 8/9/19 | N-68 invoices from packages |
| 9.22 | | 5/17/19 | X | 8/9/19 | N-69 packages |
| 9.23 | | 5/17/19 | X | 8/9/19 | 20 shipping labels from seized packages from the post office on 11/22/16 |
| | | | | | |
| | | | | | **Drugs from the Tonge/Bustin residence on 11/22/2016** |
| 10.00 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 139 |
| 10.01 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 139 test result |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 10.02 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 140 |
| 10.03 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 141 |
| 10.04 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 142 |
| 10.05 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 143 |
| 10.06 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 144 |
| 10.07 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 145 |
| 10.08 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 146 |
| 10.09 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 147 |
| 10.10 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 148 |
| 10.11 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 149 |
| 10.12 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 150 |
| 10.13 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 151 |
| 10.14 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 152 |
| 10.15 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 153 |
| 10.16 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 154 |
| 10.17 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 155 |
| 10.18 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 156 |
| 10.19 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 157 |
| 10.20 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 158 |
| 10.21 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 159 |
| 10.22 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 160 |
| 10.23 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 161 |
| 10.24 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 162 |
| | | | | | |
| | | | | | **Non-drug evidence seized at Tonge/Bustin residence on 11/22/2016** |
| 11.00 | | 5/17/19 | X | 8/9/19 | Pictures from N-45 |
| 11.01 | | 5/17/19 | X | 8/9/19 | N-36 |
| 11.02 | | 5/17/19 | X | 8/9/19 | N-37 |
| 11.03 | | 5/17/19 | X | 8/9/19 | N-42 |
| 11.04 | | 5/17/19 | X | 8/9/19 | N-43 |
| 11.05 | | 5/17/19 | X | 8/9/19 | N-44 |
| | | | | | |
| | | | | | **Drugs from Shamo's residence on Titian Way on 11/22/2016** |
| 12.00 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 168 |
| 12.01 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 169 |
| 12.02 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 170 |
| 12.03 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 171 |
| 12.04 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 172 |
| 12.05 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 173 |
| 12.06 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 173 test and retest result |
| 12.07 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 174 |
| 12.08 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 175 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 12.09 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 175 test result |
| 12.10 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 176 |
| 12.11 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 177 |
| 12.12 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 178 |
| 12.13 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 178 test result |
| 12.14 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 179 |
| 12.15 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 179 test result |
| 12.16 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 180 |
| 12.17 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 180 test result |
| 12.18 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 181 |
| 12.19 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 181 test result |
| | | | | | |
| | | | | | **Non-drug evidence seized at Shamo's residence on Titian Way on 11/22/2016** |
| 13.00 | | 5/17/19 | X | 8/9/19 | Video from Titian Way SW |
| 13.01 | | 5/17/19 | X | 8/9/19 | misc. pictures from Titian way SW |
| 13.02 | | 5/17/19 | X | 8/9/19 | N-53 |
| 13.03 | | 5/17/19 | X | 8/9/19 | N-57 |
| 13.04 | | 5/17/19 | X | 8/9/19 | N-60 |
| 13.05 | | 5/17/19 | X | 8/9/19 | N-61 |
| 13.06 | | 5/17/19 | X | 8/9/19 | N-66 |
| 13.07 | | 5/17/19 | X | 8/9/19 | N-71 |
| 13.08 | | 5/17/19 | X | 8/9/19 | N-73 Pill Press |
| 13.09 | | 5/17/19 | X | 8/9/19 | Pictures from Titian Way |
| 13.10 | | 5/17/19 | X | 8/9/19 | Picture from Titian way of money bag |
| 13.11 | | 5/17/19 | X | 8/9/19 | picture of money on conference room table |
| 13.12 | | 5/17/19 | X | 8/9/19 | N-81   pill press |
| 13.13 | | 5/17/19 | X | 8/9/19 | N-82   box of dies |
| 13.14 | | 5/17/19 | X | 8/9/19 | N-83   side of crate |
| | | | | | |
| | | | | | **Items found on Shamo's Computer and Phones** |
| 14.00 | | 5/17/19 | X | 8/9/19 | iphone 6S Facebook Messenger unknown recipeint. btc wallets and transactions. |
| 14.01 | | 5/17/19 | X | 8/9/19 | iPhone 6S FB Messenger with Noriega. btc trades training. |
| 14.02 | | 5/17/19 | X | 8/9/19 | iphone 6S MMS unknown recipeint. multiple trades with one person, 435 number. |
| 14.03 | | 5/17/19 | X | 8/9/19 | iphone 6S MMS unknown recipeint. multiple trades with one person. 951 number. |
| 14.04 | | 5/17/19 | X | 8/9/19 | iPhone 6S MMS with Allyx. btc launder through t shirt biz. |
| 14.05 | | 5/17/19 | X | 8/9/19 | iPhone 6S MMS with Allyx. btc trade with biggest trader. |
| 14.06 | | 5/17/19 | X | 8/9/19 | iPhone 6S MMS with Allyx. btc trades and other businesses. |
| 14.07 | | 5/17/19 | X | 8/9/19 | iPhone 6S MMS with Allyx. buying stamps for $7k. |
| 14.08 | | 5/17/19 | X | 8/9/19 | iPhone 6S MMS with Noriega. buying stamps again. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14.09 | | 5/17/19 | X | 8/9/19 | iPhone 6S MMS with Noriega. buying stamps. |
| 14.10 | | 5/17/19 | X | 8/9/19 | iPhone 6S MMS with Luke. no TOR on iPhone. just Telegram. |
| 14.11 | | 5/17/19 | X | 8/9/19 | iPhone 6S MMS with Luke. work when girls leave. |
| 14.12 | | 5/17/19 | X | 8/9/19 | iPhone 6s Telegram messages with Drew Nov 2016. |
| 14.13 | | 5/17/19 | X | 8/9/19 | iPhone 6s Telegram messages with Noriega. re ordering press ingredients and supplies. payment with whole food cards. |
| 14.14 | | 5/17/19 | X | 8/9/19 | iPhone 6s Telegram messages with Julian M re multiple packages. |
| 14.15 | | 5/17/19 | X | 8/9/19 | iPhone 6s Telegram messages with Mario Noble. |
| 14.16 | | 5/17/19 | X | 8/9/19 | iPhone 6S Telegram with Dan Allen. recruit as a drop |
| 14.17 | | 5/17/19 | X | 8/9/19 | iPhone 6S Telegram with Dan Allen. recruit as a drop. part 2. |
| 14.18 | | 5/17/19 | X | 8/9/19 | iPhone 6S. note. To do list. Chris owes 95K. t shirts. fire Noriega. |
| 14.19 | | 5/17/19 | X | 8/9/19 | iPhone 6S. notes. make 250K easy. press with Luke. Quality control. |
| 14.20 | | 5/17/19 | X | 8/9/19 | iphone 7  MMS with unknown . Nov 2016 btc transactions. |
| 14.21 | | 5/17/19 | X | 8/9/19 | iphone 7 Facebook Messenger with unknown regarding btc transfers and deals. Facebook Messenger Messages |
| 14.22 | | 5/17/19 | X | 8/9/19 | iPhone 7. Money Counter Video clip |
| 14.23 | | 5/17/19 | X | 8/9/19 | iPhone 7 MMS with MMS with Roy re boat. part 1 |
| 14.24 | | 5/17/19 | X | 8/9/19 | iPhone 7 MMS with MMS with Roy re boat. part 2 |
| 14.25 | | 5/17/19 | X | 8/9/19 | iPhone 7 MMS with MMS with Roy re buying boat with btc. |
| 14.26 | | 5/17/19 | X | 8/9/19 | iPhone 7 MMS with MMS with Roy re buying truck from Penrose. btc. iOS iMessage_SMS_MMS |
| 14.27 | | 5/17/19 | X | 8/9/19 | iPhone 7 MMS with MMS with Roy. Last btc trade before arrest. |
| 14.28 | | 5/17/19 | X | 8/9/19 | "iPhone 6s. 1/5 inventory ""30A749""" |
| 14.29 | | 5/17/19 | X | 8/9/19 | iMac. Note: I created an empire…Chris owes 95k |
| 14.30 | | 5/29/19 | X | 8/9/19 | iMac. Pharma-Master Orders (pg 1-1984) |
| 14.31 | | 5/17/19 | X | 8/9/19 | iMac. Reddit chart, darknet markets subreddit, articles re: drug busts |
| 14.32 | | 5/17/19 | X | 8/9/19 | iMac. Chart showing sites visited that aid charged offenses |
| 14.33 | | 5/17/19 | X | 8/9/19 | iMac. Chrome passwords list |
| 14.34 | | 5/17/19 | X | 8/9/19 | iMac. ""New Text Document"" |
| 14.35 | | 5/17/19 | X | 8/9/19 | iMac. Supply.txt |
| 14.36 | | 5/17/19 | X | 8/9/19 | iMac.results.txt |
| 14.37 | | 5/17/19 | X | 8/9/19 | iMac. New key.txt |
| 14.38 | | 5/17/19 | X | 8/9/19 | iMac. Opiod potency comparison. Docx |
| 14.39 | | 5/17/19 | X | 8/9/19 | iMac. How to ship drugs. Pdf (june 2015) |
| 14.40 | | 5/29/19 | X | 8/9/19 | iMac. 8-4.txt |
| 14.41 | | 5/17/19 | X | 8/9/19 | iMac. Stuff I Need |
| 14.42 | | 5/17/19 | X | 8/9/19 | iMac. 100% Original Money Laundering |
| 14.43 | | 5/17/19 | X | 8/9/19 | iMac. Pass.txt |
| 14.44 | | 5/17/19 | X | 8/9/19 | iMac. Google search terms chart |
| 14.45 | | 5/17/19 | X | 8/9/19 | iMac. Video for Western Union payment to Jackchemfactory |
| 14.46 | | 5/17/19 | X | 8/9/19 | iMac. Pharma-Master Pharma-Master@4life.com(67D9E2E5F6A08C4F)_pub_sec.asc |
| 14.47 | | 5/17/19 | X | 8/9/19 | iMac. pharma-master pharma-master@home.com(FA8503FE656BC61A)_pub_sec.asc |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | **Items Captured from Dark Net and Sigaint** |
| 15.00 | | 5/30/19 | X | 8/9/19 | Feedback PDF 1-366 |
| 15.01 | | 5/30/19 | X | 8/9/19 | Feedback negative and neutral |
| 15.02 | | 5/30/19 | X | 8/9/19 | Pharmamaster.xls |
| 15.02 | | 5/30/19 | X | 8/9/19 | Pharmamaster feedback summary |
| 15.03 | | 5/29/19 | X | 8/9/19 | 9/26/2016-11/22/2016 Postal labels from Sigaint |
| 15.04 | | 5/29/19 | X | 8/9/19 | Screenshots of what they sell on Alphabay |
| 15.05 | | 5/29/19 | X | 8/9/19 | Sigaint Inbox screenshot of Passthepeas |
| 15.06 | | 5/29/19 | X | 8/9/19 | DRW99 sent box |
| 15.07 | | 5/29/19 | X | 8/9/19 | Passthepeas sent box |
| 15.08 | | 5/29/19 | X | 8/9/19 | drw99 trash folder |
| 15.09 | | 5/29/19 | X | 8/9/19 | Orders of 100 M30s |
| 15.10 | | 5/29/19 | X | 8/9/19 | Orders of 250 M30s |
| 15.11 | | 5/29/19 | X | 8/9/19 | Orders of 500 M30s |
| 15.12 | | 5/29/19 | X | 8/9/19 | Orders of 1,000 M30s |
| 15.13 | | 5/29/19 | X | 8/9/19 | Orders of 1,100 M30s |
| 15.14 | | 5/29/19 | X | 8/9/19 | Orders of 2,000 M30s |
| 15.15 | | 5/29/19 | X | 8/9/19 | Orders of 5,000 M30s |
| 15.16 | | 5/29/19 | X | 8/9/19 | Orders of 10,000 M30s |
| 15.17 | | 5/29/19 | X | 8/9/19 | Orders of 20,000 M30s |
| 15.18 | | 5/29/19 | X | 8/9/19 | Sales to Trustworthy Money for 10,000 oxy pills |
| 15.19 | | 5/29/19 | X | 8/9/19 | Sales to Trustworthy Money for 2,000 oxy pills |
| 15.20 | | 5/29/19 | X | 8/9/19 | Orders of 1000 Alprazolam (Xanax) |
| 15.21 | | 5/29/19 | X | 8/9/19 | Orders of 2,000 Alprazolam (Xanax) |
| 15.22 | | 5/29/19 | X | 8/9/19 | Orders of 5,000 Alprazolam (Xanax) |
| 15.23 | | 5/29/19 | X | 8/9/19 | Orders of 10,000 Alprazolam (Xanax) |
| 15.24 | | 5/29/19 | X | 8/9/19 | Orders of 20,000 Alprazolam (Xanax) |
| 15.25 | | 5/29/19 | X | 8/9/19 | Stakbandz - "People are getting sick" |
| 15.26 | | 5/29/19 | X | 8/9/19 | Mario Noble interview with screen recording |
| 15.27 | | 5/29/19 | X | 8/9/19 | Pharma-Master Dark Web (Get USPS links) |
| | | | | | |
| | | | | | **Financial Exhibits** |
| 16.00 | | 5/29/19 | X | 8/9/19 | cryptocurrency wallet screen shots |
| 16.01 | | 5/17/19 | X | 8/9/19 | Venmo Subpoena Return re: Aaron Shamo |
| 16.02 | | 5/17/19 | X | 8/9/19 | Venmo Summary Spreadsheet |
| 16.03 | | 5/17/19 | X | 8/9/19 | Western Union Subpoena Return re: Aaron Shamo |
| 16.04 | | 5/17/19 | X | 8/9/19 | Pictures of money Shamo's parents turned over |
| 16.05 | | 5/17/19 | X | 8/9/19 | AFCU - Bit Wire on 4-19-16 - Crandall |
| 16.06 | | 5/17/19 | X | 8/9/19 | AFCU - Bit Wire on 8-4-16 - Crandall |
| 16.07 | | 5/17/19 | X | 8/9/19 | AFCU - Bit Wire on 9-22-16 - Crandall |
| 16.08 | | 5/17/19 | X | 8/9/19 | AFCU picture of Wilkes depositing into Crandall's account |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16.09 | | 5/17/19 | X | 8/9/19 | AFCU picture of Shamo depositing into Crandall's account |
| 16.10 | | 5/17/19 | X | 8/9/19 | DWS Wage data for Aaron Shamo |
| 16.11 | | 5/17/19 | X | 8/9/19 | iDrive retail purchase agreement (physical Exhibit in IRS custody) |
| 16.12 | | 5/17/19 | X | 8/9/19 | iDrive copy of checks (physical Exhibit in IRS custody) |
| 16.13 | | 5/17/19 | X | 8/9/19 | Idrive copy of cash (physical Exhibit in IRS custody) |
| 16.14 | | 5/17/19 | X | 8/9/19 | USAA Check from Gygi to Penrose |
| 16.15 | | 5/17/19 | X | 8/9/19 | USAA records for Gygi's account |
| 16.16 | | 5/17/19 | X | 8/9/19 | Three pictures of Paz's cash |
| 16.17 | | 5/17/19 | X | 8/9/19 | Picture of Shamo's cash at Loomis |
| 16.18 | | 5/17/19 | X | 8/9/19 | Wells Fargo records for Shamo's account xx4284 |
| 16.19 | | 5/17/19 | X | 8/9/19 | Wells Fargo: $14K Check # 1001 from Shamo to iDrive |
| 16.20 | | 5/17/19 | X | 8/9/19 | Wells Fargo: xx4284 Summary Spreadsheet |
| 16.21 | | 5/17/19 | X | 8/9/19 | Wells Fargo: xx4284 Cash/Non-cash Summary Spreadsheet |
| 16.22 | | 8/15/19 | X | 8/15/19 | AFCU Statement 1-1-16 thr 12-31-16 |
| | | | | | |
| | | | | | **Misc.** |
| 17.00 | | 5/17/19 | X | 8/9/19 | Crandall Post Office Purchases |
| 17.01 | | 5/17/19 | X | 8/9/19 | N-48 Gygi recording and transcript |
| 17.02 | | 5/17/19 | X | 8/9/19 | invoice from Press Club Nutrition for Microcrystalline Cellulose to Gygi |
| 17.03 | | 5/17/19 | X | 8/9/19 | invoice from Press Club Nutrition for Microcrystalline Cellulose to Jensen |
| 17.04 | | 5/29/19 | X | 8/9/19 | pictures of texts between Gygi and Bustin |
| 17.05 | | 5/29/19 | X | 8/9/19 | the distribution map; several images |
| 17.06 | | 5/17/19 | X | 8/9/19 | Photos of co-conspirators |
| 17.07 | | 5/30/19 | X | 8/9/19 | PPT slides from Special Agent Guy Gino (demonstrative) |
| 17.08 | | 5/29/19 | X | 8/9/19 | Noble's pre-written responses |
| 17.09 | | 5/17/19 | X | 8/9/19 | Ebay Items Won by Shamo |
| | | | | | |
| | | | | | **Daly City** |
| 18.00 | | 5/29/19 | X | 8/9/19 | Daly City Info |
| 18.01 | | 5/30/19 | X | 8/9/19 | R.K. pictures |
| 18.02 | | 5/30/19 | X | 8/9/19 | R.K. toxicology report by Bill Posey |
| | | | | | |
| | | | | | **Trustworthy Money** |
| 19.00 | | 5/30/19 | X | 8/9/19 | pictures of trustworthy Money's phone memo with seed recovery |
| 19.01 | | 5/30/19 | X | 8/9/19 | Trustworthy Money profile on AlphaBay |
| 19.02 | | 5/30/19 | X | 8/9/19 | Summary exhibit of Trustworthy Money feedback for all sellers. |
| 19.03 | | 5/30/19 | X | 8/9/19 | Picture of J. Gillespie and his money |
| | | | | | |
| | | | | | **843(b)** |
| 20.00 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 210 |
| 20.01 | | 5/17/19 | X | 8/9/19 | DEA drug ex. 210, test and retest result |
| | | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Hotmail** |
| 21.00 | | 5/29/19 | X | 8/9/19 | Airshamu4@hotmail.com |
| 21.01 | | 5/29/19 | X | 8/9/19 | Amazon.com |
| 21.02 | | 5/29/19 | X | 8/9/19 | Billing@paypal.com |
| 21.03 | | 5/29/19 | X | 8/9/19 | Cloudbet.com |
| 21.04 | | 5/29/19 | X | 8/9/19 | Coinsfer.com |
| 21.05 | | 5/29/19 | X | 8/9/19 | Customerservice@rtp-labs.com |
| 21.06 | | 5/29/19 | X | 8/9/19 | Diesel Online Store |
| 21.07 | | 5/29/19 | X | 8/9/19 | Drewcrandall1@gmail.com |
| 21.08 | | 5/29/19 | X | 8/9/19 | Ebay@ebay.com |
| 21.09 | | 5/29/19 | X | 8/9/19 | Email@allegiantdeals.com |
| 21.10 | | 5/29/19 | X | 8/9/19 | E-trade Alerts |
| 21.11 | | 5/29/19 | X | 8/9/19 | Eztest.com |
| 21.12 | | 5/29/19 | X | 8/9/19 | gc-orders@gc.email.amazon.com |
| 21.13 | | 5/29/19 | X | 8/9/19 | Gyft.com |
| 21.14 | | 5/29/19 | X | 8/9/19 | Hotels.com |
| 21.15 | | 5/29/19 | X | 8/9/19 | Info@allbtc.com |
| 21.16 | | 5/29/19 | X | 8/9/19 | info@miamiclubnews.com |
| 21.17 | | 5/29/19 | X | 8/9/19 | Investorshub.com |
| 21.18 | | 5/29/19 | X | 8/9/19 | Jermylapin@hotmail.com |
| 21.19 | | 5/29/19 | X | 8/9/19 | JMBullion.com |
| 21.20 | | 5/29/19 | X | 8/9/19 | Joanie.bates@Mollymaid.com |
| 21.21 | | 5/29/19 | X | 8/9/19 | Kos_amy@hotmail.com |
| 21.22 | | 5/29/19 | X | 8/9/19 | Mamun_mailbox@yahoo.com |
| 21.23 | | 5/29/19 | X | 8/9/19 | Marketplace-messages@amazon.com |
| 21.24 | | 5/29/19 | X | 8/9/19 | Memberservices@ticketfly.com |
| 21.25 | | 5/29/19 | X | 8/9/19 | Microsoft account team |
| 21.26 | | 5/29/19 | X | 8/9/19 | Milespenrose@gmail.com |
| 21.27 | | 5/29/19 | X | 8/9/19 | Moneygram.com |
| 21.28 | | 5/29/19 | X | 8/9/19 | Northstamp@aol.com |
| 21.29 | | 5/29/19 | X | 8/9/19 | Orders@24tix.com |
| 21.30 | | 5/29/19 | X | 8/9/19 | Overstock.com |
| 21.31 | | 5/29/19 | X | 8/9/19 | pn44cmmjm5wrf1n@marketplace.amazon.com |
| 21.32 | | 5/29/19 | X | 8/9/19 | RCWilley.com |
| 21.33 | | 5/29/19 | X | 8/9/19 | Receipts@uber.com |
| 21.34 | | 5/29/19 | X | 8/9/19 | Service@Paypal.com |
| 21.35 | | 5/29/19 | X | 8/9/19 | Southwest Airlines |
| 21.36 | | 5/29/19 | X | 8/9/19 | Stamps.com |
| 21.37 | | 5/29/19 | X | 8/9/19 | Tabletpressclub.com |
| 21.38 | | 5/29/19 | X | 8/9/19 | Ticketsnow.com |
| 21.39 | | 5/29/19 | X | 8/9/19 | Uline.com |
| 21.40 | | 5/29/19 | X | 8/9/19 | USPS.com |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 21.41 | | 5/29/19 | X | 8/9/19 | Veldtgold.com |
| 21.42 | | 5/29/19 | X | 8/9/19 | Western Union |
| 21.43 | | 5/29/19 | X | 8/9/19 | Wintrillions.com |
| 21.44 | | 5/29/19 | X | 8/9/19 | ZP-9A Mini Rotary Press Machine |
| | | | | | |
| 22.00 | | 5/17/19 | X | 8/9/19 | **Items from Paz's computer** |
| 22.01 | | 5/17/19 | X | 8/9/19 | Bitcoins |
| 22.02 | | 5/17/19 | X | 8/9/19 | Boat |
| 22.03 | | 5/17/19 | X | 8/9/19 | Conspicuous Consumption. Lifestyle |
| 22.04 | | 5/17/19 | X | 8/9/19 | DHL |
| 22.05 | | 5/17/19 | X | 8/9/19 | Notes |
| 22.06 | | 5/17/19 | X | 8/9/19 | Phone Apps Screenshot |
| 22.07 | | 5/17/19 | X | 8/9/19 | Reddit |
| 22.08 | | 5/17/19 | X | 8/9/19 | Telegram 1 |
| | | | | | Telegram 2 |
| | | | | | |
| | | | | | **Plea and Immunity Agreements** |
| 23.00 | | 5/17/19 | X | 8/9/19 | Bustin SIAP |
| 23.01 | | 5/17/19 | X | 8/9/19 | Crandall SIAP |
| 23.02 | | 5/17/19 | X | 8/9/19 | Gygi SIAP |
| 23.03 | | 5/17/19 | X | 8/9/19 | Jensen Pocket Immunity |
| 23.04 | | 5/17/19 | X | 8/9/19 | Gleave Pocket Immunity |
| 23.05 | | 5/17/19 | X | 8/9/19 | Noble SIAP |
| 23.06 | | 5/17/19 | X | 8/9/19 | Paz SIAP |
| 23.07 | | 5/17/19 | X | 8/9/19 | Tonge SIAP |
| | | | | | |
| | | | | | **FDA Exhibits** |
| 24.00 | | 5/17/19 | X | 8/9/19 | Authenticate Oxycodone pills provided to FDA from manufacturers for comparison |
| 24.01 | | 5/17/19 | X | 8/9/19 | Photo of Item 1 - A215 Oxycodone Pills provided to FDA (seized from Openview Lane) |
| 24.02 | | 5/17/19 | X | 8/9/19 | Photo of Item 8 - M30 Oxycodone Pills provided to FDA (seized from Openview Lane) |
| 24.03 | | 5/17/19 | X | 8/9/19 | Photo of Item 14 - GG249 Alprazolam Pills provided to FDA (seized from Openview Lane) |
| 24.04 | | 5/17/19 | X | 8/9/19 | Photo of Item20-A2 - Alprazolam GG249 Tablet Punch Tips provided to FDA (seized from Titian Way) |
| 24.05 | | 5/17/19 | X | 8/9/19 | Photo of Item 21-A1 - Oxycodone M30 Tablet Punch Tips provided to FDA (seized from Titian Way) |
| 24.06 | | 5/17/19 | X | 8/9/19 | Tables: FT-IR Spectroscopy Results and Conclusions for Items 1-5, 7, and 11 |
| 24.07 | | 5/17/19 | X | 8/9/19 | Tables: FT-IR Spectroscopy Results and Conclusions for Items 6, 8, 9, 10, 12, and 13 |
| 24.08 | | 5/17/19 | X | 8/9/19 | Tables: FT-IR Spectroscopy Results and Conclusions for Items 14-19 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 24.09 | | 5/17/19 | X | 8/9/19 | Comparison Photos of Tablet Punch Tip (Item 22A2) to Alprazolam GG249 Mikrosil Impression (Item 22, Sub A2-3) to GG249 Alprazolam Tablet (Item 17-T1) |
| 24.10 | | 5/17/19 | X | 8/9/19 | Table A1 Profile Form Analysis 11: Mikrosil Tablet Punch Tip (Item 20, Sub A2-3) vs. Item 14-T3 (2 pages) |
| 24.11 | | 5/17/19 | X | 8/9/19 | Table A2 Profile Form Analysis 18: Alprazolam GG249 Tablet Punch Tip Visual Defects Translates to Pressed Tablets |
| 24.12 | | 5/17/19 | X | 8/9/19 | Table A2 Profile Form Analysis 20: Item 14-T3 vs. Item 18-T1 (Alprazolam GG249 seized at Openview Ln vs. Titian Way) (2 pages) |
| 24.13 | | 5/17/19 | X | 8/9/19 | Table A2 Profile Form Analysis 21: Item 14-T3 vs. Item 19-T1 (Alprazolam GG249 seized at Openview Ln vs. USPS Blue Bin) (2 pages) |
| 24.14 | | 5/17/19 | X | 8/9/19 | Table A2 Profile Form Analysis 22: Alprazolam GG249 Mikrosil Tablet Punch Tip (Item 20, Sub A2-3) vs. Authentic Alprazolam GG249 Pill (482775_S1_T1) (2 pages) |
| 24.15 | | 5/17/19 | X | 8/9/19 | Table B1 Profile Form Analysis 11: Oxycodone M30 Mikrosil Tablet Punch Tip (Item 21, Sub A1-3) vs. Item 8-T1 (2 pages) |
| 24.16 | | 5/17/19 | X | 8/9/19 | Table B1 Profile Form Analysis 14: Oxycodone M30 Mikrosil Tablet Punch Tip (Item 21, Sub A1-3) vs. Item 12-T1 (2 pages) |
| 24.17 | | 5/17/19 | X | 8/9/19 | Table B1 Profile Form Analysis 15: Oxycodone M30 Mikrosil Tablet Punch Tip (Item 21, Sub A1-3) vs. Item 13-T1 (2 pages) |
| 24.18 | | 5/17/19 | X | 8/9/19 | Mallinckrodt Oxycodone Hydrochloride Tablets USP - Manufacturer Product Information (proprietary information redacted) |
| 24.19 | | 5/17/19 | X | 8/9/19 | Activis Oxycodone Hydrochloride Tablets - Manufacturer Product Information (proprietary information redacted) |