# UNITED STATES DISTRICT COURT

FOR THE   DISTRICT OF        UTAH

| UNITED STATES OF AMERICA | WITNESS LIST |
|---|---|
| V. | |
| AARON MICHAEL SHAMO | Case Number:  2:16-CR-00631-001-DAK |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dale A. Kimball | S. Michael Gadd, Vernon G. Stejskal, and Kent A. Burggraaf | Gregory G. Skordas, Daryl P. Sam, and Kaytlin V. Beckett |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| August 12, 2019 – August 30, 2019 | | Elizabeth Toscano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| * | | 8/12/2019 | | | WITNESS: Jaime Pimentel, Officer, CBP |
| * | | 8/12/2019 | | | WITNESS: Christopher Amidan, Special Agent, DEA |
| * | | 8/12/2019 | | | WITNESS: Ryan Jensen |
| * | | 8/12/2019 | | | WITNESS: Sean Michael Gygi |
| * | | 8/12/2019 | | | WITNESS: Ely Hebert, Special Agent, DEA |
| * | | 8/13/2019 | | | WITNESS: Jessica Gleave |
| * | | 8/13/2019 | | | WITNESS: Joshua Fife, Detective, West Valley City Police Department |
| * | | 8/13/2019 | | | WITNESS: Michael Hamideh,, Retired Task Force Officer, DEA |
| * | | 8/13/2019 | | | WITNESS: Alexandrya Tonge |
| * | | 8/14/2019 | | | WITNESS: Katherine Lauren Anne Bustin |
| * | | 8/14/2019 | | | WITNESS: Eric Breyer, Special Agent |
| * | | 8/14/2019 | | | WITNESS: Cameron Thor, Sargeant, Park City Police Department |
| * | | 8/14/2019 | | | WITNESS: Jacob Nattress, Task Force Officer, DEA |
| * | | 8/15/2019 | | | WITNESS: Drew Wilson Crandall |
| * | | 8/15/2019 | | | WITNESS: Mario Noble |
| * | | 8/16/2019 | | | WITNESS: Guy Gino, Special Agent, HSI |
| * | | 8/16/2019 | | | WITNESS: Robin Biundo, Intelligence Analyst, HSI |
| * | | 8/16/2019 | | | WITNESS: Tina Young |
| * | | 8/16/2019 | | | WITNESS:  Lance Howell, Inspector, USPIS |
| * | | 8/16/2019 | | | WITNESS: Megan Moore, Inspector, USPIS |
| * | | 8/19/2019 | | | WITNESS: Andrea Brandon, Inspector, USPIS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | Aaron Michael Shamo | | CASE NO. 2:16-cr-00631-001-DAK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| * | | 8/19/2019 | | | WITNESS: Emily Oblath, DEA Western Regional Laboratory |
| * | | 8/19/2019 | | | WITNESS: Danielle Farrell, DEA Western Regional Laboratory |
| * | | 8/19/2019 | | | WITNESS: Keith Chan, DEA Western Regional Laboratory |
| * | | 8/19/2019 | | | WITNESS: Son Hoang, DEA Western Regional Laboratory |
| * | | 8/19/2019 | | | WITNESS: David Anthony Slagle, Special Agent, HSI |
| * | | 8/20/2019 | | | WITNESS: Virginia Keys, Special Agent, FDA OCI |
| * | | 8/20/2019 | | | WITNESS: Tori Grace |
| * | | 8/20/2019 | | | WITNESS: Sandra Sabins, Officer, Daly City Police Department |
| * | | 8/20/2019 | | | WITNESS: Bill Posey, Toxicologist |
| * | | 8/20/2019 | | | WITNESS: Thomas Rogers, M.D. |
| * | | 8/21/2019 | | | WITNESS: Stacey Hail, MD, FACMT |
| * | | 8/21/2019 | | | WITNESS: Brennda Kurstin |
| * | | 8/21/2019 | | | WITNESS: Jeff Fletcher, Special Agent, IRS CI |
| * | | 8/21/2019 | | | WITNESS: Jeff Bryan, Retired Special Agent, DEA |
| * | | 8/22/2019 | | | WITNESS: Stanley Frank Platek, FDA Forensic Chemistry Center |
| * | | 8/22/2019 | | | WITNESS: Nicola Ranieri, FDA Forensic Chemistry Center |
| * | | 8/22/2019 | | | WITNESS: Adam Lanzarotta, Ph.D., FDA Forensic Chemistry Center |
| * | | 8/22/2019 | | | WITNESS: Heather Anne McCauley, FDA Forensic Chemistry Center |
| * | | 8/22/2019 | | | WITNESS: Arthur Simone, M.D., Ph.D., FDA |
| * | | 8/22/2019 | | | WITNESS: Adam Koeneman, Special Agent, HSI |
| * | | 8/23/2019 | | | WITNESS: Jonathan Luke Paz |
| * | | 8/23/2019 | | | WITNESS: Daniel Ashment, Special Agent, HSI |
| | * | 8/26/2019 | | | WITNESS: Rebecca Shamo |
| | * | 8/26/2019 | | | WITNESS: Stephanie Shamo Arbelaez |
| | * | 8/27/2019 | | | WITNESS: Aaron Shamo |