Exhibit 2


**SHAMO**

 **NORIEGA**
 **KENNY**
 **NOBLE**
 **PAZ**
 **CRANDALL**
 **TONGE**
 **BUSTIN**
 **GYGI**

 **PENROSE**
 **JENSEN**
 **VANCE**
 **MAUSIA**
 **GLEAVE**
 **STEPHENS**
 **PERRY**
 **EDWARDS**
 **CHRISTENSEN**
 **BERNAL**
 **BRUNER**
 **FRANCOM**
 **TEBBS**