JOHN W. HUBER, United States Attorney (#7226)
VERNON STEJSKAL, Assistant United States Attorney (#8434)
MICHAEL GADD, Special Assistant United States Attorney (#16764)
KENT A. BURGGRAAF, Special Assistant United States Attorney (#13044)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ⬥ Fax (801) 325-3310 ⬥ ccastle@usa.doj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AARON MICHAEL SHAMO, <br> DREW WILSON CRANDALL, <br> ALEXANDRYA MARIE TONGE, <br> KATHERINE LAUREM ANNE BUSTIN, <br> MARIO ANTHONY NOBLE, <br> SEAN MICHAEL GYGI, <br><br> Defendants. | Case No. 2:16CR00631-DAK-PMW <br><br> **STATUS OF FORFEITURE** <br><br> Judge Dale A. Kimball <br><br> Magistrate Judge Paul M. Warner |

The United States of America respectfully notifies the Court that it no longer seeks criminal judicial forfeiture of the following assets:

- $19,520.00 in United States Currency

- $429,600.00 in United States Currency

- $10,096.20 in United States Currency

After filing the Indictment, the United States learned that the first two assets listed above were administratively forfeited to the Drug Enforcement Administration on June 2, 2017 and October 19, 2017, respectively, and that the $10,096.20 in United States Currency was administratively forfeited to the United States Postal Inspection Service on May 20, 2019.

Page **1** of **2**

(*Shamo, et. al.*)

A copy of the Administrative Declarations are attached as Exhibits A-C.

Dated: September 10, 2019.

                                            JOHN W. HUBER
                                            United States Attorney


                                            /s/ *Cy H. Castle*
                                            CY H. CASTLE
                                            Assistant U.S. Attorney