U. S. Department of Justice
Drug Enforcement Administration

---

Asset ID: 17-DEA-626808          Case #: ML-16-0095
Asset Description: $19,520.00 U.S. Currency
Seizure Date: 11/22/2016          Seizure Value: $19520.00
Adoption Date:
Seizure Place: South Jordan, UT
Owner Name:
Seized From: Alexandrya Marie Tonge and Katherine Lauren Bustin
Judicial District: District of Utah

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

_____
Terrence J. King
Senior Attorney
Asset Forfeiture Section

JUN 0 2 2017
_____
Date

-2-

> Asset ID: 17-DEA-626808   Case #: ML-16-0095
> Asset Description: $19,520.00 U.S. Currency
> Seizure Date: 11/22/2016   Seizure Value: $19520.00
> Adoption Date:
> Seizure Place: South Jordan, UT
> Owner Name:
> Seized From: Alexandrya Marie Tonge and Katherine Lauren Bustin
> Judicial District: District of Utah

cc: DO: Denver
    RO: Salt Lake City
    USMS: Salt Lake City

**DEA.294 (Oct.12)**　　　　By: R. Greene /P. Graham　Ad Code: # 1434