

UNITED STATES POSTAL INSPECTION SERVICE

ASSET FORFEITURE

## DECLARATION OF ADMINISTRATIVE FORFEITURE

May 20, 2019

| | |
|---|---|
| Agency Case Number | : 2330920-PMN |
| Seizure Number | : 140-18-003 |
| Account Number | : XX455 |
| Asset Identification | : 18-USP-001702 |
| Asset Description | : KeyBank National Association check number XX455 in the name of Aaron Shamo. |

On May 17, 2018 at Salt Lake City, UT, the described property was seized for forfeiture pursuant to 18 USC 981.

In accordance with 39 CFR 233.7, notice of the seizure and intent to forfeit was published for thirty (30) consecutive days from 07/02/2018 to 07/31/2018 on the official government web site (www.forfeiture.gov) and was sent to each party who appeared to have an interest in this/these property(ies).

Because there were no claims filed for the property within thirty (30) days from the date of the last publication of the Notice of Seizure or thirty-five (35) days from the date the Personal Seizure Notices were mailed, it is hereby declared that the property has been forfeited to the United States Government pursuant to 18 USC 981.

*[signature]*

Delany De Leon-Colon
Acting Inspector in Charge

*Asset Forfeiture, Headquarters*
*P.O. Box 91100*
*Washington, DC 20090-1100*