1           IN THE UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

3

4    _____
                                    )
5    UNITED STATES OF AMERICA,      )
                                    )
6              Plaintiff,           )
                                    )
7        -vs-                       )    2:16-CR-631 DK
                                    )
8    AARON MICHAEL SHAMO, et al.,   )
                                    )
9              Defendants.          )
     _____)

10

11

12

13

14          BEFORE THE HONORABLE DALE KIMBALL

15             DATE:  AUGUST 20, 2019

16        REPORTER'S TRANSCRIPT OF PROCEEDINGS

17            TESTIMONY OF TORI GRACE

18

19

20

21

22

23

24

25        Reporter:  REBECCA JANKE, CSR, RPR, RMR
                     (801) 521-7238

```
 1
 2                    A P P E A R A N C E S
 3
 4   FOR THE PLAINTIF       UNITED STATE'S ATTORNEY'S OFFICE
 5                          BY:  MICHAEL GADD, ESQ.
 6                               VERNON G. STEJSKAL, ESQ.
 7                               KENT A. BURGGRAAF, ESQ.
 8                          111 SOUTH MAIN STREET, 1800
 9                          SALT LAKE CITY, UTAH  84111
10
11
12
13   FOR THE DEFENDANT:     SKORDAS & CSTON, LLC
14                          BY:  GREGORY G. SKORDAS, ESQ.
15                               KAYTLIN V. BECKETT, ESQ.
16                          560 SOUTH 300 EAST, 225
17                          SALT LAKE CITY, UTAH 84111
18
19                          DARYL P. SAM, PLLC
20                          BY:  DARYL P. SAM, ESQ.
21                          5955 SOUTH REDWOOD ROAD, 102
22                          SALT LAKE CITY, UTAH 84123
23
24
25
```

| | |
|---|---|
| 1 | AUGUST 20, 2019                    SALT LAKE CITY, UTAH |
| 2 | P R O C E E D I N G S |
| 3 | * * * |
| 4 | (Testimony of Tori Grace.) |
| 5 | MR. GADD:  Your Honor, the United States |
| 6 | calls Tori Grace. |
| 7 | THE COURT:  Come forward and be sworn, |
| 8 | please, right up here at the podium. |
| 9 | TORI GRACE, |
| 10 | the witness hereinbefore named, being first duly |
| 11 | cautioned and sworn or affirmed to tell the truth, the |
| 12 | whole truth, and nothing but the truth, was examined |
| 13 | and testified as follows: |
| 14 | THE CLERK:  If you'll just come to the |
| 15 | witness box.  Please state your name and spell it for |
| 16 | the record. |
| 17 | THE WITNESS:  Tori Grace.  T-o-r-i. |
| 18 | G-r-a-c-e. |
| 19 | THE COURT:  Go ahead. |
| 20 | DIRECT EXAMINATION |
| 21 | BY MR. GADD: |
| 22 | Q.   Ms. Grace, are you prepared to testify about |
| 23 | the death of your friend Russ? |
| 24 | A.   Yes. |
| 25 | Q.   Before we do that, I'd like to give the jury |

4

1    just a very brief idea of kind of your background.

2    Can you tell us a little bit about yourself?

3         A.   I live in the San Francisco Bay area.  Right

4    now I work full time, and I'm getting ready to go back

5    to school to study anthropology.

6         Q.   Back in 2016, you were in school, correct?

7         A.   Uh-huh.

8         Q.   Were you at San Francisco State?

9         A.   Yes.

10        Q.   After Russ' death, did you move home?

11        A.   I did.

12        Q.   And school starts next week?

13        A.   Yes.

14        Q.   Can we look at 18.01 again.

15             Who is that?

16        A.   Russ.

17        Q.   That's the name that he preferred to go by,

18   right?

19        A.   Yes.

20        Q.   Was his full name Ruslan Kluyev?

21        A.   Yes.

22        Q.   Did you know his family?

23        A.   I meet his parents after he passed.

24        Q.   Could we look at page 2.

25             Who is that?

1      A.    It was Gregg.

2      Q.    Was his full name Gregory Lee?

3      A.    (Witness nods.)

4      Q.    How did you and Gregg meet?

5      A.    We met through two mutual friends while I was

6  still in high school.

7            THE COURT:  Can you hear her?

8            You need to speak up right into the

9  microphone, if you would, please.

10     Q.    BY MR. GADD: You can adjust it if you want.

11  I'll repeat that last question, so we make sure

12  everyone heard.  How did you and Gregg meet?

13     A.    We met through two mutual friends while I was

14  in high school.

15     Q.    And at some point you started dating,

16  correct?

17     A.    Yes.

18     Q.    Do you remember the first time you met Russ?

19     A.    Vaguely, yes.

20     Q.    How did you meet him?

21     A.    Gregg and I met him in San Francisco.

22     Q.    He and Gregg knew each other, correct?

23     A.    Yes.  They met online.

24     Q.    And at some point, did Russ move in with

25  Gregg?

6

1      A.   Yes, he did.

2      Q.   Was that at their address, 3 Midvale Drive in

3  Daly City?

4      A.   Yes.

5      Q.   If it's okay, I want to talk just a minute

6  about drug use.  Did Russ and Gregg use drugs?

7      A.   Yes, they did.

8      Q.   Did you sometimes use with them?

9      A.   I did.

10     Q.   How many days have you been clean?

11     A.   Since Gregg passed.  About two years, two and

12  a half years.

13     Q.   Russ, specifically, what sort of drugs did he

14  use?

15     A.   He used anything he could get his hands on.

16     Q.   Did you ever see them go online to buy their

17  drugs?

18     A.   Only a few times.

19     Q.   Do you remember what website they went to?

20     A.   AlphaBay.

21     Q.   When they would order drugs online, how would

22  the drugs arrive?

23     A.   Through the mail.

24     Q.   Did you actually see packages arrive?

25     A.   I've only seen two packages.

1    Q.   What did the packages look like?

2    A.   Like U.S.P.S. envelopes.

3    Q.   Did you get to see what was inside the

4    packages?

5    A.   Only a couple times, the only two times that

6    they came.

7    Q.   What did you -- what did you see inside the

8    packages?

9    A.   They were usually packaged in, like,

10   miscellaneous items in, like, these little metallic

11   pouches.

12   Q.   And inside the pouch, what did the -- what

13   did the drugs look like?

14   A.   The drugs that I saw both times were MDMA.

15   Q.   And you recognized it because you had seen it

16   before?

17   A.   Yes.

18   Q.   Could we talk for a minute about June 12,

19   2016, so the night before Russ' death.  Were you and

20   Gregg out that night?

21   A.   Uh-huh.

22   Q.   Had you been eating dinner somewhere?

23   A.   Yeah.  At his parents' house.

24   Q.   And then did you go back to Gregg and Russ'

25   residence?

8

1    A.   Yes.

2    Q.   About what time of day or night was it when

3    you got back to that residence?

4    A.   So, around 10:30, 11.

5    Q.   In the evening?

6    A.   In the evening.

7    Q.   Were you met there by Russ?

8    A.   Yeah.  He let us in.

9    Q.   Did it appear to you he had been drinking?

10   A.   Yeah.

11   Q.   It was fairly obvious?

12   A.   Yeah.  He was still pouring himself more

13   drinks when we got there.

14   Q.   Do you happen to remember what he had been

15   drinking?

16   A.   Vodka.

17   Q.   That night, did you and Gregg hang out with

18   Russ for a little while?

19   A.   Yeah.  Only for about 15 minutes.

20   Q.   Was it inside of his room?

21   A.   Uh-huh.

22   Q.   If we could look at page 3.  Do you recognize

23   this?

24   A.   Yes.

25   Q.   What is it?

1  A. Russ's desk.

2  Q. Was it inside his room?

3  A. Yes.

4  Q. While you were hanging out with him, did you

5 see him grind up two pills?

6  A. Yes.

7  Q. Do you know what type of pills they were?

8  A. Some kind of opiate.  I knew that.

9  Q. Did you get to see the pills?

10  A. I only saw them, like, after he had crushed

11 them.

12  Q. Do you know where he got the pills?

13  A. I assumed he got them online.

14  Q. Could we look at page 4.

15   Do you know what that is?

16  A. That's what he used to crush them up, yeah.

17  Q. It's a battery, right?

18  A. Yeah.

19  Q. And they would crush them on the desk?

20  A. Yeah.

21  Q. Could we look at page 5.

22   What's that?

23  A. It's what he used to snort the drugs.

24  Q. And, specifically, is it kind of the blue

25 rolled up note?

1    A.   Yeah.  It's a Post-it note.

2    Q.   I want to ask you some questions about Russ

3 specifically, so if we could look at page 1.  And

4 maybe -- you are the best witness to clarify this.

5 What's he wearing?

6    A.   He was really into all tech stuff, so I

7 actually don't know what it is.

8    Q.   Just sunglasses and then something else?

9    A.   Yeah.

10    Q.   But he didn't always wear that, right?

11    A.   No.

12    Q.   Okay.  So that night, June 12, were you

13 concerned about Russ snorting two pills?

14    A.   Yes, I was.

15    Q.   Why?

16    A.   Because he was already drinking.

17    Q.   Did he show any signs of use after he snorted

18 them?

19    A.   Yeah.

20    Q.   What did you observe?

21    A.   He immediately started to, like, nod, so,

22 like, fall asleep and wake up, and he couldn't stand

23 up anymore.

24    Q.   Did he lay down?

25    A.   He did, yeah.

1     Q.   Were you and Gregg asked to check on him?

2     A.   Yeah.  He did ask us that.

3     Q.   And did you check on him?

4     A.   Yeah.

5     Q.   When you would check on him, what sort of

6  things were you looking or listening for?

7     A.   That he was still breathing.

8     Q.   How many times do you think you checked on

9  him that night?

10    A.   I checked on him about four or five times,

11  but Gregg went in there, like, two more times more

12  than I did.

13    Q.   But when you were watching him, did you

14  notice anything about his breathing?

15    A.   He seemed to be breathing like he always did

16  when he slept.  He was a loud snorer, so every time we

17  went in, he was still snoring pretty loudly.

18    Q.   The last time you went in, did you and Gregg

19  roll him into the recovery position?

20    A.   We did, yeah.

21    Q.   Can you just briefly explain to the jurors

22  what the recovery position is?

23    A.   It's where you lay the person on their side

24  and have their leg go over their body and then their

25  head rest on their elbow facing down.

```
 1        Q.    Why did you do that?

 2        A.    In case he threw up, and we didn't want him

 3   to choke on his own throw up.

 4        Q.    Let's talk about the following morning, so

 5   June 13, 2016.  What did you do that morning?

 6        A.    I got up and went to work.

 7        Q.    And when did you find out that Russ had

 8   passed?

 9        A.    About two after -- two hours after I started

10   my shift.

11        Q.    You have a good support system, correct?

12        A.    Uh-huh.

13        Q.    Your mom is here today supporting you?

14        A.    (Witness nods.)

15        Q.    If I could just ask you about two more

16   pictures.

17              If we could look at page 7.

18              Do you recognize the room.

19        A.    Yes.

20        Q.    Is that Russ' room?

21        A.    (Witness nods.)

22        Q.    And maybe just so I can help the court

23   reporter, you nodded your head in the affirmative,

24   correct?

25        A.    Yes.
```

1    Q.    Do you see what looks like a garbage can in

2    the foreground on the left side of the photo?

3    A.    Yes, I do.

4    Q.    And do you see the envelope on top?

5    A.    Yes.

6    Q.    I want to show you a closer look at the

7    envelope.

8        Could we look at page 8.

9        Do you recognize this envelope?

10   A.    I don't.  No.

11   Q.    Did you have any friends in Sandy, Utah?

12   A.    No.

13   Q.    Do you know if Gregg had any friends in

14   Sandy, Utah?

15   A.    No, he didn't.

16   Q.    Russ?

17   A.    No.

18       MR. GADD:  No further questions.  Thank you.

19       THE COURT:  Thank you.

20       You may cross examine.  Mr. Sam.

21                   CROSS EXAMINATION

22   BY MR. SAM

23   Q.    Ms. Grace, thanks for being here today.  And

24   I just want to ask you a few questions about Russ and

25   Gregg.  On that day, on June 13, that was your first

1   day of work; is that right?

2       A.   It was, yeah.

3       Q.   Where were you working at?

4       A.   Philz Coffee in San Francisco.

5       Q.   Okay.  And you received a call from Gregg

6   that day?

7       A.   Uh-huh.

8       Q.   Telling you what happened to Russ?

9       A.   Yeah.

10      Q.   Okay.  And then, later on that day, you got

11  one or two calls from Daly City police; is that right?

12      A.   Yes.

13      Q.   Okay.  And they asked you to come in to talk;

14  is that right?

15      A.   Uh-huh.

16      Q.   So, I think you received one call from

17  Officer Sabins.  Do you remember that?

18      A.   Yes.

19      Q.   And then another one from Officer Garrett, I

20  think.  And then he actually picked you up and took

21  you to the Daly City Police Department that day; is

22  that correct?

23      A.   Yes.

24      Q.   I think on the way there, too, your mother

25  called you or you called your mother?

```
 1        A.    Uh-huh.

 2        Q.    Because she was concerned about the

 3   situation; is that right?

 4        A.    Yes.

 5        Q.    Okay.  And you -- and so you gave two

 6   interviews to -- there's one that day with the Daly

 7   City Police Department and then, approximately two

 8   years later, some agents from Utah came and

 9   interviewed you at your home; is that correct?

10        A.    Yes.

11        Q.    Okay.  And I just wanted to review with you

12   what -- your friendship with Russ and kind of some of

13   the things that were going on.  He was a heavy drug

14   user; is that right?

15        A.    He was.

16        Q.    And I think you told the Daly City Police

17   that he used -- he was a recovering heroin addict; is

18   that right?

19        A.    Yeah, he was.

20        Q.    But he was using all kinds of drugs and

21   alcohol.  And in that -- and he put a lot of pressure

22   on his peers, including you and others, to participate

23   in drug use; is that right?

24        A.    Uh-huh.

25        Q.    Okay.  And you had a knowledge about
```

1  Fentanyl, correct, before this day, before you came

2  home with -- or went to Gregg and Russ's apartment,

3  you had knowledge of Fentanyl before that; is that

4  right?

5      A.   Yes.

6      Q.   And had you seen Gregg or Russ use Fentanyl

7  before that time?

8      A.   Not before that time, no.

9      Q.   Okay.  But you had heard about it and you

10  understood the effects of it?

11      A.   Yes.

12      Q.   Okay.  And your testimony was that you --

13  when you came home and you found Russ, he had drank a

14  whole bottle of vodka.  Is that your testimony?

15      A.   Yes.

16      Q.   And that you were concerned, at that point,

17  when you went into his room with him and he was

18  crushing up pills, what he said was Fentanyl.  And why

19  were you concerned after observing him drinking

20  alcohol with him crushing up Fentanyl pills?

21      A.   Because I know that mixing those two kinds of

22  things can be very deadly.

23      Q.   Yeah.  Okay.  So it's very dangerous.  You

24  understood that?

25      A.   Uh-huh.

1    Q.   You and Gregg both knew that, so you were --

2  did you try to stop him or anything?

3    A.   We did, yeah.

4    Q.   Okay.  And then -- then you saw the effects

5  of it, and you eventually put him in a recovery

6  position; is that right?

7    A.   Yeah.

8    Q.   Have you had a situation like that before,

9  where you have put either Russ or a friend in that

10  position?

11    A.   That was the first time.

12    Q.   Okay.  But that's something that you knew was

13  something that would be preventative if there were a

14  problem?

15    A.   Yeah.

16    Q.   And so you were trying to help him out with

17  that.  I just want to ask you about Gregg.  And I know

18  these are sensitive topics, but Gregg passed away less

19  than a year after Russ; is that right?

20    A.   Yes.

21    Q.   And you were not present when Gregg passed

22  away; is that right?

23    A.   No, I wasn't.

24    Q.   Okay.  One of your good friends -- I

25  apologize.  One of your good friends was there, Nicole

```
 1    and Sean, and it was maybe kind of a similar
 2    situation.  And I wanted to ask you about your
 3    statement when the -- when agents came and met with
 4    you in 2018.  You stated that, after Russ died, that
 5    you and Gregg kind of started to drift apart.  Is that
 6    right?
 7         A.   Uh-huh.
 8         Q.   And why was that?
 9         A.   Because Gregg continued to use, and I thought
10    it was dumb after, like, what his friend had just gone
11    through.
12         Q.   Okay.  And you knew it was dangerous, risky
13    behavior.  In fact, I think you told agents, too, when
14    you met with them in 2018, that you and Gregg said
15    that you were both concerned for Russ because there
16    was alcohol involved, and you said that the risk was
17    too high?
18         A.   Uh-huh.
19         Q.   To be involved with taking other drugs in
20    that situation?
21         A.   Yeah.
22         Q.   And I'm sure your mother is a good influence
23    for you.
24         A.   Uh-huh.
25         Q.   I know that from her contacting you when you
```

1    were -- on that day when Russ passed away, and I'm

2    sure she was concerned because she didn't want

3    something like that to happen to you.  So I'd just

4    encourage you to keep up the good work and keep up and

5    encourage, you know, your college and things, and

6    there's a lot of potential for you, and I encourage

7    you to keep on that path, so...

8           A.    Thank you.

9                 MR. SAM:  I don't have any other questions.

10                THE COURT:  Thank you, Mr. Sam.

11                Any redirect?

12                MR. GADD:  No, Your Honor.

13                Thank you very much.

14                THE COURT:   You may step down, and you're

15    excused.

16                Let's take our first break, and we'll be in

17    recess until about quarter after 10.

18                THE CLERK:  All rise, please.

19

20

21

22

23

24

25                (Whereupon the jury leaves the courtroom.)

1

2                    REPORTER'S CERTIFICATE

3    STATE OF UTAH                )

4                                 ) ss.

5    COUNTY OF SALT LAKE          )

6

7           I, REBECCA JANKE, do hereby certify that I

8    am a Certified Court Reporter for the State of Utah;

9           That as such Reporter I attended the hearing

10   of the foregoing matter on August 20, 2019, and

11   thereat reported in Stenotype all of the testimony and

12   proceedings had, and caused said notes to be

13   transcribed into typewriting, and the foregoing pages

14   numbered 1 through 19 constitute a full, true and

15   correct record of the proceedings transcribed.

16          That I am not of kin to any of the parties

17   and have no interest in the outcome of the matter;

18          And hereby set my hand and seal this 23rd

19   day of August, 2019.

20

21

22

23

24          _____

25          REBECCA JANKE, CSR, RPR, RMR