DARYL P. SAM (8276)
Daryl P. Sam, PLLC
5955 South Redwood Road, Suite 102
Salt Lake City, Utah, 84123
Telephone: (801) 506-6767
Fax: (801) 386-5476
Email: daryl.sam@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>v.<br><br>**AARON MICHAEL SHAMO,**<br><br>Defendant. | **NOTICE OF WITHDRAWAL OF CO-COUNSEL**<br><br><br>Case No. 2:16-CR-00631-DAK |

Please take notice of the withdrawal of Daryl P. Sam as co-counsel for Mr. Aaron Michael Shamo in the above-entitled case.

DATED this 21st day of October, 2019.

                                                                   */s/ Daryl P. Sam*
                                                                   Daryl P. Sam
                                                                   Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on October 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system which sent notification of such filing to all counsel on record and I mailed, first-class, postage prepaid, the foregoing to:

Aaron Michael Shamo
Booking # 18061338
SO/Permanent # 388318
Location 4A-4
Salt Lake County Metro Jail
3415 South 900 West
Salt Lake City, UT  84119

                                                                                                                             */s/ Daryl P. Sam*