```
 1                 IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

 3

 4
         UNITED STATES OF AMERICA,      )
 5                                      )
                     Plaintiff,         )
 6                                      )
                 vs.                    )
 7                                      )
         AARON MICHAEL SHAMO,           )   Case No:   2:16CR00631
 8                                      )
                     Defendant,         )
 9       _____    )
                                        )
10                                      )

11

12

13

14

15

16
                  BEFORE THE HONORABLE DALE A. KIMBALL
17
                          August 13, 2019
18
                            JURY TRIAL
19                  TESTIMONY OF JESSICA GLEAVE
                 TESTIMONY OF ALEXANDRYA MARIE TONGE
20

21

22

23

24                         Reported by:
                   KELLY BROWN HICKEN, RPR, RMR
25                         801-521-7238
```

1

```
 1                          APPEARANCES OF COUNSEL

 2

 3    FOR THE UNITED STATES:          OFFICE OF THE US ATTORNEY

 4                                    BY:  S. MICHAEL GADD

 5                                         VERNON STEJSKAL

 6                                         KENT A. BURGGRAFF

 7                                         Attorneys at Law

 8                                    111 SOUTH MAIN ST STE 1800

 9                                    SALT LAKE CITY, UTAH 84111

10

11    FOR THE DEFENDANT:              SKORDAS & CASTON

12                                    BY:  GREGORY G. SKORDAS

13                                         KAYTLIN V. BECKETT

14                                         Attorneys at Law

15                                    560 SOUTH 300 EAST STE 225

16                                    SALT LAKE CITY, UTAH

17

18

19

20

21

22

23

24

25
```

1                          I   N   D   E   X

2    WITNESS                  EXAMINATION BY           PAGE

3    JESSICA GLEAVE           DIRECT BY GADD           5

4                            CROSS BY BECKETT         19

5    ALEXANDRYA MARI TONGE    DIRECT BY STEJSKAL       28

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           SALT LAKE CITY, UTAH, TUESDAY, AUGUST, 13, 2019

2                           *   *   *   *   *

3       (TESTIMONY GIVEN AND NOT ORDERED AND NOT TRANSCRIBED.)

4               MR. GADD:  Your Honor, the United States calls

09:24:49 5    Jessica Gleave.

6               THE COURT:  Somebody is getting her, I assume?

7               MR. GADD:  It's always an act of faith when you

8       announce something like that.

9               THE COURT:  Come forward and be sworn, please,

09:25:14 10   right here in front of the clerk of court.  Right here.

11              THE CLERK:  Please raise your right hand.

12                          JESSICA GLEAVE,

13          called as a witness at the request of Plaintiff,

14            having been first duly sworn, was examined

09:25:29 15                and testified as follows:

16              THE WITNESS:  I do.

17              THE CLERK:  Come around to the witness box right

18      here.

19              Please state your name and spell it for the record.

09:25:44 20             THE WITNESS:  Jessica Gleave.  J-E-S-S-I-C-A,

21      G-L-E-A-V-E.

22              THE COURT:  Go ahead, Mr. Gadd.

23              MR. GADD:  Thank you, sir.

24      //

09:25:53 25   //

4

```
 1                       DIRECT EXAMINATION

 2   BY MR. GADD:

 3        Q.   Good morning.

 4        A.   Good morning.

 5        Q.   Thank you for coming this morning.  Are you

 6   prepared to testify about your part in the investigation of

 7   drug packages that are linked to Mr. Aaron Shamo?

 8        A.   Yes.

 9        Q.   Before we do that could you tell us just a little

10   bit about yourself?

11        A.   My name is Jessica Gleave.  I grew up in Arizona.

12   I was going to school, moved here when I was 19 to go to

13   school for dental hygiene and then decided to pursue a career

14   in eyelash extensions.  And I decided I loved it here, so I

15   stayed here and have been here ever since.

16        Q.   Let's talk for a minute about relationships.  Do

17   you know Mr. Shamo?

18        A.   Yes.

19        Q.   There's a chart right next to you, you can see

20   there.  That's Exhibit 17.06.  Who else do you know on this

21   chart?

22        A.   I know Luke Paz and Drew Crandall.

23        Q.   And how about on the bottom row?  Who do you know

24   on the bottom row?

25        A.   Julian* Mausia, and I recognize a couple other
```

1    people, but I don't necessarily know them.

2         Q.    And for these jurors will you point out your

3    picture on the chart?

4         A.    I'm just right here.

09:27:14  5     Q.    You mentioned the gentleman next to you on the

6    chart, Mr. Mausia.  And I think you say Mausia?

7         A.    Mausia, yeah.

8         Q.    Mausia.  I'll do better.  What was your

9    relationship with Mr. Mausia in 2016?

09:27:30 10     A.    We were boyfriend/girl friend.

11        Q.    Are you still now?

12        A.    No.

13        Q.    What type of relationship did you have with

14   Mr. Shamo?  Was it a social relationship?

09:27:44 15     A.    Yeah.  We were good friends.

16        Q.    You'd hang out together?

17        A.    Yeah.

18        Q.    Go to clubs together?

19        A.    Yes.

09:27:51 20     Q.    Party together?

21        A.    Yes.

22        Q.    Travel together?

23        A.    Occasionally, yes.

24        Q.    At some point in your relationship with Mr. Shamo

09:28:04 25   it transitioned from being strictly a social relationship to a

1    business relationship of sorts; correct?

2         A.   Yes.

3         Q.   Did you accept packages on Mr. Shamo's behalf?

4         A.   Yes.

09:28:16  5    Q.   Can you tell us how you first got involved with

6    that?

7         A.   It came to my attention that my -- Julian was

8    accepting packages for him and he had told me about it, and so

9    eventually I decided that I wanted to, as well, and that's how

09:28:36 10   I found out about it.

11        Q.   When Mr. Mausia first told you that he was

12   accepting packages from Mr. Shamo how did you feel about it?

13        A.   I was mad.

14        Q.   Why were you mad?

09:28:48 15   A.   Because he had lied about it to me, and he was my

16   serious boyfriend that I was in love with so I was hurt, and

17   one of my good friends, so I felt mad about it.  But....

18        Q.   You knew there was something to these packages

19   then?

09:29:05 20   A.   What do you mean?

21        Q.   They weren't maybe legal?

22        A.   Possibly, yeah.  I didn't know.  But, yeah, I

23   thought maybe.

24        Q.   Did you try to talk Julian out of it?

09:29:21 25   A.   I honestly don't remember.  I was mad, but

1    obviously I ended up doing it, as well, so I wasn't that upset

2    about it, but....

3          Q.   And when you finally made that decision to receive

4    packages yourself what was your arrangement with Mr. Shamo?

09:29:41  5    A.   So I would get a package just randomly, they would

6    just come.  And whenever I received one I would let him know,

7    and then he would either come pick it up or I would bring it

8    to him in exchange for money.

9          Q.   How much money would he pay you for a package?

09:30:02 10    A.   2- to $300.

11         Q.   Did he pay you in cash?

12         A.   Yes.

13         Q.   And when you would exchange the packages where

14   would you exchange them?

09:30:14 15    A.   He would either come pick them up from me or I

16   would bring them to him.  It was different every time.

17         Q.   Did Mr. Shamo ever tell you what was inside of the

18   packages that you were receiving?

19         A.   No.

09:30:27 20    Q.   Was anyone ever with Mr. Shamo when you'd exchange

21   packages for money?

22         A.   No.  Occasionally there would be -- well, like I

23   said, we were friends so occasionally sometimes we would

24   exchange them before we would go out or whatever we do, so

09:30:54 25    there would be friends there.  But not anyone there specific,

1    no.

2         Q.    Looking back how many packages total do you think

3    you received from Mr. Shamo?

4         A.    Probably around 10 to 15 packages.

09:31:10  5         Q.    And I know you won't know the exact number, but how

6    many packages do you know of that Julian received?

7         A.    I honestly don't know because he didn't tell me

8    about it, so I legitimately don't know.

9         Q.    Don't know an exact number.  Do you have an

09:31:28  10   estimate?

11        A.    It had to have been more, around 10 to 15 is what I

12   received, and he received more than that because he had been

13   doing it longer.  So I would say more than 10 to 15.

14        Q.    Was there a schedule to it, or did they come

09:31:46  15   randomly?  What was your experience?

16        A.    It was just randomly.  There wasn't really a set

17   schedule.  It would just be legitimately totally random.

18        Q.    You mentioned that you knew Luke Paz and Drew

19   Crandall.  Did you interact with them socially, as well?

09:32:06  20        A.    Yeah.

21        Q.    Did they ever pay you money for packages?

22        A.    No.

23        Q.    Let's talk about a package that was taken at Texas

24   Roadhouse.  I want to show you an, Exhibit 3.02.

09:32:35  25              Now, the jurors won't be able to see that well, so

```
 1      I need you to be essentially their eyes for a moment.  Who's

 2      name is on the package?

 3           A.    Julian Mausia.

 4           Q.    When you look at that package does that look like

 5      the type of packages that came in your name?

 6           A.    Yes.

 7           Q.    Does that package look like it came from China?

 8           A.    It says China on here.  I'm not really sure where

 9      it came from.  But other than the label itself saying China,

10      so yes.

11           Q.    Do you remember any of your labels saying China?

12           A.    A lot of them were in other languages, so it could

13      have been in Chinese, but I'm not really sure.  But....

14           Q.    Do you remember in the November of 2016 being asked

15      to come to Texas Roadhouse and then this package was taken?

16      Do you remember that experience?

17           A.    Being asked by Julian?

18           Q.    Were you asked by Julian to come bring the car?

19           A.    Yeah.

20           Q.    Can you tell the jurors just briefly kind of what

21      happened there?

22           A.    So I had dropped off, me and my boyfriend at the

23      time both were servers at Texas Roadhouse, and I dropped him

24      off to work.  We were sharing his car at the time because my

25      car, I was in the process of getting a new one.  And then so I
```

10

1    dropped him off running some errands.  And then like an hour

2    or two into the shift he said, I'm done.  Come pick me up.

3    And I said, okay.  And I went and picked him up.

4         And then I was cut off by -- I looked -- I parked

09:34:18  5    the car and looked up, and there's all these black trucks in

6    front of me and agents knocking on my window and asking me

7    where the package was, which I wasn't even aware it was in the

8    car at the time.  So....

9         Q.   Had Julian not told you that that package was in

09:34:37  10   the car?

11        A.   No.

12        Q.   You had a chance to spend some time with those

13   agents that night; right?

14        A.   Yes.

09:34:43  15        Q.   Maybe longer than you would have liked?

16        A.   Yeah.

17        Q.   But at some point you started to cooperate with

18   them to answer their questions; correct?

19        A.   Yeah.

09:34:55  20        Q.   Did you make the change when you were told about

21   the potential seriousness of what was inside of these

22   packages?

23        A.   Yes.

24        Q.   The follow day, you met with some additional

09:35:06  25   agents; right?

1      A.   Yes.

2      Q.   And as part of a conversation there, did you agree

3 to notify them if more packages arrived for you?

4      A.   Yes.

09:35:15  5      Q.   And that, in fact, happened; right?

6      A.   Yeah.

7      Q.   For you and Julian.  Let me show you first

8 Exhibit 4.02, and then I think I'll also bring 4.05 at the

9 same time.

09:35:46 10      So the jury heard about this just a minute ago so I

11 won't belabor it too much with you, but let's just briefly

12 explain what happened here.  So another package came 4.02;

13 correct?

14      A.   Yes.

09:35:59 15      Q.   And you and Julian decided to call and turn that

16 one over.

17      A.   Yes.

18      Q.   And you met agents and turned it over to them?

19      A.   So it looks like 4.02 is the one that Julian

09:36:12 20 received, so I'd actually never seen this one because I was

21 out of town for Thanksgiving.  But this one was the one that I

22 turned over.

23      Q.   Let's talk about that one, 4.05.

24      A.   Yeah.

09:36:24 25      Q.   That arrived.  And did you make the phone call or

1    did Julian to the agents?

2         A.   No.  I did.

3         Q.   And did you agree upon a place where you would meet

4    to turn the package over?

09:36:35  5         A.   Yes.

6         Q.   Where did you meet?

7         A.   We just met at a McDonald's like right above,

8    30 minutes from here just around the Point of the Mountain in

9    Draper.  I gave it to them there.

09:36:51 10         Q.   I want to talk to you now about another package,

11   this one found at Mr. Shamo's residence.  Had you previously

12   before his arrest been to Mr. Shamo's residence?

13         A.   Yes.

14         Q.   And when I say his residence, I mean the one on

09:37:05 15   Titian Way in Cottonwood Heights.  Is that the one you're

16   thinking of?

17         A.   Yes.

18         Q.   Could we look at Exhibit 13.09?  And then two of

19   the pages in there, Page 28, and then we'll look at Page 29.

09:37:43 20   Here we go.

21              Do you recognize the package in that picture;

22   right?  You can see that there?  It's on your screen?

23         A.   Yes.

24         Q.   And now if we can look at 29 so we can see a label.

09:37:55 25   Can we go one more?  There we go.

1          Do you see your name on that?

2      A.   Yes.

3      Q.   Is that an address that you at one point lived at?

4      A.   Yes, it is.

09:38:13  5      Q.   Is that an address that Mr. Shamo sent packages to

6   in your name?

7      A.   Yes.

8      Q.   How did a package with your name end up inside his

9   house?

09:38:23  10      A.   I delivered this package personally to him.

11      Q.   I want to ask you now about an exhibit from

12   Mr. Shamo's computer.  This one.

13          Can we look at Pages 30 and 31?  Sorry about that.

14   That one right there.  You got it.

09:39:12  15          Okay.  Did you ever go inside this room, his home

16   office?

17      A.   So I've seen a few rooms in his house.  I've never

18   seen it -- I'm not sure if it was set up this way when I was

19   in there, so honestly I don't know.

09:39:35  20      Q.   The rooms you did go in, did you see his TV?  Maybe

21   downstairs, did you ever see that?

22      A.   Yes.

23      Q.   The big TV?

24      A.   Yes.

09:39:45  25      Q.   You'd been upstairs through the front door in the

1    living room area?

2         A.   Yes.

3         Q.   I'm not sure on this room.  How about a room that

4    was locked sometimes with kind of reddish burgundy walls and

09:40:01  5    two pill presses inside of it, did you ever see that room?

6         A.   No.

7         Q.   Did you ever hear noises when you were hanging out

8    there, kind of pounding noises?

9         A.   No.

09:40:12 10         Q.   Okay.  Now back to this.  There's a document found

11   on the computer, and I want to ask you some questions about

12   it.  So, Ms. Laughter, if we could look at 14.35.

13             Take just a moment and take a look at that.  That's

14   the first page.  As you look at that, do you recognize this

09:40:42 15   document from something prior to November 22nd, 2016?

16         A.   I honestly don't.

17         Q.   If you look at the very bottom of this first page

18   and as we go onto the second page, it has your name on it;

19   right?

09:40:59 20         A.   Yeah.

21         Q.   And that's the beginnings of your address; right?

22         A.   Yeah.

23         Q.   Can we look the second page briefly?  And then how

24   about the name right below this one?  Do you recognize

09:41:23 25   Mr. Mausia's name?

1          A.    Yes.

2          Q.    And is that an address that you knew him to reside

3    at at one point?

4          A.    Honestly I don't know what his address was, but if

09:41:34  5    that's what it was, then, yes.

6          Q.    You didn't write this document, though, did you?

7          A.    No.

8          Q.    Can we zoom out one last time?

9                How about any of the other names or addresses on

09:41:48  10   there, are these people you know?

11         A.    I recognize two of the names just from knowing some

12   of his friends.  But I don't know them personally, and I

13   wouldn't consider myself friends with them.

14         Q.    Which are the two names that you recognized?

09:42:07  15         A.    I recognize Clint Perry* and Roy Stevens, and

16   that's just because we have a big giant group of friends that

17   we used to go out with a lot.  That's where I recognize the

18   names from.

19         Q.    When you would communicate with Mr. Shamo, so

09:42:22  20   changing gears now again, when you would communicate with him

21   about, you know, about a package arriving or meeting up, how

22   would you communicate with him?

23         A.    We would either text or talk over an app called

24   Telegram.

09:42:38  25         Q.    Why Telegram?

16

1    A.   Because it's just what he told me to contact him

2    on, and we had been talking over it for years as friends.   And

3    it's just what he told me he preferred communications on.

4    Q.   Was it that same for Julian?

09:43:00   5    A.   Yes.

6    Q.   Could we look at 14.14?   And then specifically if

7    we could go down to Page 6.

8         This is Telegram communications between Shamo and

9    Julian, but you're mentioned here and I want to ask you about

09:43:23  10    it.   So picking up at the top where the contacts saved as

11    Julian, Jessica's friend writes:   A really heavy one just came

12    in.   And then the owner of the phone, AS writes:   Nice.   Hey,

13    I want to see if Jess can get that packed tonight.   I might

14    head down tomorrow instead.   Is that cool?

09:43:40  15         Did you ever have an instance that you can recall

16    where Mr. Shamo would wait to pick up packages until he could

17    pick up one from both of you?

18    A.   Yes.

19    Q.   Let's take a minute now and talk about immunity.

09:43:57  20    So could we look at 23.04?

21         This is an immunity agreement; correct?

22    A.   Yes.

23    Q.   First written in June, but you signed it yesterday;

24    correct?

09:44:18  25    A.   Yes.

1      Q.   You needed an attorney, before you can think

2   through this and make a decision you needed advice from an

3   attorney before you were going to sign it; right?

4      A.   I was definitely going to sign it before the

09:44:33   5   attorney, but yeah.

6      Q.   One of us wanted you to have an attorney; right?

7      A.   Yeah.

8      Q.   And the court appointed an attorney for you?

9      A.   Yes.

09:44:44   10      Q.   Are you comfortable with the terms in this

11   agreement?

12      A.   Yes.

13      Q.   Essentially you've agreed to testify, and the

14   United States has agreed not to use what you say against you

09:44:56   15   so long as you tell the truth.

16      A.   Yes.

17      Q.   I've also told your attorney that the United States

18   doesn't have plans to seek a charge against you for those

19   packages that you're looking at right there; correct?

09:45:08   20      A.   Yes.

21      Q.   Since that meeting with the agents, so November of

22   2016 until now, have you stayed in contact with the agents?

23      A.   Yes.

24      Q.   Have you been truthful with them?

09:45:28   25      A.   Yes.

1        Q.   Let's talk now about maybe some of the harder

2  questions.  You know the packages probably contained drugs;

3  right?

4        A.   Not necessarily drugs, but something illegal, yes.

09:45:47  5        Q.   So why did you help Aaron Shamo?

6        A.   For money purposes only.

7        Q.   Would you have helped him if you knew the packages

8  contained Fentanyl?

9        A.   No.

09:46:08  10        MR. GADD:  No further questions.  Thank you.

11        THE COURT:  Thank you, Mr. Gadd.

12        You may cross-examine Ms. Beckett.

13        MS. BECKETT:  Yes, Your Honor.

14                 CROSS-EXAMINATION

09:46:17  15  BY MS. BECKETT:

16        Q.   Ms. Gleave, thank you for being here today.  Would

17  it be a correct assessment to say that you're uncomfortable

18  being here today?

19        A.   It's not my favorite place to be, but I'm here

09:46:38  20  willingly.

21        Q.   You were pretty good friends with Aaron, weren't

22  you?

23        A.   Yes.

24        Q.   You guys knew each other for several years;

09:46:46  25  correct?

1    A.   Yes.

2    Q.   In fact, he dated your cousin for several years;

3    correct?

4    A.   Yes.

09:46:51   5    Q.   What's her name?

6    A.   Jillian Waltham.

7    Q.   Is that how you became friends through Jillian?

8    A.   Yes.

9    Q.   And you guys partied together?

09:47:02   10   A.   Yes.

11   Q.   Went out clubbing together?

12   A.   Yes.

13   Q.   Socialized a lot?

14   A.   Yes.

09:47:08   15   Q.   Before you ever became involved --

16   A.   Yeah.

17   Q.   -- in the events you're talking about here today;

18   correct?

19   A.   Yes.

09:47:17   20   Q.   And, in fact, it was you that approached Aaron

21   wanting to be involved; correct?

22   A.   Honestly I don't know.  I don't remember.

23   Q.   You remember discovering that your boyfriend at

24   that time Julian Mausia was receiving packages; correct?

09:47:39   25   A.   Yes.

1      Q.   And it was your testimony that you were upset that

2   he was receiving packages?

3      A.   Yes.  When I originally found out, yes.

4      Q.   Why were you upset that he was receiving packages?

09:47:49  5      A.   Because he lied to me about it and to my really

6   good friends doing something behind my back, so I wasn't

7   necessarily thrilled about it.

8      Q.   So he lied about receiving packages or the contents

9   of those packages?

09:48:08 10      A.   No.  He lied to me about receiving packages.

11   Neither me or Julian ever knew what was inside of them.  It

12   was a don't ask, don't tell policy.

13      Q.   But you were mad that he received mail?

14      A.   Yes.

09:48:22 15      Q.   We talked a little bit a second ago about you and

16   Aaron having a group of friends that would party together.  Is

17   that a correct assessment of your testimony?

18      A.   Yes.

19      Q.   What kind of partying did you do?

09:48:41 20      A.   What do you mean?

21      Q.   Go to clubs?

22      A.   Yes.

23      Q.   Are you a drug user?

24      A.   Occasionally.  Not avid drug user.

09:48:53 25      Q.   Ever tried cocaine?

1          A.    Yes.

2          Q.    Roxy?

3          A.    Yes.

4          Q.    Weed?

09:49:02   5          A.    Yes.

6          Q.    Xanax?

7          A.    Yes.

8          Q.    During this time period that you were receiving

9    packages and prior to that, you did those drugs?

09:49:10  10          A.    More prior to that, but yes.

11          Q.    And at that point in time you were working as a

12    server for Texas Roadhouse; correct?

13          A.    Yes.

14          Q.    Did you make a lot of money as a server?

09:49:23  15          A.    I wouldn't say a lot of money, but I do okay.

16          Q.    So when the opportunity arose for you to make more

17    money you jumped at it; correct?

18          A.    Yeah.

19          Q.    And after learning that your boyfriend at the time

09:49:39  20    was making money receiving packages you thought that was a

21    good option for you; correct?

22          A.    Not a good option, but an option, yes.

23          Q.    As opposed to getting another job?

24          A.    Yes.

09:49:52  25          Q.    Easy money for you?

1          A.    Yeah.

2          Q.    Even though you had some inkling about what was in

3    those packages it didn't really matter because it was easy

4    money; correct?

09:50:08   5          A.    Yes.

6          Q.    That's why you never questioned it?

7          A.    Yes.

8          Q.    I believe it was your testimony that you had used

9    the Telegram app to communicate with Mr. Shamo even before you

09:50:23  10    were involved in the events that you are discussing today; is

11    that correct?

12          A.    Yes.

13          Q.    So it was an app that you guys uses even as

14    friends; correct?

09:50:34  15          A.    Yes.

16          Q.    Just a preferred method of communication, I believe

17    you called it?

18          A.    Yes.

19          Q.    This exhibit that you're looking at right here next

09:50:47  20    to you, these photos, I apologize, I do not know the number on

21    that one.

22          MR. GADD:   17.06.

23          MS. BECKETT:   17.06, thank you.

24          Q.    BY MS. BECKETT:   I believe you stated that you know

09:50:58  25    Mr. Paz and Mr. Crandall; is that correct?

1          A.   On these photos?

2          Q.   Correct.

3          A.   Yes.

4          Q.   How are you familiar with Luke Paz?

09:51:07  5          A.   We all became friends at the exact same time like

6     nine years ago.  We all met in Provo.

7          Q.   How are you familiar with Mr. Crandall?

8          A.   He was a weird friend of Aaron's that we met.

9          Q.   Are you aware of Mr. Paz' role in this

09:51:28 10    organization?

11         A.   I wasn't, no.  And I'm honestly still not.

12         Q.   What about Mr. Crandall's?

13         A.   No.

14         Q.   I believe you discussed briefly a scenario where

09:51:45 15    you were stopped outside of Texas Roadhouse.  Do you remember

16    that part of your testimony?

17         A.   Yes.

18         Q.   You were detained by agents; correct?

19         A.   Yes.

09:51:53 20         Q.   Were you uncomfortable at that point in time?

21         A.   I mean, yeah.

22         Q.   It's okay.  It's expected.  Did you initially tell

23    the agents what your involvement was?

24         A.   No.

09:52:11 25         Q.   You withheld that information?

1          A.    Yes.

2          Q.    But later you decided to inform them what you

3     believed your role was?

4          A.    Yes.

09:52:26  5          Q.    During initial conversations with agents did they

6     ever tell you that if you cooperated that you would not be

7     charged?

8          A.    Yes.

9          Q.    Did that occur at that first meeting after Texas

09:52:42  10     Roadhouse?

11          A.    Yes.

12          Q.    They told you at that point in time that if you

13     cooperated you would not be charged?

14          A.    Honestly it was a real long time ago.  If it

09:52:56  15     wasn't, I don't know.

16          Q.    It was around that time period?

17          A.    I don't know.  Yeah.

18          Q.    Okay.

19          A.    I don't know if it was the exact night, but it was

09:53:05  20     around that time period, yes.

21          Q.    So you knew almost immediately if you told them

22     about other people that you would be safe; correct?

23          A.    Yes.  But that means that I don't really know

24     anything about anyone else, so....

09:53:24  25          Q.    So you gave them the only name you knew.

1          A.    I didn't give them any name.  It was told to me.

2     And so I started cooperating.

3          Q.    You gave them Aaron Shamo's name, though; correct?

4          A.    I didn't give them anyone's name.  It was told to

09:53:42 5     me.

6          Q.    Aaron Shamo's name was told to you?

7          A.    Yes.

8          Q.    If we can go to Exhibit 23.04.  I believe that's

9     the immunity agreement.

09:54:00 10          You signed this yesterday; correct?

11          A.    Yes.

12          Q.    And this essentially solidifies what you were told

13     from the outset; correct?

14          A.    Yes.

09:54:13 15          Q.    Have you ever spent a day in jail?

16          A.    Yes, I have.

17          Q.    On this charge?

18          A.    No.

19          Q.    On this case?

09:54:21 20          A.    No.

21          Q.    So when agents initially detained you outside of

22     Texas Roadhouse you were allowed to go home and think about

23     it.

24          A.    Yes.

09:54:31 25          Q.    Then come back with any information you had later;

1    correct?

2         A.   Yes.

3              MS. BECKETT:  Just one second, Your Honor.

4              THE COURT:  Sure.

09:54:49  5          (Time lapse.)

6              MS. BECKETT:  I have no further questions.

7              THE COURT:  Thank you, Ms. Beckett.

8              Mr. Gadd, any redirect?

9              MR. GADD:  Nothing further.  Thank you.

09:55:08 10              THE COURT:  Thank you.  You may step down, and

11   you're excused.

12              THE WITNESS:  Thank you.

13              THE COURT:  You can come and go as you please.

14         (TESTIMONY GIVEN AND NOT ORDERED AND NOT TRANSCRIBED.)

12:50:41 15              THE COURT:  Government may call its next witness.

16              MR. STEJSKAL:  We call Alex Tonge.

17              THE COURT:  Come forward and be sworn, please,

18   right up here in front of the clerk of court.

19              THE CLERK:  Please raise your right-hand.

12:51:14 20                   ALEXANDRYA MARIE TONGE,

21         called as a witness at the request of Plaintiff,

22            having been first duly sworn, was examined

23                   and testified as follows:

24              THE WITNESS:  I do.

12:51:23 25              THE CLERK:  Come around to the witness box here.

1          Please state your name and spell it for the record.

2          THE WITNESS:  It's Alexandrya Marie Tonge.

3     A-L-E-X-A-N-D-R-Y-A, M-A-R-I-E, T-O-N-G-E.

4          THE COURT:  You may proceed, Mr. Stejskal.

12:51:51   5          MR. STEJSKAL:  Thank you, Your Honor.

6                         DIRECT EXAMINATION

7     BY MR. STEJSKAL:

8          Q.   Your current occupation?

9          A.   I'm an install manager at Main Street Office

12:51:59  10    Furniture.

11          THE COURT:  You need to speak up and right into the

12     microphone so everybody can hear you.

13          Q.   BY MR. STEJSKAL:  How about your previous

14     employment before that?

12:52:07  15          A.   I worked at ebay in business development.

16          Q.   And how long did you work at ebay?

17          A.   For five years.

18          Q.   Over what time period?

19          A.   August 2012 through August 2017 -- or May 2017.

12:52:22  20          Q.   And you also have some military experience?

21          A.   I do.

22          Q.   What's that?

23          A.   I served six years in the Utah National Guard.

24          Q.   Over what time period?

12:52:31  25          A.   2013 through 2019.

28

```
 1              Q.    Do you know Katie Bustin?

 2              A.    I do.

 3              Q.    How do you know her?

 4              A.    She's my wife.

 5              Q.    And did the two of you work together at ebay back

 6    in those years that you mentioned?

 7              A.    Yes, we did.

 8              Q.    And how did you -- did you form a relationship

 9    while you were there?

10              A.    Yes.  We were friends at first, and it formed

11    beyond that later.

12              Q.    Through your employment at ebay, did you come to

13    know a man by the name of Aaron Shamo?

14              A.    I did, yes.

15              Q.    How did you come to know him?

16              A.    Through Katie.  He worked on a team with her there.

17    So he was in the same department that I was working in at that

18    time.

19              Q.    And what did you know of him or about him at that

20    time?

21              A.    Just that he was, you know, regular guy working at

22    ebay.

23              Q.    How about a gentleman named Drew Crandall?

24              A.    Yes.  Worked in the same department.

25              Q.    As you or as --
```

1          A.    So at that time we all worked in the same

2    department.

3          Q.    Okay.  And what do you know about him?

4          A.    Same kind of thing.  Just someone that worked

12:53:51  5    there.

6          Q.    At some point did you and Miss Bustin become more

7    involved with Aaron Shamo in business relations?

8          A.    Yeah.  So when Aaron had left ebay he continued

9    living what seemed like a pretty normal lifestyle, didn't seem

12:54:21  10   to struggle with money, so we were kind of interested in what

11   business venture he was doing outside of ebay in order to do

12   that.

13         Q.    And how did you guys try to figure that out?

14         A.    Katie had asked Aaron, what are you up to?  What

12:54:36  15   are you doing?  How are you making money?  How are you living?

16   Type of thing.

17         Q.    And what response?

18         A.    He had mentioned that he was trading Bitcoin and

19   making money that way.  So....

12:54:49  20        Q.    Okay.  Anything beyond that that you became

21   involved in?

22         A.    Yes.  So we, you know, had kind of expressed

23   interest in getting involved, so he mentioned that he could

24   ship packages directly to us.  And if we brought them to him

12:55:04  25   he would give us a couple hundred bucks a package.

1      Q.   Do you recall where you had that conversation with

2  Mr. Shamo?

3      A.   In his BMW somewhere in Midvale, initially.

4      Q.   Any more talk about what was in those packages or

12:55:22 5  why he wanted you to do that?

6      A.   Not at that time.  I chose to kind of not push

7  beyond that initially to find out what was in that.

8      Q.   Okay.  What were your instructions then as far as

9  doing that for him?

12:55:36 10     A.   Don't open the packages, just bring them to him at

11  his house, let him now, hey, we got one, and meet up

12  somewhere.

13     Q.   Did that seem at all fishy to you when you started

14  doing that?

12:55:48 15     A.   Yeah.  Yeah.  It seemed, you know, kind of strange

16  that he would want something shipped somewhere else instead of

17  to him.

18     Q.   But you agreed to do it, anyway?

19     A.   Yeah.

12:55:58 20     Q.   How come?

21     A.   I was kind of in a tight position financially.

22     Q.   Take your time.

23     So because of that you decided you would go ahead

24  and no questions asked?

12:56:46 25     A.   Yeah.

1    Q.    Who told you what you would be paid and how you

2   would be paid?

3    A.    Aaron was who we communicated with.

4    Q.    And before I forget, can you identify Aaron Shamo

12:57:03  5   in the courtroom here today?

6    A.    Yeah.  He's sitting in the black suit over there,

7   black tie.

8    Q.    At the end of counsel table?

9    MR. STEJSKAL:  May the record reflect that this

12:57:12 10   witness has identified the defendant Aaron Shamo?

11    THE COURT:  Yes.

12    MR. STEJSKAL:  Thank you, Your Honor.

13    Q.    BY MR. STEJSKAL:  How many packages do you believe

14   you received in that manner?

12:57:24 15    A.    Four to five packages.

16    Q.    And how would they come?

17    A.    So initially they would just, a little random.  I

18   mean, shipped in a brown box with what seemed like a normal

19   shipping label.  Chinese writing on some of them.  Envelopes.

12:57:47 20    Q.    And you would receive them.  And then what would

21   you do with them once they came in your possession?

22    A.    Katie would reach out to Aaron and say, hey, we've

23   got a package.  When do you want to meet up so we can give it

24   to you?

12:58:01 25    Q.    When would you meet Mr. Shamo to deliver those

1    packages?

2          A.    We met him in his car or at his out in SugarHouse.

3          Q.    How would you get paid?

4          A.    In cash.

12:58:13   5          Q.    By whom?

6          A.    By Aaron.

7          Q.    And who were those packages addressed to?

8          A.    I believe they were addressed to Katie.

9          Q.    And did you move sometime in 2015?

12:58:33  10          A.    We did, yes.  We lived in Riverton, and we moved to

11    South Jordan in Day Break.

12          Q.    And can you tell us the address?

13          A.    Yeah.  116 -- 11469 South Open View Drive.  Sorry.

14          Q.    And just for perspective that's the place that the

12:58:53  15    police ultimately came to?

16          A.    Yes.  Yeah.

17          Q.    While you were living at that residence, were you

18    still having some financial difficulties?

19          A.    Yes.  They had minimized.  Initially my mom was

12:59:09  20    sick.  She was in the hospital for six months.  She's a single

21    parent, so it was just me and her, and so I felt, you know,

22    the need to try to take care of her.  So we had initially been

23    living together in Riverton, and she got her own place in

24    South Jordan.

12:59:36  25          Q.    Your mom did, and you guys got your own place.

```
 1          A.    Yeah.

 2          Q.    Did there come an opportunity to make more money

 3    with Mr. Shamo?

 4          A.    Yes.

 5          Q.    How did that come about?

 6          A.    In a conversation that myself, Katie, Aaron and

 7    Drew had to do more for kind of what they were trying to build

 8    and give us a background on what they were doing.

 9          Q.    Do you recall approximately when that conversation

10    took place?

11          A.    I believe in May of 2015 or June shortly after we

12    had moved to South Jordan.

13          Q.    Okay.  And do you recall where that conversation

14    took place?

15          A.    Yes.  In the basement of the SugarHouse where Aaron

16    and Drew lived.

17          Q.    And what was the proposition?  What was the

18    business arrangement?

19          A.    That we would package product for them and ship it

20    out to, you know, buyers that are purchasing from them online.

21          Q.    And how were you going to get paid?

22          A.    In cash.

23          Q.    Do you recall how much initially was promised?

24          A.    I believe we started at a thousand a month or a

25    thousand every two weeks, so a thousand per person per month.
```

12:59:45 (line 5)
13:00:03 (line 10)
13:00:18 (line 15)
13:00:34 (line 20)
13:00:51 (line 25)

1      Q.    Okay.  And who would pay you?

2      A.    Aaron would pay us.

3      Q.    So how did you get started or trained in performing

4    that operation?

13:01:15  5      A.    After that conversation at the residence they said

6    that they would set up a time to bring, you know, product over

7    to our house so that they could teach us how to do it.  And so

8    that was scheduled.  And Drew's actually the one that brought

9    all of that product over.

13:01:32  10      Q.    Okay.  So initially Drew came over to your house in

11    Daybreak?

12      A.    Yes.

13      Q.    Drew Crandall?

14      A.    Yes.

13:01:39  15      Q.    And what did he bring and what did he show you?

16      A.    Brought a tote full of drugs to ship out, brought

17    envelopes, mylar bags, heat press, postage.

18      Q.    And at that period of time how was communication to

19    take place between you and Mr. Shamo?

13:02:06  20      A.    Via Telegram.

21      Q.    Tell us what Telegram is.

22      A.    It's a texting app that can be used in an

23    encryption mode.  It's not detectable or easily readable.

24      Q.    So in lay terms how does that work?  So if you send

13:02:25  25    a text what happens?

35

1          A.    So it's just -- from my understanding, so it's just

2     sent almost like a normal text but you open a different app.

3     But it's kind of a locked -- it's a locked down app.  You've

4     got to be able to erase everything or send secret messages so

13:02:49  5     instead of your phone.  You know, anyone in the government can

6     have access to that or see messages or whatever.  It allows

7     for that not to happen.

8          Q.    So the idea is it's more secure or secret than

9     regular text messages.

13:03:03 10          A.    Correct.

11          Q.    Whose idea was it to communicate through that

12     program?

13          A.    Aaron's.

14          Q.    Did he specifically tell you guys?

13:03:14 15          A.    Yeah.  He showed us the app to download and kind of

16     how to use it.

17          Q.    And gave you instructions that that's what you were

18     to communicate with?

19          A.    Yes.

13:03:22 20          Q.    Is there also something called Sigaint?

21          THE COURT:  Called what?

22          MR. STEJSKAL:  Sigaint, S-I-G-A-I-N-T.

23          Q.    BY MR. STEJSKAL:  Does that sound right?

24          A.    Yes.

13:03:35 25          Q.    What's that?

1       A.     It's an e-mail on the Dark Web.  So like a Gmail,

2  but in an area that's nondetectable.

3       Q.     So in lay terms sort of like the Telegram app for

4  text messages it's sort of that for e-mail?

13:03:56  5       A.     Correct.

6       Q.     Let's look at Exhibit 15.07.  Just looking at that

7  page there can you tell us what that is?

8       A.     Yeah.  That's what the e-mail interface looked

9  like.

13:04:19 10       Q.     That's --

11       A.     I believe that was ours.  It's the, pass the peas.

12       Q.     Tell us what you mean by that.  It says

13  passthepeas@sigaint.org.  What is that?

14       A.     That was the e-mail address that was given to us to

13:04:36 15  use.

16       Q.     Given to you by whom?

17       A.     By Aaron.

18       Q.     And that's how you were to receive e-mail messages?

19       A.     Correct.

13:04:44 20       Q.     Let's go all the way to the last page.  It might be

21  a blank page, so it might be the second-to-the-last page.  And

22  starting at subject there, if you can focus that in.

23       A.     So that was how to get everything set up so we

24  could have access to it from our computer at our house.

13:05:13 25       Q.     So reading that down there, the text, it's

37

```
 1    basically, here's what you've got to do?

 2         A.    Yeah.

 3         Q.    So did you guys receive this message?

 4         A.    We did receive it.  Drew sent it to himself and set

 5    it up on our computer.

 6         Q.    At your house?

 7         A.    Correct.

 8         Q.    And then kind of showed you how to use it?

 9         A.    Right.

10         Q.    What does it mean by, open the GPG Keychain

11    program?

12         A.    So that's the program to use to read encrypted

13    message that are sent as documents.

14         Q.    So you have to be some kind of a key to be able to

15    un-encrypt and read these messages?

16         A.    Yes.  It's kind of like a USB key that you click

17    and put in.

18         Q.    And you were given that by then?

19         A.    Correct.

20         Q.    You said your address was, pass the peas; correct?

21         A.    Yes.

22         Q.    Do you recall what Mr. Shamo's was?

23         A.    American Steam, I believe?

24         Q.    Okay.  And again, what kind of things would you

25    communicate with Mr. Shamo over this e-mail system?
```

1      A.    Orders were sent via this e-mail.  Or if there were

2    things that needed to be addressed like if there was a

3    customer service issue, it would be sent through here.

4      Q.    Okay.  All right.  So let's shut that down.

13:06:52  5          So when this operation, I guess when you initially

6    got involved here it looks like in June or July of 2015, tell

7    us what kind of packaging materials you were using at that

8    time.

9      A.    Priority envelopes, non-padded, and mylar bags to

13:07:14  10   put the product in.

11     Q.    So some of those yellow padded envelopes?

12     A.    It ended up being, yeah.

13     Q.    Okay.  So you said mylar bags.  Any other things

14   that you can think of?

13:07:30  15     A.    Like a makeshift invoice to put in with the

16   package.

17     Q.    Okay.  Let's look at Exhibit 11.00, 031.

18          Do you recognize that?

19     A.    I do, yes.

13:07:53  20     Q.    What is that?

21     A.    An invoice that we created to include with the

22   shipment that was sent out.

23     Q.    Okay.  Were you given instructions on using

24   invoices?

13:08:04  25     A.    Yes.  When Drew came over initially he had brought

1      some that they had already created to send out with their

2      packages.  I assumed they were already using it, so he kind of

3      brought over a format to use.

4           Q.   Did you change that over time?

13:08:21  5      A.   I did, yeah.

6           Q.   Why?

7           A.   Just kind of break things up, change how things are

8      going out.  There were concerns of packages being, you know,

9      intercepted, then change would happen.

13:08:37 10           Q.   Were you given instruction on that?

11           A.   Yeah.  Drew, you know, had mentioned, maybe we need

12      to change it up, not keep things the same.

13           Q.   And after Drew left the organization, did you

14      receive instructions from someone else?

13:08:52 15           A.   Yes.  Aaron kind of recommended, let's try coffee

16      beans in packages or Legos in packages to kind of change

17      what's being sent.

18           Q.   Let's also look at 7.02, I guess the first page.

19      Nope.  Let's try the second page.  There's a series of photos.

13:09:28 20      Is this 7.03?  Never mind.  Let's skip that for now.  Let's

21      look at 11.00, Page 26.

22                In the bottom left corner there we see some

23      Cheez-its and some cookies and things.  Do you see that?

24           A.   Yes.

13:10:07 25           Q.   What's that about?

1      A.   So we also used that because they are made of mylar

2   to put product actually in with those food items and then

3   reseal it and send those out.

4      Q.   So you talked about so there's cookies here,

13:10:24  5   there's chips.  It was the mylar bags that you wanted to put

6   the pills in?

7      A.   Yes.

8      Q.   And this is again towards the beginning of this in

9   the summer of 2015?

13:10:38 10   A.   Yes.

11      Q.   Did that change over time that you kind of quit

12   using these?

13      A.   Yeah.  Aaron had mentioned several complaints of,

14   you know, people getting cookies that were all spilled

13:10:52 15   everywhere, whatever, so we decided to change that.

16      Q.   Okay.  And you mentioned coffee beans a second ago.

17   Tell me about that.

18      A.   So inside the just the normal mylar bags we added

19   coffee beans.  So he ordered coffee beans somewhere online and

13:11:09 20   brought them over for us to use.

21      Q.   When you say "he" who was that?

22      A.   Aaron.

23      Q.   And it was like a giant bag of coffee beans?

24      A.   Yeah.  It was a burlap sack with coffee beans.

13:11:20 25   Q.   And you put a few in each package?

1          A.    Yes.

2          Q.    And that was per his instructions?

3          A.    Correct.

4          Q.    Talk about postage.  How did that work at the

13:11:33  5   beginning?

6          A.    So initially we would get the envelopes from the

7    post office and then have priority stamps.  And so we would

8    just stamp the envelope with that postage.

9          Q.    And were there times that you used regular stamps,

13:11:50  10  too?

11         A.    Yeah.  If we needed to increase the amount of

12   postage on that package.

13         Q.    Okay.  Let's look at 11.00, 029.

14               Do you recognize those being found at your house?

13:12:12  15       A.    Yes.  They were kind of I believe a counterfeit

16   postage that was purchased online rather than instead of

17   trying to get postage from the post office.

18         Q.    So who were those given to you by?

19         A.    By Aaron.

13:12:29  20       Q.    Okay.  And apparently they didn't work because they

21   were counterfeit?

22         A.    Yeah.  So we had several that were never used.

23         Q.    So just kind of put them in the closet?

24         A.    Yeah.

13:12:39  25       Q.    Okay.  Let's next look at Photo 33.  If we could

1    zoom in a little bit.

2            Can you tell what that is?

3        A.    Yes.   That's a receipt from the post office for

4    purchasing priority mail stamps.

13:13:01  5        Q.    And those look like a fairly sizeable dollar

6    amounts there.   It looks like $580.50 on the top line.   Tell

7    us about the amounts of postage you were going through.

8        A.    We purchased that probably twice a week.   So

9    sometimes Aaron would purchase it and give it to us.

13:13:24 10  Sometimes Drew would purchase it.   Sometimes we would purchase

11   it and get reimbursed on Venmo.

12       Q.    Okay.   But that was an important part of what you

13   were doing having postage available.

14       A.    Correct.

13:13:37 15      Q.    Couldn't really do your job without it.

16       A.    Right.

17       Q.    Did the postage get even more sophisticated later

18   on in your participation?

19       A.    Yes.   There was a website on the Dark Web that you

13:13:57 20  could purchase actual shipping labels and print them out, and

21   it had to have the address going and coming.   And it would

22   include the postage.   And you would purchase it via Bitcoin.

23       Q.    And how did you get turned onto that?

24       A.    So Drew suggested that we use that.   Aaron set us

13:14:23 25  up with the website, set us up with a Bitcoin wallet and would

1    transfer Bitcoin to us in order to purchase the postage.

2         Q.    Do you recall what the website was called?

3         A.    Getusps.com.

4         Q.    Did you also try to track packages?

13:14:46  5    A.    Yes.

6         Q.    And let's look at Photo 47.

7               Do you recognize that?

8         A.    Yeah.  Tracking is free to use if you use a

9    priority envelope.

13:15:03  10   Q.    Okay.  And those were found at your house on the

11   search warrant.  Do you recognize why those are there?

12        A.    Yes.  When we were doing postage that you buy at

13   the post office we would include a tracking label on each

14   package and then keep the bottom portion and write the

13:15:20  15   customer name with it so that if issues arose that could be

16   referenced.

17        Q.    If I understood you correctly you would save the

18   tracking number so if something came up you could figure out

19   from the tracking number what package it was that had

13:15:41  20   concerns.

21        A.    Correct.  See if it been delivered or not.

22        Q.    Okay.  Let's look at Photo 32 and Photo 37 and

23   Photo 38.  Can you tell us what those are?

24        A.    Those are label printers to use when using like

13:16:16  25   USPS because it would print on a sticker basically so you can

44

1    stick that to the envelope or box.

2        Q.   So it would print out the address and you would

3    just paste it on there.

4        A.   Correct.

13:16:32  5      Q.   Did you guys do that?

6        A.   We could never get it to work properly.

7        Q.   So how did you use it instead?

8        A.   Just used a printer, just a normal standard printer

9    and printed it out that way.

13:16:45  10     Q.   So you ended up with some extra labels that you

11   couldn't use?

12       A.   Yeah.  Label makers, yeah.

13       Q.   In the closet with everything else?

14       A.   Yeah.

13:16:55  15     Q.   How did you figure out return addresses?

16       A.   So when Drew came over initially he said just pick

17   a random address on Google Maps near the post office you want

18   to use at that time and use that as a return address.  So

19   every time was different.  Every day was different.

13:17:13  20     Q.   And did you kind of do that then?

21       A.   Yeah.  Uh-huh (affirmative).  Once he kind of

22   showed us how to do that he didn't come over every day, and I

23   took that over.

24       Q.   And were those individuals or companies or how did

13:17:29  25   you do that?

1      A.    So we kind of matched it with the invoice that we

2   were using, and we would use a company name.  But initially we

3   would just think of a random first and last name.

4      Q.    So like many things this seems to progress over

13:17:45  5   time, so at the beginning you used individual names and later

6   on you decided it would be company names?

7      A.    Correct.  Yeah.

8      Q.    Were you given some instruction on that?

9      A.    Yeah.  Just to make it more professional, you know,

13:17:57  10   conversations with Aaron on, what could we do to ensure

11   packages were arriving and not a red flag in a post office.

12      Q.    So would it be fair that he kind of gave you

13   directions on that?

14      A.    Yes.

13:18:14  15      Q.    And then how did that relate to where the packages

16   would be dropped off for delivery?

17      A.    So we would find post offices in that area.  So if

18   it's in South Jordan we would try to find blue boxes and post

19   offices in that area and drop it off like that.

13:18:34  20      Q.    And at the beginning here that we're talking about

21   the summer of 2015 and going forward from there, was that one

22   of you and Miss Bustin's tasks, as well, was to actually drop

23   them off?

24      A.    Yes.

13:18:48  25      Q.    This sounds kind of time consuming.

46

1          A.    Very.

2          Q.    Tell us about that.  How time consuming?

3          A.    At the beginning, you know, maybe an hour or two a

4    night, plus drop-off time.  And it progressed to three, four,

13:19:03 5    five hours depending on how many orders were happening that

6    day.

7          Q.    So you seem to say that there were fewer orders at

8    the beginning and the order numbers increased as time went on?

9          A.    Yes.

13:19:18 10         Q.    How about package sizes, did that seem to increase,

11   too, as time went on?

12         A.    Exponentially, yeah.

13         Q.    What do you mean by that?

14         A.    Initially maybe somebody was buying five or 10 of

13:19:30 15   something, and then we were shipping out hundreds and

16   thousands to one person.

17         Q.    By the end?

18         A.    Yeah.

19         Q.    You guys were still working at ebay, then, 2015

13:19:49 20   into 2016?

21         A.    Up until our indictment, yes.

22         Q.    And so how did that affect your quality of life, I

23   guess, working at ebay and doing this?

24         A.    Not much free time.  So working, going to school

13:20:05 25   full-time and doing this, as well.  Didn't leave for much of

47

 1    social life outside of that.

 2           Q.   Let's look at Exhibit 11.  Let's do Page 2.

 3                Do you see that "ship to" address on there?

 4           A.   Yes.  Aaron's address in Cottonwood.

13:20:40  5    Q.   And this was found with the search warrant at your

 6    house.  So how did you come in possession of this thing?

 7           A.   It was something that he ordered that we needed

 8    paper, labels or something of that nature, and then brought it

 9    over to our house.

13:20:54 10           Q.   Okay.  Let's look at Page 3.  Page 4.  There we go.

11                What's that?

12           A.   Mylar bags.

13           Q.   Page 5.  That's not Page 5.  That's Page 6, I

14    think.  That's Page 6.  Page 7.

13:21:32 15                What are we looking at there?

16           A.   The desk that we sat at to do orders.

17           Q.   And on the right side, those white things?

18           A.   The priority envelopes that we used.

19           Q.   So you used a bunch of those?

13:21:47 20           A.   Yeah.

21           Q.   42.  See that address again?

22           A.   Yep.

23           Q.   So was it fairly common for Mr. Shamo to order that

24    and bring that stuff over to you?

13:22:02 25           A.   Yes.  Yeah.

48

1      Q.   That's really how you got most or all of that

2  stuff?

3      A.   Yeah.  Very seldom did we purchase something

4  ourselves.

13:22:13  5      Q.   Was that 42?  43, same thing.  And 44.  Remember

6  those stickers?

7      A.   Yeah.  Aaron toyed around with the idea of putting

8  those on packages so that things weren't crushed or again just

9  change the look of the package that was going through.

13:22:39  10      Q.   And that was kind of early on you quit using those,

11  too?

12      A.   Yeah.

13      Q.   How come?

14      A.   Just seemed like more time for us.

13:22:50  15      Q.   Now, you said Mr. Crandall, Drew, had initially

16  brought stuff over to you guys and showed you how to run

17  things.

18      A.   Yeah.

19      Q.   And I believe you said that was in like late summer

13:23:04  20  of 2015?

21      A.   Yes.

22      Q.   Was there some point that Mr. Crandall planned to

23  leave or was leaving the country?

24      A.   Yeah.  Later that year in November he was getting

13:23:16  25  ready to go to New Zealand and do a working visa there.

1        Q.    What did you know about that?  Where did you learn

2   about that from?

3        A.    I learned that from Aaron.  And he mentioned that

4   he bought Drew out for 30,000 to take over fully himself.

13:23:33  5        Q.    Okay.  And did Drew end up leaving then?

6        A.    He did, yes.

7        Q.    Where did that conversation take place about buying

8   Drew out and those things?

9        A.    At our house in our office.

13:23:47 10        Q.    And did that have any effect or change on what you

11   guys were going to be required to do, you and Ms. Bustin?

12        A.    Just assumed, you know, kind of more work less one

13   person running around to get things.  So Aaron would have to

14   be more involved in getting product to us or making decisions

13:24:11 15   and things like that.

16        Q.    Did your pay change over time?

17        A.    It did, yes.

18        Q.    Explain that.

19        A.    I think we had, you know, mentioned we were doing a

13:24:23 20   lot.  We're spending this much time.  I feel like getting more

21   money is worth it for him, for Aaron to pay us.  And I think

22   also if he felt discontent from us, that was kind of a

23   Band-Aid for him.  Give me some more money or let me pay you

24   more, try to fix things there with us that.

13:24:47 25        Q.    Did you complain at all to Aaron that it was taking

1    too much time or it was too hard?

2           A.   Yeah, absolutely.

3           Q.   Tell us about that.

4           A.   Just conversations about, you know, if he didn't

13:24:58  5    get any mail to us til 8:00 or 9:00 and we had three hours of

6    work to do, you know, it was areas of frustration with him.

7    And it got to the point where we just kind of said, you know,

8    we don't really want to do this anymore.  It's too much.  It's

9    too much pressure to do this.  And his response was, kind of

13:25:24  10   upset, you know, you can't do that to me.  You can't just

11   leave.  And at least let me get somebody in your position.

12   You can help train them.  I'll give you money for a

13   downpayment on a house, whatever I can do, type of response.

14          Q.   And this is later on in the --

13:25:41  15        A.   Yeah.  It was October, November, right before

16   everything came to a head.

17          Q.   Okay.  We'll get more into that later.  We'll try

18   to stay on progression here a little bit.

19          A.   Yeah.

13:25:52  20        Q.   So tell us about what you were shipping.  So at the

21   beginning do you recall what kind of items you were shipping?

22          A.   Yeah.  Yeah.  We shipped weed or Ecstacy, LSD.

23          Q.   By weed you mean marijuana?

24          A.   Yes.

13:26:13  25        Q.   What's Ecstacy?

1        A.    Party drug.

2        Q.    And what kinds of amounts were you shipping those

3   things?

4        A.    Small amounts.  You know, even one or two things at

13:26:25  5   a time or maybe 10 for a larger order, stuff like that.  So

6   nothing extensive.

7        Q.    Okay.  Let's look at Photo 41 on 11.00.

8              Do you recognize that?

9        A.    Yes.  Those were used to capsule MDMA.

13:26:52  10       Q.    And did you guys do that or did somebody else?

11       A.    Initially Aaron or Drew did it.  They came

12   pre-done, but that was something else that we had to do.

13       Q.    And again, that was towards the beginning of your

14   involvement in this organization?

13:27:07  15       A.    Correct.

16       Q.    And then you guys quit doing that.

17       A.    Yeah.

18       Q.    So like these like many things ended up in the

19   closet?

13:27:15  20       A.    Yeah.

21       Q.    Okay.  So marijuana, LSD, MDMA.  Eventually did you

22   move on to other things that you were shipping?

23       A.    Yeah.  Xanax was the next kind of big thing.

24       Q.    Tell us what that was.  What does that look like?

13:27:35  25       A.    Little white bar made of powder.

1          Q.    And tell us about order sizes towards the beginning

2    of Xanax.

3          A.    They were, you know, still kind of small, but they

4    increased pretty easily, it seemed like.

13:27:55  5       Q.    And did you seem to do a lot of that?

6          A.    Yeah.

7          Q.    Did that become one of the primary products?

8          A.    Yes.

9          Q.    In fact, was that the primary product before Drew

13:28:06 10   left?

11         A.    Yes.

12         Q.    After Drew left, did the products change again?

13         A.    They did.

14         Q.    What happened?

13:28:12 15       A.    They turned into little blue capsules, circular

16   capsules that were M Box, is what they were termed.

17         Q.    And did you know what M Box or Oxycodone was?

18         A.    He just said it was like Oxycodone.

19         Q.    Did you know outside of that from an injury or

13:28:36 20   something else what Oxycodone pills were?

21         A.    Yes.

22         Q.    How did you know?

23         A.    Previous relationship, been used.  Injury or when

24   my mom was in the hospital that's what she used.

13:28:50 25       Q.    So you had seen those before?

1          A.   Yeah.

2          Q.   And they were Oxycodone?

3          A.   Yeah.

4          Q.   When this started, did you have any reason to

13:29:00 5    suspect that these were something other than Oxycodone?

6          A.   No.

7          Q.   And did you feel comfortable shipping those?

8          A.   Yeah.  I mean, to some extent.

9          Q.   Did Mr. Shamo give you an explanation for why he

13:29:16 10   was sending these to people?

11         A.   Yeah.  He kind of initially played off his, you

12    know, I'm a white collar drug dealer.  I'm trying to help

13    people that can't get medicine in a formal way that still need

14    it.

13:29:32 15        Q.   And did you believe that or did you think about

16    that some more?

17         A.   I did, you know, initially believe that seemed

18    right to me.  I mean, I also was trying to make myself feeling

19    better about what I was involved in.  So he kind of has a very

13:29:55 20   charismatic way of explaining things or, you know, trying to

21    calm you down and make you feel like, no, that's what we're

22    doing.  It's okay.

23         Q.   "He" meaning Aaron?

24         A.   Yes.

13:30:06 25        Q.   That's what he told you, and that sounded

1    believable?

2          A.    Yeah.

3          Q.    Did you come to change that view based on what you

4    were doing and quantities?

13:30:13  5    A.    Yeah.  Absolutely.  That's kind of what brought on

6    discontent.

7          Q.    Tell us about that.  How did you kind of conclude

8    differently?

9          A.    Doing that, you know, number of pills seemed

13:30:25  10   strange to me that someone would want to buy, you know, 1,000,

11   2,000, 5,000 pills for an injury or, you know, something of

12   that nature.

13         Q.    Let's talk about pill press.  Do you know what that

14   is?

13:30:52  15   A.    Aaron and Drew showed us the pill press that was

16   used for Xanax initially when we were shipping that out.

17         Q.    Where was that located when you saw it?

18         A.    In the SugarHouse.

19         Q.    On Murphy's Lane?

13:31:05  20   A.    Yeah.

21         Q.    Where in the house, do you recall?

22         A.    In the basement in a storage room off a door in

23   Aaron's room and downstairs.

24         Q.    And you said they were -- so that was before Drew

13:31:19  25   left, so they were only pressing Xanax at that time to your

1      knowledge?

2             A.    Correct.

3             Q.    How was the sales done to your knowledge?  How was

4      contact made with customers?

13:31:35 5           A.    Through an online platform similar to ebay but on

6      the Dark Web.

7             Q.    Who ran that?

8             A.    Aaron ran that.

9             Q.    And how would that work, then?  Walk us through the

13:31:49 10     process of how somebody orders and get drugs.

11            A.    I assume -- I never saw the site online, but

12     ordering through finding a listing basically saying, I want to

13     buy that, providing information, Aaron receives the address,

14     the order info and then passes that along.

13:32:09 15           Q.    To whom?

16            A.    To myself and Katie.

17            Q.    And then what would you guys do?

18            A.    Package the order that was referenced with the

19     address.

13:32:22 20           Q.    And then what?

21            A.    Ship it out.

22            Q.    And initially that was you guys, and then later

23     somebody else took over that role?

24            A.    Yeah.

13:32:30 25           Q.    How was the money controlled?  Did you guys get

1      money directly from these sales?

2           A.   No.  We just got paid every other week in cash from

3      Aaron.

4           Q.   How did that cash get to you?  Like physically did

13:32:46 5      he pay you in cash with his hand?

6           A.   Yeah.  There were times if he was, you know, around

7      when we were home he would come in and give it to us then, or

8      he would put it in my truck.

9           Q.   So who was in charge of this operation?  Who gave

13:33:02 10     you instructions on how to do things?

11          A.   Aaron.

12          Q.   Now let's be clear.  Before Drew left Drew had some

13     involvement in that; correct?

14          A.   Yeah.  He had a role.

13:33:14 15          Q.   Okay.  And then after Drew left was it exclusively

16     Aaron?

17          A.   Yeah.  We didn't communicate with anyone else.

18          Q.   Did you know anyone in the organization?

19          A.   Knew of them, yeah.  Kind of put two and two

13:33:28 20     together to know who was involved.

21          Q.   Give us an example.

22          A.   Sean Gygi was the person that picked packages up

23     from us to drop them off.

24          Q.   Did you have much communication with Gygi?

13:33:40 25          A.   Just to let him know orders were ready.

1        Q.    How did you communicate with him?

2        A.    Katie would text him via Telegram and let him know.

3        Q.    Anybody else you knew in the organization?

4        A.    Yeah.  Mario Noble.

13:33:56  5        Q.    And how did you come to know that Mr. Noble was

6   part of the organization?

7        A.    Just kind of by chance.  Process of elimination in

8   a conversation that he had with Katie at work.  He saw the

9   Telegram app on her phone and kind of questioned, oh, why do

13:34:13 10   you use that?  What do you use that for?  And we knew that

11   Aaron and Mario were pretty good buddies.  Aaron kind of tried

12   to take him out and take him under his wing to help him with

13   girls and stuff like that.  So we kind of figured that is who

14   else would be involved.

13:34:31 15        Q.    Did you have any other contact with Mr. Noble?

16        A.    He would e-mail -- any customer service issues and

17   questions he would e-mail.

18        Q.    And we'll get to that specifically a little bit

19   later.

13:34:41 20             Did Mr. Shamo move from that SugarHouse location to

21   somewhere else?

22        A.    Yeah.  He moved to Cottonwood Heights.

23        Q.    And was that shortly after Drew left the country,

24   Mr. Crandall?

13:34:54 25        A.    Yes.

1 Q. Have you been to the Cottonwood Heights home?

2 A. I have.

3 Q. What was that like?

4 A. Pretty nice house.  But I'd only been in the living

13:35:06 5 room mostly and then into an office once.

6 Q. Okay.  And did you know what was occurring over

7 there?

8 A. I'm assuming -- I assumed the manufacturing of the

9 products that he was bringing to us.

13:35:24 10 Q. Did Mr. Shamo upgrade your equipment at times when

11 something would break or you needed something else?

12 A. Yeah.  Uh-huh (affirmative).

13 Q. Let's look at Page 27 of 11.00.

14 What's that?

13:35:46 15 A. It's a heat press to reseal or seal mylar bags.

16 Q. What was the purpose of doing that?

17 A. So nothing came out of that package so it was

18 sealed tight, air tight.

19 Q. Okay.  Let's look at 34.

13:36:06 20 It's kind of a dark picture, but can you see that?

21 A. Yeah.  That was the initial heat press that was

22 used.

23 Q. Okay.

24 A. Didn't work very well.

13:36:16 25 Q. Had lots of frustrations with that one?

1          A.    Yeah.

2          Q.    So how did you get the other one?  How did you get

3     upgraded?

4          A.    Just by telling Aaron, hey, this really isn't

13:36:26  5     working for us.  Can you find another machine that we can use?

6          Q.    And he would take care of you when you had issues

7     like that?

8          A.    Yeah.  Yeah.

9          Q.    Let's look at Page 21.

13:36:43  10         Do you recognize that silver thing?

11         A.    Yeah.  It's a scale that we used to kind of weigh

12    out pills instead of having to count out 100, 200.

13         Q.    Let's look at 9.

14              What's that there on the right?

13:37:03  15        A.    Another version of a scale.  Better.

16         Q.    That's a better one?

17         A.    Yeah.

18         Q.    Okay.  So is that another upgrade that was provided

19    to you?

13:37:13  20        A.    Yes.

21         Q.    Why did you need a better scale?

22         A.    To be more precise so we weren't sending too much

23    or too little.

24         Q.    And as quantities increased did that become more

13:37:26  25    important?

1       A.   Absolutely, yeah.

2       Q.   So that silver one in Photo 21 just like everything

3   ended up in the closet?

4       A.   Yeah.

13:37:35 5      Q.   What was Mr. Shamo's demeanor like?  How did he act

6   around you?

7       A.   Very charismatic.  You know, fun to be around,

8   friendly, happy.

9       Q.   Did he try to solve your problems when you'd come

13:37:55 10  up with issues?

11      A.   Yeah.  Yeah.  You know, he was definitely a yes man

12  and wanted to take care of anything we brought up.

13      Q.   Did he sometimes give you extra money?

14      A.   Yeah.  Yeah.  You know, if we were -- did a lot of

13:38:11 15  orders or kind of complaining about the time being spent he

16  would give a couple extra hundred dollars.  I know you guys

17  are working hard, and here's a little bit extra to say thank

18  you.

19      Q.   Tell us about the progression in pay.  So I think

13:38:27 20  you said you guys were getting 500 or 1,000 at the beginning.

21  How did that progress?

22      A.   Normally in, you know, every couple months, a

23  couple hundred dollars more, I don't remember the exact

24  increments, but I know we ended up at $3500 biweekly.

13:38:50 25      Q.   Between the two of you?

61

1          A.    Correct.

2          Q.    So roughly 7,000 a month between the two of you?

3          A.    Yes.

4          Q.    And that was towards the end you said?

13:39:01  5          A.    Yeah.  It was only the last couple months, maybe.

6          Q.    And things had more or less steadily progressed

7     from the beginning to that point?

8          A.    Yeah.

9          Q.    Was that mostly in response to Mr. Shamo's

13:39:15  10    generosity, to you guys complaining, to the workload shifting?

11    What was the reason for those?

12         A.    A little bit of everything.  Obviously he saw the

13    amount of orders coming in, and we talked about it and would

14    ask, hey, you know, can we get a little extra money every

13:39:31  15    month?  We're doing a lot.  He said, yeah, yeah, we'll work on

16    it.  I'll think about it and I'll let you know.  And then

17    raises would come.

18         Q.    Okay.  At some point during 2016 did you tell

19    Mr. Shamo you were done delivering to the post offices?

13:39:49  20         A.    Yes.

21         Q.    Tell us about that conversation.

22         A.    It was a conversation that Katie and I had, and she

23    just wanted to minimize our involvement continuously and

24    expressed frustration to have to do what seemed like

13:40:05  25    everything.  So we reached out and said, you know, we would

                                                              62

1    really like someone to be a runner and take packages so we

2    don't have to do that, as well, minimize our involvement or,

3    you know, risk.

4         Q.   When you say you reached out you reached out to

13:40:21  5    whom?

6         A.   To Aaron.

7         Q.   And had a conversation with him about it?

8         A.   Correct, yeah.

9         Q.   And what was his response?

13:40:26  10         A.   He said, yeah, I'll find a runner for you.  I'll

11    see, you know, there's probably someone who wants to be more

12    involved that could be a perfect fit that can do that.

13         Q.   Did that end up happening?

14         A.   Yes.

13:40:38  15         Q.   Who did he get?

16         A.   Sean Gygi.

17         Q.   What was the timeframe of Mr. Gygi taking over that

18    role roughly?

19         A.   Handful of months before November, so not too long

13:40:51  20    but several months.

21         Q.   Handful of months, probably the summer of 2016?

22         A.   Yeah.

23         Q.   And again, how would that work?  How would you

24    communicate with Mr. Gygi?

13:41:03  25         A.   Once we finished packing orders for that day Katie

1  would send a message via Telegram to Sean to let him know they

2  were ready.

3       Q.   So by that time were orders getting bigger?

4       A.   Yeah.  A lot bigger.  A lot more orders, you know,

13:41:22 5  50, 60, 70 orders a day and large quantities.

6       Q.   Did you guys still have to package and prepare all

7  of those for shipping?

8       A.   Correct.  Yeah.

9       Q.   How would you get the packages to Mr. Gygi?

13:41:37 10      A.   We would put them in boxes on the front porch, and

11  then he would pick them up from the porch.

12      Q.   How would you communicate to them?

13      A.   Telegram.

14      Q.   Again can you explain briefly what that is?

13:41:47 15      A.   Encrypting messaging through a specific app.

16      Q.   Tell us about how the drugs that you were shipping

17  would get to your house.

18      A.   So either Aaron would bring them over in a duffle

19  bag or a box or he would put them in my truck either at --

13:42:11 20  that was parked at ebay or parked in front of our house.

21      Q.   And how would he have access to your truck?

22      A.   Via pin pad on the door.

23      Q.   So you didn't have to be there?

24      A.   No.

13:42:23 25      Q.   You could just --

```
 1              A.    Drop it off, yeah.

 2              Q.    And I'm sorry.  You said a duffle bag?

 3              A.    Yeah.

 4              Q.    Often times that's how drugs would get to you?

 5              A.    Correct.  Yeah.

 6              Q.    So would you have frequent contact with Mr. Shamo

 7    when the drugs were delivered, or was it more often that he

 8    would do it that way and just kind of give them to you in your

 9    truck?

10              A.    It was more often that he would give it to us in

11    the truck because with orders being as large as they were and

12    frequent as they were it needed to happen more often, and he

13    said he would be running behind on getting it pressed and

14    would try to get it out to us.

15              Q.    And you guys were working full-time at ebay at that

16    time?

17              A.    We were, yes.

18              Q.    Was he working at that time?

19              A.    He was not.

20              Q.    So this was his thing?

21              A.    Full-time, yeah.

22              Q.    Tell me about customer service.  So how -- would

23    you put the addresses in the computer to make the shipping

24    labels?

25              A.    Correct.  Yeah.  Based on an e-mail that was sent
```

Timestamps in left margin: 13:42:33 (line 5), 13:42:47 (line 10), 13:43:03 (line 15), 13:43:09 (line 20), 13:43:27 (line 25)

1    to us with the order information.

2         Q.   Okay.  You would type it into that USPS?

3         A.   Yes.

4         Q.   And what kind of response would you get from that

13:43:40 5    program?

6         A.   It would either say it was a valid address or this

7    is actually the correct zip code or address unknown.

8         Q.   And by address unknown it's like an invalid address

9    that you shouldn't ship to.  Is that your interpretation?

13:43:57 10        A.   Yeah.

11        Q.   What would you do with those?

12        A.   Just keep a record of them and then send it back

13   via e-mail and say, this address isn't valid.

14        Q.   Who would you send those to?

13:44:06 15        A.   Back to Aaron.

16        Q.   By what means?

17        A.   By the Sigaint or whatever.

18        Q.   Sigaint.  I'm not sure exactly either, but the

19   e-mail?

13:44:17 20        A.   Yeah.

21        Q.   And then would Mr. Shamo get back to you on how to

22   deal with those address issues?

23        A.   Yeah.  He would reach out to the customer or have

24   someone reach out to the customer to get a correct address,

13:44:35 25   and then say, these are the updated addresses.  Now you can

1    ship that order.

2         Q.   And were there other customer service issues you

3    deal with, as well?

4         A.   None that we really dealt with, but they were

13:44:50   5    messages that we would see in an e-mail that he would include,

6    you know, happy customers or, hey, can you throw in a sample

7    of this, or, can you send extras?

8         Q.   And how were the roles between you and Ms. Bustin

9    separated?  What did you guys kind of do?

13:45:13   10        A.   So I would do all the addressing, labeling, put the

11   invoice in, pull the orders and un-encrypt them.  And then she

12   would have a paper in front of her of what the order was, and

13   she would count it out and put it in a mylar and press it and

14   give it to me.

13:45:35   15        Q.   And seal it back in the envelope and ready to be

16   shipped in a box?

17        A.   Yeah.

18        Q.   Let's look at Photo 8 from 11.00.  And if you could

19   focus in on that paper on top of the --

13:45:52   20             Can you tell us what that is?

21        A.   That's what the printout of the orders would look

22   like once it was unencrypted.

23        Q.   So how would it get unencrypted again?

24        A.   Through an encryption key on the computer that we

13:46:07   25   had.

1    Q.    So you were given the key to un-encrypt encrypted

2    e-mail; correct?

3    A.    Yes.

4    Q.    And you would put the key in and un-encrypt it?

13:46:18  5    A.    Correct.

6    Q.    And then this is what would printout?

7    A.    Yeah.

8    Q.    Looking specifically, I know this is kind of hard

9    to see, but can you explain the lines on this?  So let's

13:46:29  10   look -- let's start on the bottom one where it says, M Box.

11   Do you see that down there?

12   A.    Yeah.

13   Q.    Explain what that means down there.

14   A.    So that was -- we knew that as the blue pill that

13:46:39  15   had a square on it with an M imprinted.  That I'm assuming

16   what the terminology would be on the website that he used

17   times 5,000 and the quantities that was being shipped, order

18   number, date it was ordered and customer, user name, and then

19   how it was to be shipped.

13:47:03  20   Q.    Meaning priority mail?

21   A.    Yeah.

22   Q.    Most of these seem to say.

23   A.    Yeah.  There were very few that requested

24   expedited.

13:47:12  25   Q.    And if they did what would you do with that?

1        A.   Put it in a blue envelope, and it would ship

2   faster.

3        Q.   And they would tell you the shipping price, and you

4   would have to put that amount of postage on it?

13:47:25   5        A.   Yes.

6        Q.   So looking at this particular order form do you see

7   the date on these orders?

8        A.   Yeah.   November 19th, 2016.

9        Q.   Okay.   And it looks like there's four of them on

13:47:39  10   this page.   Can you see the quantities?

11        A.   Yeah.   They're all 5,000.

12        Q.   And is that what you were doing at this time?   This

13   is a few days before the police came.

14        A.   Correct.   Yeah.   That was a current order that had

13:47:55  15   been shipped out.

16        Q.   I'm going to hand you these two exhibits.   Let's

17   look first at what's marked as 11.03.   Can you tell us what

18   that is?

19        A.   So that was an order sheet that had been completed.

13:48:35  20        Q.   And that was found at your residence there?

21        A.   (Witness indicates by nodding head up and down.)

22        Q.   How can you tell it's been completed?

23        A.   So the kind of squiggly mark over the order was

24   Katie's way of saying that item was done.   And there's tally

13:48:53  25   marks for what's been counted so she could keep track.

1      Q.   And let's look at the other one I handed you, which

2  I think is 11.02.  Is that what the yellow sticker says?

3      A.   Yes.

4      Q.   Flip that over and look at the back.

5           What is that?

6      A.   So same thing.  Completed orders from September

7  with the same mark just shown that they had been done,

8  counted.

9      Q.   Let's look at Page 36 of the photos.

10           Do you see that on the screen?

11      A.   Yeah.  Same page.

12      Q.   Same page as 11.02, the front page that you're

13  looking at there?

14      A.   Yes.

15      Q.   I'm sorry.  Tell us again what those pink pen marks

16  mean.

17      A.   That's Katie's way of just notating that that order

18  had been counted and done.

19      Q.   And it looks like these are from September of 2016?

20      A.   Yes.

21      Q.   And what are the quantities on these?

22      A.   2,000 and 1,000, 1100.

23      Q.   Is that normal quantities at that time?

24      A.   Yeah.

25      Q.   Were problems fairly frequent, meaning would you

70

1    have to communicate with Mr. Shamo almost daily on this stuff?

2         A.   Yeah.   We definitely communicated daily.   Address

3    issues, needing Bitcoin transfer to purchase postage, needing

4    more product or more bags to put things in.

13:50:38  5         Q.   And how would those communications take place?

6         A.   All via Telegram.

7         Q.   And was Mr. Shamo pretty good at responding to your

8    concerns?

9         A.   Yeah.   He was good.   If he didn't respond, then we

13:50:52 10   would send an emoji in a normal text message to try to get him

11   to look at Telegram.

12        Q.   I think you testified previously that you and

13   Ms. Bustin were uncomfortable at times with what you were

14   doing?

13:51:12 15        A.   Yeah.   We definitely tried to compartmentalize what

16   we were doing, you know, whatever took place in the office

17   where we packaged.   And that's where, we didn't talk about it

18   outside of that or tried not to to try to live as normal as

19   possible.   I mean, obviously it was our choice to be involved,

13:51:34 20   but we kind of felt stuck, felt like it was something that we

21   had to do or, you know, really needed to do.   So we tried to

22   keep it as separate from our life as possible, told no one

23   that we were involved.

24        Q.   Did you make efforts to quit or leave the

13:51:53 25   organization?

1          A.    We did, yeah.  Especially in a couple weeks before

2     everything happened, we, you know had said, we really don't

3     want to be involved anymore.  We just can't do it.  I need you

4     to come get everything.  And had said, you can't do that to

5     me.  At least let me try to find a replacement.  You can train

6     them and get them set up.  Like if you do that I'll help you

7     with a downpayment on your house, and tried to kind of ease

8     that frustration.

9          Q.    Did he know that house was important to you?

10         A.    Yeah.

11         Q.    How so?

12         A.    He knew it was something that we wanted to do for

13    ourselves and put our life on, you know, a better track.

14         Q.    So leading up to when the police came in November

15    of 2016, did Mr. Shamo drop off some drugs on November 18th,

16    which would have been a day Mr. Gygi was involved?

17         A.    Yeah.  He put them in our truck right outside our

18    house in a duffle bag.

19         Q.    Was that normal?

20         A.    Yeah.

21         Q.    How would you know that there were drugs in your

22    truck?

23         A.    He would send a message via Telegram letting us

24    know he made the drop and it was in place.

25         Q.    Since the truck was locked you would just get them

72

1      when you were there?

2            A.   Yeah.

3            Q.   How did the drugs come to you?

4            A.   Normally in small Ziploc bags inside larger Ziploc

13:53:39  5   bags and then that inside a duffle bag.

6            Q.   On November 18th, so this is four days before the

7      police came, five days, did you put out packages for Mr. Gygi

8      as normal?

9            A.   We did.

13:53:56 10        Q.   And notify him via Telegram?

11           A.   Correct.

12           Q.   Did he come and get those?

13           A.   He did, yeah.

14           Q.   How did you know?  Did he communicate with you by

13:54:07 15   Telegram that he got them, or did you just see that that he

16     were gone?

17           A.   I think we just saw that they were gone.  The boxes

18     were empty, so we would take them back in the house.  But with

19     them being at our front door we could hear when someone was

13:54:22 20   there.

21           Q.   That's what I was getting at.  Yeah.  7.03?  The

22     first page has got them all on a table.  That one.

23                So looking at that, does that appear to be how many

24     packages you would have put out on the 18th?

13:55:25 25        A.   Yeah.  It seems like a normal --

1      Q.   And it looks like it's a mix.  So tell us about the

2   different sizes there.

3      A.   Smaller orders in the envelopes, orders that would

4   fit in a small box and then larger orders in the larger boxes

13:55:42  5   just based on how much would fit.

6      Q.   The quantities --

7      A.   Correct.

8      Q.   -- that would fit?

9      A.   Yeah.

13:55:49 10      Q.   Okay.  And then let's look at 8.02.  8.01.  Not a

11   picture.

12           You also put out a bunch the packages on the 20th.

13   So two days before the police came; correct?

14      A.   Correct.

13:56:18 15      Q.   And that was a large number of packages similar to

16   what we just looked at.

17      A.   Yes.

18      Q.   And again, all different sizes based on quantity.

19      A.   Correct.

13:56:27 20      Q.   Did that take some time to process and put those

21   together?

22      A.   Yeah.  Several hours.

23      Q.   8.03.  Thank you.

24           Does that look like then the packages that you

13:56:42 25   would have put out on the 20th?

1        A.   Yeah.

2        Q.   Let's look at Exhibit 15.05, Exhibit -- I'm sorry,

3   Page 7.

4             So do you recognize generally this what we're

13:57:10  5   looking at here?

6        A.   Yeah.  That would be an e-mail from Aaron, which is

7   American Steam, and has the encrypted message at the bottom,

8   which is the orders, and a little message from him.

9        Q.   Can you read that message for us up there?

13:57:27  10        A.   Yeah.  Happy weekend.  I'll try to come over and

11   drop stuff, with a smiley face.

12        Q.   What's the smiley face?

13        A.   Aaron's way of sending a smiley face.

14        Q.   Kind of his thing?  He often did that in these

13:57:43  15   messages?

16        A.   Yes.

17        Q.   And what does that mean, I'll try to come over

18   tomorrow and drop stuff.  You're reading that.  What does that

19   mean to you?

13:57:51  20        A.   Bring product, bring pills and drop it off.

21        Q.   And the gibberish at the bottom, what did you say

22   that is?

23        A.   It's an encrypted message with the orders.

24        Q.   Let's look at 15.05.  Can you tell us what that is?

13:58:14  25        A.   Yeah.  That's the download available for the

1    orders, the shipping labels from Get USPS.

2         Q.   Again, so that's again on this encrypted e-mail

3    system, and it's Get USPS talking about shipping labels.

4         A.   Yeah.

13:58:34 5    Q.   And you're receiving or sending message on this.

6    Pass the peas is you?

7         A.   Yes.

8         Q.   So you're receiving this message?

9         A.   Correct.

13:58:44 10   Q.   Let's scroll to Page 2.

11        So you see the date on that is November 22nd?

12        A.   Yeah.

13        Q.   And obviously you remember that day.  What is this

14   message mean here?  It says, hey, first half.

13:59:08 15   A.   So we pulled orders, but only some of them and sent

16   it over, because he wanted to get them done and didn't want to

17   wait till whatever time to get them.

18        Q.   And when you say "he," who are you talking about?

19        A.   Aaron.

13:59:21 20   Q.   And is that who American Steam is up there?

21        A.   Yes.

22        Q.   That was his e-mail address?

23        A.   Yeah.

24        Q.   So sometimes he would send you part orders so you

13:59:32 25   could get working on them and send them later?

1        A.   Send the rest, yeah.

2        Q.   Let's look at Page 5.  There's a different "from"

3   up there.  Do you see that?

4        A.   Yeah.

13:59:55  5        Q.   It says shortbread 66?

6        A.   Yes.

7        Q.   Do you know who that is?

8        A.   Drew.

9        Q.   Drew Crandall?

14:00:02  10        A.   Correct.

11        Q.   And how long had he had that address?

12        A.   I don't know when he set that up, but that was what

13   he was using when he was abroad to try to help with customer

14   service issues.

14:00:16  15        Q.   So was there a period where Drew was kind of out

16   and you never saw anything from Drew?

17        A.   Yeah.  He was completely gone.

18        Q.   And then did he come back in to do customer

19   service?

14:00:27  20        A.   Yeah.  Aaron mentioned that they kind of needed

21   more money abroad and offered, you know, him to help with

22   something simple like this instead of -- nothing physical, but

23   could pull orders or help handle customer service.

24        Q.   And you were told or became aware that

14:00:43  25   Shortbread 66 was Drew Crandall?

1          A.   Correct.

2          Q.   And when he came back in you started getting

3     e-mails from him.

4          A.   Yes.

14:00:51  5          Q.   What does this mean?  It says subject says,

6     reshipped 11/20.  What does that mean to you?

7          A.   So unhappy customers.  We need to reship the same

8     order again.

9          Q.   Either the product was bad or it didn't show up or

14:01:04 10    there was just some problem?

11          A.   Correct.  Yeah.

12          Q.   Would Drew tell you what the problem was or just

13    tell you how to fix it?

14          A.   Just tell us how to fix it.

14:01:12 15          Q.   And it says attachments in there, and there are two

16    text files there.  Do you know what that means?

17          A.   Yeah.  One encrypted message to pass the peas,

18    which is us, and then one to Pharma, which was Aaron.

19          Q.   What do you mean by encrypted message?

14:01:31 20          A.   With the order information so we knew which orders

21    were shipping out again.

22          Q.   I see.  So whatever was being shipped those are the

23    instructions in the encrypted gibberish there at the bottom?

24          A.   Correct.

14:01:46 25          Q.   Which you had the key to un-encrypt?

1        A.    Yes.

2        Q.    And to your knowledge Mr. Shamo had that, too?

3        A.    Yes.

4        Q.    November 21st, so the day before the police came,

14:02:02   5    was there an occasion that Mr. Gygi wasn't coming so you had

6    to do some work yourself?

7        A.    Yeah.  We had to package the orders and drop them

8    off ourselves.

9        Q.    So you guys did that and dropped them at the postal

14:02:19   10   boxes?

11       A.    I did, yeah.

12       Q.    You did.  Okay.  Roughly how many packages, if you

13   recall?

14       A.    40, maybe.  Somewhere around there.

14:02:32   15       Q.    And at that time were you using the same return

16   address?

17       A.    Yeah.

18       Q.    Do you recall what that was?

19       A.    I think it was in West Jordan at that time.  But I

14:02:47   20   don't remember.

21       Q.    Because that's where you recall dropping the

22   packages off?

23       A.    Yeah.  Correct.

24       Q.    Let's look at Exhibit 9.20.  And if you could,

14:02:59   25   yeah, focus in on that address label.

1          Do you recognize that address label?

2     A.   Yeah.  So build it up was what the return name was

3     at the time because we were going to add Legos to the packages

4     to ship out with it.

14:03:16  5     Q.   So that sounded like a company name that would make

6     sense with Legos?

7     A.   Yeah.

8     Q.   And at that time did you put that same return

9     address on all the packages?

14:03:28 10    A.   I did, yes.

11    Q.   So you ended up talking to the police then when

12    they came on November 22nd.

13    A.   Yes.

14    Q.   Did you specifically tell them about that return

14:03:37 15   address?

16    A.   Yeah.  And I told them where they were dropped off

17    so that they could take them before they were picked up to be

18    shipped out.

19    Q.   Let's talk then specifically about November 22nd.

14:03:55 20   Day started normal.

21    A.   Yeah, fairly normal.

22    Q.   Day didn't end normal.

23    A.   Right.

24    Q.   I guess let's start with you were pulled over in

14:04:07 25   your truck that morning?

1          A.    I was.  I was on my way to school and was pulled

2    over coming out of Daybreak on the hill.

3          Q.    And where were you going to school at that time?

4          A.    Utah Helicopter in West Jordan.

14:04:25  5          Q.    Studying what?

6          A.    Flight rotorcraft.

7          Q.    You were going to be a helicopter pilot?

8          A.    I was, yeah.

9          Q.    So you were pulled over by an officer.  And were

14:04:37  10   you cooperative from the beginning?

11          A.    Yeah, absolutely.  As soon as he asked, you know,

12   why do you think I'm pulling you over?  I'm not in a uniform.

13   I'm not in a marked vehicle.  And I said, I know.  I know why.

14          Q.    And so did you talk to him a little bit?

14:04:54  15          A.    Yeah.  You know, he asked me where Katie was.  And

16   that morning she was getting milk from my mom's house, which

17   is about six doors down.  So I told him that.  And I said,

18   please don't, you know, kick down my door.  I'll let you in.

19   Whatever you need me to do, I can do.

14:05:20  20          Q.    And so you did go back and, in fact, let the police

21   into your home with the keys.

22          A.    Yes.

23          Q.    And Ms. Bustin was in there?

24          A.    She was, yeah.

14:05:29  25          Q.    And they kind of took her aside, as well?

```
 1            A.   Correct.

 2            Q.   And then they searched your home pretty thoroughly;

 3       correct?

 4            A.   Yes.

 5            Q.   And meanwhile you guys were being interviewed by

 6       other officers there.

 7            A.   We were, yeah.

 8            Q.   I want to walk through a few of these photos from

 9       your house, so --

10            THE COURT:  I've got a calendar that starts at

11       2:30.  How much more time do you have?

12            MR. STEJSKAL:  I don't believe I certainly couldn't

13       finish direct and cross by 2:30.

14            THE COURT:  How much more time on direct?

15            MR. STEJSKAL:  Probably at least 20 minutes.

16            THE COURT:  Better start in the morning with it.

17       Jurors have been in for over an hour and a half now.  All

18       right.

19            So thank you, ladies and gentlemen of the jury.  I

20       appreciate your work.  You know the rules about talking to

21       people or anyone.  And be safe.  We'll see you at 8:30 in the

22       morning.

23            (Whereupon, the jury left the court proceedings.)

24            THE COURT:  We'll be in recess on this matter until

25       8:30 tomorrow.  Thank you.
          (Whereupon, the testimony was continued to August 13, 2019.)
```

Timestamps: 14:05:41 (line 5), 14:05:54 (line 10), 14:06:14 (line 15), 14:06:35 (line 20), 14:07:17 (line 25)

```
 1    STATE OF UTAH          )

 2                           ) ss.

 3    COUNTY OF SALT LAKE  )

 4              I, KELLY BROWN HICKEN, do hereby certify that I am

 5    a certified court reporter for the State of Utah;

 6              That as such reporter, I attended the hearing of

 7    the foregoing matter on August 13, 2019, and thereat reported

 8    in Stenotype all of the testimony and proceedings had, and

 9    caused said notes to be transcribed into typewriting; and the

10    foregoing pages number from 4 through 82 constitute a full,

11    true and correct report of the same.

12              That I am not of kin to any of the parties and have

13    no interest in the outcome of the matter;

14              And hereby set my hand and seal, this ____ day of

15    _____ 2019.

16

17

18

19

20              _____
                         KELLY BROWN HICKEN, CSR, RPR, RMR
21

22

23

24

25
```