Gregory G. Skordas (#3865)
Kaytlin V. Beckett (#16257)
Gabriela Mena (#17087)
**SKORDAS & CASTON, LLC**
560 South 300 East Suite 225
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
gskordas@schhlaw.com
kbeckett@schhlaw.com
gmena@schhlaw.com
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| UNITED STATES OF AMERICA, Plaintiff, v. AARON MICHAEL SHAMO, et. al., Defendant. | **STIPULATED MOTION TO CONTINUE SENTENCING** Case No. 2:16-CR-00631 DAK Judge Dale A. Kimball |
|---|---|

Defendant, Aaron Michael Shamo, by and through his counsel of record, Gregory G. Skordas, hereby moves this Court for an Order Continuing the Sentencing currently set for December 3, 2019, at 2:30 p.m.

This motion is based on the following:

1. Defense Counsel is researching legal issues associated with the numerous "victim impact statements" received in conjunction with this matter.

2. Defense Counsel has a scheduling conflict with and will be in a jury trial in Logan, UT, *State of Utah v. Baugh, Brevan:* 181100862.

3.   On November 20, 2019, Defense Counsel filed a motion with this Court, (Doc. No. 312), the issues addressed therein will take a significant period of time to resolve and must be resolved prior to moving forward with sentencing.

4.   The United States of America, through Counsel Michael Gadd, has stipulated to the continuance via email.

WHEREFORE, the Defendant respectfully requests this Court Continue the Sentencing until such time as the issues addressed in the Motion (Doc. No 312) are fully adjudicated by this court.

Respectfully submitted this 21st day, of November 2019.

SKORDAS & CASTON, LLC


*/s/ Gregory G. Skordas* _____
Gregory G. Skordas

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, I electronically filed a true and correct copy of the foregoing, **STIPULATED MOTION TO CONTINUE,** with the Clerk of the Court using ECF system, which sent notification of such filing to the following:

Vernon G. Stejskal
Vernon.stejskal@usdoj.gov

Michael Gadd
mgadd@agutah.gov

Kent Burggraaf
kburggraaf@agutah.gov

*/s/ Sabrina Snow- Legal Secretary*
SKORDAS & CASTON, LLC
