Gregory G. Skordas (#3865)
Kaytlin V. Beckett (#16257)
Gabriela Mena (#17087)
**SKORDAS & CASTON, LLC**
560 South 300 East Suite 225
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
gskordas@schhlaw.com
kbeckett@schhlaw.com
gmena@schhlaw.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER TO CONTINUE** |
| Plaintiff, | Case No. 2:16-CR-00631 DAK |
| v. | Judge Dale A. Kimball |
| AARON MICHAEL SHAMO, et. al., | |
| Defendant. | |

Based upon the STIPULATED MOTION TO CONTINUE and for good cause appearing, the Motion to Continue in the above-entitled matter is hereby granted and the matter is Continued until further notice.

SO ORDERED this 21st day of November, 2019

_____
Dale A. Kimball
U.S. District Judge