# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br><br>    Defendant. | Case No. 2:16-cr-00631 DAK<br><br>ORDER FOR PSYCHOLOGICAL AND PSYCHIATRIC EXAMINATION AND REPORT<br><br>Judge Dale A. Kimball |

    Based upon the Court's own motion, and good cause appearing:

    IT IS HEREBY ORDERED that an in-custody, psychological and psychiatric examination be conducted to determine whether the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility.

    Specifically, the Court orders that, pursuant to 18 U.S.C. § 4247(b), the defendant shall remain in the custody of the Attorney General (including the United States Marshal's Service and the Bureau of Prisons) during the time period required for this evaluation and that the examination, unless impracticable, be conducted in the suitable facility closest to the District of Utah.

    It is hereby ordered that the examiner(s) conducting the psychological and psychiatric examination of the defendant prepare a report that includes those factors set out in 18 U.S.C. § 4247(c)(1),(2),(3), and (4)(E).

The Court ORDERS that, pursuant to 18 U.S.C. § 4247, a psychological and psychiatric report be filed with the Court. Copies of this report are to be provided to:

Michael Gadd
Kent A. Burggraaf
Vernon G. Stejskal
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Email: michael.gadd@usdoj.gov

Greg Skordas
Kaytlin Beckett
Attorneys for Mr. Shamo
560 South 300 East, suite 225
Salt Lake City, Utah 84111
Email:gskordas@schlaw.com

This evaluation is to be completed by the Bureau of Prisons while Mr. Shamo remains in the custody of the Attorney General (including the United States Marshal's Service and the Bureau of Prisons). At the conclusion of the evaluation the Court orders that the defendant be returned to the District of Utah as soon as possible.

DATED this 16th day of December, 2019.

BY THE COURT:

_Dale A. Kimball_ (signature)
Hon. Dale A. Kimball
United States District Judge