**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

---

*3150 Horton Road*
*Fort Worth, TX 76119*

January 31, 2020

Honorable Dale A. Kimball
United States District Judge
District of Utah
351 S.W. Temple
Salt Lake City, Utah 84101

                                      Re:    SHAMO, Aaron Michael
                                                    Reg. No. 24911-081
                                                    Case No. 2:16-cr-00631 DAK

Dear Judge Kimball:

In accordance with your Court Order, dated December 16, 2019, and pursuant to the provision of Title 18, United States Code, Section 4244, Mr. Shamo arrived at the Federal Medical Center (FMC), Fort Worth on January 24, 2020. Federal statute typically provides for an examination period of up to 30 days. Based on the Federal Bureau of Prisons' interpretation of the statute, we respectfully request this examination period begin on the date of Mr. Shamo's arrival to our facility, in order to allow a full, comprehensive examination.

If this request is granted, this evaluation will end no later than February 24, 2020, and the corresponding report would be submitted to the Court within 14 days of the conclusion of the evaluation. Should the evaluation be completed prior to the aforementioned time period, the Court will be notified.

If we can provide further assistance, please feel free to contact me at (817) 413-3269.

Sincerely,

Samuel Browning, Ph.D.
Licensed Psychologist