# UNITED STATES DISTRICT COURT
United States Courthouse
351 S. West Temple Street, Room 10.400
Salt Lake City, UT 84101
(801) 524-6610

**Dale A. Kimball**
United States District Judge

February 7, 20120

Samuel Browning, Ph.D.
Licensed Psychologist
Federal Bureau of Prisons, Federal Medical Center
3150 Horton Road
Fort Worth, TX   76119

      RE:   *United States v. Aaron Michael Shamo*
              Reg. No. #24911-081
              Case No. 2:16CR631DAK

Dear Dr. Browning:

    This letter is in response to your January 31, 2020 letter regarding the examination of Aaron Michael Shamo at your facility.  I agree with your request to do a thirty day examination between January 24, 2020 and February 24, 2020, with a corresponding report submitted to the court 14 days later.  Thank you for your request for clarification.

                              Sincerely,

                              Dale A. Kimball,
                              United States District Judge