# AFFIDAVIT

I, Rebecca Reichert, am a Paralegal Specialist at the United States Attorney's Office for the District of Utah, Salt Lake City, Utah, and am the responsible paralegal for this action. This affidavit is made in support of a Notice of Compliance of Publication filed in *United States v. Aaron Michael Shamo, et al.,* 2:16-CR-00631-DAK.

Pursuant to Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, and consistent with the provisions of Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, I posted publication, which was reasonably calculated to notify all potential claimants, that an Order of Forfeiture had been entered for the above-referenced case. The publication was posted on the official government forfeiture website, www.forfeiture.gov. Such publication was posted consecutively on the site from April 4, 2020, through May 3, 2020, as evidenced by the attached Advertisement Certification Report.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 5th day of May, 2020.

JOHN W. HUBER
United States Attorney
District of Utah

*s/ Rebecca Reichert*
Rebecca Reichert, Paralegal
Asset Forfeiture Unit