AO 245B (Rev. 09/19)   Judgment in a Criminal Case
     Sheet 1

# UNITED STATES DISTRICT COURT
### District of Utah

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON MICHAEL SHAMO | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  2:16-CR-00631-001-DAK<br><br>USM Number:  24911-081<br><br>Gregory G. Skordas<br>Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
 which was accepted by the court.

☑ was found guilty on count(s) 1ss-5ss, 7ss-13ss of the Second Superseding Indictment
 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 848 | Continuing Criminal Enterprise | 11/22/2016 | 1ss |
| 21 U.S.C. § 952 | Aiding and Abetting the Importation of a Controlled Substance | 11/22/2016 | 2ss and 4ss |

 The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not been found guilty on count(s) 6ss of the Second Superseding Indictment

☑ Count(s) 1, 1s, 4s-7s, 9s-15s ☐ is ☑ are dismissed on the motion of the United States.

 It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

              10/15/2020
            Date of Imposition of Judgment

            *Dale A. Kimball*
            Signature of Judge

            Dale A. Kimball, U.S. District Judge
            Name and Title of Judge

              10/15/2020
            Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page ___2___ of ___6___

DEFENDANT:  AARON MICHAEL SHAMO
CASE NUMBER:  2:16-CR-00631-001-DAK

## ADDITIONAL COUNTS OF CONVICTION

| <ins>Title & Section</ins> | <ins>Nature of Offense</ins> | <ins>Offense Ended</ins> | <ins>Count</ins> |
|---|---|---|---|
| 21 U.S.C. § 960(b)(6) | Conspiracy to Distribute Alprazolam | 11/22/2016 | 3ss |
| 21 U.S.C. § 841(a)(1) | Possession of a Controlled Substance with Intent to Distribute | 11/22/2016 | 5ss |
| 21 U.S.C. § 960(b)(6)(1) | Manufacture of a Controlled Substance | 11/22/2016 | 7ss |
| 21 U.S.C. § 331(k) and 333(b)(7) | Knowing and Intentional Adulteration of Drugs while Held for Sale | 11/22/2016 | 8ss and 9ss |
| 21 U.S.C. § 843(b) | Aiding and Abetting the Use of the U.S. Mail in Furtherance of a Drug Trafficking Offense. | 11/22/2016 | 10ss |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 11/22/2016 | 11ss |
| 18 U.S.C. § 1956(a)(1) (A)(i) & (a)(1)(B)(i) | Money Laundering Promotion and Concealment | 11/22/2016 | 12ss |
| 18 U.S.C. § 1957(a) | Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity | 11/22/2016 | 13ss |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __6__

DEFENDANT:   AARON MICHAEL SHAMO
CASE NUMBER:   2:16-CR-00631-001-DAK

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Life

☑ The court makes the following recommendations to the Bureau of Prisons:
   The court recommends that Defendant be placed at FCI Phoenix Arizona in order to facilitate family visitation.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page __4__ of __6__

DEFENDANT: AARON MICHAEL SHAMO
CASE NUMBER: 2:16-CR-00631-001-DAK

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☑ The determination of restitution is deferred until 11/19/20 ⊞ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___5___ of ___6___

DEFENDANT:  AARON MICHAEL SHAMO
CASE NUMBER:  2:16-CR-00631-001-DAK

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __1,200.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
The Order of Forfeiture (Docket No. 332) is adopted as the Judgment of the Court. Defendant shall forfeit the property listed on page 6 of this Judgment to the United States.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6B — Schedule of Payments

Judgment—Page ___6___ of ___6___

DEFENDANT:  AARON MICHAEL SHAMO
CASE NUMBER:  2:16-CR-00631-001-DAK

## ADDITIONAL FORFEITED PROPERTY

$5,357,950.38 in United States Currency, the proceeds of the sale of 513.15 Bitcoin;
$1,227,773.00 in U.S. Currency;
$671,030 in U.S. Currency;
$134,960 in U.S. Currency;
512. 9274588 Bitcoin Cash (BCH);
513. 1462015 Bitcoin Gold (BTG);
33.8211 Bitcoin (BTC);
$30,250 as a substitute res for a 2011 Ford F-350 pickup, VIN: 1FT8W3BT7BEC88017 sold pursuant to an interlocutory sale order;
$6,400 as a substitute res for a 2008 BMW 135i, VIN: WBAUC73508VF25535 sold pursuant to an interlocutory sale order;
Four 100-ounce silver bars;
Industrial large pill press and associated pill dyes;
The following holdings in Aaron Shamo's E-Trade Securities LLC account ending in 4068:
 - $14,564.57 in U.S. Currency
 - Shares of Stock: 272 shares of Molecular Templates, Inc., 100 shares of Marvell Technology Group LTD, 32 shares of HealthEquity, Inc., 100 shares of Nike, Inc., 7 shares of Amazon.com, Inc., 75 shares of Apple, Inc., and 6 shares of Alphabet, Inc.
 - Any dividends received into the cash account and related to Marvell Technology Group LTD, Nike, Inc, and/or Apple, Inc stocks after November 26, 2018
 - The entire balance of the Northern Stock Index Fund mutual fund