Gregory G. Skordas (#3865)
Gabriela Mena (#17087)
Michelle Phelps (#17096)
SKORDAS & CASTON, LLC
560 South 300 East, Suite 225
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
gskordas@schhlaw.com
gmena@schhlaw.com
mphelps@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AARON MICHAEL SHAMO, et. al.,<br><br>    Defendant. | **NOTICE OF APPEAL**<br><br>Case No. 2:16-CR-00631-DAK<br><br>Judge Dale Kimball |

   Notice is hereby given that Defendant, Aaron Michael Shamo, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on the 15th day of October, 2020.

   DATED this 28th Day of October, 2020.

                            SKORDAS & CASTON, LLC


                            */s/ Gregory G. Skordas*
                            Gregory G. Skordas
                            Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, I filed a true and correct copy of the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

S. Michael Gadd
mgadd@agutah.gov

Vernon G. Stejskal
Vernon.stejskal@usdoj.gov

Kent Burggraaf
kburggraaf@agutah.gov


                                                */s/ Stacey Dodier*-Legal Assistant
                                                SKORDAS & CASTON, LLC