# United States District Court
## District of Utah



**D. Mark Jones**  
Clerk of Court

**Anne W. Morgan**  
Chief Deputy Clerk

October 28, 2020

Gregory G. Skordas  
SKORDAS & CASTON LLC  
560 S 300 E STE 225  
SALT LAKE CITY, UT 84111

S. Michael Gadd  
DEA/HIDTA  
348 E SOUTH TEMPLE  
SALT LAKE CITY, UT 84111

RE:   NOTICE OF APPEAL  
      USA v. Shamo et al  
      Defendant/Appellant  Plaintiff/Appellee  
      Lower Docket: 2:16-cr-00631-DAK

The notice of appeal for this case has been filed.

**APPOINTED** Counsel for the appellant is instructed to download the "Initial Appeal Documents and Instructions" for this appeal from www.ca10.uscourts.gov   Please follow the instructions for Transcript Order Form and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

Counsel and the Tenth Circuit will receive the following via CM/ECF (If counsel or party are not e-filers, they will receive these documents by mail): Order/Judgment being appealed from, Notice of Appeal, Letter of Transmission of the Preliminary Record on Appeal, Docket Sheet. This case contains sealed documents.

Sincerely,

D. Mark Jones, Clerk

By: *[signature]*

Elizabeth Toscano  
Deputy Clerk

cc: Clerk, U.S. Court of Appeals, Tenth Circuit  
Court Reporter:  
District: 1088  
Jurisdiction: Federal Question  
Fee Status: IFP Granted

Judge Dale A. Kimball  
Counsel of Record  
Division: Central