**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

**PART I** - To be completed by appellant within fourteen days of filing the notice of appeal.

Short Title: USA v. Shamo                          District Court Number: 2:16-CR-00631 DAK
District: Utah                                     Circuit Court Number: 20-4116
Name of Attorney/Pro Se Party: Gregory G. Skordas    Email Address: gskordas@schhlaw.com
    Name of Law Firm/Office: Skordas & Caston, LLC   Telephone: 801-531-7444
    Address: 560 S. 300 E., Suite 225, Salt Lake City, UT 84111
    Attorney for: Aaron Shamo
Name of Court Reporter: Patti Walker, Rebecca Janke, Laura W. Robinson, Kelly Brown Hicken, and Ed Young

**PART II**- Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).

**SECTION A** -   I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
    [] A transcript is not necessary for this appeal;
    [] The necessary transcript is already on file in District Court; or
    [] The necessary transcript was ordered previously in appeal
        number _____

**SECTION B** -   I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):
    (Specify the date and proceeding in the space below)

Voir dire: _____          Opening Statements: _____
Trial proceedings: See Attachment A     Closing Arguments: 8/30/2019
Jury Instructions: _____  Other Proceedings: See Attachment A
Post-Trial Hearings: _____ Other Proceedings: Sentencing 10/15/2020
            (Attach additional pages if necessary)

[] I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.

[X] **This case is proceeding under the Criminal Justice Act.**

**IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: _____    Date: 11/11/2020

**PART III** -   To be completed by the court reporter after satisfactory financial arrangements have been made.

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____                    Date: _____

# Attachment A

Trial Proceedings:

1. Hearing Transcript 08/12/2019-Except for pages 1-61 and Testimony of Sean Michael Gygi

2. Hearing Transcript 08/13/2019- Except for Testimony of Jessica Gleave and Alexandrya Marie Tonge

3. Hearing Transcript 08/14/2019- Except for Testimony of Alexandrya Tonge and Katherine Bustin

4. Hearing Transcript 08/16/2019- Except for Cross Examination Mario Noble.

5. Hearing Transcript 08/20/2019- Except for Testimony of Virginia Keys, Tori Grace

6. Hearing Transcript 08/21/2019- Except for Testimony of Dr. Stacey Hail, Brennda Kurstin, Jeff Fletcher, and Jeff Bryan.

7. Hearing Transcript 08/22/2019- Except for Testimony Stanley Frank Platek, Nicola Ranieri, Adam Lanzarotta, Heather Anne McCauley, and Arthur Simone.

8. Hearing Transcript 08/27/2019- Except for Testimony of Aaron Shamo

9. Hearing Transcript 08/28/2019

10. Hearing Transcript 08/29/2019

11. Hearing Transcript 08/30/2019

Other Proceedings

1. Hearing Transcript 05/17/2019

2. Hearing Transcript 05/29/2019

3. Hearing Transcript 05/30/2019

4. Hearing Transcript 05/31/2019