FILED
United States Court of Appeals
Tenth Circuit

November 24, 2020

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

AARON MICHAEL SHAMO,

    Defendant - Appellant.

No. 20-4116
(D.C. No. 2:16-CR-00631-DAK-JCB-1)
(D. Utah)

---

**ORDER**

---

Before **TYMKOVICH**, Chief Circuit Judge.

---

This matter is before the court on attorney Gregory G. Skordas's *Motion to Withdraw and Request for Appointment of Counsel under Criminal Justice Act* for appellant Aaron Michael Shamo and Mr. Shamo's request that the court appoint new counsel for purposes of this appeal. The district court made the requisite finding of eligibility for the appointment of counsel. Upon consideration and as discussed in greater detail below, the court: (1) grants the motion to withdraw; and (2) appoints CJA Panel member William D. Lunn to represent Mr. Shamo going forward. *See* 18 U.S.C. § 3006A.

First, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the court appoints Mr. Skordas to represent Mr. Shamo, effective *nunc pro tunc* to the date he filed the notice of appeal on Mr. Shamo's behalf and ending with the entry of this order. Mr. Skordas shall have no continuing obligations in this appeal except to: (a) ensure that he has made appropriate arrangements through the district court's eVoucher system for payment of the transcripts he ordered for purposes of this appeal; (b) forward to substitute counsel any materials in his possession that are pertinent to this appeal; and (c) transmit a copy of this order to Mr. Shamo.

Second, the court appoints Mr. Lunn to represent Mr. Shamo going forward. *See* 18 U.S.C. § 3006A. Mr. Lunn's contact information is:

> Williams D. Lunn, Jr.
> 320 South Boston, Suite 1130
> Tulsa, OK 74103
> Phone: 918-582-9977
> Fax: 918-582-9979
> E-mail: wlunn@peoplepc.com

On or before December 4, 2020, Mr. Lunn shall enter an appearance in this appeal on behalf of Mr. Shamo.

Mr. Skordas filed both a transcript order form and a designation of record. If warranted, Mr. Lunn shall file—on or before December 15, 2020: (1) a supplemental transcript order form; and/or (2) a supplemental designation of record. The district court shall wait until at least December 16, 2020 before transmitting the record on appeal. Mr. Shamo's opening brief will be due 40 days from the date the record on appeal is filed in this court. *See* Fed. R. App. P. 31; 10th Cir. R. 11.2(A).

The court directs its Clerk to transmit a copy of this order to the Clerk of the U.S. District Court for the District of Utah.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Lisa A. Lee
            Counsel to the Clerk

Case 2:16-cr-00631-DAK Document 376 Filed 11/24/20 PageID.6739 Page 3 of 5
Appellate Case: 20-4116   Document: 010110443118   Date Filed: 11/24/2020   Page: 3

3

**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

November 24, 2020

Jane K. Castro
Chief Deputy Clerk

Mr. William Dixon Lunn Jr.
William D. Lunn Attorney at Law
320 S. Boston, Suite 1130
Tulsa, OK 74103

**RE:**   **20-4116, United States v. Shamo**
Dist/Ag docket: 2:16-CR-00631-DAK-JCB-1

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the

Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

           Sincerely,

           Christopher M. Wolpert
           Clerk of the Court

cc:    Kent A. Burggraaf
       Cy H. Castle
       S. Michael Gadd
       Greg G. Skordas
       Vernon G. Stejskal
       Elizabethanne Claire Stevens

CMW/sls