IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AARON MICHAEL SHAMO, <br> DREW WILSON CRANDALL, <br> ALEXANDRYA MARIE TONGE, <br> KATHERINE LAUREN ANNE BUSTIN, <br> MARIO ANTHONY NOBLE, and <br> SEAN MICHAEL GYGI, <br><br> Defendants. | Case No. 2:16-CR-00631-DAK <br><br> ORDER TRANSFERRING A RELATED CASE <br><br> Judge Dale A. Kimball |

The Court, having considered the United States' Stipulated Motion to Transfer a Related Case, and good cause appearing, hereby orders that case 2:19-cr-00381-JNP be transferred to the Court for future proceedings.

Signed this _____ day of _____, 2020.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge