IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br>DREW WILSON CRANDALL,<br>ALEXANDRYA MARIE TONGE,<br>KATHERINE LAUREN ANNE BUSTIN,<br>MARIO ANTHONY NOBLE, and<br>SEAN MICHAEL GYGI,<br><br>    Defendants. | Case No. 2:16-CR-00631-DAK<br><br>ORDER TRANSFERRING A RELATED CASE<br><br>Judge Dale A. Kimball |

The Court, having considered the United States' Stipulated Motion to Transfer a Related Case, and good cause appearing, hereby orders that case 2:19-cr-00381-JNP be transferred to the Court for future proceedings.

Signed this 3rd day of December, 2020.

                                                    BY THE COURT:

                                                  DALE A. KIMBALL<br>                                                  United States District Judge