IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION


In re:                    )
                          )
UNITED STATES OF          )
AMERICA,                  )
                          )
        Plaintiff,        )
                          )
vs.                       )   Case No.
                          )   2:16-CR-00631DAK
AARON MICHAEL SHAMO,      )
                          )
        Defendant.        )
                          )
_____    )




BEFORE THE HONORABLE DALE A. KIMBALL

August 23, 2019


JURY TRIAL

**Appearances of Counsel:**

For the Plaintiff:      Kent A. Burggraaf
                        S. Michael Gadd
                        Attorney at Law
                        Utah Attorney General's Office
                        348 E. South Temple
                        Salt Lake City, Utah 84111

                        Vernon G. Stejskal
                        Attorney at Law
                        US Attorney's Office
                        111 S. Main Street
                        Suite 1800
                        Salt Lake City, Utah 84111

For the Defendant:      Gregory G. Skordas
                        Kaytlin V. Beckett
                        Attorney at Law
                        Skordas & Caston
                        560 South 300 East
                        Suite 225
                        Salt Lake City, Utah 84111

                        Daryl P. Sam
                        Attorney at Law
                        Daryl P. Sam PLLC
                        5955 South Redwood Road
                        Suite 102
                        Salt Lake City, Utah 84123

Court Reporter:

        Laura W. Robinson, RPR, FCRR, CSR, CP
                351 South West Temple
                8.430 U.S. Courthouse
              Salt Lake City, Utah 84101
                  (801)328-4800

```
                         I N D E X
```

Examinations                                              Page

  **JONATHAN LUKE PAZ**                                    1561
DIRECT EXAMINATION                                         1561
BY MR. BURGGRAAF
CROSS-EXAMINATION                                          1675
BY MS. BECKETT
REDIRECT EXAMINATION                                       1699
BY MR. BURGGRAAF
RECROSS-EXAMINATION                                        1704
BY MS. BECKETT
  **DANIEL ASHMENT**
DIRECT EXAMINATION
BY MR. GADD

1          **Salt Lake City, Utah August 23, 2019**

2                        **(8:31 a.m.)**

3          THE COURT:  Good morning.  Are we ready to

4     proceed?  The jury is all present.

08:32:44  5          MR. GADD:  Mr. Burggraaf is just using the

6     restroom so if we could wait for just one minute for

7     him.

8          THE COURT:  We'll wait.

9          MR. GADD:  While we have that minute, could I

08:32:53  10    address the court briefly?

11         THE CLERK:  Court is in session.  You may be

12    seated.

13         THE COURT:  Let's get everybody seated first.

14         MR. GADD:  I saw that the defense had filed

08:33:05  15    their written motion, um, and my plan is to respond

16    also in writing.  I have requested a transcript of

17    part of the hearing on May 29th.  The court reporter

18    that day is on a trip with Judge Benson this week so

19    I anticipate when he gets back we'll get a copy of

08:33:23  20    that transcript.

21         THE COURT:  All right.

22         MR. GADD:  As soon as I can I will respond in

23    writing.

24         THE COURT:  All right.  Well, Judge Benson, I

08:33:31  25    think, is helping out up in Idaho, isn't he?

1          MR. GADD:  Yeah.

2          THE COURT:  Some of his staff are with him.

3     Some of the jurors needs to leave today by about 10

4     to 2, so that's when we'll be closing down today at

08:33:47    5     10 to 2.

6          MR. GADD:  That will be great.  Just as far

7     as scheduling goes, we have just two witnesses left.

8     I anticipate our first witness, Mr. Paz, will take

9     much of the day, perhaps all of the day, and then

08:34:00   10     we'll likely rest on Monday.

11          THE COURT:  I suppose it's possible that

12     Mr. Paz would take all of today and part of Monday,

13     is that possible?

14          MR. GADD:  Possible.

08:34:14   15          MR. SKORDAS:  It's possible.  So are you

16     saying you have two witnesses and then you're done?

17          MR. GADD:  Yes.

18          MR. SKORDAS:  So -- and we know who they are,

19     they have been very good about articulating that.  So

08:34:24   20     I assume there is no chance you think that we'll do

21     both today?

22          MR. GADD:  Hope springs eternal.  I would

23     like to be done today.  I would like Mr. Paz before

24     lunch and our last witness, Special Agent Ashment,

08:34:34   25     after lunch.  But we'll see how many questions he

1    gets.

2              MR. SKORDAS:  But they're both long

3    witnesses, very long.

4              THE COURT:  Okay.  However long they take,

08:34:49    5    you wouldn't want to start today, I assume, right?

6              MR. SKORDAS:  With the defense case?

7              THE COURT:  Yes.

8              MR. SKORDAS:  We could, but I don't know that

9    we're going to get through.

08:34:58   10              THE COURT:  Probably not.

11              MR. SKORDAS:  Especially if the jurors want

12   to leave.

13              THE COURT:  Yeah 10 to 2.  All right.

14              MR. GADD:  Thank you.

08:35:06   15              THE COURT:  Go get them.

16              THE CLERK:  All rise for the jury.

17              (Jury returns to the courtroom.)

18              THE COURT:  The government may call its next

19   witness.

08:37:38   20              MR. BURGGRAAF:  The United States calls

21   Jonathan Luke Paz.

22              THE COURT:  Come forward and be sworn please

23   right up here at the mic.

24              THE CLERK:  Please raise your right hand.

08:38:04   25                   **JONATHAN LUKE PAZ,**

1    called as a witness at the request of the Government,

2         having been first duly sworn, was examined

3              and testified as follows:

4         THE WITNESS:  I do.

08:38:16    5         THE CLERK:  Please come around to the witness

6    box here.  Please state and spell your name for the

7    record.

8         THE WITNESS:  My name is Jonathan Luke Paz,

9    J-O-N-A-T-H-A-N L-U-K-E P-A-Z.

08:38:46    10        THE COURT:  You may proceed, Mr. Burggraaf.

11        MR. BURGGRAAF:  Thank you, Your Honor.

12                   **DIRECT EXAMINATION**

13   BY MR. BURGGRAAF:

14   Q.   Good morning Mr. Paz.  Thank you for being here.

08:38:52    15   Let's start with some preliminary information.  Where

16   do you currently live?

17   A.   In New York.

18   Q.   And how long have you lived there?

19   A.   About four months.

08:39:03    20   Q.   Are you currently employed?

21   A.   Yes.

22   Q.   And what -- where are you employed?

23   A.   Um, as -- I sell solar panels.

24   Q.   Okay.  And did you live in Utah prior to moving

08:39:16    25   to New York?

1561

A. I did, yeah.

Q. How long did you live in Utah?

A. Um, I have been here pretty much my whole life.

Q. Okay. Why are you here to testify today?

08:39:28 A. Um, just to come clean and tell the truth on the things that I know to be true the things that I did.

Q. You know the defendant Aaron Shamo; is that correct?

A. I do.

08:39:43 Q. Is Aaron Shamo your friend?

A. Yeah.

Q. How and when did you first meet Mr. Shamo?

A. Um, we met roughly eight years ago in Provo at an apartment complex Belmont.

08:40:01 Q. How did you meet?

A. Um, through mutual friend, Mike Hansen. We were all just over there hanging out playing video games.

Q. And in addition to video games, did you get together for any other social-type activities?

08:40:17 A. Um, yeah, like afterwards. I mean once we met we would get together and go out on the weekends, go to movies, snowboarding, things like that.

Q. At some point did the frequency of the contact with Mr. Shamo increase?

08:40:37 A. Um, over the years, yeah. Um, I would -- yeah it

1    did.

2    Q.   What precipitated or what was the cause of you

3    getting together more often?

4    A.   I mean we just like back -- so I guess I would

08:40:59    5    say, um, we just started hanging out more.  He was

6    living in Salt Lake, my girlfriend lived up in Salt

7    Lake, I was up there more often.  And so just because

8    he was in the same town, we were closer, um, it was

9    easier to hang out.  Before then, I was living in

08:41:18    10   Provo, he was up in Salt Lake, it was a little bit

11   harder to get together because of that.

12   Q.   And in the first few years of getting to know

13   Mr. Shamo, did you -- did you form an impression of

14   what type of person he was?

08:41:36    15   A.   Yeah, for sure.

16   Q.   And what was your impression?

17   A.   Um, nice guy, funny guy, um, thought he was a

18   good person for sure, um, and we had a lot of the

19   same interests so we got along.

08:41:55    20   Q.   Was he someone that others liked to be around?

21   A.   Yeah, definitely.

22   Q.   Would you have considered him to be smart?

23   A.   Yeah, I think he is a smart guy, yeah.

24   Q.   Was he innovative or able to problem solve and

08:42:09    25   think outside the box?

1563

1   A.   I would say so, yeah.

2   Q.   Do you have an example of that that you remember?

3   A.   Um, I mean he was always -- I mean I don't know.

4   He is -- as far as examples go like right now, um, he

08:42:36   5   just seemed to always have a lot to talk about, a lot

6   of interesting things that he was into and liked and

7   that's what I found interesting, you know, about my

8   conversations.

9   Q.   Did he ever talk to you about Bitcoin mining?

08:42:51   10   A.   Eventually, yeah.

11   Q.   What did you discuss about Bitcoin mining?

12   A.   Um, basically just what it was, how it worked.

13   Um, it was new to me, I didn't know anything about it

14   and he basically just told me, you know, how the

08:43:13   15   whole process of Bitcoin mining worked.

16   Q.   Did he share with you whether he was actually

17   doing any of the Bitcoin mining himself?

18   A.   Yeah, he wanted to get started into it and said

19   that he bought some miners and was mining bitcoins.

08:43:31   20   Q.   So the jury has heard prior testimony about

21   others being invited to invest or being asked to

22   invest in the Bitcoin mining machines or computers.

23   Were you invited to invest?

24   A.   Yeah, at one point that was something that --

08:43:50   25   that was asked and -- or I guess he offered just

1564

1    wanting to invest in Bitcoin mining and thought it

2    was a good opportunity to profit during the time.

3    Q.   So did you invest in the Bitcoin mining?

4    A.   I did not, no.  I didn't end up doing it.

08:44:09    5    Q.   Why not?

6    A.   Just I mean the miners were pretty expensive and

7    I didn't have, you know, the money to invest into it.

8    Q.   At some point did you learn that he was no longer

9    mining Bitcoin?

08:44:26   10    A.   Um, yeah, he mentioned that he stopped mining

11   Bitcoins and I think it was just because of the cost

12   with the electricity would go up and I'm not sure the

13   real reason why but he did mention that he stopped

14   mining them.

08:44:49   15    Q.   And do you remember about when that was?

16   A.   Um, sometime in the year of 2015, I believe,

17   might have been earlier.

18   Q.   Throughout the time that you have known

19   Mr. Shamo, have you ever lived with him?

08:45:11   20    A.   Yeah, we were roommates in Provo.

21   Q.   And how about when he moved up to the Salt Lake

22   area when he had a home on Titian Way.  Did you live

23   with him way?

24   A.   Where at?

08:45:24   25    Q.   On Titian and there are different pronunciations

1    you might call it Titian Way?

2    A.    Right.   We -- I didn't actually live at that

3    house.

4    Q.    Were you a signer on the lease --

08:45:37    5    A.    Yeah.

6    Q.    -- for that house?

7    A.    Yeah, I did sign the lease.   Um, the landlord

8    came into town and lived out-of-state so he had

9    mentioned that I was thinking about moving in and the

08:45:49    10   landlord said well to save me a trip if you do decide

11   to move in in the future at some point, I won't have

12   to come back.   So why don't you just sign right now

13   while you're here to avoid that trip so I signed.

14   Q.    But did you ever actually --

08:46:07    15   A.    No, I never moved in and I never lived there.

16   Q.    Were you invited by Mr. Shamo to move in?

17   A.    Yeah, he wanted me to move in.

18   Q.    And why did you decline?

19   A.    Um, I -- I just didn't want to move in because of

08:46:25    20   things that were -- that I knew were there and

21   happening.   And, um, and I just liked -- I mean I

22   kind of wanted to move back to Utah County I was in

23   Salt Lake so...

24   Q.    You mentioned one of the reasons is that you knew

08:46:41    25   about the things that were there and happening.   What

1566

1    were those things that were there and happening that

2    you knew about?

3    A.   Um, just some of the, you know, the whole

4    operation of what was -- what was going on.

08:46:55   5    Q.   What was the operation?

6    A.   Just the making of pills and selling on the Dark

7    Web.

8    Q.   And how did you learn about that?

9    A.   About the --

08:47:14   10   Q.   About the making of pills and selling them on the

11   Dark Web?

12   A.   Um, he had -- I mean the majority of the things

13   that I was -- that I learned, you know, was by -- was

14   through him.

08:47:31   15   Q.   So he told you he was making pills and selling

16   them on the Dark Web?

17   A.   Eventually, yeah.

18   Q.   Did he ever invite you to participate in that?

19   A.   He did.

08:47:42   20   Q.   Before we kind of go down that road, did he speak

21   about anyone else who was involved with making and

22   selling pills at that point?

23   A.   I'm sorry what was that?

24   Q.   At that point, when you learned from Mr. Shamo

08:47:56   25   that he was making and selling pills, did you learn

1   about anyone else who was involved?

2   A.   I did, yeah.

3   Q.   And who did you learn was also involved?

4   A.   Drew Crandall.

08:48:06   5   Q.   Let's talk about Drew Crandall a little bit.

6   Before that time had you had the opportunity to meet

7   and get to know Drew Crandall?

8   A.   Yes.

9   Q.   So where did you first meet Drew Crandall?

08:48:19   10   A.   In Provo as well at a mutual friend's house and

11   we were also playing video games.

12   Q.   It seems like you met quite a few people playing

13   video games.

14   A.   At that point, yeah.

08:48:35   15   Q.   Can I ask what video game was it?

16   A.   Mainly Mario Kart.

17   Q.   Okay.  So you meet Mr. Crandall playing Mario

18   Kart.  Did you interact with him on more than one

19   occasion over video games or other social activities?

08:48:54   20   A.   Not a whole lot.  There was -- there was -- I

21   mean an event, there were dances that back in the

22   days of college we would go to and he was there so I

23   do remember that one time.  But other than that, no.

24   Q.   I asked you earlier when you first met Mr. Shamo

08:49:14   25   if you had formed an impression about the type of

1    person he was.  Similar question, did you form an

2    impression after meeting Drew Crandall and having an

3    opportunity to interact with him what type of person

4    he was?

08:49:26    5    A.   I did, yeah.

6    Q.   What was your impression of him?

7    A.   Um, I mean as far as personalities go we were

8    different and had different interests, I mean other

9    than video games that's like the one thing that we

08:49:46   10    had in common.  And then I just -- I mean there were

11    -- I just didn't like, you know, the way that he --

12    the things that he talked about mostly.  Things that

13    he said.

14    Q.   Did you like Mr. Crandall?

08:50:06   15    A.   Um, I didn't dislike him, just wasn't somebody

16    that I would associate with on a normal basis.

17    Q.   After meeting him initially, did you ever

18    initiate contact with him on your own?

19    A.   Um, no.  The only time would have been if we were

08:50:26   20    online on a video game.

21    Q.   At some point you did have at least a lengthier

22    meeting with Mr. Crandall where he trained you how to

23    use a pill press, correct?

24    A.   Correct.

08:50:40   25    Q.   Can you tell me how that was arranged?

1   A.   He was getting ready to leave to New Zealand and

2   they wanted a replacement to basically take over the

3   -- being the one who was pressing the pills, I guess.

4   And so Aaron asked me to come over and, you know,

08:51:16   5   over, you know, a few weeks or months I eventually

6   went over and I think it was the day that he was

7   leaving to go to New Zealand, or at least moving out

8   of the house that they were at.

9   Q.   So Mr. Shamo is the one who initiated that

08:51:31   10   meeting?

11   A.   Yeah.

12   Q.   And when you showed up to Mr. Shamo's home to be

13   trained how to use the pill press, who was there?

14   Who was present during that?

08:51:42   15   A.   Just myself, Drew, and Aaron.

16   Q.   After -- well during this meeting, was there

17   discussion amongst all three of you and if so what

18   was it?

19   A.   Yeah, there was.  It was mainly about how the

08:52:08   20   machine was operated, how it worked, how to use it,

21   and kind of I guess just prepping me if, you know, if

22   that was something that I was going to be doing.

23   Q.   And who was giving you the instruction?

24   A.   Um, mainly Drew.  He seemed to be the one that

08:52:31   25   knew the majority of how the machine worked.

1    Q.    And did Mr. Shamo give any sort of direction or

2    instruction?

3    A.    Um, I think honestly it was mainly Drew.  Um,

4    Shamo was there listening and --

08:52:52    5    Q.    Okay.  Did you get the impression whether

6    Mr. Shamo at that time knew how the pill press

7    operated?

8    A.    Yeah, he -- he knew how the machine operated,

9    yeah.

08:53:01    10    Q.    Okay.  After Mr. Crandall left the country, did

11    you ever communicate with him directly or indirectly?

12    A.    After he left I did not.

13    Q.    What was the relationship at that time when you

14    were being trained on the pill press, what was the

08:53:22    15    relationship between Mr. Shamo and Crandall in

16    relation to selling drugs?

17    A.    They -- they had been doing it for some time

18    before, before I was ever -- before I even knew about

19    it, before I ever found out about it they had already

08:53:40    20    been selling on the Dark Web and using this machine.

21    Q.    Do you know what kind of agreement they had as

22    far as who would do what work and how the money --

23    how people would get paid?

24    A.    Do I know?  Do I have an idea?

08:53:58    25    Q.    Yes.

A.   Yes.  So I think mainly Drew was the one

pressing, eventually was the one packaging shipments

out and getting them ready to ship out.  And I

believe Shamo was the main one on the -- on the, I

guess, darknet website part of the things, creating

the listings and being in charge of that side of it.

Q.   And do you know how they divided up the drug

proceeds when items were sold?

A.   Um, not 100 percent, but, you know, I heard from

him, Mr. Shamo, that it was, I believe, 30 percent,

25 to 30 percent was what Drew was getting paid.

Q.   Okay.  Now, you mentioned you were invited to

kind of take over pressing pills.  At that time, that

was around -- that was in 2015; is that right?

A.   Yes, the end of 2015.

Q.   And did you have a job at that point?

A.   I had just come back from a summer of summer

sales so I wasn't currently employed during that

time.

Q.   And at some point when you began pressing pills

for Mr. Shamo, did you still -- did you have a job at

that point?

A.   Um, it was kind of the same thing.  It was -- I

was working for a company, Vivint, and going out

during the summers.  And during the off season, we

1572

1    would do like pre-season trips so we would go out for

2    a week to a different state.  So that is the only

3    type of work that I would have been doing during that

4    time.

08:56:04    5    Q.    Okay.  At some point were you ever invited to

6    receive packages on behalf of Mr. Shamo?

7    A.    I was, yeah.

8    Q.    When did that occur?

9    A.    Um, at the same time.  And eventually I did end

08:56:20    10    up -- I did receive a few packages.

11    Q.    Did he tell you what was being shipped in those

12    packages that you were receiving?

13    A.    Didn't say specifically what was, you know, what

14    each -- or what each package had inside of it, but I,

08:56:37    15    you know, I knew it was probably going to be drugs

16    most likely.

17    Q.    How many of those packages do you -- did you

18    receive?

19    A.    Um, I am not sure.  Probably around five or six.

08:56:53    20    It was at least less than ten.

21    Q.    What would you do with the packages when they

22    came to you?

23    A.    Um, I would take them to Shamo's house and give

24    them to him.

08:57:06    25    Q.    And were you paid for receiving packages?

```
 1   A.   Yes, I was.

 2   Q.   Do you remember how much you were being paid?

 3   A.   Um, roughly 2- to 300.

 4   Q.   Who would pay you?

 5   A.   He would.

 6   Q.   At any point did anyone else pay you for

 7   receiving those packages?

 8   A.   No.

 9   Q.   You mentioned that Mr. Shamo invited you,

10   recruited you, to take over pressing pills when

11   Mr. Crandall was leaving the country.  Um, can you

12   explain how that discussion went or ongoing

13   discussion went as far as having you press pills?

14   A.   Just yeah, that it was an opportunity to, you

15   know, he said that Drew was leaving the country and

16   he needed someone to replace him.  Um, I wasn't

17   working at the time and -- and at that point they had

18   -- I believe for the majority they had, you know,

19   they had stopped pressing altogether and, you know,

20   they had some inventory that they were -- I don't

21   know if they were selling it at that point or not,

22   but it was something that, you know, was kind of a

23   future, kind of a plan for in the future.

24   Q.   Was this a one time conversation or something

25   that took place over time?
```

08:57:16
08:57:29
08:57:50
08:58:13
08:58:28

1574

1    A.   It was over time.  It was over, you know, there

2    was multiple conversations about it.

3    Q.   Did you readily accept his invitation to start

4    taking on that role when he -- when he was first

08:58:45    5    inviting you?

6    A.   It took, you know, several weeks to actually for

7    me to end up actually doing it.

8    Q.   And did you decline at first or did you accept?

9    A.   I just was unsure.  I didn't know if that like if

08:59:06    10   I wanted to do it.

11   Q.   Was there anything that precipitated you actually

12   making the decision to start helping Mr. Shamo

13   manufacture pills?

14   A.   I mean there was obviously -- there were a few

08:59:26    15   different thoughts and reasons.  In early -- late

16   2015 or early 2016, is when, um, you know he was

17   going to start back up and they had to -- or he had

18   to create a new store front in order to do so.  So

19   during that time I was still unsure about it.  I was

08:59:56    20   over spending time at his house, we were playing lots

21   of Mario Kart, talking about, obviously, you know,

22   pressing, you know, how much money could be made.

23   And I was still undecided between doing that or going

24   out and selling again for the summer.  Um, and you

09:00:26    25   know, eventually, yeah, that the -- so yeah, I mean

1    while I was over there, you know, we talked about it,

2    you know, probably pressed a little bit but I mean I

3    wanted to -- I just didn't really feel good about it

4    I didn't know if I wanted to continue doing it and I

09:00:55    5    was deciding on the other opportunity with Vivint.

6              And then at the same time I found out that my

7    sister had brain cancer.  She had a tumor in her

8    brain that she needed to get removed and that was --

9    and I mean I was single at the time, she was married,

09:01:33    10   she has kids, and they told her that she would only

11   have five to seven years left.  So that effected me

12   and I just wanted to help her in any way that I could

13   and I think that is the decision that kind of pushed

14   me over the edge to stay home for the summer and work

09:01:59    15   with Shamo and not go out for the summer.

16   Q.   Did you discuss this concern, your family's

17   health concern, with Mr. Shamo?

18   A.   I did, yeah.

19   Q.   And did you discuss your consideration of going

09:02:17    20   and working with Vivint over the summer?

21   A.   Yeah, both.

22   Q.   And what was Mr. Shamo's response?

23   A.   So at that time I needed money I wasn't getting

24   -- I wasn't making anything and I went to the

09:02:36    25   managers at Vivint to, you know, let them know that,

1    you know, like I needed money and to see if they

2    could help me out.  So they offered and we made a

3    deal that I would, you know, get an advance of 10,000

4    to go out for the summer.  And there is terms for

09:02:56    5    that so that money could at the end of the summer

6    based on sales I would either have to pay that back

7    or if I had 100 accounts then I could keep it and

8    they wouldn't -- they wouldn't dock that off of my

9    back end check.  So, um, I told him that, and he --

09:03:13    10    he really wanted me to stay.  Um, we had been going

11    to concerts and things and he wanted to have a fun

12    summer and we both wanted to have a fun summer, I

13    just needed to make money and wasn't making money at

14    the time and he did -- he offered to basically pay me

09:03:34    15    that $10,000.00 and went and grabbed $10,000.00 in

16    cash and gave it to me, and, you know, that was a lot

17    of money to me at the time, um, and so I stayed.

18    Q.   What did you do with that $10,000.00?

19    A.   Well, I used -- I mean I lived off of that as

09:03:58    20    long as I could.  Um, what I would have done with the

21    10,000 that I was going to get from Vivint and so

22    that is what I did.

23    Q.   Do you know where Mr. Shamo got that $10,000.00?

24    A.   Um, I had an idea.  I mean I thought -- I assumed

09:04:24    25    it was from the previous sales that him and Drew

1577

1    had -- had done in the past.  I also knew that he,

2    you know, was meeting up with people and trading

3    bitcoins and it could have been from that as well.

4    Q.   Okay.  So you start pressing pills and describe

09:04:47    5    what the pill press was like?

6    A.   Um, it had a big wheel on it that you could turn

7    with your hand.  I think it was only there in case of

8    the machine getting jammed but had a single press or

9    single die so it wasn't a rotary one, it was like a

09:05:06    10   single one that would press one pill each time and

11   that's pretty much it.

12   Q.   How well did it work?

13   A.   It had a lot of complications got jammed quite

14   frequently and didn't make them very fast.

09:05:29    15   Q.   Where was this pill press located?

16   A.   At his house in the bedroom next to the master

17   bedroom.

18   Q.   So when you start pressing the pills, where did

19   the ingredients come from?

09:05:42    20   A.   They were -- pretty much already there, and he

21   had other people that he would, you know, that he

22   would send packages to, so the ingredients that was

23   needed, and he would pay them to receive the packages

24   and then they would -- they would meet up somewhere

09:06:02    25   and he would pick up the packages from those people

1    so they would come from multiple sources, I guess,

2    but packages from people that he sent them too.

3    Q.   Did you yourselves ever purchase or order the

4    ingredients that were needed?

09:06:20    5    A.   No.

6    Q.   What were the -- what type of pill was it that or

7    pills did you press initially?

8    A.   Initially it was Xanax.

9    Q.   And were you the only one that would press pills?

09:06:38    10    A.   Um, initially.

11    Q.   Initially?

12    A.   Initially.  I mean I want to say yeah, the

13    majority of it.  Um, there were times where he would

14    maybe run the machine if I wasn't there, if he

09:07:05    15    needed, if he needed more pills.

16    Q.   How often would you go to Mr. Shamo's home to

17    press pills in the beginning?

18    A.   Um, I mean in the beginning I would go over there

19    a lot just we would hang out and play video games, go

09:07:21    20    to the gym.  So even if we weren't pressing at the

21    time, you know, I would spend a lot of time over

22    there.  But I mean just specifically for pills, in

23    the very beginning when things were getting started

24    up, I mean we weren't pressing a whole lot, so I

09:07:38    25    would say maybe once or twice a week or less.

```
 1    Q.   And that once or twice a week how many pills
 2    would you press?
 3    A.   Um, that I am not too sure about.  It wasn't very
 4    many, 1,000 to 2,000 maybe.
 5    Q.   And after the pills were pressed, um, what would
 6    happen with them?
 7    A.   Um, we would put them in a bag and then they
 8    would get -- he would deliver them to the people that
 9    he had packaging them up for him and shipping them.
10    Q.   Do you know who those people were that were
11    packaging and shipping?
12    A.   I didn't know who they were.
13    Q.   Did you learn later who they were?
14    A.   Um, I mean he told me, yeah.  I knew like they
15    were just -- that they were -- I knew them as the
16    shipping girls.  I didn't ever like officially meet
17    them, just met up or saw them I think like only once,
18    once or twice each.  They both came over to his house
19    a couple of times but I never really talked -- spoke
20    to them.
21    Q.   Would Mr. Shamo tell you when and how many pills
22    were needed?
23    A.   Yeah.  I mean the -- I mean the idea would be,
24    you know, we would press what they needed, you know,
25    and at that in the beginning stages, um, there
```

09:08:00 (line 5)
09:08:24 (line 10)
09:08:39 (line 15)
09:09:06 (line 20)
09:09:26 (line 25)

1    weren't a whole lot of orders and so there weren't a

2    whole lot of pills that needed to be pressed and then

3    it was getting bigger and so eventually more and more

4    started.

09:09:45   5    Q.   Did you ever or Mr. Shamo ever kind of stockpile

6    extra pills for future orders?

7    A.   We tried to with the first machine.  I think

8    that's where we ran into issues, we weren't able to

9    keep up with them.  But eventually we tried to and it

09:10:07   10   was still hard.  But there were times where, um, you

11   know, there was some stocked up.

12   Q.   Where would that stock be kept?

13   A.   He would -- I mean at his house.  But then

14   whether it was that day or the following day they

09:10:30   15   would eventually get delivered to the girls who were

16   packaging them up.

17   Q.   So he wasn't keeping the pressed pills at his

18   house for more than a day or two after they were

19   manufactured?

09:10:44   20   A.   Yeah, most of the time.

21   Q.   And why?  Do you know why that was?

22   A.   Um, just because they were the ones that were

23   receiving the orders and needed to have the product

24   on hand to be able to ship them and package them

09:11:05   25   package them and ship them.

1  Q.   Walk me through the process that you went through

2  to actually manufacture these Xanax or Alprazolam

3  pills?

4  A.   The process of manufacturing them?

09:11:20  5  Q.   Yes.

6  A.   Um, there was -- with those pills they had a --

7  he had already had multiple bags, boxes of like a

8  pre-mixed filler that they bought off a website that

9  already had all of the ingredients mixed.  And it was

09:11:45  10  just a white powder and we would, you know, we would

11  measure out whatever -- whatever amount of you know

12  by weight, whatever amount of powder for like the --

13  that you could fill into a mason jar.  And then put

14  in the active ingredient, the Alprazolam, and then

09:12:09  15  shake it up, mix it, and then put it into the machine

16  into a funnel that would start pressing the pills out

17  of that powder.

18  Q.   So that I can gain some clarity on this, you were

19  essentially putting the inactive ingredients and the

09:12:32  20  active ingredient Alprazolam into a mason jar and

21  then just shaking it?

22  A.   In the beginning, yes.  And then there were

23  mixers later on that we would put those ingredients

24  in and turn it on and it would just spin for hours at

09:12:49  25  a time.

1   Q.   You mentioned earlier that Mr. Shamo was the one

2   operating the website on the darknet or Dark Web.

3   Were you aware of any pills, Xanax pills, were being

4   sold in Utah?

09:13:05   5   A.   That happened as well, yes.

6   Q.   Tell me about that?

7   A.   There was a local guy that he had been dealing

8   with and, you know, before with Drew and they were

9   selling those Xanax pills to that individual and so

09:13:34   10   he would meet up with the same person and sell the

11   Xanax as well.

12   Q.   If we can pull up Exhibit 17.06.  Do you have

13   that on the screen before you.  Do you recognize that

14   individual that you are referencing?

09:13:52   15   A.   I do, yeah.

16   Q.   And where is he on this chart?

17   A.   The second row on the left side says "Kenny"

18   underneath his picture.

19   Q.   And at the time, by what name did you know him?

09:14:10   20   A.   Chris.

21   Q.   And how did you know that these Xanax pills were

22   being distributed in Utah through him?

23   A.   How did I know that they were being distributed

24   in Utah?

09:14:27   25   Q.   Through Chris?

1   A.   Yeah, um, that's just what I was told.

2   Q.   By whom?

3   A.   Shamo.

4   Q.   Did you ever interact with Chris yourself?

09:14:38  5   A.   I did not.

6   Q.   Were you ever there when pills were being

7  provided to Chris?

8   A.   There was a few times, yeah.

9   Q.   Tell me about those times?

09:14:55  10   A.   So I drove Aaron to either his house or his gym.

11  I would wait in the car while he would go inside

12  either the house or the gym and they would -- he

13  would drop the pills off and then come back outside

14  and then we would talk about whatever and then he

09:15:22  15  would come outside.

16   Q.   How many times did you drive Mr. Shamo to meet

17  with Chris for that purpose?

18   A.   Probably -- I mean it was a handful.  Between 7

19  to 10 times, different times probably.

09:15:41  20   Q.   Why was it that you were driving Mr. Shamo?

21   A.   At that time he had a DUI and didn't want to

22  drive his car.  So I would drive for that purpose.

23   Q.   When you were driving him to meet with Chris, do

24  you know how many pills Chris was being provided?

09:16:02  25   A.   Um, roughly, you know, on different occasions

1   between 1,000 to 2,000.  Um, it was mainly like

2   2,000.  I mean the highest was mainly 2,000.

3   Eventually it was more.  But in the beginning, it was

4   1,000 or 2,000.

09:16:24   5   Q.   When you said that eventually there was more,

6   were more provided to him during any of those times

7   that you were driving Mr. Shamo?

8   A.   Most likely.  I can't remember exactly.  I would

9   say yeah.

09:16:45   10   Q.   You mentioned that Mr. Shamo would go into

11   Chris's home or gym.  Was there any occasion when you

12   were driving him for this purpose that you observed

13   the actual exchange of pills or money?

14   A.   There was one time when he came out of his gym

09:17:05   15   and we were sitting in the car and I think the reason

16   was because he had people in the gym, didn't want

17   them to see something or he was leaving or just

18   rushed, so he came outside himself while we were both

19   still sitting in the car and they made that

09:17:20   20   transaction through the window of the car.  That was

21   like when I had seen him.

22   Q.   We're going to speak more about Chris in a

23   moment, but if we can first pull up Government's

24   Exhibit 14.19.  And if we can go to the second page.

09:17:59   25   Here we're looking at an exhibit that has been

1    admitted that has your name on it.  Do you know why

2    your name and Julian Mausia's name would have been

3    included or being shared amongst or with by Mr. Shamo

4    or to Mr. Shamo?

09:18:22    5    A.   Um, it just looks like notes from his computer,

6    has a few -- it looks like three addresses on here.

7    An address for Shawn, myself, and for Julian.  I

8    think it is just notes.  So these are just the

9    addresses of probably where they would -- where he

09:18:49    10   would send the packages to.

11   Q.   And I'm sorry because this may be -- that might

12   have not been a great question.  Can you -- can you

13   read the portion, the paragraph portion down at the

14   bottom of this.

09:19:03    15   A.   Okay.  "So these are the best so far.  They smoke

16   perfect and they snort and slide.  The color being

17   speckled won't fly so that needs to be fixed but you

18   already knew that.  My boy smoked two in a row and

19   barely got high, so a bit stronger is going to be a

09:19:23    20   must, bro.  But in all, these are f-ing close to

21   being money in the bank man.  You did it, bro."

22   Q.   Do you recognize the context of that message and

23   who may have sent it?

24   A.   Yeah.  It is -- it came from Chris.

09:19:39    25   Q.   And who was it sent to?

1    A.    To Aaron.

2    Q.    And what is he referencing?

3    A.    The pills that were -- so that they were the

4    fentanyl pressed pills and he is referencing those,

09:19:57    5    yeah.

6    Q.    So at some point you transitioned to pressing

7    fentanyl pills in addition to Xanax pills; is that

8    right?

9    A.    Yeah.

09:20:10    10    Q.    How long after you started helping to press pills

11    did you and Mr. Shamo start pressing pills containing

12    fentanyl?

13    A.    How long afterwards?

14    Q.    Yes.

09:20:23    15    A.    Um, I mean a couple of months but two to three,

16    four months.

17    Q.    So by that message, it looks like Chris may have

18    had some interest in you and Mr. Shamo pressing

19    pills; is that right?

09:20:41    20    A.    That's right, yeah.

21    Q.    Were you made aware before starting to press

22    fentanyl pills, were you made aware of any

23    communications with Mr. Shamo and Chris about

24    pressing pills other than Xanax?

09:20:57    25    A.    Yeah.  It was basically I believe Chris's idea.

1    He was already or he had been buying those same

2    pills, the fentanyl pressed pills, from another

3    source and I believe wanted to get them at a better

4    price.  And so he told Aaron that they would, if he

09:21:29   5    could figure it out or if he could start doing that,

6    that there would be a lot of money to be made.

7    Q.   Did you understand what needed to be figured out?

8    A.   I did not.

9    Q.   So how did -- how did it come about that you and

09:21:48   10   Mr. Shamo started manufacturing fentanyl pills?

11   A.   It was just, you know, he told me about it, he

12   told me that, you know, that Chris was the one that

13   mentioned it, that I guess had the idea of Aaron

14   getting started and pressing them so that they could

09:22:13   15   make money together.

16        Um, seemed like he had the most knowledge on

17   it because he had already been buying them from

18   another source.  Neither of us knew how to make them,

19   had never been something, you know, it was new.

09:22:34   20   So...

21   Q.   Let me back up just a little bit.  It sounds like

22   Mr. Shamo had an ongoing relationship of some sort

23   with Chris.  Do you know how they were -- how they

24   were introduced or met each other?

09:22:49   25   A.   I'm not exactly sure, I think it was through a

1    mutual friend.

2    Q.   Do you know who that mutual friend was?

3    A.   Um, Miles.

4    Q.   And what leads you to believe that Miles may have

5    introduced them to each other?

6    A.   Just from one of the conversations that Shamo and

7    I had I remember that.

8    Q.   When Mr. Shamo is speaking to you about what

9    Chris is asking for, namely a different kind of pill,

10   was fentanyl the first thing that was mentioned as

11   far as the different kind of pill or was he just

12   hoping for an Oxycodone pill?

13   A.   Um, I mean, yeah, he would say you guys should

14   make Roxy's or let's make Roxy's.  And I am like what

15   is that?  And he explained to me it is like an oxy

16   pill.  I'm like how do you make that?  Like how are

17   you going to get oxy?  And, you know, at that point

18   he said that they -- that he would use fentanyl.

19   Q.   And who -- who is he?

20   A.   Well, I mean I think that that came from Chris

21   like --

22   Q.   It is coming through Mr. Shamo?

23   A.   Yeah.

24   Q.   Was there any issue with being able to acquire

25   Oxycodone to make the pills that Chris was

09:23:01
09:23:20
09:23:41
09:23:59
09:24:11

1    requesting?

2    A.   From what I understood is it was next to

3    impossible to acquire Oxycodone.

4    Q.   And what's the basis for that opinion?

09:24:26    5    A.   Um, that I am not sure.  I mean, um, I mean -- I

6    honestly don't know.  Just probably was regulated

7    harder or super hard to just make.

8    Q.   Did you try to acquire Oxycodone?

9    A.   No.  Well, I mean I didn't.  So I don't know

09:24:44    10   if --

11   Q.   Are you aware if Mr. Shamo tried to acquire or

12   research Oxycodone?

13   A.   I don't know that he tried acquiring it.  I mean

14   just -- I just -- from what he told me that it was

09:24:57    15   just hard to either make or get.

16   Q.   So you and Mr. Shamo have this discussion about

17   creating pills that looked like Oxycodone pills but

18   with fentanyl.  Walk me through, after you have had

19   these conversations, walk me through what actions led

09:25:20    20   to actually manufacturing those pills?

21   A.   Um, a lot of it was I think Chris just kept on

22   talking about the issue, bringing it up saying hey

23   man, you know, we could make a lot more if you do

24   this, if you make these.  And so at that time I mean

09:25:47    25   I don't think that Shamo knew how to do it either so

```
 1   I think I mean we had initially started with making

 2   it in the same way that the Xanax was made where we

 3   had like the pre-mixed filler and then we would add

 4   the active ingredient, fentanyl, mix it up, and

 5   basically do it the same way.  Add some blue powder,

 6   kind of like a die that would, you know, color the

 7   pill blue.  And then we would, you know, we made a

 8   few batches, gave them to Chris, and we would get

 9   feedback from him based off of people who were using

10   them that Chris was giving them to.

11         And then from -- based off of that feedback,

12   we would tweak the way that they were being made so

13   from that slide that was shown, talked about them

14   sliding and smoking and being able to snort them and

15   that was the whole idea of the first -- the first

16   batches that we made they didn't do that from the

17   pre-mixed filler.  I guess when they were smoked,

18   snorted, or however they use them in that way, they

19   weren't sliding, they were just burning.  And so we

20   had to figure out how to make them slide.  And that's

21   -- so yeah, that's -- do you want me to keep going on

22   like the whole --

23   Q.  Well, we will pick up there in just a moment.

24   Let me ask you --

25   A.  Okay.
```

1   Q.   -- a few questions to kind of unpack what you

2   just described.  You mentioned pre-mix.  What was the

3   pre-mix?

4   A.   I mean I don't know exactly, but it just came

5   pre-made so it was add -- the ingredients already in,

6   you know, the ingredients just to make a pill.

7   Q.   Where did that pre-mix come from?

8   A.   Um, from online, I'm not sure exactly.  I think

9   it was -- it was an online site like Tablet Press

10  Club, something like that.  But from what I

11  understand, is Drew is the one that bought those

12  before he left to New Zealand so he had a -- he had a

13  lot of that.  Before Drew left he bought like a few

14  boxes and we were able to use that.

15  Q.   And we have been talking about trying to make

16  these pills with fentanyl.  When you are having these

17  discussions with Mr. Shamo, did you know what

18  fentanyl was before then?

19  A.   No.

20  Q.   Did Mr. Shamo explain to you what fentanyl was?

21  A.   Yeah, um, he explained, you know, what it was and

22  what it did and how it was similar to oxy and said

23  that it was a research chemical and basically that it

24  just would make the same effects of oxy of the, I

25  guess, that drug Oxycodone.

1592

```
 1   Q.   Did you, at that time, do anything to verify what
 2   he told you or to research fentanyl yourself?
 3   A.   No, he didn't tell me to research it but he said
 4   that it wasn't a controlled substance yet at the time
 5   so I did research that to see if it was a controlled
 6   substance or not.  And I couldn't -- and I didn't
 7   research it that in depth.  I mean I didn't find
 8   anything about it being a controlled substance.
 9   Q.   So did you do a web search of some sort?
10   A.   Yeah.
11   Q.   And the results that came up didn't identify it
12   for you as a controlled substance?
13   A.   Right.
14   Q.   Did it confirm that it was a research substance
15   when you did that search?
16   A.   I didn't -- that wasn't confirmed either.
17   Q.   Okay.  You mentioned that when you were initially
18   making these pills with the pre-mix and adding in the
19   fentanyl, that the pills wouldn't slide.  What does
20   that mean?
21   A.   I didn't know what that meant either and I found
22   out that that is just how the users would use those
23   pills and they would take a, I guess, a piece of tin
24   foil or a spoon but I'm sure I think it was tin foil,
25   put the pill on it and then light it from underneath
```

09:29:16 (5)
09:29:35 (10)
09:29:45 (15)
09:30:03 (20)
09:30:18 (25)

1593

1    until it started smoking, and then they would smoke

2    that smoke.  But the pill would end up sliding down

3    the tin foil and not just staying there and burning.

4    Q.   So previously you talked about you kind of

09:30:37    5    referenced "we", we would mix the pre-mix or you

6    would take the pre-mix, add fentanyl and make pills

7    but you said "we".  Um, did both you and Mr. Shamo

8    make these initial fentanyl pills?

9    A.   The initial -- I mean I think it was a combined

09:31:00    10    effort to make the -- to try to get these pills to

11    work and to, you know, so the first batches I'm not

12    sure whether or not, you know, whether we were both

13    doing it at that time.  A majority of it was myself.

14    There could have been times where I wasn't there and

09:31:28    15    he may have done it.

16         During the times that the machine was getting

17    jammed, you know, he would help un-jam it and things

18    like that.  So initially, you know, when we were

19    trying to figure out how to get the, you know, the

09:31:45    20    right mixture of powder, then yeah.

21    Q.   So something you said there, when it would jam he

22    would un-jam it.  He had the skill set to be able to

23    get the pill press operating when there was a jam?

24    A.   Yeah.

09:32:03    25    Q.   Getting the powder right, what issues were you

1    having with the powder when you're trying to make

2    these pills?

3    A.   Just -- well first of all, they weren't sliding

4    and they needed to slide and smoke and so that was

09:32:18   5    the main issue.  And then -- and then obviously

6    getting the mixture right.  Of the inactive

7    ingredients the mixture needed to be created or mixed

8    together so that the pill could hold its form and

9    also slide and that is pretty much it.

09:32:47   10   Q.   Now, you mentioned previously the pre-mix was

11   essentially all of the inactive ingredients.  Did you

12   find a problem with the pre-mix when you were trying

13   to create these fentanyl pills?

14   A.   Just that they wouldn't slide.

09:33:00   15   Q.   So did you switch to a different method or --

16   A.   Yeah.

17   Q.   -- what?  What did you do instead of using the

18   pre-mix?

19   A.   So he ended up ordering -- he looked up the main

09:33:13   20   ingredients in the real oxy and just ordered like the

21   main four ingredients and we used those ingredients.

22   Q.   And you said "he" are you referring to Mr. Shamo?

23   A.   Yeah.

24   Q.   At some point you figure out how to get these

09:33:34   25   pills right; is that right?

1    A.    Yeah.

2    Q.    What part of the process did you figure out?

3    A.    The mixture of the four inactive ingredients.  So

4    just like a good combination of all four of them that

09:33:59    5    would work, when you're talking about the structure

6    of the pill itself without any active ingredient

7    included.

8    Q.    So would it be accurate to say essentially the

9    ratio of the different inactive ingredients you

09:34:17    10    figured out a way that the pill would not be too

11    hard, that it would slide, but it would still hold

12    its form?

13    A.    Yeah.

14    Q.    And that was without the active ingredient?

09:34:29    15    A.    Yeah, that was without the active ingredient.

16    Q.    So when you figured that out, did you share the

17    ratio, the amounts of inactive ingredients with

18    Mr. Shamo?

19    A.    I didn't ever give that to him, he never really

09:34:42    20    asked for it, um, that I can recall.  And I didn't

21    ever just say here it is.  I was the one that was

22    mainly mixing that mixture together and so I mean if

23    he had the powder that was already mixed that was

24    good enough.  I mean he didn't need it.

09:35:04    25    Q.    So after you figured out the right amounts of

1    inactive ingredients, were you able to determine how

2    much fentanyl should go in each pill or the mix?

3    A.   So he had a program on his computer that Drew

4    made that you would get the -- so you would just use

5    the inactive ingredients, you would make some test

6    pills and he would weigh out 20 of them.  So on the

7    program you would know they would -- he would enter

8    in the number of pills, number of test pills, the

9    weight of those test pills, and then that would tell

10   him the amounts -- the amount of the active

11   ingredient to include in the inactive mixture.

12   Q.   Did you watch him use this program?

13   A.   Yeah.  Like most of the time he showed me it.

14   Q.   Did he ever let you use that program yourself?

15   A.   Um, it wasn't ever -- no.  I mean it wasn't ever

16   anything that I asked to do.

17   Q.   So any time you were making these fentanyl pills,

18   you could mix the inactive ingredients but you had to

19   go to him to get the right amount -- to determine the

20   right amount of fentanyl to add?

21   A.   Yes.

22   Q.   When you watched him the once or twice use this

23   program, did he have to put in how much fentanyl he

24   wanted in each pill as part of the calculation?

25   A.   I believe so.  That I'm unsure about but I

```
            1    believe that would be the case.  It was the same

            2    program that he used for the Xanax.  So we would have

            3    to know the dosage that you wanted in those Xanax

            4    pills.

09:36:59    5    Q.   Did you ever tell him what dosage should go in

            6    those pills?

            7    A.   No.  I had no idea.

            8    Q.   So you get some feedback from Chris and we read

            9    some of it.  Did you get any other feedback from

09:37:13   10    Chris or was it just the one time?

           11    A.   There was feedback from Chris throughout the

           12    whole -- like the whole time there was.

           13    Q.   So once you figured out the -- so when you're

           14    going through this process, is Chris buying these

09:37:30   15    sample pills?  Are you giving him pills?  How was he

           16    able to give you this feedback?

           17    A.   Yeah.  So we would give him -- he would, you

           18    know, want a few hundred, or a thousand.  He would

           19    give them to, I don't know, some of his -- he put one

09:37:51   20    of them who would use them I guess that had been

           21    using them for a while, and they would take them and

           22    then report back to Chris and, you know, just let him

           23    know if they were -- if they were sliding or not if

           24    they smoked, if they were too blue or not blue

09:38:09   25    enough, they were too hard, they would crumble,
```

```
          1   things like that.
          2   Q.   Was Mr. Shamo getting feedback from any other
          3   source as you guys are trying to figure out these
          4   pills?
09:38:23  5   A.   Eventually.  Once -- once he posted them online
          6   then there were people online that were reporting
          7   back, kind of the same way giving feedback on the
          8   size, color, hardness, maybe even taste.  And also
          9   providing insight on how to make the pill better,
09:38:52  10  what things could be done to make it better.  I guess
          11  mimic a real oxy.
          12  Q.   Did Mr. Shamo ever press pills without you?
          13  A.   Yeah, there were times that he did.
          14  Q.   And if he didn't know the right amount of
09:39:12  15  inactive ingredients, how would he do that?
          16  A.   He would ask me to mix up the inactive
          17  ingredients before I left.  Like if I was on a work
          18  trip or out of town and wasn't going to be able to
          19  press and he was going to press, then I would -- I
09:39:29  20  would just basically create or go over and mix the
          21  powder, the inactive powders together, and get that
          22  ready for him to use to be able to press.
          23  Q.   If you were preparing these powders for him, did
          24  you add the active ingredient fentanyl as well?
09:39:47  25  A.   Um, I can't remember if I added that or not.  I
```

1    think there were times that I did, times where I

2    didn't.  It was just all about if I had enough time

3    to or not.  But I know that I for sure did like

4    the -- the inactive mixture of powders with the blue

09:40:12    5    die included.  So once that was all ready, then the

6    last step was to add the fentanyl.

7    Q.   Did you ever press these fentanyl pills without

8    him giving you the amount that needed to be added?

9    The amount of active ingredient that needed to be

09:40:35    10   added?

11   A.   No, I didn't know that part of it.  So once the

12   mixture is made, then -- then I would -- sometimes

13   the machine would be -- needed to be adjusted.  That

14   could affect the size of the pill.  Or maybe they

09:40:52    15   were a little bit harder so that would effect the

16   weight of the pill because there is more powder being

17   pressed into the pill.  So that was the idea.  Like

18   every time you -- a new powder was created and/or you

19   know you would always have to continually monitor

09:41:10    20   like the sizing and the adjustments of the machine in

21   order to get the weight.  So obviously yeah, so I

22   would test the pills, get the weight of the pills,

23   and then tell him those numbers, text those to him,

24   and then he would send back the amounts that needed

09:41:26    25   to be added.

1   Q.   So after you figured out how to make these pills,

2   were they -- did they continue to be sold or were

3   they sold in Utah?

4   A.   After -- sorry, what was that?

09:41:45   5   Q.   After you figured out and you were pressing these

6   pills containing the fentanyl, were they sold in

7   Utah?

8   A.   Yeah.  I believe -- yeah, only to Chris, as far

9   as I know.  So Chris was the one that was buying them

09:42:02   10   from him, from Shamo, and then he was giving them to

11   whoever or selling them to whoever most likely here

12   in Utah.

13   Q.   Did you and Mr. Shamo ever have a discussion

14   about why Chris was the only one in Utah that the

09:42:19   15   pills were being provided to?

16   A.   Um, he didn't want -- I mean when they originally

17   started, him and Drew, they were just selling them

18   online and that was to basically hide that so that

19   they wouldn't have to go out and sell to people

09:42:37   20   locally.  And so I think it was for that reason that

21   they didn't want to sell to anybody locally.

22   Q.   So they would only utilize Chris to do that?

23   A.   Yeah, Chris, uh-huh.

24   Q.   When you start manufacturing these fentanyl

09:42:57   25   pills, what quantities did you initially start with

1601

1    as far as how often and how many would you make?

2    A.   In the beginning?

3    Q.   Yes, the beginning with the fentanyl?

4    A.   It wasn't many.  Um, 1,000 to 2,000.

09:43:18    5    Q.   And how often were you -- how often and how many

6    of those pills were being provided to Chris?

7    A.   It could have been once a month, maybe once every

8    two weeks in the beginning.

9    Q.   And were pills being sold to anyone other than

09:43:38    10   Chris at that point?

11   A.   Locally not that I'm aware of.

12   Q.   And how about not locally?

13   A.   Online.

14   Q.   And did you ever help to manage or put listings

09:43:55    15   up online to sell the pills?

16   A.   No.

17   Q.   How did you know that was taking place online?

18   A.   Um, I mean he would tell me about -- he would

19   tell me about it and he showed me those sites like

09:44:12    20   once or twice, um, you know I just kind of wanted to

21   see it.  And then there were -- there were a couple

22   of times where I got on the darknet myself on my

23   phone to look at the -- basically see his listings,

24   see the, you know, what he was listing them as and by

09:44:39    25   reading that I was able to know.

Q.   When you did that, did you have a log-in for the
Pharma-Master storefront?

A.   No.  That was just me going on, an honest me as
any other person would be able to do.

09:44:57   Q.   And why did you want to go on and see the listing
for the pills?

A.   Just to verify that they were being sold as what
they were and that's what his listing said that they
were.  Fentanyl pressed oxy's or Roxy's.  It said in
09:45:20   the listing that it had -- that they were pressed
fentanyl that they didn't have oxy.  And I wanted to
verify that and that's what it did say.

Q.   So in the beginning were you still pressing these
new pills, the fentanyl containing pills, once or
09:45:40   twice a week?

A.   Um, yeah.

Q.   And how many were you pressing that once or twice
a week?

A.   I'm not sure, I mean a few thousand.  A lot of
09:46:00   the times it was when the amounts that they -- that
he needed to fulfill orders online as well as the
amounts that Chris would request.  So in the
beginning there wasn't much of a stockpile.

Q.   Did that amount that he needed to press did that
09:46:20   change at some point?

1    A.   Yeah, once it started getting bigger and they

2    were selling more online and people -- so people

3    could go on -- anybody that bought those, anything on

4    the Dark Web from any vendor could go on and give

09:46:41   5    that vendor feedback on the site itself as well as on

6    Reddit.  People who get on Reddit and they could talk

7    about each vendor, experiences.  And so, um, yeah

8    those -- did that answer the question?

9    Q.   I'm sure you did.

09:47:04   10   A.   Okay.

11   Q.   Would Mr. Shamo direct you when and how many

12   pills were needed?

13   A.   Yeah, just saying, you know, whether it was Chris

14   needs this many or we need this many online, or this

09:47:17   15   person just put in an order for 5,000 or 10,000.  He

16   would let me know those instances.

17   Q.   And did Mr. Shamo press fentanyl pills on

18   occasion?

19   A.   Yeah, on occasion.

09:47:31   20   Q.   Were both of you still pressing the Xanax pills

21   at that point?

22   A.   No, at that point it was only him that was

23   pressing the Xanax.

24   Q.   Why was that?

09:47:41   25   A.   Um, because it became an issue to switch the dies

1    out of the one machine, just took -- it was a long

2    process, took a while, and I mean it might even take

3    all day long to get the machine set up again when you

4    switch them back and forth from like a Xanax or from

09:48:08    5    fentanyl or any die if it was different.

6           And so he ended up getting another machine

7    specifically for Xanax just to have one for Xanax and

8    one for the fentanyl pills.  And then -- and so he

9    kind of wanted to be the one doing the Xanax.

09:48:36   10    Q.   Okay.  You talked about how the number of pills

11    are being sold increased.  When do you recall was the

12    time where you maybe pressed the most pills in a

13    single week?

14    A.   Um, probably in the summer, June, July, August,

09:49:04   15    somewhere around there.

16    Q.   And do you remember the amount that you pressed

17    in a single week?

18    A.   In a single week, no.  Um, it could have been 20,

19    30, 40,000.

09:49:18   20    Q.   And as you went into the fall of 2016, did the

21    volume continue to increase?

22    A.   I believe so, yeah.

23    Q.   So in a single month would you have pressed more

24    than 40,000 fentanyl containing pills?

09:49:37   25    A.   That's possible, yeah.

1    Q.   We have before you -- I want to point out a

2    couple of Government Exhibits.   Specifically there is

3    totes up here that are marked a series of Government

4    Exhibit Numbers 7, 8, 9, and 12.

09:50:02    5         I'm going to point these out to you and then

6    ask you a question related to that.   So these three

7    right here (indicating), and I'm going to lift this

8    one up so you can kind of see its contents.   Can you

9    see the contents of these ones?

09:50:20    10   A.   Not really.

11   Q.   So just these top two, can you now see the

12   contents of these two okay?

13   A.   Yeah.

14   Q.   Okay.   And can you see the contents of these ones

09:50:39    15   okay?

16   A.   Yeah.

17   Q.   Towards the end of pressing pills with Mr. Shamo,

18   about how much time in the fall of 2016 would it have

19   taken you to press the pills that you see in all of

09:51:02    20   these top totes?

21   A.   Um, it could have taken an entire month or more.

22   Q.   And you mentioned earlier that you would

23   sometimes stockpile the Xanax or Alprazolam pills.

24   Would you sometimes stockpile the pills containing

09:51:28    25   fentanyl?

1  A.   Eventually we got -- we were caught up and we

2  were able to, yeah.  At one point or maybe a couple

3  of different times we were able to do that, yeah.

4  Q.   Would you keep that stockpile or large quantities

09:51:43  5  of those fentanyl containing pills at Mr. Shamo's

6  house for very long?

7  A.   I mean there were times where they were there.  I

8  mean, after I was there and they were pressed.  But

9  then eventually in a day or two they were usually

09:51:58  10  sent to the girls or Chris.

11  Q.   Okay.  Did you ever have a week or so where you

12  pressed 70,000 fentanyl containing pills?

13  A.   Um, it could have happened in a week.  Yeah.

14  Q.   Did you ever deliver pills yourself to the

09:53:01  15  packaging or shippers?

16  A.   There was -- no.  I mean there was one time that

17  I took them a bag of something.

18  Q.   Did you know what was in the bag?

19  A.   I mean, yeah, I knew it was Xanax.

09:53:21  20  Q.   And why was it that you took them on that

21  occasion?

22  A.   He had an order that needed to be fulfilled that

23  night and shipped out in the morning.  Someone had

24  put in an order online.

09:53:38  25  Q.   If you only did that on one occasion, then who

1    was taking them every other time?

2    A.   Um, he was.

3    Q.   I want to show you a few photos that were taken

4    during the execution of Mr. Shamo's home and ask you

09:53:58    5    a few questions about them.  If we can pull up

6    Government's Exhibit 13.09 photo 10.  Do you

7    recognize this photo?

8    A.   Um, yeah.

9    Q.   What is it?

09:54:19    10   A.   It is the -- down in the room that the pill press

11   was in, there is that big mixer.  So that's just the

12   room where the pills were being made.

13   Q.   This isn't the original press that you were

14   trained on; is that right?

09:54:35    15   A.   No.

16   Q.   At what point did Mr. Shamo get this press?

17   A.   Um, that one came later on, months after, but I

18   think that is the second press.

19   Q.   And when you say the second press, you mean the

09:54:59    20   press after the first one that you were trained on

21   with the big wheel on top?

22   A.   The third press in that case then.

23   Q.   This would be the third press?

24   A.   Yeah.

09:55:08    25   Q.   Okay.  And before getting this press, did he talk

1    to you about getting it?

2    A.   Yeah.

3    Q.   Did you have a discussion why he was getting it?

4    A.   Yeah.  He just wanted to have one press for the

09:55:25   5    fentanyl pills and one press for the Xanax pills.

6    Because I mean like I said, in order to take the dies

7    out and go from pressing one pill to another it was a

8    lengthy process.  You had to set up the machine

9    right, they had to be adjusted, size the pressure,

09:55:53   10    taking each die out and putting a new one in took a

11    long time.

12    Q.   Did you contribute to the cost of purchasing this

13    press?

14    A.   No.

09:56:03   15    Q.   Did you order the press yourself?

16    A.   No.

17    Q.   Is there a reason that it may have come to you

18    and Mr. Shamo in your name?

19    A.   Yeah.  I mean he -- it was just the same -- for

09:56:20   20    the same reason that he would send other packages to

21    different people.  And obviously a package of that

22    size and weight couldn't really send that to anybody

23    else so he sent it to me.

24    Q.   Do you know where it came from?

09:56:40   25    A.   China, I believe.

1    Q.   And when it arrived, was it delivered to your

2    home or some other location?

3    A.   Um, a different location.

4    Q.   What location was that?

09:56:55    5    A.   Um, it was where I was living with my girlfriend,

6    the house that she was living at, Emily Mitchell's

7    home.

8    Q.   And once it arrived there, how did it get to

9    Mr. Shamo's house?

09:57:08    10    A.   We picked it up using his truck.

11    Q.   Was anyone else involved in moving it?

12    A.   No.

13    Q.   You mentioned that it was -- it was sent to you

14    in a similar fashion as other packages were sent to

09:57:31    15    other people.  Does that mean you were paid for

16    having it sent in your name?

17    A.   Yeah, I was paid.

18    Q.   Do you recall how much you were paid?

19    A.   I mean depending on the size of it, two to three

09:57:42    20    to 4,000.

21    Q.   Okay.  Let's look at Government's Exhibit 13.09,

22    photo 13.  Do you recognize the piece of machinery in

23    this photo?

24    A.   Yeah.

09:57:56    25    Q.   What is it?

1    A.    It is the other pill press.

2    Q.    And when did Mr. Shamo get this press?

3    A.    That was the first one that was purchased after

4    we got rid of the first single die press.  So, um,

09:58:22   5    March or April.

6    Q.    Did he talk to you before getting this press

7    about getting it?

8    A.    Yeah.

9    Q.    And how did the discussion go?

09:58:33   10    A.    Just that he was thinking about getting a more

11    efficient faster press.  The one that we had was

12    having the issues of getting jammed and so that was

13    the reasoning.

14    Q.    Who was this press shipped to?

09:58:48   15    A.    To me.

16    Q.    Did you purchase it?

17    A.    No.

18    Q.    Why was it shipped to you?

19    A.    That same reason.  And so that he and I could

09:59:02   20    pick it up in his truck.  The same reason of I mean

21    nothing that he was ordering was being sent to his

22    house.

23    Q.    In the circumstances of this press, was it you

24    and him who again transported it to his house?

09:59:18   25    A.    Yes.

1611

1   Q.   And once you got a press into the house, then

2   what, what did you guys do with it?

3   A.   Um, we had to figure out how to set it up, it

4   didn't come with any instructions.  So they would

09:59:42   5   first send the base of the machine and then the

6   moving parts or the top part of it were like the

7   rotary part of it would come later.

8   Q.   The base part, did they always look somewhat

9   similar to the base of this pill press here in the

09:59:57   10   courtroom.

11   A.   Yeah, pretty much.  I don't think it came with

12   the two rods, only the center one and then later on

13   we attached those two rods.

14   Q.   So after you received those parts, other than the

10:00:17   15   base, who was it that would work on getting the press

16   functioning and working right?

17   A.   Mainly myself.

18   Q.   Did Mr. Shamo help with that as well?

19   A.   Yeah.  Like in the beginning when we got the

10:00:32   20   first one it was a combined effort.

21   Q.   Let's look at Government's Exhibit 13.09, photo

22   11.  Do you recognize kind of the setting that's

23   depicted in this photo?

24   A.   I do.

10:00:50   25   Q.   Is this still in that same press room in

1612

1    Mr. Shamo's house?

2    A.   Yes.

3    Q.   Can you tell me about some of the items that are

4    showing in this photo?  Specifically the items on the

10:01:02    5    table as well as on the shelf?

6    A.   Yeah.  Those are the mason jars, that's the

7    scale, some rubber gloves, some bags of pills, and

8    that's pretty much it.

9    Q.   It looks like --

10:01:20    10    A.   Powder in the back.

11    Q.   Yeah, that is what I was going to ask about.  The

12    powder in the back, do you know what kind of powder

13    that was?

14    A.   Um, most likely the microcrystalline cellulose.

10:01:33    15    Q.   And why do you say that?

16    A.   I just remember it being in a bigger bag.  The

17    other powders came -- I mean yeah, the other powders

18    came in smaller bags.

19    Q.   So Ms. Laughter, if you can zoom out and zoom

10:01:47    20    back in on the lower shelf there by the table leg.

21    Can you see the item that's there on that shelf?

22    A.   Yes.

23    Q.   Do you know what type of -- what that item is?

24    A.   In the middle?

10:02:03    25    Q.   Yes.

1   A.   I would guess the lactose or the corn starch.

2   Q.   Is that one of the ingredients in the inactive

3   ingredients?

4   A.   Yeah.

10:02:17   5   Q.   Okay.  If we can go to Government's

6   Exhibit 13.09, photo 12.  And Ms. Laughter if you can

7   zoom in on that top shelf.  Do you recognize what is

8   up there on that top shelf?

9   A.   Yeah.

10:02:45   10   Q.   And it looks like there is additional bags of

11   powder.  Do you know what substance was in those bags

12   of powder?

13   A.   I think it was the Alprazolam.

14   Q.   Okay.  If we can zoom back out and go to

10:03:09   15   Exhibit 13.09, photo 19.  Do you recognize this piece

16   of equipment?

17   A.   Yes, one of the mixers.

18   Q.   And when did -- when did you or Mr. Shamo get

19   this?

10:03:27   20   A.   I think it came after or around the same time as

21   the third press for the Xanax.  That was mainly used

22   for -- that was only used for the Xanax.

23   Q.   Maybe I should also clarify.  Did you order this?

24   A.   No.

10:03:50   25   Q.   Did Mr. Shamo order it?

```
        1    A.    Yeah.

        2    Q.    Who was it shipped to?

        3    A.    It was shipped to me.

        4    Q.    Did you get paid for receiving this?

10:04:00  5    A.    Yes.

        6    Q.    Do you recall how much?

        7    A.    Probably around 2- or 3,000.

        8    Q.    Let's go to -- well, as opposed to moving on, you

        9    also had a smaller version of this mixer; is that

10:04:17 10    right?

       11    A.    Yeah.

       12    Q.    And did you get -- did Mr. Shamo get that smaller

       13    mixer before or after this one?

       14    A.    Before.

10:04:26 15    Q.    And do you know who that was shipped to?

       16    A.    To me.

       17    Q.    And did you -- how much did you receive in

       18    payment for receiving that?

       19    A.    That one I can't remember.  A smaller amount, a

10:04:38 20    thousand or less.

       21    Q.    I want to go to Government's Exhibit 13.09 and

       22    look at three photos, 27, 28 and 29.

       23          And Ms. Laughter, if you can leave it on the

       24    first one for about five or six seconds, scroll to

10:04:57 25    the second one, and then scroll to the third one.
```

1615

1          Do you recognize the items that are depicted

2     in that photo or those three photos?

3     A.   Can you show them to me again.  This one, yeah.

4     Q.   Ms. Laughter, if you can go back to 27.

10:05:23    5     A.   Um, yeah.

6     Q.   There is some packaging to the side of this box

7     with some pink on it.  Was it common to see this type

8     of packaging in Mr. Shamo's house?

9     A.   That was the packaging that they used for like

10:05:43    10    the active ingredient of either fentanyl or

11    Alprazolam.  So yeah, I saw it a few times.

12    Q.   Ms. Laughter, would you go to the next photo.

13    There is similar packaging but different coloring.

14    Same question.  Did you see this type of packaging

10:06:03    15    that had foreign writing on it with powder inside in

16    a separate bag?

17    A.   Um, yeah, it's possible.  Most likely.

18    Q.   Okay.  If we can go to Government's

19    Exhibit 13.09, photo 33.  Do you recognize this item?

10:06:33    20    A.   Um, I mean it looks -- yeah, it looks like a pill

21    press.

22    Q.   So the jury has heard testimony that this was a

23    press that was found in a crate in Mr. Shamo's

24    garage.  Do you know why he had another press sitting

10:06:47    25    in his garage?

1   A.   Yeah.   The one -- the one press that was used to

2   press the Xanax, like that center rod seemed to be

3   slightly bent so when it was going around it was

4   making a lot of noise and also getting stuck so it

5   needed a replacement.  Or I guess that might be --

6   that looks like it is the machine.  But that was the

7   reason for getting a new one.

8   Q.   Did you contribute or purchase this press?

9   A.   No.

10  Q.   Do you know who it was shipped to?

11  A.   Shipped to me.

12  Q.   Did you receive payment for having it shipped to

13  you?

14  A.   Yeah.

15  Q.   How much were you paid?

16  A.   The same amount, around 2- to 3,000.

17  Q.   You mentioned the Xanax press that it may have

18  had an issue with the center rod.  Would that cause

19  -- did you observe was this a cause for why powder

20  would spill out around that press or was that --

21  A.   I am sure that contributed to it.

22  Q.   Was there any other reason why there would be

23  powder all over that press?

24  A.   For the speed that it was going at I am sure that

25  it just got thrown off.

1617

1   Q.   When you would press the Xanax pills, did you

2   ever use that press?

3   A.   I don't think so, no.

4   Q.   Okay.

10:08:12   5   A.   I mean I probably -- I mean I did help to try to

6   figure out why it was having the issue that it was

7   having.

8   Q.   Okay.  In respect to pressing pills, Xanax and

9   fentanyl pills, were you aware if Mr. Shamo ever

10:08:33   10   tried to get Mr. Crandall to come back and start

11   pressing pills after he had left the country?

12   A.   That I don't know.

13   Q.   Do you know if Mr. Shamo was trying to replace

14   you with someone else or get additional help for

10:08:47   15   pressing pills?

16   A.   Um, yeah.  There was talk about, you know, I -- I

17   didn't want -- I mean I can't remember what he and I

18   spoke about but I was telling him like I'm going to

19   be done on this date.  I don't want to do this any

10:09:12   20   more.  So he was probably -- he did try to recruit

21   Mario, I believe offered Mario to -- offered that

22   position to Mario.

23   Q.   What date did you give him that you wanted to be

24   done?

10:09:27   25   A.   I believe we were going to be done by December of

1618

1    that year, end of December or somewhere -- sometime

2    in December.  I can't remember exactly.

3    Q.   Which year are we talking about?

4    A.   2016.

10:09:40    5    Q.   Why did you feel it necessary to give him notice

6    of being done or wanting to be done?

7    A.   Just letting him know that if he was going to

8    continue that I wasn't going to be there.

9    Q.   Were you aware of Mr. Shamo's plans to expand to

10:10:05    10    another packaging and shipping location in Colorado?

11    A.   Not a whole lot.  I remember some small talk

12    about it, but he also did mention that he wanted to

13    be done as well.  So...

14    Q.   Did he give you a date as to when he would be

10:10:31    15    done?

16    A.   No.  I mean I can't say exactly, but I do think

17    that we kind of both agreed in December we were going

18    to be done.

19         THE COURT:  Pick a good stopping point and

10:10:41    20    we'll take our first break.

21         MR. BURGGRAAF:  I'll do one more question and

22    then we'll stop.

23         THE COURT:  All right.

24    Q.   (By Mr. Burggraaf)  Were you ever aware of anyone

10:10:49    25    ever dying or getting sick after using the fentanyl

```
 1   pills or Xanax pills?
 2   A.   There -- in the very beginning we did have a
 3   scare from Chris that he believed at that point that
 4   it was because of the use of the fentanyl pills and
 5   later on, like a week or so later, he reached back
 6   out to Shamo and said that that wasn't the cause of
 7   her death, it was something else.  So that was the
 8   only thing -- that was the only time that I had ever
 9   heard about.  It was obviously a scary moment for the
10   both of us, for everybody and I told him that I was
11   done at that point.
12        And then later on when he told me that Chris
13   had reached back out to him and told him that that
14   wasn't the cause of death and that Chris has big
15   plans and that we -- that I should come back and
16   consider it again because that wasn't what happened.
17   And, you know, that I was going to get paid more.
18   And so I ended up going back because I was told that
19   that wasn't the cause of this individual's death.
20        MR. BURGGRAAF:  Okay.
21        THE COURT:  Thank you.  We'll be in recess
22   for about 20 minutes.
23        (Jury leaves the courtroom.)
24        THE COURT:  Thank you.  We'll be in recess.
25        (Recess.)
```

10:11:10
10:11:31
10:11:54
10:12:12
10:33:41

```
 1              THE COURT:  Go get the jury and we'll
 2    proceed.
 3              MR. BURGGRAAF:  Your Honor, for
 4    clarification, when I said I had one more question I
 5    hope you didn't interpret that as meaning I was done.
 6              THE COURT:  I did not.
 7              MR. SKORDAS:  I thought he was.
 8              MS. BECKETT:  I knew better.
 9              THE COURT:  As did I.
10              THE CLERK:  All rise please.
11              (Jury returns to the courtroom.)
12              THE COURT:  You may proceed, Mr. Burggraaf.
13              MR. BURGGRAAF:  Thank you, Your Honor.
14    Q.   (By Mr. Burggraaf)  Mr. Paz, we have talked
15    through how you came about to pressing pills with and
16    for Mr. Shamo.  I want to take you back to the
17    beginning.  You said that you received $10,000.00 in
18    cash from Mr. Shamo.  Was that some form of payment
19    for pills that you were going to press or merely to
20    keep you in Utah to help him press pills?
21    A.   It was just to keep me in Utah.
22    Q.   So did you and Mr. Shamo come to some other
23    agreement in relation to how much you would be paid
24    for pressing pills?
25    A.   Yeah.  Originally we agreed on -- that I would
```

10:33:56 (line 5)
10:34:24 (line 10)
10:35:03 (line 15)
10:35:24 (line 20)
10:35:42 (line 25)

1    get paid 25 percent of the pills that I pressed.

2    Later on that was renegotiated.

3    Q.   What was it renegotiated to?

4    A.   Maybe not renegotiated but he did want to change

5    that and to a lesser amount.

6    Q.   And was it your understanding when you came to

7    that agreement that you were an employee or a full

8    partner of Mr. Shamo's?

9    A.   An employee.

10   Q.   Did you put anything in writing as far as that

11   agreement?

12   A.   No.

13   Q.   I would like to have us take a look at

14   Government's Exhibit 22.04.  It is on the screen

15   there for you.  Do you recognize this screenshot?

16   A.   I do.

17   Q.   What is it?

18   A.   Pills that I had pressed, amounts that he -- that

19   would be owed for the amount of pills pressed based

20   on the 25 percent.  And then payment that was -- that

21   I received and where the pills were going as far as

22   to the girls or to Chris.

23   Q.   So it looks like at the top of the screen this

24   must be from a phone.  And is it from the Notes App

25   in an iPhone?

```
 1    A.    Yeah.

 2    Q.    Is it from your phone?

 3    A.    Yeah.

 4    Q.    Why did you feel the need to track the pills that

 5    you made and the money owed like this?

 6    A.    He just wanted me to keep track of the pills that

 7    I was pressing specifically to pay me for those

 8    amounts.  And because I would press pills and then

 9    leave them at his house and then maybe that night or

10    in the morning or sometime when I wasn't there he

11    could take them to Chris or the girls.  I would just,

12    you know, for my record just keep track of where they

13    were going.

14    Q.    It looks like the first date we have up there

15    April 20th and April 21st.  At this point, are you

16    tracking Xanax pills or fentanyl pills?

17    A.    No, this is just the fentanyl.

18    Q.    The 3K in front of April 20th, is that

19    representing the number of pills that you pressed?

20    A.    I believe so.

21    Q.    And actually, Ms. Laughter, if you'll zoom out

22    momentarily here.  It looks like there was -- there

23    is maybe the hint of some other text above that

24    April 20th date.  Were you tracking the pills pressed

25    and the amounts owed prior to April 20th of 2016?
```

10:37:36 (line 5)
10:37:59 (line 10)
10:38:13 (line 15)
10:38:29 (line 20)
10:38:45 (line 25)

A.   Um, that I'm not sure.  I started -- I started tracking these amounts when the fentanyl pills were being pressed so it would have been around that time.

Q.   You have got a number there total 13.8K.  Is that representing 13,800?

A.   I think so, yeah.

Q.   And what did you understand the price of the fentanyl pills or the price that Mr. Shamo was selling them for?

A.   I understood it to be $5 a pill and so 25 percent of that would be $1.25.

Q.   Is that where you got the figure of $17,250?

A.   Yeah.

Q.   If there is only the 3K and the 3.5K showing above, is it fair to say that that 13.8 thousand also included pills that were pressed prior to April 20th?

A.   Yeah, I think that's for the whole month of April.  13.8 was April's amount.

Q.   As we go down the page, you have got wording that says "paid $2,500 June 4th.  Paid $2,500 June 10th." And then you have got written here, "Amazon 1,000, June 10th."  What does that mean?

A.   That I was paid with like an Amazon gift card.

Q.   Were you often paid in other methods other than cash?

1624

1   A.   No, not often.  Just mainly cash.

2   Q.   And did you know where the cash was coming from

3   that you were paid with?

4   A.   It was first Bitcoins and then converted to cash

10:40:51   5   through trading it with another person.  So the cash

6   was coming from there.

7   Q.   And do you know how -- or were you involved at

8   this stage in June of 2016 in exchanging Bitcoin for

9   cash?

10:41:03   10   A.   Um, I had been to a couple of transfers with him

11   personally.  Um, he sent me a small amount, probably

12   less than 5,000, I can't remember.  100 percent of

13   where I could do whatever with it, buy a gift card

14   online with it, meet up with somebody with it, and so

10:41:27   15   that would have been my only Bitcoin related

16   transactions.

17   Q.   So on the left there there is several other paid

18   and Amazon amounts through June and then you have got

19   monetary amounts on the right side 11,250 owed,

10:41:49   20   7,750, 1,450, 450 owed.  Is that just tracking the

21   running total of what you believed you were owed for

22   the pills you had pressed?

23   A.   Yeah.

24   Q.   Down below you have another total based on pills,

10:42:11   25   a pill count.  Is it accurate to say that in May you

1   at least pressed either the equivalent of or

2   somewhere close to 15,600 fentanyl type pills?

3   A.   Yup, uh-huh (affirmative).

4   Q.   And you felt based on the calculation then that

5   he owed you 19,500 for that amount?

6   A.   Right.

7   Q.   You have got a couple of other May 10th lines.

8   One that says, "30K girls, one that says 15K Chris."

9   What do those lines mean?

10   A.   Um, I believe that 30K went to the girls and 15K

11   went to Chris.  I think that's what it means.

12   Q.   And is the Chris that's referenced here the same

13   Chris that we were speaking about previously?

14   A.   Yeah.

15   Q.   And do these numbers reflect purely fentanyl

16   based pills?

17   A.   I believe so.

18   Q.   Going further down you have got, "June 7th, 15K,

19   Chris; June 9th, 22K total 5K went to girls, 27K; and

20   then June 10th, 60K total 5K went to girls, 65K."  Is

21   that -- is it fair to say that the end number for

22   each of those lines, the last two lines, are the

23   amount of pills that you would have pressed either on

24   that date or leading up to that date and then also

25   noting the source of -- or the location of where

1  those pills were taken thereafter?

2  A.   I believe so.

3  Q.   You mentioned that Mr. Shamo would pay you in

4  cash and also in Amazon gift cards.  Why would he use

10:44:22  5  Amazon gift cards to pay you?

6  A.   Um, because you could buy them with Bitcoins.

7  Q.   Okay.

8  A.   And that was the hard part was getting cash from

9  the Bitcoins.

10:44:36  10  Q.   How often would Mr. Shamo pay you?

11  A.   A few times -- it would depend on the rate that

12  he, you know, that you could meet up with somebody

13  and transfer Bitcoins and receive cash.  So that part

14  wasn't frequent.  But it could be once or twice a

10:45:00  15  week or it could be once every two weeks, once a

16  month.

17  Q.   And how were you using the money that he was

18  paying you?

19  A.   How was I using it?

10:45:11  20  Q.   Yes.

21  A.   Just to live with, buy gas, groceries, that type

22  of stuff.  I mean vacations, um, Vegas, gambling.

23  Q.   Did Mr. Shamo ever pay you in Bitcoin?

24  A.   Yeah.

10:45:33  25  Q.   You mentioned the 5,000 amount, was that

1  $5,000.00 in value of Bitcoin?

2  A.   Yeah.

3  Q.   Not actually 5,000 Bitcoin, right?

4  A.   Right.

10:45:48   5  Q.   When did he give you that $5,000?

6  A.   I don't remember that.  It was sometime around

7  that time, June, probably June, July.  The $5,000

8  amount, I believe, was around that time.

9  Q.   At that, whether it was June or July, whenever

10:46:10   10  you received that $5,000 worth of Bitcoin, did you

11  already have a Bitcoin wallet?

12  A.   No.

13  Q.   Was that the first time you opened up your own

14  Bitcoin wallet?

10:46:23   15  A.   Yeah.

16  Q.   Did you at any point have more than one Bitcoin

17  wallet?

18  A.   Yeah.

19  Q.   When else did you have a Bitcoin wallet other

10:46:40   20  than the one that this 5,000 worth of Bitcoin was put

21  into?

22  A.   There was another time where he sent me like

23  50,000 value, so I don't know how many coins that was

24  to another wallet, and I used that one a little bit.

10:47:00   25  Q.   Why did you have a separate wallet when he gave

1    you that amount?

2    A.   I think one was on a computer and one was on my

3    phone.

4    Q.   What did you use that $50,000.00 worth of Bitcoin

10:47:15    5    for?

6    A.   I didn't use all of it.  And of the amount that I

7    did use was like trade somebody at one point for like

8    $8,000 and then gambled with it on an online Bitcoin

9    gambling site.

10:47:42    10    Q.   So tell me about the time when you traded $8,000

11    worth of Bitcoin.  How was that set up?  Who was

12    involved?

13    A.   There was a site localbitcoins.com that you can

14    meet up with anybody in any state.  And so I just

10:48:03    15    messaged one of those individuals in Georgia and met

16    up with them there.  I don't know anything about the

17    person, just made the transaction and sent him

18    Bitcoins, got the cash and then that was that.

19    Q.   Was that the first time you were ever involved in

10:48:23    20    a Bitcoin for cash exchange?

21    A.   I believe so, yeah.

22    Q.   And why was it in Georgia?

23    A.   I was out there working.

24    Q.   What were you doing for work?

10:48:35    25    A.   Selling smart home systems.

Q.   So were you still maintaining a regular job while pressing pills for Aaron Shamo?

A.   I was trying my hardest to.  Yeah.

Q.   Why?

A.   I wanted to continue working and wanted my family to know that I was still working.  If I just all of a sudden stopped working but I had all this money, questions would be asked and so I wanted to continue working.

Q.   You mentioned two amounts of Bitcoin that Mr. Shamo transferred to you, one for $50,000.00 worth and one for $5,000.00 worth each going to different wallets.  Were there any other times where Mr. Shamo paid you in Bitcoin?

A.   Not that I recall.

Q.   Did you ever open up or establish any other Bitcoin wallet?

A.   No.

Q.   And to clarify, what was your understanding as far as where Mr. Shamo was getting the Bitcoins that he provided to you?

A.   Through the proceeds of the online sales from the pills.

Q.   Did you have access to those Bitcoin proceeds from the online sales?

1630

```
 1   A.   No.
 2   Q.   Did you know of anyone else who had access to
 3   those proceeds other than Mr. Shamo?
 4   A.   No.
 5   Q.   Do you know how many cryptocurrency wallets,
 6   Bitcoin or otherwise, that Mr. Shamo had?
 7   A.   No.
 8   Q.   You mentioned that you set up an exchange
 9   Bitcoins for cash in Georgia.  Did you -- did you set
10   up an exchange like that on any other occasion for
11   yourself?
12   A.   There -- I think yeah, there was one other time
13   that I met with somebody in Utah.  Those are the only
14   two times that I had ever done a transaction.
15   Q.   And how much was that exchange for, the one that
16   you set up in Utah?
17   A.   I think it was less than 1,000.  Might have been
18   1,000.
19   Q.   After Mr. Shamo had been arrested, you ended up
20   turning over some Bitcoin to law enforcement; is that
21   correct?
22   A.   Correct.
23   Q.   Though it was quite some time after Mr. Shamo's
24   arrest; is that right?
25   A.   Yeah.
```

10:50:20
10:50:45
10:51:04
10:51:23
10:51:32

1   Q.   Did you spend or use the Bitcoin that was left

2   between when Mr. Shamo was arrested and when you

3   finally turned it over?

4   A.   That was the 8,000 of it.

10:51:48   5   Q.   Did you lose any additional Bitcoin due to

6   gambling?

7   A.   Yes.

8   Q.   Do you know how much?

9   A.   No.  I can't remember how -- yeah, I don't

10:52:02   10   remember that.

11   Q.   Also after Mr. Shamo had been arrested, sometime

12   after he had been arrested, more than a year, you

13   turned over additional cash to law enforcement; is

14   that right?

10:52:15   15   A.   Yes.

16   Q.   Where did that cash come from?

17   A.   From trading Bitcoins.

18   Q.   Your own Bitcoins?

19   A.   No.  So it was a couple of different transactions

10:52:37   20   from one Bitcoin trader in California and he found us

21   on the local Bitcoin website.  And I was the one that

22   was talking to him and met up with him here in Utah

23   and sort of large amounts 2, 300, 400,000 but I

24   didn't have the Bitcoins.  Once I got there, I text

10:53:12   25   Shamo, let him know the money is here, he would send

1    the Bitcoins from his computer to their cell phone.

2    Once they received them we would part ways, I would

3    take the money and they would leave.  So the majority

4    of that money came from those transactions.

10:53:29    5    Q.   When did -- when did those transactions take

6    place?

7    A.   Not until the very end, like end of October or

8    early November or about a period of two weeks.

9    Q.   Did you have a substantial sum of cash prior to

10:53:47    10   that time on you?

11   A.   Not a whole lot.

12   Q.   How much do you think you had on hand prior to

13   those Bitcoin transactions?

14   A.   I mean at that point I did have some from

10:54:04    15   Bitcoins and I would say 30, 40,000.

16   Q.   You mentioned that you would text Mr. Shamo when

17   you were meeting up to make those exchanges.  Were

18   these Mr. Shamo's Bitcoins that were being traded?

19   A.   Yes.

10:54:29    20   Q.   Why was it that you were the one showing up in

21   person and communicating with this individual from

22   California?

23   A.   I was the one that had my -- my number on the

24   website localbitcoins.com.  They called my number,

10:54:48    25   texted me, I was the one talking to them.  And

1    because it was such a large amount, you know, we

2    didn't know if it was law enforcement or what.  So it

3    was really risky but I ended up being the one that

4    went out to do that transaction initially.

10:55:11    5    Q.   At the time did you think that trading Bitcoin

6    for cash was illegal?

7    A.   No.

8    Q.   And why were you concerned if it was law

9    enforcement?

10:55:20    10    A.   Because it was a large amount and could have been

11    that the people who had those amounts, those large

12    amounts of Bitcoins, could most likely, you know,

13    could have been doing something illegal to get them.

14    Q.   So you mentioned 2, 3, 400,000.  Do you remember

10:55:45    15    how many times you met with this individual from

16    California to make these exchanges?

17    A.   Not for certain, 5 or 6, around that, I think.

18    Maybe close to 5.

19    Q.   And were they all that large as far as the value

10:56:00    20    of exchanges?

21    A.   They were all significantly large, yeah.

22    Q.   When you turned the cash over to law enforcement

23    at the end of the day it was just over $800,000 in

24    cash.  If these were Mr. Shamo's Bitcoins, why did

10:56:17    25    you have that much cash?

1   A.   That was from amounts that he -- so the whole

2   time that I was pressing I would press all these

3   pills and we couldn't convert the Bitcoins to cash

4   and so that was the biggest, I guess, issue.  Just

5   couldn't find anybody with that amount of money and

6   that often to trade to receive as cash.

7          So when this guy was trading this amount of

8   money, that large sum of money, then he was able to

9   pay me what was owed.

10   Q.   So it was actually back wages?

11   A.   Yeah.

12   Q.   Ms. Laughter, will you pull up the exhibit we

13   were on Government's Exhibit 22.04.  This is that

14   note where you're tracking pills and amounts owed.

15   The last dollar figure you have here, which I assume

16   -- am I correct in assuming that that 19,500 is

17   anything that was owed prior to May 10th?

18   A.   Yeah, that's about right.

19   Q.   So you don't have any additional dollar values

20   further down that page.  Did you continue to track

21   the number of pills after June 10th that you had

22   pressed?

23   A.   I did, yeah.

24   Q.   And did the number of pills you're pressing

25   increase significantly as you went on throughout the

10:56:39
10:57:00
10:57:19
10:57:44
10:57:57

1    summer and into the fall?

2    A.   It did.

3    Q.   Is that why you had a back amount -- a back

4    amount owed of around $800,000 or more?

10:58:13    5    A.   Yes.

6    Q.   Now, there is a bit of time between when

7    Mr. Shamo is arrested and when this exchange happens

8    in the end of October 2016 and November 2016 and the

9    time that you actually turned the money over to law

10:58:35    10   enforcement.  How much of the cash that you received

11   from Mr. Shamo, either through these exchanges or

12   otherwise, did you spend during that timeframe?

13   A.   I did not keep track of that.  I don't know.  Um,

14   a few hundred thousand.

10:58:57    15   Q.   You spent a few hundred thousand?

16   A.   I would say so.

17   Q.   What did you spend it on?

18   A.   Gambling, just entertainment, trips to Vegas,

19   living expenses.

10:59:17    20   Q.   What expenses?

21   A.   Living expenses.  Just pretty much it.

22   Q.   Did you spend any of the money you were earning

23   on family, your girlfriend or fiancée at the time, or

24   anyone else?

10:59:38    25   A.   Um, a little bit, yeah.

1   Q.   What types of things would you use that money for

2   when you were spending it for your girlfriend,

3   fiancée, or other members of your family?

4   A.   Birthday presents, gifts.  That's really it.

11:00:02   5   Q.   I know it is a difficult subject.  You mentioned

6   that your sister had health concerns.

7   A.   Yeah.

8   Q.   How much money did you help her out with?

9   A.   I didn't ever give her any of the money.  I

11:00:22   10   wanted -- I mean like I knew I couldn't give her any

11   of the cash that was being, you know, from that,

12   questions would come.  And so my initial thought was

13   I wanted to be able to help her out with it obviously

14   in the future and just didn't know how exactly.

11:00:44   15   Um, it would have involved money laundering

16   but I didn't end up giving her any of that money.  I

17   did donate to her from the money that I received from

18   Vivint and worked enough that I could but it wasn't

19   anything from any of this.

11:01:05   20   Q.   How much did you donate to her from your Vivint

21   job?

22   A.   Like 4- or $500.00.

23   Q.   Okay.  Is it fair to say that you took some great

24   trips, vacations with Mr. Shamo during the timeframe

11:01:23   25   that you were pressing pills with him?

1637

1    A.   We went on some, yeah.

2    Q.   What types of trips and vacations did you go on

3    with him?

4    A.   We went to Vegas a lot.  Within one year it was

5    probably 10 or 15 times.  We went on a cruise and

6    California.  Um, I think that's it.

7    Q.   How about any boating trips?

8    A.   Went boating as well.

9    Q.   Whose boat was it that I went out on?

10   A.   Um, it was a boat that he purchased with some

11   friends.  So it was their boat.

12   Q.   Of all of these trips, um, were you funding them?

13   Was he funding them?  How were they being paid for?

14   A.   Um, I mean in the beginning it was, you know, he

15   helped.  We had other friends that helped.  So the

16   majority of it was from him or others.  But later on,

17   when I had more money, I didn't need that any more.

18   So I could --

19   Q.   You mentioned that Mr. Shamo with friends bought

20   a boat.  Who were the friends that he bought a boat

21   with?

22   A.   Um, Roy and Clint.

23   Q.   Are they depicted?  If we can pull up 7.10 photo

24   6.  Do you recognize are Roy and Clint depicted on

25   this chart?

1    A.    Yeah, they're the bottom row in the middle

2    Stephens and Perry.

3    Q.    How were they involved in this drug trafficking

4    operation?

11:03:07    5    A.    Just I don't think they were much.   From what I

6    know, they just received some packages.

7    Q.    Either in social settings or other settings, did

8    you use any of the drugs you were producing?

9    A.    No.

11:03:28    10    Q.    Did Mr. Shamo try the pills that you were

11    pressing?

12    A.    I would say no.

13    Q.    Did you use any other drugs?

14    A.    I have used other drugs, yeah.

11:03:43    15    Q.    Tell me what drugs you have used?

16    A.    Um, I tried MDMA three or four times; cocaine,

17    five or six times; and GHB one time and marijuana.

18    Q.    And where did you get these drugs?

19    A.    Um, they were always offered to me at clubs or

11:04:18    20    parties.   MDMA came from Shamo, cocaine usually came

21    from Shamo, and the GHB came from Shamo.

22    Q.    Did you ever use steroids?

23    A.    No.

24    Q.    Did you ever roofie anyone?

11:04:39    25    A.    Um, I ended up technically roofie-ing --

1    roofie-ing myself, my girlfriend and my friend Mark.

2    Q.    Let's explain that term.  What does roofie mean

3    to you?

4    A.    To me it means like putting GHB in somebody's

11:05:00    5    drink and for whatever purpose of them

6    unintentionally knowing maybe.

7    Q.    Is that what you did to?

8    A.    That is not what I did.  I was given GHB to try.

9    He recommended a certain amount.  I took that amount.

11:05:19    10    And then we got back to the club and I asked say my

11    girlfriend and Mark if they wanted to try it.  They

12    agreed.  And I gave them the same amount that I took.

13    Q.    You mentioned "he".  Who is "he", who is the one

14    that told you the amount to take?

11:05:39    15    A.    Shamo, Aaron.

16    Q.    Is he the one that provided it to you?

17    A.    Yeah.

18    Q.    There has been some discussion about the darknet

19    marketplaces including AlphaBay.  You said you had

11:05:52    20    actually gone on to the Pharma-Master's storefront.

21    How -- and I believe you mentioned that you accessed

22    that through your cell phone; is that right?

23    A.    Yeah.

24    Q.    You are somewhat savvy with things related to

11:06:05    25    your cell phone; is that correct?

1    A.    Yeah.

2    Q.    Um, so where did you acquire your knowledge?  How

3    do you become savvy and knowledgeable about how to

4    use your cell phone in a more sophisticated way?

11:06:17    5    A.    I just ever since the iPhone came out and I

6    learned that you can jail brake it and change the

7    appearance of it, change the color of the apps,

8    change the theme of the phone, change anything you

9    wanted to, um, just kind of like a hobby an interest

11:06:39    10    that I liked doing.  I worked at Verizon, learned

11    more about cell phones there, and it's just something

12    that I liked doing.  So...

13    Q.    So, um, when I phrased it as, you know, in asking

14    the question, how did you become more sophisticated,

11:07:00    15    by sophisticated that means you would jail brake the

16    phone for the purpose of more or less changing the

17    cosmetics of how the phone appeared and reacted?

18    A.    Yeah, exactly.

19    Q.    Um, did you use special encryption on your phone

11:07:15    20    or other electronic devices?

21    A.    Never like in general used an app that was --

22    that was encrypted to communicate with Shamo and that

23    was the only encryption that I ever had on any phone.

24    Q.    You mentioned that you accessed the

11:07:36    25    Pharma-Master's storefront on your phone.  How many

1    times did you get on the darknet?

2    A.   Like two or three.

3    Q.   Did you ever get on it from another device?

4    A.   No.

11:07:54    5    Q.   If we can pull up Government's Exhibit 22.06,

6    this is two pages.  Let's look at this first page

7    here.  Do you recognize it?

8    A.   I do.

9    Q.   What is it?

11:08:08    10    A.   Um, it is a thread on Reddit somebody explaining

11    how to basically access the Dark Web on your -- on an

12    IOS device and they just recommend a lot of different

13    tools to do so.

14    Q.   You mentioned you accessed the Pharma-Master

11:08:38    15    storefront.  What was your reason for doing that?

16    A.   Just to verify that the products being sold were

17    being sold as what they were which was pressed

18    fentanyl.

19    Q.   And why did you want to verify that?

11:08:55    20    A.   I mean just to make sure that the people who were

21    buying those pills specifically knew what they were

22    buying and weren't having surprises, weren't

23    intending to buy a real one that they were hoping had

24    Oxy in it.  And so I wanted to be able to clearly see

11:09:20    25    as if I was going to go buy myself that if I was a

1  user I could make that decision seeing that these

2  were pressed with fentanyl.  That that was something

3  that I was okay with doing and willing to buy.

4  Q.   Was that because you understood there was a

11:09:37  5  difference between Oxycodone and fentanyl?

6  A.   Yeah.  And also because if I was going to buy

7  anything from any market or anything, I would want to

8  make sure it was 100 percent real and what it was

9  that I was buying and I would want the same for

11:10:00  10  everybody else.

11  Q.   Did you ever buy anything from AlphaBay or

12  another darknet marketplace?

13  A.   No.

14  Q.   There were two desktop computers in Mr. Shamo's

11:10:17  15  home office; is that right?

16  A.   Yeah.

17  Q.   If we can pull up Government's Exhibit 13.09,

18  photo 31.  Had you had the opportunity to observe

19  Mr. Shamo in this office space at his home?

11:10:37  20  A.   Yeah.

21  Q.   What computer was he normally using when --

22  A.   The one on the right.

23  Q.   And what was the one on the left for?

24  A.   It was just a new computer that he purchased that

11:10:52  25  he ended up -- mainly his girlfriend used that

1    computer.  I would use it.  We would play Star Craft

2    on it together.

3    Q.   And did -- which computer -- do you know which

4    computer Mr. Shamo used to operate the Pharma-Master

11:11:13    5    storefront and process pill orders?

6    A.   Yeah, I mean mainly the one on the right.

7    Q.   You say "mainly".  Did he use the one on the

8    left?

9    A.   I don't know if he used the one on the left side.

11:11:23    10    The only one I ever saw him using for those purposes

11    would be the one on the right.

12    Q.   So did you have occasion to observe him actually

13    on the dark net and either processing the orders or

14    doing or putting up listings for the pills that you

11:11:37    15    were creating?

16    A.   Yeah.

17    Q.   And did you ever see the daily order sheet or the

18    orders that came in on a daily basis?

19    A.   There was only like once or twice that I can

11:11:52    20    remember or sorry just seeing orders coming in?  Like

21    on -- I mean he would tell me about orders like every

22    day.  But actually seeing them I don't know if I

23    actually saw those.  What I was referring to about

24    the once or twice was just like the addresses of

11:12:11    25    those individuals who had purchased from the

1    storefront.

2    Q.   Where did you see those addresses?

3    A.   He showed me an e-mail of what they looked like.

4    Like oh look how pretty this is, all these addresses.

11:12:26    5    Q.   And was it in an e-mail format or some other

6    format that he showed you in?

7    A.   It came through like an e-mail but then you

8    clicked on a file or e-mail and it was just a text

9    file.

11:12:39   10    Q.   Okay.  Did you ever use the computer that

11    Mr. Shamo used for accessing the darknet?

12    A.   No.

13    Q.   Did you ever see Drew Crandall access that

14    computer?

11:12:54   15    A.   No.

16    Q.   Did you actually ever take a role of processing

17    daily order -- daily orders or send daily orders to

18    Tonge and Bustin?

19    A.   No.

11:13:16   20    Q.   Did you ever ship pills or other drugs to anyone?

21    A.   No.

22    Q.   You mentioned you used one encrypted app.  Do you

23    remember what it was called?

24    A.   Telegram.

11:13:28   25    Q.   And who did you communicate with using Telegram?

1645

```
          1    A.    Just Aaron Shamo.

          2    Q.    Anyone else?

          3    A.    That was it.

          4    Q.    When did you first start using the Telegram App?

11:13:40  5    A.    Um, when he told me about it and told me to get

          6    it.  So in the beginning, probably around January or

          7    somewhere around there of 2016, maybe 2015, the end

          8    of 2015.

          9    Q.    When you would communicate with Mr. Shamo using

11:14:02  10   the Telegram App, what was the general subject matter

          11   of the messages that you and him would be exchanging?

          12   A.    It would only be in relation to this.  Like we

          13   would communicate on a normal text messaging

          14   otherwise but it would just be about what time are

11:14:22  15   you coming over, we need to do this, we need to do

          16   this, we need to do that.  That type of stuff.

          17   Q.    Let's look at Government's Exhibit 22.08.  Do you

          18   recognize this screenshot?

          19   A.    Um, I have seen it.

11:14:43  20   Q.    Do you remember receiving these messages from

          21   Mr. Shamo?

          22   A.    Yeah.

          23   Q.    And I want to stick more to the relevant portions

          24   which probably come at the top here.  What was

11:14:55  25   Mr. Shamo trying to communicate to you through this
```

1    messaging?

2    A.   He just wanted to know what time I was going to

3    come over to start working again, that's what he

4    means by we can work.  He says like it looks like it

11:15:09   5    says something coming at something.  And then so

6    come, we can work, and he'll drop off, I think that

7    is supposed to be a comma, we can work and he'll drop

8    off and then the internet will back up soon and there

9    is money to be made.

11:15:27   10   Q.   So when he said we can work, what did you take

11   that to mean?

12   A.   Like either to start pressing or just do

13   something to -- whether it was mix powders or press

14   pills.

11:15:42   15   Q.   Okay.  Let's look at Government's Exhibit 22.07.

16   Have you seen this before?

17   A.   Yeah.

18   Q.   What is it?

19   A.   It's just a message from him about things that he

11:16:03   20   is dealing with in regards to sales and costs of

21   things and wanting to renegotiate the amount that he

22   was paying me.

23   Q.   Was this a message from Mr. Shamo to you?

24   A.   Yeah.

11:16:19   25   Q.   How do you know that?

A.   It looks like it is a picture from my cell phone
that was from the Telegram App.

Q.   Do you remember at some point receiving these
specific messages from Mr. Shamo?

A.   Yeah, I remember that.

Q.   If you wouldn't mind, if you would please read
the messages.

A.   "So also I'm selling a lot more bulk online.
Stuff is moving fast, but it's a huge price drop.  I
want to discuss this with you when you get back.
It's getting down with all of the extras that are
being passed out that I'm not making nearly as much
as predicted.  I'm sure you know this.  So probably
starting next week I'm giving my shippers an up in
pay but I want to cut your pay from a full dollar to
75 cents per pill.  Not a huge difference.  Until I
get a bigger shipping team I have to sell bulk and
not lower quantities.  I want be fair so let me know
your thoughts because I'm doing the math and with
Bitcoin dropping, extras being passed out and cost of
running everything, my cut is getting lower and
lower.  I want to run some numbers with you.  I feel
shifty saying this but when we sell 4,000 Roxy at
five a pop, they send an extra 1K it actually lowers
price to 3.50.  If you get a dollar per pill and

1    Bitcoin drops 35 percent, I nearly get what you get

2    but I'm playing employees, drops, I don't know, man,

3    let's sit down and talk and run numbers.  I can put

4    prices up, move slower or we can lower prices and

11:17:57    5    move quickly."

6    Q.    He mentions at one point get a bigger shipping

7    team.  Did you understand what he meant by that?

8    A.    No.

9    Q.    Had he talked to you about getting a bigger

11:18:09    10   shipping team?

11   A.    Um, no, just -- not that I recall.

12   Q.    In multiple places he talks about "extras".  What

13   did the extras refer to?

14   A.    Pretty much every shipment that was sent out

11:18:27    15   would be sent out with extra pills.  Um, so like if

16   they ordered 100, they would get 115.  They order

17   1,000, they would get 1,100.

18   Q.    Why was that happening?  Why were extras being

19   included?

11:18:44    20   A.    That I'm not really sure.  It was just something

21   -- I mean instead of having to count out each pill

22   they were measured by weight and they just wanted to

23   throw in extras to make the buyer's happy.

24   Q.    Let's look at Government's Exhibit 14.10.  If you

11:19:05    25   will take a look at this, do you recognize a phone

1    number in this screenshot?

2    A.   Yeah, my phone number is in the gray.

3    Q.   And do you know who the local user is based on

4    the context of the messages?

5    A.   I think it is Shamo.

6    Q.   And do you remember having this exchange of

7    messages with Mr. Shamo?

8    A.   Very vaguely, yeah.

9    Q.   Correct me if I'm wrong, but is it fair to

10   summarize this discussion by saying that he is

11   informing you he has got a new iPhone and you're

12   asking him how he is going to use TOR on the iPhone.

13   And he is informing you that he doesn't use TOR to

14   access essentially the Dark Net on his iPhone he only

15   uses the Telegram App on his iPhone.  Is that a fair

16   summary of the exchange?

17   A.   I believe so.

18   Q.   Let's look at Government's Exhibit 14.10.  Oh,

19   sorry, that's where we are.  Um, I may have the

20   number wrong.  Is this a one page exhibit,

21   Ms. Laughter?

22        Let's move on to Government's Exhibit 14.29.

23   And if we can zoom in where it says "body to do" on

24   down to the end of that.  This is some data that was

25   retrieved, we have heard testimony about retrieval of

1650

1    data from Mr. Shamo's iPhone, and this is some of

2    that as the testimony has been provided.  I want to

3    ask you, um, if you know, if you happen to know what

4    some of these terms mean.  Down below it says, three

11:21:30   5    lines up from the bottom, "make blues".  Do you know

6    what that was referring to?

7    A.   Um, the blue pills.

8    Q.   And if we can go to page two.  And Ms. Laughter

9    if you will zoom in on kind of the "to do" portion of

11:21:53   10   this.  Part way down, just the second line it says,

11   "daily orders".  Do you know what that was

12   referencing?

13   A.   Um, the getting the daily order info to the

14   girls.

11:22:14   15   Q.   And if we can go to Page 3, and if you will just

16   zoom on the message as a whole, the text portion,

17   there's a part here where it speaks to -- it's about

18   two-thirds of the way down it says, "another case

19   where I don't trust Ally's friends and for sure gonna

11:22:44   20   fire Gabby."  Did you know who he was referencing

21   when -- by the name Gabby?

22   A.   Um, Ally's friend Gabby.

23   Q.   What role did she play as it relates to

24   Mr. Shamo?

11:22:59   25   A.   Um, from what I know he had her as an assistant

1    to do his grocery shopping, daily tasks, wash his

2    car.  Kind of a personal assistant.

3    Q.   Okay.  And down below the last line says, "Chris

4    owes 95K 10/27."  Do you know what that's

11:23:26   5    referencing?

6    A.   That's the amount of money that Chris owes for

7    pills that were given to him.

8    Q.   Is this the same Chris that you have testified

9    about previously?

11:23:40   10   A.   Yeah.

11   Q.   If we can speak now about your electronic

12   devices, we talked about your phone.  At some point

13   did you turn over your phone to law enforcement?

14   A.   Yeah.  Well yeah.

11:24:01   15   Q.   When did that happen?

16   A.   During the raid that they -- when they raided my

17   house.

18   Q.   Okay.  Did you own an iMac?

19   A.   Yeah.

11:24:13   20   Q.   What happened to your iMac?

21   A.   Um, I took it to my lawyer.

22   Q.   When did you do that?

23   A.   Before the bust, before the raid happened on my

24   house.

11:24:26   25   Q.   If I said to you that the raid occurred in

1    January of 2017, does that sound about right?

2    A.    Yeah.

3    Q.    So you took your iMac to your attorney.  Do you

4    know what happened with it after that?

11:24:40    5    A.    He turned it over to the government.

6    Q.    Do you know when that occurred?

7    A.    Um, not exactly.  A few months after that.

8    Q.    Okay.  If we can pull up the chart from

9    Government's Exhibit 17.06.  On this chart, who do

11:25:09   10    you recognize?

11    A.    The whole middle row where I'm in.  Um, Penrose,

12    Jensen, Mausia, Gleave, Stephens, Perry, and Tebbs.

13    Q.    Let's talk about some of these individuals.  How

14    do you recognize Ms. Noriega?

11:25:43   15    A.    That's Ally's friend.

16    Q.    And did she have a role that you were aware of in

17    Mr. Shamo's organization?

18    A.    That I'm aware of, no.

19    Q.    And I think we have already spoken about the one

11:25:58   20    next to her.  Is that the one that you referenced as

21    Chris?

22    A.    Yes.

23    Q.    Next to Chris, who is that individual?

24    A.    Mario.

11:26:15   25    Q.    And do know what Mario's role was in Mr. Shamo's

1653

```
 1    drug trafficking organization?
 2    A.   I think he was answering questions on the
 3    website.
 4    Q.   And how do you know that?
 5    A.   That is what I was told.
 6    Q.   Who told you?
 7    A.   Shamo told me that.
 8    Q.   Okay.  We have got you then next and we've spoken
 9    about Mr. Crandall, um, next to that we have got
10    Ms. Tonge.  What do you know about her as it relates
11    to this pill operation?
12    A.   Tonge and Bustin?
13    Q.   Yes.
14    A.   Just that they were the ones packaging and
15    getting the packages ready to be shipped.
16    Q.   And next to them Mr. Gygi.  How did you know him
17    and what role did he have?
18    A.   I didn't know him.  Just knew that he was the one
19    that would pick the packages up when they were ready,
20    and would drop them off at the blue mailboxes.
21    Q.   And how did you know that?
22    A.   That's what Shamo told me.
23    Q.   Of that row that we have just spoken about, did
24    you recruit any of them?
25    A.   No.
```

11:26:27 (line 5)
11:26:41 (line 10)
11:26:55 (line 15)
11:27:12 (line 20)
11:27:27 (line 25)

1    Q.   Did you pay any of them?

2    A.   No.

3    Q.   Are you aware -- did you actually observe any

4    times when Mr. Crandall paid any of them?

11:27:37    5    A.   No.

6    Q.   I want to look at that bottom row.  You mentioned

7    Mr. Penrose.  What role did he play in the pill

8    organization?

9    A.   Um, the only thing that I was told is that in the

11:27:57    10   beginning gave him some money to get started.

11   Q.   And who told you that?

12   A.   Aaron Shamo.

13   Q.   Mr. Jensen, do you know what role he played?

14   A.   Not 100 percent, but I was also told that he was

11:28:19    15   receiving packages, saw him bring packages over, and

16   get paid for them.

17   Q.   Mr. Mausia and Ms. Gleave, do you know what role

18   they played?

19   A.   They also were just receiving packages.

11:28:33    20   Q.   And Mr. Stephens and Mr. Perry, do you know what

21   role they played?

22   A.   Packages as well.

23   Q.   And Ms. Tebbs?

24   A.   Um, I think she was another personal assistant.

11:28:49    25   Q.   Of all of the people that you mentioned that you

1    were familiar with on that bottom row, did you

2    recruit any of them to do anything related to the

3    pill manufacturing or pill distribution?

4    A.    No.   No.

5    Q.    Did you pay any of them?

6    A.    No.

7    Q.    Did you ever observe yourself -- did you ever

8    observe Mr. Crandall paying any of them?

9    A.    No.

10   Q.    We can take that down.   At any point did you ever

11   contribute your own money to purchase product,

12   ingredients, or supplies?

13   A.    No.

14   Q.    Did you ever purchase ingredients for pills?

15   Sorry, let me scratch that.   Who did buy the supplies

16   and ingredients for pills?

17   A.    Um, Drew, I think Ryan Jensen did.

18   Q.    They actually purchased items?

19   A.    Ingredients?

20   Q.    Yes.

21   A.    Yeah, like powders and filler powders?

22   Q.    How do you know that they made those purchases?

23   A.    That is just what Shamo told me.

24   Q.    So you never visually saw them actually making

25   those purchases?

1656

```
 1    A.    No.
 2    Q.    If somebody were to see the pill presses and the
 3    mixers purchased and your name on it, do you believe
 4    that they might come to a conclusion that you
 5    purchased those items?
 6    A.    Yeah.
 7    Q.    Did you ever observe Mr. Shamo paying anyone for
 8    the work that they did.
 9    A.    Yeah.
10    Q.    Who did you observe him paying?
11    A.    Brian Jensen, Jessica Gleave and Julian.
12    Q.    Who was in charge for listing the products on the
13    Pharma-Master store front on AlphaBay?
14    A.    That was something that Shamo did.
15    Q.    Who was the leader, or who would you consider
16    your boss when pressing the pills?
17    A.    Shamo.
18    Q.    Did you ever give directions to anyone else in
19    the pill pressing operation?
20    A.    No.
21    Q.    Did Mr. Shamo give you directions, what to do,
22    how many pills to press and when?
23    A.    Yes.
24    Q.    Did Mr. Crandall ever give you directions, what
25    to do, what pills to press, and when?
```

11:30:25 (line 5)
11:30:42 (line 10)
11:31:00 (line 15)
11:31:16 (line 20)
11:31:31 (line 25)

1  A.   No.  He just showed me how to use the first

2  machine initially.

3  Q.   After Mr. Crandall left the country, are you

4  aware if Mr. Shamo paid him anything?

11:31:47  5  A.   Just by what he had told me was Bitcoins.  I

6  don't know the amounts.

7  Q.   Did Mr. Shamo ever mention anything about a

8  payout or a buyout as it relates to Mr. Crandall?

9  A.   I recall something about that.  Around 30 or

11:32:09  10  40,000 is what I remember.

11  Q.   When you said that Mr. Shamo had paid Crandall

12  Bitcoins while he was out the country, do you know

13  what that was for?

14  A.   For his role in what he was doing on the website

11:32:27  15  answering questions.

16  Q.   Do you know if his role went beyond answering

17  questions at that point?

18  A.   I think that's, to my knowledge, that's all it

19  was.

11:32:43  20  Q.   Do you know the amounts that Mr. Shamo would pay

21  Drew Crandall for performing that service?

22  A.   I don't.

23  Q.   From your perspective, after Mr. Crandall left

24  the country, was he still, Mr. Shamo's partner in any

11:33:06  25  significant way?

1    A.    Um, just through the website.  Like he wanted to

2    continue in that way so I think because he was out of

3    the country that he was using -- able to still access

4    the website and help out on that side.

11:33:33   5         MR. BURGGRAAF:  Okay.  If I may have a

6    moment, Your Honor.

7         THE COURT:  You may.

8    Q.    (By Mr. Burggraaf)  In the question I asked you

9    about how the relationship between Crandall and

11:34:08   10   Mr. Shamo after Mr. Crandall had left the country.

11   Um, the helping out, was that just customer service

12   that you're aware of?

13   A.    Yeah.

14   Q.    I want to jump to about almost a little over a

11:34:31   15   year after Mr. Shamo was arrested.  At that point you

16   interviewed with law enforcement multiple times; is

17   that right?

18   A.    Yeah.

19   Q.    You met with agents from Homeland Security

11:34:43   20   Investigations, HSI, at least three times to explain

21   your role in the distribution of fentanyl, right?

22   A.    Yeah.

23   Q.    In meeting with HSI agents, you had a little bit

24   of difficulty always giving the full truth, is that

11:35:04   25   fair to say?

```
        1    A.    Yeah.

        2    Q.    And not only that, it took you more than a year

        3    after Mr. Shamo had been arrested for you to even

        4    start cooperating; is that right?  Or did you start

11:35:21  5    cooperating sometime before that?

        6    A.    I mean I think at that year point is when I was

        7    given the option.  I mean from the beginning I felt

        8    like I was cooperating.

        9    Q.    Okay.

11:35:41 10    A.    Whenever -- whenever I was asked to come in and

       11    meet I went in and met.

       12    Q.    So --

       13    A.    So like -- I don't know.  I feel like I was

       14    cooperating from the git-go but obviously it wasn't

11:36:01 15    until after the raid happened and then eventually it

       16    was okay now it's time to come in.

       17    Q.    So when you were given the opportunity to meet,

       18    you didn't delay, you just scheduled a time or and

       19    went ahead and met with law enforcement; is that

11:36:17 20    correct?

       21    A.    I believe so.

       22    Q.    Okay.  At the time when you first met with law

       23    enforcement you had several Bitcoins that you turned

       24    over, right?

11:36:34 25    A.    Yes.
```

1660

```
        1   Q.   Do you know how many?

        2   A.   I think it was like around 33 and something.

        3   Q.   Were those Bitcoins the remainder you had left of

        4   what Mr. Shamo had given you previously?

11:36:50 5   A.   Yes.

        6   Q.   Did you know what the approximate value was of

        7   those Bitcoins at the time when you turned them over?

        8   A.   At the time I think it was about somewhere around

        9   200,000.

11:37:05 10  Q.   At what point did you turn over cash to law

        11  enforcement?

        12  A.   I can't remember if it was before or after that,

        13  but I want to say it was after the Bitcoin, after I

        14  turned over the Bitcoins.

11:37:34 15  Q.   When you were meeting with law enforcement they

        16  asked you about cash that you received; is that

        17  right?

        18  A.   Yes.

        19  Q.   And the first time they asked you about it, what

11:37:46 20  did you tell them that you did with the cash?

        21  A.    I was dishonest and I told them that I had thrown

        22  it away in multiple garbage cans, gas stations, green

        23  garbage cans.  I mean it was a lot of money and it

        24  was I guess something that I really hadn't thought

11:38:19 25  through.  And then it took some time for me to want
```

1    to come clean completely.

2    Q.   When you say it took some time, you met with law

3    enforcement again, right?

4    A.   Yeah.

11:38:33    5    Q.   Did you delay in meeting with them again or did

6    you schedule an appointment when they wanted to meet

7    with you?

8    A.   So I didn't schedule appointments, it was, you

9    know, through my lawyer.  And I would just cooperate

11:38:46   10    with whatever, whenever I was supposed to be there.

11    Q.   So the next time that you met with law

12    enforcement, you brought something with you, right?

13    A.   Yeah.

14    Q.   If we can look at Government's Exhibit 16.16,

11:39:02   15    let's just look at photo 1.  Is this what you brought

16    with you?

17    A.   Yeah.

18    Q.   Now, we mentioned approximately $800,000 was the

19    amount that you turned over previously.  Is what's in

11:39:16   20    this duffel bag approximately $800,000 or something

21    less than that?

22    A.   It's less.

23    Q.   Did you represent to law enforcement at that

24    point that this was all of the cash that you had?

11:39:28   25    A.   Yeah, I did.

1   Q.   So you were being dishonest about the amount of

2   cash again or --

3   A.   That was the first time that I had been.

4   Q.   Okay.

11:39:40   5   A.   This was -- so just to clarify, this was the

6   first time that I gave them that amount of money in

7   cash.  So that was the -- that was the first time

8   that I was dishonest about that.

9   Q.   But in providing them this cash, this wasn't all

11:39:58   10   of the cash that you had from working for Mr. Shamo;

11   is that right?

12   A.   Right.

13   Q.   Later you met with the Homeland Security

14   Investigation agents again and the subject of cash

11:40:10   15   came up again and what did you tell them?

16   A.   I brought more cash with me on that day and we

17   had another discussion about if I had any other cash

18   anywhere.  And I made a decision to be honest about

19   it because I did have other cash somewhere and we,

11:40:35   20   after that meeting, we went right down to where the

21   cash was at and I handed it -- handed all of it over.

22   Q.   And it was approximately 130,000 or a little

23   more; is that right?

24   A.   Yeah.

11:40:51   25   Q.   If we can look at Government's Exhibit 16.16

```
 1   photo 3, is this all of the cash that you ended up

 2   turning over to law enforcement?

 3   A.   Um --

 4   Q.   The last -- the last time, I should say.  Is this

 5   the cash that was turned over?

 6   A.   Yeah, the last time, yeah.

 7   Q.   Are you hiding any more cash or Bitcoin from law

 8   enforcement?

 9   A.   No.

10   Q.   Did you have any Bitcoin cash at some point?

11   A.   Yeah.

12   Q.   And did you turn that over?

13   A.   That is inaccessible to me, so no.

14   Q.   What do you mean it is inaccessible to you?

15   A.   At the time -- so Bitcoin cash from what I

16   understand is it was created from Bitcoins like a

17   branch off Bitcoins.  And so anybody that had an

18   amount of Bitcoins would automatically be given

19   Bitcoin cash.

20        So when it became possible to transfer the

21   Bitcoin cash amount that you were given, I

22   transferred that amount to a Bitcoin cash wallet and

23   it was just an app on my phone and then from there I

24   never used any of it, never spent any of it or

25   anything, but they updated -- and I didn't need a
```

11:41:13   (line 5)
11:41:22   (line 10)
11:41:38   (line 15)
11:41:58   (line 20)
11:42:24   (line 25)

1    password or user name or log-in to access it.  The

2    app was updated after and it required a password and

3    a log-in, like a user I.D. and log-in, and I never

4    made one so I couldn't -- had no way of accessing it.

11:42:43    5    So they're still there somewhere.

6    Q.   Do you recall the name of the app that you moved

7    these Bitcoin cash --

8    A.   I think it was called BTC.com.

9    Q.   Since being charged, have you spent a single day

11:42:59    10    in jail?

11    A.   I have not.

12    Q.   You're aware that Mr. Shamo and Mr. Crandall have

13    both been in jail since they were initially arrested,

14    right?

11:43:09    15    A.   Right.

16    Q.   So why are you -- why are you not in jail?

17    A.   I had a hearing and that was discussed and the

18    court decided that I wasn't a flight risk or a threat

19    to the community.

11:43:31    20    Q.   And after that hearing you still had -- directly

21    after it you still had all of that money you hadn't

22    turned it over yet, correct?

23    A.   Correct.

24    Q.   Why didn't you flee the country or go somewhere

11:43:50    25    where you couldn't be found with all of that money?

1    A.   Because it's -- I mean sure I had the thought but

2    it wasn't like a thought that I dwelt on.   And once I

3    realized what that would mean, I would never get to

4    come back to the United States, so I would leave my

11:44:11   5    family, I would leave everything here, if I ever did

6    come back go to jail for the rest of my life and live

7    the rest of my life running from that, so I wanted

8    to -- I just wanted to take full responsibility for

9    the things that I did.

11:44:58   10   Q.   Mr. Shamo you stated he was -- he is your friend.

11   Since he was arrested, have you communicated with

12   him?

13   A.   Yeah, I have.

14   Q.   When and under what circumstances did you

11:45:13   15   communicate with him?

16   A.   Just through some phone calls that he made.

17   Q.   And since his arrest have you provided him with

18   money?

19   A.   I sent him some money, yeah.

11:45:30   20   Q.   When and how much?

21   A.   There were I think two times and I can't quite

22   remember but around 200 every time maybe.   Maybe it

23   was 300, maybe it was only 200.

24   Q.   Since Mr. Shamo's arrest, has he tried to get you

11:45:51   25   to do anything related to his Bitcoin or Bitcoin

1    wallets?

2    A.    No.

3    Q.    Did you ever see a letter that had been sent to

4    his girlfriend at the time, Ally Rose, that

11:46:11    5    referenced you and requested you to do anything?

6    A.    I did see the letter.

7    Q.    And what did that letter state?

8    A.    Um, she mainly read it to me but -- and I can't

9    fully remember, something about there being something

11:46:31    10    on the blockchain just wanted the password changed or

11    something.

12    Q.    And who did you understand that letter to be

13    from?

14    A.    From Shamo.

11:46:42    15    Q.    Why are you here testifying today?

16    A.    To just testify to the truth of everything that I

17    did and things that I know to be true.

18    Q.    Are you hoping to get anything out of it, the

19    mere fact that you're here testifying?

11:47:10    20    A.    I'm just wanting to be fully clean and hope to

21    get some credit.

22    Q.    Credit towards what?

23    A.    Anything.  I don't know what's expected.  I know

24    what I'm looking at.  I know the severity of all of

11:47:35    25    this and just hoping for some credit towards that.

1    Q.   You have already pled guilty in your case; is

2    that right?

3    A.   Yeah.

4    Q.   But as part of your plea agreement you agreed to

11:47:52    5    wait to be sentenced until others in this case have

6    been sentenced, right?

7    A.   Yeah.

8    Q.   If we can look at Government's Exhibit 23.06.  Do

9    you recognize this document?

11:48:08    10   A.   It looks familiar, yeah.

11   Q.   This is the Statement in Advance of Plea or a

12   Plea Agreement that you entered into on or about

13   December 10th, 2018, isn't it?

14   A.   Yeah.

11:48:27    15   Q.   Let's look at Page 1 and 2.  In this Plea

16   Agreement you agreed and then actually did plead

17   guilty to Count 1 conspiracy to manufacture a

18   controlled substance; right?

19   A.   Yes.

11:48:41    20   Q.   And also the same for Counts 2 and 3 to plead

21   guilty knowing and intentional adulteration of drugs

22   while held for sale, right?

23   A.   Yes.

24   Q.   You also pled guilty to Count 4 conspiracy to

11:48:54    25   commit money laundering, right?

1    A.    Yes.

2    Q.    Do you recall if any counts were dismissed as

3    part of this plea agreement?

4    A.    Um, I'm not sure.

5    Q.    There is another count mentioned later which

6    we'll address momentarily, but it is not -- but it is

7    not one that is charged.  In pleading guilty to the

8    offenses that we have outlined, you admitted to

9    operating the pill press in Mr. Shamo's home helping

10   to develop the recipe and manufacturing pills made to

11   look like Oxycodone pills but that contained

12   fentanyl, right?

13   A.    Right.

14   Q.    You also admitted to pressing pills containing

15   Alprazolam creating counterfeit Xanax, right?

16   A.    Right.

17   Q.    You admitted to manufacturing approximately 480

18   fake Oxycodone pills each of which weighed just over

19   100 milligrams; is that correct?

20   A.    Yes.

21   Q.    You admitted to manufacturing and distribution of

22   approximately 48 kilograms of a mixture or substance

23   containing fentanyl that Shamo paid for; is that

24   right?

25   A.    Yeah.

1    Q.   I may have misstated earlier, you admitted to

2    manufacturing approximately 480,000 fake Oxycodone

3    pills each of which weighed just over 100 milligrams;

4    is that correct?

11:50:30    5    A.   Yeah.

6    Q.   You admitted that you deposited cash into your

7    bank even though you knew it represented illegal drug

8    distribution proceeds; is that accurate?

9    A.   Um, yeah.

11:50:54    10   Q.   Through the Plea Agreement you admitted to

11   turning over drug distribution proceeds of, the first

12   time, $671,000 or $671,030.00 and the second time

13   $134,960.00 in cash, a total of $805,990.00 in cash

14   as well as just under 33 Bitcoins.  Is that correct

11:51:30    15   that you admitted to forfeiting those?

16   A.   Yeah.

17   Q.   When you entered into this Plea Agreement that's

18   being depicted here, you read through the whole

19   thing; is that right?

11:51:41    20   A.   I did.

21   Q.   Did you read the part, and if we can turn to

22   Page 5, did you read the part on Page 5 in regards to

23   relevant conduct?

24   A.   Yeah.

11:51:55    25   Q.   What do you understand that to mean?

1    A.    That even with things that I haven't been charged

2    with as of yet, that there still is the possibility

3    that that is going to be taken into consideration.

4    Q.    So you weren't charged with distributing pills

11:52:29    5    containing fentanyl that resulted in a death, were

6    you?

7    A.    No.

8    Q.    But you recognize that that's relevant conduct

9    that the judge may take into account when you're

11:52:41    10    sentenced.  You have to answer out loud.

11    A.    Yup.

12    Q.    How do you feel about the fact that you helped

13    manufacture pills which may have resulted in

14    someone's death?

11:53:02    15    A.    Something I am going to have to live with for the

16    rest of my life and I wish I had more knowledge on it

17    when these things were going on.  Um, but I feel

18    terrible for it.  I mean there is -- it happens every

19    day that people overdose and I just didn't know about

11:53:43    20    -- I mean I just haven't been around that environment

21    and don't really understand what a -- what an

22    addiction does to a person.

23    Q.    If we can look at Page 13.  As part of the

24    agreement with the United States you agreed to

11:54:07    25    testify truthfully and completely, correct?

A.   Correct.

Q.   And if you don't testify truthfully and completely, then you may not get the benefit of testifying truthfully and completely that's outlined in this Plea Agreement?

A.   Correct.

Q.   If we can look at the next page.  This first paragraph, only paragraph on the page states, "if defendant testifies truthfully and completely, the United States will present the defendant's cooperation for the court's consideration at sentencing pursuant to U.S. Sentencing Guidelines 5K1.1.  The United States also agrees to not charge the defendant with death resulting violations of Title 21 United States Code Section 841(a)(1) that may arise out of the continuing investigation into overdose deaths tied to Pharma-Master drug sales." Did you read that before signing it?

A.   I did.

Q.   Can you summarize why you got involved in manufacturing and distributing such a dangerous drug as fentanyl?

A.   In the beginning it was in my down time just a way to make money.  That wasn't happening and that is why I was still trying to work, still trying to do

1672

```
 1    some summer sales and leave for summer sales and then

 2    it took weeks and months to come to the decision.

 3    And mainly the reason -- there was multiple reasons.

 4    I think the main one was just wanting to help my

 5    sister with her illness and that was a way that I

 6    justified it.

 7              MR. BURGGRAAF:  That's all my questions, Your

 8    Honor.

 9              THE COURT:  Thank you.  We'll take a recess

10    for 30 minutes and be back about 12:25 or so.  Thank

11    you.

12              THE CLERK:  All rise, please.

13              (Jury leaves the courtroom.)

14              THE COURT:  Court is in recess.

15              (Recess.)

16              THE COURT:  We'll get the jury and proceed

17    with the cross-examination.

18              MR. SKORDAS:  Yes, we're ready.

19              THE COURT:  If you're not done by 10 to 2,

20    then we'll continue it on Monday morning.

21              MR. SKORDAS:  Right.  Wait, wait, wait.  Um,

22    could everyone sit down?  Can I have the benefit of

23    the record for a minute?

24              THE COURT:  Sure.

25              MR. SKORDAS:  We had subpoenaed a young man,
```

11:56:17 (line 5)
11:56:28 (line 10)
12:29:09 (line 15)
12:31:27 (line 20)
12:31:40 (line 25)

1    one of the people on the chart, who is represented

2    by --

3            THE COURT:  You can sit down if you want

4    until the jury comes in.

12:31:51    5            MR. SKORDAS:  He is represented by Scott

6    Williams.  Who would that be?  Miles Penrose.  And we

7    just need to make a record.  He is going to come in

8    today, as we finish, and make a record, out of the

9    presence of the jury, that he is going to refuse to

12:32:08    10    testify based on his Fifth Amendment privilege.  And

11    I just need the record to be clear on that because I

12    don't want to do it in front of the jury obviously.

13            So we may need the benefit of the record for

14    just a few minutes at the end of the hearing.

12:32:22    15            THE COURT:  That's fine.  It's the jurors

16    that have the problem, not me.

17            MR. SKORDAS:  Right, right.  Okay.  So he

18    thinks he will be here by quarter to two.

19            THE COURT:  That's fine.  Actually it's not I

12:32:39    20    but nobody pays any attention to the difference

21    between me and I.

22            THE CLERK:  All rise for the jury.

23            (Jury returns to the courtroom.)

24            THE COURT:  You may proceed with your

12:34:21    25    cross-examination, Ms. Beckett.

```
 1                    CROSS-EXAMINATION
 2    BY MS. BECKETT:
 3    Q.   Thank you, Your Honor.  Luke, you and Aaron have
 4    been friends for some time, correct?
 5    A.   Yeah.
 6    Q.   How long have you been friends with Aaron?
 7    A.   Eight years.
 8    Q.   You guys were really close, right?
 9    A.   Yeah.
10    Q.   Yes?
11    A.   Yeah.
12    Q.   Have spent a significant amount of time together?
13    A.   Yeah.
14    Q.   You guys hung out at the gym together?
15    A.   Yeah.
16    Q.   Played video games together?
17    A.   Yeah.
18    Q.   Lived together for a while?
19    A.   Yeah.
20    Q.   You guys kind of became close like brothers?
21    A.   I would say so.
22    Q.   I imagine that makes it a little bit difficult
23    for you to come in here today?
24    A.   Yeah.
25    Q.   Do you still consider Aaron a friend?
```

12:34:43 (line 5)
12:34:59 (line 10)
12:35:10 (line 15)
12:35:24 (line 20)
12:35:37 (line 25)

1   A.   You bet.

2   Q.   Earlier you testified that you would describe

3   Aaron as somebody who was friendly and fun.  Does

4   that sound accurate?

12:35:55   5   A.   For sure.

6   Q.   Would you describe Aaron as a people pleaser?

7   A.   Yeah.

8   Q.   Likes to make people happy?

9   A.   For sure.

12:36:07   10   Q.   Likes to do things for the people he cared about?

11   A.   Definitely.

12   Q.   I believe you also testified a little bit about

13   Drew Crandall and what kind of person you thought he

14   was.  Do you remember that?

12:36:22   15   A.   Yeah.

16   Q.   Would you describe Drew the same way you would

17   describe Aaron?

18   A.   I just don't know Drew on that same level.

19   Q.   But I believe your testimony in part was that you

12:36:38   20   didn't really like Drew.  Would you say that is

21   correct?

22   A.   Yeah.

23   Q.   And why were you not a fan of Drew?

24   A.   Um, just the few interactions that we had from

12:36:53   25   what I gathered I mean it just wasn't -- the things

1   basically that he talked about and --

2   Q.   What kind of things did Drew talk about?

3   A.   I mean just conversations.  But I can't recall,

4   those were years ago.  The conversations I had with

12:37:10   5   him have been very few.

6   Q.   When were you first roommates with Aaron?

7   A.   Um, probably right around five, six years ago.

8   Q.   Is that in Provo?

9   A.   Yeah, Provo.

12:37:38   10   Q.   Did you guys have another roommate at that time?

11   A.   Yeah, a few.

12   Q.   Do you remember a roommate named I think it was

13   Mike?

14   A.   Yeah.

12:37:48   15   Q.   When you and Aaron were roommates in Provo, did

16   either one of you do drugs?

17   A.   Aaron and I?

18   Q.   Uh-huh (affirmative).

19   A.   Not that I recall.  I didn't.  I don't think he

12:38:06   20   did either.

21   Q.   You had a roommate Mike who would drink though,

22   correct?

23   A.   Yeah.

24   Q.   And he would do drugs, correct?

12:38:16   25   A.   Um, yeah.

```
 1   Q.   And you guys would make jokes about that, right?

 2   A.   We did.

 3   Q.   Because he was trying to hide it you thought it

 4   was funny?

 5   A.   Um, yeah.

 6   Q.   You have been interviewed multiple times in

 7   regards to your testimony today, correct?

 8   A.   Yeah.

 9   Q.   July 2nd, 2018, you were interviewed?

10   A.   Uh-huh (affirmative).

11   Q.   July 3rd, 2018, you were interviewed?

12   A.   Yeah.

13   Q.   August 7th, 2018, you were interviewed?

14   A.   Yeah.

15   Q.   November 5th, 2018, you were interviewed?

16   A.   Yeah.

17   Q.   Were you interviewed any other time?

18   A.   Um, I don't believe so.

19   Q.   Did you meet with the prosecution at all to

20   prepare for your testimony today?

21   A.   Um, yeah.

22   Q.   Was that last night?

23   A.   We did meet last night.

24   Q.   Did you meet with them any other time?

25   A.   Um, once about a month ago.
```

12:38:26 (line 5)
12:38:44 (line 10)
12:38:54 (line 15)
12:39:09 (line 20)
12:39:22 (line 25)

1    Q.    Specifically regarding what you were going to be

2    testifying to, correct?

3    A.    Um, kind of just an outline of the whole thing,

4    yeah.

12:39:36    5    Q.    How long were those meetings?

6    A.    First one four or five hours.  Last night's was a

7    little bit longer.

8    Q.    So a draining experience for you?

9    A.    It wasn't too bad.

12:40:00    10    Q.    You weren't charged in this case, were you?  You

11    were charged separately?

12    A.    I'm not sure.

13    Q.    Do you have any co-defendants in your case?

14    A.    Um, I don't believe so.

12:40:30    15    Q.    Do you remember when you were officially charged?

16    A.    When I was officially in charge?

17    Q.    When you were officially charged with the crimes

18    that you pled to?

19    A.    Oh, um, 2017 or sorry --

12:40:50    20    Q.    If I represented to you that it was around April

21    of 2018 would that sound correct?

22    A.    Yeah, that sounds correct.

23    Q.    About a year and a half or almost quite a while

24    after Aaron was arrested, correct?

12:41:07    25    A.    Correct.

Q.   But it was your testimony that agents knew about

your potential involvement very early on, correct?

A.   Yeah.

Q.   I believe you described that you -- your home or

where you were living had been raided in January

2017; is that correct?

A.   Yeah.

Q.   And you were ultimately charged with conspiracy

to manufacture fentanyl, two counts of knowing and

intentional adulteration of drugs while held for

sale, and conspiracy to commit money laundering?

A.   Yeah.

Q.   Do you remember your interview from July 2nd,

2018?

A.   Um, I'm sure I'm familiar with it.

Q.   If I asked you some questions about that do you

think you would be able to answer those?

A.   I believe so, yeah.

Q.   Do you remember that you told agents that around

the end of 2015 you were recruited to be more

involved in this organization?

A.   That I was recruited to be more involved?

Q.   Uh-huh (affirmative).

A.   Yeah.

Q.   Do you remember telling those agents that were

1    interviewing you that Drew Crandall was the

2    individual in fact who trained you to operate that

3    pill press?

4    A.   Yeah.

12:42:49    5    Q.   Do you remember telling the agents that Drew

6    Crandall was in fact the individual who instructed

7    you on how to fix the pill press if it became jammed?

8    A.   He mentioned it, yeah.

9    Q.   Do you remember telling agents that Aaron was

12:43:08   10    present when Drew Crandall was training you?

11    A.   Yeah.

12    Q.   More specifically, do you remember telling the

13    agents that Drew trained you and Aaron stood by

14    because Aaron I guess didn't know that much about

12:43:23   15    pressing pills?

16    A.   Yeah.

17    Q.   Do you remember telling agents during that

18    interview that to your knowledge Aaron was not

19    involved in manufacturing any pills containing

12:43:40   20    fentanyl before that time period?

21    A.   Yeah.

22    Q.   Do you remember telling agents that Drew Crandall

23    even made notes for you and Aaron on how to operate

24    the press before he left the country?

12:43:54   25    A.   Yeah.

```
 1   Q.   That he created a diagram of sorts?

 2   A.   I don't know if I ever saw a diagram but --

 3   Q.   Specific instructions?

 4   A.   I believe so.

 5   Q.   Do you remember telling agents that Drew Crandall

 6   stayed in contact with Aaron in order to troubleshoot

 7   any issues that arose pressing those pills while he

 8   was abroad?

 9   A.   Yeah.

10   Q.   I believe you also testified that at a certain

11   point in time you were using the Telegram App to

12   communicate with Aaron; is that correct?

13   A.   Yeah, I did.

14   Q.   Did you delete that Telegram App from the your

15   phone before you were interviewed by the agents?

16   A.   Yeah.

17   Q.   So they have never seen the contents of your

18   Telegram App; correct?

19   A.   They wouldn't have been able to.  Correct.

20   Q.   You have been asked a significant number of

21   questions by the prosecution about an individual by

22   the name of Chris Kenny.  Do you remember telling the

23   agents during your July 2nd interview that Chris

24   Kenny was in fact the individual who came up with the

25   idea to press fentanyl pills?
```

12:44:07 (line 5)
12:44:26 (line 10)
12:44:42 (line 15)
12:44:57 (line 20)
12:45:15 (line 25)

```
 1    A.    Yeah.
 2    Q.    That the idea to use fentanyl in general
 3    originated with Chris Kenny?
 4    A.    Yeah.
 5    Q.    That he wanted you to specifically press fentanyl
 6    for local customers?
 7    A.    Yeah.
 8    Q.    Do you remember telling agents that Chris Kenny
 9    in fact had local connections that would deal to club
10    owners?
11    A.    Yeah.
12    Q.    Do you remember telling those agents that Chris
13    Kenny, in fact, provided significant feedback
14    regarding the first batch or first round of fentanyl
15    pills that were pressed?
16    A.    Yeah.
17    Q.    Requested changes?
18    A.    Yeah.
19    Q.    And you attempted to make those changes to
20    improve those pills for lack of a better word?
21    A.    Yeah.
22    Q.    Do you remember telling agents that you went so
23    far as to sort of test the different ingredients to
24    make sure that they would slide or crush or had the
25    correct color?
```

1    A.    Yeah.   That was referring to the inactive

2    ingredients, yeah.

3    Q.    Was that to make the pills more marketable?

4    A.    No, that was just me following what I was told to

12:46:43    5    do.

6             THE COURT:   Speak up just a little bit.

7             THE WITNESS:   Yeah, that was just me

8    following what I was told to do.

9             THE COURT:   Thank you.

12:46:52    10    Q.    (By Ms. Beckett)   What would be the purpose of

11    making the pills slide?

12    A.    I didn't know at the time.

13    Q.    Do you remember telling agents that Drew Crandall

14    actually created a calculator like program or app in

12:47:09    15    order to determine the amount of active ingredient

16    versus filler ingredients for those pills?

17    A.    Yeah.

18    Q.    That was an app or program that was used

19    regularly for both pressing the Xanax and fentanyl

12:47:20    20    pills?

21    A.    Yes.

22    Q.    And that was an integral part of being able to

23    figure out the active ingredient versus the filler

24    ingredient, correct?

12:47:29    25    A.    Correct.

1  Q.   Could you have pressed those fentanyl pills

2  without that knowledge?

3  A.   No.

4  Q.   Do you remember telling the agents that you used

12:47:44  5  that particular program to perfect the formula that

6  was ultimately used for those fentanyl pills?

7  A.   I said that the program was used for that.  I'm

8  not sure that I specified who used it.

9  Q.   I believe there was some testimony earlier that

12:48:09  10  you were the individual who was responsible for the

11  amount and formulation of the inactive ingredients in

12  those pills; is that correct?

13  A.   Of the inactive ingredient, yeah.

14  Q.   Can you make a pill with just an active

12:48:32  15  ingredient and no inactive ingredients?

16  A.   No.

17  Q.   So, in fact, those pills could not have been

18  pressed without the knowledge that you provided,

19  correct?

12:48:43  20  A.   They could have been pressed they just wouldn't

21  meet the requirements that Chris wanted.

22  Q.   You testified as well that Drew Crandall not only

23  pressed but also packaged and shipped; is that

24  correct?

12:49:10  25  A.   Correct.

```
 1    Q.   If we could look at Government's Exhibit 13.09,

 2    photo 10, I believe it is, are you familiar with this

 3    photo?

 4    A.   Yeah.

 5    Q.   I believe it was your testimony that this is a

 6    pill press that was shipped to you?

 7    A.   Yeah.

 8    Q.   If we could look at, I believe it is photo 13 but

 9    I might be wrong on that number, are you familiar

10    with that photo?

11    A.   Yes.

12    Q.   Is that a pill press that was also shipped to

13    you?

14    A.   Yeah.

15    Q.   If we could see photo 19.  Are you familiar with

16    that piece of equipment?

17    A.   Yeah.

18    Q.   Is that a V-mixer?

19    A.   Yeah.

20    Q.   Was that also shipped to you?

21    A.   It was.

22    Q.   If we could see photo 33.  Are you familiar with

23    that photo?

24    A.   Yeah.

25    Q.   Is that another press that was also shipped to
```

12:49:37 (line 5)
12:49:56 (line 10)
12:50:05 (line 15)
12:50:17 (line 20)
12:50:30 (line 25)

1    you?

2    A.   Yes.

3    Q.   And once you received all of these items you

4    helped transport them to the Titian Way address?

12:50:40   5    A.   Yes.

6    Q.   And placed them in that home to be used for

7    pressing pills?

8    A.   Yes.

9    Q.   Your testimony is that you yourself had a Bitcoin

12:50:59   10   wallet, correct?

11   A.   Yeah.

12   Q.   You had two separate Bitcoin wallets?

13   A.   I believe so, yeah.

14   Q.   One that was no longer accessible.

12:51:10   15   A.   That was a separate one so I guess that could be

16   considered a third.

17   Q.   So you were knowledgeable in how to use Bitcoin?

18   A.   Yeah.

19   Q.   I believe you also testified that you engaged in

12:51:26   20   some, what we'll call, peer-to-peer Bitcoin

21   transactions?

22   A.   Yeah.

23   Q.   Where you met an individual in person and

24   exchanged Bitcoin for cash, correct?

12:51:40   25   A.   Correct.

1    Q.    Did that on multiple occasions?

2    A.    Um, there were multiple occasions where that

3    occurred, yeah.

4    Q.    I believe part of your testimony included that

12:51:59    5    your sister was diagnosed with an illness and that

6    was part of your motivation for getting involved with

7    this organization; is that correct?

8    A.    That was part of the motivation, yeah.

9    Q.    And that you wanted a $10,000.00 advance from the

12:52:16    10    company that you worked for at the time?

11    A.    Yeah.

12    Q.    But instead you asked Mr. Shamo for a $10,000.00

13    advance?

14    A.    I didn't ask, he just wanted me to stay and help

12:52:27    15    him so he offered it to me.

16    Q.    None of that money went to your sister though,

17    correct?

18    A.    Correct.

19    Q.    You, in fact, kept that $10,000.00 for yourself,

12:52:39    20    correct?

21    A.    Yeah, correct.

22    Q.    If we could look at Government's Exhibit 22.04.

23    Are you familiar with this?

24    A.    Yes.

12:53:04    25    Q.    Is it your common practice to keep a ledger of

```
     1   all of the pills that you pressed?

     2   A.   I did keep it.

     3   Q.   Would you regularly show that to Aaron to let him

     4   know how many pills you had pressed?

     5   A.   No, I didn't show that to him.  I sent it to him

     6   one time when he asked for it.

     7   Q.   Is that why this is a screenshot and wasn't taken

     8   off of your phone, it was taken off your computer?

     9   A.   Yeah.

    10   Q.   You, in fact, were paid for every pill you

    11   pressed?

    12   A.   Um, you could say that.

    13   Q.   So the more pills you pressed the more money you

    14   would make?

    15   A.   Correct.

    16   Q.   These amounts that are listed on here, the dollar

    17   amounts, how much you thought you were owed?

    18   A.   Yeah, that's what we had discussed.

    19   Q.   A dollar-twenty-five a pill?

    20   A.   Yeah.

    21   Q.   Can you walk me through the process of making a

    22   pill, of pressing a pill?

    23   A.   Yeah.  I mean like from -- from which one, for

    24   what one?

    25   Q.   A fentanyl pill.
```

12:53:17 (line 5)
12:53:35 (line 10)
12:53:44 (line 15)
12:53:57 (line 20)
12:54:21 (line 25)

1   A.   The powder was mixed of inactive ingredients, it

2   was shooken (sic) up in jars, put it into mixers,

3   mixers were turned on, mixed it for a few hours.  At

4   that point the fentanyl was added to it and then it

12:54:39  5   was re-mixed for another few hours.  And then it was

6   put into the machine to be pressed and to make pills.

7   Q.   Would you make those calculations using that

8   calculator app before you put those ingredients

9   together?

12:54:53  10   A.   No.

11   Q.   When would you use that app?

12   A.   I never used the app but the app was used.  After

13   the inactive ingredients were mixed, and after they

14   were -- you actually would make test pills, use those

12:55:17  15   test pills, weigh them, and then use the weight of

16   those pills and the number of pills that were tested,

17   those were the numbers you needed to enter into the

18   app.

19   Q.   Do you know how much fentanyl was added to those

12:55:37  20   pills?

21   A.   I don't.

22   Q.   Part of your testimony was that at a certain

23   point in time you may have been the individual who,

24   in fact, added fentanyl to those pills.  Do you

12:55:50  25   remember testifying to that?

1    A.    Yeah.

2    Q.    That could have happened on more than one

3    occasion?

4    A.    Yeah.

12:55:55   5    Q.    Did you also press Xanax?

6    A.    Um, initially, yeah.

7    Q.    Did you add the active ingredient to those Xanax

8    pills?

9    A.    On a few occasions, yeah.

12:56:08   10    Q.    Part of your testimony, I believe, included that

11    you would access the Dark Web yourself and check the

12    Pharma-Master page; is that correct?

13    A.    I did that, yeah.

14    Q.    And the times you looked at the Pharma-Master

12:56:29   15    page you saw that it mentioned fentanyl as the active

16    ingredient in those pills?

17    A.    Yeah.

18    Q.    If we could look at Government's Exhibit 23.06.

19    You're familiar with this document, correct?

12:56:57   20    A.    Yeah.

21    Q.    This is a document that you executed pleading

22    guilty to the charges against you, correct?

23    A.    Yes.

24    Q.    As a result of a plea agreement between you and

12:57:06   25    the prosecution?

1    A.    Yeah.

2    Q.    If we could look at Page 5 of that document.  If

3    you could just highlight that first paragraph.  This

4    states, "I pressed approximately 480,000 fake

12:57:34    5    Oxycodone pills each of which weighed just over

6    100 milligrams.  I therefore manufactured and

7    distributed approximately 48 kilograms of a mixture

8    or substance containing fentanyl."  Is that correct?

9    A.    Yeah.

12:57:51    10    Q.    Is your testimony that you made a

11    dollar-twenty-five per pill?

12    A.    Yeah.

13    Q.    That's roughly $600,000, correct?

14    A.    Correct.  Well, yeah.

12:58:04    15    Q.    If my math is correct.

16    A.    Uh-huh (affirmative).

17    Q.    Which it might not be so you can double check me

18    on that.  But when you were interviewed by the agents

19    in this case, you ultimately turned over over

12:58:20    20    $800,000 in cash, correct?

21    A.    Correct.

22    Q.    And you agreed that the money you turned over at

23    that point in time were the proceeds from this

24    organization, correct?

12:58:35    25    A.    Correct.

1   Q.   And that was turned over in July and August

2   of 2018, does that sound right?

3   A.   Yeah.

4   Q.   Coming up on two years after this organization

12:58:56   5   had been shut down?

6   A.   Yeah.

7   Q.   Did you spend any of that money in the two years

8   between now and then?

9   A.   Very little, but yeah.

12:59:16   10   Q.   I believe part of your testimony is also that

11   during the course of your involvement with this

12   organization you had spent quote several hundred

13   thousands of dollars, does that sound correct?

14   A.   Yeah.

12:59:28   15   Q.   Safe to say that you made or had at some point in

16   time in your possession over a million dollars?

17   A.   I don't know if that was ever in my possession,

18   but the bulk of that didn't come until the last few

19   weeks.

12:59:42   20   Q.   You had $800,000.00 last year and your testimony

21   is that you had spent over several hundred thousands

22   of dollars?

23   A.   From the time of when I had started, so during

24   like the whole year, yeah.

13:00:01   25   Q.   How old are you?

1   A.   31.

2   Q.   How old were you when you became involved with

3   this organization?

4   A.   27, 28, around there.

13:00:15   5   Q.   Would you say that's a good amount of money to

6   make for a 27, 28 year old?

7   A.   Yeah.

8   Q.   If we could go back to that 23.06 Exhibit.  Is

9   your understanding that by entering into this

13:00:36   10   agreement you may ultimately curry some sort of favor

11   at sentencing?

12   A.   I don't know what the guidelines are, just that

13   there are guidelines.

14   Q.   Is it your intention to receive cooperation

13:00:48   15   credit towards your sentencing by testifying?

16   A.   I think I mentioned earlier that by doing

17   cooperating not -- yeah cooperating but mainly

18   testifying of the truth that some credit would be

19   given, yeah.

13:01:03   20   Q.   And that you also wouldn't be charged with what

21   we will refer to as the death resulting count?

22   A.   That's in there too.

23   Q.   Who determines whether or not you testified

24   truthfully today?

13:01:16   25   A.   Um, I believe the jury.  I'm not positive on

1    that.

2    Q.   Who is ultimately going to give you credit at

3    sentencing for your testimony today?

4    A.   That I'm not sure.  The judge I'm sure.

13:01:40    5    Q.   But it is your testimony that you also haven't

6    spent any time in jail on these charges?

7    A.   Right.

8    Q.   You had a detention hearing in June of 2018,

9    correct?

13:01:51    10   A.   Correct.

11   Q.   And you were released?

12   A.   Correct.

13   Q.   Is that because the government stipulated to your

14   release at that point in time?

13:02:02    15   A.   It was just a decision by the court.

16   Q.   The government didn't agree that it was okay for

17   you to be released?

18   A.   I am not sure on that.

19   Q.   What have you been doing for the last two and a

13:02:26    20   half years?

21   A.   Got married and I have been working.

22   Q.   Just living your life?

23   A.   Trying to.

24   Q.   Your time involved in this particular drug

13:03:02    25   trafficking organization didn't in fact really

1    overlap with Mr. Crandall's presence here in this

2    country, did it?

3    A.    Um, no, I don't think so.

4    Q.    He trained you and then left, correct?

5    A.    Right.

6    Q.    So you wouldn't be fully aware of what his

7    involvement might have been while he was out of the

8    country, correct?

9    A.    Yeah, correct.

10   Q.    And you also wouldn't have knowledge of who

11   Mr. Crandall had recruited before you were involved,

12   correct?

13   A.    Correct.

14   Q.    You also wouldn't know who perhaps Mario Noble

15   had recruited, correct?

16   A.    Correct.

17   Q.    Or Alex Tonge?

18   A.    Correct.

19   Q.    You also wouldn't know if Mr. Crandall had

20   personally paid people, correct?

21   A.    I wouldn't know that.

22   Q.    Same for Ms. Tonge?

23   A.    Correct.

24   Q.    Same for Mr. Noble?

25   A.    Correct.

13:03:19 (line 5)
13:03:28 (line 10)
13:03:39 (line 15)
13:03:52 (line 20)
13:04:03 (line 25)

1    Q.   You interviewed with agents on multiple occasions

2    and there has been a lot of questions about whether

3    or not you were truthful when you were first

4    interviewed.  Why were you initially not truthful

13:04:30   5    with the agents?

6    A.   Um, I was scared.  I was -- I wasn't even

7    initially truthful with my lawyer.  I didn't tell him

8    that I had the money and he found out later and it

9    was a dumb decision but I was able to realize that it

13:04:57   10   wasn't something that I wanted to hang on to and

11   wanted to turn it over.

12   Q.   I believe you testified that you welcomed the

13   opportunity to interview with agents and finally come

14   clean; is that correct?

13:05:09   15   A.   That I welcomed the opportunity?

16   Q.   Uh-huh (affirmative).

17   A.   It was something that I wanted to do.

18   Q.   But you did want to have counsel present with

19   you, correct?

13:05:20   20   A.   I had already had counsel before the bust, before

21   they raided my home, earlier on.

22   Q.   After Mr. Shamo was arrested?

23   A.   Yeah.

24   Q.   If we could look at Government's Exhibit 22.07.

13:05:54   25   Are you familiar with this?

A.   Yeah.

Q.   It appears here that there is some negotiation going on about the amount to be paid per pill.  Would that be a correct representation?

A.   Correct.

Q.   Your testimony today is that you were receiving a dollar twenty five per pill, correct?

A.   Correct.

Q.   Which is why you had the amount of money in your possession that you had in your possession, correct?

A.   Yeah.

        MS. BECKETT:  If I could just have a minute, Your Honor.

        THE COURT:  You may.

        MS. BECKETT:  Just a few more questions, Your Honor.

        THE COURT:  Sure.

Q.   (By Ms Beckett)  When you pled guilty to the charges against you, did you forfeit some of your personal assets?

A.   Items that were seized at my residence, yeah.

Q.   And the cash?

A.   I did forfeit the cash.

Q.   Uh-huh (affirmative).  Did you -- did you do that in hopes it would also curry you some sort of favor

1698

1    at sentencing?

2    A.   I wanted to come clean fully.  It took a couple

3    of times to do so, but ultimately I wanted to come

4    clean fully for it.

13:08:06    5         MS. BECKETT:  I have no further questions,

6    Your Honor.

7         THE COURT:  Thank you, Ms. Beckett.

8    Redirect, Mr. Burggraaf?

9                    **REDIRECT EXAMINATION**

13:08:11    10   BY MR. BURGGRAAF:

11   Q.   Can we pull back up Exhibit 22.07.  Your

12   testimony was that your original agreement was to get

13   paid 25 percent?

14   A.   Right.

13:08:34    15   Q.   Which you calculated out to be about a dollar

16   twenty five per pill?

17   A.   Right.  Based on the $5 price that he was selling

18   it at.

19   Q.   So this message seems to state that at some point

13:08:48    20   you had been reduced to a dollar.  Was that because

21   the price per pill had gone down, or was it because

22   he reduced the percentage?

23   A.   It was one of the two but I'm not sure.

24   Q.   And it looks like he was proposing here to reduce

13:09:09    25   it even more; is that right?

1699

1    A.   Right.  Right.

2    Q.   While noting that he was going to raise the pay

3    of his other employees; is that right?

4    A.   Right.

13:09:18    5    Q.   How did you feel about that?

6    A.   I mean at the time I didn't know what to think

7    about it and I'm not sure what we actually spoke

8    about after, but I understood where he was coming

9    from, price of Bitcoin was dropping.

13:09:41    10   Q.   Can we pull up Government's Exhibit 23.06.  We're

11   back here to this document again.  If we can go to

12   Page 5 and highlight that top paragraph again.  Did

13   you draft that language?

14   A.   No, I don't believe so.

13:10:14    15   Q.   But you agreed with it for the purpose of

16   admitting guilt; is that right?

17   A.   Right.

18   Q.   Defense counsel asked you the question about

19   calculation.  If you take that 480,000 and times it

13:10:35    20   by a dollar-twenty-five, that would come out to

21   something just over 600,000.  You were paid for local

22   pill sales also, weren't you?

23   A.   Right.

24   Q.   Were you paid for extras though that were

13:10:55    25   included or merely the amount of money that came in

1700

1    for the sales?

2    A.   Well, that wasn't really discussed.  But the

3    other exhibit that you showed where it had the

4    listing of pills pressed and amounts owed, that was

13:11:13    5    just taken into consideration only the pressed pills.

6    It wasn't subtracting extras, it wasn't subtracting

7    pills that went missing, wasn't subtracting lost

8    shipments.

9    Q.   So there were a lot of variables about what

13:11:27    10    happened to the pills?

11    A.   Right.  Right.

12    Q.   Okay.  I was asking you questions previously

13    about your cooperation.  You started cooperating

14    early 2017; is that right?

13:11:47    15    A.   Yeah, that's what I remember.

16    Q.   Why did it take so long or do you know why it

17    took so long to finally have your first interview?

18    A.   No, I'm not sure.  I mean I got a lawyer early on

19    and then it was like all done through my lawyer.

13:12:08    20    Q.   You were asked about the equipment deliveries

21    that came in your name?

22    A.   Uh-huh (affirmative).

23    Q.   If you're the one who ordered them, why was Shamo

24    paying you for them?  Like the pill press.  If you

13:12:25    25    were the one who ordered them, why was Shamo paying

1    you for it?

2    A.   I thought that she had said that those were just

3    addressed to me.  But that's what I understood.  I

4    mean that they were sent to me, he did order them.

13:12:41   5    Q.   So you were paid merely as a drop or a package

6    receiver; is that right?

7    A.   Right.

8    Q.   Did this follow the pattern of Mr. Shamo as far

9    as other package receivers in that he would use their

13:12:55   10   name and address, once they received the package he

11   would pay them for it?

12   A.   Yes.

13   Q.   You haven't served a day in jail, correct?

14   A.   Correct.

13:13:14   15   Q.   So when it comes to sentencing, you can't get

16   credit for any time served unlike Mr. Shamo or

17   Mr. Crandall; is that right?

18   A.   Correct.

19   Q.   When you were asked about what you knew as far as

13:13:33   20   Crandall's involvement when he was out of the

21   country, you had testified that you believed he was

22   handling customer service, correct?

23   A.   Correct.

24   Q.   But you only knew that because that's what the

13:13:48   25   defendant Mr. Shamo told you; is that correct?

1       A.    Right.

2       Q.    You didn't know what the involvement of

3       Ms. Tonge, Ms. Bustin or Mario Noble, what their

4       involvement was prior to you starting to press pills;

13:14:04    5   is that right?

6       A.    Right.

7       Q.    But you only knew they were involved because that

8       is what the defendant told you; is that right?

9       A.    Correct.

13:14:19   10   Q.    If we can pull up Government's Exhibit 8.02 and

11      go to Page 2.  Do you have any idea how many pills

12      are here displayed?

13      A.    Um, many.

14      Q.    How many are -- what was that?  How many

13:14:49   15   approximate pills do you think might be there?

16      A.    Eight to 10,000.

17      Q.    Do you know any individual or have you heard of

18      any individual who could ingest this many pills?

19      A.    No.

13:15:00   20   Q.    So if this is a dealer's order, how would that

21      dealer's customers who never saw the Pharma-Master

22      page know the pills contained fentanyl?

23      A.    That I don't know.

24      Q.    They wouldn't know unless they saw the page?

13:15:17   25   A.    Or unless the dealer told them but yeah.

```
 1              MR. BURGGRAAF:  Okay.  No further questions.
 2              THE COURT:  Re-cross?
 3              MS. BECKETT:  Just briefly, Your Honor.
 4                      RECROSS-EXAMINATION
 5   BY MS. BECKETT:
 6   Q.   If we could pull up that Exhibit 23.06, Page 5,
 7   and highlight that top paragraph again, please.
 8   Thank you.  This says 480,000 fake Oxycodone pills
 9   that you pressed, correct?
10   A.   Uh-huh (affirmative).
11   Q.   And you agreed to this language when you pled
12   guilty, correct?
13   A.   Uh-huh (affirmative).
14   Q.   But you also pressed Xanax, correct?
15   A.   In the very beginning, yeah.
16   Q.   So this just specifically only accounts for the
17   fentanyl pills, correct?
18   A.   Yeah.
19              MS. BECKETT:  I have no further questions,
20   Your Honor.
21              THE COURT:  Thank you.  Are we done with this
22   witness?
23              MR. BURGGRAAF:  Yes, Your Honor.
24              THE COURT:  You may step down.  Thank you.
25   Should we start the next person?
```

1        MR. GADD:  Happy to start.  Your Honor, the

2   United States calls Special Agent Daniel Ashment.

3        THE COURT:  Come forward and be sworn please

4   right here in front of the clerk.

13:16:54   5        THE CLERK:  Please raise your right hand.

6                    **DANIEL ASHMENT,**

7   called as a witness at the request of the Government,

8        having been first duly sworn, was examined

9                  and testified as follows:

13:17:01   10        THE WITNESS:  Yes.

11        THE CLERK:  Please come around to the witness

12   box.  Please state your name and spell it for the

13   record.

14        THE WITNESS:  Daniel Ashment, A-S-H-M-E-N-T.

13:17:25   15        THE COURT:  You may proceed, Mr. Gadd.

16                 **DIRECT EXAMINATION**

17   BY MR. GADD:

18   Q.   Thank you.  Just for the court and for the jury,

19   I'll just let everyone know Special Agent Ashment is

13:17:36   20   who we anticipate will be our last witness in our

21   case-in-chief.  I don't anticipate we'll get all the

22   way through his questions today, but probably Monday

23   morning.

24        Are you prepared to testify about your part in

13:17:56   25   the investigation of Mr. Shamo's drug distribution

1    activities?

2    A.   Yes, I am.

3    Q.   Can you tell us a little bit about yourself?

4    A.   Yeah.  My name is Dan Ashment.  I was born and

5    raised here in Utah.  I attended Utah State

6    University, got a bachelor's degree in sociology and

7    psychology then I traveled to Indiana and went to

8    Ball State University where I received a master's

9    degree in public administration with a criminal

10   justice concentration.

11         Then I was able to be recruited and receive a

12   job with Homeland Security Investigations or his.

13   His is an organization that has been mentioned a

14   little bit but it is an organization we have a broad

15   range of authority.  We actually enforce over 400

16   federal laws and statutes including human smuggling,

17   human trafficking, counter proliferation

18   investigation, terrorism, and narcotics.

19         One of my specialties or things that I have

20   been working on lately is Dark Web investigations and

21   also packages coming from overseas containing drugs.

22   Q.   Let's do just a little bit of housekeeping first.

23   Do you know Ms. Tina Young?

24   A.   Yes.

25   Q.   You met with her previously?

1    A.   Yes, I have.

2    Q.   She testified here?

3    A.   Yes.

4    Q.   Tina Young is her preferred name, correct?

13:19:17    5    A.   That's correct.

6    Q.   In Count 10 of the indictment, which deals with

7    her package, it lists her by initials at TM, correct?

8    A.   Correct.

9    Q.   That's the same person, TM is Tina Young?

13:19:30    10   A.   That is the same person, yes.

11   Q.   It's just her preferred name now?

12   A.   Yes.

13   Q.   Okay.  Let's take a look at Exhibit 17.06.  Can

14   you see that?

13:19:44    15   A.   Yes, I can.

16   Q.   Is this chart accurate?

17   A.   Yes, it is.

18   Q.   Let's you and I talk through some of these people

19   that we haven't touched on much yet.  Starting with

13:19:56    20   Ms. Noriega, after Mr. Shamo's arrest did Ms. Noriega

21   reach out to law enforcement?

22   A.   Yes.  She voluntarily came to law enforcement and

23   reached out to us, yes.

24   Q.   Was that before anyone on the investigative team

13:20:14    25   knew about her involvement?

1   A.   It was, yeah.  We didn't know who she was.

2   Q.   Did you find communications between Ms. Noriega

3   and Mr. Shamo on Mr. Shamo's devices?

4   A.   Yes, we did.

13:20:28   5   Q.   Were you able to determine what Ms. Noriega's

6   role was within the organization?

7   A.   Yes.  It was someone we would classify as an

8   executive assistant, someone who helped with personal

9   things, personal details, um, as well as things

13:20:41   10   related to the drug trafficking organization.

11   Q.   There was a point earlier in the trial where --

12   where there was some discussion about legal zoom

13   log-in information that belonged to Ms. Noriega.  Do

14   you recall that?

13:20:55   15   A.   Yes, I do.

16   Q.   As part of your investigation did you see an

17   instance where Mr. Shamo requested Ms. Noriega's

18   legal zoom user name and password?

19   A.   Yes, I did.  It was on text messages between the

13:21:08   20   two.

21   Q.   I want to look at some of those text messages.  I

22   think I will move away from that one but let's look

23   at Exhibit 14.09.  Are you familiar with this?

24   A.   I am, yes.

13:21:22   25   Q.   What is happening here?

1    A.    This is text messages between Ms. Noriega and

2    Mr. Shamo.

3    Q.    Who is in the blue?

4    A.    That would be Mr. Shamo.

13:21:30    5    Q.    And the gray?

6    A.    And the gray would be Ms. Noriega.

7    Q.    Could you read those for us?

8    A.    Yes.  It says, "645 stamp times 1,000 and then

9    Ms. Noriega replies to Mr. Shamo okay.  What's your

13:21:44    10    address?  I'll just have it shipped there.  And then

11    there is a gif there.  Mr. Shamo says also pick up

12    plan B at Costco please.  I might need that, um, any

13    time today.  Sooner the better.  Ms. Noriega replies,

14    ha-ha, okay.  I just put money in the bank so I'll

13:22:08    15    order them ASAP.  Mr. Shamo responds with an emoji.

16    Ms. Noriega says, I have 900 stamps.  I'll stop by

17    this other post office by my house and see if they

18    can get me another 100."

19    Q.    Let's look at one more and then I want to ask you

13:22:30    20    questions about stamps.  Can we look at 14.08.  Is

21    this just two days later?

22    A.    Yes, it is.

23    Q.    Okay.  Would you read those to the jury.

24    A.    Yes.  Ms. Noriega says, "Sup, Shamo.  Mr. Shamo

13:22:47    25    replies, wanna get another 1K stamps for meh?  The

1    answer is yes.  Ms. Noriega responds with yes and an

2    emoji ha-ha."

3    Q.    There is that word in the second box there M-E-H,

4    meh.  Did you see that a lot when you were looking

13:23:07    5    through Mr. Shamo's devices?

6    A.    Yes, numerous -- we saw that M-E-H numerous times

7    looking through text messages on his devices.

8    Q.    Did he even name one of his log-ins for a

9    computer that?

13:23:20    10   A.    Yes, it was, as Agent Slagel testified to.

11   Q.    Did you get a -- did you get a sense from your

12   review of Mr. Shamo's electronics that when people

13   like Ms. Noriega bought stamps for him that he would

14   reimburse them?

13:23:35    15   A.    Yes, there were numerous instances of that, yeah.

16   Q.    Let's look at Exhibit 14.01.  What did Mr. Shamo

17   want Ms. Noriega to do in this exhibit?

18   A.    In this exhibit Mr. Shamo was asking her to

19   facilitate -- to help him with Bitcoin trades with

13:23:59    20   local Bitcoin trades.

21   Q.    And what's the date on this?

22   A.    The date was June 10th, 2016.

23   Q.    Do you want to read the top half?

24   A.    Sure.  Ms. Noriega says, "On my way back.  So

13:24:17    25   much traffic.  Mr. Shamo replies sweet.  I have a

1    Bitcoin trade at 6.  If you want to see what it's

2    like you're welcome to join.  I eventually want you

3    to do them."  Ms. Noriega replies, "Yeah, I'll come.

4    I'm going to leave my house in a sec, do you want

13:24:35    5    coffee on my way?  I switched the detail to 11 and

6    the other one to next week."

7    Q.   Let me ask you a few questions about this.  Um,

8    is there some risk in meeting up person-to-person to

9    trade cash for Bitcoin?

13:24:52   10    A.   There is.  Any time there is large amounts of

11    cash there is always a risk associated with that

12    meeting especially in this -- in these types of

13    circumstances.

14    Q.   And let's be more specific.  Is one of the risks

13:25:03   15    that you're going to be robbed?

16    A.   Of course, yeah, most definitely.

17    Q.   Assaulted?

18    A.   Yes.

19    Q.   Would it be safer for Mr. Shamo if he didn't have

13:25:13   20    to go in person?

21    A.   It would.  And it would help facilitate you to be

22    anonymous also.

23    Q.   Because the buyer would never see your face?

24    A.   That's correct.

13:25:26   25    Q.   If we look at Exhibit 14.13.  These are Telegram

1    messages now, correct?

2    A.   Yes, they are.   The encrypted app telegram.

3    Q.   Is this also between Mr. Shamo and Ms. Noriega?

4    A.   This is.

13:25:43    5    Q.   This is a particularly long exhibit and I won't

6    go through all of it with you, but could you read the

7    first four and a half messages here on Page 1?

8    A.   Sure.   Yeah Ms. Noriega says, or Mr. Shamo says,

9    "Hey, did you order the steric acid from the link O

13:26:02    10   sent you?   I needed it specifically from Pyro-Chem

11   Labs because they don't triple press the steric

12   acid."   And then he gives the link.   "This is the

13   link I sent.   Did you order from this Pyro-Chem

14   Labs."

13:26:18    15   Q.   And then Ms. Noriega clarifies at the bottom.

16   A.   Ms. Noriega clarifies and says, "The Tablet Press

17   Club link you sent me a couple of days ago I haven't

18   ordered because I thought you said you needed" --

19   Q.   And then it continues?

13:26:31    20   A.   It continues on from there, yes.

21   Q.   Much of their messages back and forth are like

22   this, right?

23   A.   Yes.

24   Q.   Let's look -- we'll just pick a sample.   What if

13:26:40    25   we go to Page 8 and then if you could read the top

1    three for us.

2    A.   Yeah.  Mr. Shamo says, "We need corn starch,

3    lactose, another bucket and more steric acid ASAP.

4    Get ordering.  Also, half bag Ziploc bags, the

13:27:00    5    snack-sized ones."

6    Q.   Could we look at, and I hope I'm not going too

7    fast, if I go too fast please slow me down.  Could we

8    look at Page 9.

9         Do you see starting in the middle there,

13:27:14    10    there are some Uline items?

11    A.   Yes.

12    Q.   So if we could highlight those three in the

13    middle.  That's great, yeah.  Can you read this off

14    as well?

13:27:24    15    A.   Sure.  "Need some supplies from Uline.  "And then

16    it gives some product order numbers, "S117739, also

17    need S1294.  You can also order bubble wrap from

18    them, S5995P.  And then some more product order

19    numbers would be the sizes we need, then you can

13:27:45    20    select the color of Mylar.  Choose gold and black."

21    Q.   So these S numbers, is that something specific to

22    Uline?

23    A.   Yes.  These are product order numbers that you

24    find on Uline for specific products related to

13:28:00    25    packaging and shipping and things of that nature.

Q.   And all of these instances we've read thus far that is Mr. Shamo giving direction to Ms. Noriega, correct?

A.   Yes, they are.

Q.   Let's look at just a couple more.  What if we looked at Page 11.  And if we could pick it up with the middle to the bottom starting with awesome.  So if we go up just a little higher.  One more.  That's great.

A.   Yeah Mr. Shamo says, "Awesome.  And did you order the filler from TabletPressClub.com to TJ Edwards.  Also," and this is the second one, "when is your payday."

Q.   And to those two questions did she give two answers?

A.   She did give two answers to those two questions.

Q.   Go ahead.

A.   Ms. Noriega replies, "Not yet just because you said you would check to make sure that was right and I didn't hear back from you."  And that's regarding the filler from Tablet Press Club.  And then the next answer to the question of when was her payday was, "it was Sunday."

Q.   And then he gives two responses, correct?

A.   Yes.

1    Q.   Will you read those?

2    A.   Response to the first, "Okay, you gotta remind me

3    of these things, LOL.  This month has been crazy."

4    And then the second one, "But yeah, it was correct."

13:29:23    5    Q.   Meaning the order from Tablet Press?

6    A.   For the order, yes.

7    Q.   Was that in October, end of October 2016?

8    A.   Yes, it was.

9    Q.   Could we look -- finally, could we look at

13:29:37   10    Page 14 of this exhibit.  And then here at the bottom

11    two messages he is giving her some additional

12    requests, correct?

13    A.   Correct.

14    Q.   I know you have done a lot of reading, would you

13:29:55   15    prefer just to summarize what he is asking for here?

16    A.   Yeah.  This is again Mr. Shamo ordering

17    Ms. Noriega to do several things including order

18    filler, lactose, detail his car.  And then one

19    specific one was a T-shirt business.  So the EIN

13:30:16   20    paper for the LLC we started, specifically the

21    T-shirt business.  And this was a business designed

22    specifically to launder money earlier.  And then

23    there is additional information regarding personal

24    details that Mr. Shamo is asking Ms. Noriega to do

13:30:33   25    for him.

1715

1    Q.   Groceries, have wine sent to his parents'

2    address, it looks like, things like that?

3    A.   Yes.

4    Q.   It wasn't all roses between Mr. Shamo and

13:30:45    5    Ms. Noriega though right?

6    A.   No, it wasn't.

7    Q.   Could we look at Exhibit 14.18.  And then if we

8    could go to Page 2 and focus on the bottom eight or

9    so rows.  That's great, yeah.  Just to give a little

13:31:09    10    bit of context, and I probably should ask this before

11    we zoomed in, are these -- is this a note that was

12    found on Mr. Shamo's devices?

13    A.   Yes, it was.

14    Q.   On one of his phones, correct?

13:31:20    15    A.   Correct.

16    Q.   Did you see instances where Mr. Shamo would write

17    himself long running notes?

18    A.   Yes.  There were several instances on his phones

19    where he would write himself notes.

13:31:31    20    Q.   In this instance that we have got highlighted up

21    on the screen now, did you notice anything that

22    relates to Ms. Noriega?

23    A.   Yeah.  There was one line, third line down in

24    particular, that stuck out to me.

13:31:44    25    Q.   Would you read that out for us?

1    A.   Yes.  It says, it just says, starting in the

2    middle there, "Another case where I don't trust

3    Ally's friends and for sure gonna fire Gabby."  And

4    Gabby was Ms. Noriega.

13:31:58   5    Q.   To your knowledge was she fired?

6    A.   Not to my knowledge, no.

7    Q.   And I think this has been covered but just in

8    case, who is Ally?

9    A.   Ally was Mr. Shamo's girlfriend at the time.

13:32:09   10   Q.   And friends with Ms. Noriega?

11   A.   Yes.

12   Q.   Do you see right at the bottom it says, "Chris

13   owes 95K"?

14   A.   Yes.

13:32:21   15   Q.   Did you identify a Chris that worked with

16   Mr. Shamo?

17   A.   Yes, we did.  Chris Kenny.

18   Q.   He was talked about earlier today?

19   A.   Yes.  He has been spoken of several times during

13:32:31   20   trial.

21   Q.   Let's not belabor that then.  What if we looked

22   at Exhibit 14.19.  And then if we could look at the

23   first note on Page 2.  If you could highlight that

24   top one for us.  This was read previously, right?

13:32:52   25   A.   That's correct.

1    Q.   Did you recognize this bottom paragraph as
2    feedback?
3    A.   Yes, I did.
4    Q.   Specifically for what was later -- what was --
13:33:05    5    what was being made with fentanyl?
6    A.   Yes, specifically those pill related to fentanyl,
7    yes.
8    Q.   To your knowledge, based on all of your
9    investigation including and maybe specifically
13:33:16    10   looking through Mr. Shamo's phones and his computer,
11   do you know if Mr. Shamo ever used a single one of
12   the fentanyl pills he was making?
13   A.   Not to my knowledge.  I'm not aware of any in the
14   organization that used those pills specifically the
13:33:34    15   fentanyl pills.
16   Q.   We have looked at a lot of exhibits that start
17   with 14, we call it the 14 series exhibits.  Did
18   those 14 series exhibits, all of the 14 series, did
19   they come from his devices?
13:33:49    20   A.   Yes, they did.
21   Q.   And I can be more specific, Mr. Shamo's devices?
22   A.   Yes.
23   Q.   Two phones and the computer right here next to
24   me?
13:33:57    25   A.   That's correct, yes.

1    Q.   I want to ask you a similar question but it's now

2    about the Exhibit 21 series.  Did all of the exhibits

3    that come under Exhibit 21, that series, did they

4    come from Mr. Shamo's e-mail account?

13:34:10    5    A.   Yes, they did.

6    Q.   If we could look for another minute at

7    Exhibit 17.06.  I want to ask you about Mr. Paz.  It

8    is true that Mr. Paz lied to you, correct?

9    A.   That is correct, he did.  Initially when we met,

13:34:36    10    yes.

11    Q.   And specifically about his drug proceeds?

12    A.   Yes.

13    Q.   Is that common in your experience?

14    A.   It is very common in my experience.  Oftentimes I

13:34:48    15    talk to defendants, cooperating defendants, targets

16    of investigation, and usually it takes about an hour

17    minimum to get to the truth and I'll tell them hey,

18    um, the truth is a journey.  Oftentimes it's -- it's

19    difficult for people to admit to things that they

13:35:06    20    have done that are wrong and that are against the

21    law, um, especially to a stranger like myself.  It is

22    very common for defendants to lie initially

23    especially when we meet.

24    Q.   And you're faced with sometimes the difficult

13:35:20    25    task of figuring out what's truthful and what's not,

1    correct?

2    A.    Correct.

3    Q.    Do you ever try to independently corroborate

4    something a cooperator is telling you?

13:35:32    5    A.    We always try to independently corroborate.

6    Trust but verify.

7    Q.    Trust but verify.  Will you explain what that

8    means?

9    A.    You -- you want to believe and if the things that

13:35:45    10    they're telling you are corroborated by other pieces

11    of evidence, separate from what they have told you,

12    it helps you to know that you're on the right track

13    with them.  And then if you have questions or things

14    like that, again you dig for additional evidence to

13:36:01    15    try and corroborate well are they lying or are they

16    telling the truth.

17    Q.    So let me just shoot a couple of examples towards

18    you.  So Mr. Paz, for example, he tells you he has a

19    Bitcoin wallet.  Did you corroborate that he had a

13:36:15    20    Bitcoin wallet?

21    A.    We did corroborate that he had a Bitcoin wallet,

22    yes.

23    Q.    You had him show it to you, right?

24    A.    We did, yes.

13:36:21    25    Q.    And you looked up that wallet on the blockchain?

1   A.   We did look it up on the blockchain.  In fact we

2   were aware of that particular wallet before we met

3   with Mr. Paz.

4   Q.   That would be an example of corroborating what he

13:36:32   5   said?

6   A.   Yes.

7   Q.   And Mr. Paz's money on the blockchain came from

8   whose wallets?

9   A.   From Mr. Shamo's wallets, yes.  So can I explain

13:36:42   10   that just a little bit.  So, um, we were aware of

11   Mr. Shamo's cryptocurrency wallet, specifically his

12   Bitcoin wallets.  We had been tracking where they

13   were going to different places, we were aware of

14   several of them, and we saw one in particular that we

13:36:58   15   felt might be Mr. Paz's wallet.  We also verified in

16   the end that that wallet was related to Mr. Paz

17   specifically.

18   Q.   You saw the -- we don't necessarily need to look

19   at it, but you saw the three pictures of the cash

13:37:19   20   that Mr. Paz turned over?

21   A.   Yes.

22   Q.   He surrendered that to you specifically, correct?

23   A.   He did, yes.

24   Q.   Those pictures are accurate representations?

13:37:26   25   A.   Yes, they are accurate.

1    Q.   While we're still on this screen let's talk about

2    one or two more people.  Could we talk for just a

3    minute about Julian Mausia?

4    A.   Sure.

13:37:39  5    Q.   Would you identify him for the jury?

6    A.   Yeah.  Julian Mausia is the fourth from the left

7    on the bottom row there.

8    Q.   Let's look for a minute there at Exhibit 14.14.

9    Are these Telegram messages between Mr. Mausia and

13:38:02  10   the defendant?

11   A.   Yes, they are.

12   Q.   This is another long exhibit and I won't drag you

13   through all of it, but let's look at just one or two

14   examples.  If you could read the rows of

13:38:15  15   communications that are shown here on the first page.

16   A.   Sure.  Mr. Mausia says, "What's up, bro.  I got a

17   package here for ya.  Mr. Shamo replies, yay, should

18   be another landing soon.  The one you got, can I get

19   the last four of tracking?"  Mr. Mausia replies,

13:38:34  20   "It's at my house, but I'm meeting my family for

21   lunch."

22   Q.   This is a good -- let me ask instead of say.  Is

23   this a good representation of what these messages

24   back and forth look like?

13:38:47  25   A.   Yeah, there were numerous messages similar to

                                                              1722

1    this one in the beginning here.

2    Q.   Let's look at just one more.  Could we go to

3    Page 5 and we'll pick it up in the second full box

4    starting with, "Hey, pack landed."  And then if we

5    could go all the way down.

6    A.   Sure.  So this says Mr. Shamo speaking to

7    Mr. Mausia.  He says, "Hey pack landed on 8/27.  Can

8    I grab from you soon?"  Mr. Mausia replies, "Hey,

9    bro, yeah, I got it, it's at my house.  I'm at work

10   now, you need it soon?"  Mr. Shamo replies, "Um, can

11   I grab it tomorrow sometime?"  Mr. Mausia, "Yeah,

12   bro.  I don't work so I'm free all day pretty much."

13   Mr. Shamo says, "Nice, I'll see you tomorrow.  Hey,

14   will you be free in two hours or so?"  Mr. Mausia,

15   "Yeah, man, sorry I just saw this.  But yeah, I got

16   two things here for you now."

17   Q.   Then if we can go to the next page, page six.

18   And then maybe we do top half, bottom half.

19   A.   Mr. Mausia says, "A really heavy one just came

20   in."  Mr. Shamo replies, "Nice.  Hey, I want to see

21   if Jess can get that packed tonight.  I might head

22   down tomorrow instead.  That cool?"  Mr. Mausia

23   replies, "Yeah man, that's chill.  Just let me know,

24   dude.  I just got another package in for you."

25   Mr. Shamo replies, "Yay.  Um, I'll try and come down

1    tomorrow.  I'm dragging my feet hoping Jessica can

2    grab hers."  Mr. Mausia says, "Yeah, for sure.

3    Hopefully we'll get them tonight.  And Mr. Shamo

4    applauds."

13:40:38    5    Q.   The Jessica referred to in here, is that

6    Ms. Gleave?

7    A.   Yes, it is.

8    Q.   Were she and Mr. Mausia dating at the time?

9    A.   Yes, they were at the time.

13:40:46    10    Q.   And on this broader subject of corroboration, did

11    you and other agents seize packages from either

12    Ms. Gleave or Mr. Mausia?

13    A.   Yes, we did, early on in the investigation and

14    also a little bit later in the investigation.

13:41:02    15    Q.   If we could look at 17.06 one last time.  Could

16    you identify for the jury Clint Perry.

17    A.   Yeah.  Clint Perry is on the bottom row in the

18    center kind of in between Drew and Luke Paz.

19    Q.   In your investigation, did you determine what

13:41:27    20    role Mr. Perry played?

21    A.   Yeah.  Mr. Perry was a package receiver who was

22    recruited by Mr. Shamo to receive packages for the

23    drug trafficking organization.

24    Q.   Was he interviewed?

13:41:37    25    A.   Yes, he was.

1    Q.    Did we seize packages?

2    A.    We did seize packages from him.

3    Q.    His name on it, heading to Mr. Shamo?

4    A.    Yes.  And he indicated that he was paid by

13:41:48   5    Mr. Shamo for receiving those packages.

6          MR. GADD:  Your Honor, I'm at a pretty good

7    breaking point.

8          THE COURT:  All right.

9          MR. GADD:  We're going to transition from

13:42:00   10   people to subject matter.  If this works for the

11   court, this may be the best spot to make a break.

12         THE COURT:  It works for everybody.  Ladies

13   and gentlemen of the jury, thank you again for your

14   work.  Have a nice weekend and we'll see you at 8:30

13:42:14   15   Monday morning.

16         THE CLERK:  All rise, please.

17         (Jury leaves the courtroom.)

18         THE COURT:  We'll see you Monday morning as

19   well, Mr. Ashment.  People can sit and come and go as

13:42:56   20   they please.  Mr. Williams, maybe I better wait for

21   Elizabeth to get back in here.

22         (Brief pause in proceedings.)

23         MR. SKORDAS:  Thank you, judge.  I think if

24   it please the court that I would just have

13:44:20   25   Mr. Williams make a proffer.

1          THE COURT:  That's all right.

2          MR. SKORDAS:  As soon as he is through.

3          THE COURT:  It always pleases the court when

4    Mr. Williams makes a proffer.

5          MR. WILLIAMS:  I'm the court reporters dream.

6    I just keep blabbing and blabbing and blabbing.

7    Judge --

8          THE COURT:  This is Mr. Scott Williams.

9          MR. WILLIAMS:  I'm new to this.  On the 19th

10   of August, just of 2019, just a couple of days ago, I

11   received -- I accepted service on behalf of Miles

12   Penrose, my client, of a subpoena for personal

13   appearance next Monday on August 26th.  I received

14   that subpoena from the defense, Mr. Skordas, and his

15   team.

16          Mr. Penrose was not in the city at the time.

17   I was able to inform him of it, but I immediately

18   informed Mr. Skordas that I had been representing

19   Mr. Penrose in some relation to this case for I think

20   well over a year.  I just looked at some e-mails with

21   Mr. Gadd that I think go back to February of '18.

22          Not only did I have some frustration with the

23   subpoena and the timing, but I let Mr. Skordas know

24   that he would be exercising his Fifth Amendment right

25   and not answering any questions at this trial if they

1    were posed to him and that is the position that he

2    takes today.  I would inform Your Honor that I mean I

3    didn't catch the number of the exhibit which is the

4    -- all of the pictures of individuals.

13:46:18    5         THE COURT:  17.06.

6         MR. WILLIAMS:  Thank you.  17.06 for the

7    record, which I have not seen before, has Mr. Penrose

8    on it.  And that's just for the record.  And when I

9    spoke with Mr. Gadd and have spoken to him a number

13:46:33   10    of times in the pendency of the case against

11    Mr. Shamo, there has been discussions that included

12    the possibility that Mr. Penrose might have some

13    criminal liability.

14         I don't think there is any good faith

13:46:46   15    argument that he wouldn't have a Fifth Amendment

16    privilege in relation to questions that would be

17    posed to him by the government or the defense.

18         So I'm making that proffer and hoping that

19    that is a sufficient record to satisfy Mr. Skordas

13:47:00   20    who did subpoena him, satisfy the government and/or

21    most importantly satisfy Your Honor without having to

22    have Mr. Penrose take the stand and utter the usual

23    mantra.  He would state with regard to any question

24    that he was on advice of counsel I exercise my Fifth

13:47:21   25    Amendment right to not answer the question posed.

```
 1              THE COURT:  Thank you, Mr. Williams.
 2    Mr. Skordas, do you want to say anything?
 3              MR. SKORDAS:  No.  I think that's the record
 4    I wanted.  I think that Scott would also stipulate
 5    that Mr. Penrose is in the courtroom.
 6              MR. WILLIAMS:  That's correct.  Mr. Penrose
 7    is in the courtroom.  You know, I wanted -- to help
 8    everybody we came over on this short notice to do
 9    this.  Mr. Penrose is in the courtroom.  He has been
10    with me this afternoon.  I have informed him
11    completely of the nature and the circumstances and
12    what his rights are.  That's how he knows that he
13    would exercise those rights.
14              THE COURT:  Thank you.  Mr. Gadd, do you want
15    to say anything?
16              MR. GADD:  No, sir.
17              THE COURT:  Yeah, I'm satisfied that you have
18    your record and he doesn't need to appear on Monday.
19              MR. WILLIAMS:  Thank you, Your Honor.
20              THE COURT:  Thank you.  Let's have the
21    lawyers come up here.  Other people can leave, I need
22    to just raise one issue.
23              (Sidebar conference.)
24              THE COURT:  I try to anticipate the turmoil
25    and I don't know if I'm anticipating it correctly or
```

13:47:33
13:47:47
13:47:59
13:48:08
13:48:39

1    not.  But apparently Mr. Shamo is going to testify,

2    right?

3              MR. SKORDAS:  It looks like it, yes.

4              THE COURT:  And there is not a lot of law out

13:48:53   5    there.  Normally they don't, usually they don't

6    testify.  Usually defendants don't testify, but when

7    they do there is occasionally an issue arises about

8    what's the extent of cross based on what's the extent

9    of direct.  So I don't know if that's going to arise

13:49:18  10    or not, but I'm going to give you two citations to

11    Tenth Circuit cases, one in which I was affirmed, by

12    the way.  The first one is *United States of America*

13    *versus Crockett.*  Is somebody taking these down for

14    both sides?  It is 435 F.3d 1305, and the other one

13:49:42  15    is *United States of America versus David Banks, et*

16    *al.*  These are both Tenth Circuit cases, 761 F.3d

17    1163.

18              THE CLERK:  I have the citations in my e-mail

19    and I can send it to all counsel if they want.

13:50:03  20              THE COURT:  Any comments on that?

21              MR. SKORDAS:  No.  But thank you for bringing

22    that to our attention.

23              MR. GADD:  My very brief reading on this

24    issue thus far is that it is kind of a hybrid of what

13:50:15  25    is covered on direct and what I think can sometimes

1    be raised in opening statements.

2            THE COURT:  Yeah, I wish it were absolutely

3    clear.  It's one of those where it's kind of around

4    the edges.  You also have an issue of well if the

13:50:38    5    defendant testifies then anything that may be

6    relevant to his or her credibility might be an issue

7    too on cross.  But anyway, be thinking about that.

8    It may come up.

9            MR. GADD:  Thank you.

13:50:50    10           MR. SKORDAS:  Very well.

11           THE COURT:  Have a nice weekend if that's

12   possible.  I suspect it's more possible for me than

13   any of you.

14           MR. GADD:  We see some light almost at the

13:51:01    15   end of the tunnel.  Half a witness away.

16           THE COURT:  Mr. Skordas, do you have any

17   idea?  Can you estimate at all how long your case may

18   take?  It sounds like this witness is going to take a

19   lot on Monday.

13:51:18    20           MR. GADD:  We're moving pretty good.

21           THE COURT:  This guy.

22           MR. GADD:  I might have an hour and

23   20 minutes.

24           THE COURT:  Oh, okay.  And you'll have a

13:51:26    25   bunch of cross.

1        MR. SKORDAS:  Yeah, so maybe two hours total

2   on Monday for the state or the government.

3        MR. GADD:  Okay.

4        MR. SKORDAS:  And then we could possibly be

13:51:38    5   done by Tuesday evening or maybe Wednesday early.  I

6   don't think we have a lot of witnesses.

7        THE COURT:  Okay.  We've got to settle the

8   instructions but we could -- we're about there on

9   those.

13:51:52    10       MR. SKORDAS:  Right.

11       MR. GADD:  Yeah.  Can I - can I raise one

12  last issue?

13       THE COURT:  Sure.

14       MR. GADD:  A member of our office when they

13:51:58    15  were coming to the courthouse this morning, thought

16  they potentially, but they don't want to make any

17  accusations, they thought potentially that one of the

18  jurors walked in with the defendant's parents.  But

19  the person who told me they weren't 100 percent sure

13:52:15    20  they thought they saw them talking to each other as

21  they came in.  So I wonder if on Monday in a very low

22  key manner, if the court would be willing to inquire

23  if any jurors have had any contact with either party

24  or, you know, family members.  Try to make it very

13:52:31    25  neutral.  And then if there was something we could

```
 1    hear about it and address it.  If it was a mistaken

 2    identity case no one is the wiser.

 3            MR. SKORDAS:  I don't see any benefit in that

 4    but I'll leave it up to you.  We have all been

 5    bumping into the jurors.  Unfortunately they park in

 6    the same place at the same time.

 7            MR. BURGGRAAF:  I don't know that that

 8    statement is accurate that we all have been bumping

 9    in to them.

10            THE COURT:  Kim sleeps in the basement we can

11    all acknowledge that.

12            MR. SKORDAS:  Defense team and jurors all

13    have to go through security and pay for our parking.

14    The prosecutors avoid all of that.

15            THE COURT:  Not sure what to do about that.

16            MR. GADD:  I wonder --

17            THE COURT:  If it were more clear that they

18    had actually been talking and we knew which juror it

19    was, then we could get them aside and say were you

20    talking to the parents.

21            THE CLERK:  They have been instructed that if

22    anyone talks to them -- they have been instructed

23    that if anyone speaks to them they are supposed to

24    tell us.

25            THE COURT:  I know they have.
```

13:52:47

13:53:01

13:53:16

13:53:29

13:53:37

1732

1          MR. GADD:  Maybe the solution is just a

2    reminder with that same instruction on Monday if

3    someone has spoken.

4          THE COURT:  Why don't I just repeat that.

13:53:45   5          MR. SKORDAS:  That probably makes sense.

6          MR. GADD:  Yeah.  I'm not overly worried if

7    there was something.

8          THE COURT:  It could be just good morning if

9    it is a juror.

13:53:54  10          MR. SKORDAS:  Most likely.

11          THE COURT:  All right.  Thank you.

12          MR. GADD:  Thank you all.

13          (Whereupon, court adjourned at 2:53 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                              **REPORTER'S CERTIFICATE**

2

3         I, Laura W. Robinson, Certified Shorthand

4  Reporter, Registered Professional Reporter and Notary

5  Public within and for the County of Salt Lake, State

6  of Utah, do hereby certify:

7         That the foregoing proceedings were taken

8  before me at the time and place set forth herein and

9  were taken down by me in shorthand and thereafter

10  transcribed into typewriting under my direction and

11  supervision;

12         That the foregoing pages contain a true and

13  correct transcription of my said shorthand notes so

14  taken.

15         In witness whereof I have subscribed my name

16  this 27th day of September, 2019.

17

18                 _____

19                 Laura W. Robinson

20                 RPR, FCRR, CSR, CP

21

22

23

24

25