1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

3

4    _____
                                     )
5    UNITED STATES OF AMERICA,       )
                                     )
6              Plaintiff,            )
                                     )
7        -vs-                        )   2:16-CR-631 DK
                                     )
8    AARON MICHAEL SHAMO, et al.,    )
                                     )
9              Defendants.           )
     _____)

10

11

12

13

14        BEFORE THE HONORABLE DALE KIMBALL

15          DATE:  AUGUST 16, 2019

16      REPORTER'S TRANSCRIPT OF PROCEEDINGS

17              JURY TRIAL

18        (Pages 786 through 955)

19

20

21

22

23

24

25      Reporter:  REBECCA JANKE, CSR, RPR, RMR
                   (801) 521-7238

```
 1
 2                         A P P E A R A N C E S
 3
 4   FOR THE PLAINTIF      UNITED STATE'S ATTORNEY'S OFFICE
 5                              BY:  MICHAEL GADD, ESQ.
 6                                   VERNON G. STEJSKAL, ESQ.
 7                                   KENT A. BURGGRAAF, ESQ.
 8                              111 SOUTH MAIN STREET, 1800
 9                              SALT LAKE CITY, UTAH  84111
10
11
12
13   FOR THE DEFENDANT:     SKORDAS & CSTON, LLC
14                              BY:  GREGORY G. SKORDAS, ESQ.
15                                   KAYTLIN V. BECKETT, ESQ.
16                              560 SOUTH 300 EAST, 225
17                              SALT LAKE CITY, UTAH 84111
18
19                              DARYL P. SAM, PLLC
20                              BY:  DARYL P. SAM, ESQ.
21                              5955 SOUTH REDWOOD ROAD, 102
22                              SALT LAKE CITY, UTAH 84123
23
24
25
```

788

INDEX

WITNESSES                  EXAMINATION                    PAGE


MARIO NOBLE                Cross by Sam                   790

GUY GINO                   Direct by Gadd                 815
                           Cross by Sam                   888

ROBIN BIUNDO               Direct by Gadd                 901
                           Cross by Beckett               920

TINA YOUNG                 Direct by Gadd                 925

LANCE HOWELL               Direct by Gadd                 929

MEGAN MOORE                Direct by Gadd                 934
                           Cross by Beckett               949

789

```
         1   AUGUST 16, 2019                    SALT LAKE CITY, UTAH
         2                    P R O C E E D I N G S
         3                            *  *  *
08:07:24 4          THE COURT:  Is there some question we need to talk
08:32:35 5   about?
         6          MR. STEJSKAL:  Your Honor, following the testimony
         7   yesterday, I was approached by Mr. Crandall's father, and
         8   Mr. Crandall's father informed me that he recognized one of
         9   the jurors from having worked together at the LDS Church in
        10   some capacity many years ago.  I think he said five, seven,
        11   nine years ago.  He said they were not friends outside of
08:32:56 12  work.  They weren't even close at work.  The juror had never
        13   met Drew Crandall, but he just wanted to let us know, and I
        14   wanted to let the Court know that there was -- he did inform
        15   me of that.
        16          THE COURT:  Okay.  Anybody think that's an issue, a
        17   problem?
        18          MR. SKORDAS:  I don't think it's an issue, Your
        19   Honor.
        20          THE COURT:  Obviously the juror -- the father is
        21   not a witness and so the juror didn't know him, and Crandall
        22   is not that unusual a name.
        23          MR. SKORDAS:  Right.
08:33:28 24         THE COURT:  I don't think it's a problem.  And
        25   neither of you do?
```

```
 1              MR. SKORDAS:  Correct.

 2              MR. STEJSKAL:  Correct, Your Honor.

 3              THE COURT:  Thank you, though, for bringing it to

 4      the Court's attention.  The jury is here and we're ready to

 5      proceed, correct?

 6              MR. GADD:  Yes.

 7              MR. SKORDAS:  Yes, Your Honor.

 8              THE CLERK:  All rise.

 9              (Whereupon the jury enters the courtroom.)

10               Please be seated.

11              THE COURT:  Good morning, again, Ladies and

12      Gentlemen of the Jury.  Well, we've almost got through

13      another week.

14              Mr. Sam, you may proceed with your cross

15      examination.

16              MR. SAM:  All right.  Thank you.

17                        CROSS EXAMINATION

18      BY MR. SAM:

19      Q.      Mr. Noble, good morning.  Appreciate your coming

20      back this morning to finish up here.

21              If we could start off where are we left off with

22      the government's direct and go to Exhibit 23.05.  If you

23      could pull that up.

24              And you remember this document from yesterday, I'm

25      sure?
```

08:33:43  (line 7)
08:35:32  (line 10)
08:35:55  (line 22)

1   A.      Yes.

2   Q.      Okay.  And you're aware of it.  And if we could

3   go -- highlight the two counts.  And I think it's just on

08:36:27   4   the first page there -- that you plead to.  So, as you

5   remember, you plead to conspiracy to distribute Fentanyl and

6   conspiracy to distribute Alprazolam?

7   A.      Yes.

8   Q.      Is that correct?  And you understood what the

9   penalties -- potential penalties for those?

10   A.      When I plead guilty, yes.

11   Q.      To what you plead guilty to?

12   A.      Yes.

13   Q.      Okay.  And then if we could go to the last page,

08:36:54   14   second to the last page of the 23.05 and then the sealed

15   addendum.  Yeah.  So at the bottom of that, it was your

16   understanding that, by pleading to this those charges, that

17   you would not be charged with the death resulting count; is

18   that correct?

19   A.      That is correct.

20   Q.      Okay.  And then if we could go to paragraph 11 in

08:37:20   21   the 23.05.  And I think that's page 3 or 4.  Page 3.  Okay,

22   yeah.  In paragraph 11, there is -- what you agreed to your

23   involvement in this operation; is that correct?  Is that

24   your understanding?

25   A.      Yes.

792

1    Q.        Okay.  And if I could have you read that, and maybe

2    we'll pause as you go through that, but starting in

08:37:58  3    February, 2016, will you read that.

4    A.        In February, 2016, I was contacted by Aaron Shamo

5    in Utah who expressed to me his desire for me to become the

6    backbone of a store in Alpha Bay, a Dark Net marketplace.

7    Shamo recruited me to be in charge of customer service and

8    processing orders of various controlled substances,

9    including alprazolam tablets and pills marked with oxycodone

10   but which contained Fentanyl.  Aaron Shamo created a profile

08:38:29  11   for me, Dr. Wario, and gave me partial access to

12   Pharma-Master, Aaron Shamo's store on Alpha Bay.

13        My access allowed me to process orders and

14   correspond with customers as Pharma-Master, but I had no

15   access to the BitCoins or other account rights.  I continued

16   to provide these services during 2016.  Eventually I was

17   unable to keep up with the demands of my assignment, so

18   Aaron Shamo hired another person whose name I learned was

08:38:59  19   Drew to help with my responsibilities.

20   Q.        And if I could pause right there.  You stated that

21   you were -- had the assignment of customer service and that

22   there was some point that somebody else came on; is that

23   right?

24   A.        That's correct.

25   Q.        Whose name you learned was Drew; is that right?

```
 1    A.        That is correct.

 2    Q.        And how did you learn that?

 3    A.        Through a conversation with Shamo.

 4    Q.        Okay.  At what point was that?  Do you remember --

 5    in I think in your testimony yesterday you stated that

 6    you -- you weren't told by Shamo that Drew was involved?

 7    A.        I was told that Drew Crandall was not involved.

 8    Q.        Okay.  Okay.  So there's a distinguishment there.

 9    You were told that somebody by the name of Drew was

10    involved?

11    A.        Correct.  I asked him, two Drews that I knew that

12    he knew, I asked him if it was those two gentlemen, and he

13    told me no.

14    Q.        Okay.  And that was your testimony.  He told you

15    no, that it was --

16    A.        It wasn't Drew Crandall, and it wasn't the other

17    Drew that we both knew.

18    Q.        So it was your understanding that there was a Drew

19    that you were not familiar with?

20    A.        Correct.

21    Q.        Is that correct?  So the identity of that other

22    person you did not know, you just had the name Drew, who was

23    not Drew Crandall or the other individual that you both

24    knew?

25    A.        That's correct.
```

08:39:27 (line 7)
08:39:58 (line 21)

794

08:40:28

08:41:00

08:41:30

1    Q.        Okay.  And then, if you'll keep reading.

2    A.        I stopped working for Pharma-Master for a short

3    time, but when my expenses mounted in October, 2016, I

4    contacted Aaron Shamo and again asked for work.  Aaron Shamo

5    said that the other customer support person had been falling

6    behind and agreed to hire me part-time.  For my part-time

7    work, Aaron Shamo paid me $800 every two weeks.  I worked

8    part-time for Pharma-Master until the store was shut down in

9    November 2016.  When I worked for Pharma-Master, part of my

10   daily duties included pulling together a list of customers,

11   their mailing addresses, and the types and quantities of

12   drugs they ordered.  Once I created the list, I would send

13   it to a -- send it in an encrypted form through an email

14   account Aaron Shamo created for me to co-conspirators who

15   were responsible for packaging the orders, affixing mailing

16   labels and postage.

17        During the time period I worked for Pharma-Master,

18   I processed thousands of customer service responses for both

19   tablets containing Alprazolam and pills containing Fentanyl.

20   I processed customer service responses for much more than

21   400 grams of Fentanyl.

22   Q.        Okay.  And I'll stop you there.  So there's a --

23   there's a line through orders in that paragraph, correct?

24   A.        Correct.

25   Q.        And you changed that to customer service responses?

```
 1    A.        That was my main responsibility, yes.

 2    Q.        Okay.  So that was your main responsibility, but

 3    you were a part of the orders, too; is that correct?

 4    A.        I did ask -- or I did process some of the orders,

 5    yeah.

 6    Q.        Okay.  So you were -- in your testimony yesterday,

 7    there was testimony that you gave that you sent the orders

 8    to the shippers, correct, and encrypted email?

 9    A.        Correct.

10    Q.        Okay.  So -- so, the customer service responses was

11    just changed because that was your main -- your main duty

12    with the organization; is that right?

13    A.        To correspond with the amounts listed in that

14    statement, the customer service responses was more

15    applicable.

16    Q.        Okay.  When it says thousands?

17    A.        Correct.

18    Q.        Right.  Okay.  So how many orders did you process?

19    Not thousands I guess?  Is that why it changed?

20    A.        Yeah I couldn't tell you a exact number now, but it

21    wasn't that many, no.

22    Q.        Okay.  All right.  Thank you.  And then if you'll

23    finish the last paragraph?

24    A.        My co-conspirators and I each had a role to play,

25    and we relied upon on each other to meet our common
```

08:41:58 (line 8)
08:42:29 (line 20)

1    objective, to earn money by selling drugs.  I knowingly and

2    voluntarily involved myself with Pharma-Master and my

3    co-conspirators.  It was my free choice to do so.

4    Q.      Okay.  And that's why you're here today, because

5    you -- you plead to -- you have taken responsibility,

6    correct?

7    A.      Correct.

08:42:58  8    Q.      And you understand the gravity of the situation.

9    The penalty for conspiracy to distribute Fentanyl is a

10    ten-year minimum mandatory, maximum life.  You understand

11    that?

12    A.      I do.

13    Q.      Okay.

14    A.      Like I said yesterday, it was one of the worst

15    decisions I made in my life, but I did make the decision,

16    yes.

17    Q.      Right.  Now, if we could -- if we could go to

08:43:23  18    Exhibit 15.06, and I believe this was your email sent box;

19    is that correct as you look at that?

20    A.      Yes.

21    Q.      Okay.  And so these emails were what you used to

22    send to the shippers when you did process an order; is that

23    correct?

24    A.      That's correct.

25    Q.      Okay.  And if we could -- if we could go to page 50

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
|          | 1  | and 51 -- or the bottom of 50, first, very bottom there.   |
| 08:43:58 | 2  | There was -- this was dated June 7 when you sent an email to |
|          | 3  | the shippers, right?  Pass The Peas were the shippers,     |
|          | 4  | correct?                                                   |
|          | 5  | A.      Correct.                                           |
|          | 6  | Q.      Okay.  And then if we could go to page 51 at the   |
|          | 7  | top, down to the attachment.  Yes.  So -- so this is a     |
|          | 8  | continuation of that page, and it -- the attachment, what  |
|          | 9  | does that read?                                            |
|          | 10 | A.      Are you asking where it says attachments at the    |
|          | 11 | bottom?                                                    |
|          | 12 | Q.      Right.                                             |
| 08:44:29 | 13 | A.      So 6-6.txt.                                         |
|          | 14 | Q.      And what did that mean 6-6?                         |
|          | 15 | A.      That would have been the date.                     |
|          | 16 | Q.      Okay.  So 6/6.  And what year was this?            |
|          | 17 | A.      2016.                                              |
|          | 18 | Q.      Okay.  And were you aware of what orders were       |
|          | 19 | encrypted in this email?                                   |
|          | 20 | A.      I mean, I was the one that compiled them and        |
|          | 21 | encrypted it, so yeah.                                     |
|          | 22 | Q.      Okay.  So you had it printed out and encrypted it   |
|          | 23 | and sent it?                                               |
|          | 24 | A.      Yeah.  I had a soft copy, yeah.                     |
| 08:44:58 | 25 | Q.      Okay.  Are you aware that there is an order in      |

798

1    there that the government is claiming a death resulted as a

2    result of a shipment made from this organization?

3    A.        I did not know that.

4    Q.        You didn't know that.  Okay.  But you knew you

5    could be charged with that?

6    A.        When?

7    Q.        When you negotiated your deal with the government,

8    you knew that you could be charged with a death-resulting

9    count?

10   A.        I was under the understanding that, with the plea,

11   that I would not be charged with that.

12   Q.        Correct.  Correct.  That's why you entered the

13   plea; is that right?

08:45:27   14   A.        Correct.  Part of the reason, but yeah.

15   Q.        Right.  And if there was -- the government is

16   claiming a death-resulting count against Mr. Shamo on this

17   order.  And you participated in this order; is that right?

18   A.        That's correct.

19   Q.        Correct.  Right?  And so -- and by pleading today,

20   you avoided that charge?

21   A.        Correct.

08:45:51   22   Q.        Okay.  Thank you.  If we could.  I did want to ask

23   you a couple of questions about this candy laced drug

24   business and about how that came about.  And I think you

25   testified that it was in January of 2016 or so that that was

799

1    being talked about or discussed.  Can you tell me a little

2    bit more about that, how that came about?

3    A.        Yeah.  So, when Shamo originally approached me, he

4    stated that he wanted to get a second store started on Alpha

5    Bay but that he wanted somebody else to be the primary

08:46:30  6    runner, manager of it.  So essentially my job duties would

7    have been to manage the sales and do customer service and to

8    process the orders.  And then he would be the one supplying

9    the product.

10   Q.        Okay.  And was that something that was mutual

11   between the both of you, that you were both kind of excited

12   about that?

13   A.        At the time, when he approached me and, you know,

14   we talked about the amount of money and stuff that could be

15   made from it, it was something that I wanted to move forward

08:47:00  16   with.

17   Q.        Okay.  And you were quite excited about that,

18   right, in the discussions and the -- with Mr. Shamo?

19   A.        I don't know if I would use the word "excited," but

20   I was willing to move forward.

21   Q.        Right.  Right.  And that's how it started as far as

22   getting on the tour browser and getting involved with the

23   Dark Net --

24   A.        Correct.

25   Q.        -- with this business, correct?

1    A.        That's right.

2    Q.        And then it didn't -- it didn't turn into anything,

3    correct?

4    A.        Nothing at all.

08:47:31   5    Q.        Okay.  If we could go to Exhibit 17.08, pull that

6    up.

7              And do you recognize this document?

8    A.        I do?

9    Q.        Okay.  And what is?

10   A.        Most of it is the canned responses that I had for

11   customer service requests.

12   Q.        Okay.  And who created this list?

13   A.        Who did?  I did.

14   Q.        You did.  Okay.  And that was part of your

08:47:58   15   responsibilities of customer service for the organization;

16   is that correct?

17   A.        Correct.  My responsibility was to respond to

18   customer requests, and I felt the most efficient way to do

19   that was to create canned responses since we were getting a

20   lot of the same questions.

21   Q.        Okay.  And that kind of made your job easier,

22   correct?  You would get a complaint, and you would have a

23   list of responses, and you could just plug those in?

24   A.        Correct.

25   Q.        Is that correct?  Okay.  And there -- I believe

|  |  |  |
|---|---|---|
| | 1 | there's about five pages here, four or five pages of |
| 08:48:29 | 2 | responses.  Does that sound right? |
| | 3 | A.      Yeah.  There was a good number of them. |
| | 4 | Q.      There was quite a bit.  Okay. |
| | 5 | And if we could go to page 2 and go to the response |
| | 6 | of:  How much Fent? |
| | 7 | If we could do that one down to:  Thanks, PM. |
| | 8 | Yeah.  So if you'll read this one. |
| | 9 | A.      We understand, being sure to know what you are |
| | 10 | purchasing -- yeah.  We understand being sure to know what |
| 08:48:57 | 11 | you're purchasing.  Unfortunately we do not discuss our |
| | 12 | formula or processes for many reasons.  We would say that |
| | 13 | the effects of one of our Fent Roxies is equal to the |
| | 14 | effects of a 30 milligram Roxy.  Hope this helps.  Thanks. |
| | 15 | PM. |
| | 16 | Q.      Okay.  Now, again, so this helps you responds to |
| | 17 | complaints or questions that you received from customers, |
| | 18 | correct? |
| | 19 | A.      Correct. |
| | 20 | Q.      Okay.  And how did this canned response -- how was |
| | 21 | that created? |
| | 22 | A.      I mean, I was getting questions about how much Fent |
| 08:49:28 | 23 | was in each pill and what the effects were and things like |
| | 24 | that, so I reached out to Shamo because I had no idea the |
| | 25 | process of the making the pills or anything like that, so I |

802

1   asked him, and this was essentially his response, was that

2   we don't talk about the formula or the process.  And I took

3   what he said and put a customer service spin on it and

4   created this canned response.

5   Q.      Okay.  So you asked Mr. Shamo:  How do we respond

6   to this, what's the formula?  Because people were asking

7   you, right?

8   A.      Correct.

08:49:59   9   Q.      What's the formula.  And Mr. Shamo's response was,

10  "we don't want to give specifics," basically; is that

11  correct?

12  A.      Yeah.  He didn't want someone to take his formula

13  and start using it as their own.

14  Q.      Okay.  And so even though you never got a formula

15  from Mr. Shamo --

16  A.      No.

17  Q.      -- is that right?  Okay.  And is it possible that

18  Mr. Shamo, himself didn't have the formula?

19  A.      I don't think so.

20  Q.      Okay.  You believe he did have the formula?

08:50:29  21  A.      Yeah.  I mean, I saw the pill presses in his house.

22  He was telling me that he was pressing the pills from those.

23  You know, the context of that, I would assume that he was

24  the one doing it.

25  Q.      As far as you know, you never saw a formula?

803

A.        I didn't.

Q.        And you don't know if Mr. Shamo was actually putting that formula together or who may have put that formula together; is that correct?

A.        That's correct.

Q.        You have no idea.  Your involvement with the formula was basically getting questions from the customers?

A.        And giving them this response.

Q.        And then going to Mr. Shamo and Mr. Shamo telling you:  Just tell them it's equal to the effect of a 30 milligram Roxy?

A.        Correct.

Q.        Correct?  If we could go to Exhibit 14.15 and just the first page of that.

          What is this page here?  Do you recognize this from yesterday?

A.        I believe this would have been the first time that Shamo and I had communicated on telegram.

Q.        Okay.  And, in general, right?  This was telegram.  These were your telegram messages correct?

A.        Correct.

Q.        I think it was your testimony yesterday that when you were arrested at eBay or taken in for questioning at eBay on November 22, that you were alerted by your co-workers that homeland security was at the front desk

1    looking for you; is that right?

2    A.        That is correct.

3    Q.        And on your way down or in the process of coming to

4    meet them, you deleted this; is that right?

5    A.        That is correct.

6    Q.        Okay.  So I'm curious here, just wondering, how did

7    the government get this information when you deleted it?

8    A.        From what I understand, this is Shamo's side.

9    Q.        Okay.  So this is Shamo's.  Yours was not

10   recovered, correct?

11   A.        Correct.

08:52:27   12   Q.        Okay.  So this was -- yours was deleted, correct?

13   A.        That's right.

14   Q.        If we would go to page 43 of this document.  And

15   there's -- this is all communication between you and

16   Mr. Shamo, right, texting back and forth?  And if we could

17   go to the bottom of:  I just put in 12 hours today --

18            So, this response here from Mr. Shamo, I put in a

08:52:59   19   12-hour today pressing and filling orders and getting stuff

20   locally.  Was that common for Mr. Shamo to be saying:  I'm

21   working hard here.  I'm really busy and I'm trying to get

22   product out.  Or --

23   A.        At the beginning, yeah.

24   Q.        Okay.

25   A.        Once he kind of diversified, like it seemed like he

805

```
              1   had more people involved, it seemed like he had a lot more
              2   free time.
              3   Q.      Okay.  So maybe at the first, when you first got
08:53:27      4   involved, it was pretty common for him to be --
              5   A.      Doing a lot.
              6   Q.      -- putting in long days and working hard.  Okay.
              7   And as far as others involved, you said at first that he
              8   didn't -- he mentioned the name Drew, but he didn't -- he
              9   didn't tell you Drew Crandall, correct?
             10   A.      I didn't know anybody else that was involved, but
             11   we had had conversations about him expanding his business.
             12   Q.      Okay.  And maybe bringing others on?
             13   A.      Correct.  But I just never knew their -- who they
             14   were.
08:53:59     15   Q.      Right.  And at the conversations of bringing others
             16   on, too, you were involved in actively participating with
             17   having drops made to other individuals, friends of yours,
             18   correct?
             19   A.      Correct.
             20   Q.      And not individuals that knew Mr. Shamo?
             21   A.      Correct.
             22   Q.      Right.  They were yours.  In fact you -- you were
             23   kind of a middleman between Mr. Bruner and Kayla.  What was
             24   Kayla's last name?
08:54:27     25   A.      Kayla was Bruner.  It was Jordan Bernell.
```

1    Q.        Jordan Bernell, yeah.  And you -- they were your

2    friends, correct?

3    A.        That is correct.

4    Q.        And you kind of insulated them from Mr. Shamo; is

5    that fair to say?

6    A.        He asked for drops.  He asked me to be a drop, and

7    I told him I didn't want stuff going to my mom's house, but

8    I could talk to people and see if I could recruit people to

9    work under me, kind of like an MLM, if you will.

08:54:57  10    Q.        Okay.  Not necessarily insulating them, but you

11    were kind of a middleman?

12    A.        Right.

13    Q.        Okay.  But you did want to protect them, correct?

14    A.        Of course.

15    Q.        And you didn't want them too involved.  In fact,

16    you have conversations on this text, on the telegram with

17    Mr. Shamo about nothing illegal is being dropped at my

18    friend's house, correct?

19    A.        Yeah.

20    Q.        It was just filler, right?

21    A.        That's what he was telling me, yeah.

22    Q.        You were kind of wanting to make -- you wanted to

08:55:25  23    make that clear, that you didn't want illegal material going

24    to your friends' houses?

25    A.        Right.

1    Q.       Okay.  As far as telegram to, that's something that

2    you used before, right?  It wasn't -- Mr. Shamo didn't

3    introduce you to telegram; is that right?

4    A.       Right.

5    Q.       Who introduced you to Telegram?

6    A.       Sasha Grant.

7    Q.       Okay.  Sasha.  And you knew Sasha from how long?

8    A.       Six years ago.

9    Q.       Okay so --

08:55:58   10    A.       We were together a long time ago.

11    Q.       So you knew Sasha before you knew Drew Crandall or

12    before you knew Aaron Shamo; is that right?

13    A.       That is correct.

14    Q.       Okay.  And it was several years before that she

15    introduced you to Telegram; is that right?

16    A.       That's right.

17    Q.       Okay.  In fact, I think in your Grand Jury

18    testimony you said that you used that with Drew Crandall as

19    well, right?

20    A.       I had communicated with him, yeah.

21    Q.       And as far as your use of marijuana, that's

22    something you communicated through -- with Drew Crandall?

23    A.       That's correct.  That's how I originally had

08:56:29   24    downloaded Telegram was to communicate with him to pick up

25    marijuana, yeah.

|       |     |                                                                    |
|-------|-----|--------------------------------------------------------------------|
|       | 1   | Q.        Right.  Okay.  And then, as far as Luke Paz, did          |
|       | 2   | that name ever -- you socialized with Luke Paz, correct?            |
|       | 3   | A.        When I was around Shamo, Luke was around a lot,           |
|       | 4   | yeah.                                                               |
|       | 5   | Q.        Okay.  And so did Mr. Shamo ever mention the name         |
|       | 6   | of Luke Paz as being part of this organization?                    |
|       | 7   | A.        He did not.                                               |
|       | 8   | Q.        Okay.  It was kind of like Drew Crandall, right?          |
| 08:56:59 | 9 | He never -- that name never came up as far as being involved     |
|       | 10  | in this operation?                                                 |
|       | 11  | A.        Yeah.  It sounds like my name was the only one that      |
|       | 12  | he told people.                                                    |
|       | 13  | Q.        And you felt like he was using -- throwing your          |
|       | 14  | name around?                                                       |
|       | 15  | A.        Correct.                                                 |
|       | 16  | Q.        I mean, that was true with the shippers as well; is      |
|       | 17  | that correct?                                                      |
|       | 18  | A.        That's what it sounds like.                              |
|       | 19  | Q.        Okay.  So, on the day that he got arrested, you got      |
| 08:57:28 | 20 | a message from either Drew Crandall or Sasha Grant; is that       |
|       | 21  | right?                                                              |
|       | 22  | A.        You said the day that he got arrested?                   |
|       | 23  | Q.        I'm sorry.  The day he got arrested, the day that        |
|       | 24  | you got questioned?                                                |
|       | 25  | A.        Correct.  And, yes, I did get a message.                 |

```
 1    Q.        Okay.  And who was that from?

 2    A.        Sasha Grant.

 3    Q.        Sasha Grant.  And in what format -- she didn't send

 4    you a telegram, I guess?

 5    A.        No.  It was over Snapchat.

 6    Q.        Okay.  So it was over a common social media site.

 7    Okay.  And did you respond to that?

 8    A.        I did not.
```

08:57:59

```
 9    Q.        Okay.  And why didn't you respond?

10    A.        I was with lawyers at the time, and they told me

11    not to.

12    Q.        Okay.  So did you suspect, at that time, that Sasha

13    knew something?

14    A.        Yeah.

15    Q.        But before that, you had no idea; is that correct?

16    A.        No idea of what?

17    Q.        That Sasha would have any connection with this?

18    A.        Well, like she had told me previously, back in --
```

08:58:28

```
19    toward the end of 2015, kind of before I got involved with

20    Shamo, that there was stuff going on with Drew and Shamo.

21    Q.        Okay.  So there was -- there may have been some

22    indication that Drew Crandall was still involved?

23    A.        Not still involved, no.

24    Q.        Okay.  So -- so, Sasha contacting you, did that

25    give you an indication that maybe Drew was involved, then,
```

1    again?

2    A.      No.

08:59:03  3    Q.      Okay.  So it wasn't uncommon for you to get a

4    message from Sasha, then?

5    A.      It seemed like a pretty tight friend group, so for

6    her to be messaging me the day that Shamo got picked up was

7    not a surprise to me because I'm sure there were people that

8    she knew that had heard that Shamo had gotten picked up and

9    had spread the word.

08:59:36  10   Q.      Okay.  So, as far as you know, in your involvement

11   in this, Mr. Shamo was the base of this organization; is

12   that correct?

13   A.      That's correct.

14   Q.      And if there were others that were instructing

15   Mr. Shamo, you would not know?

16   A.      I would not.

08:59:51  17   Q.      All right.  So, as far as Bernell and Bruner, you

09:00:29  18   as a middleman, you gained financially from that; is that

19   correct?

20   A.      I did.

21   Q.      And how much did you make?

22   A.      It was 150 per package.

23   Q.      And approximately how many drops did you do?

24   A.      I can recall three to four.

25   Q.      I think in your Grand Jury testimony you said that

|    |    |
|----|----|
| 1  | you did about nine with one and three with another.  Does |
| 2  | that sound right? |
| 09:00:58  3 | A.      That's not what I remember. |
| 4  | Q.      Okay.  So maybe you misunderstood when you were in |
| 5  | front of the Grand Jury? |
| 6  | A.      It's possible.  I also remember -- I don't |
| 7  | remember, rather, how the packages were paid for, if that |
| 8  | makes sense, because I remember there were multiple boxes |
| 9  | that came in one shipment, and I'm not sure how much Shamo |
| 10 | actually paid me for that. |
| 11 | Q.      There may have been a discount if three or four |
| 12 | packages came at once or something? |
| 13 | A.      Possible. |
| 09:01:29  14 | Q.      You just don't remember; is that right? |
| 15 | A.      That's right. |
| 16 | Q.      Okay.  So there may have been a total of -- |
| 17 | A.      Of nine packages. |
| 18 | Q.      -- 9 to 12 packages themselves, but only four or |
| 19 | five actual transfers? |
| 20 | A.      Right.  Transfers is a good word.  Yeah. |
| 21 | Q.      Okay.  Okay.  Can you tell us who else you |
| 22 | communicated with, with Telegram to?  Mr. Shamo, |
| 09:01:59  23 | Mr. Crandall, you've mentioned? |
| 24 | A.      The other person that I remember is Kelly McGraff. |
| 25 | Q.      Kelly McGraff? |

812

```
 1    A.       Correct.

 2    Q.       Okay.  And is that the only other person?

 3    A.       That's the only person I can recall.

 4    Q.       Okay.  And what was the purpose of communicating

 5    with Kelly McGraff through Telegram?

 6    A.       I was organizing picking up MDMA.

 7    Q.       Okay.  So transfer of drugs?

 8    A.       Correct.

 9    Q.       Okay.  And as far as drug use goes, you were using

10    drugs during this while you were performing the duties of

11    Mr. Shamo and during this period of time; is that correct?

12    A.       Yeah.

13    Q.       If fact you had asked Mr. Shamo for some drugs or

14    some --

15    A.       That's how it all started, yeah.

16    Q.       And so that's something you participated in.  You

17    did get questioned on November 22, correct?

18    A.       Uh-huh.  Yes.

19    Q.       Okay.  And -- and then you were later indicted in

20    May of 2016; is that right?

21    A.       It would have been May of 2017.

22    Q.       Or 2017.  Correct.

23    A.       But yes.

24    Q.       Right.  And at that point, you went before a Judge,

25    and you asked to be released, right, and there was a chance
```

09:02:26 (line 8)
09:02:59 (line 18)

```
 1   that you might be detained at that point?

 2   A.      Correct.

 3   Q.      Okay.  But you weren't -- you didn't spend a night

 4   in jail on November 22.  You didn't go to jail when you came

 5   back on the Indictment in May of 2017; is that right?

 6   A.      That's right.

 7   Q.      Okay.  And so you haven't spent a night in jail on

 8   this case; is that correct?

 9   A.      That's correct.

10   Q.      Okay.  And as far as drug use goes, when you came

11   on your Indictment, you were released.  You were on what was

12   called pretrial release; is that right?

13   A.      That is correct.

14   Q.      Okay.  And under that pretrial release, you had

15   certain conditions to meet; is that right, and maintain,

16   correct?

17   A.      That is correct.

18   Q.      Okay.  And have you been able to maintain those

19   conditions?

20   A.      Not all of them.

21   Q.      Okay.  What conditions have you not met?

22   A.      I was requested to not use drugs.

23   Q.      Okay.  And you have failed on those conditions,

24   then?

25   A.      That's correct.
```

09:03:27 (line 4)

09:03:59 (line 15)

814

|  |  |  |
|---|---|---|
| | 1 | Q.        Okay.  How many times? |
| 09:04:28 | 2 | A.        A handful. |
| | 3 | Q.        Okay.  Like more than ten? |
| | 4 | A.        Yeah. |
| | 5 | Q.        Okay.  More than 15, or -- |
| | 6 | A.        I did have possession of a THC pen, so I did use |
| | 7 | that, but, yes.  More than 15 times, yes. |
| | 8 | Q.        So you have been working with the probation office |
| | 9 | on that; is that right? |
| | 10 | A.        That is correct. |
| | 11 | Q.        Okay.  And you haven't been back in court to |
| 09:04:59 | 12 | question your detention because of that? |
| | 13 | A.        I have not. |
| | 14 | Q.        All right.  You have been able to work that out |
| | 15 | with your probation officer? |
| | 16 | A.        Correct. |
| | 17 | Q.        Okay.  And as you sit here today, are you impaired? |
| | 18 | A.        I am not. |
| | 19 | Q.        Okay.  So you're of sound mind, and yesterday as |
| | 20 | well; is that correct? |
| | 21 | A.        That is correct. |
| | 22 | Q.        Okay. |
| | 23 | I have no further questions. |
| 09:05:29 | 24 | THE COURT:  Thank you, Mr. Sam. |
| | 25 | Mr. Gadd, you may redirect. |

815

```
 1              MR. GADD:  Nothing further.  Thank you, Your Honor.
 2              THE COURT:  Thank you.  You can step down,
 3     Mr. Nobel, and you can be excused.
 4              The government may call its next witness.
 5              MR. GADD:  Your Honor, the United States calls
 6     Special Agent Guy Gino.
 7              THE COURT:  Come forward and be sworn, please.
 8                            GUY GINO,
 9     the witness hereinbefore named, being first duly cautioned
10     and sworn or affirmed to tell the truth, the whole truth,
11     and nothing but the truth, was examined and testified as
12     follows:
13              THE CLERK:  Please state your name and spell it for
14     the record.
15              THE WITNESS:  Guy Gino.  G-u-y.  G-i-n-o.
16              THE COURT:  You may proceed, Mr. Gadd.
17                        DIRECT EXAMINATION
18     BY MR. GADD:
19     Q.      Special Agent Gino, are you prepared to testify
20     about Dark Net markets, digital currency and PGP encryption?
21     A.      I am.
22     Q.      Before we do that, I want to take just a moment and
23     give the jury a summary of your background and your
24     experience that brings you here with us.  Can you tell us
25     about your background in federal law enforcement?
```

09:05:54 (line 13)
09:06:30 (line 19)

816

```
         1   A.        Sure.  I began my career with the U.S. Border

         2   Patrol in 1996.  In 2003, I took a job with U.S. Customs

09:06:59 3   Service as a special agent.  While I was at the academy, the

         4   Department of Homeland Security was put into full effect,

         5   and they merged U.S. Customs with Immigration and Customs

         6   Enforcement, which my job title changed from a U.S. Customs

         7   special agent to that of an Immigration and Customs

         8   Enforcement special agent.

         9        My agency has again rebranded several years after

        10   that, and I'm currently employed by Homeland Security

09:07:27 11  Investigations based out of Portland, Oregon, which I remain

        12   based out of since 2003.

        13   Q.        Were you assigned to any state or local task forces

        14   in Portland?

        15   A.        I am.  I have been assigned since 2008 as a sole

        16   full-time federal partner at the Oregan/Idaho HIDTA

        17   interdiction task force, which is high intensity drug

        18   trafficking area.  We work narcotics interdiction.  That's

09:07:56 19  our primary -- and narcotics-based money laundering.

        20   Q.        Do part of your duties include investigating drug

        21   overdose fatalities?

        22   A.        Yes.  Part of my duties assigned to that task

        23   force, our team is responsible investigating overdoses to

        24   include fatal and non-fatal, within the city limits of

        25   Portland, Oregon.
```

817

```
            1    Q.       Okay.

            2             And occasionally on my screen I'm seeing someone
09:08:28    3    swimming on the ocean.  Are you seeing that on yours.

            4             THE CLERK:  I haven't turned it on yet.

            5             MR. GADD:  Okay.  Great.  That's fine, it can keep

            6    flashing at me.  I'll ignore the distraction.

            7    Q.       BY MR. GADD:  In addition to investigating drug

            8    overdose fatalities, do you also investigate major, Dark Net

            9    vendors?

           10    A.       Since 2013, the time of 2013, our unit has come

           11    across more and more overlap between our traditional cases
09:08:59   12    we investigated involving -- now they are more and more

           13    involving Dark Net marketplaces and involving crypto

           14    currencies.

           15    Q.       I want to ask you just about two of your larger

           16    investigations.  First, did you investigate a Dark Net

           17    vendor who went by the name of Peter the Great?

           18    A.       I did.

           19    Q.       Can you tell us a little bit about that case?

           20    A.       Peter the Great was a vendor operating on the Dark
09:09:28   21    Net site Alpha Bay.  Peter the Great was who we identified

           22    responsible for the death of an 18-year-old girl in

           23    Portland, Oregon, stemming from an overdose from the

           24    narcotic U47700.  We were able to successfully de-anonymize

           25    Peter the Great's identity, arrest him, his co-conspirators
```

1  in South Carolina in less than 60 days, and he actually hung

2  himself in custody.

09:09:58  3  Q.      And then one other, a vendor who went by the name

4  Narco Boss.  You worked that case as well?

5  A.      I did.

6  Q.      Can you tell us a little bit about that case?

7  A.      A similar situation, except this involved two

8  separate overdoses in the city limits of Portland, Oregon,

9  two separate individuals, victims that were 27 years old.

10  Our investigation had successfully de-anonymized the vendor

09:10:24  11  responsible as Narco Boss and was able to arrest him in

12  Philadelphia, Pennsylvania, and that case is still awaiting

13  trial.

14  Q.      Now you mentioned twice de-anonymization.  Can you

15  just explain briefly what that is?

16  A.      Sure.  In these types of cases involving the Dark

17  Net, there are many steps where it's geared for anonymity

18  for the vendor and anonymity for the buyer, and as I explain

19  Dark Net markets, how they work, you will be able to

09:10:59  20  understand a little bit better, but they take -- in order --

21  when you operate on the Dark Net, you're operating in

22  anonymous fashion and you take special steps use special

23  software to remain anonymous, and our specialty is finding

24  out their true identity and letting the evidence take us

25  right to them.

819

```
 1    Q.        Let's talk just for a minute about training.  Is it
 2    safe to say you provide a fair amount of training for law
 3    enforcement?
 4    A.        Yes.
 5    Q.        You provide that training throughout the United
 6    States?
 7    A.        Yes.
 8    Q.        Do you also, at the request of the United States,
 9    train law enforcement in foreign countries?
10    A.        That's correct.
11    Q.        You have recently returned from a training trip,
12    correct?
13    A.        Yes.
14    Q.        Where were you last time?
15    A.        Earlier this week I was providing training to
16    investigators and prosecutors at the Crimes Against Children
17    Conference in Dallas, working child pornography, child
18    exploitation, people that worked that, showing them how they
19    could utilize crypto currency, trace it to de-anonymize
20    their offenders.
21    Q.        Let's turn our attention to Dark Net markets.  Have
22    you prepared some slides today to aid your testimony?
23    A.        I have.
24    Q.        If we could look at those.  This is Exhibit 17.07.
25    There will be Special Agent Gino's computer.  We will have
```

09:11:29  5

09:12:00  18

09:12:27  25

|  |  |  |
|---|---|---|
|  | 1 | him run the slides from there and then we'll do the exhibits |
|  | 2 | back here. |
|  | 3 | A.      So, I don't have it on my screen. |
|  | 4 | THE CLERK:  I don't have it on mine either. |
| 09:12:52 | 5 | THE WITNESS:  Okay.  My screen here is still orange |
|  | 6 | on the terminal. |
|  | 7 | MR. GADD:  Elizabeth, could you toggle once the |
|  | 8 | event and then back.  That worked when we did it this |
|  | 9 | morning. |
|  | 10 | THE CLERK:  Still nothing. |
| 09:13:17 | 11 | (Discussion off the record about computers.) |
|  | 12 | THE COURT:  I hope we don't have to take a gizmo |
|  | 13 | break. |
| 09:18:25 | 14 | Shall we let the jury go for ten minutes and see if |
| 09:23:12 | 15 | we can figure it out?  Let's take a break. |
|  | 16 | (Whereupon the jury leaves the courtroom.) |
|  | 17 | THE CLERK:  All rise. |
| 09:23:44 | 18 | THE COURT:  You can be seated. |
|  | 19 | Mr. Skordas, you had something you wanted to raise? |
|  | 20 | MR. SKORDAS:  Yeah.  I'll be very brief, Your |
| 09:38:29 | 21 | Honor.  And I have spoken with the government briefly about |
|  | 22 | this.  Luke Paz is an individual that we intend to call as a |
|  | 23 | witness.  I'm advised that the government also intends to |
|  | 24 | call him, and if that's the case, we'll deal with him under |
|  | 25 | cross.  He lives out of state.  He lives in New York, and |

```
            1    the government has arrangements, I assume, for him to fly

            2    out here I think next Thursday and testify on Friday.

            3         THE COURT:  A week from today?

09:38:58    4         MR. SKORDAS:  Yes.  But they have also told me that

            5    they may not call him.  So, I was hoping, rather than us

            6    having to subpoena and fly and pay for his arrangements,

            7    that since he's already scheduled to appear, even if we call

            8    him out of order, that we still plan on him being here on

            9    Friday, and if the government is not going to call him that

           10    we be allowed to call him since he's already going to be

           11    here.  Does that make sense?

           12         THE COURT:  It does, but let's hear what the

09:39:30   13    government has to say.

           14         MR. BURGGRAAF:  Your Honor, I'm the one who spoke

           15    with Mr. Skordas about this, and I concur that if we decide

           16    that we're not going to use him in our case-in-chief --

           17         THE COURT:  We'll still have him here.

           18         MR. BURGGRAAF:  We'll have him here, and we'll

           19    allow defense to call him.

           20         THE COURT:  You won't object to his being called

           21    out of order by the defense?

           22         MR. BURGGRAAF:  No, Your Honor.

           23         THE COURT:  All right.

           24         MR. SKORDAS:  Thanks judge.

           25         THE COURT:  Thank you all.  Are we ready to go?
```

822

09:39:57

1        MR. GADD:  Just one other thing.  In the event that
2  something else goes wrong, I'm hoping that plan C could be
3  that Special Agent Gino could run the presentation from the
4  podium, and perhaps he and I will just trade places.  So,
5  this is our backup.

6        THE COURT:  That should work, as long as people can
7  hear everybody.

8        MR. GADD:  I have every confidence that it's going
9  to work, though, but --

10       THE COURT:  Well, almost every confidence.
11  Otherwise you wouldn't have a plan C.

09:40:28

12       MR. GADD:  It was working fine this morning, and
13  hopefully it will work fine now.

14       THE COURT:  All right.  We'll get the jury and

09:40:36

15  proceed.  I hope we don't have to go to plan D.

16       THE CLERK:  All rise.

17       (Whereupon the jury enters the courtroom.)

18       THE COURT:  You may proceed, Mr. Gadd.

19       MR. GADD:  Thank you, sir.

20       And my thanks to the jury.

09:42:29

21  Q.     BY MR. GADD:  With some technical trepidation let's
22  again -- can you tell us about Dark Net markets?

23  A.     Sure.  I'm going to start the presentation now.

24  Q.     Please?

25  A.     Okay.  So, in order to understand how Dark Net

823

1    markets work, we have to understand how the Dark Net works,

2    and we'll start off with a quick overview.  The internet and

3    the worldwide web are not actually the same thing.  The

4    internet is a massive network of interconnecting networks

09:42:59   5    connecting millions of computers globally.  It forms a

6    network which any computer can communicate with any other

7    computer as long as they are both connected to the internet.

8            THE COURT:  You have to go slow enough so she can

9    take it all down.

10            THE WITNESS:  Okay.

11            The worldwide web or simply the web is a way of

12    accessing information over the medium of the internet.  Now,

09:43:24   13    the web utilizes browsers, such as Internet Explorer, Google

14    Chrome or Safari to access web documents which are called

15    web pages.  Web pages are linked to each other via

16    hyperlinks.  Web documents also contain graphics, sounds,

17    texts and video.

18            Let's start off with the surface web.  The surface

19    web or the normal web, sometimes referred to as the clear

09:43:58   20    web is the portion of the worldwide web content that is

21    indexed by standard or surface web search engines like

22    Google, Bing and Yahoo.  It only accounts for 4 percent of

23    the internet.  So, if you were to type a search in Google

24    and it would bring back a web page, that would reside on the

25    surface web.

09:44:26

1       The deep web, or also referred to as the invisible
2  web, is that portion of the worldwide web content that's not
3  indexed by standard surface web search engines.  It
4  represents the other 96 percent of the internet.  It's what
5  everyone in this room and this courtroom uses every day.  If
6  you access a social media page or your site that is password
7  protected, that resides on the Deep Web.  Your online
8  banking account information, after you plug in your

09:44:57  9  password, that would be on the Deep Web as well.  Your
10  work's intranet, their non-public pages would be on the Deep
11  Web.

12       Now, the Dark Web is worldwide web content that
13  exists on an overlay or overlay networks which use the
14  public internet but require specific software configurations
15  or authorization to access.  It forms a very small portion

09:45:28  16  of the Deep Web.  The Dark Net is an overlay network in the
17  Deep Web.  It can only be accessed with a specific browser
18  software, configurations or authorizations.

19       There are different Dark Network types.  There are
20  friend to friend networks, also commonly known as P-to-P or

09:45:57  21  peer-to-peer, and privacy networks.  Dark Net markets use
22  the privacy network TOR, T-O-R.  TOR stands for The Onion
23  Router.  It is a free and open source software that prevents
24  anyone from learning the location or browsing habits of
25  those who use it.  It works by bouncing communications

09:46:25  1   around a distributed network of relays run by volunteers.

2   TOR is a browser, just like Google Chrome, Internet

3   Explorer, but this browser can only access web pages that

4   end in dot onion; not dot com, not dot net or dot org.

09:46:45  5              I have a movie here that can explain TOR, a short

09:47:13  6   one.  Now we have no sound.

7   A.       I can just play the video separate outside of the

8   PowerPoint.  I believe I have it by itself if that works, at

09:47:48  9   least the sound of it.  Okay.

10              (Discussion concerning video equipment)

09:49:26  11             THE COURT:  Don't let him get too far away.

12             THE WITNESS:  It seems to stop working after he

13   leaves.

14             MR. GADD:  Okay, Plan D.  Here we go.

15                        (Video played.)

09:51:42  16                        (Video stopped.)

17             THE WITNESS:  And the address on the screen here is

09:51:56  18   where someone would go to download the browser to their

19   computer. Now, Dark Net markets, they are a commercial

20   website on the -- they are a commercial website on the TOR

21   network.  They essentially are an online black market

22   operating on TOR, and they are selling or brokering

23   transactions involving drugs and other illicit goods.

24              I have a video that gives a little explanation of

25   how they work as well.

826

|  |  |
|---|---|
|  | 1 |
| 09:52:27 | 2 |

                                    (Video played.)

09:52:27        2                  (Video stopped.)

              3         MR. GADD:  Let's stop it there at the end of this

              4    where it indicates:  Well, there ain't much they can do

              5    about it.

              6         Is that something you agree with?

09:56:29      7    A.      No.

              8    Q.      Why not?

              9    A.      Well, we're here today, first off, but with other

             10    cases, there is absolutely a whole lot of things law

             11    enforcement can do about it, and I spend a great deal of my

             12    time traveling the world training other law enforcement

             13    agencies and showing them what they can do.  It's a --

             14    especially when this video was made, it's a little bit

09:56:57     15    dated, but it's a myth.

             16    Q.      Let's look at some of these Dark Net markets.  Can

             17    you walk us through a few.

             18    A.      So the first commercialized Dark Net market,

             19    modern, as they refer to it, was introduced in 2011, and it

             20    was Silk Road.  Silk Road started in 2011 and was seized by

09:57:28     21    law enforcement in October, 2013.  Being the first, the Silk

             22    Road Market template -- they actually duplicated it from

             23    Amazon's web store layout.  On this slide, this is what the

             24    Amazon web page looked like in 2009.  The categories were

             25    listed on the left.  The featured product description was in

1   the center, and, as you can see the user account information

2   is on top.

09:57:57  3        This was Silk Road.  Same thing.  Categories listed

4   on the left.  Featured product description in the center and

5   the user account information on top.  While Silk Road was

6   running, other organizations set up their own Dark Net

7   sites.  One site was named Sheep Marketplace, which is this.

8   And as you can see, you have categories on the left, product

09:58:25  9   description in the center, user account information on top.

10   Also Black Market Reloaded, same thing.  And I'll cycle

11   through a couple of the historical Dark Net market sites.

12   Q.      Go ahead?

13   A.      This was Agora Marketplace, Evolution, Silk Road

14   2.0.  It was a clone of the original Silk Road with

09:59:00  15   exception to the price of the products were displayed in the

16   local country's currency, as opposed to Bitcoin.  Nucleus

17   Market.  Dream Market.  Valhalla.  And, as you can see on

09:59:27  18   this slide, in the upper left corner is the TOR address, and

19   again, dot onion.  *Hansa, Alpha Bay.  The other thing that

20   Silk Road had on their page -- on their site -- excuse me,

09:59:55  21   that the majority of all other Dark Net market sites copied,

22   was the payment system.

23         Silk Road used cryptocurrency, specifically

24   Bitcoin, for their payments.  The site provided escrow

25   services to ensure that both its users and vendors would not

828

1    get scammed.  For their part, as operating as an escrow, as

2    operating as a platform for people to be able to sell their

3    products and buyers being able to purchase it, Silk Road

10:00:29    4    took a percentage of every transaction.  Most all subsequent

5    Dark Net markets have duplicated this payment system.

6         On this chart I'll walk you through it.  Starting

7    in the upper left corner of this chart, if someone wants to

8    make a purchase from Silk Road, they need to do two things.

9    The first thing is to set up an account with the Dark Net

10:00:54    10   site.  It is harder to set up an account with eBay or Amazon

11   than it is on the Dark Net site in regards to steps you have

12   to take.  You sign up for an account.  You get assigned a

13   password, or you give them your password, and you write it

14   down.  You need to, if you want to do a purchase, load your

15   account with cryptocurrency.

10:01:26    16        So, a buyer would need to exchange their real money

17   and obtain cryptocurrency.  And what they would need to do

18   is to conduct a transaction with what's known as a digital

19   currency exchange.  Digital currency exchanger, there's

20   three types:  Online commercial, cryptocurrency ATM or

21   kiosk, or a peer-to-peer exchanger.  And that is someone who

10:01:59    22   will either meet with someone face-to-face and sell their

23   cryptocurrency in exchange for cash, or utilize an online

24   platform like Craig's List or some sites, one in particular,

25   localbitcoins.com -- that's one word -- where they would

10:02:29

1  advertise their terms for the sale and people that would
2  want to purchase coin or sell coin would also have accounts
3  and utilize that site as a middleman.

4         Now, once they obtain their coin from an exchanger,
5  it goes into their own personal wallet, and they need to
6  send that Bitcoin to the wallet that's assigned to their
7  Dark Net market account.  While they are on the Dark Net
8  market site and they find a product that they want to
9  purchase, they would do just that, and it operates like
10  Amazon.  You would click a button and say, "buy."

11        The site would do its part and notify the vendor
12  that they have a potential sale.  The vendor would either
13  agree to the sale or decline the sale, and declination is
14  for several reasons.  One may be that they don't -- they
15  don't want to do business with that specific buyer, they are
16  brand new, but more often it just has to do with what
17  product they have on hand.  Once the vendor hits accept the
18  sale, agrees to accept the sale, the site will remove the
19  Bitcoin for the value of the sale from the buyer's account
20  and hold on to it in the site's account.

21        The vendor will hit the button on the computer
22  saying that it's being processed.  Then, when the vendor
23  places it in the mail, the -- they hit another button and
24  the site is notified that it's being shipped, and the site
25  notifies the buyer that the vendor has changed the status of

1    the sale to:  It's being shipped.

2          When the buyer receives the product, the buyer is

3    required to finalize the transaction and, in doing so, they

4    will hit a button that says it's received or finalized.

10:04:27  5    When they finalize it, they are required to leave feedback.

6    Most sites have a drop down menu.  It's mandatory that

7    either they have to leave a comment that they will customize

8    or type up, or they will have several options that they can

9    click.  Some sites may not require comment, but they all

10   require the sale to be finalized.

11          Once that happens, the site releases the

12   cryptocurrency back to the vendor.  Now that the vendor has

10:04:59  13   cryptocurrency, they need to convert it to fiat currency

14   because bit coin, in particular, was volatile, up and down,

15   and still is and most cryptocurrencies are.  If they just

16   hold on to Bitcoin, the only reason they would do that is

17   because they do not have a mechanism to be able to be able

18   to liquidate it fast enough.  But the vendor has the same

19   problem that a buyer has when they are trying to obtain

20   crypto currency.  They have to go through a digital currency

21   exchanger.

10:05:29  22          It will either -- and it's extremely frowned upon

23   to have an account with an online commercial digital

24   currency exchanger because they take measures to identify

25   where their funds come from, where the crypto comes from.

1    They do checks.  They look for a communication.  They need

2    to have their customer's account information if the account

3    is set up on it.

10:05:58  4         The second mechanism that they can use is, like I

5    stated before, a cryptocurrency ATM.  And those have a

6    limited amount of funds that can come out, and depending on

7    the ATM operator, they also are required to have a -- they

8    need to know who their customer is.  So, for certain levels,

9    the customer would have to have at least some identifying

10:06:27  10   information, either a scan of their driver's license,

11   definitely a cell phone number.

12        And then there is the third option, which is the

13   most common, for those that operate as a Dark Net vendor,

14   they will become the peer-to-peer exchanger because they are

15   not going to ask questions on who wants to buy coin.  And

16   people that want to buy the cryptocurrency aren't going to

17   ask them questions, and they can even meet face-to-face or

18   use that other site as a middleman, so trust is there.  And

10:06:59  19   then that's how they obtain their fiat currency.

20        Now the Alpha Bay system, just like here the Silk

21   Road's payment system, Alpha Bay operated the exact same

22   way.  Now, separate from the payment system, the other thing

23   that Silk Road gave to all Dark Net marketplaces was they

24   implemented a vendor feedback system which was entirely

25   mimicked by -- they mimic eBay.  The feedback system is

10:07:30  1   important to a Dark Net market site because of the anonymity

2   that these markets have.  The feedback system is used to

3   reinforce trust between the users and the vendors.

4        This is what AlphaBay feedback looked like.  On

5   number 1, it would display the vendor's percentage of

6   positive feedback for the last 12 months.  Number 2 shows

10:07:57  7   the displayed number of positive, neutral or negative

8   feedback ratings during the last 3, 6 and 12 months.  They

9   also gave a star rating for what is called stealth, the

10   quality of the product, and the value and the price.

11   Stealth is how the product that they purchased is packaged.

12   So, if they packaged a quantity, a small quantity of

10:08:25  13   narcotics, the stealth would be the CD cover or the DVD box

14   that the narcotics were secreted in inside of the envelope.

15        And then, number 4, the feedback, which as I stated

16   earlier, is mandatory, and it occurs when the individual

17   finalizes their product.  And it gives them the option of

18   comment section.  But it is important because it lists the

10:08:56  19   date, the time of the sale, when it was finalized, the

20   product description, as well as the first and last initial

21   of the buyer and the quantity.

22        The sites themselves have a structure.  Up on top

23   is the site administer.  That person is the administrator or

24   admin.  The person or persons who run the Dark Net market

10:09:28  25   site, they are responsible for creating the site itself, the

1    web page, running the server or servers for the Dark Net

2    market site.  They collect all revenue gained from a site,

3    which will include vendor bonds, percentages earned from all

4    transactions between customers and vendors, and all of that

5    revenue is in the form of the cryptocurrency.  It's directly

6    from the proceeds of these sales.

7              The admin is required to hire staff.  The Dark Net

10:10:00  8    market staff are paid employees of the site.  They consist

9    of moderators and customer support.  A moderator's role is

10   that they will determine the outcome of disputes between

11   customers and vendors, and there's a lot.  If a buyer has

12   purchased an item and the vendor stated that it was shipped

10:10:22  13   and the product never arrived, the buyer on -- it varies

14   between sites -- but on Alpha Bay had 14 days to finalize

15   the transaction or enter a dispute.  If the buyer didn't

16   receive what they wanted or there was an issue, they would

17   file a dispute on the site and the moderator would get

18   assigned to it.  And they would start a three-way

19   communication in the form of a message between the buyer and

20   the vendor.

21             The buyer would list what the issue is.  The

10:10:58  22   moderator would give the vendor a small time frame to

23   respond.  If the vendor doesn't respond, the moderator would

24   award the coins back to the buyer's account.  If the vendor

25   does respond and the moderator finds that the vendor's

1  answer to whatever if the dispute is, is satisfactory, the

2  moderator has the ability to release the coins back to the

3  vendor.

4      In the event that someone does not finalize -- and

10:11:30  5  this happens -- it happens a lot.  Either they choose not

6  to, they forget to, or in some of the occasions of my

7  investigations, the person had died before they actually

8  finalized the transaction -- the site will automatically

9  finalize.  It will call "auto finalize" after a certain

10  number of days.  Alpha Bay was 14 days that, if there was

10:11:55  11  no -- no one hit the button, the site would award the coins

12  to the vendor.

13      Now, vendors are those people or individuals who

14  sell their items on the site.  In order to do this, the

15  vendors have to pay a bond for the ability to post listings.

16  It's when they establish their account.  They have to agree

17  to the terms of service of the site.  There are some rules.

18  Vendors are responsible to upload pictures of their products

19  to the site, create and list the terms for the sales, list

10:12:26  20  prices for the products as well as keep daily updates to

21  their customers on their profile page.

22      Now the last one, keep daily updates to their

23  customers on their profile page, isn't something that's

24  mandatory to the site, but if you want to be successful on

25  these Dark Net marketplaces, you rely heavily, if not

1    solely, on your reputation as a reputable vendor.  And

10:12:52    2    that's on the feedback.  A large scale vendor needs to keep

3    daily updates, otherwise they will lose their customer base.

4         The other thing with vendors is, on most sites

5    vendors are required to post a public PGP key on their

6    profile page so their customers have the ability to

7    communicate with them securely.  Why this is important is,

8    if, for instance, I wanted to purchase narcotics from a

9    vendor that I have no idea who they are, and I'm concerned

10:13:27    10    that the site could get taken over by law enforcement at a

11    future date, I would want to encrypt my address and my

12    information for where that parcel of the narcotics would be

13    shipped to.

14         So the vendor page will post the vendor's public

15    PGP encryption key, which would allow the purchaser to

16    import into their key ring and encrypt a message having that

17    data, the data information, the address or whatever

10:13:56    18    questions they have, and encrypt it with the vendor's PGP

19    encryption keys that only the vendor could decrypt with

20    their private key.

21         Vendors, as I stated earlier are competing for

22    customers from other vendors.  They are constantly striving

23    to keep a positive rating on the site, and high volume

24    vendors will spend hours per day attempting to stay ahead of

25    the day-to-day orders.  Any real delay, someone will go onto

10:14:29  1   the site and give negative feedback or someone will post

2   something on the site's forum, which is a separate portion

3   of these Dark Net market sites, and complain about the

4   quality of service of a vendor.  It's kind of like Yelp.

5           If you're going to go to a restaurant and look at

6   the app Yelp or go on to Google a restaurant and you see the

7   comments of people that went there, you wouldn't be so apt

8   to go to one that says:  It was dirty.  The quality of the

10:15:00  9   food wasn't great.  They were rude.

10          That's how that works, and I see it all the time.

11  On my investigations, when I operated as a vendor on one

12  investigation, it was very important to me to make sure that

13  my customers were aware of, if I was going to take a break,

14  if I was going on vacation, all the orders have gone out.

15  It's extremely important.  And we will constantly see that

10:15:30 16  vendors themselves will answer someone's negative feedback,

17  tell them that they are taking care of the problem and to

18  please remove the negative feedback because that affects

19  their rating.

20          Now, with that, with large scale vendors, some

21  sites' answer to it was to allow what's called surrogate

22  access or shared access.  Alpha Bay was one of them.  They

23  would allow vendors to grant additional persons access to

10:15:58 24  their store to handle such duties as customer service,

25  answering questions, taking the addresses that the orders

837

1    are coming in, decrypting messages, being a worker.  But

2    they would not have access to the vendor's cryptocurrency

3    wallet.  That person that was in control of that would be

4    the person that was running the actual site.

5              Now, the other role on these Dark Net market sites

10:16:29  6    is a buyer, and a buyer can sign up for an account in less

7    than a minute.  The Dark Net market gives access to browse

8    listings with an account without ever having to fund any

9    type of cryptocurrency into that account.  In order to make

10    a purchase, the account holder must send digital currency to

11    the site-provided address.  A buyer account can never list

12    or sell items, just the same way a vendor account on these

13    sites can never purchase any items.  Most vendors would have

10:17:00  14    their own vendor account and perhaps a separate buyer

15    account in the event that they were purchasing items from

16    the Dark Net.

17              There are variations between Dark Net market sites.

18    Although they share many components, Dark Net markets also

19    have their own unique features.  They have different options

20    on finalizing sales.  Some sites allow for what's called

21    finalizing early, and that would be when the buyer clicks

10:17:29  22    "purchase," the vendor clicks "it's being shipped," the

23    buyer immediately clicks "finalized," thus releasing the

24    coin to the vendor before ever receiving the product.  In

25    the real world scenario, this would be the equivalent of

1    fronting money for future narcotics.

2            Some sites can do full escrow, which means they

3    will take the full amount.  Some sites do partial escrow,

10:17:58    4    where they will take only 50 percent of it and hold it and

5    then front the other 50 percent to the vendor.  Some sites

6    have no escrow.  Sites also provide encrypted or

7    non-encrypted internal messaging platforms.  Some have them

8    already part of it.  Others don't.  Other variations could

9    be concerning the Bitcoin withdrawal.  Some sites require

10    use of a pin specifically for Bitcoin withdrawal.  These

10:18:29    11    sites that do that, some of them are a specific number of

12    digits.  Others give a range that you could select that

13    would be between 8 and 20.

14            Some sites require what's known as two-factor

15    authentication upon withdrawal which, if you're doing

16    withdrawal, you may have to take another security feature to

17    ensure that you are the owner of the account.  They may ask

18    you for a secret phrase that you had created when you

10:18:57    19    created your vendor account or buyer account.  They could

20    have what's known as single or multiple signature

21    requirement for withdrawing it, the Bitcoin, and some sites

22    also offered mixing services that, when you would withdraw

23    your Bitcoin, they would go through what's known as

24    tumblers.

25            There are also variations with account log-ins; use

839

10:19:24  1   of pass phrases, a specific number of pin digits, two-factor

2   authentication options.  An example of this would be, Alpha

3   Bay itself required a mandatory two-factor authentication

4   for vendors.  They required that vendors would use their

5   public PGP encryption that they were required to post on

6   their vendor page as a second form of authentication at the

7   log-in phase.  At the log-in page vendors would receive a

10:19:58  8   message from the Dark Net market which it encrypted using

9   the vendor's public PGP key.  The message was a security

10   code.

11         So the vendor would take that public -- that

12   message that was encrypted with their public key.  They

13   could be the only one that could decrypt that message, and

14   it would have a 9-digit or 10-digit letter, random number,

15   character code that they would plug in.  This is what it

10:20:28  16   would look like.  The top portion where it says "begin PGP

17   message," is actually the encrypted message from the site.

18   The vendor would decrypt that message and then on the bottom

19   field, where it says "security code," cut and paste that

20   into that box and hit "proceed."  And that would serve as

21   their two-factor authentication.  That's the end of the Dark

22   Net market phase.

23   Q.    I would like to ask you this questions about Dark

24   Net markets.

25   A.    Sure.

| | | |
|---|---|---|
| 10:20:59 | 1 | Q.      Do you have to be smart to set up a vendor account? |
| | 2 | A.      No. |
| | 3 | Q.      Do you need, like, a mentor to show you how to set |
| | 4 | up a vendor account? |
| | 5 | A.      No.  Most people just Google it, and the site |
| | 6 | itself -- the site is designed to make money, so the site |
| | 7 | has a very thorough help page, forums.  They are -- for us |
| | 8 | to be able to get on to it, we had no problem whatsoever, |
| 10:21:26 | 9 | and I have no background in computers at all. |
| | 10 | Q.      If we could toggle now to Ms. Laughter's computer, |
| | 11 | I want to pull up some exhibits from this case and ask you |
| | 12 | some questions and elicit your opinion on a few of them.  If |
| | 13 | we could look first at 15.26, that's our video.  We will do |
| | 14 | a still shot of 34:42.  Can you see that there on your |
| | 15 | screen? |
| | 16 | A.      Yes, sir. |
| 10:21:53 | 17 | Q.      Everyone else can see?  Okay.  Take just a moment |
| | 18 | to look at this and then I want to ask you a question about |
| | 19 | the message that's being sent kind of right in the middle |
| | 20 | there. |
| | 21 | Can you -- thank you. |
| | 22 | A.      Okay. |
| | 23 | Q.      Can you see that message? |
| | 24 | A.      I can. |
| | 25 | Q.      It indicates it was sent by Pharma-Master and then |

1    the message body says:  This account owner got busted today.

2    Please delete the account and disable it.  Thanks.  P.M.

3    A.      Okay.

10:22:27    4    Q.      If that was in fact true, that the account owner

5    was busted or arrested, how could Pharma-Master send that

6    message to the moderator that you see below?

7    A.      Pharma-Master had granted surrogate access to

8    someone else to be able to send messages.  The other thing

9    is the moderator -- it went directly to a moderator and the

10    moderator, then they banned the account.  That's why

10:22:59    11    Pharma-Master says "banned" at that time.  This message

12    screen shot was taken after this message actually went

13    through and the moderator banned the accountant at the

14    request of -- and the message says that the account owner

15    got busted, so it just implies to me that it was an employee

16    of Pharma-Master.

17    Q.      Let's look for just a minute at the same exhibit.

10:23:23    18    If we could skip down to the screen shot at 21.42.  Do you

19    recognize this as a user profile?

20    A.      Yes, sir.

21    Q.      I want to ask you some questions about the user

22    profile, we will start kind of up at the top where you can

23    see the orange square.

24            That area, yes.

25            All right.  So you see the name Pharma-Master?

842

1    A.      Okay.

2    Q.      Then there's a number in parentheses next to it,

3    8332.  What does that mean?

4    A.      That represents the number of finalized

10:24:00  5    transactions.  Now that would include finalized where

6    feedback was left, as well as, auto-finalized transactions.

7    Q.      So, if I were to tell you that in the investigation

8    they found roughly 55 hundred rows of feedback, is the

9    difference between that number, the rows of feedback, and

10   the number you see here, is that -- well, let me ask you.

11   What would account for that difference?

10:24:27  12   A.      The auto-finalized portion by the site.  This

13   number represents the numbers of times the site released the

14   Bitcoin from their escrow to the vendor.  The number of

15   feedback is just that, the number of feedback that were left

16   during finalization.

17   Q.      So if an analyst were to tabulate, add up the

18   amount of drugs that were sold based on the rows of

19   feedback, that there were 27 hundred more transactions, is

10:24:58  20   it your opinion that the actual amount of drugs sold was

21   higher?

22   A.      Absolutely.

23   Q.      And the money made was higher?

24   A.      Absolutely.

25   Q.      You can see next to that it says "trust level 9."

1    What's that?

2    A.        A vendor trust level is a combination of volume of

3    sales as well as the positive feedback rating and the star

4    rating that they have for stealth quality and value for

10:25:27  5    price.  It's from the site.  The person on the vendor end

6    doesn't input that at all.  The site calculates that.  Trust

7    level 9, as I recall, means that they did over a million

8    dollars in sales.

9    Q.        If you look -- if you look below there three lines,

10   it indicates member since.  What does that mean to you?

11   A.        That's the date that the vendor bond was posted and

12   the site accepted the vendor from being -- gave them the

10:25:57  13   privilege to be able to -- in their view, the privilege is

14   on the site.  So that would be the vendor, member as a

15   vendor, so that would be November 11, 2015.

16   Q.        Could we look for a minute at that same exhibit,

17   15.26, but I want to jump to a series of three screen shots

18   that show the public PGP, show starting at 25:26.  So here's

10:26:28  19   the top, that same profile, and then if you can go to 27,

20   25:27.  That's scrolling down.

21        Do you recognize what we're looking at here?

22   A.        Yeah.  That's the vendor.  Like I said on Alpha Bay

23   they are required to post their public PGP key, and that's

24   exactly what it is.  It's the vendor's public PGP key, and I

25   know that because if you from the portion of the dashes and

844

10:27:00   1   it says, "begin PGP public key block," that is on there so a

2   person can cut and paste that whole portion, place it on a

3   text document, save it and import it into their PGP key ring

4   so that they can encrypt messages so that Pharma-Master can

5   decrypt and read.

6   Q.      And then, if we were to scroll down or, in this

7   case since it's a video, look at the next screen shot, which

10:27:29   8   I believe is 2530, that will show us the bottom half,

9   correct?

10   A.      Yes.

11   Q.      And the dash at the bottom where it says following

12   the dashes, "PGP public key block," and then dashes, that's

13   it, right?

14   A.      That's it.  In order to copy that, you would copy

15   from the first dash where it said, "begin PGP public key

16   block" at the top, copy the whole entire thing, ending at

17   the last dash after it says MPGP public key block, copy

18   that, paste that into a text document, save it and import it

10:27:58   19   into your own PGP software.  And that would allow you to

20   encrypt messages you to whoever is posting -- whoever has

21   the key pair.

22   Q.      Let's turn our attention now to digital currency.

23   A.      Sure.

10:28:27   24   Q.      In preparation today, did you also prepare slides

25   to aid your testimony about digital currency?

845

```
 1    A.        I did.

 2    Q.        If you could pull those up.

 3              THE COURT:  We need to take our regular break, I

 4    think.

 5              MR. GADD:  This would be a good place.

 6              THE COURT:  This is probably a good time.

 7              MR. GADD:  Yes, sir.

 8              THE COURT:  It's nearly 10:30.  We'll reconvene at

 9    quarter to 11 and then go 'til about 12:15 and take the half

10    hour deal 'til a quarter to 1 and then go to 2:15.  So

11    that's how the rest of the day generally will go.  All
10:29:02  12  right?

13              MR. GADD:  Yes, sir, thank you.

14              THE COURT:  So we'll be back here at quarter to 11.

15    Thank you.
10:29:35  16            THE CLERK:  All rise, please.

17              (Whereupon the jury leaves the courtroom.)

18              THE COURT:  See you in about 15 minutes.  Thank

19    you.

20                        (Short break.)

21              THE CLERK:  All rise, please.

22              (Whereupon the jury enters the courtroom.)
10:29:38  23            THE COURT:  You may proceed, Mr. Gadd.
10:48:00  24            MR. GADD:  Thank you, sir.

25    Q.        BY MR. GADD:  Special Agent Gino, let's jump into
```

1   your digital currency overview.

2   A.        Sure.   Okay.   So digital currency is a digital

3   representation of value that can be digitally traded and

4   functions as a medium of exchange, a unit of account or

5   store value.   It's important to note that digital currencies

6   are not issued nor guaranteed by any jurisdiction.   Digital

7   currencies do not have legal tender status.   Now this next

8   slide here shows you the different types of digital

9   currencies.   They are broken down into two categories,

10   centralized and decentralized.

11          Centralized has a single administrator or a neutral

12   third party.   The centralized digital currencies is that

13   administrator or neutral third party issues the currency.

14   It establishes the rules and the rates.   It controls the

15   central ledger, sort of like Pay Pal.   Pay Pal would be a

16   centralized digital currency.   It's electronic.   It's Based

17   off a value.   They base it off of real currency depending on

18   the country they are operating on.

19          But what I tell my investigators that I instruct,

20   if they would honor a subpoena for information, that would

21   be a one-stop shop.   We would serve them with a subpoena,

22   and they could provide all transactional data to law

23   enforcement if they chose to.   That's centralized.

24          Cryptocurrency is decentralized.   There is no

25   centralized administering authority to subpoena.   There is

no oversight.  It's all open sourced.  It's math based.  The

way it works is it uses a global network of participants who

run the software for that cryptocurrency on their computers

10:49:58  and there job is to validate transactions, and, once

validated, they are then instantly documented on a publicly

accessible ledger which is referred to as a block chain.

Now, cryptocurrency represents an open source

digital asset which utilizes a peer-to-peer system,

peer-to-peer meaning person-to-person.  The users can

interact directly without an intermediary.  If you use a

regular ATM, you are not communicating directly with your

10:50:27  bank, even if it's your bank's terminal, you are still

utilizing either an association for Visa/Mastercard.  There

are different steps.  In fact, most financial institutions

will charge a fee, and the reason they charge a fee is to

pay those third parties, those intermediaries.

Bitcoin is not the first cryptocurrency, it is the

first decentralized digital currency acknowledged by the

U.S. Treasury.  The IRS will tax it.  Bitcoin is the primary

10:50:59  payment method on Dark Net markets.  Now, why would a

business want to use cryptocurrency?  What is their gain?

Well, we see it everyday.  We see it when we go to purchase

an item, a pack of gum, if you will, from a mom and pop

shop, and you forgot your cash.  You go to use a debit card,

and there's a sign that says for purchases under $5.00 you

10:51:28  1   will be charged a 50 cent or 75 cent convenience fee, the

2   reason being that what happens is they are not upset that

3   you're using the card, it's just that for that store giving

4   you the convenience to be able to utilize that card, they

5   have to pay a percentage of the transaction to the

6   Visa/Mastercard association.

7        So, on this slide, you can see that if a consumer

8   goes to purchase something from a merchant and they are

10:51:58  9   using their Debit card or credit card, there are many steps

10   involved in allowing that transaction to proceed.  You'll

11   put the card in the terminal; perhaps it's a debit card and

12   you'll have to plug in your pin.  That information will be

13   sent to the acquiring banks, who will then send it

14   immediately to a database that's being controlled -- run by

15   the Visa/Mastercard association, which will then forward

16   that information to the issuing bank of the card which will

10:52:28  17  then verify the customer's information, security features,

18   if the pin number is correct, if there's enough money in the

19   account, and then send that information right back, and

20   ultimately back to the merchant, who then says the sale has

21   been approved.

22        We see this every time we use one of our credit

23   cards or debit cards at the supermarket.  For that

24   convenience they charge a fee.  Larger corporations, larger

25   businesses are able negotiate that fee.  Smaller businesses

10:52:57   1    can pay, and I know that in some instances 3 percent,

2    perhaps it's even higher depending on the volume.  If anyone

3    has ever shopped at the store Costco, for many years they

4    wouldn't accept credit cards, they would only accept debit,

5    and it's because of this.  They didn't want to pay those

6    fees.

7           So that's why there is no third party.  The

8    transactions also are instantaneous.  Transaction fees are a

10:53:27   9    fraction of the traditional Visa/Mastercard association

10    fees.  Participants will verify and settle transactions

11    amongst themselves rather than utilizing a third party.  A

12    consumer can deal directly with the merchant with no

13    middleman or an individual to an individual.

14           LikeCoin, which is a version of cryptocurrency,

15    there was a transaction that occurred a year and a half ago

16    that was valued at 99 million dollars.  It took 2 and a half

10:53:59   17   minutes to confirm, and it was charged a little bit over 40

18    cents in fees to make that transaction happen.  So, because

19    it's instantaneous, the fees, that is why there is -- I

20    won't say want -- but that is why cryptocurrency is becoming

21    more and more popular with vendors.  Dish Network is one of

22    the ones you are able to pay your bill with Bitcoin if you

10:54:29   23   choose to.  You just have to click the other payment options

24    and then they will give you that option.

25           So, for Bitcoin, I actually have a video that

1    explains a little bit how Bitcoin works.

10:54:42    2                    (Video played.)

3                    (Video stopped.)

4               Okay.  So that's a good little video that explains

10:57:57    5    just the overview of consumer-based applications of

6    cryptocurrency.  So, how do you actually use it?  Well, to

7    break it down, first off, if you want to use Bitcoin or

8    other cryptocurrency a person is going to need to obtain a

9    wallet.  It's important to note that a wallet is just a

10    piece of software.  It's a software program.  So those

11    wallets are going to be found in anywhere you will be able

12    to have software, whether they are on devices, on the web,

13    phones.

10:58:29    14              So we'll go over the different types of wallets.

15    Desktop and mobile wallets, they are wallets in which

16    software is installed on a desktop computer or mobile

17    device.  They are easy to get and use.  Desktop and mobile

18    wallets provide a good level of security, as they do not

19    store a user's private key online, rather they put them on

20    an user's desktop and mobile device, and they are secured

21    through a very high level of encryption.

10:58:59    22              A web wallet is usually an exchange or another web

23    service which stores a user's private keys on their server,

24    meaning that the access of those funds usually requires a

25    user name and a password to that online service.  Web

851

1    wallets are less secure, as a user's funds can be stolen if

2    the web service's server is compromised.  A Dark Net

3    marketplace's account wallet for a buyer is a web wallet.

4    The same thing with a vendor.  They are a web wallet.  The

5    site is the one that controls the private keys.  They

10:59:30   6    control it all.

7         Digital currency exchangers, U.S. based online web

8    Coin Base, if someone has a coin base app on their phone,

9    the actual wallet is controlled by Coin Base, so it's a web

10   wallet essentially.  Now, there's a hardware wallet, a

11   hardware wallet stores an user's private keys on hardware

12   similar to a USB stick which can be plugged into any

10:59:57   13   computer.  The hardware wallet provides the highest level of

14   security, as it is less prone to viruses and threats.  The

15   hardware wallet, like the mobile device wallet or the

16   desktop wallet, when you create those wallets, you're

17   actually creating a backup phrase as well, which is known as

18   a seed or a private key.  The hardware wallets provide a

19   backup phrase to back up the user's private keys.

20        And that's important because think of it as your

11:00:30   21   cell phone, iPhone in particular.  If you lose your iPhone,

22   you have the option of purchasing a brand new iPhone,

23   accessing your iTunes account and then you can download your

24   contacts onto your new device and all your applications that

25   you had purchased before, and it would also carry over your

852

1   messages and all your information.  So the device itself is

2   useless.  If you have ar hardware wallet, a desktop wallet

11:00:57   3   or any wallet where you were -- you ran the program to

4   create it, you would be required to write down either the

5   private key or the seed words in case you needed to restore

6   it on another device.

7          Now, a cryptocurrency wallet is a software program.

8   I mentioned before.  This software program creates -- keeps

11:01:29   9   a secret piece of data called a private key or seed.  That

10  private key or seed is used to sign these transactions, so

11  when you write a check, you sign the check.  Your financial

12  institution recognizes your signature, and that's --

13  that's -- that's their proof that the check is being

14  authorized by the true account holder.  That's what happens

15  in the real world scenario.  On this instance, because

16  everything is digital and they have their own network, and

17  they have individuals that are verifying transactions, the

11:01:58   18  private key or seed produces -- is proof that it's being --

19  the transaction is signed by the actual owner of the

20  account.  The signature provides the network proof that the

21  transaction is from the true owner of the wallet.

22          When someone sends cryptocurrency to another

23  person, they are actually sending cryptocurrency to an

24  address which is -- really another word for an address is a

11:02:27   25  public key -- that the recipients wallet's private key

853

1    created.  The sender's wallet, which is a private key, signs

2    the transaction, just like signing a check.  And like I

3    stated, it proves the true ownership of the cryptocurrency,

4    and it allows it to be transferred from one address to the

5    other.  After receiving a transaction, the recipient's

6    wallet's private key is now able to then spend the newly

7    received coins, and when I say "spend," it just has the

11:02:59   8    ability -- they own the coins and they have the ability now

9    to send it to another wallet.

10            So, with that, we treat possession of the private

11   key or seed, someone that is in control of the wallet.

12   Possession of those grants access to a wallet's contents.

13   If you are in possession of a private key or seed, you are

14   going to safeguard it because that wallet seed or private

11:03:27   15   key can be utilized by someone else if they have it and make

16   a functioning clone of the wallet.  That private key or seed

17   is generated when a new wallet is created and, like I said

18   before, their instructions are very explicit not to save it

19   on a computer.  You should actually write it down and keep

20   it in a safe space so that if your computer gets

21   compromised, someone doesn't find your private key or seed

11:03:56   22   and can clone your wallet and then steal your Bitcoin.

23            So this is the cycle.  This is how it works.  This

24   is from the beginning to end.  First off, the person is

25   going to need to have cash to get currency and in order to

1  convert that cash to cryptocurrency, a person is required to

2  utilize a digital currency exchanger.  There are three types

3  of exchangers, and I mentioned it earlier, commercial online

4  digital currency exchanger, digital currency ATM or kiosk

11:04:30  5  and then lastly the peer-to-peer exchanger.

6        We'll start with online digital currency

7  exchangers.  They are commercial sites that provide for the

8  purchase, sale of cryptocurrency and they are also

9  cryptocurrency trading platforms.  All United States based

10  exchangers that exchange cryptocurrency with U.S. currency

11  are required to be licensed and registered as a money

12  service business; not only the states that they operate but

11:05:00  13  also with the U.S. Treasury.

14        And online digital currency exchangers will offer

15  one or all of the following services:  Purchase of

16  cryptocurrency with fiat currency, such as having a credit

17  card or bank account linked to their account and just

18  purchasing the item, the cryptocurrency.  They also will

19  offer -- some of them may offer the sale of cryptocurrency

20  in exchange for fiat currency, which would be a reverse of

11:05:29  21  that.  You have cryptocurrency, you sell it to the exchanger

22  and then they will then wire the money or do an electronic

23  deposit into your linked bank accounts or your linked debit

24  card that it's associated to or your credit card.  And then

25  of course the trading of cryptocurrency.  You have you one

1    form of cryptocurrency.  You want to convert that

2    cryptocurrency to another form of cryptocurrency.

11:05:59  3         Now, Bitcoin ATM kiosks, they also allow the

4    purchase and sale of Bitcoin and other cryptocurrencies.

5    They will provide one or all of the following services:

6    This will vary depending on the type of machine and the type

7    of services the ATM operator is offering.  In some

8    instances, you can just purchase cryptocurrency with cash.

9    Other instances would allow you to not only purchase

11:06:29  10   cryptocurrency with cash but then also sell cryptocurrency

11   for cash, and you would actually send -- it would broadcast

12   a Bitcoin address on the screen, you would scan it with your

13   phone your wallet app, and send coin to the machine.  And

14   then cash would come out like a regular ATM machine.

15        Just like the U.S. based online digital currency

16   exchanger, a U.S. based ATM kiosk operator are required to

11:07:00  17   be registered with state and federal government as money

18   service businesses.  These requirements to be registered

19   says that the operator will be compliant with certain

20   regulations and they are required to know stuff about their

21   customers, who they are, perhaps an address, definitely a

22   photo.  And that's just part of the rules to be registered

23   and operate as a licensed and registered money service

11:07:28  24   business.  Proof of the customer's identity is going to be

25   required by the ATM kiosk, but it will vary depending on

1    that specific ATM's level of compliance with state and

2    federal law.

3            Then we come to the peer-to-peer exchanger, and

4    that's an individual who will purchase or sell

5    cryptocurrency with another individual in exchange for fiat

6    currency.  And it varies.  It varies on what the

11:07:59  7    individual's terms are, the person selling, and if the

8    person that's purchasing agrees to those terms.  We have

9    seen instances where they have been charging upwards of 15

10   percent or more of market value to sell Bitcoin at and, as

11   well, buying for up to 15 percent or more below market

12   value.

13           They are not guided by the site to have to obtain

14   any information regarding who the person is that they are

15   doing a transaction with.  The people that are selling

11:08:29  16   cryptocurrency don't have to show proof that they've

17   registered, and the majority of these individuals operating

18   in this fashion are in violation of either state and/or

19   federal law.  The peer-to-peer exchangers will advertise

20   their services online using chat rooms, online publications

21   like Craig's List or online connection platforms like

22   localbitcoins.com.  One is called Packs Full.  Several

23   different just online platforms.

11:08:58  24           Peer-to-peer exchangers are required to -- like I

25   stated, required to register as a money service business,

1    but because of this, because they have not -- they don't,

2    and none of the sites are requiring them to do it.  Dark Net

3    vendors, as I found in my experience, are using this method

4    as one of the mechanisms to liquidate their proceeds into

5    fiat currency.

6         One of those sites, this is the screen shot of what

11:09:29  7    the front page looks like.  It just puts people that want to

8    buy coin in touch with people that want to sell Bitcoin, and

9    they can trade it for cash.  They can trade it for debit

10   cards, the debit cards that you see at the supermarket that

11   you can give usually them as gift cards.  They are known as

12   pre-paid access device cards.  They will swap out Amazon

13   gift cards, Starbucks cards.  In exchange, they can have

11:09:58  14   terms that state you will make a deposit in my bank account

15   and then the coin will be sent.

16        And the way they do this is the site itself also

17   operates as an escrow, exactly like I showed you earlier

18   with the Silk Road payment system and the Alpha Bay payment

19   system.  Someone who is selling coins will put a listing up

20   on the site.  If they are going list for a certain amount of

21   Bitcoin, they are required to have that amount in their

22   wallet.  If someone agrees to the terms of the sale, which

11:10:29  23   means they agree to make payment in whatever form that

24   listing states, they will state:  I want to do this sale.

25        The site notifies the vendor of the coin and says

858

1    you have a potential customer, usually in the form of an

2    email.  It says:  So and so has accepted your terms of sale.

3    Would you like to proceed?  When you, as a vendor of

4    cryptocurrency on a site like this, click yes, the site will

5    remove the coins from your web wallet from the site into an

11:10:59   6    escrow account.  Then the person that wants to purchase the

7    cryptocurrency will do whatever the requirement is, whether

8    it's deposit it in a bank account, whether it is take a

9    picture of the back portion of a gift card with the numbers

10    on it, whatever is required.  And once that's accomplished,

11    then the site -- and everyone is in agreement, the site will

12    release the coins to the buyer.

13         If, for some reason, a dispute is entered, the site

11:11:29   14    has staff that will do exactly like what occurs on Dark Net

15    marketplaces and try to come up with a solution and will

16    grant the coins either back to the vendor or to the person

17    that did the purchase, and if there is an issue that looks

18    like someone was trying to steal or rip someone off, the

19    site will ban them.  Ratings are big on these types of sites

11:11:56   20    as well.  So that's how a peer-to-peer exchanger works on an

21    online platform.

22         Back to the steps.  Now that the person has their

23    cryptocurrency, they can do a transaction.  Now, a

24    transaction is simply a transfer of value between the

25    digital currency wallets, which as I explained is a piece of

1    software that's downloaded.  In this picture, purchasing

2    from a merchant using a cell phone and an iPad.

3          So the transaction verification.  And this will get

11:12:29  4    a little bit complex, but I just want you to have an

5    understanding.  Sometimes people don't really understand

6    about the -- what it takes to -- for account verification,

7    but it's important.  It's especially important for

8    investigators to understand because of proof that the

9    transaction occurred.

10          So, if a transaction is broadcast to the network,

11    it's confirmed and validated by individuals who run software

12    on their computers.  These individuals are miners.  If I was

11:12:59  13    to send a transaction to Mr. Gadd, the first thing that

14    would happen -- and if everyone in this room represented

15    miners, all that meant was everyone in this room is running

16    software that the purpose of the software is to try to solve

17    a math problem, an algorithm.  That math problem or

18    algorithm actually represents, if you solve it, they come to

19    that it's solved, that's how they verify that it's a true --

11:13:28  20    it's a signature from a wallet, and it's -- it's truly

21    coming from a person that owns those coins.

22          When I engage in a transaction, everyone that has

23    the miner software running would get -- would be notified.

24    And let's say we're all on a group text message string.  My

25    wallet has one.  You get a group text message that says:

1    Gino has one Bitcoin.  He wants to send it to Mr. Gadd who

2    has zero Bitcoin in his wallet, and you're constantly

11:14:00   3    getting updates.  And then, when I hit send, the algorithm

4    gets put out.

5            And let's stay the math problem on this first

6    transaction would be one plus one.  And if I asked everyone

7    in the room, who knows the answer to one plus one, please

8    raise your hand, everyone's hand would go up.  The first one

9    who hand goes up, I would ask:  What's the answer?

10            They would say:  Two.

11            And I would say:  Okay.  Who agrees with them?

12    Raise your hand.

11:14:29   13            And all these hands go up.  Those are

14    confirmations.  What happens is the moment that you race to

15    start solving the algorithm, the computer program will

16    continue until it's solved.  So what we see on these

17    transactions is, not only is it solved by one independent

18    person but everyone involved.

19            That -- once it's solved, the transaction is

20    verified, it's posted on a public ledger called the

11:14:58   21    blockchain.  That is essentially how it works.  The miner,

22    the person that got it done first, wins what's called miner

23    fees.  It's a fraction of what the transaction is valued at.

24    The next transaction occurs.  Say Mr. Gadd wants to send a

25    Bitcoin to another individual.  You all get a text message.

861

11:15:26

1    You all get notified that their transaction is going to

2    happen, and the value of everyone's wallet shows the

3    balances and everything gets updated.

4         And then, when he sends the transaction, there's an

5    algorithm, but this time it would be one plus one plus two,

6    same scenario, whoever raises their hand first or which

7    miner solves the problems first, and then the confirmations

8    happen, everyone else has.  And that's a confirmed

9    transaction.  It goes forward and everyone gets an update

10   with the current balances as does the public ledger or

11   blockchain.

11:15:58

12        This happens in this order for a specific reason.

13   On the earlier video they talked about that double spending

14   problem.  This miner, the verification, is not only so that

15   everyone can see everyone's transaction, and everyone can --

16   is a witness to it that are a miner on it and that, if for

17   some reason a third transaction came out and it was one plus

18   1 plus 2 plus 3 and the first miner raised their hand or

11:16:29

19   solved it, but they solved it and said that answer was 27,

20   no one would confirm that transaction.

21        Your programs would be running and say:  No.  We

22   have a completely different answer for that.

23        And then it would be rejected, so it would have to

24   be re-sent, and until it's authenticated, verified.  As you

25   notice, each time I talk about an algorithm, I am including

1        if the previous algorithm as part of it.  That creates the

11:16:58  2    order, so you can't have a transaction jump in the middle of

3        it.  It also prevents someone from doing a counterfeit

4        transaction on the network.  So there's been a couple

5        hundred million transactions since Bitcoin has been put

6        into -- it's been used.  Close to ten years now.  I think

7        for ten years.

8              That means the algorithm, or if I was to send a

11:17:27  9    real Bitcoin transaction from one wallet to another, it

10       would have a couple hundred million algorithms daisy chained

11       together the computers have to solve.  That's the

12       verification.  It gets posted on the blockchain.  The

13       blockchain is a site that anyone can go to look at and see

14       if a verification is confirmed.  I will have a video that

15       shows that.

16             But mining -- that's why mining -- that's what it

17       is.  It sounds complex, but when we put it down in that

11:17:55  18   area, all I want you all to understand is that the

19       verification involves -- it's all public.  It's used to

20       confirm and validate these waiting transactions.  It's

21       integral to Bitcoin.  It's integral to all cryptocurrencies

22       that have their own blockchains because it ensures fairness

23       while keeping that cryptocurrency's network stable, safe and

24       secure.

25             Now, I told you about the miners that were winning

1    the miner fees.  So what happens is all confirmed

11:18:28   2    transactions are packed in a block which fits very strict

3    cryptographic rules, and it's verified by the network.  But

4    eventually that size of that data hits a certain level, and

5    it's time to form a new block.  Picture it like a chainlink,

6    one of the chains.  Before they create a new block, let's

7    say that block had 100 transactions that were confirmed and

11:18:59   8    verified.  That means you have 100 miners that got the

9    answer correct and won miner fees.

10    They are all entered into a lottery, and one of the

11    random miners actually gets awarded brand new minted Bitcoin

12    into their account, and it shows on the blockchain as newly

13    minted Bitcoin.  It's how new Bitcoins enter the economy.

14    It's just the way the system works.  Once that happens, a

11:19:27   15    new chainlink or a new block is formed and the process

16    repeats itself.

17    When Bitcoin was first started up to 2013, I think

18    maybe a little bit into 2014, the lottery would distribute

19    50 newly minted Bitcoin into the miner that won the

20    lottery's wallet.  When Bitcoin first began, it wasn't a lot

21    of money because Bitcoin didn't have value, but towards

11:19:59   22    October, November, December of 2013, bitcoin surpassed the

23    value of $1,000 per coin, so those miners that won the

24    lottery were making the equivalent of $50,000 or more for

25    just solving that block.

1        As Bitcoin became -- more transactions became

2   happening and it became more and more popular, someone with

3   a computer would not be able to catch up with -- would not

11:20:25   4   be able to solve those problems in a timely fashion.

5   Because of the amount of money that was being rewarded to

6   miners, big corporations got involved and started designing

7   faster computer chips, faster mechanisms to be able to solve

8   the mathematical problem quicker.  That's pretty much what

9   has happened.

10       Bitcoin right now, if you're a miner on it, you

11   won't be able to do it on your own computer, but you could

12   join a pool which is -- let's say we split the courtroom

11:21:00   13   into two pools right down the middle.  The one on the left

14   means you all run a special type of software that you're

15   computer power, your computing power, is all combined, daisy

16   chained together and you're all working to solve those math

17   problems.

18       We go to the other side of the room, they have the

19   same thing.  They would be a separate pool, but there's more

20   computers on this side of the room, so this side would have

21   a better chance, more capability of winning the lottery more

11:21:27   22   times than this side just because you're able to solve the

23   mathematical problems quicker and you're able to get that

24   lottery ticket, if you will.  So that's how mining works,

25   and that's the verification thing, and it's a very important

1    part of the Bitcoin -- the Bitcoin network.

2         They keep the network secure by approving

3    transactions.  They receive miners' fees so they are awarded

4    for their work, and they have a chance to win newly minted

5    Bitcoins if they win the lottery on the block, but the most

11:21:58  6    important thing to take away from this is the fact that once

7    a transaction is confirmed and validated, it gets included

8    in the public ledger, which I had mentioned is a blockchain.

9    To give you an overview of what it looks like is this chart.

10         Person A, they originate a transaction via the

11    wallet.  It's broadcast to the network, and then random

12    nodes on the network verify those random nodes are miners as

13    I ran in the courtroom earlier as my example.  They

11:22:26  14    broadcast the transaction to the network.  They bundle the

15    transaction.  It's approved, a block is generated.  It's

16    broadcasted to the blockchain after it's verified and then

17    ultimately win the block.  That's how new Bitcoin enter.

18         Bitcoin when it started usually would be

19    approximately ten minutes to confirm, and when I say

20    confirm, once a Bitcoin transaction is sent, you can't take

21    it back.  And you can send Bitcoin to someone's address, and

11:23:00  22    they don't need to say:  I don't want to receive this.

23         They can't refuse it.  But the confirmation is not

24    the first place person that got the answer right but the

25    second, third, fourth, fifth, sixth is coming up with the

1   same answer to the algorithm or mathematical problem.  Those

2   are the confirmations, and depending on the activity of the

3   network, it can take a certain time.

4            Here's a video that will be able to show a little

11:23:26   5   bit about how Blockchain itself works and the technology

6   behind it.  More so how there's checks and balances on it.

7            Play?

8            MR. GADD:  Please.

11:25:46   9                      (Video played.)

10           THE WITNESS:  Stop.

11                      (Video ended.)

12           So of course this video is actually a few years old

13  as well.  When they referenced something that occurred last

14  year, it wasn't actually last year, it was a few years ago.

11:25:58  15  But it does show, and what the one thing I do like about it

16  is it shows the picture of the guy breaking into a bank.  If

17  someone breaks into a bank system, a computer system hacker,

18  they can steal everyone's accounts and take money from it.

19  But the way Blockchain works, if someone tries to do a

20  counterfeit transaction, tries to trick everyone by saying

21  this is a transaction, it won't match up with the thousands

22  of other ledgers that are constantly being updated, and it

23  doesn't even get confirmed.

11:26:30  24           This is a concrete proof that a transaction takes

25  place.  It shows up on the Blockchain.  If it's not on the

 1   Blockchain, the transaction never took place.  The entire

 2   cryptocurrencies network will rely on its specific

 3   Blockchain, so each cryptocurrency has its own Blockchain,

 4   its own public ledger.  We trace Bitcoin transactions as law

11:26:58  5   enforcement by using the Blockchain.  We review the

 6   transactions that occur on a Blockchain.  If I view an

 7   undercover purchase, yes, I have my evidence of what I did.

 8   I have my testimony, but if I did any type of purchase, my

 9   evidence would be the Blockchain itself.

10       If I knew the address that I sent the coin to, I

11   can go on the Blockchain and look at that address as a

12   transaction, as well as where the coins would go after I

11:27:29 13   sent it to them, and we do the same thing in reverse.  So,

14   if I know that one account is receiving cryptocurrency

15   from -- from another individual, and that account is being

16   used to purchase certain items, I can go back and take a

17   look at -- I can ask them:  Who sent you the coin to

18   purchase these items?

19       And if they identify an individual, then I go on

11:27:58 20   the Blockchain, see the account that had sent coin into that

21   account, and based upon what they are stating, until I'm

22   able to confirm it.  I would associate that account with who

23   they are stating it belongs to.

24       The Blockchain is very important.  We utilize it to

25   trace.  It is the ledger.  Just like any type of financial

1     investigation, the ledgers are extremely important.  Now

11:28:28   2     that the person received the coin, it's the same thing as

3     before but in reverse.  The person that receives the coin

4     has to go through a digital currency exchanger.  It goes

5     through the digital currency exchanger, they now have fiat

6     currency.  The fiat currency can either be deposited into a

7     bank or stored in large quantities.

8             So, when we get into a problem -- we will go back

9     two steps.  Sorry.  We're just going to go back a few steps,

11:28:59   10    and I'm going to re-highlight.  If a person is receiving

11    digital currency from illicit sources, their options are

12    limited on how to exchange that illicit proceeds in the form

13    of cryptocurrency.  They are limited.  So they have to

14    utilize whatever they can.  Online digital currency

15    exchangers also trace transactions.  They have software that

11:29:27   16    will tell four or five hops or four or five transactions

17    prior to showing up in our exchange, that person's coins

18    came from a Dark Net market site, an elicit gambling site, a

19    pornographic site, whatever.

20            But we can -- they can tell it's an illicit site.

21    They, as part of their compliance program, will ask the

11:29:56   22    person that owns the account:  Hey, where are your coins

23    coming from?

24            And if the person doesn't answer, they close their

25    account.  They are monitoring in the type of where the coins

are coming from, also where the coins are going.  Especially

if the amount of traffic or the amount of coins being

received, the monetary value, starts rising.  If it's not

consistent in what the person says they do for a living, it

11:30:27   would become suspicious in their eyes, and they are going to

ask those questions.

        An ATM machine has its own issues.  The ATM machine

only has a limited amount of cash in it, and you would

actually to have drive around and hit all the different

ATM's, but they are not as popular yet as regular ATM's, so

you may not be able to facilitate the liquidation of the

11:30:58   funds you need, if you're a high volume vendor, by utilizing

an ATM machine.  You're extremely limited on an online

digital currency exchanger, yet that would be the best place

to do it because they only charge 1, 1.5 percent, 2 percent.

ATM machines will charge 8 to 12 percent, and a peer-to-peer

exchanger, if you're taking your coin and you're selling

11:31:27   them to an individual, they can charge whatever they want.

        And that is why we find that, at least in our

investigations where we have Dark Net vendors, they are apt

to not only become their own peer-to-peer exchanger offering

the sale, but, in fact, to be competitive, they may offer a

lower amount than what the other people are doing, just to

move those coins as quickly as possible.  But because of the

11:31:58   logistics it takes to be able to just convert to fiat

1    currency and your options are limited, we usually find that

2    our Dark Net vendors have a larger quantity of BitCoins as

3    well as a larger quantity of U.S. Currency.

4         So our next thing would be forks, and then we'd be

5    done with the he cryptocurrency thing.  Do you want to get

6    into the forks?

7    Q.      BY MR. GADD:  Let's go through it briefly.  Yes.

11:32:28    8    A.      Okay.  The other thing with cryptocurrency is

9    they -- every now and then, since it's software and since

10   it's digital, they may need to make enhancements, different

11   features for whatever it is, and when they do that it's

12   called a fork, and it's a change of the software of the

13   digital currency network that creates two separate versions

14   of the blockchain that has a shared history.

11:32:58    15        So, the blockchain is all confirmed transactions.

16   If they make enhancements, they change the true nature of

17   it, they call it a fork because that's what happens.  All

18   future transactions go a different path.  So this is how it

19   will work.

20        So forks can be temporary.  They can last for a few

21   minutes or they can be a permanent split in the network

22   creating two separate versions of the blockchain.  When this

23   happens two different digital currencies are created.  They

11:33:26    24   are known as soft forks and hard forks.  So a soft fork is a

25   software upgrade.  It is backwards compatible with older

1    versions.  This means that the miners or participants that

2    did not upgrade to the new software would still be able to

3    participate in the future validating and verifying of

4    transactions, and then that picture on the bottom there

5    would show, you know, the original chain.  Once the soft

11:33:59    6    fork occurs, the network is a little bit different, so it

7    goes down a different path and then the original chain dies

8    out because they are not mining new blocks.

9          An hard fork is something different.  It's a

10    software upgrade that isn't compatible with older versions.

11    All the participants, the miners, must upgrade to the new

12    software to couldn't participating and validating new

11:34:27    13    transactions.  If miners do not upgrade, they are separated

14    from the network of the new version of the cryptocurrency

15    and not able to validate the new transaction.  So this

16    separation results in a permanent divergence of the

17    blockchain, which means as long as there are miners

18    validating transactions in the original or the minority

19    chain, the two chains will concurrently exist creating two

11:34:59    20    separate cryptocurrencies.

21          So when a cryptocurrency forks, if you have a

22    certain number of cryptocurrency -- I'm sorry.  If a

23    cryptocurrency does a hard fork and you have -- say you have

24    Bitcoin, you have ten Bitcoin in your wallet, the moment it

25    creates the hard fork, you now have ten Bitcoin in your

872

1      Bitcoin wallet and whatever the new name of the fork is,

2      creates a new cryptocurrency, you now have ten units of that

11:35:29   3      cryptocurrency.  That's it.  That's the end of the

4      cryptocurrency portion of it.

5      Q.      Let me ask you a couple of questions about forks,

6      and then I will talk about other things.

7      A.      Sure.

8      Q.      Did Bitcoin fork after November 22, 2016?

9      A.      It did.

10      Q.      Was one of the new currencies created by one of

11      those hard forks, was it called Bitcoin cash?

12      A.      That's correct.

13      Q.      A separate cryptocurrency, though?

14      A.      Correct.

11:35:58   15      Q.      And then was another called Bitcoin gold?

16      A.      That's correct.

17      Q.      Both of which came after November 22 of 2016?

18      A.      That's correct.

19      Q.      All right.  Now, more generally.  Do you have to be

20      smart to set up a cryptocurrency wallet for yourself?

21      A.      No.  You just download the program and hit "run."

22      Q.      Do you have to be smart to exchange your Bitcoin

23      for cash?

24      A.      No.

25      Q.      Let's talk about seizing cryptocurrency for a

873

11:36:29  1   minute.  So, as a law enforcement officer, have you run into

2   situations where there's a wallet address associated with

3   your target and your investigation and you can see on the

4   Blockchain that that wallet address has Bitcoin in the

5   wallet, but you can't access the wallet to get to that

6   Bitcoin?

7   A.       Sure.

8   Q.       So then what steps do you take to try to gain

9   access to the wallet?

11:36:58  10  A.       The first step would be:  Would you like to

11  cooperate, and then give us access to your wallet?

12           If that doesn't work, our other steps are to locate

13  the seed words or the private keys that, when they created

14  their wallet, they wrote down and stored somewhere.  And if

15  we have those, we'll clone the wallet and it's just making

16  an exact copy, a working copy of the suspect wallet.  I

11:37:26  17  would then seek a search warrant, and once I received a

18  search warrant, I would then send the coin from a cloned

19  wallet to a government controlled wallet.

20           And once that transaction takes place, that is when

21  the coins are actually seized because if I clone a wallet,

22  that's like I said a duplicate of a wallet that's still in

23  control of the target of the investigation.  Either they or

24  co-conspirators on other people could still have access to

11:38:00  25  it.  I'm not prohibiting them from doing anything with those

1    coins.  The moment I do hit send and send those coins to a

2    100 percent government controlled wallet, that's when the

3    seize would actually take place.

4    Q.      Let me ask you now a few questions about the source

5    of Mr. Shamo's Bitcoin.  Have you reviewed wallets

6    identified on devices seized from Mr. Shamo's residence?

7    A.      Yes.

11:38:28   8    Q.      Did you review those wallets and associated

9    addresses on the Blockchain?

10   A.      Of course.  Yes.

11   Q.      Do you have an opinion as to the source of the

12   Bitcoin in his wallets?

13   A.      The source on wallets that we saw and we observed

14   that were responsible for feeding the other wallets used for

15   the Logistics of the distribution and whatnot, the primary

16   source of those coins were coming from Alpha Bay.

17   Q.      When you were in there on the Blockchain looking at

11:38:58   18   the wallet addresses associated with the ones found on

19   Mr. Shamo's devices, did you see any evidence that any of

20   the Bitcoin in his wallets came from Bitcoin mining?

21   A.      No.

22   Q.      And you would see it, right, like if he had one the

23   lottery on one of the blocks, you would be able to see that

24   right on the Blockchain, right?

25   A.      If he was mining, I would see it several ways; on

11:39:29   1    the Blockchain, absolutely it would state that it came from

2    a specific mining pool, a newly minted Bitcoin, but there

3    would be other tells that someone was mining.  They would

4    have mining equipment.  They would have an extremely high

5    power bill.  Yes.  So, there were other indicators, but on

6    the Blockchain it would actually list newly minted Bitcoin

7    or which -- that they are mined, as opposed to just a

8    regular transaction.

11:39:57   9    Q.      And for the wallets identified and seized, there's

10   no evidence of that, correct?

11   A.      I haven't seen any on the transactional histories.

12   Q.      Let's talk about value of the Bitcoin historically.

13   You indicated that it fluctuates, and when I say value, I

14   mean Bitcoin to dollars, that value.  And its fluctuates

15   over time, correct?

16   A.      Correct.

17   Q.      Did you have the opportunity to look up the

11:40:25   18   approximate value of one Bitcoin on November 22, 2016?

19   A.      Yes.

20   Q.      And when you talk about values, you actually give,

21   like, the low and the high for the day, right?

22   A.      Yes, because it fluctuates all the time.  If I said

23   Bitcoin value is this right now, right now it's different.

24   It changes because it's always fluctuating.  So the way I

25   associate value, each day, historically, we'll have a low

11:40:55  1  and a high, and for when I do calculations of how much a

2  transaction was -- it's two ways; historical to find out how

3  much Bitcoin was worth that at a certain time that someone

4  had in their possession, I always base it on the low for the

5  day.

6        If I'm going to go look at what the value is for a

7  specific transaction, I will go to the Blockchain, and I

8  will see what the value is.  Some sites, one in particular

9  that I like to use, blockchain.info or blockchain.com, when

11:41:27  10  you're looking at the public ledger at the Blockchain of a

11  transaction, if you hover your cursor or your mouse over the

12  transaction, the Bitcoin value, after the transaction is

13  completed, it will tell you the value at the time of the

14  transaction, in whichever currency you set for.

15  Q.      Now, going back to November 22, 2016, was the

16  value, Bitcoin to dollars, for one Bitcoin, between 736 and

11:42:01  17  $753 approximately?

18  A.      Yes.  Its sounds correct.

19  Q.      And I think what you've testified to is if you're

20  going to pick just a single value to represent that day,

21  you're going to go to the low end value of that range,

22  correct?

23  A.      Yes.

24  Q.      Now one more.  This is the date Ms. Shamo's wallets

25  were seized or contents were seized, did you have a chance

877

1    to look up the approximate value of one Bitcoin on October

11:42:29   2    11 and then on October 13 of 2017?

3    A.       Yes, sir.

4    Q.       For the 11th, was the value approximately $4,751

5    dollars on the low end and then approximately 4800 -- 4873

6    on the top end?

7    A.       That sounds correct.

8    Q.       And then two days later, on the 13th of October,

11:42:50   9    2017, was the value of one Bitcoin $5,436 on the low end?

10    A.       That sounds correct.

11    Q.       And then $5,840 approximately on the top end?

12    A.       Yes, sir.

13             MR. GADD:  Elizabeth, if we could toggle now to

14    Ms. Laughter's screen, I want to just show -- I will cut out

15    most of these.

16             I want to show you just one exhibit seized from

17    Mr. Shamo's electronic devices.

11:43:25   18             Could we look at 14.03.

19             Can you see that there?

20    A.       Yes, sir.

21    Q.       We're looking at iMessage messages.  And then if we

22    could pick it up on the bottom half there where it starts

23    with local user and then go down.  So if you could call out

24    the bottom half for us.

25             Is that easier to see?

878

```
          1   A.       Yes, sir.

          2   Q.       All right.  Could you ride that top one to us?

          3   A.       Top line.  Local user.  Hey, this is Aaron.  I saw
11:43:57  4   your ad on Local Bitcoins.  Would you be available tomorrow

          5   to do a trade for 5,000?

          6   Q.       And you have had a chance to do this before,

          7   correct?

          8   A.       Yes.

          9   Q.       The local user, the person whose device we seized,

         10   is talking with someone whose phone number is not identified

         11   on here, and they are setting up a Bitcoin transaction,

         12   correct?

         13   A.       Yes.

         14   Q.       Why would someone want to set up a transaction like

         15   this outside of the website localbitcoins.com?
11:44:29 16   A.       And it depends.  I would have to look at the rest

         17   of the message to see if it actually did go outside of the

         18   site.  This could be -- I can't tell the format of this.

         19   This is a messaging platform.

         20   Q.       iMessage?

         21   A.       Okay.  So the person most likely put their -- you

         22   put it in the ad.  If you're looking to buy Bitcoin and

         23   that's your business, you're going to put information in

         24   your ad saying:  If you're interested, contact me at this

         25   number.
```

1    Q.        And we can scroll through.  This is a long exhibit,

11:44:58   2    but what if we looked at just maybe the first six pages.  We

3    won't go any farther.

4    A.        That's fine.  We'll just scroll through.  Okay.

11:45:12   5    I'm ready for the next page.  Next page, please.  Next page.

6    Okay.  So it looks like they continued business with this

7    person, so at least on this one -- and I don't know what was

8    conversed in person.

9    Q.        Sure.

10   A.        At least this one tells me that local user is --

11   it's because of also looking at the second message, the

12   second transaction that was going on -- asked to do a trade

13   for Bitcoin for 5,000.  Based off the first portion, the

11:45:57   14   first earlier dated message text string, all we know is

15   that's going to be Bitcoin and someone is going to be

16   receiving 5,000.  I couldn't tell if someone was selling

17   Bitcoin or not, but now when we go to a later date, that

18   specific individual was reaching out to local, the local

19   user asking:  Are you still selling coins?

20        So, based off of that, that tells me the first

21   transaction, Aaron was looking to sell Bitcoin for $5,000.

22   Whether they used it or not, there is no mention in this,

11:46:28   23   but normally if you are going to sell Bitcoin or you are

24   going to buy it, you can get a better deal with the vendor

25   if the site doesn't act as an escrow and take a percentage

1    of the transactioning, so they just most likely did what I

2    referred to, which is commonly referred to as a direct deal.

3    Q.      I promised you one, now I have changed my mind if

4    that's all right?

5    A.      That's fine.

6    Q.      Could we look quickly at 14.02.  Same questions

11:46:57  7    here.  So again we're looking at iMessage and then starting

8    at that top, that blue one, if we could call that up.

9           Take just a minute and look at this and then I want

10   to ask you some questions about it.

11   A.      Okay.

12   Q.      So in the blue at the top the person identifies

13   themselves as Aaron Shamo 4 from Local BitCoins.  Do people

11:47:30  14   sometimes use user names on Local BitCoins?

15   A.      Absolutely.

16   Q.      And then does it appear to you that two people were

17   meeting up for a transaction or at least setting that up?

18   A.      They are setting up a meeting.  The first message

19   is very clear that they are going to know him from

20   localbitcoins.com site, and they are just, yeah, figuring a

21   location to meet.

22   Q.      And then it looks like Starbucks, Cottonwood

23   Heights?

24   A.      Uh-huh.

25   Q.      Okay.

881

11:47:56   1          Could we look at the next page quickly.

         2   A.       Okay.  So right off of this -- and when I look at

         3   the message, I also look at the time stamp on it.  So they

         4   set up a meet, courtesy message saying:  Hey, thanks.  I'm

         5   getting off the freeway.

         6          And then what we have there is they are together

         7   they are meeting in order for them to effect the

         8   transaction.  It's easier for the person -- if I'm going to

11:48:28   9   receive coins from, say, you at a meeting, I'll text you my

        10   Bitcoin address by copying it from my wallet app, pasting it

        11   in a text message, sending it to you so then that you can

        12   copy it character-for-character, because it's lengthy, paste

        13   it into your wallet app to send me the coins.  So the fact

        14   that the other phone provided an address, that tells me that

        15   the flow point is going from Mr. Shamo to this individual.

        16   Q.       And let's call up that address.  So it's the long

11:49:00  17   string starting one.

        18          Yeah, you got it.

        19   A.       Yep.

        20   Q.       Is that the address there you're referring to?

        21   A.       Absolutely.  That's the Bitcoin address.

        22   Q.       1HBE2Q, that one?

        23   A.       Correct.

        24   Q.       And that came from the other individual?

        25   A.       Yes.

882

11:49:26

1    Q.        All right.  Now let me ask you a more general

2    question.  Based on your experience in investigating these

3    cases, where does the person holding the wallet who gets

4    paid by the Dark Net market fit into a drug trafficking

5    organization's hierarchy?

6    A.        Just like any other business, they are the boss.

7    Q.        Let's talk for a minute about PGP encryption.

8    A.        Sure.

9    Q.        If we can toggle back.

10             Did you also prepare slides, a short set of slides

11:49:52

11   to aid your testimony in describing for the jury PGP

12   encryption?

13   A.        I did.

14   Q.        When you're ready, let's jump back in.

15   A.        Okay.  So we had mentioned -- a little bit earlier

16   I had mentioned PGP encryption, and threw some words at you

17   all.  This is going to just help you understand it.  It's a

18   very short slide with some animation and then -- so, first

11:50:26

19   off, with PGP encryption.  PGP encryption is also referred

20   to as pretty good privacy.  It's a way to encrypt messages

21   online.  It's used to encrypt emails, texts, files and more.

22   It was created in 1991, and it's the closest to military

23   grade encryption known, commonly used on Dark Net markets.

24             When I said Alpha Bay required use of it by the

11:50:56

25   vendors just to log into, this is what it is.  It's not

1    difficult.  The software does the majority of the work, like

2    most of the stuff being used, but to understand how it

3    works, I'll utilize these two animation figures, Zack and

4    Rob.  Rob wants to send Zack a message over the internet.

5    That's what a message would look like.  But Rob doesn't want

6    someone who is spying who has access to the message to be

7    able to read the message if they intercept it.

11:51:30    8         So, to accomplish that, both Rob and Zack should

9    encrypt their message using PGP.  To begin, they each need

10   to have a computer, the computer needs to have internet

11   access, and they need to download and install the PGP

12   software.  It could also be a cell phone.  There are five

11:51:54   13   steps to encrypt a message.  Zack will create a public and

14   private key.  He'll share the public key with Rob.  Rob will

15   encrypt the message with Zack's public key, send a message

16   to Zack.  Zack will decrypt Rob's message using his own

11:52:18   17   private key.  That creates his private and public keys.

18         He will give a copy of his public key to Rob.  Rob

19   will use that public key to encrypt the message, send it

20   back to Zack, who will use his private key to unencrypt

11:52:56   21   Rob's message.  If anyone intercepts the message over the

22   internet or finds it in its encrypted format, it will look

23   like this.  And the indication that it's encrypted and it's

24   a message, not the key that they are sharing is -- if you

25   read the top of it and the bottom, begin PGP message or end

1    PGP message.  That is really it.

2           All you would have to do is copy from the first

11:53:28  3    dash up top to the bottom dash on the bottom.  As long as

4    you have their public key in your key ring, you can encrypt

5    a message and send it in this format to them, but if someone

6    sends you a message with your public PGP, you copy and paste

7    all the characters, put it on your clipboard for your key

8    chain and hit the button that says decrypt.  It will prompt

9    you for a password.  You put your password in and then the

11:53:57  10   message decrypts.  Nice and simple.  That's it.

11   Q.      I think you got at this at the end, but I want to

12   make sure that we are abundantly clear.  Is it hard to

13   encrypt a message using PGP encryption?

14   A.      No.  The software does it all.

15   Q.      Is it hard to decrypt a message coming to you if

16   you have the right key?

17   A.      No.  It's cut and paste.

11:54:23  18   Q.      Were PGP keys significant in your efforts to

19   de-anonymize vendors in your Dark Net overdose

20   investigations?

21   A.      Absolutely.

22   Q.      How so?

23   A.      On my overdose investigations, we actually have to

24   conduct two investigations.  We have a victim who is

25   deceased, so we need to look at their key ring on their

1    computer and their devices and see whose public keys they

2    were in possession of to see if they married up with anyone

11:54:55   3    that we suspect was the vendor responsible for selling them

4    the narcotics.  That's the first portion of it.  Then when

5    we take our regular steps to de-anonymize the individual

6    responsible, when we do our search warrants, we look to see

7    if the vendor's computers have a key pair, which is the

8    private and public key together.

9         That key pair, if the public portion of that key

10   pair is the same public key displayed on the vendor's

11:55:26   11   profile page, they are operating as the vendor.

12   Q.       In we could toggle one last time to Ms. Laughter's

13   screen, I want to show you an exhibit.  This would be 14.46.

14   This is a document seized from Mr. Shamo's iMac.  There's

15   one next to me, in fact.  Have you had a chance to look at

16   this previously?

17   A.       Yes, sir.

11:55:58   18   Q.       Would you tell the jury what it is we are looking

19   at here in 14.46?  Can you scroll through it?

20   A.       Yeah.  It's missing the middle portion.

21   Q.       Here we go.  That's it.

22        And then if we could move to the next page.

23   A.       So, right there, on that slide right there on it,

24   so when you export -- when you create a PGP key or you have

25   your software and you're going to create your own key pair,

11:56:28  1    this is what it looks like.  It's a private key block and a

2    public key block.  And if you take this, both of them, and

3    import it into a key ring, you now can encrypt messages with

4    that key.

5            When we have these and we find these, we take a

6    good close look.  We do several things with it.  One of them

7    is we will import it into our key ring and get the

11:56:58  8    identifiers, the key ID, stuff like that.  It will tell us

9    the date the key was actually -- the original key was

10    created, but what I teach my investigators, it doesn't even

11    get technical is, if you believe you have this and you

12    believe it belongs to your vendor, compare the public key

13    block to the public key on the vendor's Dark Net page, and

14    if it matches, it's your vendor.

11:57:29  15   Q.      Could you just go line-for-line?

16   A.      I mean, I first will do it the regular way, but you

17   can actually really put it right up against the picture of

18   one and go line-for-line, and you will see that they

19   actually match.

20   Q.      All right.  I want do that with you, but before we

21   do that, let's talk more about the regular way.  Did you

22   take this key pair and import it into your key ring?

23   A.      Yes.

24   Q.      Were you able to tell when this key pair was

25   created?

11:57:58   1   A.      This specific one was created November 11, 2015.

2   Q.      Okay.

3           Now, Ms. Laughter, if we can, could we take the

4   last page.  So this will be the end of the public key block.

5   And I'm wondering if we can split screen it with one of

6   those earlier screen shots we were looking at.  And I'll

7   give you the number when you're ready.  Yeah.  You've got it

11:58:29   8   there.  Yep.  And I'm wondering if you could call out for us

9   just the last two or three lines of each of these public

10  keys we've got on both sides of the page.

11  A.      Okay.

12  Q.      You can see those both okay?

13  A.      Yeah.

14  Q.      And we won't do the whole entire public key.  You

15  have in fact compared them, correct?

16  A.      I compared them not only visually but when I

11:59:00  17  imported it.

18  Q.      And these are the same?

19  A.      The exact same.

20  Q.      And the jurors can see it right now, right?

21  A.      I can see it.  So, yes, the text document on the

22  left is double spaced but the characters are all the same,

23  going from the first that locates, E, capital K, capital U,

24  capital H, all the way through the line to the end where it

25  was lower case q, lower case i, 6, capital E, capital B.

| | |
|---|---|
| 11:59:28 | 1 |
| | 2 |
| 11:59:33 | 3 |
| | 4 |
| | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| | 10 |
| 12:00:27 | 11 |
| | 12 |
| | 13 |
| | 14 |
| | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| | 20 |
| | 21 |
| 12:00:56 | 22 |
| | 23 |
| | 24 |
| | 25 |

1  Same thing for the line after that.  Same thing for the last

2  portion of it.  And then in the end, after the equal symbol,

3  capital L, lower case t, l, x.  It's the same.

4  Q.     Okay.  Let's you and I clarify, and I appreciate

5  having help.  So we have got two PGP screen shots up here.

6  The one on the left came from Mr. Shamo's computer, correct?

7  A.     Yes.  That's what I was told.

8  Q.     The one on the right same from Pharma-Master's

9  front-facing store on Alpha Bay correct?

10  A.     It's a screen shot of his profile page, yes.

11         MR. GADD:  Nothing further.  Thank you.

12         THE COURT:  Thank you.

13         You may cross examine, Mr. Sam.

14                    CROSS EXAMINATION

15  BY MR. SAM:

16  Q.     Mr. Gino, when you started out your testimony, you

17  were asked about two cases; is that correct?

18  A.     Yes, sir.

19  Q.     One in Philadelphia, one in Portland, I believe; is

20  that right, or something like that?

21  A.     Both of my victims on both cases were in Portland,

22  all the victims involved, but the locations were

23  Philadelphia and South Carolina.

24  Q.     South Carolina, okay.  Just to be clear, those

25  cases have nothing to do with this case; is that correct?

1    As far as Aaron Shamo and investigating this case, those

2    cases didn't lead to investigation on this case or -- is

3    that correct?

4    A.       Correct, sir.

5    Q.       And they have nothing to do with Aaron Shamo,

6    correct?

12:01:28   7    A.       The sites are the same, Alpha Bay, so I don't

8    really understand what you mean by the question.

9    Q.       Your involvement with those cases didn't lead to

10   your investigation on this case; is that correct?

11   A.       Oh.  You're asking if my investigation in those

12   cases led to the investigation of Mr. Shamo?

13   Q.       Correct.

14   A.       No.  My experience on those cases is why I assisted

15   on the case with Mr. Shamo.

12:01:56   16   Q.       Okay.  So the facts of those cases don't relate to

17   the facts of this case, correct?

18   A.       The methods were the same, but, yes, the facts we

19   charged Mr. Shamo with were not the same.

20   Q.       Okay.  I just wanted a clarification on that.  If

21   we could -- I think we -- so Exhibit 15.26, if we could pull

12:02:24   22   that up?  I mean, we could go to -- is it 3442?  If we can

12:02:46   23   just pull that up.  Actually we can stop it right here.

24       Do you recognize that, what that exhibit is, or do

25   we need to show more?

1    A.        That would be access to the Sigaint security email,
2    does that sound correct?  That's what the address looks like
3    at the top.
4    Q.        Okay.  Were you present when this video was made --
5    A.        Yes.
12:03:29  6    Q.        -- do you remember?  And can you tell us about
7    that, when that happened or about making it?
8    A.        I believe this was during an interview with one of
9    the defendants.
10    Q.        It would have been an interview -- maybe I can help
11    you out -- with Mario Noble?
12    A.        Yes.
13    Q.        You were sitting down with him at a computer?
14    A.        Yep.
15    Q.        And basically taking some screen shots.  And I
16    think Mr. Gadd showed you a screen shot during this video
17    probably when the operation had the email or the -- not the
12:03:59  18    email but the message from Pharma-Master saying the owner
19    had been busted today.  Is that correct?
20    A.        The -- this was a lengthy interview, so what we did
21    was we accessed the account, so if the screen shot came from
22    that, then I would agree, but I don't know if that screen
23    shot came from an instance when I wasn't there.
24            THE COURT:  What exhibit is this?
12:04:30  25            MR. SAM:  It's exhibit 15.26, and it's a video

891

1    where --

2           I believe you were present, maybe not the whole

3    time the video was being made.

4    A.      I was.  If we could put the video at the portion

5    where the screen shot was set then I can say, yes, this is

6    when that screen shot was.

7           MR. SAM:

8    Q.      Could you put that up?  Yeah.  3442.

9    A.      Okay.  Yes.  So --

12:05:12  10  Q.      Right.  Maybe it was the screen shot before that

11   was blown up.  It says:  This account owner got busted

12   today.

13   A.      Yes.  So I would say, yes, I was present, and I was

14   doing the recording of it, and I guess the screen shot came

15   from that.  Thank you.

16   Q.      Right.  Okay.  So -- and I want to ask the

12:05:27  17  question, too.  You came into this after Mr. Noble had been

18   arrested, right, and you sat down with him.  Is that

19   correct, or were you involved earlier?

20   A.      You mean for the interview?

21   Q.      No.  I mean, as far as investigation in this case,

22   were you involved prior to this interview with Mario Noble

23   or?

24   A.      I actually had an investigation on one of

25   Mr. Shamo's customers, so I guess technically I was involved

|        |    |                                                                   |
|--------|----|-------------------------------------------------------------------|
|        | 1  | in a portion of this investigation beginning of November of       |
|        | 2  | 2017.                                                             |
| 12:05:59 | 3 | Q.      Or 2016?                                                 |
|        | 4  | A.      I mean 2016.  Sorry.                                      |
|        | 5  | Q.      Correct.  So it would have been -- the earliest you       |
|        | 6  | would have been involved in this case would have been with        |
|        | 7  | that, November, 2016; is that correct?                            |
|        | 8  | A.      That's correct.                                           |
|        | 9  | Q.      Okay.  And are you aware of how this case evolved,        |
|        | 10 | when it was first discovered that this operation was there?       |
|        | 11 | A.      Which operation?                                          |
| 12:06:28 | 12 | Q.      The one that Mr. Shamo is accused of.                   |
|        | 13 | A.      No.  I'm sorry.  I didn't really -- if you can            |
|        | 14 | clarify the question because there's different aspects of         |
|        | 15 | this investigation, so...                                         |
|        | 16 | Q.      Right.  So, are you aware of how this investigation       |
|        | 17 | of Mr. Shamo, what Mr. Shamo has been alleged to have been        |
|        | 18 | involved in. --                                                   |
|        | 19 | A.      Yes.                                                      |
|        | 20 | Q.      -- when it started?  And when was that?                   |
|        | 21 | A.      I would say a day or two after his arrest, I was          |
| 12:06:59 | 22 | notified by one of the headquarters units about a              |
|        | 23 | deconfliction within one of my targets and the case that was      |
|        | 24 | happening out here.                                               |
|        | 25 | Q.      Okay.  And that's when your department got                |

1   involved?

2   A.       Department?  HSI was involved from the beginning.

3   Q.       So, are you aware that Mr. Shamo -- or there was a

4   package that was intercepted in San Francisco in July that

5   led to Ryan *Jensen's house being searched?

12:07:29   6   A.       I am familiar with that.

7   Q.       Okay.  And then, from there, Ms. Gygi was

8   interviewed and searched, his home?

9   A.       I know other people were receiving packages, and

10   there were interviews conducted, and their investigation

11   ultimately led to Mr. Shamo.

12   Q.       Okay.  And it wasn't a result of the investigation

13   in these internet transactions that discovered Mr. Jensen or

14   Mr. Gygi or Mr. Noble; is that right?

12:07:59   15   A.       I actually don't know how they got them.  I'm --so

16   I can't answer that.

17   Q.       It wasn't a result of your investigation, correct?

18   A.       Not my investigation.

19   Q.       Right.  And yours kind of began in this case with

20   Mr. Noble; is that right?

21   A.       No.  My portion -- my actual beginning of anything

22   that ties to this case began with an investigation on

12:08:25   23   another individual that was receiving narcotics in Portland,

24   Oregon.

25   Q.       Okay.  Okay.  And so you gave testimony about --

894

12:08:51  1    let me just take a look at my notes here.  I did want to ask

2    you about the messages with Mr. Shamo transacting on Local

3    Bitcoin?

12:09:29  4    A.      The ones I just spoke about.

5    Q.      The ones you just spoke about.

6    A.      Sure.

7    Q.      So I did want to ask you about how -- would that

8    be -- you did testify earlier that proceeds from illegal

9    activities, the individuals involved in that have a hard

10   time converting that to fiat; is that correct?

11   A.      Yes.

12   Q.      Okay.  And taking it to Local Bitcoin, would that

12:09:57  13   be a method that someone would use to convert illegal funds

14   to fiat, then?  Would that be -- would that be more of an

15   exposure for them, I guess is my question.

16   A.      Because they do not require any know-your-customer

17   type stuff, not a registered account with the True ID or

18   anything like that, it's actually the opposite.  It's less

12:10:25  19   exposure to any entity that seeks to regulate.  It's a

20   platform where they can meet.  So I would say it's less

21   exposure, at least to law enforcement or entities that do

22   regulations.

23   Q.      Okay.  And the only way you discovered that is

24   through discovery and getting into their messaging, then; is

25   that correct?

1   A.        Well, actually, because I would review -- the way

2   you discover -- are you talking about that specific message

3   or...

4   Q.        I would say in general, that it's --

12:10:57   5   A.        In general, the computer forensics showed emails

6   coming to that address saying:  You have a confirmed -- so

7   and so accepted your terms of sale.

8            And it was coming from the localbitcoins.com site,

9   so when I first observed that, I had an idea what was going

10  on.  This was the first time I had actually seen those

11  specific messages.  But there were indications of

12:11:23   12  localbitcoins.com's use from emails that were received.

13  Q.        Okay.  And you testified, too, about Alpha Bay

14  about how it was set up.  And you stated that there was --

15  there would be an administrator, a vendor would have an

16  administrator in charge; is that correct?

17  A.        No.

18  Q.        Okay.  Explain that.

19  A.        The site itself -- I was just explaining the

20  different roles of different people that -- or entities that

21  would be on the you site.  So that's just germane just to a

22  Dark Net market site.  A vendor would be someone who is --

12:11:59   23  wants to use the site to sell.  The site itself, the main

24  person of the site would be the administrator.  So it's...

25  Q.        Not necessarily the vendor, then?

1    A.        Absolutely not the vendor.  The vendor is paying

2    to -- it's like renting space at a flea market.  The vendor

3    is paying a bond to sell their items on the site.

12:12:32    4    Q.        Okay.  So your job is to find people that want to

5    be anonymous on the Dark Net, correct?

6    A.        My job is to find those that are doing something

7    illegal and are acting in an anonymous matter, for me to

8    identify who they are and arrest them and charge them.

9    Q.        Right.  They want to be an anonymous and they want

12:12:57    10    to -- they are doing illegal activity.  That's what you're

11    going after?

12    A.        Yeah.  I have to have someone violate a law that I

13    enforce for me to go after them.

14    Q.        And then once you start getting information like

15    talking to Mr. Noble, you're able to get in and find out

16    who's involved; is that correct?  You can kind of start

17    digging into it?

18    A.        Yes.  It's part of the investigation, so, you know,

19    we'll find evidence and statements and stuff and corroborate

20    their statements.

21    Q.        And then, from there, you can find fingerprints of

12:13:29    22    who -- and I think you.  I'm sorry.  Let my retract that.

12:13:55    23    You made the statement about somebody being involved in

24    transacting the money as somebody being the boss or on top;

25    is that correct?

```
 1   A.        I said something, but do you have what the question
 2   was?
12:14:14  3  Q.        That's what I'm looking for.
 4            THE COURT:  It's about quarter after 12.  Let's
 5   take our second longer break now, unless you only have one
 6   or two questions.
 7            MR. SAM:  I just have a couple more questions, Your
 8   Honor.
12:15:27  9            MR. SKORDAS:  We'll be faster.
10            MR. SAM:  So, as far as the verified transactions,
11   and the concept of money being held in escrow, that -- or
12   the concept of money being held in escrow is just not a Dark
13   Net concept, correct?
14   A.        Correct.  Money or cryptocurrency or just in
15   general?
16   Q.        In general.
17   A.        Uh-huh.
12:15:56 18  Q.        And Amazon transactions or money that can be held
19   before the purchase is verified, that happens in  --
20   A.        I wouldn't actually say that for Amazon.  When I
21   purchase something from Amazon, my credit card is billed
22   instantly before I receive the product.  I have the option
23   of returning it or having a dispute with them, but, no,
24   that's not an escrow system.  That's them charging me and
25   then if I don't get the product or I have options.  That's
```

1    not a good comparison.

12:16:28   2    Q.      But there are other everyday transactions that

3    involve escrow, not just related to the Dark Net, correct?

4    A.      I can't really think of any, but I don't -- I mean,

5    I may not be a good person to answer that.  Do you have an

6    example?

7    Q.      Just money being put down on a purchase of a car?

8    A.      Oh.  Okay.  Yeah.  Absolutely.

12:16:58   9    Q.      So -- and then, as far as the PGP key, there's --

10    that's a public key, correct, or the -- or I'm asking, I

11    guess, could multiple people have access to the public PGP

12    key.  It's not just related to -- or I mean just one person

13    that has that?

14    A.      The public key?

15    Q.      Uh-huh?

12:17:27   16    A.      Anyone who wants to communicate with the person

17    that is putting that out there will have possession of the

18    public key.

19    Q.      Okay.  And then the last couple questions I have to

20    you are just related to, if somebody wanted to be anonymous

21    and not have their stamp on even the Dark Net, they would --

12:17:55   22    they would want to not be associated with any of these

23    transactions; is that correct?

24    A.      So, which transactions are we talking about, the

25    narcotics transactions or the money transactions?

1    Q.       Or any of them.  Like Bitcoin -- I mean if you

2    were -- if you were smart about being involved in this drug

12:18:29   3    organization, you would want to be totally anonymous, right?

4    You would want -- you wouldn't want to have your name on any

5    of the Bitcoin transactions or any of the orders or as a

6    vendor?

7    A.       I understand what you're asking.

8    Q.       Right, I mean --

9    A.       So, if someone wants to be truly anonymous, they

12:18:53   10   would have to not be near anything, including the end

11   proceeds.  It just doesn't happen.  There's not enough trust

12   in the world where someone can hold on to all of their

13   money.  It's just human nature.  But, yeah, if someone truly

14   wants to be anonymous, then they would have to set up

15   something that nothing would ever trace back to them.

16   Q.       Yeah, like in this case with this drug operation,

17   Mr. Shamo didn't accomplish that, correct?

12:19:30   18   A.       Mr. Shamo is sitting in this courtroom, so I would

19   agree with your statement.

20   Q.       Yeah.  And so there's -- if there was somebody else

21   that wanted to be anonymous, they wouldn't be all over all

22   the Bitcoin or the orders?

23   A.       So your question is, want to be anonymous.  If

24   someone wants to be anonymous that's what they would have

12:19:56   25   to.  The fact is, if someone is going to operate a business

900

1    as a Dark Net vendor, it's impossible for them to be

2    anonymous.

3    Q.      Because there will be something that will

4    ultimately find him, correct?

5    A.      Usually it's the proceeds.

6    Q.      The proceeds.  So money, a money trail will --

7    A.      For a large quantity of narcotics that sold for a

8    large quantity of money, there would be a large quantity of

12:20:26  9    unexplained wealth that, at one time or another, crossed

10    paths and it was in the form of cryptocurrency for a Dark

11    Net vendor.

12            MR. SAM:  Okay.  No further questions, Your Honor.

13            THE COURT:  No redirect?

14            MR. GADD:  No, sir.

15            THE COURT:  We'll take our break and we'll be back

12:20:46  16    at 10 minutes to one.  Thank you.  We'll be in recess on

12:21:20  17    this matter until ten to one.

18                (Whereupon the jury leaves the courtroom.)

19                        (Lunch break.)

20            THE COURT:  We'll get the jury and proceed.

21            MR. GADD:  Yes, Your Honor.

12:53:55  22            THE COURT:  I assume you've got a witness.

23            THE CLERK:  All rise, please.

24            (Whereupon the jury enters the courtroom.)

25            The government may call it's next witness.

901

1      MR. GADD:  Your Honor, the United States calls

2  Robin Biundo.

3      THE COURT:  Come forward and be sworn, please,

4  right up here in front of the clerk of the Court.

5                  ROBIN BIUNDO,

6  the witness hereinbefore named, being first duly cautioned

7  and sworn or affirmed to tell the truth, the whole truth,

8  and nothing but the truth, was examined and testified as

9  follows:

12:56:06   10      THE CLERK:  Please state your name and spell it for

11  the record.

12      THE WITNESS:  My name is Robin Biundo.  R-o-b-i-n.

13  B-i-u-n-d-o.

12:56:24   14      THE COURT:  You may proceed, Mr. Gadd.

15                  DIRECT EXAMINATION

16  BY MR. GADD:

17  Q.      Ms. Biundo, are you prepared to testify about your

18  part in the investigation of Pharma-Master?

19  A.      Yes, I am.

20  Q.      Before we do that, very briefly I want to give the

12:56:58   21  jury a summary about your background and your experience.

22  Can you tell them a little bit about yourself.

23  A.      My name is Robin Biundo.  Again, I work for

24  Homeland Security investigations in Portland, Oregon, and I

25  have lived in Portland for about 22 years now, and I enjoy

902

1   the weather out there.  I love to do the kayaking on the

2   lakes, do some hiking in the gorge and stuff like that.

3   Q.      What are some of your duties with Homeland Security

4   Investigations?

5   A.      Homeland Security Investigations, I have been there

6   for about ten years, and I'm currently an intelligence

12:57:29   7   analyst for the group 2, which is our narcotics and bulk

8   cash smuggling group.  Some of my duties with that is to

9   assist the agents in their investigation, and I do that by

10   collecting and analyzing data on targets we are looking at.

11   Q.      You were involved in the investigation, the broad

12   investigation into Mr. Shamo; is that correct?

13   A.      That's correct.

14   Q.      When did you first become involved?

12:57:58   15   A.      I first became involved with a parcel that was

16   seized by customs and border protection that was headed to a

17   target out in Portland by the name of Olivia Luckcuck.

18   Q.      And that ended up tying into this broader case,

19   correct?

20   A.      That's correct.

21   Q.      In the period of time in which you were

22   investigating your part of the case, the Portland side of

23   it, and then when you were helping with the broader case,

24   were you accessing Alpha Bay as part of your work duties?

12:58:30   25   A.      Yes, I was.

1   Q.        Did you use an undercover account?

2   A.        Yes, I did.

3   Q.        Did you ever -- and when I say "you," I mean

4   generally the group you work in, you, the agents and the

5   other analysts that you worked with, did you all ever take

6   over accounts from cooperating suspects?

7   A.        Yes, we did.

8   Q.        If you had to give us a general idea, how

9   frequently would you say you accessed the Dark Net as part

12:58:59  10   of your work duties?

11  A.        As part of my work duties and during that time

12  frame with the case, that I was involved with the case, I

13  would say on average about four or five times a week.

14  Q.        Did you use your access to take pictures of

15  feedback left on Pharma-Master's store front on Alpha Bay?

16  A.        Yes, I did.

17  Q.        Could we look at Exhibit 15.00.  This is

12:59:28  18   approximately 366 pages.  Do you recognize this as the

19  screen shots that you took?

20  A.        Yes, I do.

21  Q.        Here on the first page, let's just look at a

22  couple.  If we could look at the bottom three rows of

23  feedback.  Can you see that?

24  A.        Can you make it bigger?  Maybe one side and then

25  the other?  Would that help with the --

904

1        MS. BECKETT:  Your Honor, if we could briefly

2   approach?

3        THE COURT:  All right.

13:00:15   4   (Discussion among the Court and counsel at the bench.)

13:00:15   5        MS. BECKETT:  So, at the pre-admission hearing, we

6   made some objections, but not all objections.  Some of those

7   were still held over, and the concern that I have right now

8   is that these documents that are essentially already

9   published to the jury right now, they have hearsay

10  statements in them that both contain an amount of drugs and

11  statements about the type of drugs involved, so I have

12  serious hearsay concerns in that regard, but I'm not quite

13  sure how the Court would prefer to address it given we

14  didn't actually address it at the pre-admission exhibit

15  hearing with regards to hearsay.

16       MR. GADD:  Your Honor, I think she is referring to

17  the bottom row on the feedback, or so the parts that say

18  what drug and the quantity; is that correct?

19       MS. BECKETT:  Part of that.  But also some say:

20  Great Fent.  Fent was fair.

21       Even so, the record is on the Fentanyl itself, and

22  I don't have the people who wrote that feedback.  I don't

23  have any substantiation of that feedback being what it is

24  and that it actually involved Fentanyl.  So that's my

25  concern.

1          MR. GADD:  So then it's two parts, not only at the

2     bottom row but the part where ostensibly with users having

3     typed in their feedback?

4          THE COURT:  Identifying the drug?

5          MS. BECKETT:  Correct.

6          MR. GADD:  Yes, that and others, we have addressed

7     this in our pretrial motion responses, specifically

8     addressing that it's not hearsay.  It's excepted out by the

9     rule, so Mr. Shamo -- and this is what we have argued

10    previously and that the Court has ruled on.  Mr. Shamo chose

11    to sell drugs on Alpha Bay, and part of the terms of that

12    arrangement is that Alpha Bay would post feedback on his

13    storefront.  Mr. Shamo adopted that feedback.  That feedback

14    is how he was so successful.  He needed -- he didn't have a

15    choice once he joined Alpha Bay.  And he needed that in

16    order to entice potential customers to come and buy from

17    him.  This is an adoption by a party opponent.

18          And then, the second part, what was purchased and

19    when and what quantity?  That can't be hearsay either, by

20    definition, because it was not made -- or is not made by a

21    person, not a declarant.  It's generated by a computer.

22          MS. BECKETT:  Twofold.  One, I don't think that

23    those fall under the adoptions by a party opponent.

24    Mr. Gadd himself has essentially said those were just part

25    of the terms of service, that they had to be posted.  The

1    specific statements in there also are not just the lines

2    across the bottom where there is a statement -- I can't

3    remember the exact statement.  Thanks for the 500 Fent.

4    That's still a person writing that.  Thanks for the 500

5    Fentanyl.  So that is a separate issue.

6         I don't see how that can fall under an adoption of

7    a statement of the party opponent.  I don't see that this

8    falls under that category, and I don't think we have

9    specifically addressed that objection at the hearing.  I did

10   make that objection, but I don't think we went down that

11   road.  I think we were talking about the foundational

12   objection.

13        THE COURT:  Anything else?

14        MS. BECKETT:  I'm positive we addressed it in our

15   brief leading up to the hearing on this specific issue.

16        THE COURT:  Your objections are overruled.  Is

17   there anything else you want to say for the record?

18        MR. GADD:  No.

19        THE COURT:  It's considered reserved.

20   (Whereupon the proceedings were continued in open court.)

21   Q.      BY MR. GADD:  Okay, Ms. Biundo, we're looking at

13:05:28  22   15.00.  We're on the first page.  And Ms. Laughter has

23   called out the last three rows of feedback for us.  Because

24   it is still hard to see, she has now given us part of that

25   but not the entire way across.  You can see that on your

1   screen, correct?

2   A.        Yes, I can see that.

3   Q.        Okay.  Can you read the first and second rows of

4   feedback on the screen?

5   A.        Basic economics will tell you to put all your money

13:05:57   6   back into re-upping.  Don't spend hella money.  Put all that

7   stuff back into Pharma's pills because these will make you a

8   millionaire under a year guaranteed.

9             And it's in Box 30, oxycodone, 30 milligrams times

10  2,000.

11            The next one is:  Another week, another 50K.  Me

12  and Pharma are getting rich while you guys are penny

13  pinching.  Spend all your money with Pharma.

14            Again, that's the end Box 30.  Oxycodone 30

15  milligrams times 2,000.

13:06:29   16  Q.        If we can zoom in on it for a moment and look at

17  the other half now on those rows.  That's good right there,

18  yeah.

19            You can see the first and last initial of the buyer

20  correct, T and Y?

21  A.        That's correct.

22  Q.        Did you -- as part of your duties, did you

23  investigate who this TY was?

24  A.        Yes, I did.

25  Q.        What was that buyer's user name?

908

1    A.         That buyer's user name was Trustworthy Money.

2    Q.         Was Trustworthy Money your target in Portland?

3    A.         Yes, it was.

13:07:00    4    Q.         Let's look at page 4, if we could for just a

5    minute.  Sometimes a user would leave a feedback comment

6    like that -- rephrase.  Sometimes a buyer would leave a

7    feedback comment like the ones you wrote, correct?

8    A.         That's correct.

9    Q.         As you were going through this, did you also see

10   instances where the buyer chose not to leave a Comment?

11   A.         Yes, I did.

12   Q.         So, for example, halfway down you see one that says

13   no comment.  Is that what happened there?

14   A.         That's correct, yes.

13:07:29    15   Q.         Let's look quickly at page 100.

16              And then if you could look at third from the

17   bottom.  Is this also a Trustworthy Money feedback?

18   A.         Yes, it was.

19   Q.         And if you could read that with substituting the

20   word.

21   A.         My blank Pharma came through again.  Stealth is

13:07:56    22   three times as good as two months ago, too.  Good job.  I'm

23   coming for 5K by the end of the weekend.  Your number 1

24   customer right here.

25   Q.         When you were capturing feedback, you didn't just

909

1    capture the positive feedback, right?

2    A.      That's correct.

3    Q.      So there were 366, roughly, pages of positive, but

4    there was a few pages of negative or neutral feedback,

5    correct?

6    A.      Yes.

7    Q.      Let's look briefly at those.

8            Could we look at 15.01.

13:08:26  9           Are we looking here at negative feedback?

10   A.      Yes, we are.

11   Q.      And then what if we looked at page 2, and then

12   maybe the 7th down.  Do you see the middle one there?

13   A.      Yes, I do.

14   Q.      Does it say:  Looks like the feds got him.  Package

15   never showed up.

16           Do you see that one?

17   A.      Yes, I do.

13:09:00  18  Q.      Would you sometimes see this, even when it wasn't

19   true?

20   A.      Yes.  On different vendors' pages, I would see

21   that.

22   Q.      Is that a -- is that maybe an overreaction by a

23   customer?

24   A.      That was my understanding of it, yes, when I would

25   see it.

1   Q.      So it's not that that customer -- oh, maybe we

2   should say the date on that is November 17, right?

3   A.      Correct.

4   Q.      It's not that customer could see the future,

5   perhaps just overreacting?

13:09:31   6   A.      That's right.

7   Q.      Let's -- if we zoom out just a little.  We're on

8   page 2 still.  On a couple instances here, like halfway down

9   the page, you will see a reply by the seller.  Yeah, if you

10   start there and just go up two or three on your call out.

11   That's great.  Would you also see this as you were reviewing

12   the feedback?

13   A.      Yes, I would.

13:09:57   14   Q.      The feedback that's left on a seller's store

15   affects their bottom line, correct?

16   A.      It does.  It affects their rating scores.

17   Q.      Did you see instances such as this where

18   feedback -- or feedback is left and it's negative, and then

19   the seller replies and then asks that the feedback be

20   removed?

21   A.      Yes.  I've seen that before.

22   Q.      Let's look at one last one.  If we could go to page

23   3.  And then I want to look at the fourth from the bottom.

13:10:34   24           Do you see the date on that one?  That's June 15,

25   correct?

911

1    A.        Correct.

2    Q.        Of 2016.   Could you read the feedback that was left

3    here.

4    A.        Thanks to Pharma-Master, I had two federal U.S.

5    Postal Inspectors at my front door asking a bunch of

6    questions because this moron can't package stuff right.

13:10:55  7  Just a bag of pills in another bag of half-eaten cookies,

8    not even vacuum sealed.   Don't buy.

9    Q.        You took all that good feedback, and even this

10   negative and neutral feedback, and you and your group

11   created a table that showed all those rows, all those

12   transactions, right?

13   A.        That's correct.

14   Q.        let's look at 15.02.   Is this the table that you

15   created?

13:11:29  16  A.        Yes, it is.

17   Q.        Would you -- very briefly, would you walk the jury

18   through what each of the columns means?

19   A.        Sure.   The column with the date, that's the date

20   that it was finalized on the feedback forms that we were

21   looking at.   The purchaser; again, we know don't know

22   exactly who the moniker was, but it's the first letter of it

23   and the last letter of it.   Then you have the price that

24   they paid for the product that they purchased.   Then you

13:11:58  25  have the dose, which is how many milligrams they bought, and

1   then the quality of the how many pulls they purchased, and

2   then what it was sold as and what it was actually named on

3   Pharma-Master's store front.

4         The last one is just for the Intel site to keep

5   track of, you know, which page we got the feedback from.

6   Q.     As we go down that last column, we know when it

7   goes from page 1 to page 2 --

8   A.     Correct.

9   Q.     -- that is what we were just looking at a minute

10   ago?

11   A.     That is straight from, yes, the pages on the

12   feedbacks.

13:12:29  13   Q.     In the price column, you've listed the price in

14   dollars, correct?

15   A.     That's correct.

16   Q.     Is that information you obtained from Alpha Bay?

17   A.     That's information that came from the site on the

18   feedback pages.

19   Q.     And is that the dollar value based on the date of

20   the sale?

21   A.     To my I understanding, yes.

22   Q.     If we could look now 15.02-A.  You took all this

23   data and you added it up, right?

24   A.     Correct.

25   Q.     Are these the totals you came up with?

913

13:12:58  1  A.        These are the totals that we came up with, yes.

2  Q.        Let's focus for a minute above the line.  How much

3  money, based on these feedback-linked sales, did

4  Pharma-Master make that you were able to see?

5  A.        That I was able to see on the feedback, he made

6  $2,817,520.93.

7  Q.        And then the next line -- the next row there, you

8  have total items.  Is that, like, the total number of what?

13:13:29  9  A.        That's the total number of pills that we could

10  determine based on the feedback.  And that's 872,659.

11  Q.        And the total transactions?

12  A.        Is 5,589, and that's the total transactions,

13  meaning each line was a separate entry and a separate sale.

14  Q.        Let's focus for a minute now on the next row down.

15  Fentanyl-laced fake oxycodone.  How many total orders for

16  oxycodone?

17  A.        The total orders were 3,491.

13:13:59  18  Q.        And then how many Fentanyl pills, the

19  Fentanyl-laced oxycodone pills?

20  A.        Total quantity was 458,946.

21  Q.        You have been doing this for some time?  You have

22  been in your job for how many years, did you say?

23  A.        Ten years.

24  Q.        Does that number scare you?

13:14:27  25  A.        Yes, it does.

914

1   Q.      Just from his Fentanyl-laced oxycodone, how much

2   money did he make?

3   A.      He made $2,472,040.73.

4   Q.      I think in the interest of time, we won't go

5   through the rest of the rows.  Other than maybe just the

6   three italicized rows beneath it, if you could explain

7   briefly how you have broken that out?

13:14:58   8   A.      We broke those down based on how he sold the

9   Fentanyl-laced product, whether it was an M Box or the Roxy

10  or Fentanyl.  And, again, those were just the total orders

11  because we kept our spreadsheet, and we were documenting

12  what was sold as on the feedback.  We were able to do the

13  total orders and the total quantity and total value for each

14  individual product he sold.

15  Q.      He had those three ways of listing it, correct?

16  A.      That's correct.

17  Q.      Let's talk now about your target in Portland,

18  Trustworthy Money, for a minute.

13:15:30   19      Could we look at Exhibit 19.03.  Who is that?

20  A.      That is our target out there Jared Gillespie.

21  Q.      And is Mr. Gillespie Trustworthy Money?

22  A.      Yes, he was.

23  Q.      Was he arrested?

24  A.      Yes, he was.

25  Q.      In this picture, does it appear that he's fanning

915

1    out cash in front of him?

2    A.        Yes, it does.

3    Q.        Does that appear to be a money counter in the

4    bottom corner?

5    A.        Yes, it does.

13:15:58   6    Q.        When he was arrested, did agents on scene, were

7    they able to view his phone?

8    A.        Yes, they were.

9    Q.        And the agents on scene, did they take a picture of

10   his phone and send it to you?

11   A.        Yes, they did.

12   Q.        Could we look at 19.00.

13             Is that the picture of his phone?

14   A.        That is the picture of his phone that was sent to

15   me.

16   Q.        And what do you -- what stands out in that picture

17   to you?

13:16:28   18   A.        The things that stand out to me are the moniker for

19   Trustworthy Money.  There's an pin number that's there.  And

20   then, down at the bottom, it looks there's a seed recovery

21   of some kind there.

22   Q.        Would a pin number be used, for example, to

23   withdraw Bitcoin from Alpha Bay?

24   A.        Yes, it could.

25   Q.        Let's talk about Mr. Gillespie or, by the name he

|  |  |  |
|---|---|---|
|  | 1 | went by, Trustworthy Money's actions on Alpha Bay.  Did you |
| 13:16:58 | 2 | look into what he had been doing on Alpha Bay? |
|  | 3 | A.      Yes, I did.  I looked at his public facing site on |
|  | 4 | Alpha Bay as well. |
|  | 5 | Q.      Let's pull that up, could we look at 19.01? |
|  | 6 | THE COURT:  This is relevant to this case? |
|  | 7 | MR. GADD:  Yes, sir.  It's charged in the |
|  | 8 | Indictment. |
|  | 9 | Q.      BY MR. GADD: Is this that public facing site you |
|  | 10 | were mentioning? |
|  | 11 | A.      Yes it is. |
|  | 12 | Q.      Also called a user profile? |
|  | 13 | A.      Correct. |
| 13:17:27 | 14 | Q.      From this, were you able to see transactions that |
|  | 15 | Trustworthy Money entered into? |
|  | 16 | A.      Yes, I was. |
|  | 17 | Q.      You also were able to see is the feedback he left |
|  | 18 | to other sellers, correct? |
|  | 19 | A.      Correct.  I was able to see the feedback on it. |
|  | 20 | Q.      And I said "other sellers."  I shouldn't have said |
|  | 21 | that part, but you are see the feedback he left sellers? |
|  | 22 | A.      That's correct, yes. |
|  | 23 | Q.      Okay.  Did you take his feedback and create a chart |
|  | 24 | that showed his feedback-linked transactions? |
| 13:18:00 | 25 | A.      Yes, I did. |

1    Q.        Could we look at 19.02.

2              Is this the chart you created?

3    A.        Yes it is.

4    Q.        Could you just briefly walk us through what your

5    chart shows and maybe go column-by-column?

6    A.        Okay.  This chart was -- the first one is who he

7    bought the product from.  The vendors are done just like the

8    users are, with the first letter and the last letter shown

9    for their moniker, the date of feedback that he left, also

13:18:28  10  the type of drug that he purchased -- if I was able to

11   identify the vendor that he purchased it from, I was able to

12   fill that blank in -- the amount that he purchased, as well

13   as the cost and then the vendor identified, if I was able to

14   find them.

15   Q.        Many of these rows indicate Pharma-Master was the

16   vendor from which he purchased his drugs, correct?

17   A.        That's correct.

13:19:00  18  Q.        Do you see there about halfway down there's a

19   series of transactions for 10,000 pills?

20   A.        Yes, I do.

21   Q.        What do you think when you see a series of

22   transactions for 10,000 pills that are represented to be an

23   opiate?

24   A.        I see -- I see a lot of pills being distributed out

13:19:25  25  in the street with the potential of overdose and possibly

918

1    overdose and dying.

2    Q.      Could we look at the final page of the chart, page

3    3.  There's a total at the bottom, correct?

4    A.      That's correct.

5    Q.      Is that how much money that Trustworthy Money had

6    spent on Alpha Bay, based on at least feedback-linked sales?

13:19:55  7    A.      For the specific vendors that I could identify,

8    yes.

9    Q.      Trustworthy Money, Mr. Gillespie, Jared Gillespie,

10   did he, based on your investigation, receive packages

11   himself or did he use a package receiver?

12   A.      He used a package receiver.

13   Q.      What was that package receiver's name?

14   A.      Olivia Luckuck.

15   Q.      Is that a real person?

16   A.      Yes, it is.

17   Q.      Could we look quickly at 14.30.

13:20:28  18          And then there's, I believe, 19 of these.  I'm not

19   going to take you all through them.

20   A.      Okay.

21   Q.      Let's just look at the first one.

22          Could we look at page 996.

23          Do you see right down at the bottom of the page,

24   the final order there?

25   A.      Yes, I do.

919

1    Q.        Is that Olivia Luckuck?

2    A.        Yes, it is.

3    Q.        And was that the package receiver?

4    A.        Yes, it was.

5    Q.        As part of the broader investigation, a package

13:20:59   6    going to Ms. Luckuck and then eventually Mr. Gillespie was

7    seized, correct?

8    A.        Yes, it was.

9    Q.        And you used that package as part of your case

10   against him?

11   A.        Yes, we did.

12   Q.        Could we look at Exhibit 8.02.  And we'll look at

13   the first two pages.  That's the first page.

14             This was that package that you and I just referred

15   to, correct?

16   A.        Yes, it is.

17   Q.        And then could we look at the second page.

13:21:29   18            Does that show the contents that were inside the

19   package?

20   A.        Yes, it does.

21   Q.        Was it approximately 16,000 of the Fentanyl pills?

22   A.        From what I recall, yes.

23             MR. GADD:  Nothing further.  Thank you.

24             THE COURT:  Thank you.

25             Ms. Beckett, you may cross examine.

920

CROSS EXAMINATION

BY MS. BECKETT:

13:22:02

Q.      Ms. Biundo, correct?

A.      That's correct.

Q.      If I say it incorrectly, feel free to correct me.
I believe it was your testimony that vendors on Alpha Bay
heavily rely on feedback; is that correct?

A.      That's correct.

Q.      Why is that feedback important?

A.      It's important for credibility and so that they can
get more people to buy their product.

Q.      So customer service is credibly important for a

13:22:28

vendor on a service like Alpha Bay, correct?

A.      Feedback or customer service?

Q.      The feedback, dealing with customer complaints,
dealing with those types of issues, that?

A.      Yes.

Q.      And because it affects seller ratings, correct?

A.      That's correct.

Q.      So essentially customer service angle of an Alpha
Bay vendor is going to be vital to whether or not that
particular vendor is successful?

A.      Yes.

Q.      If we could look at Exhibit 15.02.  Thank you.

13:22:59

        I believe that your testimony is that this is

1    essentially just kind of a summary exhibit of all of the

2    feedback-connected orders that you saw; is that correct?

3    A.       That's correct.

4    Q.       Did you individually verify each one of these

5    purchases?

6    A.       Can you explain what you mean.

7    Q.       The information appears to just be taken directly

8    from an Alpha Bay page, correct?

9    A.       That's correct.

10   Q.       Did you individually verify, say, this first

13:23:27  11  transaction at the top where the purchaser's initials are HN

12   for 9250?  Did you individually verify that that was an

13   order that was shipped, received and that it contained what

14   it says here on here, Adderall?

15   A.       I did not.  That was not are part of my job, no.

16   Q.       Was that part of someone's job that you're aware

17   of?

18   A.       Not that I'm aware of.

19   Q.       So this information is just taken directly off of

13:23:59  20  the feedback itself?

21   A.       That's correct.

22   Q.       Now let's look at Government's Exhibit 19.02, I

23   believe it was.

24            I believe it was your testimony that you were more

25   involved with the Trustworthy Money investigation than you

1    were with this, with this particular organization that we're

2    dealing with here in this case; is that correct?

13:24:28    3    A.       That's what the connection was, was me working on

4    the Trustworthy Money site, yes.

5    Q.       And this is essentially a summary exhibit of the

6    Trustworthy Money's public facing feedback-linked orders; is

7    that correct?

8    A.       Feedback left.

9    Q.       Left orders.  Okay.  Did you individually verify

10   any of these orders?

11   A.       Me personally, no?

12   Q.       Did somebody on maybe the team you worked with who

13   was investigating Trustworthy Money individually verify each

13:24:59   14   one of these orders?

15   A.       That's a question you would have to ask the

16   investigators on that one.  I'm not sure.

17   Q.       That's not something you did?

18   A.       No.  That's not something I did.

19   Q.       And this is just from looking at the public facing

20   page; is that correct?

21   A.       That's correct.

22   Q.       Did you ever have complete access to the

23   Trustworthy Money page itself?

24   A.       I did not, no.

25   Q.       So, there is a chance that the information would

13:25:29   1    not be accurate to what's on the private portion of that

2    page, correct?

3    A.      To my knowledge, I don't believe that is correct.

4    Q.      I believe you testified that, at a certain point in

5    time, there was a package that was seized that led to an

6    investigation into Jared Gillespie?

7    A.      Uh-huh.

13:25:59   8    Q.      And that package was on its way to Olivia Luckuck?

9            THE COURT:  You need to answer audibly.

10           THE WITNESS:  Yes.  I'm sorry.

11   Q.      BY MS. BECKETT:  And that was what links to the

12   AlphaBay, Pharma-Master?  That was the link between the two?

13   A.      Which package are you talking about?

14   Q.      The package that was seized on its way to Olivia

15   Luckuck?

16   A.      That's correct.

17   Q.      That was the link between the events in this case

18   and the events in the Trustworthy Money case, correct?

13:26:28   19   A.      That was one of them, yes.

20   Q.      So in Trustworthy Money, in that investigation,

21   there was an attempt to figure out who was further up the

22   chain from Jared Gillespie, correct, and that's what led to

23   your organization -- or your investigation into the

24   connection to Pharma-Master, correct?

25   A.      It was a deconfliction notice that we got with

924

```
         1   that.
13:26:56 2        MS. BECKETT:  Just a second, Your Honor.  I have no
         3   further questions, Your Honor.  Thank you.
         4        THE COURT:  Thank you, Ms. Beckett.
         5        Redirect?
         6        MR. GADD:  No, sir.  Thank you.
         7        THE COURT:  You may step down.
         8        THE WITNESS:  Thank you.
         9        THE COURT:  And you may be excused if you want to
        10   be.
        11        And you may call your next witness.
        12        MR. GADD:  Your Honor, the United States calls Tina
        13   Young.
13:27:23 14       THE COURT:  Come forward and be sworn, please, at
        15   the podium.
        16                      TINA YOUNG,
        17   the witness hereinbefore named, being first duly cautioned
        18   and sworn or affirmed to tell the truth, the whole truth,
        19   and nothing but the truth, was examined and testified as
        20   follows:
13:27:57 21       THE CLERK:  Please state your name and spell it for
        22   the record.
        23        THE WITNESS:  My name is Tina.  T-i-n-a.  Young.
        24   Y-o-u-n-g.
        25        THE COURT:  You may proceed, Mr. Gadd.
```

925

                          DIRECT EXAMINATION

1

2    BY MR. GADD:

3    Q.        Good afternoon.

4    A.        Hi.

5    Q.        Thank you for your patience.

6    A.        Thanks.

13:28:28   7    Q.        Is this your first time in a courtroom?

8    A.        Yes.

9    Q.        Okay.  So you can tell who the judge is here,

10   correct?

11   A.        Yes.

12   Q.        And then the jury is over here, so these are the

13   folks that have to make the decision.  So I want to ask you

14   a few questions, but before I do that, can you just tell the

15   jury just a little bit about yourself.

16   A.        I was born and raised here in Salt Lake City, still

13:28:56   17   live here.  I have one child married 29 years a few days

18   ago.

19   Q.        Congratulations.  You -- in September of 2016, did

20   you make a complaint to the United States Postal Service?

21   A.        I did.

22   Q.        What was the nature of your complaint?

23   A.        Well, I had received a box in the mail, and it

24   said -- it was addressed to somebody else, but then it

13:29:26   25   had -- I read return to sender, and it had my address, and

1    I'm, like, okay, so what am I supposed to do?  And so I just

2    opened it, and there was an invoice in there that said,

3    like, Jamaica coffee beans or something, and I thought, hey,

4    I don't drink coffee myself, so my co-worker does, and she

5    does have a grinder at work, so I took them into work to her

13:29:58   6    because they felt like coffee beans, the packages.  And.

7           She had taken them and then was going to -- she

8    took them home and was just going to grind the whole thing

9    at once and then decided, no, I'll just take them back to

10    work and grind them as we go.  She's got, like, a little

11    single pot grinder.  And then the next thing you know, she

13:30:27   12    comes running down the hallway:  Tina, Tina, these aren't

13    coffee beans, they're drugs.

14           And I'm like, what?  And I'm, like, what am I

15    supposed to do now.

16           And she said:  Well, let's call the post office.

17           So I called the post office, and they told me to

18    turn them in, which I did.  And that was about it.

19    Q.      You said the bag kind of felt like coffee beans in

13:30:59   20    the middle.  Were you not able to see into the bag?

21    A.      No.  It was kind of a metallic bag, kind of

22    metallic plastic type.  It definitely wasn't see through.

23    Q.      So, if I can take you back to that moment when your

24    co-worker told you they weren't coffee beans, did you

25    actually look inside the bag yourself?

1    A.        Yes.

2    Q.        To see what was in there?  When you looked and you

13:31:27   3    saw what was inside, what did you think?

4    A.        I was just shocked.  Oh my gosh, what do we do?

5    And she said -- oh, also, when I called the post office,

6    they did tell me to see if there was a marking --

7              MR. SAM:  Your Honor, I would object to that.

8              THE COURT:  Hearsay?

9              MS. BECKETT:  It's hearsay, Your Honor.

10             THE COURT:  Sustained.

11   Q.        BY MR. GADD:  Let me ask you a separate question,

12   then.  When you looked inside and you saw what was in it,

13   were you concerned for your safety?

13:31:59   14   A.        I was concerned.

15   Q.        So you filed your complaint with the post office,

16   correct?

17   A.        Yes.

18   Q.        And did a postal inspector meet with you?

19   A.        They did.

20   Q.        And did you turn over the drugs to that postal

21   inspector?

22   A.        Yeah, of course -- no.  I turned them into the post

23   office.  It was the postal IG.

24   Q.        Yes.  And you told them what had happened

25   essentially?

928

```
 1    A.       Yes.

 2             MR. GADD:  Your Honor, I have no further questions,

 3    thank you.

 4             THE COURT:  Thank you.  Cross examine?

 5             MS. BECKETT:  No, Your Honor.  We have no questions

 6    of this witness.

 7             THE COURT:  Thank you.

 8             You may step down, and you're excused.

 9             THE WITNESS:  Thank you.

10             THE COURT:  You may call your next witness.

11             MR. GADD:  Your Honor, the United States calls

12    Postal Inspector Lance Howell.

13             THE COURT:  Come forward and be sworn, please.

14                          LANCE HOWELL,

15    the witness hereinbefore named, being first duly cautioned

16    and sworn or affirmed to tell the truth, the whole truth,

17    and nothing but the truth, was examined and testified as

18    follows:

19             THE CLERK:  Just come around to the witness box.

20    Please state your name and spell it for the record.

21             THE WITNESS:  Lance Howell.  L-a-n-c-e.

22    H-o-w-e-l-l.

23             THE COURT:  Go ahead.

24             MR. GADD:  Thank you, sir.

25
```

13:32:30 (line 3)
13:33:07 (line 19)
13:33:28 (line 20)

```
                    DIRECT EXAMINATION

 1

 2   BY MR. GADD:

 3   Q.        Inspector Howell, are you prepared to testify about

 4   your part in the investigation of the drug distribution

 5   activities of this defendant?

 6   A.        Yes.

 7   Q.        Before we do that, I want to give the jury just a

 8   brief summary of your background and your experience.  Can

 9   you tell us a little bit about yourself.

10   A.        Yes.  My name is Lance.  I grew up here in Utah, in

11   Taylorsville, and I went to the University of Utah for my

12   undergraduate degree, and I got my graduate degree from

13   Weber State.  I like sports, especially when I get to watch

14   my kids play.  I'm a postal inspector.  I started my federal

15   law enforcement career as a special agent with the Secret

16   Service in 2004 and, in 2012, I transferred to the Postal

17   Inspection Service and so I have had extensive training in

18   criminal investigations, to include drug distribution.

19   Q.        You're our first postal inspection witness, so

20   could you just tell them just briefly the nature of your

21   agency.

22   A.        Yes.  So we are the law enforcement arm under the

23   umbrella of the post office, so we conduct criminal

24   investigations that involve the use of the mails or

25   facilities or employees of the postal service; so, mail
```

1    fraud, bank fraud, identity theft, drug distribution,

2    workplace violence cases.  And we -- it's over 200 federal

3    statutes that we help enforce.

4    Q.      I want to go in the reverse chronological order.

5    So I want to start at the end and then we'll go back.

6    A.      Okay.

7    Q.      So, were you working on November 22, 2016?

8    A.      Yes.

9    Q.      And at that point, you were fully involved in the

13:35:27 10   investigation of Mr. Shamo and his co-conspirators, correct?

11   A.      Correct.  Yes.

12   Q.      Did you participate in either of the two search

13   warrants that took place that day?

14   A.      Yes, I did.

15   Q.      Which one were you at?

16   A.      The one in South Jordan.

17   Q.      That was the residence of Ms. Tonge and Ms. Bustin,

18   correct?

19   A.      Yes.

20   Q.      Did agents who were there with you, did they

21   interview Ms. Tonge?

22   A.      They did.

23   Q.      As a result of that, what, if anything, were you

24   asked to do?

13:35:56 25   A.      The agency that interviewed Tonge had asked me to

1  go retrieve parcels, parcels that she said she had mailed

2  earlier either that day or later the night before, so I went

3  to the post office.  I believe it was the West Jordan post

4  office, and I retrieved parcels that she said she had

5  mailed, and also a blue collection box.  I don't remember

6  the exact address, but she had told us which box she had

7  dropped them in.  And I went to that box and I retrieved

8  parcels there as well.

9  Q.      Were you told specifically that it would be 20

10 parcels?

13:36:30  11  A.      Yes.

12 Q.      And did they even tell you what return name to look

13 for?

14 A.      Yes.  So I knew exactly what I was looking for and

15 then I found 20 parcels.

16 Q.      Okay.  I mentioned we're going backwards now.

17 A.      Sure.

18 Q.      So now I want to take you back to September 23,

19 2016.  Were you asked by your -- your management to contact

20 someone named Tina Young about a complaint she had made?

13:37:00  21  A.      Yes.

22 Q.      What was the nature of the complaint?

23 A.      Tina had called in and said that she had received a

24 package in the mail as a return to sender.  So she opened it

25 up and found an invoice in there for Jamaica coffee beans,

932

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | and she said they weren't Jamaica coffee beans, they were             |
|       | 2  | pills.  And she said she did not mail that package, so I              |
|       | 3  | arranged to meet her at her place of work, which is the              |
| 13:37:30 | 4 | federal building downtown in Salt Lake City to retrieve             |
|       | 5  | those pills from her.  And so, on that same day, I met her           |
|       | 6  | at the federal building and took custody of the pills.              |
|       | 7  | Q.      I want to show you Exhibit 20.00.  Do you recognize          |
|       | 8  | that exhibit?                                                        |
|       | 9  | A.      Yes.                                                         |
| 13:37:59 | 10 | Q.      Are those the pills that you recovered from               |
|       | 11 | Ms. young?                                                           |
|       | 12 | A.      Yes.                                                         |
|       | 13 | Q.      Those are not small, blue fake oxycodone pills,            |
|       | 14 | correct?                                                             |
|       | 15 | A.      Right.  They are marked -- I can't remember the            |
|       | 16 | exact markings -- but as generic Zanax.                             |
|       | 17 | Q.      And once you got them, into whose custody did you          |
|       | 18 | transfer -- or did the Postal Inspection Service transfer          |
|       | 19 | those pills?                                                         |
|       | 20 | A.      Yes.  So, the pills were then transferred to the          |
| 13:38:43 | 21 | DEA.                                                                |
|       | 22 | Q.      I missed one thing when we were going over the 20          |
|       | 23 | packages you seized.  Once you had them, were those packages       |
|       | 24 | also transferred to the DEA?                                        |
|       | 25 | A.      Right.  Yes.                                                |

933

          1          MR. GADD:  Nothing further.  Thank you.

          2          THE COURT:  Thank you.

13:38:59  3          You may cross examine.

          4          MR. SAM:  I have no questions of this witness.

          5          THE COURT:  Thank you.

          6          Thank you, Mr. Howell, and you are excused.

          7          THE COURT:  The government may call its next

          8  witness.

          9          MR. GADD:  Your Honor, the United States calls

         10  Megan -- excuse me.  The United States calls Postal

         11  Inspector Megan Moore.

         12          THE COURT:  Come forward and be sworn, please.

         13                      MEGAN MOORE,

         14  the witness hereinbefore named, being first duly cautioned

         15  and sworn or affirmed to tell the truth, the whole truth,

         16  and nothing but the truth, was examined and testified as

         17  follows:

13:39:20 18          THE CLERK:  Please state your name and spell it for

         19  the record.

         20          THE WITNESS:  Megan Moore.  M-e-g-a-n.  M-o-o-r-e.

         21          THE COURT:  You may proceed, Mr. Gadd.

         22          THE WITNESS:  Mr. Gadd, would you like these back?

13:39:58 23          MR. GADD:  I would.  Thank you.  You.

         24

         25

```
                         DIRECT EXAMINATION
BY MR. GADD:
Q.       Are you also prepared to testify about your part in
the investigation of the drug distribution activities of
Mr. Shamo?
A.       I am.
Q.       Like the witness before, if you could just give the
jury a brief summary of your background and experience
before we jump into it.
A.       Okay.
Q.       Can you tell us a little bit about yourself?
A.       Sure.  I was born and raised on the east coast.  I
come from a family of teachers and first responders, so I
knew from a young age I wanted to get into the public
service.  As I got older, my interests gravitated toward law
enforcement.  I graduated from college with a bachelor's
degree in sociology with a concentration in criminal
justice.  After college, I spent four years as an analyst
with the Postal Inspection Service.
         I was hired on as a postal inspector in 2014, when
they moved me from the east codes to far less humid Utah,
which I prefer.  My husband and I fell in love with Utah.
We have made it our home, and, in doing so, we adopted a
five-year old black lab thinking he would be rugged and
outdoorsy, and we quickly found out he is not rugged or
```

1    outdoorsy.

2    Q.        But he's yours for life?

3    A.        Yes.  He's awesome.

4    Q.        We just heard from your co-worker Lance Howell

13:41:29   5    about the Postal Inspection Service.  Can you tell us a

6    little bit about your specific duties there?

7    A.        Yes.  So I work primarily gun and drug trafficking

8    investigations.  We have a variety of investigations that

9    our agency works.  Our office here is technically

10   miscellaneous, so we all, at different times, work different

11   investigations, but my primary assignment is gun and drug

12   trafficking.

13   Q.        Have you worked more traditional drug trafficking

14   organizations?

13:41:58  15   A.        I have a bit, but my specialty or the area I have

16   the most experience in is Dark Web investigations.

17   Q.        And they are different types of organizations,

18   right?

19   A.        Uh-huh.

20   Q.        Can you tell us a few of the differences, for

21   example?

22   A.        Yeah.  They are very different.  In my experience,

23   traditional narcotics trafficking investigations are what we

24   think of when you think of moving drugs from, say, Mexico or

25   California or different places, you move them to different

13:42:28  1   states, to different distributors, and typically I think of

2   that end result is hand-to-hand drug sales.  Internet-based

3   or Dark Web drug trafficking organizations traffic their

4   drugs using the internet and, unfortunate to say, but it

5   often results in the use of the postal service as well.

6   Q.      Why do they like the postal service so much?

7   A.      They are protected by the Fourth Amendment.

8   Q.      So if a package is running through a post office

9   and you look at it and you think, I'd like to look inside of

13:42:58  10   it.  Can you just open it up?

11   A.      No.  I would have to have consent from the sender

12   or the recipient, or I would have to apply for and obtain a

13   search warrant.

14   Q.      Let's talk for a minute about a Davie City pill

15   package.

16          Could we look at Exhibit 18.00.

17          Did you help in the investigation of the overdose

13:43:29  18   death of Russlan Klyuev?

19   A.      Yes.

20   Q.      An death that occurred in Davie City, correct?

21   A.      Correct.

22   Q.      And as part of your investigation, did you generate

23   this exhibit?

24   A.      Yes.  I retrieved it from postal data bases, yes.

25   Q.      That's a much better way of saying it.  Thank you.

1    Could you walk the jury through what it is that we're seeing

2    here on the screen.

3    A.      So this exhibit is the tracking information

13:43:58  4    associated with the package shipped from Mr. Shamo's

5    organization to the address of 3 Midvale Drive, Daly City,

6    California, the address of Mr. Gregory Lee and Russlan

7    Klyuev.

8    Q.      Can you -- can you talk us through kind of the --

9    how many columns is that -- the third and fourth from the

10   right columns and kind of explain how the package moves in

13:44:29  11   transit and what you're able to see?

12   A.      Sure.  So we can see -- let's see.  So the third

13   from the right is the date of the activity, the date and

14   approximate time of the activity.  And then next to that is

15   the movement of the parcel.  Do you want me to go on and

16   explain further.

17   Q.      Yeah.  Why don't you walk us through it.

18   A.      So at the top we see, fourth from the right, that

19   the parcel is accepted or picked up.  That means it entered

20   the mail stream.  Next to that is the date of June 9, 2016.

13:44:59  21   Below that, it departed the post office, the location at

22   which it entered the mail stream or the -- I take that

23   back -- the facility that serviced wherever the parcel

24   entered the mail stream, like a blue collection box.

25           We see that it departed that post office on June 9,

938

1    2016.  It was processed through a U.S.P.S. facility in Salt

2    Lake City, Utah that same day, which is common with

3    packages.  They go to a larger facility to be sorted and

13:45:29    4    then sent out across the country.  The next line is address

5    encoding.  That's just encoding the address for correct

6    delivery.  We see that it again is processed through a

7    U.S.P.S. facility two days later, June 11, 2016 in Richmond,

8    California, so that would be the local processing center in

9    California.

10          An en route exception, I'm not familiar with what

11   that's saying.  The arrival at unit is when it arrives at

13:45:58   12   the post office that facilitates delivery to 3 Midvale Drive

13   and then below that is the confirmation that it was

14   delivered on June 11, 2016.

15   Q.      So this package going to Mr. Klyuev's residence,

16   you have pretty good data on it.  Why do you have such

17   detailed data?

18   A.      So this data is kept as a -- over the course of

19   business, and primarily as a service to the customer.  So,

13:46:27   20   in this case, this was a priority mail package.  When the

21   customer pays for the tracking, it's them paying for the

22   transparency of the location of the parcel within the mail

23   stream, and that's what this data is showing.

24   Q.      So, if this wasn't a tracked package, you actually

25   wouldn't have had as much data?

939

```
           1    A.        Perhaps.

           2    Q.        Were you in the courtroom when one of our two

13:46:55   3    shippers Ms. Tonge and Ms. Bustin flipped through their

           4    notes, kind of loose pages of tracking numbers, and

           5    identified the package going to Mr. Klyuev's residence?

           6    A.        Yes.

           7    Q.        Does the tracking number on your document here

           8    match up with the one that was in their exhibit, Exhibit

           9    1105, I believe?

          10    A.        It does.

          11    Q.        You verified that prior to Court?

          12    A.        Yes, I did.

          13    Q.        We won't go through it now.  Let's look for a

          14    minute, if we could, at Exhibit 18.01, the very last page.

13:47:28  15              Can you see that at the bottom there?

          16    A.        Yes.

          17    Q.        What can you tell us about this envelope from just

          18    what you can see there?

          19    A.        Yes.  So first I can tell that this is a priority

          20    mail envelope.  I can see that the return address is an

          21    individual by the name of Aaron Sandoval at 2258 East 10140

13:47:55  22    South, Sandy, Utah.  The ZIP code is 94092, which is

          23    actually a typo -- that's not the correct ZIP code for that

          24    location -- and then the to address, so the individual to

          25    whom or the location the package would have been delivered
```

940

1    is Gregory Lee, 3 Midvale Drive, Daly City, California,

2    94015, and the last four are 21.05.

3         And then, up in the top corner, you see a sliver of

13:48:29  4    black.

5    Q.    Can we maybe call out that sliver.

6         That's the one you were referring to?

7    A.    It is.  So, it looks blurry here, but that I can

8    recognize as a priority mail stamp.

9    Q.    And then, if we can look at the previous page, so

10   just one up from there.

11        As you look at the envelope on what appears to be

12   the trash can inside the door, does that confirm what you

13   were able to see from the previous side?

13:48:57  14   A.    It does confirm that that's a priority mail

15   envelope, yeah.

16   Q.    Let's turn our attention now to Exhibit 17.06.

17        You're going to get that on your screen, but it's

18   also the chart you see next to you.

19   A.    Okay.

20   Q.    I want to ask you a question about T. J. Edwards.

21   Do you see him on there?

22   A.    I do.

23   Q.    Can you point him out for the jury?

24   A.    He is bottom row, just below Mr. Crandall.  Yes.

13:49:29  25   Thank you.

1    Q.        What was Mr. Edwards' role in this organization?

2    A.        He was a package recipient for Mr. Shamo.

3    Q.        Did you interview him?

4    A.        I did.

5    Q.        Did he confess?

6    A.        He did.

7    Q.        Did you intercept a package going to him for

8    Mr. Shamo?

9    A.        I did.

10   Q.        I want to ask you about another person although

11   they are not on our chart here.  Could we look at Exhibit

13:49:55  12   14.16.  Do this and then we'll do 14.17 right after it.

13             Could you please read this.

14   A.        Yes.  Would you like me to explain?

15   Q.        Yeah.  That's probably more helpful.

16   A.        Okay.  So this is a conversation between Mr. Shamo

17   and friend Dan Allen, who we are familiar with in this

18   investigation, "we" meaning the investigative team.  So it

19   starts, Mr. Shamo says:  Dude, if you want to be my drop,

13:50:30  20   I'll order some Molly and give you a few free grams.

21   Question.

22             Mr. Allen says:  Humm.  My house has those shared

23   mailboxes.  How would that work?

24             Mr. Shamo replies:  It's on your name, the package,

25   so no one should touch it.  It's a small package, too,

942

1    doesn't catch attention.  Come get these free couches.

2            Would you like me to go on?

3    Q.      That's good there, yeah.  And the date changes

4    there, right?

13:50:58  5   A.      Yeah.  So that's a separate conversation.

6    Q.      Yeah.  What's a drop?

7    A.      It's a location apart from where the main activity,

8    maybe in this case pill pressing, takes place.  Oftentimes

9    we see this to keep law enforcement off the trail of who has

10   the product, who has the money, who is in a different role

11   in the organization.

12   Q.      Okay.  At other points in this trial, have we

13:51:27  13  referred to drops as names like package receivers?

14   A.      Uh-huh.

15   Q.      You have interviewed several package receivers,

16   correct?

17   A.      Yes.

18   Q.      To the best of your knowledge, did Mr. Shamo tell

19   his drops he was ordering Fentanyl?

20   A.      No.

21   Q.      Let's look at 14.17.

22           Starting at the top, can you kind of explain what

23   we're looking at here and then we'll go through it.

13:51:58  24  A.      So this was also a conversation between Mr. Shamo

25   and his friend Dan Allen.  This took place on August 23,

943

1    2016.

2    Q.      And then could you start reading the conversation

3    for us.

4    A.      Mr. Shamo says:  Hey, want to do me a big favor?

5            Mr. Allen replies:  What's that, Dog?

6            Mr. Shamo says:  I need two things in.  Want to

7    help?  I pay 400 each.  Just something personal.

8            Mr. Allen replies:  Humm, it's not really worth the

9    risk for me since I'm not hurting for cash anymore.

13:52:30  10            Mr. Allen also replies:  My cousin might be down,

11   Tyler, who was over on Sunday.

12            Mr. Shamo replies:  Deal.  It's low risk.  Ordered

13   from this guy dozens of times, and he only has me and few

14   other clients.  Set it up.

15   Q.      Let's change gears now, and let's talk about

16   stamps.  Did Mr. Shamo's organization need postage?

17   A.      They did.

13:52:59  18   Q.      Did you find -- you and other agents, did you find

19   evidence of postage purchases?

20   A.      Yes.

21   Q.      Let's you and I buzz through these.  How about

22   that?

23   A.      Okay.

24   Q.      Could we look first at 15.03.

25            What do you see here?  What's this?

```
           1    A.        This is a priority mail label.

           2    Q.        That has to be purchased, correct?

           3    A.        Correct.

13:53:25   4    Q.        And this was seized off of Sigaintt emails,

           5    correct?

           6    A.        That's correct, yes.

           7    Q.        I say seized, but it was captured, discovered.

           8    Those are all probably better terms, correct?

           9    A.        Yes.

          10    Q.        And there's multiple pages to this, correct?

          11    A.        Right.

          12    Q.        All right.  Let's try 15.27.

          13              Is this one of those emails, for example, where

          14    that previous exhibit might have been taken from?

          15    A.        Yes.

13:53:58  16    Q.        Was there a way to buy postage using Bitcoin?

          17    A.        Yes.

          18    Q.        How is it done?

          19    A.        So, to the best of my knowledge, if you -- I'm

          20    trying not to get into the major nerdy postal terms.  You

          21    can order postage from a meter, so I think of it like if you

          22    were to go to the fair and buy a roll of tickets to go on

13:54:28  23    rides, someone controls that entire roll of tickets, so

          24    someone would control that entire meter.  Individuals, like

          25    in this case, could go and purchase tickets from that roll
```

945

1    or stamps from this meter, using Bitcoin, so if law

2    enforcement were to trace the purchase of that postage, it

3    would just go back to the meter.  They wouldn't be able to

4    see who pulled what postage from that meter.

5    Q.        That's, in effect, what was going on here in these

6    emails?

13:55:00    7    A.        Exactly.

8    Q.        Let's look at Exhibit 21.40.  And then if we could

9    go to the next page.

10            The first page on these email exhibits, it's just

11   kind of like metadata for the email, right?

12   A.        Yes.  These were removed from Mr. Shamo's Hot Mail

13   account via a search warrant.

14   Q.        Here he's buying postage, correct?

15   A.        Correct.

13:55:28    16   Q.        That stamp, I want to ask you a couple questions

17   about it.  The first is the price, $6.45?

18   A.        Correct.

19   Q.        What type of stamp costs $6.45?

20   A.        A priority mail stamp.

21   Q.        And then do you see the writing at the bottom?

22   A.        I do.

23   Q.        Is that the same name that we saw on Ruslan's

24   package?

25   A.        Yes.

946

1    Q.       This was taken from Mr. Shamo's email?

2    A.       It is.  And if I may point out the date on this as

3    well --

4    Q.       Please.

5    A.       -- is also June of 2016.

13:55:59   6    Q.       Could we look at Exhibit 21.01.  And then the next

7    page.

8             What's going on here?  What came in this email?

9    A.       So, Mr. Shamo is negotiating the price of priority

10   mail stamps.  He would like to buy the stamps in bulk.

13:56:23   11   Q.       Let's look at 21.28.  And then if we could go --

12   yeah, the next page there.  Actually, what if we jumped down

13   to page 12.

14            Okay.  What's going on in this email, the back and

15   forth there?

16   A.       Yes.  So Mr. Shamo is also looking to buy, in this

17   case, forever stamps, priority stamps and express shipping

18   stamps in bulk, and he's also looking to negotiate the

13:57:00   19   price.

20   Q.       Could we look at 21.31.  And then if we can go down

21   again.

22            Do you recognize this that was taken from his

23   email?

24   A.       Yes, I do.

25   Q.       It's going to refer to, like, a pre-stamped,

947

13:57:22  1   correct?  So, picking up -- I apologize.  Right here in the

2   middle:  I want to buy your you U.S.P.S. priority stamps.

3   A.      Uh-huh.

4   Q.      Do you see there where he writes:  Would you be

5   willing to sell a thousand priority stamps at 8600?

6   A.      I do see that.

7   Q.      Is that a discount?

8   A.      If they are 6.45 each, that wouldn't be.

9   Q.      If it was more than just a stamp, but a pre-stamped

13:57:59  10  envelope, could that be a discount?

11  A.      That's possible, yes.

12  Q.      Let's try 21.08.

13          This is the same, from Mr. Shamo's email, correct?

14  A.      Correct.

15  Q.      And he's purchasing additional stamps here?

16  A.      Correct.

17  Q.      Also in June?

18  A.      Yes.

13:58:24  19  Q.      How about 21.36.  And if we could go down.

20          Did you -- were you in the courtroom when we heard

21  testimony that some of the stamps found in Ms. Tonge and

22  Ms. Bustin's residence were not legitimate?

23  A.      Yes.

24  Q.      Is that a problem you guys run into at the Postal

25  Inspection Service?

948

13:58:54

13:59:30

```
 1   A.       We do.

 2   Q.       If you look at this email that's now on the screen

 3   here at 21.36, is the bottom half of that from Mr. Shamo,

 4   starting with:  Hey, I recently bought some stamps.

 5            So, under the blue line.

 6   A.       Yes, it is.

 7   Q.       Could you read that, his question there?

 8   A.       Hey, I recently bought some stamps and wondering if

 9   these are legit or counterfeit.

10   Q.       And then you can skip the details of the stamp in

11   there.  Does he say:  Can you look into this?

12   A.       Can you look into this?  I don't want to use it if

13   someone reprinted these or they won't work.  Thanks.

14   Q.       Let's look just for a minute about -- or excuse me.

15   Let's look at some other prerequisites that were needed in

16   this organization that are not stamps.  Then I promise we're

17   done.  --

18            How about 21.23.  And then if we can go down.

19            This was also taken from Mr. Shamo's email,

20   correct?

21   A.       Correct.

22   Q.       It's got his name on the top there.

23   A.       Yes.

24   Q.       What's he ordering here?

25   A.       Vacuum sealer rolls.
```

949

13:59:56    1    Q.       Then, if we could look at 21.39.

            2             Are you familiar with Uline?

            3    A.       I am.

            4    Q.       What do they sell?

            5    A.       They sell, like, packaging materials.

            6    Q.       And this is an email seized as part of that search

            7    warrant from Mr. Shamo's emails, right?

            8    A.       Correct.

            9    Q.       What is it that he's ordering?

           10    A.       He's ordering small food bags.

14:00:25   11             MR. GADD:  If I can have just a moment.

           12             Nothing further.  Thank you.

           13             THE COURT:  Thank you.  Defense may cross examine.

14:00:58   14             Ms. Beckett.

           15                          CROSS EXAMINATION

           16    BY MS. BECKETT

           17    Q.       Could we look at Exhibit 18.00.  I believe it's

           18    your testimony that this particular document is essentially

           19    the tracking information for a package sent to an individual

14:01:29   20    in Daly City, California; is that correct?

           21    A.       That's correct.

           22    Q.       Okay.  And if we could look at Exhibit 18.01.  I

           23    believe it's -- I think it might be the second.  I believe

           24    it was your testimony that this particular package here is

14:01:58   25    that package being referenced in that transaction, in that

1   shipment tracking; is that correct?

2   A.     The evidence on this package associated with all

3   the other evidence and the testimony of Ms. Tonge, would be

4   consistent with that statement.

5   Q.     Okay.  Who is that package addressed to?

6   A.     Gregory Lee.

7   Q.     Did you ever find any documentation of a package

8   being sent to Russlan Klyuev?

9   A.     In general or --

14:02:30  10   Q.     From the sales from Pharma-Master, does the name

11   Russlan Klyuev show up in any of those orders through any

12   investigation that you conducted?

13   A.     No.  The order was placed in the name of Gregory

14   Lee.

15   Q.     And was in fact placed by Gregory Lee, correct?

16   A.     I don't know the answer to that.

14:02:53  17   Q.     If we could look at Government's Exhibit 14.16.

18   You went through some of the information on here, and I

19   believe it was your testimony that this was a conversation

20   between Mr. Shamo and his friend Dan Allen; is that correct?

21   A.     That's correct.

22   Q.     And I believe Mr. Gadd had you read through most of

23   this conversation, but down here at the bottom, those last

24   two statements from Mr. Allen, correct?  Those last two are

25   from Mr. Allen?

951

|       |    |     |                                                              |
|-------|----|-----|--------------------------------------------------------------|
|            | 1  | A.  | Yes.                                                    |
| 14:03:29   | 2  | Q.  | What does that last message say on there?              |
|            | 3  | A.  | The final line?                                        |
|            | 4  | Q.  | Correct.                                               |
|            | 5  | A.  | Where's your Siamese twin Luke at?  Ha, ha.            |
|            | 6  | Q.  | Do you know who that's referring to?                   |
|            | 7  | A.  | I could make assumptions.                              |
|            | 8  | Q.  | What might your assumption be based on your            |
|            | 9  |     | knowledge of this case?                                |
|            | 10 | A.  | Luke Paz.                                              |
|            | 11 | Q.  | And what's the date of that message?                   |
|            | 12 | A.  | July 28, 2016.                                         |
| 14:03:58   | 13 | Q.  | Would you infer that to mean that Luke Paz and         |
|            | 14 |     | Mr. Shamo maybe spent a significant amount of time around |
|            | 15 |     | one another?                                           |
|            | 16 | A.  | I would infer that to mean that Mr. Allen knows        |
|            | 17 |     | that Mr. Shamo knows Luke or someone by the name of Luke. |
|            | 18 | Q.  | And based on your assumption, that would be Luke       |
|            | 19 |     | Paz that you mentioned a second ago?                   |
|            | 20 | A.  | Correct.  Yes.                                         |
|            | 21 | Q.  | If we could look at Government's Exhibit, I believe    |
|            | 22 |     | it was 15.03.  I might be wrong.                       |
| 14:04:32   | 23 |     | This is a priority mail stamp, correct, postage?       |
|            | 24 | A.  | Yes.                                                   |
|            | 25 | Q.  | And I believe it was your testimony that those were    |

1    pulled from a Sigaintt email address?

2    A.       That's correct.

3    Q.       And whose email address was that?

4    A.       That was an email address belonging to Alex Tonge.

5    Q.       Yeah.  And if we could look at Government's Exhibit

6    15.27.

14:05:01   7        So that -- is that -- if we could look at the to

8    line on that.  Passthepeas@Sigaintt.org.  Is that the email

9    address you're familiar with being for Alex Tonge and Katie

10   Bustin?

11   A.       Yes.  That's correct.

12   Q.       And that would be the email address that received

13   that postage, correct?

14   A.       Correct.

15   Q.       And that email address, in fact, received a

16   significant amount of postage?

17   A.       I can't answer that.

14:05:29   18   Q.       You didn't look into how much postage was being

19   sent through that email address?

20   A.       Can you restate your question prior to that?

21   Q.       I can do that.

22   A.       I apologize.

23   Q.       Not a problem.  And that email address did in fact

24   receive a significant amount of postage, correct?

25   A.       Do you mean the postage consistent with what we

953

1    just viewed?

2    Q.        Yes.

14:06:00    3    A.        Yes.  That is correct.

4    Q.        If we could look at Government's Exhibit 21.02.  I

5    believe it's 21.02.  I think it was the second page on that.

6    I may have been incorrect on that.  One second.

7              Could you look at the first page on that one -- or

14:06:46    8    bear with me one second.  I apologize.

14:06:51    9    A.        No problem.

10    Q.        If we could try 21.40.  I'm going to attempt this

11    again.

12              THE COURT:  21.40?

13              MS. BECKETT:  Correct.  And I believe it might be

14    the second page on that one.

15              I believe it was your testimony that this

16    particular stamp and this image matched the stamp you saw on

14:07:26    17    the package for Gregory Lee, addressed to Gregory Lee; is

18    that correct?

19    A.        That is correct.

20    Q.        If we could just highlight the order -- the date

21    this order was placed on.

22              Can you see that date there?

23    A.        I can.

24    Q.        What is that date?

25    A.        June 22, 2016.

954

1    Q.        What date was the package delivered to Gregory Lee

2    in?

3    A.        June 11, 2016.

4    Q.        So this order was placed after that, correct?

5    A.        Right.  So Mr. Shamo is purchasing this postage

14:08:00    6    during June of 2016.

7    Q.        But this particular order that references those

8    particular stamps are not -- would have occurred after that

9    package was delivered, not before, correct?

10    A.        Correct.  So he was familiar with this postage in

11    June of 2016.

12    Q.        Just one second.

13              MS. BECKETT:  I have no further questions, Your

14    Honor.

15              THE COURT:  Thank you, Ms. Beckett.

16              Redirect?

17              MR. GADD:  No, sir.  Thank you.

18              THE COURT:  Thank you.

14:08:28    19              Thank you, and you may step down.  And you're

20    excused if you want to be.

21              Ten after.  We don't need to start a new witness

22    today, do we?

23              MR. GADD:  No, sir.

24              THE COURT:  Ladies and gentlemen of the jury, thank

25    you for your attention, your work.  We know you've got lives

955

1  and families and jobs and problems, but as I said on last

2  Friday, our system wouldn't work unless people like you came

3  in and sat on our juries, and we appreciate your work.  Have

4  a nice weekend.  Be safe.  Don't communicate with anybody

14:08:56   5  about the case, and we will see you at 8:30 on Monday

6  morning.  Thank you.

7                THE CLERK:  All rise, please.

8                (Whereupon the jury leaves the courtroom.)

14:09:28   9                We'll be in recess on this matter until 8:30

10  Monday.  Thank you.

11                MR. GADD:  Thank you.

12                MR. SKORDAS:  Thank you, Judge.

13

14

15

16

17

18

19

20

21

22

23

24       (Whereupon the proceedings were concluded for the day.)

25

```
1                    REPORTER'S CERTIFICATE

2  STATE OF UTAH              )

3                             ) ss.

4  COUNTY OF SALT LAKE        )

5

6          I, REBECCA JANKE, do hereby certify that I am a

7  Certified Court Reporter for the State of Utah;

8          That as such Reporter I attended the hearing of

9  the foregoing matter on August 16, 2020, and thereat

10 reported in Stenotype all of the testimony and proceedings

11 had, and caused said notes to be transcribed into

12 typewriting, and the foregoing pages numbered 786 through

13 955 constitute a full, true and correct record of the

14 proceedings transcribed.

15         That I am not of kin to any of the parties and

16 have no interest in the outcome of the matter;

17         And hereby set my hand and seal this 14th day of

18 December, 2020.

19

20

21

22

23         _____

24         REBECCA JANKE, CSR, RPR, RMR

25
```