1          IN THE UNITED STATES DISTRICT COURT

2      FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

3

4    _____
                                     )
5    UNITED STATES OF AMERICA,       )
                                     )
6              Plaintiff,            )
                                     )
7       -vs-                         )    2:16-CR-631 DK
                                     )
8    AARON MICHAEL SHAMO, et al.,    )
                                     )
9              Defendants.           )
     _____)
10

11

12

13

14          BEFORE THE HONORABLE DALE KIMBALL

15             DATE:  AUGUST 29, 2019

16       REPORTER'S TRANSCRIPT OF PROCEEDINGS

17        JURY TRIAL - CLOSING ARGUMENTS

18          (Pages 2005 through 2126)

19

20

21

22

23

24       Reporter:  REBECCA JANKE, CSR, RPR, RMR
                      (801) 521-7238
25

2006

```
 1
 2                    A P P E A R A N C E S
 3
 4   FOR THE PLAINTIF      UNITED STATE'S ATTORNEY'S OFFICE
 5                              BY:  MICHAEL GADD, ESQ.
 6                                  VERNON G. STEJSKAL, ESQ.
 7                                  KENT A. BURGGRAAF, ESQ.
 8                              111 SOUTH MAIN STREET, 1800
 9                              SALT LAKE CITY, UTAH  84111
10
11
12
13   FOR THE DEFENDANT:     SKORDAS & CSTON, LLC
14                              BY:  GREGORY G. SKORDAS, ESQ.
15                                  KAYTLIN V. BECKETT, ESQ.
16                              560 SOUTH 300 EAST, 225
17                              SALT LAKE CITY, UTAH 84111
18
19                              DARYL P. SAM, PLLC
20                              BY:  DARYL P. SAM, ESQ.
21                              5955 SOUTH REDWOOD ROAD, 102
22                              SALT LAKE CITY, UTAH 84123
23
24
25
```

| | |
|---|---|
| 1 | AUGUST 29, 2019                    SALT LAKE CITY, UTAH |
| 2 | P R O C E E D I N G S |
| 3 | * * * |
| 4 | THE COURT:  I understand that yesterday you |
| 5 | agreed on the exhibits that had been admitted and that |
| 6 | were going into the jury room; is that correct? |
| 7 | MR. STEJSKAL:  Yes, Your Honor. |
| 8 | MR. SKORDAS:  Yes. |
| 9 | THE COURT:  Thank you.  Juror No. 10 is ill |
| 10 | and has been excused, I suppose demonstrating the |
| 11 | wisdom of having alternates, at least in longer |
| 12 | trials.  The 13 remaining jurors are here, and we're |
| 13 | ready to get them and proceed? |
| 14 | MR. SKORDAS:  Yes, Your Honor. |
| 15 | MR. STEJSKAL:  Yes, Your Honor. |
| 16 | THE COURT:  Thank you. |
| 17 | THE CLERK:  All rise, please. |
| 18 | (Whereupon the jury enters the courtroom.) |
| 19 | Court will resume session.  You may be |
| 20 | seated. |
| 21 | Good morning, again, Ladies and Gentlemen of |
| 22 | the Jury.  Thank you for your work, and thank you for |
| 23 | your patience. |
| 24 | Now that you have heard the evidence, and |
| 25 | will hear the closing arguments, it's my duty to |

1    instruct you as to the law in this case.  You each

2    have a copy of the instructions, and I'll begin with

3    Jury Instruction Number 1.

4        (Whereupon the jury instructions were read by the

5                          Court.)

6             You will note from the oath that the Court

7    security officer will take that he, as well as any

8    other person, is also forbidden to communicate in any

9    way with any juror about any subject touching the

10   merits of the case.  We all need a rest, or at least I

11   do.  We'll be in recess for about 15 minutes.  Leave

12   your papers there on your seats, and don't begin to

13   deliberate yet.

14             THE CLERK:  All rise, please.

15        (Whereupon the jury leaves the courtroom.)

16             Let's try to get back by about ten to.

17                     (Short break.)

18             Mr. Skordas, you asked a question about when

19   the next break would be; is that right?

20             MR. SKORDAS:  Yes.

21             THE COURT:  The plan -- I thought I outlined

22   this yesterday, but I'll do it again.  We'll take the

23   longer, 30-minute break for the jury to go to lunch

24   after Mr. Stejskal's opening.

25             MR. SKORDAS:  That's what I thought you said.

```
 1              THE COURT:  Yeah.  And then you can do yours
 2     after that.
 3              MR. SKORDAS:  Very well.
 4              THE COURT:  And I think we probably won't
 5     need another break because the two of you can probably
 6     get done what you need to get done in whatever time.
 7              MR. SKORDAS:  Probably less than an hour.
 8              THE COURT:  Yeah.  Are we ready to proceed?
 9              MR. STEJSKAL:  Yes.
10              THE CLERK:  All rise, please.
11              (Whereupon the jury enters the courtroom.)
12              Court will resume session.  You may be
13     seated.
14              THE COURT:  Mr. Stejskal, you may proceed
15     with your closing argument.
16              MR. STEJSKAL:  Thank you, Your Honor.
17              May it please the Court, counsel, Ladies and
18     Gentlemen of the Jury, the last three weeks you have
19     listened to the evidence of the rise and fall of Aaron
20     Shamo, the self-proclaimed Pharma-Master, the drug
21     dealer to other drug dealers and desperate addicts
22     alike, the leader of a drug trafficking enterprise
23     that distributed highly addictive and dangerous drugs
24     to scores of people in all 50 states.
25              Death, drugs and money are still why we're
```

1    here.  We're here to hold Aaron Shamo accountable for

2    his actions in this case.  Let's start with his own

3    words:  "With money comes greed.  I'm not gonna lie.

4    Money's cool.  With money comes a lifestyle.  If you

5    drive a B.M.W., you can't go back to a Toyota."

6           Like many drug dealers, if the money is

7    coming in, Mr. Shamo learned to ignore everything

8    else.  More money, more money, more money became Aaron

9    Shamo's reason for being.  He was the Pharma-Master.

10          My role this morning is to help marshal the

11   evidence.  Obviously, three weeks of evidence, I can't

12   possibly go through it all, and you've patiently

13   listened and taken notes and you have got the

14   evidence.  My job is just to try to bring it all

15   together to help you understand how the evidence and

16   the law interacts together.  In order to do that,

17   here's a rough outline of what I'm going to try to

18   cover this morning.

19          First of all, we're going to go through a

20   chronology of Mr. Shamo's drug trafficking enterprise,

21   how we got from the start to the finish.

22          Second, we'll talk about the requirements of

23   what it takes to be found guilty of running a

24   continuing criminal enterprise.

25          Third, we'll talk about the enhanced elements

1    of Mr. Shamo's continuing criminal enterprise in the

2    Special Verdict form.

3            Fourth, we'll talk about the underlying

4    violations and the additional charges beyond the

5    continuing criminal enterprise.

6            And fifth, we'll talk about the distribution

7    of a controlled substance resulting in death.

8            How did Aaron Shamo get from working a

9    40-hour-a-week job at eBay to become the

10   Pharma-Master?  Recall he and Mr. Crandall initially

11   got involved in BitCoin mining.  Mr. Shamo bought a

12   BitCoin mining machine.  Mr. Crandall went in on it

13   with him, and they were making money just solving

14   these equations to pay people in BitCoins.

15           That soon turned to prescription Adderall.

16   Both Mr. Shamo and Mr. Crandall had a prescription for

17   Adderall, and they came up with the idea to sell this.

18   Adderall quickly moved to other drugs, MDMA, Ecstasy,

19   cocaine.  Whatever drugs people were buying, Mr. Shamo

20   was willing to sell.  That next moved into Alprazolam,

21   the chemical substance that goes into Zanax, and a

22   single tabletting machine.  From that, it quickly

23   progressed into counterfeit oxycodone containing

24   Fentanyl and a much faster press.

25           That's a 30-thousand-foot view of what

1    happened in this case.  Let's slow it down a little

2    bit and take it piece-by-piece and see how we got from

3    the beginning to the end.

4         So, Mr. Shamo and Mr. Crandall discussed

5    selling drugs, and Mr. Shamo researched selling drugs

6    and discussed his ideas with Mr. Crandall.  Recall the

7    items found on Mr. Shamo's computer when agents were

8    able to conduct a search.  A summary of the websites

9    visited by Mr. Shamo included researching pill

10   presses, researching punches and dies to make the

11   right imprints on the pills, pre-mixed inert

12   ingredients from Tablet Press Club.  That's all in

13   2015.

14        In 2016, he researched MoneyGram.  At the

15   same time, he's ordering punches and dies from China,

16   and they wouldn't accept Bitcoin, and they wanted to

17   be paid another way.  He researched Tumbler, which is

18   how to get BitCoins circulated through the system

19   anonymously, Cryptopay, and stopoverdose.org,

20   obviously concerned about the effects this Fentanyl

21   and these counterfeit oxycodone were going to have on

22   people.  Multiple pages of Google searches.

23        And there are 6, 8 -- a lot of pages where

24   agents took out specific terms of what he searched.

25   Fentanyl and Fentanyl testing is listed multiple

times.  He searched Fentanyl over and over.  M30's,
Roxies searched several times over the course of this
to learn how to manufacture and distribute these
drugs.  On his computer, methods to commit money
laundering, step-by-step.  Reddit searches.  Recall,
Reddit is an online forum where people get together
and discuss topics such as how to get away with things
on the Dark Net.

You see some of his searches.  Here are some
methods that police use.  Stories of people getting
busted, let's learn from.  And a manual on how to ship
drugs to avoid law enforcement detection, all on
Mr. Shamo's computer in his home where he was
manufacturing these pills.

There's no don't that Mr. Shamo knew, from
the very beginning, that all of this was illegal and
dangerous, yet he made a conscious decision to break
the law by selling drugs in this manner.  He even came
up with his own title.  Aaron Shamo became the
Pharma-Master.

He had help.  Mr. Crandall, although he was
not using Mr. Shamo's computer.  He was not even in
the country when a lot of these searches took place.
Mr. Paz was pressing pills.  He wasn't running these
searches, Mr. Shamo was.  Mr. Shamo testified, "If I

1   had any questions, I researched or Googled it" or

2   words to that effect.

3          Now, make no mistake, Mr. Crandall was deeply

4   involved from the beginning as you've heard testimony.

5   There was an initial investment to start up on the

6   Dark Web, and Mr. Shamo and Mr. Crandall both invested

7   an amount of money to get that set up.  Mr. Shamo was

8   in for two thirds, Mr. Crandall was in for one third.

9   Drew Crandall became Aaron Shamo's junior partner in

10  this operation.

11         Recall, at the beginning, duties were split.

12  Mr. Shamo obtained the drugs and sold them on the Dark

13  Net.  Mr. Crandall packaged and shipped those drugs.

14  And there was an ever-expanding inventory, where

15  Mr. Shamo experimented on what was profitable and

16  would change drugs to make more money, more money,

17  more money.

18         Recall a time, early on in the operation,

19  when a roommate got called in by Homeland Security to

20  explain a package of cocaine that had been shipped to

21  him.  That was an alarm for Mr. Shamo, and he decided

22  he needed drops, he needed packages with illegal drugs

23  to be sent to others in their name and then delivered

24  to him to process and sell to others but didn't want

25  things coming to him to expose him to law enforcement

1    detection.

2         Mr. Shamo needed to exchange BitCoin for cash

3    to fund some expenses.  He researched that, and he

4    testified to his knowledge of how that worked.

5    Bitcoin kiosk, peer-to-peer, Bitstamp.  Mr. Shamo was

6    no dummy.  He researched topics he was interested in

7    and searched until he found the answer.  As value

8    increased, Mr. Shamo and Mr. Crandall needed others to

9    handle different roles, packaging and shipping.

10        Mr. Shamo ultimately researched the pill

11   press idea, and again refer back to his computer

12   searches and Google and Reddit to see that Mr. Shamo,

13   on his computer, did that research.  Buying and

14   selling Alprazolam was not nearly as profitable as

15   pressing Alprazolam from the raw powder.

16        Now, recall while this research is going on

17   and this operation is slowly developing and these

18   plans are taking place, Mr. Crandall is making plans

19   to leave the country, and Mr. Shamo is well aware of

20   those plans.  In August of 2015, Mr. Crandall and his

21   girlfriend at the time, Sasha Grant, decided to buy

22   tickets to New Zealand.  Mr. Shamo makes plans to

23   carry on the drug trafficking organization that he and

24   Mr. Crandall started without Mr. Crandall being there.

25        Alex Tonge and Katie Bustin are hired by

2016

1    Mr. Shamo to replace Mr. Crandall in the role of
2    packaging and shipping.  Mr. Crandall showed them how.
3    Mr. Shamo has learned how to press pills by the time
4    Mr. Crandall is leaving, but Luke Paz is also hired to
5    replace Crandall as an additional pill presser.
6    Mr. Crandall showed him how.  Mr. Shamo agreed to buy
7    Drew Crandall out of his junior partnership in the
8    organization for $40,000, but he only paid 20,000
9    before Mr. Crandall left the country.
10          On November 27, 2015, Drew Crandall left the
11   United States with Sasha Grant to travel the world.
12   After selling his car, he had $17,000 in his pocket,
13   all from profits from this drug trafficking
14   organization.  Important to remember, at this point in
15   the chronology, is that no Fentanyl pills had been
16   pressed before Drew Crandall left the country and left
17   the drug trafficking organization.  That all happened
18   after Drew was gone.
19          Recall Chris Kenny and testimony about him.
20   He liked the Zanax that Mr. Shamo and his organization
21   were selling but saw huge profit potential in Fentanyl
22   pills, so he mentioned that to Mr. Shamo.  Mr. Shamo
23   researched and found a Fentanyl source in China.
24   Mr. Shamo with Mr. Paz, and using Mr. Crandall's
25   mixture formula that Mr. Crandall left for Alprazolam,

1   and not for Fentanyl.

2          And, with feedback from Mr. Kenny, Shamo

3   figured out how to press counterfeit Oxys containing

4   Fentanyl that would look like legitimate Oxy that

5   users would buy.  He refined the process with feedback

6   from Mr. Kenny, who tested the product on his

7   customers, basically through human trials.  Press some

8   pills, give or sell them to customers, ask them how

9   they were.  Are they strong enough?  Are they too

10  weak?  Are they blue enough?  How's the markings on

11  there?  Do they look like Oxycodone?  Dangerous

12  testing to customers that Shamo condoned in order to

13  perfect his tabletting operation for counterfeit

14  Oxycodone.

15         Or, in Mr. Shamo's own words, when asked how

16  he did it, "trial and error."  Trial and error is how

17  he perfected how much Fentanyl to put in pills that

18  he's shipping around the country to other dealers and

19  addicts.  Think of what error means in this context.

20  Mr. Shamo knew from the beginning that these pills

21  weren't to help people with pain.  That testimony from

22  him was either a bald-faced lie or an after-the-fact

23  justification to help him sleep at night.  He knew

24  these were going to people to get high.

25         Mr. Shamo, in starting the Fentanyl pill

1   operation, was becoming exactly who he set out to be,

2   the Pharma-Master.  Fentanyl pills were much more

3   profitable than anything he had been selling before.

4   The volume was steadily increasing.  He needed more

5   drops to receive raw Fentanyl from China, to receive

6   the inert ingredients that would go into the mixture

7   to make these pills.  He needed customer service help

8   to respond to people who couldn't track their

9   packages, who thought there were problems.  He needed

10  to maintain positive feedback to build trust with

11  potential customers.

12          Recall that extra pills were often given and

13  orders readily replaced because the cost of these

14  Fentanyl pills was so negligible it didn't matter.

15  The solution was to give more pills.  As his

16  enterprise grew, there was more and more work

17  involved.  He recruited Sean Gygi to help ship when

18  Tonge and Bustin didn't want to do it anymore.  He

19  enticed Mr. Crandall back into doing customer service

20  in July of 2016.  And we'll talk more about that.

21          And, with the help of Luke Paz, he was

22  trading BitCoin for drawers full of cash.  Aaron

23  Shamo, whether by skill or pure determination in doing

24  the research and determination to carry out what he

25  set out to do, established himself as the CEO of a

2019

1    nationwide drug distribution network.  Again, in his
2    words, he was the Pharma-Master.  In the words of the
3    law, he was the head of a continuing criminal
4    enterprise.
5            You all have packets of jury instructions,
6    and I'll be referring to them a lot.  The Judge had
7    the unenviable task of reading them all to you.  I
8    have possibly the even more unenviable task of helping
9    explain them to you.  You might argue that you have
10   the least fate of all in listening to both of us
11   reading and explaining them to you.  They are not as
12   bad as they look.  There's a lot there, but you're
13   smart people.  That's why you were chosen to sit as
14   jurors in this matter.  We'll walk through them
15   together, and we'll understand them together.
16           I'm going to first direct your attention --
17   and, again, you're welcome to follow along.  Some of
18   them I'll put on the screen.  Some of them I won't.
19   I'll talk about them.  You can follow along in your
20   packet or you can just listen.  Jury Instruction 29
21   contains elements of continuing criminal enterprise.
22   Elements instructions tell you what the United States
23   needs to prove, beyond a reasonable doubt, in order
24   for you to find the defendant guilty of any particular
25   charge.

1          Count I of the Indictment that the Grand Jury

2    returned against Mr. Shamo alleges that he engaged in

3    a continuing criminal enterprise or what we lawyers

4    call a CCE.  Element 1 requires you to find that the

5    defendant violated the Controlled Substances Act in

6    ways specified as underlying violations on the Special

7    Verdict Form, and we'll talk a lot more about that

8    later.

9          Element 2 requires that you, as a jury,

10   unanimously agree on at least three of the underlying

11   violations and that three or more of those controlled

12   substance violations were connected as a series of

13   related or ongoing activities.

14         Now, clearly this was a continuing series of

15   related activities.  Mr. Shamo and his organization

16   were selling pills over and over and over through the

17   Dark Net, through the same process; customer orders,

18   shipping orders prepared, helpers help package and

19   mail those items to the customer, and the customer

20   pays in Bitcoin with the money that comes back to

21   Mr. Shamo.

22         So, element 2 is pretty easy.  Obviously

23   there are three underlying violations that are

24   connected.  So let's look specifically at 3, 4 and 5.

25   Elements 3 and 4 specifically here first.  At least

1    five other persons with respect to whom Mr. Shamo

2    occupied a position of organizer, supervisor or any

3    position of management.  Note, as I review the people

4    Mr. Shamo organized, managed and supervised, that they

5    need not have acted in concert with or even known each

6    other.  Mr. Shamo need not have controlled their every

7    activity.  It's sufficient that he gave general orders

8    for others to carry out.

9            We've referred to this chart over and over,

10   and these are the people that Mr. Shamo managed,

11   organized, and supervised and we'll go through them

12   one-by-one:

13           Gabby Noriega.  You recall testimony that she

14   was Mr. Shamo's executive assistant who would do

15   essentially any task he asked her to do.  Multiple

16   times she ordered pill ingredients for him, "Get ahold

17   of Tablet Pill Press Club and get me some

18   microcrystalline cellulose;" lots of other items that

19   she was required by him to get, shipping supplies from

20   Uline and other companies, postage from the post

21   office.

22           Recall those telegram exchanges where he

23   would say, "I need this now.  I need stearic acid

24   yesterday.  I need it now."  And Ms. Noriega's job was

25   to get it done.  He didn't care how she got it done.

2022

1    She was under orders to do this, and she was

2    compensated for her services by Mr. Shamo.

3            Mario Noble recruited by Mr. Shamo to perform

4    customer service; customer service being to respond to

5    people on the internet on the Dark Web who were having

6    problems with their orders.  Recall, he came up with a

7    series of canned responses that we saw:  Your order is

8    on its way.  Here's your tracking number.

9            Different responses.  He also recruited some

10   drops.  In his customer service role, Mr. Shamo

11   managed and supervised him.  Mr. Noble would report to

12   Mr. Shamo if there were major problems, and Shamo was

13   the one to deal with those, but he was to perform the

14   day-to-day customer service for Mr. Shamo's

15   Pharma-Master organization.

16           Luke Paz.  You heard from Mr. Paz.  He

17   started out as a drop.  He got the pill presses sent

18   to his address.  He got punch dies sent to him.  He

19   also was a presser for those Fentanyl pills.  He

20   operated the pill press in Mr. Shamo's home.  Who

21   managed him?  Who supervised him?  Aaron Shamo.  Who

22   paid him a wage?  This wasn't a partnership.  This was

23   a wage.  I will give you 25 percent.  I will give you

24   X amount per pill you punch.  And that's what Mr. Paz

25   did for that compensation.

1          Mr. Paz also helped convert Bitcoin to cash

2     for Mr. Shamo.  Mr. Shamo had control of the cash.  He

3     would direct or order Mr. Paz to go convert this cash,

4     and Paz would give it back to Mr. Shamo for Mr. Shamo

5     to determine where it went.

6          Drew Crandall, initially a one-third partner

7     responsible for packaging and shipping these drugs

8     early on; adderall, MDMA, Zanax, helped press the

9     Zanax and came up with the mixing formula for

10    ingredients for the Zanax pills.  Again, initially a

11    partnership.  He was bought out by Mr. Shamo, and when

12    the Fentanyl pill press operation began and continued,

13    Mr. Crandall was nowhere involved.

14          Then, recall that Mr. Crandall was recruited

15    back in July of 2016 to do customer service.  For a

16    wage.  He was paid $1200 bi-weekly to perform this

17    customer service function.  He was supervised and

18    managed by Mr. Shamo.  He wasn't a partner at that

19    time.  He wasn't reaping millions of dollars from this

20    operation.  He was a mere employee, enticed back by

21    Mr. Shamo to participate in the organization.

22          Alexandrya Tonge.  Recall that she and Katie

23    Bustin started as drops.  They saw Mr. Shamo was

24    making some money, asked him how they could get

25    involved, and he said, "Could you receive a few

2024

1    packages?"  They did.  They wanted more money.  They

2    became responsible for order processing, packaging and

3    shipping under the direction -- recall, first of all,

4    Mr. Crandall showed them how to do it, went over to

5    their house, showed them how to package things,

6    process orders.  Then Mr. Crandall left.

7            Who supervised them?  Who managed them?  Who

8    was the organizer of the orders and would get them to

9    them after Mr. Crandall left?  Only Aaron Shamo.  He

10   was the leader.  He was the supervisor.  Again,

11   Ms. Bustin and Ms. Tonge work in concert at the South

12   Jordan house.

13           Sean Gygi.  He started off as a drop as well

14   and got numerous packages sent to his house, including

15   Fentanyl and Alprazolam.  When the business got busy,

16   Mr. Shamo got overwhelmed, Ms. Tonge and Ms. Bustin

17   got overwhelmed by the sheer volume that was being

18   processed by this continuing criminal enterprise,

19   Mr. Shamo approached Mr. Gygi and asked him to take

20   over that role of taking all these packages from

21   Ms. Tonge and Mr. Bustin's house to the post office

22   and mailing them.

23           Mr. Crandall wasn't around at that time.  He

24   was overseas.  Mr. Shamo recruited him.  Mr. Shamo

25   directed and ordered him of what to do and how to do

1    it.  Recall also the recorded conversation of the

2    future plans for expansion in Colorado.  Mr. Shamo was

3    directing Mr. Gygi on what to do.  He was going to

4    bring him the packages to ship out of Colorado.

5            The bottom row, as well, were all managed and

6    supervised by Aaron Shamo.  Miles Penrose.  Recall he

7    gave $10,000 seed money to get the operation going.

8    He also helped launder some money through the purchase

9    of a truck and a boat.  The rest, on the bottom row,

10   with the exception of Ms. Tebbs, were drops.  And

11   drops were clearly supervised, managed by Mr. Shamo.

12   He would order the packages.  He would put the address

13   down to send them to their house.  He would tell them

14   not to open them.  Each and every one of those

15   packages that was sent to a drop would go to

16   Mr. Shamo, not to anyone else in the organization, to

17   Mr. Shamo, because he was in charge.  He was making

18   these drugs happen.

19           And then Ms. Tebbs, who acted more like

20   Ms. Noriega, she was directed to purchase some things,

21   to act kind of like an office assistant to help out on

22   matters like that.  Again, an employee of Mr. Shamo.

23           While your job is solely to determine whether

24   or not Mr. Shamo was guilty of the offenses charged,

25   including the continuing criminal enterprise,

1    Mr. Shamo raised the specter of why the others weren't

2    charged with the CCE.  Ask yourselves if any of those

3    people organized, supervised or managed five or more

4    people.  If they didn't, that charge is not

5    appropriate for them.  Since Mr. Shamo did, that

6    charge is absolutely appropriate for him.

7         As the manager and supervisor, Mr. Shamo was

8    a master manipulator.  He knew what buttons to push to

9    get people to do what he wanted them to do, which was

10   to keep them working for his organization so he keeps

11   making more money, more money, more money.  Recall

12   Ms. Tonge and Ms. Bustin wanted to quit several times.

13   He raised their pay.  He told them that he would need

14   time to find replacements, that they couldn't leave

15   him in the lurch.  He told them he would help them to

16   buy a house if they stayed, and they stayed.

17        Mario Noble.  He said he wanted out.

18   Mr. Shamo's response.  If there's anything I can do to

19   aid you to stay and not take a break, let me know.

20   Mario Noble stayed, based on Mr. Shamo's persuasion.

21        Drew Crandall repeatedly said he wanted out

22   and kept waiting for his payout so he could leave the

23   country.  Mr. Shamo kept telling him he didn't have

24   the money to pay him and slow-paid to get Mr. Crandall

25   to do more and more and more for the organization

1    while he was in the country.

2           Then, in July of 2016, he was trying to

3    entice Mr. Crandall back into the drug trafficking

4    enterprise.  Recall, he told Mr. Crandall he didn't

5    have the $10,000 that he owed him, but he would pay

6    him $1200 bi-weekly for customer service.  You recall

7    that testimony from Mr. Crandall.

8           What else was going on in July of 2016?  This

9    is the money from Aaron Shamo's parents' house, part

10   of the $429,000 that he dropped off.  There was a band

11   around one of those stacks of hundred-dollar bills.

12   July 13 of 2016, the same time Mr. Shamo was telling

13   Mr. Crandall:  I don't have $10,000 to pay you.  Why

14   don't you come and do customer service, and I'll pay

15   you a weekly wage.

16          Mr. Shamo clearly organized the drug

17   trafficking enterprise and managed and supervised his

18   employees who were hired to carry out those designated

19   functions for Mr. Shamo.

20          Let's next talk about the fifth element of

21   continuing criminal enterprise.  Defendant obtained

22   substantial income or resources from the series of

23   violations.  And that just means his income was

24   significant in size or amount.  Pretty simple concept.

25   Did Mr. Shamo obtain significant income from this

1   continuing criminal enterprise?  Clearly the answer is

2   yes.  Drawers full of cash found at his house when the

3   police came.  Safe stocked with cash.  $429,000 he

4   socked away at his parents' house to not be in the

5   same place as where he was operating this enterprise

6   from.

7          The cash seizures on November 22, 2016, when

8   this operation was taken down, Mr. Shamo had

9   $1,657,000 in cash in those drawers and at his

10  parents' house.  Mr. Paz had $805,000, almost 806.

11  You recall Ms. Tonge and Ms. Bustin had about $19,000

12  in cash.  Who is obtaining substantial income and

13  resources from this?  Well, all of those three are,

14  all those are four people are, but look at Mr. Shamo's

15  chunk compared to everybody else.  And this slide

16  doesn't cover Mr. Crandall because there were no cash

17  seizures from him on that date.  And we'll talk about

18  him some more.

19         What about Bitcoin seizures?  Bitcoin was

20  also income and substantially so.  On the day of the

21  take down, Mr. Shamo had 513 and some odd Bitcoins in

22  his wallet.  Mr. Paz had 32.  Ms. Tonge and Ms. Bustin

23  had a mere half a Bitcoin that was meant for

24  purchasing postage and other items necessary to run

25  the operation.  Those 513 Bitcoins were worth $2.47

1    million on October 11, 2017, when agents were

2    ultimately able to obtain and seize those from

3    Mr. Shamo's Bitcoin wallet.

4         Recall this email to the landlord in

5    Cottonwood Heights, Jeremy Lapin, where Mr. Shamo

6    represented that he was a Bitcoin trader and had this

7    much Bitcoin in his Bitcoin wallet, 1,443 Bitcoins as

8    of November, 2015.  That's at the time Mr. Crandall is

9    leaving the country.  He had begun the Zanax pill

10   press operation, but no Fentanyl yet.  By November of

11   2016, when Mr. Shamo was arrested, an additional 3,000

12   Bitcoins had gone through Mr. Shamo's Bitcoin wallet.

13   Clearly, he obtained substantial income and resources.

14        And recall what Mr. Shamo said.  "With Money

15   comes a lifestyle."  Mr. Shamo detailed his spending

16   in his testimony but down-played it to you like it was

17   no big deal.  "My cars weren't new," he said, as he

18   bought a B.M.W. and a $42,000 truck.  "I took casual

19   vacations," he said, as he went to Puerto Rico, the

20   Caribbean Islands, Mexico and researched buying

21   property there.  Las Vegas became something of a

22   routine, and he lost $5,000 or more on more than one

23   occasion and just said, "My wallet is a little bit

24   lighter."

25        He made other lavish purchases, such as a

1    boat, that truck, 88-inch TV.  He's living in a nice

2    house in Cottonwood Heights, as opposed to the

3    apartments he was previously living in.

4         Mr. Shamo was living off of his drug

5    trafficking profits, and he was living lavishly.

6    Vacations, music venues, enjoining the high life off

7    of other people's misery.  There he is on his new boat

8    Captain Schmo.  Recall his own self-help message New

9    Year's, 2016.  "I will over achieve.  I will overcome,

10   and I will be F'ing rich.  Life is great.  Life is

11   amazing.  I honestly can't wait to live it.  Going to

12   make $250,000 in the next few months easy."

13        And once he got that Fentanyl pill press

14   going, he was right.  He made that amount and lots and

15   lots more.  More money, more money, more money.

16   Mr. Shamo was living the dream.  He had become the

17   Pharma-Master.

18        You're going to be given a Special Verdict

19   Form that has boxes, guilty and not guilty and some

20   other items proven and not proven.  With regard to the

21   continuing criminal enterprise, those were the five

22   elements in Jury Instruction 29.  If you find those

23   five elements have been proven by the United States,

24   which, based on the evidence, I submit have been

25   proven, you should find the defendant Aaron Shamo

1   guilty of Count I, engaging in a continuing criminal

2   enterprise.

3          After you do that, you will move on to the

4   enhanced elements of Mr. Shamo's continuing criminal

5   enterprise that are contained on the Special Verdict

6   Form.  You will be asked whether the defendant is the

7   principal administrator, organizer or leader of the

8   enterprise or is one of several such principal

9   administrators, organizers or leaders.  Keep that in

10  mind as you consider this, that the law doesn't

11  require that the defendant is the only principal

12  administrator, organizer or leader, although I would

13  submit that, based on the evidence, he was.  But the

14  United States need only prove, beyond a reasonable

15  doubt, that the defendant was one of possibly several.

16  You can consider others as well.

17         Let's talk about whether he's the principal

18  administrator, organizer or leader of the continuing

19  criminal enterprise.  Recall the testimony of retired

20  Special Agent Jeff Bryan who had been doing drug

21  investigations both domestically and internationally

22  for well over 20 years.  And he was asked, what does a

23  leader and organizer and principal administrator do?

24  What are some things that show that a certain

25  individual is the head of, the principal administrator

1    of an organization?

2            Well, one thing they do is they come up with

3    the idea of how to make money.  And, at the beginning,

4    Mr. Shamo and Mr. Crandall were in on that together.

5    But, as that expanded, it was Mr. Shamo's idea to

6    include Fentanyl and expand the operation.  What else

7    does a principal administrator, organizer or leader

8    do?  Put it together into a business model.  How are

9    we going to do this?  Okay.  We want to make money.

10   We want to sell drugs.  How are we going to do this?

11           Mr. Shamo put it together by researching the

12   Dark Web, researching drugs on how to obtain them and

13   sell them to customers and to sell them anonymously to

14   people to try to avoid getting caught.

15           A principal administrator, organizer, leader

16   establishes the source of supply.  Recall that

17   Adderall was the only thing that Mr. Crandall was

18   involved in establishing the source of supply.

19   Everything else was Mr. Shamo, from the drugs at the

20   beginning, to the Alprazolam that went into the

21   counterfeit Zanax, to the Fentanyl from China that

22   went into the fake Oxy pills.  All Mr. Shamo,

23   establishing the source of supply and controlling

24   that.  He was the only one that ordered things from

25   China because he had the China contacts.

1          What else?  Establish a means of product

2     sales.  That was solely Mr. Shamo.  He set up the Dark

3     Net.  He established the marketplace site where

4     customers could see what was for sale and complete

5     their purchases.

6          Marketing.  Again, solely Mr. Shamo, through

7     product placement on the marketplace website.  And

8     positive feedback.  Mr. Shamo was obsessed about

9     maintaining positive feedback to market his Fentanyl

10    pills so that customers would be comfortable buying

11    them, and he's anonymous and they don't know who they

12    are coming from.  They have to be good, and he has to

13    market them.

14          Recruiting employees.  That's something an

15    organizer, leader, principal administrator does.  Now

16    recall, others helped on occasion.  Mr. Noble

17    recruited some people.  Ms. Tonge and Bustin recruited

18    a few drops.  Those are drops.  Others suggested or

19    introduced some people, but it was ultimately

20    Mr. Shamo who employed people, who had to approve

21    whether or not they were going to work for the

22    organization, who had to approach the role they would

23    do and who ultimately paid them.  Mr. Shamo was the

24    only one who accessed the money and paid these people

25    to commit -- to participate in these activities.

2034

1          Principal administrator, organizer defines

2     the roles in the organization.  It was Mr. Shamo who

3     said these people are going to do the packaging and

4     shipping.  These people are going to be drops.  These

5     people are going to be customer service

6     representatives.  That was Mr. Shamo.

7          Maintain employees by defining and adjusting

8     payment.  Again, Mr. Shamo was the only one who paid

9     employees, and he made adjustments over time.  You saw

10    he negotiated with Mr. Paz.  He negotiated with

11    Ms. Tonge and Ms. Bustin about getting more pay to

12    keep them in the organization.  Mr. Shamo was the one

13    who did that.

14          Handle larger problems.  Recall customer

15    service, that a lot of that was routine according to

16    Mr. Crandall and Mr. Noble, who conducted customer

17    service, but recall also that Mr. Crandall said any

18    major problem, which Mr. Shamo defined as anything

19    involving more than $500, that was to be dealt with

20    directly by Mr. Shamo.  Customer service was to send

21    Mr. Shamo a message, a sticky as they called them, for

22    Mr. Shamo to personally deal with those problems

23    because he's the leader.  He's the principal

24    administrator because the buck stops with him,

25    figuratively and literally.

1           What else does a principal administrator and

2     organizer do?  Deal drugs to other drug dealers.  This

3     isn't a guy who's only selling individual pills to

4     addicts, this is a guy who's selling 20,000 pills at a

5     time to others knowing that they are going to be

6     selling these pills to others.  As the organizer of

7     this enterprise, Mr. Shamo is the one who decided to

8     get bigger, get bigger.  More money, more money.

9           And finally, and most importantly, the

10    principal administrator and leader reaps the benefits

11    of the enterprise.  Who reaped the substantial

12    benefits from this enterprise?  With the exception of

13    Mr. Shamo's best friend, Mr. Paz, with whom he worked

14    out a generous pay structure, later adjusted downward,

15    Mr. Shamo kept the lion's share of the profits from

16    this drug trafficking organization.

17          Special Agent Bryan used the term "follow the

18    money."  He said that's a primary way to determine who

19    the head of the drug trafficking organization is, and

20    by law enforcement following the money, it led them

21    directly to the principal administrator and later

22    Aaron Shamo.

23          And also you use your common sense.  Who

24    says, "I think I'll start a business where I don't

25    make money."  Nobody.  Mr. Shamo started this business

1    for the purpose of making money.  He hired employees

2    to help him carry on this business to make him money.

3    He organized this operation.

4          Drug trafficking organizations come in many

5    different structures.  Yes, Mr. Shamo and Mr. Crandall

6    established initially as partners.  Mr. Crandall and

7    others occasionally helped with recruitment,

8    especially for drops.  Mr. Crandall figured out the

9    mixing formula when they were pressing Zanax.  But

10   Mr. Crandall wasn't participating in the organization

11   when Fentanyl was added.  That was Mr. Shamo.

12   Mr. Shamo testified that Mr. Crandall was still part

13   of this organization during the time Mr. Crandall said

14   he wasn't, when he left the country.  And you didn't

15   hear or see one thing to support Mr. Shamo's bald

16   assertion.

17         Agents scoured Mr. Shamo's computers and

18   found messages over that time period to others, but

19   none to Mr. Crandall.  Agents scoured financial

20   records and only found the 10,000 that Mr. Crandall

21   was paid from the buyout and the customer service

22   wages he was paid after July 16 when he rejoined the

23   organization.  He was not the organizer and leader at

24   that time.  He was a mere employee.

25         Again, looking at the instruction, even if

1    you want to find that at some times others shared

2    leadership or organizational roles, Jury Instruction

3    30 says Mr. Shamo need only be one of several possible

4    leaders.  Despite the allegation of duties, Mr. Shamo

5    never gave up control of the Pharma-Master website

6    where drugs were sold and prices were set, never gave

7    up access to the sources of Fentanyl, Alprazolam and

8    pill press dies in China, never gave up the authority

9    to hire and pay employees, negotiate with customers

10   and make big decisions in the customer service arena

11   and never gave up control of the money and how much to

12   share with others.  He had sole access to money coming

13   in through Bitcoin from the customers.

14           So ask yourselves this question.  Who did the

15   evidence show was indispensable to the running of this

16   drug trafficking enterprise?  Or another way to ask

17   that same thing.  Does this criminal enterprise carry

18   on if any one individual leaves?  New drops came in,

19   new packagers and shippers, new customer service

20   helpers.  Roles were replaceable.  Everyone was

21   replaceable except Mr. Shamo.  He was the principal

22   administrator, organizer and undisputed leader of this

23   enterprise.  Mr. Shamo was the Pharma-Master.

24           On the Special Verdict Form, you're going to

25   be asked to consider if the United States has proven,

1   beyond a reasonable doubt, that Mr. Shamo was the

2   principal administrator, organizer or leader.  And,

3   based on what I have reviewed with you and all the

4   evidence that you have in your notes about what you

5   have seen and heard from the testimony, I'm asking you

6   to check that box as proven, that he is exactly that,

7   principal administrator, organizer and leader.

8          Special Verdict Form 1-A.  That was 1-B.  1-A

9   requires the United States to prove that the

10  conspiracy to distribute Fentanyl involved 12

11  kilograms or more of a mixture or substance containing

12  a detectable amount of Fentanyl.  Important in that

13  language is the term "mixture or substance containing

14  a detectable amount of Fentanyl."  Pills and powder,

15  mixture, pure count the same in the weight.  So,

16  whether it's a pill, you get the total pill weight.

17  If it's a powder, you get the total powder weight.

18  Any substance containing Fentanyl counts in this

19  calculation of whether he conspired to distribute 12

20  kilograms or more.

21          Recall the DEA chemist who spent all morning

22  on Monday going through the tests of the substances

23  that were seized from Mr. Shamo's organization.  Let's

24  go through each of these just real quickly.  98 grams

25  of Fentanyl, 74 grams of Fentanyl, 99 grams of

1    Fentanyl, 2,138 grams of Fentanyl, 225 grams of

2    Fentanyl, 54 grams of Fentanyl, 454 grams and 1512

3    grams of Fentanyl, 22 grams of Fentanyl, 7,274 grams

4    of Fentanyl and 441 grams of Fentanyl, 102 grams of

5    Fentanyl, 87 grams of Fentanyl, 6 grams of Fentanyl,

6    239 grams of Fentanyl.

7              Each of these samples were taken from

8    different areas of the drug seized.  For example,

9    Exhibits 1 and 3 and 5, they are at the top, were

10   packages of powder seized that were imported from

11   China to be used in the pressing operation.  Exhibit

12   8.32 was the bulk tote of blue pills at Ms. Tonge's

13   and Ms. Bustin's house that were ready for shipping

14   out when their home was -- a search warrant was

15   executed at their home.

16             These other packages were seized when

17   Mr. Gygi was working with law enforcement and seized

18   before and after they went into the mail stream.  Of

19   the drugs tested, 12,825 grams of Fentanyl involved in

20   those.  And, again, that, in and of itself, proves

21   that element, that Mr. Shamo was involved in an excess

22   of 12,000 grams of Fentanyl.  But, again, those were

23   merely a representative sample.

24             There is the packages that went out on

25   November 18, the packages that went out on November

1    20.  Several items were tested, but not all.  Exhibit

2    6.00 that you have on your screen, recall that one.

3    It's a spreadsheet on each package seized on those

4    dates in the left column, the initials, the

5    addresses -- sorry -- addressee initials of who it was

6    sent to and the number of pills in each package and

7    what that package was.

8           Ask yourselves if there is any reasonable

9    doubt that those packages also contained Fentanyl.  Do

10   they look the same as the packages that were tested?

11   Were they being sold as fake Oxycodone by Mr. Shamo on

12   the Dark Web, the same as the tested pills?  Was

13   Mr. Shamo relying on positive feedback that his pills

14   were good and only putting out quality Fentanyl pills

15   to his customers?

16          Recall DEA chemist Dr. Oblath testified that

17   each counterfeit Oxy weighed approximately 108

18   milligrams.  You can use a hundred milligrams for the

19   ease of math and add up all those pills and how much

20   they weighed.  And just from those packages in that

21   four or five-day window in 2016, there were 7,660

22   grams of Fentanyl to be shipped out on those dates.

23   And recognize that is a tiny snapshot of what had been

24   going on for the better part of ten months, increasing

25   in volume over that time.

1          Do you have any reasonable doubt that, from

2     February through November of 2016, Mr. Shamo, in his

3     continuing criminal enterprise, exceeded 12,000 grams

4     of Fentanyl pills?  There's two other ways to do the

5     math.  Recall the order forms.  There are 1984 pages

6     of order forms that were placed as an exhibit, and

7     this is just an example.  Each one of those on the top

8     line talks about how many pills were sent out in any

9     given shipment.  If you were to go through those

10    orders and add up all the Fentanyl pills that went out

11    over this time period, well in excess of 12,000 grams.

12          Pharma-Master feedback.  The feedback talks

13    about how good these pills were, that they in fact

14    contained the Fentanyl, as advertised, and customers

15    were very, very happy with the product they were

16    receiving.  Is there any reasonable doubt, based on

17    the 98 plus percent feedback, that all the counterfeit

18    Oxy shipped by Pharma-Master contained Fentanyl?  Do

19    you need any other proof?

20          Here's one more, from Luke Paz's guilty plea,

21    he admitted he pressed approximately 480,000 fake

22    Oxycodone pills, each of which weighed just over a

23    hundred milligrams and that he distributed

24    approximately 48 kilograms of a mixture or substance

25    containing Fentanyl.  Mr. Shamo was responsible for

1   hiring, supervising and paying Mr. Paz, as well as

2   selling those pills on the Dark Web.

3       The dies in Mr. Shamo's house tested for

4   Fentanyl.  The powder in the press hopper at

5   Mr. Shamo's house contained Fentanyl.  You should have

6   no doubt that Mr. Shamo, through his organization,

7   distributed at least 12,000 grams of a mixture or

8   substance containing Fentanyl.  And when you do that,

9   you should check the proven box on the Special Verdict

10  Form under 1-A.

11      When you look at the Special Verdict Form,

12  pages 2 through 11 contains a long list of alleged

13  underlying violations for your consideration.  They

14  are all designated as question 1-C.  So you have seen

15  1-A is 12,000 grams of Fentanyl.  12-B was that he was

16  a principal administrator, organizer or leader.  1-C

17  contains a series of underlying violations and, again,

18  pages 2 through 11.  Page 11 contains a list of

19  specific dates involving the distribution of Fentanyl

20  to individuals identified by their initials, as these

21  four violations here.

22      If all customers were included in the

23  underlying violations, included in the Special Verdict

24  Form, we would be here for days, and it would be

25  unwieldy, so this is a representative sample about

1    which you have heard specific testimony as to these

2    particular, individuals identified by initial.

3           So, Alivia Luckcuck.  Recall she was a drop

4    for Trustworthy Money, and on November 18, 19, 20,

5    ordered $70,000, $70,000 worth of pills in two days.

6    Please give extras.  I'm your best customer.

7           Who is Trustworthy Money?  Jared Gillespie.

8    What was he doing with those pills?  Selling them to

9    other individuals to make money, just as Mr. Shamo

10   was.  Mr. Shamo is his supplier.  Look at the money

11   Mr. Gillespie is making.

12          Edward Blatt identified by the initials EB,

13   April 6 of 2016, received four oxycodone pills.  May

14   3, 2016, Conner Valentere, identified with the

15   initials CV, ordered five 30-milligram Roxy/Fentanyl

16   Oxycodones.  Gavin Kevlish, identified by the initials

17   GK, on August 3 of 2016, ordered 20 Oxycodone 30M

18   boxes.

19          Ms. Tonge and Ms. Bustin testified that they

20   processed these orders for Mr. Shamo.  These pills

21   were sent.  These were real people, real customers who

22   received real Fentanyl pills from Mr. Shamo in his

23   trafficking organization.

24          If you find that Mr. Shamo aided and abetted

25   others in distributing Fentanyl to these people,

1  you'll check the proven box on that list of underlying

2  violations.

3          Next we're going to talk about Special

4  Verdict Form pages 2 and 3.  So, page 2 lists -- let's

5  first go with page 3.  So the tables, pages 2 through

6  10, list a table.  And that tracks Exhibit 6.00 the

7  packages that were seized from Mr. Gygi that were

8  going in the mail from Mr. Shamo's organization.  You

9  see the dates, the addressee initials, the states, the

10 number of pills.  Each horizontal row provides

11 information about a package of pills that was to be

12 shipped, was shipped on those days.  Each of those

13 items on the left-hand side is a proven or not proven

14 box.

15         As you go down and review each of these

16 items, you can use 6.00 as your guide, table, but you

17 also have evidence of each one of those packages

18 through photographs and through the exhibits

19 themselves to show that those pills were provided and

20 that Mr. Shamo aided and abetted Ms. Tonge and

21 Ms. Bustin in providing those pills to customers.

22         The other list of continuing or underlying

23 violations, there is a substantial overlap between

24 those and the substantive charges on pages 12 through

25 14 of the Special Verdict Form.  In other words, Count

1    II is both an underlying violation and a stand-alone

2    count, Count II.  You should consider each one once

3    and check the appropriate box on both.  So if it's

4    proven, check proven and then check guilty on the

5    substantive charge, or if it's not proven or not

6    guilty, check those respective boxes on both.

7         One word of caution here because I have been

8    talking a long time.  All of these charges are

9    important to the United States and were proven through

10   the evidence that you have heard over the course of

11   the last three weeks.  Defense counsel said, in his

12   opening statement, that the defendant admits to many

13   of the charges in the Indictment and, based on the

14   evidence presented, I believe he was referring to some

15   of these.

16        Please don't take my lack of time spent with

17   these as minimizing their importance.  All charges are

18   important, and they all merit your careful

19   consideration.  You're all intelligent people and can

20   recall the evidence and apply the law.  I will go

21   through each one of these briefly.

22        So Count II is Jury Instruction 36, and it

23   involves June 23 of 2016, which is the Jensen package.

24   Recall Customs and Border Protection intercepted this

25   package coming from China to Ryan Jensen.  Ryan Jensen

2046

1   testified he was going to give that package to Aaron

2   Shamo.  That meets the elements.  It was imported from

3   outside the country.  It was Fentanyl.  It was going

4   to Mr. Shamo.

5          Count III is also in Jury Instruction 36,

6   importing from outside the United States.  This is the

7   November 8, 2016 package that was going to Sean Gygi.

8   You see Sean Gygi's address there.  You see it was

9   coming from China.  That package contained 122 grams

10  of Alprazolam.  Mr. Gygi testified that package was to

11  be delivered to Mr. Shamo unopened, for Mr. Shamo's

12  use in his organization.

13         Count IV, also Jury Instruction 36.  November

14  16 of 2016, the Mausia package.  We don't have a

15  picture of the box, but this is a picture of the

16  Fentanyl that was inside.  74 grams.  It came from

17  China.  Ms. Gleave testified that Mr. Mausia's

18  packages all were going to Mr. Shamo, unopened, for

19  his use in his operation.

20         Count V, Jury Instruction 38.  Knowing and

21  intentional possession of a controlled substance being

22  Fentanyl.  Recall, on November 22 of 2016, the day of

23  the raid, this package was seized from Ms. Tonge and

24  Ms. Bustin's house.  It was tested for Fentanyl and

25  confirmed to be Fentanyl.  Recall also that DEA

1    surveillance observed Mr. Shamo, on November 18, place

2    that duffel bag filled with pills in Ms. Tonge and

3    Bustin's truck.  Those are the pills that ended up in

4    the home that were put in the packages, and this is

5    how many that was left from that shipment that

6    Mr. Shamo had pressed so many pills and brought over

7    to their home.

8         The dies from the pill press in Mr. Shamo's

9    house tested as Fentanyl.  The powder in the hopper

10   next to the pill -- in the pill press in Mr. Shamo's

11   house tested as Fentanyl.  Clearly, he possessed

12   Fentanyl with intent to distribute on November 22 of

13   2016.

14        Jury Instruction 40 defines possession, and

15   there are two ways.  You can physically possess it or

16   constructively possess it with someone else.  He had

17   actual or physical possession when he delivered it to

18   Ms. Tonge and Ms. Bustin's house on the 18th.  He had

19   constructive possession of that while it was at their

20   house in that he was selling it on the Dark Web.  He

21   advertised it to customers.  He would provide the

22   order directing Ms. Tonge and Ms. Bustin to deliver

23   that to customers, to ship that to customers.

24        Count VI is the distribution resulting in

25   death, and I am going to skip that for now, and we'll

1    talk about that in more detail.

2            Count VII, Jury Instruction 42, manufacture

3    of Alprazolam.  On 11/22 of 2016, many items were

4    seized from Mr. Shamo's house.  The dies in that

5    larger press tested as Alprazolam.  The powder in the

6    hopper of that pill press tested as Alprazolam.  The

7    pills in the bin in the bag next to the press that

8    were actively being pressed tested as Alprazolam.

9            You recall both that DEA Special Agent Hebert

10   testified that gloves and a mask were found on

11   Mr. Shamo and that he appeared to have been pressing

12   at the time agents executed the search warrant, and

13   Mr. Shamo himself admitted that he was pressing

14   Alprazolam when he was arrested.  Clearly he possessed

15   that Alprazolam to distribute on that date.

16           Count VIII and Count IX involve Jury

17   Instruction 43, which is intentional adulteration of

18   drugs while held for sale.  This involves the pills

19   that were pressed, the A 215's and the M30's.  The

20   allegation is these were marked in this manner to

21   appear to be oxycodone, when in fact they contained no

22   oxycodone, only Fentanyl.  Recall, Agent Biundo

23   researched the feedback and saw what the pills were

24   being sold as.  There were 871 orders being sold as

25   those M30's, M-boxes.  There were 2,244 orders being

1    sold as those A 215's, as Roxicodone.

2           Clearly these were manufactured in such a way

3    as to appear to buyers to be something that they were

4    not.  Part of the proof of Counts VIII and IX require

5    proof of a reasonable probability of causing serious

6    adverse health consequences or death to humans.  We

7    know how bad Fentanyl is.  We heard lots of testimony

8    from FDA scientists.  We heard testimony from

9    Dr. Simone that he would use 50 to a hundred

10   micrograms was a start, as an anesthesiologist, to

11   treat acute pain.

12          Mr. Shamo said he perfected the recipe by

13   trial and error and that he ended up putting 1

14   milligram of Fentanyl in his pills.  Dr. Simone

15   testified that that carries a high risk of causing

16   medical problems up to and including death if not

17   properly regulated in a medical setting to keep the

18   airway open.

19          They also talked about quality control and

20   the lack thereof.  You recall the filthy pressing

21   room.  You recall that they were mixing these

22   substances in mason jars.  Recall what Aaron Shamo

23   said in his testimony.  "We didn't really think of the

24   risk when handling Fentanyl, selling Fentanyl."

25          Recall also the DEA chemist, Dr. Oblath, who

1    testified about the purity.  One Fentanyl sample was

2    80 percent pure.  Another was 88 percent pure.

3    Another was 72 percent pure.  If Mr. Shamo is using

4    the same mixing formula for active and inactive

5    ingredients, and 88 percent Fentanyl purity will make

6    a vastly different pill than a 72 percent purity,

7    reasonable probability of causing serious adverse

8    health consequences or death to humans.  Mr. Shamo

9    didn't know what the purity was he was getting from

10   China, and people were in fact getting sick.

11           Mr. Crandall sent Mr. Shamo a message only

12   halfway through messages, and they already have four

13   people saying stuff about it.  It's making people

14   sick.  Should I tell them to suck it up or should we

15   reship 50 percent?  The only response worse than

16   Mr. Crandall suggesting to tell people to suck it up

17   was Mr. Shamo's response to this and numerous other

18   complaints.  And that is to reship more deadly pills.

19   Mr. Shamo's response, when people were getting sick,

20   was to send more pills.  After all, the cost of making

21   pills was negligible to him.

22           You recall the vacuum cleaner sucked them

23   right up and threw them away because they were not

24   even worth picking up off the floor.  Look at all

25   those Oxycodone, fake Oxycodone Fentanyl pills that

1    were in the vacuum cleaner filter just one day at

2    Tonge and Bustin's house.

3         Count X is Jury Instruction 44.  That

4    involves that package that was sent to -- mistakenly

5    sent to Tina Young.  You recall Tina Young, which

6    Special Agent Ashment clarified she went by TM at the

7    time, but she used Tina Young now.  She got a package

8    from Mr. Shamo's organization that she thought was

9    coffee, and she opened it up, and it was in a coffee

10   bag, and she took it to work to give her friend some

11   coffee.  She doesn't drink coffee.  And they opened it

12   up, and it was full of white pills.  And she was

13   shocked, and her co-workers were shocked, and she

14   didn't know what to do, and she called the postal

15   service to say what was going on.

16        And Postal Inspector Howell came and got

17   those pills, and they tested for Alprazolam.  Use of

18   the mails to ship controlled substances is Count 10.

19   And clearly that has been proven by this and many

20   other instances, but this is the specific one charged.

21        Count XI is conspiracy to commit money

22   laundering, and you have heard lots of testimony about

23   numerous instances of money laundering.  One specific

24   instance that you can recall -- or I guess it would be

25   three instances -- is the Bitstamp transfers made by

1   Drew Crandall which involved money sent to him by

2   Mr. Shamo for his services in the drug trafficking

3   enterprise, which included his customer service

4   duties.

5          Mr. Shamo, running that through Bitstamp,

6   converting that to the bank, was involved in

7   conspiring with Mr. Crandall to commit money

8   laundering.  There are a lot more instances, and you

9   can read that more closely.

10          Counts XII and XIII, which involve specific

11  allegations are also part and parcel of Count XI, the

12  conspiracy.  They are specific instances that

13  constitute part of the conspiracy.  So Count XII is

14  money laundering promotion, and that involves that

15  $2700 that Mr. Shamo deposited directly into

16  Mr. Crandall's America First account when Mr. Crandall

17  was overseas.  This was promotion of the trafficking

18  enterprise because it was specific pay for customer

19  service wages that Mr. Crandall performed.

20          Count XIII is Jury Instruction 48, and that's

21  money laundering over $10,000.  That involved the

22  purchase of that truck for $42,000 from iDrive by

23  writing a $14,000 check running through his bank,

24  Wells Fargo Bank, which involved money that was

25  deposited from a drug trafficking operation.  That

1   constitutes the elements of this money laundering

2   offense in Count XIII.

3         Lastly, on this point, we'll talk about lack

4   of employment.  So Work Force Services submitted a

5   statement showing what, if any, legitimate employment

6   Mr. Shamo had.  And you recall the testimony that the

7   last time Mr. Shamo had any legitimate employment was

8   the first quarter of 2015, where he made his last

9   wages from eBay after he quit.

10        Again, I went through those quickly.  Review

11  them carefully.  They are important for you to

12  consider, but for each of these counts, again,

13  consider the substantive charge and the proven or not

14  proven on the underlying violations for the CCE,

15  continuing criminal enterprise.

16        I have been talking a long time.  I told you

17  five points.  I'm on point 5, distribution of a

18  controlled substance resulting in death.  Jury

19  Instruction 41 contains the elements of what the

20  United States has to prove in order to prove this

21  charge against the defendant.  The defendant knowingly

22  or intentionally distributed a controlled substance.

23  The substance was in fact Fentanyl.  RK died from that

24  distribution, and the defendant aided and abetted his

25  co-conspirators in the commission of the offense.

1          Now, there are some things that we definitely

2   know.  We know that Gregg Lee and his roommate Russlan

3   Klyuev ordered pills from Pharma-Master together, as

4   testified to by Tori grace.  Here's the order form on

5   June 6, 2016.  They ordered 10 Roxioxycodone pills to

6   be shipped to Gregg Lee at 3 Midvale Drive in Daly

7   City, California.  We know those pills were in fact

8   shipped to Midvale Drive in Daly City, California by

9   Ms. Tonge and Ms. Bustin who were working for

10  Mr. Shamo, who sold the pills as the Pharma-Master.

11          This is the tracking summary, and it tracks

12  the package all the way from the deposit in the blue

13  box in Utah to 3 Midvale Drive in Daly City,

14  California.  We know it was received and ended up in

15  Russlan Klyuev's room.  The package itself ended up

16  right there in Mr. Klyuev's room.

17          We know from testimony of Tori Grace that

18  Russ snorted these pills and immediately began

19  exhibiting visible effects of opioid use.  We know

20  also that Russ died that night.  The only question

21  left for you to decide on this is whether the Fentanyl

22  was a but-for cause of Russ's death.

23          It's important to note that the statute does

24  not require -- sorry.  It's important to note that the

25  statute does not require Mr. Shamo to have intended

1   Russ's death.  Read Jury Instruction 41 carefully when

2   you're together.  The statute requires that Mr. Shamo

3   knowingly or intentionally distributed Fentanyl and

4   that Russ died as a result of ingesting that Fentanyl.

5   In other words, Mr. Shamo need only to have caused the

6   death by supplying the drug that killed Russ.  Drug

7   dealers don't set out to kill their customers.  Their

8   customers are merely faceless sources of income.

9        And Russ and Gregg Lee were small sources of

10  income at that, just a few more dollars for Mr. Shamo

11  to spend on a boat or a cruise or to mindlessly gamble

12  away with absolutely nothing to show for it.  But drug

13  dealers like Mr. Shamo are callous to the consequences

14  of selling potentially deadly drugs to profiteers and

15  desperate addicts.  Congress, in their wisdom, passed

16  this law to hold drug dealers accountable if their

17  drugs cause death.

18       So let's talk about causation and

19  specifically but-for causation.  You recall the

20  testimony of Dr. Stacey Hail, and how could you forget

21  Dr. Hail?  Educated, experienced, intelligent,

22  articulate and dedicated to the cause of understanding

23  overdose death and hopefully prevention.  Recall that

24  she appeared intellectually honest, based on her

25  testimony that she has reviewed hundreds of cases and

1    has found but-for causation approximately only 50

2    percent of the time.

3          She's not a hired hack who is given a

4    conclusion and is told to find reasons to support that

5    conclusion.  She took a deep look at this case and

6    reviewed all the material that was made available to

7    her to determine whether Mr. Shamo's Fentanyl was the

8    but-for cause of Russ' death.  Recall her explanation,

9    and thankfully she explained it very well, so I don't

10   have to explain it for you.

11         As this chart shows, toxidrome is a

12   constellation of signs and symptoms unique to a group

13   of substances.  To simplify, stimulants such as

14   cocaine cause an elevated heart rate, high blood

15   pressure, cardiac arrhthymias.  That's not what Russ

16   had.  Opioids cause central nervous system depression

17   and respiratory depression, or, in simple terms,

18   people stop breathing, go to sleep and die.  Opioid

19   death is entirely consistent with what Tori Grace

20   observed.

21         She testified that Russ laid down, as if he

22   was going to sleep, and his breathing was shallow and

23   labored.

24         You recall Dr. Hail's testimony that she

25   viewed photos of Russ' body as it was found dead in

1    his room and that her review included photos which,

2    out of respect, you were not shown.  They included his

3    face, his head, his eyes.  The toxicology report

4    indicated the presence of cocaine metabolites, alcohol

5    and Fentanyl.  Although the blood/alcohol content was

6    high, Dr. Hail likened the effects to that of a

7    shotgun blast to the heart, being Fentanyl, followed

8    by a pin prick, which was the alcohol.  Alcohol, at

9    that level, does not kill people.  Fentanyl does.

10          Jury Instruction 32 defines but-for cause.

11   Dr. Hail carefully considered all these substances,

12   including the deworming agent that was used to cut

13   cocaine, and determined that only the Fentanyl was the

14   but-for cause of death.

15          Asked:  Did you reach a conclusion as to the

16   but-for cause of Russlan's Death?

17          Dr. Hail said:  Yes.  Russlan would not have

18   died but for the Fentanyl.

19          When considering Count VI, don't over

20   complicate what you're being asked.  The question is

21   simply whether Russ would have died if he did not take

22   the Fentanyl Mr. Shamo supplied.  If he would not, you

23   have but-for causation.  Russ was a troubled young

24   man, as are many opioid addicts.  He made some poor

25   choices, but that doesn't excuse Mr. Shamo.  Russ is

1    not on trial here.  He's dead.

2          Aaron Shamo also made some poor choices, such

3    as callously pressing and selling Fentanyl pills to

4    faceless customers like Russ, knowing the risk of

5    serious consequences, including death.  Recall his

6    Google searches.  He Googled Fentanyl many times.  He

7    knew what that was.  He knew what it could cause.  But

8    for the Fentanyl that Mr. Shamo sold, Russ wouldn't

9    have died that night.

10          Follow the law, which holds drug dealers

11   accountable and responsible for the death caused by

12   their preying upon people like Russ.  Find Mr. Shamo

13   guilty of Count VI, distribution of a controlled

14   substance resulting in death and also find him --

15   check proven next to the underlying violation,

16   conspiracy to distribute Fentanyl resulting in Russ'

17   death.

18          To conclude, drugs, death and money.  That's

19   why we're here.  That was the United States' opening

20   statement.  Death.  This was not a faceless name on a

21   customer order sheet.  His name was Russlan Klyuev.

22   His friends called him Russ.  He was 21 years old.

23   But for Mr. Shamo's manufacture and sale of Fentanyl

24   pills, he wouldn't have stopped breathing and died on

25   June 13 of 2016.

1        Drugs.  Look at that Fentanyl pill press.

2   Look at all these totes, jam packed with pill after

3   pill after pill, a four-day glimpse of a drug

4   trafficking operation that Mr. Shamo was running, a

5   small fraction of the pills that Shamo actually

6   produced and shipped out.

7        And money.  Drawers full of cash.  A safe

8   full of cash.  A box of cash at his parents' house.

9   Bitcoin wallet full of coins ready to be converted to

10  more cash.  Death, drugs and money.

11       It's also important that you understand the

12  scope of the crime, the gravity of the crime, the

13  impact on the nation.  Recall Task Force Officer

14  Hamideh, 20-plus-year veteran police officer who said

15  he was awestruck by the sheer volume of pills being

16  distributed by Mr. Shamo and his organization.

17  Officer Hamideh testified that an undercover officer

18  buying a hundred Fentanyl pills was a big deal for the

19  DEA.  That was a big pill case.  Mr. Shamo sold nearly

20  a half a million or more Fentanyl pills.

21       Recall Special Agent -- retired Special Agent

22  Jeff Bryan, who has worked major drug trafficking

23  organizations and specifically pill cases since 2010.

24  He said he had never seen a pill organization of this

25  size and scope.

1          Aaron Shamo said:  If I had known of the

2     opioid epidemic, I wouldn't have gone down this road.

3     That statement is simply not worthy of belief.  He

4     knew the nation was on fire with opioids, and he

5     poured fuel on those flames over and over and over

6     again, never getting burned himself, but causing pain

7     and misery wherever his fire spread.

8          Aaron Shamo could be considered the face of

9     the opioid epidemic, a prolific pill seller on Alpha

10    Bay with a high rating for the potency of his Fentanyl

11    pills.  Shamo was a profiteer, callously making

12    millions of dollars and living a life of leisure while

13    exploiting those suffering through opioid addiction.

14    And he has the audacity to claim he was just helping

15    out some friends.

16          Mr. Shamo called himself a white collar drug

17    dealer, speaking with Ms. Tonge, and he called himself

18    that because he didn't have to get his hands dirty

19    selling drugs on a street corner.  That doesn't make

20    him any less of a drug dealer.  Aaron Shamo was the

21    Pharma-Master, self-proclaimed king of a drug

22    trafficking empire.

23          It's been said that a picture is worth a

24    thousand words.  This one is worth many more.  Aaron

25    Shamo, as the principal administrator, organizer,

```
 1   leader of this drug trafficking organization, was
 2   shipping dangerous drugs to all 50 states.  Each
 3   yellow dot on this map represents a ZIP code where
 4   drugs were sent.  Each ZIP code can be blown up to
 5   show the number of multiple buyers and orders to each
 6   of those yellow dots; to Mr. Shamo, unimportant
 7   addresses, faceless names, dots on a map.  To
 8   Mr. Shamo, these were more like dollar signs on a map.
 9          Based on the evidence you have heard
10   throughout the trial, you should have no doubt that
11   the defendant Aaron Shamo was the leader, principal
12   administrator, organizer, supervisor, manager of all
13   the others involved in this enterprise, whose sole
14   purpose was to profit from selling dangerous drugs and
15   highly addictive pills.
16          On behalf of the United States, I ask you to
17   carefully consider all the evidence and to return the
18   only verdict consistent with that evidence, guilty on
19   all charges, and proven on all the underlying
20   supplemental questions on the Special Verdict Form as
21   they relate to that continuing criminal enterprise.
22   Do your duty.  Find justice.  Thank you for your
23   service.
24          THE COURT:  Thank you, Mr. Stejskal.  We'll
25   take our second break now and be back about noon.
```

1          THE CLERK:  All rise, please.

2          THE COURT:  Don't start to deliberate.

3          (Whereupon the jury leaves the courtroom.)

4          Court will be in recess 'til about noon.

5                    (Short recess.)

6          THE COURT:  Are we ready to proceed?  We'll

7    get the jury and proceed.

8          THE CLERK:  All rise.

9          (Whereupon the jury enters the courtroom.)

10         Court will resume session.  You may be

11   seated.

12         THE COURT:  Mr. Skordas, you may proceed with

13   your closing argument.

14         MR. SKORDAS:  Thank you, Your Honor, counsel.

15         Members of the jury, you have been here for

16   two-and-a-half, three weeks.  That's a long time, and

17   I think that all of the counsel on both sides have

18   acknowledged that you're always here on time, you're

19   always attentive, taking notes and paying attention.

20   And until today, 14 out of 14 of you showed up every

21   single day.  For a trial this long, that's pretty

22   remarkable.

23         In an hour or so, the case will be yours, and

24   you will be the sole judges of what happened.  Not us,

25   not the judge, not the prosecutors, but you.  And you

1    have noticed that we don't have a bunch of DEA agents

2    that came in and told you what happened.  We don't

3    have Homeland Security agents to tell you what they

4    saw.  We don't have postal inspectors to tell you what

5    they saw.  In part because we agree with what they

6    saw.  I told you that in opening, and I'll tell you

7    that again.

8         We didn't cross examine some of the experts

9    because we believed what they were saying was true and

10   it was evidence that you needed to hear.  We don't

11   have any $550-an-hour experts to come in, fly in from

12   Texas and tell you what to think.  We just have the

13   facts.

14        What we have is a 29-year-old kid who's been

15   in jail for three years, who hasn't spent Thanksgiving

16   with his family in three years and may not ever again.

17   What we have is a kid who made a mistake that will

18   haunt him for the rest of his life.  And you know

19   what?  It should.  Because, as dumb and young as Aaron

20   was when this all started, 24, 25, 26-year-old kid,

21   he's still responsible under the law and should be

22   held accountable.  And I told you that at the

23   beginning, and I'll tell you that again now.

24        There was something else I said in opening

25   statement that's haunted me, and it's just haunted me

1    ever sense.  And I want to clear something up.  In

2    opening statement, I gave you a PowerPoint that went

3    through what people had said and what they had done

4    and what you would learn, and I made a mistake.  I

5    told you something that's not true, and it's bugged me

6    for two and a half weeks, and I just want to start and

7    get this over with.

8           I told you that no Fentanyl pills were found

9    in the home when it was raided, and that's not true.

10   There was Fentanyl found there, and I apologize to

11   you, and I apologize to Aaron that I was so poorly

12   prepared that I didn't remember that fact when I gave

13   you the opening statement.

14          The government has gone through this

15   Indictment -- and, by the way, that's the picture of

16   the Fentanyl pills in the house -- and the Indictment

17   is articulated pretty well in the jury instructions,

18   and I think that the Indictment is really in Jury

19   Instruction 25.  And I have a copy of it here, but the

20   jury instruction is actually better than the one I

21   have.  And it goes through the 13 counts.

22          And, importantly, you've heard over and over

23   and over about this 13-count Indictment.  And it

24   applied to most of the individuals except one or two,

25   and we'll talk about those.  But it certainly applied

1    to Aaron Shamo.  And it applied to him from years

2    back.  And, members of the jury, he's facing these 13

3    counts.  And you can read them there, and I think the

4    prosecution did a pretty good job of going through

5    what the elements are.

6         Importantly, as you can imagine, Count I, the

7    continuing criminal enterprise, Count VI, substances

8    resulting in death, are counts that we don't agree

9    with.  I suppose, equally importantly, we do agree

10   that most of the other counts apply to Aaron, but I'm

11   not going to sit here and give you a checklist and

12   show you which boxes to check.  You heard the evidence

13   and you know what the facts are, and you can go back

14   in the jury room and check the boxes as you see fit.

15        I'm not going to tell you which counts you

16   need to find guilty and which counts you don't because

17   you know the case as well as I do, and you can make

18   those decisions yourself.

19        But I want to explain some things to you, and

20   I want to start with this chart that nobody likes, but

21   we're just going to eat it.  I'll call it the pyramid

22   that puts Aaron Shamo at the top.  And a very

23   unfortunate thing happened in this case, and it was

24   unfortunate for you, and it was unfortunate for

25   everyone, most especially Aaron.

1           And that is that the government created this
2    chart with one little tweak several years ago.  That
3    little tweak was that Luke Paz wasn't on it at the
4    beginning.  And they decided that this was the Shamo
5    organization.  And they decided right at the outset
6    that this was the Aaron Shamo drug trafficking
7    organization, and everything they have done in those
8    intervening almost three years was to further that
9    pyramid and those facts.

10           I want to talk about some of the people
11    involved in this.  And this is my copy of the
12    Indictment, but, like I said, the Jury Instruction 25
13    is far better.  I want to start with Drew Crandall
14    because there are some things that I think you need to
15    understand about the Indictment and what happened.

16           And importantly, if you look at this, this is
17    Drew Crandall's plea colloquy, what he plead guilty
18    to.  And it was troubling to me when the prosecution
19    would get up with all these witnesses, and they always
20    said the same thing.  They said:  And you plead guilty
21    to every single thing you were charged with.

22           And that was technically true, but it's
23    equally misleading because every single thing Drew
24    Crandall was charged with is listed here on this front
25    page.  He wasn't charged with all 13 counts.  He was

1   charged with counts II, III and XIII.  And who made

2   that decision?  Not Drew Crandall.  Not the judge.

3   They did.  So, when they say he plead guilty to every

4   single thing he was charged with, he plead guilty to

5   every single thing they wanted him to plead guilty to.

6   Could they have indicted him on 13 counts?  Of course.

7   Should they have indicted him on more than three?  I

8   don't know.  That's up for you to decide.  Is it fair

9   that Drew Crandall pleads guilty to II, III and XIII

10  and Aaron Shamo sits here on I, II, III, IV, V, VI,

11  VII, through XIII, every single one?  That's for you

12  to decide.

13         And the Judge has given you jury instructions

14  that tell you to be just and to be fair.  So Drew

15  Crandall pleads guilty to Counts II, III, and XII,

16  conspiracy to distribute Fentanyl, conspiracy to

17  distribute Alprazolam and conspiracy to commit money

18  laundering.  That's it.  That's every single thing he

19  was charged with.

20         And if you look further down there -- and, by

21  the way, Drew Crandall is no dummy.  Because the

22  government goes to Drew Crandall and says:  Dude, do

23  you want to plead guilty to three, or do you want to

24  go to trial on 13?

25         And any idiot would take the former option,

1    wouldn't they?  Aaron Shamo never had that option.

2    So, Drew Crandall says:  Sign me up.  Sign me up, and

3    I will plead guilty.

4           And if you look at these sentencing factors

5    here, they are horrible.  One count alone carries

6    ten-years-to-life.  One carries zero-to-five.  One

7    carries zero-to-20, and there's a minimum mandatory

8    there.  That poor kid.  But he's got a deal with the

9    government.  And it's spelled out in jury instruction

10   14.  And that jury instruction says -- and that

11   applies to everybody -- that he's going to be called

12   to testify, and he has to testify truthfully.  And

13   we'll talk about that in just a minute, too.  And, in

14   exchange, the United States has asked the Court to

15   consider imposing sentences that would otherwise be

16   lower than that recommended if the co-defendant had

17   not agreed to testify.

18          And importantly, members of the jury, the

19   United States has also agreed to signal to the Court

20   that by testifying truthfully, the co-defendant should

21   not be subject to any minimum mandatory sentence

22   otherwise applicable to their crime.  I'm looking at

23   the first full paragraph of Jury Instruction 14.

24          So he's not facing that.  He's been in jail

25   now for two years and, I guess, three months.  And

1    he's looking to come home, soon.  And he's looking for

2    someone to go to his sentencing and say that he

3    testified truthfully.  And I'm not going to go to the

4    sentencing and say anything other than that because

5    I'm not going to be responsible for that kid spending

6    the rest of his life in prison.

7          So, if anybody asked me, Drew Crandall told

8    the truth, but he told their truth.  And if you look

9    at these plea statements, and if you go back in the

10   jury room, take a minute and look at all of them.  The

11   government actually tells each of these kids what the

12   truth is.  The government actual spells out to every

13   one of these kids what they did.  This plea statement

14   was drafted by the government.  It wasn't drafted by

15   Drew Crandall or his lawyers.  And, if you look at it,

16   he makes a couple scribbles through it, but that's it.

17         You either sign or don't, Drew.  Either come

18   here and testify to our truth, that we will write down

19   for you, or sit there and take your consequences,

20   which would be no deals on minimum mandatories.  And

21   it would be facing incredibly serious charges that we

22   have talked about already, including Count I and VI,

23   the continuing criminal enterprise and causing the

24   death.

25         And every one of these kids has agreements in

1    here saying:  We won't hit you with those.  We won't

2    hit you with those.

3           And there's a very good reason for that.  So

4    you look at this for Drew Crandall.  And it says death

5    resulting from distribution.  The United States agrees

6    not to charge the defendant with death-resulting

7    counts.

8           And Drew Crandall, who is smart, says:  Sign

9    me up.

10          And he comes in here and tells the truth.

11   And it's the government's truth, but it's not the

12   truth because Drew Crandall was the third luckiest man

13   in the world -- and I'll get to second and first --

14   because he, in an effort to lie to his fiance, told

15   her:  I'm getting out, and Aaron Shamo is buying me

16   out.

17          And that was the line they all played for

18   years.  It wasn't true.  But it was the only way Sasha

19   Grant was going to go tour the world with him.  He

20   lied to her.  He lied because she said:  It's

21   either -- it's either this or me.

22          He said:  Well, I'm out.

23          But it wasn't true.  It was never true.  He

24   was involved from the beginning.  He was involved in

25   the middle, and he was involved in the end.  And he

1   continued to draw income from this, and he can say,

2   well, it was just a buyout.  But it wasn't.  And Drew

3   Crandall is told that in part of his plea bargain,

4   that he's going to forfeit all this property.  And you

5   look at the bottom of this, and you look at this

6   forfeiture, and this is horrible.

7          Currency, $1.2 million.  Well, that's the

8   money found in Aaron's dresser drawers.  Oh, well,

9   there was $19,520 United States currency poor Drew's

10  got to forfeit.  No.  That's the money Alex Tonge and

11  Ms. Bustin had at their house.  Well, we're going to

12  take his $429,600 in United States currency.  No.

13  Actually that's the money Aaron Shamo gave his mom and

14  dad.  What about 5.3 in Bitcoin?  All seized from

15  Aaron Shamo's wallet.  671,000 in United States

16  currency.  Luke Paz.

17         Luke Paz, number 1, because it took Luke Paz

18  a little while, after his fourth and fifth interviews

19  with the government, to finally pony up what he had

20  left over after three years, including another 134.9.

21  The 512 Bitcoins are part of what's up above there,

22  that are Aaron Shamo's.  The 32 Bitcoins are Luke Paz.

23         Oh, but Drew's going to forfeit this truck,

24  it looks like.  Actually that's Aaron Shamo's truck.

25  What about the B.M.W.?  It's Aaron Shamo's.  The 400

1   silver bars, all seized from Aaron Shamo's house.

2   Drew Crandall didn't give up anything, and he gained

3   everything.  He's still got his girlfriend.  She's

4   still hanging on because he's coming home soon.  And,

5   if you recall, he's overseas, unemployed, by his own

6   definition, for at least three months and traveled in

7   six different countries during that time, but:  Hey, I

8   didn't have much money.

9           And he learns of Aaron's plight, and what he

10  does is, he hides everything he's got, ditches his

11  Bitcoin, sells them off, throws his thumb drive into

12  the gutter in Singapore or wherever it was, and he and

13  his girlfriend hide out for two months.  And they make

14  a decision that, well, if we haven't heard anything by

15  January 22, we're probably okay.  Aaron is sitting in

16  jail.  Poor guy.

17          Aaron who?  We don't know anything about

18  that.  Let's sit and -- let's lay low until January

19  and see what happens.  So they do.  January comes

20  around.  60 days.  Nothing.  Okay, let's get married.

21  Let's not go to Utah because there could be problems

22  there.  Let's go to Hawaii.  Let's pay for it with

23  money that we had from being involved in this

24  organization, and let's get out of the United States

25  and head back to Australia.

1      Well, the DEA was on top of that.  They

2  hooked them up in May of 2017, and poor Drew Crandall

3  has been in custody ever since then.  When he gets

4  out, who knows?  He's got an agreement, however, that

5  he will testify truthfully and completely for the

6  United States if he's called upon, and he will wait to

7  be sentenced until all of the remaining defendants in

8  this case have been sentenced.  He's going to be the

9  last one.  In fact, when we go through these, you'll

10 see that everybody is going to be the last one because

11 it doesn't do any good to sentence him before he

12 testifies because then you don't -- you don't get to

13 tell him what to say then.

14      No, Drew, you have to show up in court.  You

15 have to read your script.  You have to cry when we

16 tell you to and then we will let you be sentenced to

17 how we want you to -- to what you want the sentence to

18 be.  And he walks lock, stock with their theory of the

19 case.

20      Good for him.  He told the truth.  And he

21 deserves all the credit for that when he gets

22 sentenced.  And I hope he doesn't spend another day in

23 jail because he told their truth exactly the way they

24 wanted him to.  But it wasn't the truth.

25      Let's talk about poor Katie Bustin.  What a

1   cute kid.  Tear your heart out.  Just tear your heart

2   out what happened to these two girls.  And the

3   government would say:  Well, it's all Aaron Shamo's

4   fault because they needed money, they went to Aaron.

5   And when they wanted to get out, what did they do?

6   They asked Aaron for more money.  And they didn't get

7   out.  Well, we needed some money for our mother.  How

8   much of it went to her?  None.  Okay.  And she pleads

9   guilty to every single thing she was charged with in

10  this 13-count Indictment.  No plea bargains.  No

11  nothing.

12         Katie, if you want to get out of sitting

13  here, you are going to plead to every single thing

14  we've got, which was Counts II, III, VIII, XII and

15  XIII of the superseding indictment.  She got hit worse

16  than Drew.  And she gets conspiracy to distribute

17  Fentanyl.  The same thing with Alprazolam.  Possession

18  of Fentanyl.  Use of the mails and conspiracy to

19  commit money laundering.

20         And she says:  Sign me up.

21         Because the government says:  This is what

22  you're facing.  This is what your consequences are.

23  If you don't play ball with us, you can sit here, and

24  then you can see some consequences, girl.  Then you

25  can see where you're going to be for the rest of your

1  life.

2      Well, but I've got possible ten-years on

3  Count II and ten years on Count VIII.

4      Don't worry about that.  You tell the truth,

5  and we'll get you out of those.  And how much time has

6  she spent in jail so far?  Not one day.  In fact,

7  besides Drew, no one in this case has spent one day

8  except Aaron Shamo.  And she's expecting she may not

9  have to spend another day.  But that depends on her

10  telling the truth.

11      And so what they do was they say:  Listen,

12  we're going to -- we're going to write up this plea

13  statement, and we're going to tell you what the truth

14  is, and we're going to draft it, and you can have your

15  attorney look it over.  You can make some scribbles on

16  it -- but she doesn't -- but you're going to admit to

17  all of this.  And that's the truth.  We're going to

18  write down what the truth is, and you're going to sign

19  it, and you're going to come in here today and tell

20  the truth.

21      So, she told the truth, guys.  She gets

22  credit.  She gets all of that.  Please don't hammer

23  her for not telling the truth because she did

24  everything she was asked to do by them, but it wasn't

25  the truth.  Nobody forced her to do this.  And it's

1   not true at all for any of these people, these kids to

2   say:  Well, had I known, had I known, had I known.

3          People knew what they were doing.  And she

4   agrees to forfeit the same things that Drew Crandall

5   did, with an exception.  She agrees to forfeit a

6   million dollars.  That's, of course, Aaron's.

7   $19,520, that's hers.  And that was a tremendous

8   amount of money for those two girls.  They worked so

9   hard for that.  They lost it all.  The rest is

10  Aaron's.

11         Now, you will notice that her forfeiture is a

12  little shorter than the rest.  And this document is

13  dated June 7 of 2018.  The reason for that is that

14  when she entered this plea, they hadn't got Luke Paz

15  wrapped up yet.  They hadn't got his money yet, so she

16  couldn't forfeit that because the government didn't

17  know about it.  Luke was still hiding that money.  He

18  was still lying to the government.  They were still

19  buying it.  So this is what she forfeited, and it

20  doesn't include any of Luke Paz's money because nobody

21  knew about it at that time.

22         And she's going to forfeit all these other

23  things.  But she actually did have some skin in the

24  game.  She did actually forfeit her share of this

25  $19,000, and that was horrible.  She lost her career,

1     although she seems to have bounced back, and she will

2     probably do okay.

3           She agrees, like everybody else, to testify

4     truthfully.  The government has already written it up.

5     Kid, you don't have to work too hard on that.  We have

6     told you what the truth is.  Just read your plea

7     statement.  Don't make any changes.  Don't let your

8     attorney make any changes.  Here's what you did, and

9     here's what you're responsible for.  Here's what you

10    need to say when you come to Court.

11          And she did.  And I don't blame her for one

12    second because she walked the walk that will

13    ultimately probably save her from spending a lot of

14    time in prison.  She doesn't deserve to go to prison

15    for three minutes.

16          What about Alex Tonge, her friend?  I think

17    they are now married.  She -- I -- had a great

18    military career.  She knew better.  She was held, I

19    think, to a somewhat higher standard, and I say that

20    as a parent of a child in the military.  You expect

21    them to live to a higher code.  Her agreement is

22    word-for-word exactly like Ms. Bustin's and so I won't

23    spend a lot of time with it.

24          She pleads guilty to every single thing she

25    was charged with, which was Counts II, III, VIII, XII

1    and XIII of the Superseding Indictment.  Not I, not

2    VI.  Nobody wants to plead to those.  And she's facing

3    a horrific prison sentence, but the government says:

4    Look, you can either do this or sit here, or you can

5    testify.  And we're going to make it easy for you.

6    We're going to write down in this document what the

7    facts are, and you're going to sign it, and you're

8    going to come up here, and you're going to raise your

9    right hand, and you're going to talk to this jury, and

10   you're going to tell them exactly that.

11           And, by damn, I hope she doesn't go to

12   prison.  I hope that they honor their agreement

13   because she did tell their truth, but she didn't tell

14   the truth.  She didn't tell the truth about who

15   recruited her in this, Drew Crandall, who taught her

16   what she was doing, Drew Crandall.  It wasn't until

17   others came in and testified what Drew was doing that

18   we learned all that.  They are all about the Shamo

19   organization.  I was part of the Shamo organization.

20           Do you think anybody called this the Shamo

21   organization until they named it that?  Do you think

22   anybody thought this pyramid was accurate before the

23   government created it?  Do you think any of these kids

24   thought anybody was in charge?  Well, if you want to

25   stay out of prison, girl, you will walk our walk and

1  talk our talk, and you will support this pyramid here

2  with Aaron at the top and everybody else below.  And,

3  based on that, you probably won't have to suffer the

4  same consequences as somebody else.

5         And she has the same forfeiture provisions

6  and the same agreement to testify, and she does a good

7  job.  She does what they ask her to do.  And I don't

8  blame her.  I would do the same thing.  She doesn't

9  want to go to prison.  She's already lost a lot.  She

10 lost her military career.  She lost her job.  She's a

11 sweet kid.  She didn't deserve any of this.

12        Mario Noble, another cute kid.  Just a child.

13 But he wants in on the action, too.  The government

14 says:  Okay, Mario, you're going to plead guilty to

15 every single thing you're charged with.

16        He goes:  Sign me up.

17        Because he's only charged with two counts,

18 Counts II and III by the government of the 13-count

19 Indictment.  Where do I sign?  Where do I go?  When

20 can I get to that Court and sign that agreement?

21        Well, we'll do that on May 14, Mario, and

22 you're going to admit to conspiracy to distribute

23 Fentanyl and conspiracy to distribute Alprazolam.  I

24 have said that word so many times, I can't pronounce

25 it anymore.  You're going to forfeit all this money,

1    1.2 million, 19,000.  We already know where those came

2    from.  You're going to forfeit 429,000 in currency

3    from Aaron Shamo's parents' house.  You're going to

4    forfeit all these Bitcoins which you never had.

5           And what he had and what he earned, and what

6    he possessed in connection with this, he kept, every

7    penny of it.  The government never came after him for

8    a nickel.  The government never asked him to serve a

9    single minute in jail.  But they did ask him to come

10   in here and tell you all the truth.  They wrote it

11   down for him.  They expected him to follow it, and he

12   did.  He told their truth, but he didn't tell the

13   truth because the truth was that Mario Noble wanted in

14   on this bad, and he knew Aaron Shamo was vulnerable

15   and stupid.

16          Well, I want in.  I want in, Aaron.  I want

17   some money.  And he's nickel and diming more and more

18   and more.  Give me more.  Set me up.  See what we can

19   do.  And then he comes in here and says:  Well, had I

20   known.

21          You have got to be kidding me.  The

22   government says:  Well, even though you're facing some

23   bad sentencing, you come in here and tell the truth,

24   and we'll make sure that you don't have to do that.

25          And how many days has he spent in jail so

1    far?  Zero.  How many days do you think that kid
2    thinks he's going to spend?  Zero.  I hope he's right.
3    I hope they honor their word to him because he did
4    tell the truth as they wanted him to.  He read the
5    script.  He followed the rules that they asked him to
6    follow, and he did it like a good soldier.
7            Sean Gygi.  What a cute kid he, is, too, just
8    a kid.  And he comes in -- and this is the last time
9    that I'll say this -- and he plead to every single
10   thing he was charged with.  And he plead guilty to
11   Counts II, III, VI and XII.  That's it.  That's what
12   he plead guilty to.  And conspiracy to distribute
13   Fentanyl.  And here -- he's facing some pretty serious
14   prison sentences as well.  And his Indictment was
15   before the Superseding Indictment, so the numbers
16   don't line up exactly.
17           And he's facing a ten-year minimum mandatory
18   on one count, a five-year minimum mandatory on another
19   count.  Zero-to-four on another count.  Well, he
20   doesn't want to do that.  He doesn't want to sit here
21   on XIII counts, including a continuing criminal
22   enterprise and a death-related count, does he?  So he
23   goes to the government like a smart kid with a smart
24   lawyer and says:  What do I need to do to avoid that?
25           And they say:  Well, you need to come to

1    court and you need to testify.

2           What do you want me to say?

3           The truth.

4           Well, what is the truth?

5           We'll write it down for you.

6           And they do.  They spell it out really well

7    in here.  When you go back in the jury room, read

8    those statements over.  Read what the government wrote

9    down.  Read how it's phrased.  Read how they

10   articulated everything in this.  And virtually every

11   sentence begins with Shamo this and Shamo that and

12   Shamo this and Shamo that because the government was

13   asleep at the wheel as it relates to Drew Crandall and

14   Luke Paz because those kids were smart, and they hid

15   out, and they hid out as long as they could.

16          And as the investigation started going, the

17   government learned that this pyramid wasn't really

18   accurate.  But by then it was too late.  They had

19   already cut their deals.  And this kid was left

20   hanging.  He forfeits the exact same things, which is

21   zero out of his pocket.  And he agrees to come and

22   testify, and he agrees to testify truthfully, and he

23   did.  And he told their truth.  But he didn't tell the

24   truth.

25          Sean Gygi was up to his ears in this thing by

1    his own design.  And he can say, well, I was chased

2    and pursued by Aaron Shamo.

3            But that's just not true.

4            And I wanted to get out, but --

5            And that's just not true.

6            And, had I known, but --

7            That's not true.  Sean Gygi, how many days in

8    jail has he spent in jail so far?  Zero.  What's his

9    prognosis?  Who knows.  I guess it depends on what

10   they say at his sentencing, but I hope they honor

11   their word because he did.  And he followed their rule

12   and followed their truth, and he testified to their

13   truth, exactly.

14            I told you that Drew Crandall was the third

15   luckiest man in the world.  Here are a couple of other

16   lucky kids, Ryan Jensen and Jessica Gleave.  We have

17   heard about them.  What did they get charged with?

18   Exactly nothing.  They got a letter, a letter in the

19   mail called an immunity agreement, which states:  If

20   you come in and you tell this jury what we want you to

21   say, you will never face charges, ever.  And they were

22   only too quick to come in and sign up for that, and

23   they did.  They both came in and told the government's

24   truth.  And that's fine.

25            That makes sense.  They were recruited.  They

1    were just there in the Shamo organization.  They

2    didn't know what was going on.  Aaron Shamo pushed

3    them and cajoled them.  He was aggressive, blah, blah,

4    blah.  And, gee, all we got was money out of the

5    thing.  It was all his fault.

6         The government says, in this agreement, that

7    as long as they come in and tell the truth, they won't

8    ever been prosecuted.  The only way they can be

9    prosecuted is if they lie or if the government decides

10   to charge them with what they did.  So they come in.

11   Hell, yes.  When can I show up?  When do you want me

12   there?  What do you want me to say?

13        Well, we'll write it down for you.

14        And they do.  And they were great.  And I

15   hope that the government abides by their word to those

16   kids because neither one of those kids deserves to

17   spend three seconds in jail.  I hope that they are

18   honest with those kids.

19        Here's the second luckiest man in the world,

20   Luke Paz.  And he's not even part of the XIII-count

21   Indictment because he came in kind of late.  He pleads

22   guilty to what they call a Felony  Information, and he

23   pleads guilty to one -- Counts I, II, III and IV of

24   that, which was every single thing he was charged

25   with.

1          The government said:  We're going to charge

2     you with four counts here, or you can come sit down

3     with Aaron Shamo at a trial in a couple months, and

4     we'll have you on 13 counts.  This is dated December

5     10 of 2018 because dealing with Luke Paz was like

6     pulling teeth.  And it required interview after

7     interview after interview.  And the government showed

8     you a chart in its closing and said -- I wrote it

9     down -- at the time out of the take down, which I

10    guess is November 22, 2016 -- here's what everybody

11    had.  It's a pie chart.  And here's what everybody

12    had.

13         But that's not right because at the time of

14    the take down, Luke Paz was driving as far away as

15    possible.  Nobody knew how much money he had.  We do

16    know that, two and a half years later, he had that

17    money.  Do you think for a minute that he just sat on

18    that for two and a half years?  Do you think that pie

19    chart is even remotely accurate?  At the time of the

20    take down, Drew Crandall had $600,000?  He probably

21    had twice that.

22         After five interviews with the government and

23    two and a half years later, he surrenders a lot of

24    money.  He surrenders about 6 or $700,000.  He

25    surrenders a briefcase here.  This is the money that

1    was in the briefcase.  And then it sort of shows up a

2    little later with a little more money.  Oops, I

3    forgot.  After his attorney calls him on it.

4             And, you know, I was going to show you

5    something with him because I think it's really

6    interesting.  They say to him:  Yo, Luke, here's the

7    facts we need you to plead guilty to.  We need you to

8    come in and testify against Aaron Shamo, your friend.

9    We'll tell you what the truth is, and here's what the

10   truth is.

11            He says:  Okay.  What is my truth?

12            Well, it's that you pressed approximately

13   480,000 fake Oxycodone pills.

14            Because that gets them to this magic number

15   they need for Aaron Shamo.  And, in fact, if you look

16   at the Pharma-Master feedback, it's pretty close.  The

17   total Oxycontin, fake Oxycontin, $458,000.  That's

18   right.  Luke Paz pressed every one of those.  They

19   continue to say Aaron Shamo, Aaron Shamo, Aaron Shamo.

20   But it was Luke Paz.  He was the Fentanyl guy.  He had

21   the formula.  He ran the press.  He did the pills.  He

22   was Fentanyl.

23            Aaron, stay away from that.  You're not smart

24   enough.  You're going to mess it up.  Stick with the

25   Zanax.  Let me take care of this.  Drew and I got this

1    deal down.  We got it figured out.  We know how to do

2    it.  And don't let them fool you that Drew was out of

3    the picture before the Fentanyl started.  Luke Paz

4    surrenders the same thing, except there are two lines

5    there, the 671,000, the 134,000 and the 32 Bitcoins

6    that he adds into the hopper for his percentage of the

7    forfeiture.

8           Luke Paz has not spent one minute in jail.

9    Luke Paz got married.  He's not even expecting to go

10   to jail.  He got married.  He got a job in New York.

11   He's not even tied to Utah anymore.

12           Members of the government, how do I -- how do

13   I stay out?

14           Well, you need to come in and testify.

15           Well, to what?

16           To the truth.

17           Will you guys just tell me what the truth is,

18   and I'll do that.

19           Well, of course.  That's exactly what we'll

20   do.

21           And that's exactly what they did.

22           I'll tell you the luckiest man in the world.

23   Chris Kenny.  Right?  Is there a luckier person than

24   Chris Kenny?  He's not even on the -- he's not even on

25   the big three there, sort of off to the side.  He's

1    the one that got them into the Fentanyl.  He's the one

2    that told them to do it.  He's the one that's trying

3    it out in the community.  You need to make it a little

4    stronger.  My people don't like it.  This is a good

5    deal.  You guys need to get into Fentanyl.  Forget

6    these Adderall or whatever else you guys are selling,

7    you've got to go big or go home.  I'm the guy.  I can

8    get you going.  Let's do it.

9         What does Chris Kenny get?  What does he get

10   charged with?  That's what he got charged with.

11   Nothing.  He doesn't even get an immunity letter

12   because they don't even call him as a witness because

13   he would have embarrassed them.  He's not going to

14   come within a hundred miles of this building.

15        The government says:  Well, he was a player

16   here, and whatever, but, boy, Kenny, you better knock

17   it off or something, but next time, by damn, we're

18   coming after you.

19        He skated with nothing at all.  I want to

20   shift gears for just a second and talk to you about

21   this death resulting thing that we talked about.  And

22   we had some testimony from a doctor, this Dr. Hail

23   from Texas.  She came in and testified that she --

24   that the Fentanyl was the but-for cause of the death.

25   No question.  They even printed it up.  They brought

1    her in, $550 an hour, multiple government contracts,

2    always testifies for the government.

3            What do I need to say?  Where do I need to

4    be?  I love Utah, by the way, and when can I go hiking

5    for $550 an hour?

6            And they say:  All you need to do is say

7    but-for the Fentanyl, this wouldn't have happened.

8            Sign me up.  Where do I go?

9            Right here.  Just get up there.

10           It's interesting because what she says is

11   something really funny.  She says, as she's talking

12   about -- she's drawing her diagram and telling you all

13   about the law, and she says, well, these medical

14   examiners in California they don't know what they are

15   doing.  They are intellectually honest, but they're --

16   they are wrong.  They are just flawed.  They don't

17   know what they are doing.  I do.

18           And she uses this weird analogy.  She says,

19   do you remember the Wizard of Oz?  Do you remember

20   this -- the part where they are sort of marching down

21   the yellow brick road and they walk through this

22   forest with poppies and they all get kind of goofy and

23   they pass out and fall asleep.  That's really a cute

24   story.

25           But there's another cute story from that

1   movie that fits her to a T.  Later on in that movie

2   they go to the land of Oz, and there's all kinds of

3   stuff going on, and they are trying to talk to the

4   Wizard, and the dog pulls the curtain aside, and they

5   are going:  Hey, wait a minute.

6          And he says:  Pay no attention to that man

7   behind the curtain.  Pay no attention to that man

8   behind the curtain.

9          Because that's what Dr. Hail is telling you

10  all to do.  Pay no attention to those doctors in

11  California.  Pay no attention to the medical examiner

12  in California, to the man who put his hands on that

13  body, to the man who performed the autopsy, to the man

14  to drew the blood, who took the alcohol content.  Pay

15  no attention to that because he doesn't know what he

16  is doing.  He just deals with dead people.  I deal

17  with live people, and I know what the facts are, and

18  Fentanyl killed this kid.

19         Well, here's the tox report.  And what it

20  says is that this kid had all kinds of stuff in his

21  system.  Blood/alcohol .19.  And you've heard that, in

22  most states, the legal limit for operating a vehicle

23  is .08.  In Utah it happens to now be .05.  So she's

24  -- two or three or four times the legal limit.

25         She goes:  Well, that's nothing.  That's a

1   pin prick.

2          No, it's not.  You go to any hospital in

3   America, and you say:  I'm four times the legal limit.

4          They're not going to say:  Well, have a nice

5   day.  Please drive carefully.

6          They are going to say:  Sit down.  Check

7   yourself in.

8          He's also got cocaine derivatives in his

9   system.  He's got the metabolite of cocaine.  In other

10  words, he's used cocaine previously, maybe not too

11  distant past, and it's metabolizing into other things,

12  and it's in his system.  He's got de-worming

13  medication in his system, and it's not even FDA

14  approved.  It's something they mix with cocaine so

15  that you can buy a gram of cocaine and sell two grams.

16  Put some de-worming stuff in there and double your

17  profit.

18         And he's got Fentanyl in his system at a

19  level of 0.009.  What's the significance of that?

20  Well, if you look down at the bottom, it says blood

21  Fentanyl.  And the doctor says:  Here are the

22  therapeutic limits, and here are the toxic limits for

23  Fentanyl.  Therapeutic limits, effective level when

24  Fentanyl is actually working, is from 003 to 010,

25  which is exactly where this kid is.  Dangerous, but

1    potentially toxic when you get above that.

2            Well, pay no attention to that chart.  Pay no

3    attention to that man behind the curtain.  I'm a great

4    doctor, and Fentanyl killed him.

5            Was It Aaron's?  We don't know.  Was it

6    Fentanyl that killed him?  We don't know.  But the

7    doctors in California all say the same thing.  And

8    that is multiple drug intoxication.  This is the

9    pathology report.  Multiple drug intoxication.

10           Pay no attention to that, members of the

11   jury, I'm a doctor from Texas, and I deal with these

12   things all the time, and these guys in California they

13   are great.  I really like them, but they don't know

14   what they are doing.  They don't know what they are

15   talking about.  That pathologist that's done -- what

16   did he say, a thousand, 10,000 autopsies -- he doesn't

17   know what he's doing.  Pay no attention to that man.

18           The verdict of the coroner, multiple drug

19   intoxication.

20            MR. GADD:  Your Honor, at this time I have

21   to object.  This is not an exhibit.

22           THE COURT:  Pardon me?

23           MR. SKORDAS:  Neither was his pie chart.

24           MR. GADD:  This is not an exhibit and --

25           THE COURT:  This is not an exhibit.  You

1    can't use it if it's not an exhibit.

2           MR. SKORDAS:  Okay.  It's just what she

3    testified to, that she reviewed this report.

4           THE COURT:  You can argue that.

5           MR. SKORDAS:  Okay.  She told you that she

6    saw those two documents, and she told you what they

7    said.  We redacted portions of them, and I apologize.

8    That's exactly what she said.

9           He also misused the drug, whatever it was,

10   the Fentanyl.  Does that play into this at all?  I

11   mean, do you take a cold medication by grinding it up

12   with a battery and then huffing it through your nose?

13   And if you did and you had a bad reaction, whose fault

14   would that be?

15          His roommate's girlfriend, Tori Grace, said

16   he was taking anything he could get his hands on.  And

17   he took the drugs that night and said:  Prop me up

18   into a nice position so I don't throw myself up during

19   the night, and come check on me once in awhile.

20          That's what he does.  Poor kid.  And they

21   come in here and say:  Well, Aaron Shamo killed him.

22          Well, no, he didn't.  No, he didn't.  Aaron

23   Shamo is not responsible for that kid's death.  And to

24   say otherwise is misunderstanding the evidence in this

25   case and misunderstanding the medical testimony that

1    you heard and believing one doctor who comes in here

2    and says:  Pay no attention to that man behind the

3    curtain because I am the doctor, and I am the one that

4    knows it all, and those folks in California don't.

5            Are you supposed to take any medication

6    through a straw through your nose?  And, if you do, do

7    you expect maybe a side effect?  Cocaine, de-worming

8    medication, Fentanyl.  Is there any responsibility

9    here, or is it just what we do these days in America

10   which is, any time somebody is hurt, somebody needs to

11   pay for it.  It's always somebody else's fault.  It's

12   always somebody's fault.  Somebody has got to pay.

13   And we choose Aaron Shamo.  He is the top of our

14   pyramid.  We're kind of stuck with that.

15           Let's talk about Aaron for a minute.  You

16   have heard him described in all kinds of words by some

17   of his own co-conspirators and by the government's

18   agents as a moron, as too stupid to do this.  And I

19   don't mean to be demeaning to Aaron, but part of

20   that's true.  You saw him on the stand.  Barely got

21   out of high school.  At the time this was all

22   occurring, he's 25, 26 years old.  He can't even cut

23   it in college.

24           He's going to a good school in Orem, Utah

25   Valley University, and he drops out.  He's not doing

1   anything right.  But he's got these friends, and he's
2   trying to be popular, and they're older guys, and they
3   are smarter guys, and they're really good guys, and
4   they are saying:  Aaron, let's play.  Let's make some
5   money.  Let's do some things.
6        And the government describes him as a
7   principal, administrator, organizer, leader.  He's a
8   follower.  He's a pleaser.  He's a gladhander.  He's a
9   yes man, and he'll do anything these kids tell him to
10  do because he wants to be friends.  And suddenly he's
11  got a little business going with these guys, and he's
12  making more friends, which is something he's never
13  had.  And they are all telling him what to do and
14  where to go and where to sign up and whose name to
15  use.
16       And who takes all the risk in this?  Aaron
17  Shamo.  And who's traveling around the country with no
18  risk, no responsibility, nothing at all?  Drew
19  Crandall.  And who's hiding?  Who runs away for two
20  years?  Luke Paz.  And they say:  Well, Aaron Shamo is
21  the principal, administrator, organizer, leader.
22  That's just not true.  He's the fool.  He's the one
23  that was conned the most, and when the chips started
24  falling down, everybody piled on him as fast as they
25  could because he had been set up so beautifully by

1    everybody on that chart, even on the second row, even
2    on the third row.

3         They all set him up perfectly because when it
4    falls, they are all out of it.  But Aaron is doing
5    this in his basement, sitting down there in his
6    shorts, wearing his gloves and his mask when the
7    police come, down there pressing Zanax, because Luke
8    and Drew won't let him touch the Fentanyl.  He comes
9    upstairs, probably covered with drugs and stuff, and
10   the rest is history.  He's been sitting in jail ever
11   since.

12        He's got a million dollars in his dresser
13   drawer.  He doesn't even know what to do with it.  Is
14   it Luke's money?  Is it Drew's money?  Am I supposed
15   to give it to this person, am I supposed to give it to
16   that person?  He doesn't know what to do.

17        And the government is, like, well, he bought
18   some big things.

19        Like what?  A six-year-old B.M.W.?  A used
20   truck?  A half interest in a boat?  He bought some
21   designer Jeans once, and he felt like hell afterwards.

22        Does that sound like the principal,
23   administrator, organizer or leader of a major drug
24   operation, or does it sound like the fool that
25   everyone played him for and the fall guy that the

1   government has decided needs to take a fall, while

2   everyone else walks?

3          And the money just keeps coming.  The money

4   he gives to his parents because he's, like, I don't

5   know, I guess I got to do something some day.  And

6   he's the -- he's the dummy that buys all the stuff on

7   Amazon in his own name.  The tablet press, Aaron

8   Shamo.  Postage stamps, Aaron Shamo.  Shipping

9   products, Aaron Shamo.  Western Union money transfer

10  in the name of Aaron Shamo.  Mini rotary tablet press

11  machine in the name of Aaron Shamo.

12         Why?  Because these other guys are too damn

13  smart.  I ain't buying no tablet machine, Aaron, you

14  buy it.  You buy it.  And they go through, and PayPal,

15  he does it in his own name.  And they go through all

16  these eBay items.  Look at that.  Aaron is buying it

17  all in his own name.

18         And why are there two addresses here?

19  Because when he started in 2015, he lived on Murphy

20  Lane.  He's not even smart enough to have it delivered

21  to another house.

22         You go, Aaron.  Get us a pill press.

23         Well, what do I do?

24         Just go buy one.  We'll take care of it

25  later.  You're the dummy.  You're the moron.  Just

1    keep my name out of it, Aaron.

2              And he does.  Come on, guys, let's be

3    friends.  What are we doing?  Let's play.  Let's go.

4    And they convince him, and he believes it, that he's

5    actually doing some good, that there are people all

6    over the country that can't afford their pain

7    medication that are in pain, and he convinces himself

8    through these wizards that he's helping make the world

9    a better place, and he's got other people, and these

10   guys are employing other people, and they are getting

11   jobs, they are helping people out, and they are

12   supplying drugs to people that can't get them

13   otherwise.  He thinks he's doing something good.

14             Boy did he get hit in the face when he went

15   to jail.  That was a good thing for him.  It was great

16   that Aaron went to jail.  He deserved to go to jail.

17   He deserved to sit there and watch some guy defecate

18   next to him while he was withdrawing from heroin, so

19   he could see what he did.  And he's the only one who

20   has ever said to you all how that made him feel or how

21   sorry he is.

22             He deserved to sit there and watch addicts

23   recover because then he looks at it from another side,

24   and he looks at it and says:  Well, maybe I wasn't

25   doing all that good.  Maybe what I was doing was bad.

1   Maybe what I was doing was hurting people.

2          And he needs to sit next to those people, and

3   he did.  And it was good for him.  It was very good

4   for him.  I mean, he's had three years of misery that

5   he deserved.  And it's just too bad that none of these

6   other kids ever got to see that because then maybe

7   they would understand what they did.  But the

8   government won't let them because they want Aaron so

9   badly.  They want him so badly that they are willing

10  to turn everybody the deal of the century just to get

11  this dumb kid.  And that's what they did.

12         Here's his Bitcoin.  It wasn't hard to trace.

13  The government went and got these.  It was like

14  nothing.  Aaron surrendered them all.  They got all

15  their Bitcoins.  They got everything.  And they were

16  even able to sell high.  Then were even able to sell

17  high.  He surrendered them all.  They made $5 million.

18  Thanks, Aaron.  Good job.  Hope you enjoy prison.

19         And when Aaron, being the ultimate fool that

20  he is, has to make money transfers to these guys, he

21  walks into a bank with a camera and they have a

22  picture of him.  He doesn't send somebody else.  He's

23  the pawn.  He's the fool.  And he got played like no

24  other.

25         There have been times during this trial when

1    we have sort of sat over here and maybe smiled or

2    grinned at each other, and I hope that none of you

3    felt that that was disrespectful, but the only other

4    thing you can do when you sit next to Aaron Shamo is

5    cry.  The only thing you can ever do when you talk to

6    Aaron Shamo is cry.  So, to the extent that we tried

7    to bring the kid a little levity, I apologize.  It's

8    not that we're not taking this seriously.

9           But you can't talk to Aaron on the phone or

10   visit him in the jail.  You can't look his parents in

11   the eye without crying.

12          The government -- or the Judge, I should say,

13   has given you a number of jury instructions, and I

14   won't belabor those because you are the jury, and

15   you're charged with doing the right thing.  And

16   importantly, you're charged with making a decision

17   here, and no one has a right to show you which box to

18   check.  That's for you to decide.

19          The Judge has instructed you in Instruction

20   Number 23 that what the verdict shall be is the sole

21   and exclusive duty and responsibility of the jury.  No

22   one else.  And you know what else is beautiful about

23   this country?  That is that no one can second guess

24   you.  You don't have to answer for your decision.  You

25   don't have to justify your decision.  You can walk out

1   of the courtroom after you find Aaron guilty or not

2   guilty and hold your head high and know that whatever

3   your decision is, we may not agree with it, they may

4   not agree with it, no one else may agree with it, but

5   because you are the law, you make that decision.  And

6   we will not second guess that.

7          But we're asking you, as members of the jury,

8   to be fair, to treat Aaron Shamo fairly, to recognize

9   honestly his role in this and to punish him honestly

10  for his role in this, and to look at what others have

11  done, and to look at what others have suffered and

12  punish Aaron Shamo accordingly and fairly.

13         Jury Instruction 51, sort of the same thing.

14  You're deliberations will be secret.  You will never

15  have to explain your verdict to anyone.  Nor should

16  you.  I mean, that's the American way.  It's a great

17  role you have.  It's great position that you are

18  sitting in that I'll never sit in probably just

19  because I'm a lawyer.  We don't get invited too often.

20         I sat on that a side of the courtroom for

21  eight years, and I've sat on this a side of the

22  courtroom for 30 years.  I'll never sit up there

23  because I'm too stupid, and I'll never sit there

24  because I've done too many trials, I guess.  But I

25  think it's a beautiful thing that you all get to do,

1    and it's a wonderful calling that you have, and the

2    Judge has given you instructions on how to further

3    that calling.

4           And I hope that you'll go back and read those

5    closely, and I hope that you'll go into your hearts

6    and consider the evidence that you heard and render a

7    verdict that is fair, a verdict that is consistent

8    with everything you've heard for two and a half weeks

9    and that does justice to Aaron Shamo.  And I hope you

10   find him guilty of some of these counts, I really do,

11   because he should be, but I hope that you'll look hard

12   on the ones that he's not guilty of, and I hope that

13   you'll make the right decision.

14          THE COURT:  Thank you, Mr. Skordas.

15          Mr. Gadd, rebuttal?

16          MR. GADD:  Yes, sir.  This will take me just

17   a moment.  Ten or 15 years ago, I wouldn't have to say

18   what I'm now going to say.  The nature of civil

19   discourse in our country has hit a point where you

20   almost expect kind of a tit for tat, talking heads

21   taking turns, giving and taking offense.  So, let me

22   say very clearly, I have taken no offense to what

23   you've just heard, the parts about us coaching

24   witnesses, the parts about us fabricating evidence.  I

25   take no offense.  Responding to it would remove us

1    from talking about the high and almost holy reason

2    that you have been brought here.

3           We're here in remembrance of a man who died

4    and died a terrible death.  We are here because a man

5    led an organization that sold hundreds of thousands of

6    Fentanyl pills all over the United States, pills that

7    were poison.  They were poison.  And he sold it to

8    people who wanted it.  They were addicts.  Their

9    brains were changed.  They needed it.  They would do

10   anything for it.  And you saw what happened to Russ.

11          Now, I will say some nice things about

12   Mr. Skordas.  I admire him a great deal.  I do.  I

13   like working cases with him.  I do.  I admire that

14   he's willing to take a hard case.  Not everyone is.

15   He was not given much to work with in this case, and I

16   admire him for taking it.  But let's be abundantly

17   clear.  None of what you heard about coaching

18   witnesses or telling them what the truth is or even

19   having our truth or arriving at facts before an

20   investigation is done, there is not one shred of truth

21   in that.  Not one.

22          You saw these witnesses.  You heard from

23   them.  You think -- pick one.  Mario Noble.  You saw

24   his plea deal.  When did he start telling the truth?

25   November 22, 2016, long before he ever met an

1    attorney, let alone a prosecutor, long before he had

2    ever pleaded guilty.  That's when he started telling

3    the truth.  You run through the list.  Ms. Tonge,

4    Ms. Bustin, when did they start telling the truth?

5    When did they decide to try to take responsibility?

6    November 22, 2016.

7            There was no deal.  There was no promise.

8    Even now, they are not the promises that you heard.

9    They told the truth.  How do you know it's the truth,

10   not some truth, not this truth-is-relative business,

11   but real truth?  How do you know?  I suggest you do

12   what you heard Special Agent Dan Ashment talk about.

13   He was our last witness, if you recall.  He used a

14   phrase.  He said "trust but verify."  And what that

15   means for him is when someone says something to him

16   like:  I have a Bitcoin wallet.

17            He says:  Okay.

18            But he's got to verify it.  He says:  Could

19   you show me your wallet?

20            And then they pull out their phone and they

21   open the app, and they show him those wallets, and now

22   he's verified it.

23            And they say:  This Bitcoin came from Aaron

24   Shamo.

25            And what does he do?  He goes to the

1    blockchain, and he sees the Bitcoin come from Aaron

2    Shamo's wallet.  And how does he know it's Aaron

3    Shamo's wallet?  Because he has dug through Aaron

4    Shamo's electronics because he found the wallets, he

5    and the other agents with him.

6         Did Mr. Shamo hand any of those over?  No.

7    Not a single one.  Did it take over a thousand

8    man-hours of searching and digging before they

9    identified Mr. Shamo's Bitcoin?  Yes.  Yes, it did.

10        What you saw from these law enforcement

11   agents was dedication to a cause greater than

12   themselves, and they were willing to put in the time

13   to do it.  Let's talk about number 1.  Trust.  You may

14   recall from this morning an instruction about

15   assessing the credibility of co-defendant witnesses.

16   I'm not sure, but I'm going to guess you heard enough

17   instructions this morning you may not remember number

18   5.  Number 5 is your duty.  Number 5 says you are here

19   to decide whether the United States has proved, beyond

20   a reasonable doubt, that the defendant is guilty of

21   the crimes charged.  That's your purpose.

22        You read the third sentence in this

23   instruction, and you see that you're not supposed to

24   be concerned with the guilt of any other person not on

25   trial.  What does that mean?  That means people like

1   Chris Kenny, who is not the luckiest person in the

2   world.  It means people like Luke Paz.  It means

3   people like Drew Crandall.  And yet, you've heard so

4   much about it now, in the opening, now in the closing,

5   the comparisons that they would like you to draw

6   between charges.

7          How do you reconcile it?  Your duty is clear.

8   You have been asked to consider things outside your

9   duty.  How do you reconcile it?  And my response is,

10   first, please don't read one instruction in a vacuum.

11   So, at a minimum, you'll move on, right?  Instruction

12   6 says if you find the different guilty, it will be

13   Judge Kimball's duty to decide what the punishment

14   will be.

15          And then, if look at Instruction 7, it

16   mirrors a lot of Instruction 5, talking about our role

17   here.  Our role here is to decide if the facts, the

18   things you heard from the witness stand, the evidence,

19   if it proves Mr. Shamo is guilty.  But you heard all

20   this stuff about making the comparisons.  And what

21   specifically did Mr. Skordas say?  He wants you to

22   punish Aaron Shamo fairly.  He wants you to punish

23   him.

24          We are getting a little bit ahead of

25   ourselves.  He's still presumed innocent until you

1    find otherwise.  So here's how it works.  A defendant

2    is charged.  They are charged by a Grand Jury.  Once

3    they are charged by a Grand Jury, they get on a train,

4    and the train is headed for a jury trial like this.

5    But there's another way off the train, and it's when

6    they plead guilty.  It gets them off the train.

7         If they ride the train out to the jury trial,

8    a jury from their community decides if they are guilty

9    or if they should be acquitted, but the train stops

10   here.  If the defendant is found guilty or for his

11   co-defendants who pleaded guilty, they hop on the next

12   train, sentencing.  No one gets punished until their

13   sentencing.  That is the American way.

14        Could you imagine if it were otherwise, if we

15   punished people before their conviction?  Our Founding

16   Fathers set up a system where punishment comes at

17   sentencing, and yet they want you to punish Aaron

18   Shamo fairly.  You see here, it's not my role, and

19   it's not your role.  It's Judge Kimball's.  He gets to

20   choose the punishment, and he does it at sentencing.

21        It is impossible.  What they have asked you

22   to do is impossible.  You cannot punish Aaron Shamo.

23   Punishment belongs to the Judge and the Judge alone.

24        Now maybe you're wondering about this whole

25   business about him being in custody and Drew Crandall

1    is in custody and the others are not, but you heard

2    from the witnesses.  They explained this.  You heard

3    from Drew Crandall.  He said:  No, I don't want to be

4    in custody, but a Federal Judge decided I was a flight

5    risk and a danger to the community and he held me in

6    custody.

7            And you heard from Luke Paz, who said:  A

8    Judge made a decision.

9            And they pressed him.  They said:  No.  No.

10   The prosecutors made the decision.

11           And he said:  No.  A Judge made a decision.

12           And that's why he's out.  Make no mistake.

13   His punishment is coming.  Not many days from now,

14   Luke Paz will stand right there, and he will look at

15   Judge Kimball and find out how many years he is going

16   to spend in prison.  Not many days from now, Drew

17   Crandall will come out that door, and he will stand

18   right here, and he will look at Judge Kimball, and he

19   will find out how many years he is going to spend in

20   prison.

21           And what's our agreement?  You've seen it,

22   but perhaps you didn't notice because they weren't on

23   the defendant's slides, the exhibit sticker.  Whose

24   exhibit is it?  It's the United States' exhibit.  Who

25   put this in evidence?  The United States.  Who first

1   brought it to your attention?  The United States.  We

2   have nothing to hide.  We have given this to you.  You

3   can read it.  I suggest you read it just like

4   Mr. Skordas suggested, and set aside your disbelief

5   for a moment and ask yourself this.

6          If a co-defendant really wanted to take

7   responsibility, if they really wanted to do the right

8   thing, what would their plea agreement look like?

9   Would it be one of these agreements where, you know,

10  if you plead to one count, we'll dismiss seven or

11  eight others.  Would it look like that, or would they

12  plead as charged?  Would they come in and take full

13  responsibility?

14         And you heard Mr. Skordas talking about how

15  none of them were charged with Russ' death.  Many

16  of them plead guilty before the investigation was

17  done.  Is that unfair?  No.  And here's why.  Every

18  single agreement contains this clause.  You'll see it

19  in there, in paragraph 12.  They all say the same

20  thing.  It's called relevant conduct.  Here's what it

21  means.  Here's what it says:

22         I understand and agree that the presentence

23  report may include descriptions of conduct I engaged

24  in which either was not charged against me, will not

25  be pleaded to by me, or both.  And I understand and

1     agree that the Court may take these facts into

2     consideration at sentencing.

3            What does that mean?  That means Luke Paz,

4     Drew Crandall, Alex Tonge, Katie Bustin, Mario Noble,

5     Sean Gygi, every single one of them will be punished

6     for Russ's death.  That's what that means.  No one is

7     getting out from under this, no one.  Your role here

8     is to decide if the evidence shows that Mr. Shamo

9     played his part, beyond a reasonable doubt.

10           Was it possible that these early defendants,

11    the ones who came in relatively early and pleaded

12    guilty -- I just saw Mario Noble's plea agreement on

13    May, 2017.  Was it possible that someone could plead

14    guilty early on, get sentenced right away and then

15    avoid punishment for something like Russ's death?

16    Yeah.  It's possible.

17           So the other thing you're going the see in

18    here is every single one of those co-defendants was

19    required to wait 'til the end to be sentenced because

20    that's fair.  They will face Judge Kimball.  They will

21    answer to him for what they have done.  What's our

22    agreement?  Our agreement is, if you really want to

23    take responsibility, you have to come in here and

24    testify truthfully.  And then what happens?  Then we

25    tell Judge Kimball what he already knows.  He has been

1  in the entire trial.  We tell him everything the

2  co-defendants did wrong.  We hold nothing back.

3        And then we tell them -- we tell Judge

4  Kimball what they tried to do to help themselves, what

5  they tried to do to make it right; things like Sean

6  Gygi, who, after a very long night, came to himself,

7  called the DEA agents, told them he was involved as

8  the almost daily runner for Mr. Shamo's organization,

9  agreed to put on a body wire and record a

10  conversation, agreed to take him along as he picked up

11  pills.

12        That was his way of trying to make things

13  right.  But Judge Kimball has already heard all of

14  that.  We have agreed to tell him what he already

15  knows.  And then we have followed what it says in

16  Instruction 6.  We are taking these defendants and

17  handing them to Judge Kimball and saying:  The

18  sentence is yours.  Punishment is yours.  And we'll

19  live with your decision.

20        No one is getting off.  Let's move away from

21  this.  In the normal case, I stand up here and I talk

22  about facts because that's your role.  You're here to

23  be judges, judges of the facts and to decide how they

24  apply to the defendant.  But we he needed to go

25  through that to clarify some things you have heard.

1              Let's talk about but-for causation, number 2

2      there.  Dr. Stacey Hail was abundantly clear.  Russ

3      would not have died but for the Fentanyl.  You heard

4      from the toxicologist, Bill Posey.  He analyzes blood

5      not just from deceased people but from living people.

6      We said to him:  What is the highest blood/alcohol

7      content you have seen in someone who is alive?  It was

8      more than double what Russ was at.

9              Same question for Dr. Hail:  Dr. Hail, You

10     work in an emergency room.  You treat living people.

11     What's the highest blood/alcohol content you've seen?

12             And she said:  In my patient, he was actually

13     coming down.  He was detoxing.  He was at .53, more

14     than two and a half times where Russ was at.

15             Was Russ safe to drive an automobile?  No.

16     Was a .19 going to kill him?  No.  Never.  And

17     Dr. Hail made that clear.  She went through the same

18     thing that Mr. Skordas just had you look at.  She said

19     neither the cocaine nor the metabolites nor the

20     levamisole, the worm agent, contributed to his death.

21     Then she emphasized they did not cause or contribute

22     to his death.

23             She talked specifically about multiple or

24     mixed drug intoxication.  Let me read word-for-word

25     what she said.  I think you'll remember it once I read

1    it.  "In this circumstance the medical examiner called

2    the cause of death mixed drug intoxication, and I find

3    that to be a very intellectually honest cause of

4    death.  I believe that medical examiners should say

5    that and list out all the drugs that are found

6    postmortem because, number 1, they may not necessarily

7    know all of the evidence and all of the perimortem

8    circumstances."

9         That word "perimortem circumstances" is very

10   important because that's what paints the picture of

11   the toxidromes.  And you remember toxidromes,

12   specifically the opioid toxidrome.  You know how it

13   looks.  Someone ingests the opioid.  They go to sleep,

14   and they never wake up.  Their body, when the

15   respiration shuts down, is starving for oxygen, and

16   it -- and it convulses trying to get oxygen back to

17   the brain, and the breathing it's called agonal

18   breathing.  You remember this term.  It sounds like

19   loud snoring, but the agonal breathing is very

20   ineffective and death soon sets in.  That's what she

21   said.

22        And remember Tori Grace, perhaps the bravest

23   witness who came before you.  You remember what she

24   said.  She talked about watching Russ ingest the

25   pills, about being worried, about his request that

```
 1    they check on him, about how she and her boyfriend

 2    Greg checked on him several times that night.  The

 3    last time they went in, you recall, they rolled him

 4    into the recovery position.

 5           And I asked her:  Did you notice anything

 6    about his breathing?

 7           And she said:  He was breathing fine.

 8           How do you know?

 9           She said:  I could hear him snoring.

10           Well, that was agonal breathing.  He was dead

11    hours later.  And what killed him?  It was the

12    defendant's Fentanyl.  How can you know beyond a

13    reasonable doubt?  First, pretty good analogy, one of

14    those statements that will stick out.  I hope at some

15    point in your life you're able to forget it.  But

16    Dr. Hail made this analogy.  She said, "The Fentanyl

17    was like a shotgun wound to the heart and the alcohol

18    a pin prick."

19           That's how you know it's beyond a reasonable

20    doubt.  How do you know it came from the defendant?

21    Evidence.  What's truth?  What have they -- what's

22    relative truth?  This is not relative truth, this is

23    evidence.  This is a 30-year police officer who goes

24    to the scene of an overdose -- imagine how chaotic it

25    is -- but has the presence of mind to take out a
```

1    camera and document.  And she takes a picture of

2    garbage.  This is in the garbage.  And it ends up

3    being the piece of evidence that ties the defendant to

4    his crime.

5              What can you tell from this picture?  You can

6    tell it's a priority mail envelope.  You can tell it

7    came from Utah.  At the time Ms. Tonge and Bustin

8    testified that this is how they were addressing their

9    envelopes.  They hadn't yet started using that Get

10   U.S.P.S. where they print out the entire shipping

11   label, so they are printing these individual labels

12   and slapping them on.

13             What else do you know about it?  You know

14   it's a false return address.  They even got the ZIP

15   code wrong.  You can see the stamp at the top.  That's

16   one of those $6.45 stamps that includes tracking.  Was

17   this package tracked?  Yes, it was.  You have seen the

18   tracking.  You know that it arrived at his house at

19   3:00 o'clock on June 11.  And then, maybe most

20   importantly, you see the name there who it's to.

21   Gregg Lee.  And you notice that it's written in all

22   caps.  And it doesn't just have a ZIP code, but it has

23   a plus four.

24             And then perhaps you remember, when we were

25   talking with Mr. Noble, although it was late in the

1    day, that Mr. Noble, when he was learning customer

2    service, had to ask Mr. Shamo questions because

3    Mr. Shamo was his boss.  And he said:  How do we want

4    to handle return to sender?

5         And Mr. Shamo said:  If it's a bulk customer,

6    maybe we'll reship because we want to keep them happy,

7    but for most people, it's their fault because we don't

8    change the address they give us.

9         You remember this?  It's in his telegram

10   messages.  We just copy and paste it.  So it's unique

11   that it's an all caps.  And Mr. Shamo says:  We just

12   copy and paste it.  So what would you expect from the

13   order form?  All caps and a plus four ZIP code.  Those

14   were Mr. Shamo's pills that killed him.

15        Let's take a minute and talk about this next

16   idea.  You talk about Mr. Shamo being a leader.

17   Special Agent Jeff Ryan.  Twenty-nine years in the

18   Drug Enforcement Administration.  He has worked drug

19   trafficking organizations and their cases on two

20   different continents.  He's worked from the largest of

21   the cartels to the smallest of the pill operations.

22   He talked to you about how every organization is

23   different.  He made some analogies you might remember.

24        He compared the large organizations to, like,

25   Amazon and then a small organization to, like, a dad

1   who hires his son and his son's friends to have a

2   landscaping company.  There are some things they both

3   have in common.  They each have a principal leader.

4   It might be called, like, a CEO or a president, but

5   they have a principal leader, an organizer, an

6   administrator.  No matter how big the company gets,

7   there will always be that principal leader.

8           And while we are on this point, it's always

9   this way that you hear the facts first and then you

10  get to read the law at the end.  But for two and a

11  half weeks, I've wanted to tell you, he doesn't have

12  to be the only one.  Was that a shock for you to learn

13  when you saw today that he doesn't have to be the only

14  principal leader, organizer or administrator?  He only

15  has to be one of possibly several.  That's what the

16  law says.

17          And as long as we're talking about the law,

18  did you notice that there's a word nowhere in these

19  instructions that you heard a lot at trial?  It's a

20  Hollywood term.  It's kingpin.  He was never charged

21  with being a kingpin.  He's charged with engaging in a

22  continuing criminal enterprise.  You won't find that

23  word anywhere in the statute.  You can be a principal

24  leader of an organization with six people.  You can be

25  that dad who hires the son and the son's friend to do

1   landscaping, and you're a principal leader.  Or you

2   can be Jeff Bezos.  You can run Amazon.  Still a

3   principal leader.

4          Now, as organizations grow, Amazon, you get

5   a middle management, right?  Your workplaces are

6   probably this way.  Ours is.  And a middle manager can

7   also engage in a continuing criminal enterprise.  You

8   think about the counts, right?  They have to supervise

9   five people.  They have to make substantial income.

10  They have to be engaged in a series of three

11  transactions.  So, as an organization grows, you can

12  get that middle there.

13         But, no matter the size of the organization,

14  as long as there's a leader and five subordinates,

15  that leader can be guilty of engaging in a continuing

16  criminal enterprise.  And Mr. Shamo didn't just have

17  five, right?  You see it on the screen.  He had 20.

18         If you think Mr. Crandall was -- had -- you

19  know, especially in 2015 when he said junior partner,

20  if you think he was a principal leader or an

21  organizer.  He helped recruit some people.  He trained

22  his replacements.  If you think that, Mr. Shamo is

23  still guilty.  And, as we discussed before,

24  Mr. Crandall will be punished for his role in the

25  organization, for the fact that he recruited, for the

1    fact that he trained.

2          If you think maybe Mr. Paz assumed that

3    junior partner role -- there is no evidence of it,

4    right?  No testimony.  No evidence that he recruited

5    anyone.  No evidence that he directed anyone on what

6    to do.  But he did have substantial income, didn't he?

7    If you think, for some reason, he's part of the

8    leadership core, Mr. Shamo is still guilty.  And make

9    no mistake, Mr. Paz will be punished for his

10   substantial income, for every pill he pressed.

11         It's almost as if you were to mix the worst

12   qualities of those two men, Mr. Crandall with his

13   recruiting, Mr. Paz with his substantial income, if

14   you could put those two together, that's another CCE

15   defendant.  But regardless, together or separate,

16   Mr. Shamo is still one of the principal leaders,

17   organizers and administrators.

18         Mr. Shamo admitted they were his employees.

19   When he was on the stand he was asked:  So your

20   employees got annoyed that you were gone so often,

21   didn't they?

22         And this was in the context of his frequent

23   trips to Las Vegas.  And his employees got annoyed.

24   And he agreed.  He said:  Yeah.  I mean, there was

25   always groaning in a lot of places, yeah.

1          Have you ever had a boss like that, didn't

2     want any complaints?  That's the kind of boss he was.

3     What's the best way to know that he's a boss, that he

4     is a principal leader, organizer or administrator?

5     Take him at his own word.  Follow the money.  You saw

6     the charts.  Apparently, if you can believe what was

7     said, they forced him to have all that money.  That

8     sounds like a pretty good gig.  All these people

9     ganged up and they shoved that money into his parents'

10    closet, and they shoved that money into his safe, and

11    they shoved that money into his sock drawer, and he

12    just wasn't smart enough to stop them.

13         Have you ever had a boss, when things went

14    wrong, blamed everyone around him, blame his

15    employees?  I have bosses in the room, so I can't

16    comment.  But maybe you have had that.  Maybe you know

17    someone who's had that.  What did Mr. Shamo do on the

18    stand?  Did he blame Ms. Noriega?  It was her fault.

19    She needed money.  He was just trying to help her out.

20         Did he blame Mr. Kenny?  This guy at the gym,

21    he is the one who put this idea into my head.  If it

22    wouldn't have been for him, we never would have gone

23    for it.

24         Did he blame Mr. Noble?  He wanted to be

25    involved.  He was asking for it.

1          Did he blame Mr. Paz?  If he wouldn't have

2    been so lazy and shown up late, I wouldn't be the only

3    one wearing this hat, whatever that means.

4          Did he blame Mr. Crandall?  Well, if he

5    wouldn't have figured out how to run that pill press.

6    He's such a brainyac, he failed out of college, but if

7    he wouldn't have figured that out, we never would have

8    been in this mess.

9          Did he blame Ms. Tonge and Ms. Bustin?  It

10   was their fault.  They needed money.  It was their

11   fault that Ms. Tonge's mom had cancer and medical

12   bills to pay.

13          Did he blame Mr. Gygi?  It was his fault he

14   lost his job.  He came to me.  He needed money.  I was

15   just helping out friends.

16          Have you ever had a boss who blamed everyone

17   else when things went wrong?  That's the kind of boss

18   he was.  He even blamed the website.  Do you remember

19   this?  He said:  It's the website's fault, AlphaBay's

20   fault that their sales went through the roof.  If it

21   weren't for AlphaBay, he wouldn't be in this mess.

22   That's what he said.

23          Let's talk about this last one.  Effort.

24   You've heard from the defendant, from his mother, his

25   sister, and now his the attorney that he's just not

1    smart enough, not smart enough to do it.  You heard

2    from expert witnesses talk about things like the Dark

3    Net, Dark Net marketplaces, PGP encryption, cashing

4    out BitCoins.  You heard all these things.  And what

5    did they say about it?  That it's not hard, just

6    Google it.  What did Mr. Shamo do?  He Googled it.

7            I don't know what his true aptitude is.  None

8    of us do.  But this much is clear.  Whatever he lacked

9    in ability he made up for with effort.  Thousands of

10   Google searches, constant researching, trial and

11   error, as scary as that idea is, trial and error.  He

12   was a man dedicated to perfecting his trade craft, to

13   building an organization, getting rich.

14           He admitted he ran the website.  It was under

15   his sole control.  He admitted, he's the one who got

16   the Bitcoin from it.  I made, like -- I made, like,

17   the fundamental mistake on cross examination.  I asked

18   an open-ended question.  I said:  Okay, tell us, how

19   much did you pay Drew Crandall, this man you're saying

20   is the real boss, how much did you pay him?

21           He couldn't say.

22           I said:  Is it a hundred-thousand dollars?

23           He didn't need it.  That was his response.

24   He didn't need it.

25           All he paid him was a wage for his customer

1   service work.  Why didn't he pay him more?  Because

2   with money comes greed.  In his own words.

3          So, how do you know?  How can you know

4   whether or not this organization is his?  Would you

5   like to know what he thought about it when he was in

6   it?  Let's look at the evidence.  This, you will

7   recall, is telegram messages between the defendant and

8   Julian Mausia, one of the package receivers.  They go

9   back and forth talking about, hey, your package is

10  here.  I'll come pick it up, making payment, things

11  like that.

12         But right at the end, a couple weeks before,

13  Mr. Shamo says this about his criminal enterprise, he

14  said:  It's something I've been able to build up and

15  grow, and it's been my baby for so long.

16         It was his baby.  It was the crowning

17  achievement of his life.  He told you he had plans to

18  stop.  Is that true?  More telegram messages, this

19  time with Mario Noble.  Mario Noble at the top says:

20  Hey, it's close man.  It feels like things are

21  smoothing out.  People love us -- referring to online

22  feedback and customer service feed back -- LOL.

23         What's Mr. Shamo's response?  True.  Once I

24  get another shipping department in another state, I'll

25  feel a lot better.  That will come in a month or two.

1          Did he make plans in a month or two?  He sure

2    did.  Sean Gygi wore that wire, recorded that

3    conversation.  He says:  Hey, yes, so Colorado, we're

4    still good for that, right?

5          What does Mr. Shamo say?

6          He doesn't say:  What are you talking about?

7          They had plans.  He says:  Yeah, I'm going to

8    take a month or two off, so March or April, let's aim

9    for that for Colorado.  So start looking for places.

10         He was never going to stop because with money

11   comes greed.  Let's settle this question once and for

12   all.  Was Mr. Shamo the principal leader, organizer

13   and administrator of the Pharma-Master continuing

14   criminal enterprise?  From his own words, this time

15   notes, Exhibit 14.29:  I am Shamo.  I am awesome.  My

16   friends love me.  I created an empire.

17         And so he did.  But at what cost?

18         THE COURT:  Thank you, Mr. Gadd.

19         Ladies and Gentlemen of the Jury, here's what

20   will happen now.  In a minute, the court security

21   officer will come forth and be sworn and will take you

22   into the jury room where you will get the original

23   Special Verdict Form and all the exhibits that have

24   been admitted into evidence except the Fentanyl.

25         Now, Juror No. 14, now 13, you're

1    provisionally excused.  Provisionally.  You got that

2    word?  Because if something happens to one of these

3    jurors and they are unable to continue deliberating,

4    we will call you back and you will join the

5    deliberations.  You will become part of the jury.  So

6    don't talk about the case.  Don't let anybody talk

7    about it with you.  Don't read anything about it.

8              We will -- if we need you, we will call you

9    back.  If we don't need you, we will tell you after a

10   verdict is in.  And then you can do what you want,

11   talk about it not talk about it, whatever.  All right?

12             I'll ask the court security officer to come

13   forward and be sworn, please.

14      (Whereupon the court security officer was sworn.)

15             THE COURT:  Follow the court security officer

16   in.  And, provisional juror, if you need to get

17   something out of that room, you can take it and go.

18             Now, you should begin deliberating, talking

19   about the case, of course.

20      (Whereupon the jury leaves the courtroom to begin

21                      deliberation.)

22             Now, I assume the regular people who deal

23   with the Fentanyl will take it away.

24             Now, with respect to the other exhibits,

25   usually my courtroom deputy takes them in.  I'm not

1    sure if she can get that pill press in there or some

2    of these heavier things.  Is there any solution to

3    that problem?

4            MR. GADD:  We're happy to help.

5            THE COURT:  Maybe you lawyers -- the lawyers

6    can help take them in, but somebody from each side has

7    to be there, so you make sure nobody talks to anybody.

8            All right.  We'll be in recess.  Oh, we need

9    working phone numbers.

10           THE CLERK:  I have it.

11           THE COURT:  Do you have all that?  So we can

12    call you when and if they decide to go home and when

13    and if they get a verdict and when and if we get

14    questions.  All right.  Thank you.

15

16

17

18

19

20

21

22

23

24

25           (Whereupon the proceedings were concluded.)

2127

```
 1
 2                    REPORTER'S CERTIFICATE
 3    STATE OF UTAH            )
 4                             ) ss.
 5    COUNTY OF SALT LAKE      )
 6
 7            I, REBECCA JANKE, do hereby certify that I
 8    am a Certified Court Reporter for the State of Utah;
 9            That as such Reporter I attended the hearing
10    of the foregoing matter on August 29, 2019, and
11    thereat reported in Stenotype all of the testimony and
12    proceedings had, and caused said notes to be
13    transcribed into typewriting, and the foregoing pages
14    numbered 2005 through 2126 constitute a full, true and
15    correct record of the proceedings transcribed.
16            That I am not of kin to any of the parties
17    and have no interest in the outcome of the matter;
18            And hereby set my hand and seal this 17th
19    day of December, 2020.
20
21
22
23
24            _____
25            REBECCA JANKE, CSR, RPR, RMR
```