1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

3

4    _____
                                   )
5    UNITED STATES OF AMERICA,     )
                                   )
6              Plaintiff,          )
                                   )
7        -vs-                      )    2:16-CR-631 DK
                                   )
8    AARON MICHAEL SHAMO, et al.,  )
                                   )
9              Defendants.         )
     _____)

10

11

12

13

14        BEFORE THE HONORABLE DALE KIMBALL

15          DATE:  AUGUST 30, 2019

16      REPORTER'S TRANSCRIPT OF PROCEEDINGS

17          JURY TRIAL - VERDICT

18        (Pages 2127 through 2135)

19

20

21

22

23

24      Reporter:  REBECCA JANKE, CSR, RPR, RMR
                   (801) 521-7238
25

```
 1
 2                   A P P E A R A N C E S
 3
 4   FOR THE PLAINTIF     UNITED STATE'S ATTORNEY'S OFFICE
 5                        BY:  MICHAEL GADD, ESQ.
 6                             VERNON G. STEJSKAL, ESQ.
 7                             KENT A. BURGGRAAF, ESQ.
 8                        111 SOUTH MAIN STREET, 1800
 9                        SALT LAKE CITY, UTAH  84111
10
11
12
13   FOR THE DEFENDANT:    SKORDAS & CSTON, LLC
14                        BY:  GREGORY G. SKORDAS, ESQ.
15                             KAYTLIN V. BECKETT, ESQ.
16                        560 SOUTH 300 EAST, 225
17                        SALT LAKE CITY, UTAH 84111
18
19                        DARYL P. SAM, PLLC
20                        BY:  DARYL P. SAM, ESQ.
21                        5955 SOUTH REDWOOD ROAD, 102
22                        SALT LAKE CITY, UTAH 84123
23
24
25
```

```
1   AUGUST 30, 2019                      SALT LAKE CITY, UTAH

2                       P R O C E E D I N G S

3                              * * *

4             THE COURT:  I'm advised that the jury has

5   reached a verdict.  We'll get them and see what it is.

6             THE CLERK:  All rise, please.

7             (Whereupon the jury enters the courtroom.)

8             Court is now in session.  You may be seated.

9             THE COURT:  Who is the foreperson of the

10  jury?

11            JUROR NUMBER 2:  That's me.

12            THE COURT:  Except as to the items referred

13  to in your note, has the jury reached a unanimous

14  verdict?

15            JUROR NUMBER 2:  Yes, we have.

16            THE COURT:  Would you give it to the Court

17  security officer, please.

18     (Verdict form given to security officer and then to

19                         the Court.)

20            The verdict will now be published; that is,

21  read aloud by the clerk in court.

22            THE CLERK:  "We, the jury duly impaneled in

23  the above-entitled case, having reviewed and applied

24  the jury instructions provided by the Court, find the

25  following unanimously and beyond a reasonable doubt as
```

1    to the defendant Aaron Michael Shamo.

2         "Count I.  Engaging in a continuing criminal

3    enterprise.  As to Count I, we find the defendant

4    Aaron Michael Shamo guilty.

5         "Having found the defendant guilty of Count

6    I, we also unanimously find that the United States has

7    proven, beyond a reasonable doubt, that the amount of

8    controlled substance attributable to the defendant was

9    at least 12,000 grams of a mixture or substance

10   containing a detectable amount of Fentanyl.

11        "Having found the defendant guilty of Count

12   I, we also unanimously find that the United States has

13   proven, beyond a reasonable doubt, that the defendant

14   was a principal administrator, organizer or leader of

15   the enterprise.

16        "Having found the defendant guilty of Count

17   I, we also unanimously find that the United States has

18   proven, beyond a reasonable doubt, that defendant has

19   committed the underlying violations as to all -- as to

20   all the underlying violations on pages 2 through 11 of

21   this Special Verdict Form except for conspiracy to

22   distribute Fentanyl resulting in death of R.K, all in

23   violation of Title 21 United States Code Sections

24   841(a)(1) and 846 and Title 18 United States Code

25   Section 2; and except for the violation alleged in

1   Count VI, aiding and abetting the distribution of

2   Fentanyl resulting in death.

3        "Count II.  Aiding and abetting the

4   importation of Fentanyl.  As to Count II, we find the

5   defendant Aaron Michael Shamo guilty.

6        "Having found the defendant guilty of Count

7   II, we also unanimously find that the United States

8   has proven, beyond a reasonable doubt, that the amount

9   of controlled substance attributable to the defendant

10  was at least 40 grams of a mixture or substance

11  containing a detectable amount of Fentanyl.

12       "Count III.  Aiding and abetting the

13  importation of Alprazolam.  As to Count III, we find

14  the defendant Aaron Michael Shamo guilty.

15       "Count IV.  Aiding and abetting the

16  importation of Fentanyl.  As to Count IV, we find the

17  defendant Aaron Michael Shamo guilty.

18       "Having found the defendant guilty of Count

19  IV, we also unanimously find that the United States

20  has proven, beyond a reasonable doubt, that the amount

21  of controlled substance attributable to the defendant

22  was at least 40 grams of a mixture or substance

23  containing a detectable amount of Fentanyl.

24       "Count V.  Possession of Fentanyl with intent

25  to distribute.  As to Count V, we find the defendant

1    Aaron Michael Shamo guilty.

2            "Having found the defendant guilty of Count

3    V, we also unanimously find that the United States has

4    proven, beyond a reasonable doubt, that the amount of

5    controlled substance attributable to the defendant was

6    at least 400 grams of a mixture or substance

7    containing a detectable amount of Fentanyl.

8            "Count VI.  Distribution of Fentanyl that

9    resulted in death."

10           The jury has not checked guilty or not

11   guilty.

12           "Count VII.  Manufacture of Alprazolam.  As

13   to Count VII, we find the defendant Aaron Michael

14   Shamo guilty.

15           "Count VIII.  Adulteration of drugs.  As to

16   Count VIII, we find the defendant Aaron Michael Shamo

17   guilty.

18           "Count IX.  Adulteration of drugs.  As to

19   Count IX, we find the defendant Aaron Michael Shamo

20   guilty.

21           "Count X.  Use of the U.S. mail in

22   furtherance of a drug trafficking offense.  As to

23   Count X, we find the defendant Aaron Michael Shamo

24   guilty.

25           "Count XI.  Conspiracy to commit money

1    laundering.  As to Count XI, we find the defendant

2    Aaron Michael Shamo guilty.

3           "Count XII.  Money laundering promotion or

4    concealment.  As to Count XII, we find the defendant

5    Aaron Michael Shamo guilty.

6           "Count XIII.  Engaging in monetary

7    transactions improperly derived from specified

8    unlawful activity.  As to Count XIII, we find the

9    defendant Aaron Michael Shamo guilty."

10          THE COURT:  Do you want the jury polled?

11          MR. SKORDAS:  No, Your Honor.

12          THE COURT:  Thank you.  You can be seated.

13          I'll direct the clerk to record the verdict.

14          Ladies and Gentlemen of the Jury, thank you

15   for your service.  Again, we know this is not easy.

16   It is not pleasant.  You've got a lot of other things

17   to do and this is also very difficult, I'm sure, but

18   we appreciate your service.  As I said three weeks

19   ago, our system wouldn't work unless people like you

20   came in and served on our juries and so we now excuse

21   you with our thanks, and you can leave.  You can go

22   home.  If any of you want to stick around for a

23   minute, I can come in and answer questions about the

24   process, but you don't have to.  You have been here a

25   long time.

1          And now you're free from you're obligation to

2    not to talk about the case.  You can talk about it if

3    you want to.  You're not required to if you don't.

4    Thank you again.

5          THE CLERK:  All rise, please.

6          (Whereupon the jury leaves the courtroom.)

7          THE COURT:  Now, you've filed some motions

8    that have not yet been responded to.  I assume we'll

9    get a response to that, those motions, and I'll rule

10   on those in due course.

11         MR. GADD:  Yes, sir, if we could respond by

12   the middle of next week.

13         THE COURT:  That's fine.  We should set a

14   sentencing date, I suppose, about 90 days out.

15         THE CLERK:  That puts us at the week of

16   Thanksgiving.  Would you like the following week?

17         THE COURT:  Yeah, later.

18         THE CLERK:  Okay.  We could it December 1, 2,

19   3, any of those days, morning or afternoon

20         MR. SKORDAS:  They are all fine.

21         THE CLERK:  Let's do Tuesday, December 3 at

22   10:30 a.m.

23         THE COURT:  All right.

24         MR. GADD:  Mr. Burggraaf and I are in trial,

25   and we think it might go.  Could we possibly have it

1    in the afternoon?

2            THE CLERK:  Sure.  Let's do 2:30.

3            THE COURT:  All right.

4            THE CLERK:  2:30 p.m.

5            MR. GADD:  Thank you.

6            THE COURT:  And you folks will decide what

7    you're going to do about the counts that weren't

8    decided.

9            MR. GADD:  Yes, sir.  In terms of the

10   sentencing, I anticipate that there will be people

11   from the community who have been affected by the

12   defendant's conduct who may wish to address the Court.

13   Could we potentially block out a little more time on

14   the Court's calendar, and we can always scale back if

15   needed.

16           THE COURT:  Yes.  But they -- you know, they

17   can also file letters.  Some people are more

18   comfortable sending in letters.

19           MR. GADD:  I imagine the balance of it will

20   be.

21           THE COURT:  Rather than speaking publicly?

22           MR. GADD:  Yes, sir.

23           THE COURT:  Anything else today?

24           MR. SKORDAS:  No, Your Honor.  Thank you very

25   much.

2136

```
1              THE COURT:  Thank you all.  We'll be in
2    recess on this matter.
3              (Whereupon the proceedings were concluded.)
4
5                   REPORTER'S CERTIFICATE
6    STATE OF UTAH              )
7                              ) ss.
8    COUNTY OF SALT LAKE       )
9
10             I, REBECCA JANKE, do hereby certify that I
11   am a Certified Court Reporter for the State of Utah;
12             That as such Reporter I attended the hearing
13   of the foregoing matter on August 30, 2019, and
14   thereat reported in Stenotype all of the testimony and
15   proceedings had, and caused said notes to be
16   transcribed into typewriting, and the foregoing pages
17   numbered 2127 through 2135 constitute a full, true and
18   correct record of the proceedings transcribed.
19             That I am not of kin to any of the parties
20   and have no interest in the outcome of the matter;
21             And hereby set my hand and seal this 18th
22   day of December, 2020
23
24             _____
25             REBECCA JANKE, CSR, RPR, RMR
```