# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

February 5, 2021

Clerk of Court
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

RE:    RECORD ON APPEAL
        USA v. Aaron Michael Shamo -- 20-4116
        Lower Docket: 2:16-CR-00631-001-DAK-JCB

Dear Clerk of Court:

    We hand you herewith, Volume(s) I- III of the record on appeal in the above-referenced case.

| Volume: | Contents: |
|---|---|
| I. | Consisting of ECF Nos. 1, 3, 11,32,126,128, 136, 168, 169, 170, 171, 172, 174, 176, 178, 179, 180, 186, 192, 193, 194, 196, 197, 198, 199, 200, 201, 202, 203, 205, 207, 208, 210, 211, 212, 213, 214, 215, 216, 217, 218, 220, 221, 222, 224, 225, 228, 230, 231, 234, 240, 241, 242, 243, 244, 247, 248, 250, 252, 261, 262, 265, 267, 271, 272, 273, 275, 276, 278, 280, 281, 282, 286, 287, 291, 292, 293, 295, 296, 300, 303, 305, 307, 310, 313, 314, 321, 322, 325, 326, 333, 334, 335, 356, 359, 364, 367 |
| II. | Consisting of Transcripts, ECF Nos. 384, 387, 388, 389, 390, 391, 392, 394, 395, 396, 397, 398, 399, 400, 405, 406 |
| III. | Consisting Sealed Documents, ECF Nos. 246, 283, 284 |

    Please contact the Clerk's office if you require any further information or assistance on this case.

Sincerely,

D. Mark Jones, Clerk

By:/s/Jeff Taylor
Jeff Taylor, Deputy Clerk
Deputy Clerk

cc: Counsel of Record