# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO, DREW WILSON CRANDALL, ALEXANDRYA MARIE TONGE, KATHERINE LAUREN ANNE BUSTIN, MARIO ANTHONY NOBLE, SEAN MICHAEL GYGI,<br><br>    Defendants. | SCHEDULING ORDER<br>RE: SENTENCING HEARINGS<br><br>Case No. 2:16-CR-631-DAK<br><br>Judge Dale A. Kimball |

In preparation for Defendants' sentencing hearings scheduled for July 13-16, 2021, the court issues the following deadlines:

1. Probation shall submit a final Pre-Sentence Investigation Report on each Defendant by May 31, 2021;

2. Plaintiff and Defendants shall submit Sentencing Memoranda by June 14, 2021;

3. Plaintiff and Defendants shall submit Reply Memoranda by June 28, 2021; and

4. Plaintiff shall inform the court as to the status of its restoration request with the Money Laundering and Asset Recovery Section of the Department of Justice in relation to Defendant Aaron Michael Shamo's restitution obligations by May 31, 2021.

DATED this 26th day of April, 2021.

                                        BY THE COURT:

                                        _____
                                        DALE A. KIMBALL
                                        United States District Judge