FILED
United States Court of Appeals
Tenth Circuit

May 13, 2021

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>AARON MICHAEL SHAMO,<br><br>  Defendant - Appellant. | No. 20-4116<br>(D.C. No. 2:16-CR-00631-DAK-JCB-1)<br>(D. Utah) |

_____

**ORDER**

_____

This matter is before the court on Appellant's *Unopposed Motion to Supplement Record with Presentence Report*. The motion is granted.

Within 10 days of the date of this order, the Clerk of the U.S. District Court for the District of Utah shall prepare and transmit to the Clerk of this court a supplement to the record on appeal consisting of the presentence report (Dkt. 309).

                                                    Entered for the Court

                                                    CHRISTOPHER M. WOLPERT, Clerk