# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

May 13, 2021

Clerk of Court
United States Court of Appeals
for the Tenth Circuit
1823 Stout Street
Denver, CO 80257

RE:   SUPPLEMENT TO RECORD ON APPEAL
      USA v. Shamo -- 20-4116
      Lower Docket:  2:16-cr-00631-DAK-1

Dear Clerk of Court:

    We hand you herewith, by email, a supplement to the record on appeal consisting of the presentence report in the above-referenced case.

    Please contact the Clerk's office if you require any further information or assistance on this case.

Sincerely,

D. Mark Jones, Clerk

By: _____
Elizabeth Toscano
Deputy Clerk

cc: Counsel of Record

FedEx Mail Receipt No.: N/A