FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**June 10, 2022**

_____

Christopher M. Wolpert  
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 20-4116 |
| AARON MICHAEL SHAMO, | (D.C. No. 2:16-CR-00631-DAK-JCB-1) (D. Utah) |
| Defendant - Appellant. | |

_____

## JUDGMENT

_____

Before **HARTZ**, **KELLY**, and **MURPHY**, Circuit Judges.

_____

This case originated in the United States District Court for the District of Utah and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk