# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

August 30, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re: Aaron Michael Shamo
        v. United States
        No. 22-5472
        (Your No. 20-4116)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 25, 2022 and placed on the docket August 30, 2022 as No. 22-5472.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst