TRINA A. HIGGINS, United States Attorney (#7349)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:   (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:16-CR-00631-DAK |
| Plaintiff, | : | |
| | | NOTICE OF WITHDRAWAL |
| vs. | : | |
| AARON SHAMO, ET AL., | : | Judge Dale Kimball |
| Defendants. | : | |

_____

Comes now the United States by and through the undersigned Assistant United States Attorney and hereby gives notice that Kent A. Burggraaf, Special Assistant United States Attorney, is to be removed as counsel for the United States in the above captioned matter.

Dated this 22nd day of September, 2022.

　　　　　　　　　　　　　　　　　　TRINA A. HIGGINS
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　*/s/ Vernon G. Stejskal*
　　　　　　　　　　　　　　　　　　VERNON G. STEJSKAL
　　　　　　　　　　　　　　　　　　Assistant United States Attorney