Patricia Geary Glenn (#5280)
PATRICIA GEARY GLENN
Attorney at Law, PC
PO Box 982463
Park City, Utah 84098
Telephone: (307) 699-0709
pgearyglenn@gmail.com

*Attorney for Defendant, Aaron Michael Shamo*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br><br>Defendant. | **APPEARANCE OF COUNSEL**<br><br>Case No. 2:16-CR-631 DK<br><br>Judge Dale Kimball |

Patricia Geary Glenn enters her appearance of counsel for Defendant, Aaron Michael

Shamo in this case.

DATED September 27, 2023.

*/s/Patricia Geary Glenn*
_____
Patricia Geary Glenn
*Attorney for Defendant Aaron Michael Shamo*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of September, 2023, a true and correct copy of the

foregoing APPEARANCE OF COUNSEL was electronically filed with the Court to be served

upon all counsel of record via e-file notification:

Vernon G. Stejkal
Assistant United States Attorney
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Tel. 801-524-5682

/s/Patricia Geary Glenn
_____
Patricia Geary Glenn

2