TRINA A. HIGGINS, United States Attorney (7349)
VERNON G. STEJSKAL, Assistant United States Attorney (8434)
CY H. CASTLE, Assistant United States Attorney (4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800 | Salt Lake City, Utah 84111
(801) 524-5682 | cy.castle@usdoj.gov

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON MICHAEL SHAMO, ET AL.,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL AND TO BE REMOVED FROM THE SERVICE LIST**<br><br>Case No. 2:16-cr-00631-DAK<br><br>Senior Judge Dale A. Kimball |

Cy H. Castle, Assistant United States Attorney, hereby withdraws as counsel for the United States of America. I hereby waive any requirement to continue to receive notice from opposing counsel and from the court filings in this case subsequent to this notice, including the final judgment which closes this case. All other attorneys currently representing the United States in this matter shall continue such representation.

Dated: June 13, 2024.

TRINA A. HIGGINS
United States Attorney

*/s/ Cy H. Castle*
CY H. CASTLE
Assistant United States Attorney