IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON MICHAEL SHAMO,<br><br>Defendant. | MEMORANDUM DECISION<br>AND ORDER<br><br>Case No. 2:16-CR-631-DAK<br><br>Judge Dale A. Kimball |

    This matter is before the court on the United States' Motion to Amend Forfeiture Order to Forfeit Additional Traceable Assets. Defendant opposes the motion on the grounds that the warrant was issued by Magistrate Judge Oberg, who recused herself from Defendant's Section 2255 civil case. The reasons for Magistrate Judge Oberg's recusal in the Section 2255 were not given. Her recusal in the Section 2255 case does not make the issuance of a warrant in the criminal case necessarily invalid. Moreover, the seizure of drug-trafficking proceeds on Defendant's computer is authorized by a 2016 warrant. Therefore, even if there was a conflict involved with Magistrate Judge Oberg issuing the 2025 warrant, the forfeiture can proceed pursuant to the 2016 warrant. The United States has provided evidence demonstrating the forfeiture nexus unconnected to the recent seizure. The evidence establishes that the assets plainly derive from Defendant's drug trafficking and are rightly forfeited. Defendant has not

made any argument to the contrary and cannot reserve arguments to be made at some future date. Accordingly, the court GRANTS the United States' Motion to Amend Forfeiture Order to Forfeit Additional Traceable Assets [ECF No. 485].

DATED this 18th day of August 2025.

BY THE COURT

_____
DALE A. KIMBALL
United States District Judge